UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL LABOR RELATIONS BOARD TESLA, INC.
AND MICHAEL SANCHEZ AND JONATHAN GALES-CU AND
RICHARD ORTIZ AND INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND AGRICULTURAL
IMPLEMENT WORKERS OF AMERICA, AFLCIO; 370 NLRB
NO. 131, SUPPLEMENTAL DECISION AND ORDER ISSUED
ON AUGUST 29, 2022                                         MCP No. 168

(SEE ATTACHED SCHEDULE)

CONSOLIDATION ORDER

The National Labor Relations Board issued a decision and order dated August 29, 2022. On September 14, 2022, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in two circuit courts of appeal as follows: Fifth Circuit Court, Ninth Circuit Court.

The Panel has randomly selected the United States Court of Appeals for the Fifth Circuit Court in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Fifth Circuit Court, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Chelsea Thomas, Case Administrator
Random Selector

Dana L. Johnson, Quality Control
Witness

IN RE: NATIONAL LABOR RELATIONS BOARD TESLA, INC.
AND MICHAEL SANCHEZ AND JONATHAN GALES-CU AND
RICHARD ORTIZ AND INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND AGRICULTURAL
IMPLEMENT WORKERS OF AMERICA, AFLCIO; 370 NLRB
NO. 131, SUPPLEMENTAL DECISION AND ORDER ISSUED
ON AUGUST 29, 2022                                          MCP No. 168

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Fifth Circuit, No. 22-60493 | Tesla, Incorporated v. National Labor Relations Board |
| Ninth Circuit, No. 22-1480 | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America v. National Labor Relations Board |