## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 28, 2022

Mr. David S. Habenstreit
National Labor Relations Board
1015 Half Street, S.E.
Washington, DC 20003

    No. 22-60493    Tesla v. NLRB
                            Agency No. 32-CA-197020
                            Agency No. 32-CA-197058
                            Agency No. 32-CA-197091
                            Agency No. 32-CA-197197
                            Agency No. 32-CA-200530
                            Agency No. 32-CA-208614
                            Agency No. 32-CA-210879
                            Agency No. 32-CA-220777

(Petition for Review filed by International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO Transferred from United States Court of Appeals for the Ninth Circuit)

Dear Mr. Habenstreit,

We received an order from the United States Court of Appeals for the Ninth Circuit transferring their case number 22-1480 to us pursuant to an order of the Judicial Panel on Multidistrict Litigation. We have docketed that petition for review into our existing case number referenced above. Please refer to this docket number on all correspondence pertaining to this case.

**Special Guidance for Filing the Administrative Record**: Pursuant to 5th Cir. R. 25.2, Electronic Case Filing (ECF) is mandatory for all counsel. Agencies responsible for filing the administrative record with this court are requested to electronically file the record via CM/ECF using one or more of the following events as appropriate:

Electronic Administrative Record Filed;
Supplemental Electronic Administrative Record Filed;
Sealed Electronic Administrative Record Filed; or
Sealed Supplemental Electronic Administrative Record Filed.

Electronic records must meet the requirements listed below. Records that do not comply with these requirements will be rejected.

- Max file size 20 megabytes per upload.
- Where multiple uploads are needed, describe subsequent files as "Volume 2", "Volume 3", etc.
- Individual documents should remain intact within the same file/upload, when possible.
- Supplemental records must contain the supplemental documents only. No documents contained within the original record should be duplicated.

Electronic records are automatically paginated for the benefit of counsel and the court and provide an accurate means of citing to the record in briefs. A copy of the paginated electronic record is provided to all counsel at the time of filing via a Notice of Docket Activity (NDA). Upon receipt, counsel should save a copy of the paginated record to their local computer.

Agencies unable to provide the administrative record via docketing in CM/ECF may instead provide a copy of the record on a flash drive or CD which we will use to upload and paginate the record.

If the agency intends to file a certified list in lieu of the administrative record, it is *required* to be filed electronically. Paper filings will not be accepted. See **FED. R. APP. P.** 16 and 17 as to the composition and time for the filing of the record.

Counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.** and **5TH CIR. R.** 12. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from our docket.

**Petitioner is advised to pay the Court of Appeals $500.00 docketing fee within 15 days from the date above; otherwise we will dismiss the petition for review under 5TH CIR. R. 42.3. An electronic payment can be submitted via pay.gov, if you are a registered electronic filer. To register, visit www.pacer.gov. If paying by check, the check must be payable to United States Courts, and mailed to the Clerk's Office, USCA, Mail Remittance, 600 S. Maestri Place, New Orleans, LA, 70130.**

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

We recommend that you visit the Fifth Circuit's website, www.ca5.uscourts.gov and review material that will assist you during the appeal process. We especially call to your attention the Practitioner's Guide and the 5th Circuit Appeal Flow Chart, located in the Forms, Fees, and Guides tab.

**Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Enclosure(s)

cc w/encl:
　　Mr. David Broderdorf II
　　Ms. Ruth E. Burdick
　　Mr. Daniel E. Curry
　　Ms. Valerie Hardy-Mahoney
　　Mr. Micah Prieb Stoltzfus Jost
　　Mr. Michael E. Kenneally
　　Mr. David Bruce Salmons
　　Ms. Kira Dellinger Vol

P.S. TO ALL COUNSEL: Any motions pending with the Ninth Circuit will not be considered by this court. All motions must be refiled with this court in order for a ruling to be entered.

Case No. 22-60493

Tesla, Incorporated; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO,

    Petitioners/Cross-Respondents

v.

National Labor Relations Board,

    Respondent/Cross-Petitioner