UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America,<br><br>Petitioner,<br><br>v.<br><br>National Labor Relations Board,<br><br>Respondent. | No. 22-1480<br><br>NLRB Nos. 32-CA-197020<br>32-CA-197058<br>32-CA-197091<br>32-CA-197197<br>32-CA-200530<br>32-CA-208614<br>32-CA-210879<br>32-CA-220777<br>National Labor Relations Board<br><br>ORDER |

The court is in receipt of the order of the United States Judicial Panel on Multidistrict Litigation consolidating this petition with a case pending in the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 2112(a)(3).

The Clerk shall transfer the petition for review and any pending motions to the United States Court of Appeals for the Fifth Circuit. Upon transfer of the petition, the Clerk shall close this case.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance Cidre
Deputy Clerk
Ninth Circuit Rule 27-7