# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Tesla, Incorporated; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO,<br><br>　　*Petitioners/Cross-Respondents*<br><br>　　v.<br><br>National Labor Relations Board,<br><br>　　*Respondent/Cross-Petitioner* | No. 22-60493 |

## TESLA'S ANSWER TO THE NATIONAL LABOR RELATIONS BOARD'S CROSS-APPLICATION FOR ENFORCEMENT

In accordance with Federal Rule of Appellate Procedure 15(b)(2), Petitioner/Cross-Respondent Tesla, Inc. answers the National Labor Relations Board's Cross-Application for Enforcement as follows:

1.　Tesla admits that the Board issued an order against Tesla on August 29, 2022 in Board case nos. 32-CA-197020, et al. (the "Order"), and that the Order is reported at 370 N.L.R.B. No. 131.

2.　Tesla admits that on September 6, 2022, it filed a petition with this Court to review the Board's August 29, 2022 Order.

3. Tesla denies that the Board is entitled to enforcement of its Order.

4. Tesla admits that the Court has jurisdiction over the Board's Cross-Application under 29 U.S.C. § 160(e) and (f).

5. Tesla admits that it is aggrieved by the Board's Order.

6. Tesla admits that venue is proper in this Circuit under 29 U.S.C. § 160(e) and (f).

Tesla requests that the Court grant Tesla's Petition for Review; deny the Board's Cross-Application for Enforcement; and grant Tesla any further relief to which Tesla may be entitled.

Dated: September 29, 2022

Respectfully submitted,

s/ Michael E. Kenneally
DAVID B. SALMONS
MICHAEL E. KENNEALLY
DAVID R. BRODERDORF
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000

*Counsel for Tesla, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of September, 2022, a true and correct copy of the foregoing was filed electronically and served on counsel of record for all other parties through this Court's CM/ECF system.

s/ Michael E. Kenneally
MICHAEL E. KENNEALLY

*Counsel for Tesla, Inc.*
