# United States Court of Appeals for the Fifth Circuit

————————

No. 22-60493

————————

Tesla, Incorporated; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO,

*Petitioners/Cross-Respondents,*

*versus*

National Labor Relations Board,

*Respondent/Cross-Petitioner.*

————————————————————

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 32-CA-197020
Agency No. 32-CA-197058
Agency No. 32-CA-197091
Agency No. 32-CA-197197
Agency No. 32-CA-200530
Agency No. 32-CA-208614
Agency No. 32-CA-210879
Agency No. 32-CA-220777

————————————————————

No. 22-60493

ORDER:

IT IS ORDERED that the unopposed motion of Petitioner Tesla, Incorporated to intervene on behalf of Respondent as to the petition for review filed by International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Petitioner International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO to intervene on behalf of Respondent as to the petition for review filed by Tesla, Incorporated is GRANTED.

STUART KYLE DUNCAN
*United States Circuit Judge*