# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 07, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60493    Tesla v. NLRB
                    Agency No. 32-CA-197020
                    Agency No. 32-CA-197058
                    Agency No. 32-CA-197091
                    Agency No. 32-CA-197197
                    Agency No. 32-CA-200530
                    Agency No. 32-CA-208614
                    Agency No. 32-CA-210879
                    Agency No. 32-CA-220777

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Allison G. Lopez, Deputy Clerk
                    504-310-7702

Mr. David Broderdorf II
Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Mr. David S. Habenstreit
Ms. Valerie Hardy-Mahoney
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Mr. David Bruce Salmons
Ms. Kira Dellinger Vol