## SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP

RICHARD D. SOMMERS
STUART LIBICKI
MICHAEL R. FEINBERG
MARGO A. FEINBERG
HENRY M. WILLIS*
D. WILLIAM HEINE
ZOE S. MOSKOWITZ
AMY M. CU
RICHARD M. SWARTZ
DANIEL E. CURRY**
KIRILL PENTESHIN
ALEJANDRO DELGADO
JUDY H. LEE
MELANIE LUTHERN
ERIC M. MARKOVITS

LAWYERS

SUITE 2000
6300 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90048-5268
(323) 655-4700
FAX (323) 655-4488
WEBSITE: WWW.LALABORLAW.COM

KENNETH M. SCHWARTZ
(1916 – 2008)

MICHAEL D. FOUR
(1956 – 2018)

CLAUDE CAZZULINO
(1954 – 2021)

LAURENCE D. STEINSAPIR
ROBERT M. DOHRMANN
(RETIRED)

WRITER'S DIRECT
E-MAIL ADDRESS:
DEC@SSDSLAW.COM

*MEMBER OF CA AND NV BARS
** MEMBER OF CA, NY AND KS BARS

October 13, 2022

*VIA E-FILING ONLY*

United States Court of Appeals
Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    Tesla v. NLRB
                 **Court of Appeals Docket #: 22-60493**

Dear Sir/Madam:

Enclosed please find a receipt of our payment of $500 to the Ninth Circuit Court of Appeals on September 6, 2022. If you need any further information, please do not hesitate to contact me.

Sincerely,

Daniel E. Curry

DEC:eah
Enclosure

**Emily A. Hero**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, September 6, 2022 4:02 PM |
| **To:** | Emily A. Hero |
| **Subject:** | Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, NINTH CIRCUIT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: U.S. Court of Appeals for the 9th Circuit at 415-355-8000.

Account Number: 4405874
Court: U.S. COURT OF APPEALS, NINTH CIRCUIT
Amount: $500.00
Tracking Id: B09-2602171-ACMS
Approval Code: 006889
Card Number: *************4458
Date/Time: 09/06/2022 07:01:52 ET

Attorney Name: Daniel E. Curry
Contact Telephone Number: 3236554700
Person Completing Transaction: Daniel E. Curry

NOTE: This is an automated message. Please do not reply