# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____
                                                    )
TESLA, INC.                                         )
                                                    )     No. 22-60493
                   Petitioner                       )
                                                    )     Board Case Nos.
            v.                                      )     32–CA–197020, 32–CA–197058,
                                                    )     32–CA–197091, 32–CA–197197,
NATIONAL LABOR RELATIONS BOARD   )     32–CA–200530, 32–CA–208614,
                                                    )     32–CA–210879 & 32–CA–220777
            Respondent                              )
                                                    )
_____)

_____

## UNNOPPSED MOTION OF THE NATIONAL LABOR RELATIONS BOARD FOR A 7-DAY EXTENSION OF TIME FOR FILING THE ADMINISTRATIVE RECORD

To the Honorable, the Judges of the United States
   Court of Appeals for the Fifth Circuit:

The National Labor Relations Board ("the Board"), by its Deputy Associate

General Counsel, respectfully submits this motion for a 7-day extension of time,

from October 17, 2022, to and including October 24, 2022, for filing the

administrative record in the above matter, and shows:

1.     On August 29, 2022, the Board issued its Supplemental Decision and

Order in *Tesla, Inc.*, reported at 370 NLRB No. 131.

2.     On September 6, 2022, Tesla, Inc. ("the Company") filed a petition

for review of the Board's Order in this Circuit.  On the same day, International

Union, United Automobile, Aerospace and Agricultural Implement Workers of

America, AFL-CIO ("the Union") filed a petition for review of the Board's Order

in the United States Court of Appeals for the Ninth Circuit.

     3.     On September 14, 2022, the Board notified the United States Judicial

Panel on Multidistrict Litigation of the petitions for review.

     4.     On September 15, 2022, the Judicial Panel issued an order

consolidating the petitions for review in this Circuit.

     5.     On September 6, 2022, the Court issued a scheduling order setting the

due date for the certified index as October 17, 2022.

     6.     Due to unanticipated leave that Board staff responsible for preparing

the record had to take last week, the Board is unable to file this record on time and

seeks a 7-day extension.

     7.     The Board has contacted counsel for the Company and the Union who

have stated that they do not oppose this motion.

     WHEREFORE, the Board respectfully requests that the Court grant this

motion for a 7-day extension of time to file the administrative record.

                  Respectfully submitted,

                  /s/ Ruth E. Burdick
                  Ruth E. Burdick
                  Deputy Associate General Counsel
                  NATIONAL LABOR RELATIONS BOARD
                  1015 Half Street, SE
                  Washington, DC  20570
                  (202) 273-2960

Dated at Washington, DC
this 17th day of October 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

|  |  |
|---|---|
| TESLA, INC. | ) |
| | ) |
| | ) No. 22-60493 |
| Petitioner | ) |
| | ) Board Case Nos. |
| v. | ) 32–CA–197020, 32–CA–197058, |
| | ) 32–CA–197091, 32–CA–197197, |
| NATIONAL LABOR RELATIONS BOARD | ) 32–CA–200530, 32–CA–208614, |
| | ) 32–CA–210879 & 32–CA–220777 |
| Respondent | ) |
| | ) |

_____

_____

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board

certifies that its motion contains 397 words of proportionally spaced, 14-point type,

and the word-processing system used was Microsoft Word for Office 365.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 17th day of October 2022

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____ )
                                          )
TESLA, INC.                               )
                                          )   No. 22-60493
                     Petitioner           )
                                          )   Board Case Nos.
          v.                              )   32–CA–197020, 32–CA–197058,
                                          )   32–CA–197091, 32–CA–197197,
NATIONAL LABOR RELATIONS BOARD  )   32–CA–200530, 32–CA–208614,
                                          )   32–CA–210879 & 32–CA–220777
               Respondent                 )
_____ )

_____

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing

document with the Clerk of the Court for the United States Court of Appeals for

the Fifth Circuit by using the CM/ECF system.  I certify further that the foregoing

document was served on all parties or their counsel of record through the appellate

CM/ECF system.

> /s/ Ruth E. Burdick
> Ruth E. Burdick
> Deputy Associate General Counsel
> NATIONAL LABOR RELATIONS BOARD
> 1015 Half Street, SE
> Washington, DC  20570
> (202) 273-2960

Dated at Washington, DC
this 17th day of October 2022