# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 17, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 22-60493   Tesla v. NLRB
               Agency No. 32-CA-197020
               Agency No. 32-CA-197058
               Agency No. 32-CA-197091
               Agency No. 32-CA-197197
               Agency No. 32-CA-200530
               Agency No. 32-CA-208614
               Agency No. 32-CA-210879
               Agency No. 32-CA-220777
```

The court has GRANTED Respondent's motion for an extension of time to file the Administrative Record in this case, to and including October 24, 2022.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. David Broderdorf II
Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Mr. David S. Habenstreit
Ms. Valerie Hardy-Mahoney
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Mr. David Bruce Salmons
Ms. Kira Dellinger Vol