

United States Government

# NATIONAL LABOR RELATIONS BOARD

## OFFICE OF THE GENERAL COUNSEL

Washington, DC  20570-0001

October 24, 2022

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA  70130

    Re:   *Tesla, Inc. v. NLRB*
           5th Cir. No. 22-60493
           Board Nos. 32–CA–197020, 32–CA–197058, 32–CA–197091,
           32–CA–197197, 32–CA–200530, 32–CA–208614, 32–CA–210879
           and 32–CA–220777

Dear Mr. Cayce:

I am enclosing the certified copy of the Administrative Record in the above-captioned case.

                                    Very truly yours,

                                    /s/ Ruth E. Burdick
                                    Ruth E. Burdick
                                    Deputy Associate General Counsel
                                    NATIONAL LABOR RELATIONS BOARD
                                    1015 Half Street, SE
                                    Washington, DC  20570-0001
                                    (202) 273-2960

Encls.

22-60493.1

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TESLA, INC. | )<br>)<br>) No. 22-60493 |
| Petitioner | )<br>) |
| | ) Board Case Nos. |
| v. | ) 32–CA–197020, 32–CA–197058, |
| | ) 32–CA–197091, 32–CA–197197, |
| NATIONAL LABOR RELATIONS BOARD | ) 32–CA–200530, 32–CA–208614, |
| | ) 32–CA–210879 & 32–CA–220777 |
| Respondent | ) |

## CERTIFIED LIST OF THE NATIONAL LABOR RELATIONS BOARD

Pursuant to authority delegated in Section 102.115 of the National Labor Relations Board's Rules and Regulations, 29 C.F.R. § 102.115, I certify that I am transmitting all documents, transcripts of testimony, exhibits, and other material constituting the record before the Board in Tesla, Inc., Case Nos. 32–CA–197020, 32–CA–197058, 32–CA–197091, 32–CA–197197, 32–CA–200530, 32–CA–208614, 32–CA–210879 and 32–CA–220777.

*Farah Qureshi*
_____
Farah Z. Qureshi
Deputy Executive Secretary
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570-0001
(202) 273-2960

October 24, 2022


# DOCUMENT INDEX

VOLUME I  -  Transcript of Hearing

    Volume 1 – June 11, 2018
    Volume 2 – June 12, 2018
    Volume 3 – June 13, 2018
    Volume 4 – June 14, 2018
    Volume 5 – September 24, 2018
    Volume 6 – September 25, 2018
    Volume 7 – September 26, 2018
    Volume 8 – September 27, 2018
    Volume 9 – September 28, 2018
    Volume 10 – October 9, 2018
    Volume 11 – October 10, 2018
    Volume 12 – October 11, 2018
    Volume 13 – October 12, 2018

VOLUME II -  Exhibits

**JUNE 11-14, 2018**

General Counsel Exhibits
Volume 1 – Exhibits 1(a-zz)
Volume 2 – Exhibits 2-6, 8-18
Volume 3 – Exhibit 18 (cont'd)
Volume 4 – Exhibits 20-22, 24-28, 31, 34-38, 41, 43-46, 50

Joint Exhibits
1

22-60493.3

# DOCUMENT INDEX (cont'd)

<u>VOLUME II</u> -    Exhibits (cont'd)

**SEPTEMBER 24-28, 2018**

<u>General Counsel Exhibits</u>
Volume 1 – Exhibits 1(aaa-aaaa) & 7
Volume 2 – Exhibits 23, 29-30, 32-33, 39-40, 42, 48, 52, 55-56, 59, 73, 75, 77

<u>Joint Exhibits</u>
2

<u>Charging Party Exhibits</u>
1 & 2

<u>Respondent Exhibits</u>
4-36

**OCTOBER 9-12, 2018**

<u>General Counsel Exhibits</u>
Volume 1 – Exhibit 1(bbbb-mmmm)
Volume 2 – Exhibits 1(ffff) cont'd, 53, 56, 62-65, 67-70, 72, 77, 79-83, 85-87, 89, 91-92

<u>Joint Exhibits</u>
3 & 4

<u>Charging Party Exhibits</u>
4-10

<u>Respondent's Exhibits</u>
2-3, 38-44, 45(a-h), 46, 48

# DOCUMENT INDEX (cont'd)

<u>VOLUME III</u> –  Pleadings

| <u>Date</u> | <u>Documents</u> |
|---|---|
| 10/26/17 | Regional Director's Order Postponing Hearing |
| 05/02/18 | Joint Request of Respondent (Tesla) and Charging Party (Int'l Union) to Postpone Hearing |
| 05/03/18 | Regional Director's Order Denying Request to Postpone Hearing |
| 05/29/18 | General Counsel's Motion to Take Video Testimony of Will Locklear |
| 06/04/18 | Respondent's (Tesla) Opposition to Motion to Take Video Testimony of Will Locklear |
| 06/05/18 | Respondent's (Tesla) Motion for Reconsideration of Administrative Law Judge's Order Granting Motion to Permit Videoconference Testimony |
| 06/06/18 | Administrative Law Judge's Order Granting Respondent's (Tesla) Motion for Reconsideration and Amended Order Denying General Counsel's Motion to Permit Videoconference Testimony |
| 06/08/18 | General Counsel's Request for Special Permission to Appeal the Administrative Law Judge's Amended Order Denying General Counsel's Motion to Permit Videoconference Testimony of a Critical Third-Party Witness |
| 06/11/18 | Respondent's (Tesla) Motion to Dismiss for Lack of Jurisdiction |
| 06/15/18 | Respondent's (Tesla) Opposition to General Counsel's Request for Special Permission to Appeal the Administrative Law Judge's Amended Order Denying General Counsel's Motion to Permit Videoconference Testimony of a Critical Third-Party Witness |


# DOCUMENT INDEX (cont'd)

<u>VOLUME III</u> –  Pleadings (cont'd)

| <u>Date</u> | <u>Documents</u> |
|---|---|
| 06/22/18 | General Counsel's Opposition to Respondent's (Tesla) Motion to Dismiss the Amendment to the Second Amended Complaint for Lack of Jurisdiction |
| 06/22/18 | Charging Party's (Int'l Union) Opposition to Respondent's (Tesla) Motion to Dismiss |
| 06/26/18 | Respondent's (Tesla) Consolidated Reply to the General Counsel's and Charging Parties' Opposition to Respondent's Motion to Dismiss for Lack of Jurisdiction |
| 07/16/18 | Board Order Granting General Counsel's Request for Special Permission to Appeal Administrative Law Judge's Order Denying General Counsel's Motion to Allow Videoconference Testimony and Denying the Appeal |
| 08/10/18 | Administrative Law Judge's Order Denying  Respondent's (Tesla) Motion to Dismiss |
| 08/23/18 | General Counsel's Motion to Consolidate Cases |
| 08/24/18 | Administrative Law Judge's Order to Show Cause  Regarding General Counsel's Motion to Consolidate Cases |
| 08/24/18 | Respondent's (Tesla) Request for Special Permission to Appeal the Administrative Law Judge's Order Denying Tesla's Motion to Dismiss; Request for *De Novo* Review of Tesla's Motion to Dismiss |
| 08/30/18 | General Counsel's Opposition to Respondent's (Tesla) Request for Special Permission to Appeal the Administrative Law Judge's Order Denying Tesla's Motion to Dismiss; Request for *De Novo* Review, and Motion for Judgement as a Matter of Law |

# DOCUMENT INDEX (cont'd)

<u>VOLUME III</u> –  Pleadings (cont'd)

| <u>Date</u> | <u>Documents</u> |
|---|---|
| 09/04/18 | Charging Party's (Int'l Union) Opposition to Respondent's (Tesla) Request for Special Permission to Appeal the Administrative Law Judge's Order Denying Tesla's Motion to Dismiss; Request for *De Novo* Review, and Motion for Judgement as a Matter of Law |
| 09/05/18 | Charging Party's Brief in Support of General Counsel's Motion to Consolidate Case 32-CA-220777 with Existing Cases |
| 09/07/18 | Respondent's (Tesla) Motion for Summary Judgment |
| 09/07/18 | Respondent's (Tesla) Reply to General Counsel's Opposition to Respondent's (Tesla) Request for Special Permission to Appeal the Administrative Law Judge's Order Denying Tesla's Motion to Dismiss and Request for *De Novo* Review |
| 09/11/18 | Administrative Law Judge's Order Granting General Counsel's Motion to Consolidate |
| 09/13/18 | General Counsel's Opposition to Respondent's (Tesla) Motion for Summary Judgment |
| 09/18/18 | Charging Party's (Int'l Union) Opposition to Respondent's (Tesla) Motion for Summary Judgment |
| 09/20/18 | Respondent's (Tesla) Reply in Support of Motion for Summary Judgment |
| 09/21/18 | Board Order Granting Respondent's (Tesla) Request for Special Permission to Appeal Administrative Law Judge's Order Denying Respondent's Motion to Dismiss and Denying the Appeal |
| 09/26/18 | Board Order Denying Respondent's (Tesla) Motion for Summary Judgment |

# DOCUMENT INDEX (cont'd)

VOLUME III – Pleadings (cont'd)

| Date | Documents |
|---|---|
| 09/27/19 | Administrative Law Judge's Decision |
| 09/27/19 | Order Transferring Proceeding to the Board |
| 10/04/19 | Respondent's (Tesla) Request for Extension of Time to File Exceptions and Supporting Brief |
| 10/07/19 | Executive Secretary's Letter Granting Respondent's (Tesla) Request for Extension of Time to File Exceptions and Supporting Brief |
| 10/09/19 | Respondent's (Tesla) Request to Exceed Brief Page Limit |
| 10/10/19 | Executive Secretary's Letter Granting Respondent's (Tesla) Request to Exceed Brief Page Limit |
| 10/25/19 | Respondent's (Tesla) Request for Additional Extension of Time to File Exceptions and Supporting Brief |
| 10/28/19 | Executive Secretary's Letter Granting Respondent's (Tesla) Request for Additional Extension of Time to File Exceptions and Supporting Brief |
| 11/14/19 | Respondent's (Tesla) Request to Further Exceed Brief Page Limit |
| 11/14/19 | General Counsel's Opposition to Respondent's (Tesla) Request to Further Exceed Brief Page Limit |
| 11/20/19 | Executive Secretary's Letter Denying Respondent's (Tesla) Request to Further Exceed Brief Page Limit |
| 12/09/19 | Respondent's (Tesla) Exceptions to Administrative Law Judge's Opinion |

## DOCUMENT INDEX (cont'd)

<u>VOLUME III</u> –  Pleadings (cont'd)

| <u>Date</u> | <u>Documents</u> |
|---|---|
| 12/13/19 | Executive Secretary's Letter Granting Request for Extension of Time to File Cross-Exceptions and Supporting Brief |
| 01/02/20 | Executive Secretary's Letter Granting Request for Extension of Time to File Cross-Exceptions and Supporting Brief |
| 01/23/20 | General Counsel's Request for Extension of Time to File Answering Brief |
| 01/23/20 | Executive Secretary's Letter Granting Request for Extension of Time to File Answering Brief |
| 02/06/20 | General Counsel's Limited Cross-Exceptions to Administrative Law Judge's Decision |
| 02/12/20 | General Counsel's Motion to Withdraw Certain Cross-Exceptions |
| 02/13/20 | General Counsel's Answering Brief |
| 02/13/20 | Charging Party's (Int'l Union) Answering Brief |
| 02/13/20 | General Counsel's Motion to Strike Certain Portions of Respondent's (Tesla) Exceptions |
| 02/13/20 | Respondent's (Tesla) Request for Extension of Time to File Opposition to Cross-Exceptions |
| 02/14/20 | Executive Secretary's Letter Granting Request for Extension of Time to File Opposition to Cross-Exceptions |
| 02/18/20 | Executive Secretary's Letter Granting General Counsel's Request to Withdraw Certain Cross-Exceptions |


# DOCUMENT INDEX (cont'd)

VOLUME III –  Pleadings (cont'd)

| Date | Documents |
|---|---|
| 02/27/20 | Respondent's (Tesla) Opposition to General Counsel's Motion to Strike Certain Portions of Respondent's (Tesla) Exceptions |
| 02/27/20 | Respondent's (Tesla) Reply Brief to Charging Party's (Int'l Union) Answering Brief |
| 02/27/20 | Respondent's (Tesla) Reply Brief to General Counsel's Answering Brief |
| 03/05/20 | Respondent's (Tesla) Opposition to General Counsel's Cross-Exceptions |
| 03/19/20 | General Counsel's Reply to Respondent's (Tesla) Opposition to General Counsel's Limited Cross-Exceptions – Corrected |
| 02/12/21 | Board Notice and Invitation to File Briefs |
| 02/23/21 | Request of American Federation of Labor and Congress of Industrial Organizations (AFL-CIO) for Extension of Time to File Amicus Brief |
| 03/05/21 | Executive Secretary's Letter Granting Extension of Time to File Amicus Briefs |
| 03/22/21 | Amicus Brief of United Brotherhood of Carpenters and Joiners of America |
| 03/22/21 | Amicus Brief of American Federation of Labor and Congress of Industrial Organizations (AFL-CIO) |
| 03/22/21 | Amicus Brief of Communication Workers of America |
| 03/22/21 | Acting General Counsel's Brief of Position in Response to Board Notice and Invitation to File Briefs |
| 03/22/21 | Amicus Brief of Service Employees International Union |

## DOCUMENT INDEX (cont'd)

<u>VOLUME III</u> – Pleadings (cont'd)

<u>Date</u>   <u>Documents</u>

03/22/21   Respondent's (Tesla) Brief in Response to Board Notice and Invitation to File Briefs

03/22/21   Charging Party (Int'l Union) Joinder in Amicus Brief of AFL-CIO

03/22/21   Amicus Brief of Coalition for Democratic Workplace et al.

03/22/21   Amicus Brief of HR Policy Association

03/22/21   Amicus Brief of Local Union 304 of International Brotherhood of Electrical Workers

03/25/21   Board Decision and Order (370 NLRB 101)

04/06/21   Charging Party's (Int'l Union) Response Brief

04/06/21   Respondent's (Tesla) Reply Brief in Response to Board Notice and Invitation to File Briefs

08/29/22   Supplemental Board Decision and Order (370 NLRB No. 131)

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TESLA, INC.<br><br>　　　　　　Petitioner<br><br>　　　v.<br><br>NATIONAL LABOR RELATIONS BOARD<br><br>　　　　　　Respondent | No. 22-60493<br><br>Board Case Nos.<br>32–CA–197020, 32–CA–197058,<br>32–CA–197091, 32–CA–197197,<br>32–CA–200530, 32–CA–208614,<br>32–CA–210879 & 32–CA–220777 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

　　　　　　　　　　　　　　　/s/ Ruth E. Burdick
　　　　　　　　　　　　　　　Ruth E. Burdick
　　　　　　　　　　　　　　　Deputy Associate General Counsel
　　　　　　　　　　　　　　　NATIONAL LABOR RELATIONS BOARD
　　　　　　　　　　　　　　　1015 Half Street, SE
　　　　　　　　　　　　　　　Washington, DC  20570
　　　　　　　　　　　　　　　(202) 273-2960

Dated at Washington, DC
this 24th day of October 2022