# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __Tesla Factory__

City __Fremont__     State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02982 | ▓▓▓ | Product Excelle | 06/24 | Product Excellence Engineering | Unknown affecting the Unknown occurred from Unknown caused by Unknown | | x | | | 13 | x | | | | | |
| 02985 | ▓▓▓ | Production Asso | 06/16 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Twisting caused b | x | | | 39 | | x | | | | | |
| 02988 | ▓▓▓ | Material Handle | 06/24 | Production Control GA Conveyor | Sprains, Strains affecting the Shoulder occurred from bending over caused by poor ergonomics | x | | | 14 | | x | | | | | |
| 02989 | ▓▓▓ | Lead Production | 06/27 | General Assembly Trim 3 | Repetitive Motion Type Injury affecting the Knee occurred from Installing a Motor caused by | | x | | 18 | | x | | | | | |
| 02990 | ▓▓▓ | Material Handle | 06/25 | Production Control Production As | Inflammation affecting the Back/ Spine occurred from Unloading caused by Delivering Materials. | | x | | 16 | | x | | | | | |
| 02991 | ▓▓▓ | Production Asso | 06/22 | General Assembly Instrument Pa | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | x | | | 21 | | x | | | | | |
| 02992 | ▓▓▓ | Production Asso | 06/24 | BIW Warehouse Door 1 | Bruising affecting the Ankle occurred from Overexertion caused by Long Hours. | x | | | 32 | 111 | x | | | | | |
| 02993 | ▓▓▓ | Material Handle | 06/28 | BIW Warehouse Main Line Body | Sprains, Strains affecting the Ankle occurred from Tripped caused by Not paying attention to | x | | | 14 | | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 120 | 158 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page   37 of 89

# GC EXHIBIT 018-164

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.



Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__     State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02994 | ▮▮▮▮ | Production Asso | 06/29 | General Assembly Trim | Laceration affecting the Head occurred from Banged caused by Da | x | | | 14 | | x | | | | | |
| 02995 | ▮▮▮▮ | Lead Production | 06/29 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Back/ Spine occurred from Personal Medical caused by | x | | | 16 | | x | | | | | |
| 02996 | ▮▮▮ | Lead Production | 06/29 | Powertrain Manufacturing SDU I | Laceration affecting the Thigh occurred from Equipment Malfunction caused by Equipment | | x | | | 16 | x | | | | | |
| 02997 | ▮▮▮▮▮ | Production Asso | 06/27 | Plastics Mold | Dislocation affecting the Ankle occurred from Strike against or stepping on caused by Object | x | | | 17 | | x | | | | | |
| 02998 | ▮▮▮▮▮ | Production Asso | 06/28 | Press Center 6A | Unknown affecting the Ankle occurred from Unknown caused by Unknown. | x | | | 17 | | x | | | | | |
| 03001 | ▮▮▮▮ | R&D Fabricator | 06/29 | Admin Engineering | Laceration affecting the Fingers occurred from Equipment Malfunction caused by Awkward | x | | | 16 | | x | | | | | |
| 03002 | ▮▮▮▮▮ | Production Asso | 06/29 | General Assembly Final Line | Repetitive Motion Type Injury affecting the Wrist occurred from Installation caused by Installation. | | x | | | 15 | x | | | | | |
| 03004 | ▮▮▮▮ | Production Asso | 06/28 | Body Center Body | Swelling affecting the Ankle occurred from Driving cart caused by mobile cart and pallet. | | x | | | 16 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 80 | 47 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page __38 of 89__

(1)  (2)  (3)  (4)  (5)  (6)

GC EXHIBIT 018-165

22-60493.3123

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name _____ Tesla Factory _____

City _____ Fremont _____    State _____ CA _____

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Remained at work — Job transfer or restriction (I) | Remained at work — Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03005 | ▓▓▓▓ | Production Asso | 06/28 | Casting Center High Pressure Di | Bruising affecting the Ankle occurred from Equipment Malfunction caused by Machine | x | | | 16 | | x | | | | | |
| 03006 | ▓▓▓▓ | Production Asso | 06/16 | BIW Warehouse Wheel House R | Sprains, Strains affecting the Wrist occurred from Using hand tools caused by Be | | x | | | 14 | x | | | | | |
| 03008 | ▓▓▓▓ | Material Handle | 06/16 | Production Control PWT Convey | Sprains, Strains affecting the arm occurred from Fall caused by Cart. | | x | | | 26 | x | | | | | |
| 03009 | ▓▓▓▓ | Production Asso | 06/29 | Plastics Sub-Assembly area | Sprains, Strains affecting the Back/ Spi occurred from Pulling or Pushing Object caused | | x | | | 19 | x | | | | | |
| 03011 | ▓▓▓▓ | Materials Super | 06/30 | Production Control PWT Manufa | Laceration affecting the Finger occurred from Sharp e ge caused by Unknown. | | x | | | 5 | x | | | | | |
| 03016 | ▓▓▓▓ | Production Asso | 06/11 | Body Center Body Line 2 | Bump a ecting th Head occurred from Wa king caused by t paying attention to surroundings. | | x | | | 34 | x | | | | | |
| 03017 | ▓▓▓▓ | Production Asso | 07/06 | Paint Center Paint Conveyor Are | Pain affecting the Rib occurred from Unknown caused by U known. | | x | | | 8 | x | | | | | |
| 03019 | ▓▓▓▓ | Material Handle | 06/28 | Powertrain Manufacturing Model | Sprains, Strains affecting the Ankle occurred from Driving cart caused by Tugger and Dolly. | | x | | | 56 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 16 | 162 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | | | | | | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page ___ 39 of 89

**GC EXHIBIT 018-166**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__          State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03020 | ███ | Production Asso | 07/06 | Body Center Body Line 1 | Sprains, Strains affecting the Back/ Spine occurred from Loading caused by Machine | | x | | 18 | | x | | | | | |
| 03021 | ███ | Production Asso | 07/07 | General Assembly Model S/X As | Sprains, Strains affecting the Neck occurred from Pulling or Pushing Object caused e | | x | | 7 | | x | | | | | |
| 03022 | ███ | Material Handle | 07/07 | Powertrain Manufacturing Produ | Sprains, Strains affecting the Chest occured from Lifting or Handling caused by Box | | x | | 37 | | x | | | | | |
| 03024 | ███ | Production Asso | 07/05 | Paint Center Paint Shop South | Sprains, Strains affecting the Back/ Spine occurs from Unknown caused by Unknown | | x | | 176 | | x | | | | | |
| 03026 | ███ | Production Asso | 07/08 | Body Center Body Line 1 | Sprain Strai affecting the Abdomen occurred from Lifting or Handling caused by Rail | x | | | 94 | | x | | | | | |
| 03028 | ███ | Lead Manufactu | 06/08 | Paint Center Paint Shop South | Inflammation affecting the (s), Pupil occurred from Unknown caused by Unknown | | x | | 180 | | x | | | | | |
| 03029 | ███ | Material Handle | 07/07 | Powertrain Manufacturing Produ | Fracture affecting the Leg occurred from Fall caused by Trailer | x | | | 7 | | x | | | | | |
| 03030 | ███ | Production Asso | 07/08 | BIW Warehouse Underbody | Sprains, Strain affecting the Knee occurred from Lifting or Handling caused by Rail | x | | | 161 | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 262 | 425 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness:

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page      40 of 89

# GC EXHIBIT 018-167

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid.  You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional.  You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12.  Feel free to use two lines for a single case if you need to.  You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form.  If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    Tesla Factory

City    Fremont    State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03032 | | Production Asso | 06/27 | BIW Warehouse Body Line 1 | Sprains, Strains affecting the Hip(s) Pelvis occurred from Unknown caused by Unknow | x | | | 85 | | x | | | | | |
| 03033 | | Facilities Contra | 07/11 | VM Manufacturing Test Plant Fac | Laceration affecting the Face occurred from Stepping onto caused by Not pay...ention to | | x | | | | x | | | | | |
| 03034 | | Facilities Assist | 06/15 | Plant Facilities Plant Facilities | Sprains, Strains aff...ng the Back/ Spi... occurred from Lifting...Falling caused | | x | | | 70 | x | | | | | |
| 03035 | | Production Asso | 07/12 | General Assembly Trim 2 | Sprains, Strains affecting the Back/ Sp... occurred from Installation caused by Installation. | | x | | | 27 | x | | | | | |
| 03036 | | Production Asso | 06/22 | Body Center Body Line 1 | Repe...ive Motion Type Injury affecting the Unknow... occurred...Repetitive motion | x | | | 19 | | x | | | | | |
| 03037 | | Production Asso | 06/28 | Small Drive Unit SDU Inverter | Sprains, ...ains affecting ...Shoulder occurred from Repe...ve Motion caused by Box. | | x | | | 21 | x | | | | | |
| 03038 | | Production Asso | 07/07 | General Assembly General Asse | Sprains, Strains affecting the Neck occurred from Unknown caused by Lifting object(s) | | x | | | 18 | x | | | | | |
| 03039 | | Production Asso | 07/07 | General Assembly End of Line P | Sprains, Strain... affecting the Foot occurred from Tripped caused by Vehicle. | | x | | | 29 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 104 | 165 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    41 of 89

Page    (1)    (2)    (3)    (4)    (5)    (6)

GC EXHIBIT 018-168

Attention: This form contains information relating

22-60493.3126

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration



You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __Tesla Factory__

City __Fremont__    State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03040 | ▓▓▓ | Production Asso | 07/05 | Small Drive Unit SDU Inverter | Repetitive Motion Type Joi... affecting the Wri... occurred from Working... sustain caused b... | | x | | 1 | | x | | | | | |
| 03042 | ▓▓▓ | Delivery Orienta | 07/13 | Service Sales | Sprains, Strains affecting the Knee occurred from Standing caused by Chair. | | x | | 3 | | x | | | | | |
| 03043 | ▓▓▓ | Production Asso | 07/12 | General Assembly General Asse | Laceration ... occu... d from ...rking a... ation caused by Rushing. | x | | | 25 | | x | | | | | |
| 03044 | ▓▓▓ | Production Asso | 07/14 | General Assembly Trim | Bump affecting the Head occurred from Insta... caused by Door | x | | | 20 | 3 | x | | | | | |
| 03045 | ▓▓▓ | Material Handle | 07/09 | Production Control General Asse | Repet...ve M...n Type Injury affecting the Forearm occurred ...repetitive motion caused | x | | | 25 | 30 | x | | | | | |
| 03046 | ▓▓▓ | Production Asso | 07/13 | General Assembly Trim 3 | Sprains, Strains affecting the Shoulder occurred from Insta... caused by Repetetive Motion. | | x | | 32 | | x | | | | | |
| 03048 | ▓▓▓ | Lead Production | 07/13 | General Assembly Door 1 | Sprains, Strains affecting the Knee occurred from Reaching caused by Misstep. | | x | | 27 | | x | | | | | |
| 03049 | ▓▓▓ | Lead Production | 07/14 | Powertrain Manufacturing LDU R | Contusion, Cr...ing, Bruise affecting the Fingers occurred from ...tting or Handling caused by Hand | | x | | 23 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 70 | 119 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    42 of 89

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

GC EXHIBIT 018-169

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.



Year **2016**

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    **Tesla Factory**

City    **Fremont**    State    **CA**

| | Identify the person | | | Describe the case | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | | Job transfer or restriction | Other record-able cases | | | | | | | | | |
| | | | | | | (H) | (I) | (J) | (K) | (L) | | (1) | (2) | (3) | (4) | (5) | (6) |
| 03050 | ▓▓▓ | Material Handle | 07/12 | Powertrain Manufacturing Produ | Sprains, Strains affecting the Wrist occurred from Unknown caused by Unknown. | | x | | | 35 | | x | | | | | |
| 03051 | ▓▓▓ | Lead Production | 07/14 | Powertrain Manufacturing LDU F | Repetitive Motion Type Injury affecting the Back/ Spine occurred from Bending over caused by | | x | | | 19 | | x | | | | | |
| 03055 | ▓▓▓ | Production Asso | 07/13 | Powertrain Manufacturing Battery | Bruising affecting the Forearm occurred from Unknown caused by Unknown. | | x | | | 26 | | x | | | | | |
| 03056 | ▓▓▓ | Manufacturing T | 07/18 | General Assembly End of Line P | Debris in Eye affecting the Eye(s), Pupil occurred from Improper use of PPE caused by failure to | | x | | | 22 | | x | | | | | |
| 03057 | ▓▓▓ | Material Handle | 07/05 | Production Control Seat Assemb | Sprain, Strain affecting the Back/Spine occurred from Lifting/Handling caused by Box. | | x | | | 35 | | x | | | | | |
| 03058 | ▓▓▓ | Equipment Mair | 07/14 | Plastics Paint Shop South | Sprains, Strains affecting the Shoulder occurred from Twisting caused by Tool. | x | | | 18 | | | x | | | | | |
| 03059 | ▓▓▓ | Production Asso | 07/19 | General Assembly Door 1 | Sprains, Strains affecting the Shoulder occurred from Dolly caused by Door. | | x | | | 18 | | x | | | | | |
| 03060 | ▓▓▓ | Production Asso | 07/12 | General Assembly Chassis | Sprains, Strains affecting the Shoulder occurred from Installation caused by Improper lifting | | x | | | 19 | | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 18 | 174 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Page    43 of 89

# GC EXHIBIT 018-170

22-60493.3128

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.



Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    Tesla Factory

City    Fremont    State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03061 | ▌ | Lead Production | 07/20 | General Assembly Chassis | Swelling affecting the Ankle occurred from Installation caused by ... | x | | | 19 | | x | | | | | |
| 03062 | ▌ | Production Asso | 07/22 | Powertrain Manufacturing LDU S | Sprains, Strains affecting the Thumb occurred from Improper Handling caused by ... tion. | | x | | | 18 | x | | | | | |
| 03063 | ▌ | Production Asso | 07/11 | General Assembly Trim | Laceration affecting the Fo... occurred from Installation caused by ...ing Objects | | x | | | 29 | x | | | | | |
| 03071 | ▌ | Lead Production | 07/19 | General Assembly Chassis | Sprains, Strains affecting the Knee occurred from Repe... action caused by Repetitive Motion. | | x | | | 28 | x | | | | | |
| 03073 | ▌ | Production Asso | 07/20 | Plastics Mold | Swelling affecting the Leg occurred from Bite caused by Insect b... | x | | | 3 | 4 | x | | | | | |
| 03074 | ▌ | Production Asso | 07/21 | End of Line Final Line | Unknown affecting the Un... m occurred from Other cau... Vehicle. | | x | | | 40 | x | | | | | |
| 03076 | ▌ | Test Operator | 07/18 | Vehicle Test Workshop and Lab | Repetitive Motion Type Injury affecting the Shoulder occurred from Pulling or Pushing Object | | x | | | 24 | x | | | | | |
| 03077 | ▌ | Production Asso | 07/20 | Plastics Mold | Sprains, Strains affecting the Back/ Spine occurred from Forklift incident caused by Forklift. | x | | | 14 | 2 | x | | | | | |
| | | | | | **Page totals** | **0** | **3** | **5** | **0** | **36** | **145** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|

Page    44 of 89

22-60493.3129

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __Tesla Factory__

City __Fremont__     State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03078 | ▮▮▮ | Production Asso | 07/22 | General Assembly GA and Paint | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Other Own. | | x | | | 28 | x | | | | | |
| 03080 | ▮▮▮ | Production Asso | 07/26 | General Assembly Door Handle A | Sprains, Strains affecting the Forearm occurred from Using hand tools caused b | x | | | 15 | | x | | | | | |
| 03081 | ▮▮▮ | Production Asso | 07/23 | BIW Warehouse Underbody | Sprains, Strains affecting the Back/ Spine occurred from Lifting/Handling caused by Lack | x | | | 8 | 10 | x | | | | | |
| 03082 | ▮▮▮ | Equipment Mair | 07/09 | Powertrain Manufacturing SDU R | Sprains, Strains affecting the Back/ Spine occurred from Improper Handling caused by Tool. | x | | | 6 | 6 | x | | | | | |
| 03083 | ▮▮▮ | Lead Production | 07/26 | Powertrain Manufacturing SDU F | Laceration affecting the Finger occurred from Operating Tool caused by Gears. | | x | | | 14 | x | | | | | |
| 03087 | ▮▮▮ | Material Handle | 07/27 | Production Control BIW Conveya | Crushing affecting the Foot occurred from Forklift incident caused by Forklift. | | x | | | 23 | x | | | | | |
| 03090 | ▮▮▮ | Production Asso | 05/23 | General Assembly Panoramic Ro | Numbness affecting the Upper Back/Neck occurred from Tripped caused by Stairs. | | x | | | 180 | x | | | | | |
| 03092 | ▮▮▮ | Production Asso | 07/22 | Plastics Mold | Sprains, Strains affecting the Forearm occurred from Reaching caused by Machine or Machinery. | | x | | | 6 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 29 | 267 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page __45 of 89__

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

**GC EXHIBIT 018-172**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name _____ Tesla Factory

City _____ Fremont _____ State _____ CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03095 | ▇▇▇ | Production Asso | 07/28 | General Assembly Chassis | Laceration affecting the Ankle occurred from Walking caused by Forklift. | x | | | 14 | | x | | | | | |
| 03096 | ▇▇▇ | Production Asso | 07/28 | General Assembly Chassis & Fin | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | x | | | 10 | 4 | x | | | | | |
| 03097 | ▇▇▇ | Production Asso | 07/23 | General Assembly Trim | Sprains, Strains affecting the Knee occurred from Unknown caused by Unknown. | x | | | 1 | 66 | x | | | | | |
| 03098 | ▇▇▇ | Production Asso | 07/28 | General Assembly Door 1 | Sprains, Strains affecting the Forearm occurred from Unknown caused by Unknown. | x | | | 14 | | x | | | | | |
| 03099 | ▇▇▇ | Production Asso | 07/25 | General Assembly Trim 2 | Sprain, Strain affecting the Back/ Spine occurred from Repetitive motion caused by | | x | | | 15 | x | | | | | |
| 03100 | ▇▇▇ | Equipment Main | 07/29 | Paint Center Paint Shop South | Dislocation affecting the Forearm occurred from Slip, Fall caused by Transfer Cart. | x | | | 12 | | x | | | | | |
| 03101 | ▇▇▇ | Production Asso | | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | x | | 8 | x | x | | | | | |
| 03102 | ▇▇▇ | Manufacturing T | 07/30 | General Assembly End of Line P | Sprains, Strains affecting the Leg occurred from Slip, Fall caused by Steps. | | x | | | 111 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 51 | 204 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 46 of 89

Page

GC EXHIBIT 018-173

**OSHA's Form 300** (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__     State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03105 | | Production Asso | 08/01 | General Assembly Sub Frame | Bruising affecting the Finger occurred from Installation caused by Pinch Point. | | x | | | 16 | x | | | | | |
| 03106 | | Material Handle | 08/02 | Production Control BIW Convey | Other affecting the Knee occurred from Forklift incident caused by tipped. | | x | | | 175 | x | | | | | |
| 03107 | | Production Asso | 07/25 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | | 9 | x | | | | | |
| 03108 | | Lead Production | 08/01 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by climbing. | | x | | | 15 | x | | | | | |
| 03110 | | Lead Production | 08/01 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | | 16 | x | | | | | |
| 03111 | | Lead Production | 08/01 | General Assembly Trim | Sprains, Strains affecting the Hand occurred from Unknown caused by Unknown. | | x | | | 102 | x | | | | | |
| 03112 | | Production Asso | 08/02 | Powertrain Manufacturing Batter | Bruising affecting the Fingers occurred from Holding or Carrying caused by Pinch Point. | x | | | 6 | | x | | | | | |
| 03113 | | Lead Equipmen | 08/02 | BIW Warehouse Body Line 2 | Swelling affecting the Knee occurred from Slip, Fall caused by floor. | | x | | | 15 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 6 | 348 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Page    47 of 89

# GC EXHIBIT 018-174

22-60493.3132

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.



Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    Tesla Factory
City    Fremont        State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03115 | ▓ | Material Handle | 08/03 | Production Control GA Conveyar | Bruising affecting the Finger occurred from Injury caused by Slipped. | | x | | | 105 | x | | | | | |
| 03116 | ▓ | Production Asso | 07/11 | General Assembly Final Line | Unknown affecting Unknown occurred from Unknown caused by Unknown | x | | | 180 | | x | | | | | |
| 03117 | ▓ | Production Asso | 07/23 | Powertrain Manufacturing Battery | Associate was manually lifting Modules of boxes into totes | | x | | | 118 | x | | | | | |
| 03120 | ▓ | Production Asso | 08/03 | Plastics Sub-Assembly area | Sprains, Strains affecting the Forearm occurred from Lifting or Pushing Object caused by Welder. | | x | | | 40 | x | | | | | |
| 03122 | ▓ | Production Asso | 08/05 | General Assembly Inspection and | Repetitive Motion Type Injury affecting the Fingers occurred from Repetitive motion caused | | x | | | 105 | x | | | | | |
| 03123 | ▓ | Production Asso | 06/11 | General Assembly Chassis & Fin | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | | 170 | x | | | | | |
| 03124 | ▓ | Lead Production | 08/04 | General Assembly Trim | Upper Respiratory Conditions affecting the Trunk (Stomach occurred from Loading caused by | x | | | 64 | | x | | | | | |
| 03126 | ▓ | Inside Sales Ad | 06/08 | Service Sales | Sprains, Strains affecting the Back/ Spine occurred from Sitting caused by Improper PPE. | | x | | | 11 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 244 | 549 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    48 of 89

**GC EXHIBIT 018-175**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__    State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03136 | | Production Asso | 08/01 | General Assembly Trim | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown. | | x | | | 177 | x | | | | | |
| 03137 | | Production Asso | 08/01 | General Assembly Final Line | Repetitive Motion Type Injury affecting the Forearm occurred from Awkward or Forceful | | x | | | 29 | x | | | | | |
| 03138 | | Manufacturing T | 08/05 | General Assembly Final Line | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | x | | | 26 | x | | | | | |
| 03139 | | Quality Inspecto | 08/08 | Product Excellence Engineering | Bump affecting the Head occurred from Install... caused by Door... | | x | | | 1 | x | | | | | |
| 03140 | | Laundry Service | 08/08 | Plant Facilities Plant Facilities | Bump affecting the Head occurred from Pulling or Pushing Object caused by Box. | | x | | | 102 | x | | | | | |
| 03142 | | Production Asso | 08/09 | Powertrain Manufacturing Batter | Unknown affecting the Shoulder occurred from Tripped caused by Trip and Fall. | | x | | | 21 | x | | | | | |
| 03143 | | Production Asso | 08/09 | General Assembly Chassis 1 | Other affecting the Back/ Spine occurred from Unknown caused by Unknown. | | x | | | 19 | x | | | | | |
| 03149 | | Production Asso | 08/09 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | x | | | 20 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 395 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    49 of 89

| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|

# GC EXHIBIT 018-176

22-60493.3134

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.



Year  **2016**

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name     Tesla Factory

City     Fremont                    State     CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03151 | | Production Asso | 08/05 | Powertrain Manufacturing Electric | Repetitive Motion Type Injury affecting the Shoulder occurred from Working at station | | x | | | 60 | x | | | | | |
| 03152 | | Production Asso | 08/10 | Production Control GA Conveyar | Laceration affecting the Forearm occurred from Sharp Edge caused by Box Cut | | x | | | 20 | x | | | | | |
| 03155 | | Production Asso | 02/04 | General Assembly Trim | Other affecting the Ankle/Foot which occurred from Unknown caused by Unknown. | | x | | | 19 | x | | | | | |
| 03156 | | Manufacturing T | 08/01 | General Assembly End of Line P | Laceration affecting the Forearm occurred from Sharp caused by Handling Objects. | | x | | | 10 | x | | | | | |
| 03157 | | Production Asso | 07/21 | Powertrain Manufacturing Battery | Sprain Strain affecting the Back Spine occurred from Working at station caused by | | x | | | 66 | x | | | | | |
| 03158 | | Production Asso | 08/04 | Powertrain Manufacturing SDU F | Other affecting the Back which occurred from Unknown caused by Unknown. | | x | | | 102 | x | | | | | |
| 03159 | | Production Asso | 08/11 | General Assembly Module Line F | Bruising affecting the Ankle occurred from Working at station caused by leaning. | | x | | | 39 | x | | | | | |
| 03160 | | Production Asso | 08/12 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Forearm occurred from Working at station caused | | x | | | 18 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 334 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page     50 of 89

Injury (1)  Skin Disorder (2)  Respiratory Condition (3)  Poisoning (4)  Hearing Loss (5)  All other illnesses (6)

GC EXHIBIT 018-177

22-60493.3135

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name _____ Tesla Factory _____

City ____ Fremont ____    State ____ CA ____

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03161 | ███████ | Production Asso | 08/12 | Powertrain Manufacturing SDU F | Other affecting the Other occurred from Unloading caused by Handling Objects. | | x | | 90 | | x | | | | | |
| 03164 | ███████ | Production Asso | 07/29 | Product Excellence Engineering | Sprains, Strains affecting the Arm occurred from Unknown caused by Unknown | | x | | 85 | | x | | | | | |
| 03165 | ███████ | Production Asso | 05/31 | Plastics Sub-Assembly area | Sprains, Strains affecting the Shoulder occurred from Capacity Overload caused by Box | | x | | 18 | | x | | | | | |
| 03166 | ███████ | Inside Sales Ad | 08/16 | Service Sales | Sprains, Strains affecting the Neck occurred from Repetitive Motion caused by Repetitive Motion. | | x | | 3 | | x | | | | | |
| 03169 | ███████ | Production Asso | 08/16 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Shoulder occurred from Working at station | | x | | 29 | | x | | | | | |
| 03171 | ███████ | Material Handle | 08/09 | Powertrain Manufacturing OEM M | Anxiety affecting the None occurred from Anxiety caused by Equipment. | x | | | 1 | | x | | | | | |
| 03172 | ███████ | Production Asso | 08/16 | General Assembly Trim | Repetitive Motion Type Injury affecting the Knee occurred from Working at station caused by | x | | | 94 | | x | | | | | |
| 03173 | ███████ | Production Asso | 08/16 | General Assembly Trim 1 | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | | x | | 160 | | x | | | | | |
| | | | | | **Page totals** | **0** | **2** | **6** | **0** | **95** | **385** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page ___ 51 of 89

# GC EXHIBIT 018-178

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name    Tesla Factory

City    Fremont    State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03175 | | Production Asso | 08/17 | General Assembly Inspection and | Sprains, Strains affecting the Shoulder occurred from Unloading caused by Work Case. | | x | | | 16 | x | | | | | |
| 03176 | | Lead Production | 08/18 | General Assembly Chassis | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Vehicle. | x | | | 30 | | x | | | | | |
| 03177 | | Lead Manufactu | 08/19 | Paint Center Paint Shop South | Sprains, Strains affecting the Back/ Spine occurred from Standing caused by Vehicle | | x | | | 85 | x | | | | | |
| 03178 | | Lead Production | 08/18 | General Assembly Chassis & Fin | Bruising affecting the Knee occurred from Slip, Fall caused by Fall. | x | | | 28 | | x | | | | | |
| 03179 | | Service Support | 08/17 | Factory Property Facility Floor | Sprain, Strain affecting the Arm occurred from Unknown caused by Unknown. | | x | | | 10 | x | | | | | |
| 03180 | | Material Handle | 08/17 | Production Control Warehouse | Laceration affecting the Leg occurred from Holding carrying caused by Handling Objects. | x | | | 6 | 22 | x | | | | | |
| 03181 | | Production Asso | 08/18 | BIW Warehouse Body Line 2 | Sprains, Strains affecting the Arm occurred from Using hand tools caused by Repetitive Motion. | | x | | | 27 | x | | | | | |
| 03182 | | Production Asso | 08/19 | General Assembly Trim 1 | Bump affecting the Knee occurred from Working at station caused by Not paying attention to | | x | | | 25 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 64 | 185 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Page    52 of 89

# GC EXHIBIT 018-179

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__   State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Remained at work — Job transfer or restriction (I) | Remained at work — Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03183 | ▆▆▆ | Production Asso | 08/19 | General Assembly Chassis | Sprains, Strains affecting the Back/ Spine occurred from Sitting caused by Awkward | | x | | | 27 | x | | | | | |
| 03184 | ▆▆▆ | Manufacturing T | 08/19 | Paint Center Offline Metal Repair | Sprains, Strains affecting the Thumb occurred from Working at station caused by... | x | | | 27 | | x | | | | | |
| 03186 | ▆▆▆ | Production Asso | 07/01 | General Assembly Final Line | Sprains, Strains affecting the Shoulder occurred from Overhead Work caused by Handling | x | | | 153 | | x | | | | | |
| 03187 | ▆▆▆ | Production Asso | 08/18 | General Assembly Chassis & Fin | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by | | x | | | 92 | x | | | | | |
| 03189 | ▆▆▆ | Production Asso | 08/04 | General Assembly Trim 3 | Sprain, Strain affecting the Arm occurred from Misstep caused by | | x | | | 21 | x | | | | | |
| 03190 | ▆▆▆ | Production Asso | 08/21 | General Assembly Door 1 | Repetitive Motion type Injury affecting the Shoulder occurred from Working at station | | x | | | 74 | x | | | | | |
| 03191 | ▆▆▆ | Manufacturing T | 08/23 | General Assembly End of Line P | Concussion affecting the Head occurred from Improper Handling caused by Slipped. | | x | | | 2 | x | | | | | |
| 03192 | ▆▆▆ | Production Asso | 08/23 | BIW Warehouse Battery Enclosu | Laceration affecting the Fingers occurred from Banged caused by Battery module. | | x | | | 23 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 254 | 165 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 53 of 89

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

# GC EXHIBIT 018-180

22-60493.3138

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: **Tesla Factory**

City: **Fremont**    State: **CA**

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Remained at work – Job transfer or restriction (I) | Remained at work – Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03193 | [redacted] | Production Assoc | 08/19 | General Assembly Trim 3 | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused... | x |  |  | 45 |  | x |  |  |  |  |  |
| 03194 | [redacted] | Production Assoc | 08/20 | Paint Center Plastics Paint | Burns (Heat) affecting the Hand occurred from Equipment Malfunction caused by Equipment |  | x |  |  | 16 | x |  |  |  |  |  |
| 03197 | [redacted] | Manufacturing T | 08/24 | Chassis & Final Final Line | Sprains, Strains affecting the Back/ Spine occurred from Hyperextension caused by... |  | x |  |  | 22 | x |  |  |  |  |  |
| 03198 | [redacted] | Service Support | 08/18 | Service Sales | Laceration affecting the Fingers occurred from Sharp... caused by Vehicle |  |  | x |  |  | x |  |  |  |  |  |
| 03199 | [redacted] | Production Assoc | 08/19 | Paint Center Paint Shop South | Repetitive Motion Type Injury affecting the Arm occurred from Repetitive motion caused by... |  | x |  |  | 26 | x |  |  |  |  |  |
| 03200 | [redacted] | Manufacturing T | 08/22 | General Assembly Chassis & Fin | Sprains, Strains affecting the Back/ Spine occurred from improper lifting techniques caused... |  | x |  |  | 86 | x |  |  |  |  |  |
| 03201 | [redacted] | Production Assoc | 08/19 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Installation. |  | x |  |  | 73 | x |  |  |  |  |  |
| 03202 | [redacted] | Production Assoc | 08/11 | General Assembly Trim 1 | Laceration affecting the Face occurred from Unknown caused by Unknown. |  | x |  |  | 22 | x |  |  |  |  |  |
| **Page totals** | | | | | | 0 | 1 | 6 | 1 | 45 | 245 | 8 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 54 of 89

GC EXHIBIT 018-181

Attention: This form contains information relating...

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**

**U.S. Department of Labor**
Occupational Safety and Health Administration



Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name **Tesla Factory**

City **Fremont**   State **CA**

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03203 | ▆▆▆ | Lead Production | 08/10 | General Assembly Trim 3 | Bump affecting the Finger occurred from Using hand tools caused by Repetitive Motion. | | x | | | 100 | x | | | | | |
| 03205 | ▆▆▆ | Production Asso | 08/24 | General Assembly Door 1 | Sprains, Strains affecting the Forearm occurred from Unknown caused by Unknown | | x | | | 33 | x | | | | | |
| 03206 | ▆▆▆ | Equipment Main | 08/24 | Body in White Body Line 2 | Laceration affecting the Face occurred from Using hand tools caused by Improper device | | x | | | 13 | x | | | | | |
| 03207 | ▆▆▆ | Material Handle | 08/24 | Production Control Warehouse | Repetitive Motion Type Injury affecting the Forearm occurred from Improper lift | | x | | | 49 | x | | | | | |
| 03208 | ▆▆▆ | Production Asso | 08/21 | Powertrain Manufacturing Batter | Bruise affecting the Fingers occurred from Caught In, Under or Between caused by Not | | x | | | 89 | x | | | | | |
| 03209 | ▆▆▆ | Production Asso | 08/17 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Neck occurred from Improper lifting caused by Improper | | x | | | 21 | x | | | | | |
| 03210 | ▆▆▆ | Sr. Training Inst | 08/08 | Human Resources Admin 2nd Fl | Hernia, Rupture affecting the Groin occurred from Improper lift techniques caused by Improper | | x | | | 100 | x | | | | | |
| 03213 | ▆▆▆ | Quality Inspecto | 08/26 | Product Excellence Engineering | Laceration affecting the Head occurred from Other caused by Door. | | x | | | 2 | x | | | | | |
| | | | | | **Page totals** | 0 | 8 | 0 | 0 | 407 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | | | | | | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 55 of 89

## GC EXHIBIT 018-182

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__    State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03217 | | Production Asso | 08/27 | General Assembly Chassis 02 | Laceration affecting the Forearm occurred fro Caught On, In, Under or Between caused by | | x | | | 1 | x | | | | | |
| 03218 | | Production Asso | 08/27 | General Assembly Trim 3 | Sprains, Strains affecting the Shoulder occurred from Installation caused by Inst | | x | | | 7 | x | | | | | |
| 03220 | | Production Asso | 08/29 | General Assembly Instrument Pa | Repetitive Motion Type Injury affecting the Arm occurred from Unknown caused by Unknown. | x | | | 83 | | x | | | | | |
| 03221 | | Production Asso | 08/11 | Powertrain Manufacturing Batter | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive Motion caused | | x | | | 28 | x | | | | | |
| 03222 | | Production Asso | 08/29 | Powertrain Manufacturing Sub-A | Laceration affecting the Finger occurred from Caught On, In, Under or Between caused by Box. | | x | | | 1 | x | | | | | |
| 03223 | | Production Asso | 08/29 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | x | | | 84 | x | | | | | |
| 03225 | | Production Asso | 08/29 | General Assembly Chassis | Numbness affecting the Multiple Body Parts occurred from Unknown caused by Unknown. | | x | | | 77 | x | | | | | |
| 03231 | | Production Asso | 08/31 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Fingers occurred from Working at station caused | | x | | | 180 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 83 | 378 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page __56 of 89__

| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|

GC EXHIBIT 018-183

22-60493.3141

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    Tesla Factory

City    Fremont    State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03232 | ▓▓▓ | Production Assoc | 08/25 | Body in White Body Line 2 | Sprains, Strains affecting the Forearm occurred from Dolly caused by Pulling Object. | | x | | 20 | | x | | | | | |
| 03235 | ▓▓▓ | Lead Production | 08/21 | General Assembly Trim | Contusion, Crushing, Bruise affecting the Foot occurred from Misstep caused ▓▓. | | x | | 47 | | x | | | | | |
| 03237 | ▓▓▓ | Production Assoc | 08/30 | Body in White Body Line 2 | Sprains, Strains affecting the Lower Back occurred from Lifting or Handling caused by Part. | | x | | 36 | | x | | | | | |
| 03238 | ▓▓▓ | Production Assoc | 08/19 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from Installation caused by | | x | | 94 | | x | | | | | |
| 03239 | ▓▓▓ | Production Assoc | 07/21 | General Assembly Door 1 | Sprain, Strain affecting the Knee occurred from Tripped caused by ▓▓ and Fall. | | x | | 48 | | x | | | | | |
| 03240 | ▓▓▓ | Production Assoc | 08/26 | Powertrain Manufacturing SDU F | Contusion, Crushing, Bruise affecting the Head occurred from Reaching for object caused by | | x | | 1 | | x | | | | | |
| 03241 | ▓▓▓ | Production Assoc | 09/01 | Powertrain Manufacturing Battery | Swelling affecting the Forearm occurred from Working at station caused by Part. | | x | | 80 | | x | | | | | |
| 03243 | ▓▓▓ | Production Assoc | 08/18 | Press Center Stamping | Sprains, Strains affecting the Neck occurred from Unknown caused by Unknown. | x | | | 40 | | x | | | | | |
| | | | | | **Page totals** | **0** | **1** | **7** | **0** | **40** | **326** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    57 of 89

**GC EXHIBIT 018-184**

22-60493.3142

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176



You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name ____Tesla Factory____

City ____Fremont____   State ____CA____

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03244 | ▓▓▓ | Production Asso | 09/01 | General Assembly Final Line | Sprains, Strains affecting the Lower Back occurred from Installing caused by Installation | x | | | 40 | | x | | | | | |
| 03245 | ▓▓▓ | Production Asso | 09/02 | Powertrain Manufacturing Cooling | Unknown | | x | | | 80 | x | | | | | |
| 03246 | ▓▓▓ | Lead Material H | 08/25 | General Assembly GA Conveyan | Sprains, Strains affecting the Back/ Spine occurred from Reaching for object caused by | | x | | | 69 | x | | | | | |
| 03247 | ▓▓▓ | Production Asso | 09/02 | Plastics Mold | Laceration affecting the Forearm occurred from Trimmer caused by Blade | | x | | | 11 | x | | | | | |
| 03248 | ▓▓▓ | Production Asso | 09/02 | General Assembly Chassis | Repetitive Motion Type Injury affecting the Forearm occurred from repetitive motion caused | | x | | | 18 | x | | | | | |
| 03249 | ▓▓▓ | Sr. Production F | 09/06 | Body in White Body Line 2 | Sprains, Strains affecting the Shoulder occurred from Loading caused by Parts Rack. | | x | | | 76 | x | | | | | |
| 03251 | ▓▓▓ | Manufacturing T | 06/20 | General Assembly End of Line P | Sprains, Strains affecting the Forearm occurred from Improper Handling caused by Handling | | x | | | 76 | x | | | | | |
| 03252 | ▓▓▓ | Engineering Tec | 09/06 | Product Excellence Engineering | Sprains, Strains affecting the Back/ Spine occurred from Bending over caused by IP Load. | | x | | | 76 | x | | | | | |
| | | | | | **Page totals** | **0** | **1** | **7** | **0** | **40** | **406** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page   58 of 89

**GC EXHIBIT 018-185**

22-60493.3143

OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration



You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __Tesla Factory__

City __Fremont__    State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03254 | ▓▓▓▓ | Production Asso | 09/06 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Ankle occurred Walking caused by Str | x | | | 40 | | x | | | | | |
| 03255 | ▓▓▓▓ | Production Asso | 08/22 | General Assembly Final Line | Sprains, Strains affecting the Forearm occurred from Installation caused by Doo | | x | | | 76 | x | | | | | |
| 03256 | ▓▓▓▓ | Production Asso | 11/01 | Trim Trim 2 | Swelling affecting the Knee ...rred from Twisting caused by Oth | x | | | 35 | | x | | | | | |
| 03257 | ▓▓▓▓ | Production Asso | 09/07 | Press Center Stamping | Laceration affecting the Fingers occurred from Falling ...at caused by Part | | x | | | 40 | x | | | | | |
| 03258 | ▓▓▓▓ | Material Handle | 11/07 | Production Control EOL Repair S | Sprain, Strain affecting the B...k Spine occurred from Bend... caused by poor | | x | | | 35 | x | | | | | |
| 03259 | ▓▓▓▓ | Production Asso | 09/07 | Body in White Main Line Underbo | Repetitive Motion ...pe Inju...affecting the Shoulder occurred from Using hand tools caused | | x | | | 75 | x | | | | | |
| 03260 | ▓▓▓▓ | Equipment Mair | 11/10 | Body in White Special Means | Cut, Laceration, Puncture affecting the Hand occurred from Caught On, In, Under or Between | x | | | 32 | | x | | | | | |
| 03261 | ▓▓▓ | Production Asso | 09/02 | General Assembly Sub Frame | Sprains, Strains affecting the Wrist occurred from Holding or Carrying caused by Hand Tool. | | x | | | 13 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 107 | 239 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Page __59 of 89__

GC EXHIBIT 018-186

**Attention:** This form contains information relating

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    Tesla Factory

City    Fremont    State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Days away from work (H) | Remained at work | | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
| | | | | | | | Job transfer or restriction (I) | Other recordable cases (J) | | | | | | | | |
| 03262 | ▮▮▮ | Production Asso | 11/10 | General Assembly Trim 3 | Repetitive Motion Type Injury affecting the E... occurred from Lifting or Bending caused by... | | x | | 40 | | x | | | | | |
| 03264 | ▮▮▮ | Production Asso | 08/29 | General Assembly Trim 3 | Sprains, Strains affecting the Forearm occurred from Installation caused by Awkward ... | | x | | 52 | | x | | | | | |
| 03268 | ▮▮▮ | Production Asso | 09/02 | Powertrain Manufacturing Batter | Laceration affecting the E... occurred from Splash caused by Not paying attention to... | | x | | 10 | | x | | | | | |
| 03270 | ▮▮▮ | Production Asso | 09/11 | Powertrain Manufacturing LDU S | Sprains, Strains affecting the Back/ S... occurred from Unknown caused by... shown. | | x | | 42 | | x | | | | | |
| 03271 | ▮▮▮ | Production Asso | 08/31 | General Assembly Final Line | Sprains, Strain affecting the B... Spine occurred from Inst... caused by Installation. | | x | | 22 | | x | | | | | |
| 03273 | ▮▮▮ | Production Asso | 09/08 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Ankle occurred from Pulling or ... Object caused by Vehicle. | x | | | 74 | | x | | | | | |
| 03274 | ▮▮▮ | Material Handle | 11/08 | BIW Conveyance | Repetitive Motion Type Injury affecting the Leg occurred from ...1: Sprain caused by Unknown. | | x | | 53 | | x | | | | | |
| 03275 | ▮▮▮ | Production Asso | 08/30 | General Assembly Trim 2 | Repetitive Motion Type Injury affecting the Forearm occurred from Working at station caused ... | x | | | 69 | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 143 | 219 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

| | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|

Page    60 of 89

**GC EXHIBIT 018-187**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__     State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (H) Days away from work | (I) Job transfer or restriction | (J) Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M1) Injury | (M2) Skin Disorder | (M3) Respiratory Condition | (M4) Poisoning | (M5) Hearing Loss | (M6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03276 | ■■■ | Production Asso | 11/05 | General Assembly Chassis 02 | Sprains, Strains affecting the Shoulder occurred from Working at station caused by Unknown | | x | | | 56 | x | | | | | |
| 03277 | ■■■ | Production Asso | 11/03 | Seat Assembly Seat Assembly | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Working at station caused by poor | | x | | | 35 | x | | | | | |
| 03278 | ■■■ | Manufacturing T | 10/10 | Press Center Stamping | Sprains, Strains affecting the Neck occurred from Welding caused by Repetitive Motion. | x | | | 42 | | x | | | | | |
| 03279 | ■■■ | Production Asso | 08/15 | Plastics Plastics Paint | Bump affecting the Back/ Spine occurred from Collision caused by Vehicle collision | | x | | | 70 | x | | | | | |
| 03280 | ■■■ | Lead Equipmen | 11/08 | General Assembly Maintenance | Unknown affecting the Arm occurred from Unknown caused by Unknown | | x | | | 48 | x | | | | | |
| 03281 | ■■■ | Production Asso | 09/20 | General Assembly SDU Final As | Sprains, Strains affecting the Forearm occurred from Pulling/Pushing Object caused by | x | | | 73 | | x | | | | | |
| 03282 | ■■■ | Production Asso | 11/02 | General Assembly Chassis 3 | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by poor | | x | | | 40 | x | | | | | |
| 03283 | ■■■ | Material Handle | 10/04 | Production Control GA Conveyor | Sprains, Strains affecting the Trunk (Stomach occurred from Twisting caused by Pulling Object | | x | | | 48 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 115 | 297 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

M column footers: (1) Injury  (2) Skin Disorder  (3) Respiratory Condition  (4) Poisoning  (5) Hearing Loss  (6) All other illnesses

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 61 of 89

## GC EXHIBIT 018-188

22-60493.3146

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year  **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name     **Tesla Factory**

City    **Fremont**    State    **CA**

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03284 | ▓▓▓ | Production Asso | 11/08 | Production Control Powertrain W | Sprains, Strains affecting the Back/ Spine occurred from Reaching caused by poor | | x | | 23 | | x | | | | | |
| 03287 | ▓▓▓ | Manufacturing T | 11/06 | End of Line Final Line | Fracture affecting the Fingers occurred from Excessive force caused by Oth | | x | | 8 | | x | | | | | |
| 03289 | ▓▓▓ | Production Asso | 10/29 | Body in White Wheel House Righ | Bruising affecting the Fingers occurred from Pulling or Pushing Object caused by Pu | | x | | 57 | | x | | | | | |
| 03290 | ▓▓▓ | Manufacturing T | 09/09 | Press Center Metal Finishing Re | Repetitive Motion Type Injury affecting th Fore occurred from Repetitive Motion caused | x | | | 72 | | x | | | | | |
| 03291 | ▓▓▓ | Production Asso | 09/09 | PWT Cooling Tube Battery Modu | Repetitive Motion Type Injury affecting the Leg occurred from Standing caused by Improper | | x | | 73 | | x | | | | | |
| 03292 | ▓▓▓ | Equipment Main | 09/09 | Maintenance Equipment and Eng | Contusion, Crushing, Bruis affecting the Head occurred from Walking caused by Box. | | | x | | | x | | | | | |
| 03293 | ▓▓▓ | Production Asso | 08/19 | Body in White Body Line 1 | Crushing affecting the Knee occurred from Loading caused by Lift gate. | | x | | 7 | | x | | | | | |
| 03294 | ▓▓▓ | Quality Inspecto | 08/19 | Vehicle Product Excellence Prod | Bruising affecting the Head occurred from Pulling or Pushing Object caused by Door. | x | | | 1 | 4 | x | | | | | |
| | | | | | **Page totals** | **0** | **2** | **5** | **1** | **73** | **172** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    62 of 89

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

**GC EXHIBIT 018-189**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name **Tesla Factory**

City **Fremont**     State **CA**

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03295 | ▮▮▮▮▮ | Production Wor | 10/05 | Body in White Parking Lot | Contusion, Crushing, Bruise affecting the Toe occurred from Walking caused by Trip and Fall. | | x | | | 12 | x | | | | | |
| 03297 | ▮▮▮▮▮ | Production Asso | 09/08 | General Assembly Final Line | Contusion, Crushing, Bruise affecting the Head occurred from Walking caused b | | x | | | 1 | x | | | | | |
| 03298 | ▮▮▮▮▮ | Engineering Te | 10/11 | PWT Prodcut Excellence Produc | Repetitive Motion Type Injur fecting t Hand/Wrist/Forearm oc red from Rep ive | | x | | | 41 | x | | | | | |
| 03299 | ▮▮▮▮▮ | Production Asso | 10/11 | General Assembly Chassis 02 | Sprains, Strains affecting the Shoulder ccurred from l f hand tools caused by Ha Tool. | x | | | 40 | | x | | | | | |
| 03301 | ▮▮▮▮▮ | Production Asso | 09/07 | Powertrain Manufacturing Batten | Lacer n a ng the Ankle rred from Pulling Pushing caused by Forklift. | | x | | | 75 | x | | | | | |
| 03302 | ▮▮▮▮▮ | Production Asso | 11/10 | General Assembly Sub Frame | Repetitiv Motion ype Inj affecting the Hand/Wris Fo arm occurred from Repetitive | | x | | | 16 | x | | | | | |
| 03303 | ▮▮▮▮▮ | Production Asso | 09/09 | Powertrain Manufacturing Batten | Sprains, St s affecting the Ankle occurred from Walking caus by Stairs. | | x | | | 73 | x | | | | | |
| 03305 | ▮▮▮▮▮ | Lead Production | 09/09 | Powertrain Manufacturing LDU F | Repetitive Mo h Type Injury affecting the Forearm occur ed from Repetitive motion caused | | x | | | 63 | x | | | | | |
| | | | | | **Page totals** | **0** | **1** | **7** | **0** | **40** | **281** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    63 of 89

(1)   (2)   (3)   (4)   (5)   (6)

**GC EXHIBIT 018-190**

22-60493.3148

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    Tesla Factory

City    Fremont    State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03306 | ▆▆▆ | Production Asso | 09/02 | General Assembly Instrument Pa | Sprains, Strains affecting the Shoulder occurred from Working at station caused by Pushing | x | | | 62 | | x | | | | | |
| 03309 | ▆▆▆ | Production Asso | 09/15 | General Assembly Chassis | Repetitive Motion Type Injury affecting the Knee occurred from Working at station caused by | | x | | | 77 | x | | | | | |
| 03310 | ▆▆▆ | Production Asso | 08/16 | Press Center Press 1B | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Hand Tool | x | | | 55 | | x | | | | | |
| 03311 | ▆▆▆ | Material Handle | 11/04 | Remanufacturing Center OEM M | Cut, Laceration, Puncture affecting the Foot occurred from Fall caused by Pallet | | x | | | 57 | x | | | | | |
| 03314 | ▆▆▆ | Production Asso | 11/01 | General Assembly Trim 2 | Repetitive Motion Type Injury affecting the Hand occurred from Working at station caused by | x | | | 89 | | x | | | | | |
| 03317 | ▆▆▆ | Engineering Tec | 09/15 | Powertrain Quality Product excel | Repetitive Motion Type Injury affecting the Forearm occurred from Using hand tools caused | | x | | | 40 | x | | | | | |
| 03319 | ▆▆▆ | Manufacturing T | 09/19 | NPI NPI Power Train | Sprains, Strains affecting the Forearm occurred from Lifting or Handling caused by Box. | | x | | | 35 | x | | | | | |
| 03322 | ▆▆▆ | Production Asso | 09/17 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Thumb occurred from Sitting caused by Fall. | x | | | 11 | | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 4 | 0 | 217 | 209 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    64 of 89

# GC EXHIBIT 018-191

22-60493.3149

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__    State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03323 | ▉ | Lead Production | 09/17 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from repetitive motion caused | | x | | | 67 | x | | | | | |
| 03324 | ▉ | Engineering Tec | 10/27 | Manufacturing engineering– Body | Unknown affecting the Hand occurred from Working at station caused by W | | x | | | 59 | x | | | | | |
| 03325 | ▉ | Quality Inspecto | 09/19 | Powertrain Quality Product excel | Sprains, Strains affecting the Lower Back occurred from bending over caused by Vehicle. | | x | | | 37 | x | | | | | |
| 03326 | ▉ | Production Asso | 09/19 | Powertrain Manufacturing SDU I | Repetitive Motion Type Injury affecting the Shoulder occurred from Unknown caused by | | x | | | 8 | x | | | | | |
| 03328 | ▉ | Production Asso | 11/03 | Press Center 3A Destacker | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Handling | x | | | 17 | | x | | | | | |
| 03332 | ▉ | Production Asso | 09/17 | Powertrain Manufacturing SDU F | Laceration affecting the Body occurred from Holding or carrying caused by Part. | | x | | | 10 | x | | | | | |
| 03334 | ▉ | Production Asso | 11/01 | General Assembly Trim 1 | Repetitive Motion Type Injury affecting the Shoulder occurred from Unknown caused by | | x | | | 49 | x | | | | | |
| 03335 | ▉ | Production Asso | 11/02 | Paint Center Sealer Deck | Repetitive Motion Type Injury affecting the Hand occurred from Working at station caused by poor | | x | | | 19 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 17 | 249 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    65 of 89

| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|

**GC EXHIBIT 018-192**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid.  You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional.  You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12.  Feel free to use two lines for a single case if you need to.  You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form.  If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name ____Tesla Factory____

City ____Fremont____    State ____CA____

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (H) Days away from work | (I) Job transfer or restriction | (J) Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03337 | ███ | Production Asso | 10/25 | General Assembly Chassis 02 | Sprains, Strains affecting the Hand occurred from Repetitive motion caused by Installation. | | x | | | 27 | x | | | | | |
| 03338 | ███ | Quality Inspecto | 07/01 | Quality Quality Inspection Area B | Unknown affecting the Fingers occurred from Unknown caused by Unknown | | x | | | 179 | x | | | | | |
| 03340 | ███ | Lead Production | 10/30 | Powertrain Manufacturing Batter | Cut, Laceration, Puncture affecting the Knee occurred from Fall caused by Unknown | | x | | | 14 | x | | | | | |
| 03343 | ███ | Production Asso | 09/24 | Powertrain Manufacturing Gen 3 | Sprains, Strains affecting the Hand occurred from Repetitive motion caused by Poor ergonomics. | | x | | | 20 | x | | | | | |
| 03344 | ███ | 654653 | 10/14 | Powertrain Manufacturing SDU I | Sprain, Strain affecting the Back/ Spine occurred from Lifting/ Handling caused by | | x | | | 45 | x | | | | | |
| 03345 | ███ | Supervising Ma | 10/11 | Powertrain Manufacturing Batter | Repetitive Motion Injury affecting the Shoulder occurred from Repetitive motion caused by | | x | | | 41 | x | | | | | |
| 03346 | ███ | Production Asso | 10/11 | Tool & Die Press 1B | Contusion, Crushing, Bruise affecting the Foot occurred from Falling object caused by Metal | x | | | 141 | | x | | | | | |
| 03347 | ███ | Material Handle | 10/14 | General Assembly Sub Frame | Sprains, Strain affecting the Back/ Spine occurred from Repetitive motion caused by | | x | | | 5 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 141 | 331 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210.  Do not send the completed forms to this office.

Page    66 of 89

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

## GC EXHIBIT 018-193

22-60493.3151

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    Tesla Factory

City    Fremont    State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03348 | ▬▬ | Production Asso | 10/13 | Powertrain Manufacturing Center | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive Motion caused by | | x | | | 46 | x | | | | | |
| 03349 | ▬▬ | Tool & Die Spec | 10/14 | Tool & Die Press center tool & die | Sprains, Strains affecting the Back/ Spine occurred from Slippery Surface | | x | | | 7 | x | | | | | |
| 03350 | ▬▬ | Manufacturing T | 10/13 | General Assembly Final Line | Repetitive Motion To Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | x | | | 42 | | x | | | | | |
| 03352 | ▬▬ | Production Asso | 10/15 | Powertrain Manufacturing Small | Laceration affecting the Fingers occurred from Caught In, Under or Between caused by | | x | | | 9 | x | | | | | |
| 03354 | ▬▬ | Production Asso | 10/04 | Trim Trim | Sprain, Strain affecting the Back/ Back occurred from Bend caused by Awkward | | x | | | 89 | x | | | | | |
| 03356 | ▬▬ | Production Asso | 10/11 | Trim Instrument Panel | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | x | | | 84 | x | | | | | |
| 03358 | ▬▬ | Production Asso | 10/17 | Body in White Body Line 2 | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Door. | | x | | | 23 | x | | | | | |
| 03359 | ▬▬ | Production Asso | 09/12 | General Assembly Trim | Bump affecting the Hand/Wrist/Forearm occurred from Twisting caused by Hand Tool. | | x | | | 112 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 42 | 370 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    67 of 89

## GC EXHIBIT 018-194

22-60493.3152

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name **Tesla Factory**

City **Fremont**    State **CA**

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Days away from work (H) | Remained at work — Job transfer or restriction (I) | Remained at work — Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03360 | | Facilities Assist | 10/19 | EHS 5S | Sprains, Strains affecting the Shoulder occurred from Slip, Fall caused by Floor Mat | | x | | | 73 | x | | | | | |
| 03362 | | Production Asso | 10/21 | General Assembly Final Line | Pop affecting the Kn... occurred from Strain or Injury caused by B...ding | x | | | 71 | | x | | | | | |
| 03363 | | Porduction Asso | 10/14 | General Assembly Door 1 | Tendinitis affecting...Han...rist/Forea...m occurred from Repetiti...motion caused... | x | | | 75 | | x | | | | | |
| 03364 | | Lead Production | 10/22 | Powertrain Manufacturing Unkno | Cut, Laceration, Puncture affecting the...bow occur... from Striking agains... or ste...ing on | | | x | | | x | | | | | |
| 03365 | | Production Asso | 10/27 | Press Center Unknown | Irritatio...affec...g the Eye(s), ...r occurred from Unknow...caused b...known. | | x | | 25 | | x | | | | | |
| 03367 | | Production Asso | 10/27 | Body Line 1 Unknown | Unknow...affectin...the Fing...occurred from Caught On...nder or Between caused by | x | | | 37 | | x | | | | | |
| 03369 | | Production Asso | 10/26 | Body in White Main Line Body | Repetitive M...ion Type Injury affecting the Leg occurred from Unknown caused by poor | | x | | 29 | | x | | | | | |
| 03371 | | Production Asso | 10/28 | Paint Center Unknown | Sprains, Strai...affecting the Neck occurred from Pulling or Pushing Object caused by Dolly | | x | | 14 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 4 | 1 | 183 | 141 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Page    68 of 89

# GC EXHIBIT 018-195

22-60493.3153

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name ___Tesla Factory___

City ___Fremont___    State ___CA___

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03372 | | Production Asso | 10/25 | General Assembly Final Line | Sprains, Strains affecting the Back/ Spine occurred from Overexertion caused by por | | x | | | 34 | x | | | | | |
| 03373 | | Production Asso | 10/26 | Electics Manufacturing Unknown | Sprains, Strains affecting the Elbow occurred from Unknown caused by Unkno | | x | | | 33 | x | | | | | |
| 03375 | | Production Asso | 10/22 | Press Center 6A | Sprains, Strains affecting the Ankle occurred from Unknown caused by Unknown | x | | | 13 | | x | | | | | |
| 03376 | | Engineering Te | 10/24 | Powertrain Quality Product excel | Sprains, Strains affecting the Back/ Spine occurred from Tripped caused by Oth | | x | | | 68 | x | | | | | |
| 03377 | | Production Asso | 10/25 | General Assembly Trim | Sprains, Strains affecting the Shoulder occurred from Using hand too caused by Hand Tool. | x | | | 3 | | x | | | | | |
| 03378 | | Production Manufacturing Electric | 10/13 | Powertrain Manufacturing Electric | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | x | | | 78 | x | | | | | |
| 03380 | | Material Handle | 10/24 | Production Control GA Conveyar | Repetitive Motion Type Injury affecting the Shoulder occurred from Lifting or Handling | | x | | | 34 | x | | | | | |
| 03381 | | Production Asso | 10/25 | Paint Center Sealer Deck | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion caused by Long | | x | | | 55 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 50 | 268 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    69 of 89

(1)  (2)  (3)  (4)  (5)  (6)

# GC EXHIBIT 018-196

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __Tesla Factory__

City __Fremont__     State __CA__

| | Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: | | | | | | |
| | | | | | | | Days away from work (H) | Remained at work | | Away From Work (days) (K) | On job transfer or restriction (days) (L) | | (M) | | | | | | |
| | | | | | | | | Job transfer or restriction (I) | Other record-able cases (J) | | | | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03382 | ▮ | Manufacturing T | 10/25 | General Assembly End of Line P | Sprains, Strains affecting the Forearm occurred from Using hand tools caused by Hand T | | | x | | | 35 | | x | | | | | |
| 03383 | ▮ | Production Asso | 11/04 | Powertrain Manufacturing Batter | Pain affecting the Back/ Spine occurred from Loading caused by Repetitive Mo | | | x | | | 27 | | x | | | | | |
| 03384 | ▮ | Production Asso | 10/06 | Powertrain Manufacturing SDU F | Cut, Laceration, Punc...ure affecting the Elbow occurred from Lifting or Handling caused by | | | x | | | 56 | | x | | | | | |
| 03385 | ▮ | Production Asso | 08/15 | General Assembly Chassis 02 | Sprains, Strains affecting the Hand/Wrist Forearm occurred from Repetitive motion caused by poor | | | x | | | 86 | | x | | | | | |
| 03386 | ▮ | Production Asso | 10/05 | General Assembly Chassis 1 | Sprain, Strains affecting the Shoulder occurred from Installing cage... Applying excessive | | | x | | | 27 | | x | | | | | |
| 03387 | ▮ | Production Asso | 08/30 | General Assembly Instrument Pa | Sprains, strains affecting the Shoulder occurred from Installa... caused by Installation. | | | x | | | 93 | | x | | | | | |
| 03389 | ▮ | Lead Production | 09/21 | General Assembly Trim | Bruising affecting the Knee occurred from bending over caused by Vehicle. | | | x | | | 71 | | x | | | | | |
| 03390 | ▮ | Manufacturing T | 09/19 | Body in White End of Line Proces | Repetitive Motion Type Injury affecting the Forearm occurred from Using hand tools caused | | | x | | | 103 | | x | | | | | |
| | | | | | **Page totals** | | 0 | 0 | 8 | 0 | 0 | 498 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | | | | | | |
|---|---|---|---|---|---|---|
| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) | |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page      70 of 89

# GC EXHIBIT 018-197

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name        Tesla Factory

City        Fremont        State        CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Remained at work — Job transfer or restriction (I) | Remained at work — Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03392 | | Production Asso | 09/21 | General Assembly Trim | Repetitive Motion Type Injury affecting the Neck occurred from Repetitive Motion caused by Sitting | | x | | 36 | | x | | | | | |
| 03393 | | Production Asso | 09/21 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Hand occurred from Using hand tools caused by Han | | x | | 51 | | x | | | | | |
| 03394 | | Production Asso | 09/19 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Shoulder occurred from Improper Handling caused by Impr | | x | | 74 | | x | | | | | |
| 03395 | | Lead Protection | 09/17 | Admin Admin 2nd Floor | Contusion, Crushing, Bruise affecting the Multiple Body occurred from Slip, Fall caused by | | x | | 18 | | x | | | | | |
| 03396 | | Production Asso | 09/20 | Press Center Laser (Blank Loadi | Repetitive Motion Type Injury affecting the Elbow occurred from Holding or Carrying caused by | x | | | 71 | | x | | | | | |
| 03397 | | Production Asso | 09/21 | Powertrain Manufacturing Electric | Laceration affecting the Fingers occurred from Holding or Carrying caused by Lifting object(s). | x | | | 101 | | x | | | | | |
| 03398 | | Production Asso | 09/22 | General Assembly Sub Frame | Sprains, Strains affecting the Back/ Spine occurred from Using hand tools caused by Hand | x | | | 93 | | x | | | | | |
| 03399 | | Production Asso | 09/23 | General Assembly Chassis & Fin | Bump affecting the Leg occurred from Holding or Carrying caused by Box. | | x | | 68 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 265 | 247 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page        71 of 89

**GC EXHIBIT 018-198**

22-60493.3156

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    Tesla Factory

City    Fremont          State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03401 | ▮▮▮▮ | Production Asso | 09/22 | Press Center Laser (Blank Load | Repetitive Motion Type Injury affecting the Forearm occurred from Punching Sharp Objects | x | | | | 90 | x | | | | | |
| 03403 | ▮▮▮▮ | Production Asso | 09/22 | General Assembly Trim 2 | Repetitive Motion Type Injury affecting the Forearm occurred from Unknown caused by | | x | | 58 | 41 | x | | | | | |
| 03404 | ▮▮▮▮ | Production Asso | 09/23 | General Assembly Trim | Repetitive Motion Type Injury affecting the Back/Spine occurred from Repetitive motion caused by | | x | | 21 | | x | | | | | |
| 03405 | ▮▮▮▮ | Production Asso | 09/23 | Body in White Main Line Underbo | Repetitive Motion Type Injury affecting Forea occurred from Repetitive motion caused | | | x | | 42 | x | | | | | |
| 03407 | ▮▮▮▮ | Quality Inspecto | 09/19 | General Assembly Trim 1 | Bruising affecting the Leg occurred from Stepping onto ca... ed by Slip | | x | | 74 | | x | | | | | |
| 03409 | ▮▮▮▮ | Production Asso | 09/25 | General Assembly Trim 3 | Repetitive Motion Type Injury affecting the E bow occurred from Repetitive motion caused by | | x | | 57 | 10 | x | | | | | |
| 03411 | ▮▮▮▮ | Production Asso | 08/27 | General Assembly Chassis 02 | Laceration affecting the Forearm occurred from Using hand tools caused by Hand Tool. | | x | | 66 | | x | | | | | |
| 03412 | ▮▮▮▮ | Quality Inspecto | 09/15 | Quality Product excellence | Bruising affecting the Ankle occurred from Kneeling caused by Repetetive Motion. | | | x | | 77 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 276 | 260 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    72 of 89

**GC EXHIBIT 018-199**

22-60493.3157

**Attention:** This form contains information relating

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__          State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work — Job transfer or restriction (I) | Remained at work — Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03413 | | Production Asso | 09/22 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from...repetitive motion caused | | x | | | | 28 | x | | | | | |
| 03415 | | Supervisor Man | 09/23 | Powertrain Manufacturing Center | Sprains, Strains affecting the Back/ Spine occurred from Improper lifting to...caused | | | x | | 24 | 24 | x | | | | | |
| 03417 | | Production Asso | 09/27 | General Assembly Chassis 02 | Sprains, Strains affecting the Forearm occurred from Excessive force caused by Installat | | | x | | | 59 | x | | | | | |
| 03418 | | Production Asso | 09/22 | General Assembly Panoramic Ro | Sprains, Strains affecting the Shoulder occurred from S...Fall caused by Awkward m...c | | | x | | | 70 | x | | | | | |
| 03419 | | Production Asso | 09/26 | General Assembly Trim 3 | Sprain, Stra...affecting the S...der occurred from Ins...lation ca...by Pushing | | | x | | | 66 | x | | | | | |
| 03420 | | Production Asso | 09/16 | Press Center Quality | Sprains, ...ains affecting...Wrist occurred from Working a...tation caused by Repetitive Motion. | | x | | | 17 | | x | | | | | |
| 03423 | | Production Asso | 09/21 | Plastics Mold | Sprains, St...s affecting the Wrist occurred from Repetitive m...on caused by Sanding, Scraping, | | | x | | | 28 | x | | | | | |
| 03424 | | Production Asso | 09/29 | Body in White Body Line 1 | Sprains, Strai...affecting the Neck occurred from Pulling or Pushing Object caused by Welding | | | x | | | 63 | x | | | | | |
| | | | | | **Page totals** | **0** | **2** | **6** | **0** | **41** | **338** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page __73 of 89__

# GC EXHIBIT 018-200

22-60493.3158

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name _____ Tesla Factory

City ___ Fremont ___   State ___ CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Remained at work — Job transfer or restriction (I) | Remained at work — Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03425 | | Production Asso | 09/27 | General Assembly Chassis 02 | Repetitive Motion Type Injury affecting the Forearm occurred from Installation caused | | x | | | 63 | x | | | | | |
| 03426 | | Production Asso | 09/21 | General Assembly Instrument Pa | Sprains, Strains affecting the Wrist occurred from Using hand tools caused by Han | | x | | | 89 | x | | | | | |
| 03427 | | Material Handle | 09/26 | Production Control PWT Convey | Sprains, Strains affecting the Trunk (Stomach occurred from Lifting while holding caused by | | x | | | 20 | x | | | | | |
| 03428 | | Production Asso | 09/26 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Wrist occurred from Using hand tools caused by Hand too | | x | | | 66 | x | | | | | |
| 03433 | | Production Asso | 09/30 | Press Center Laser (Blank Loadi | Bruise affecting the Back/Spine occurred from Loading caused by Slippery Floor. | | x | | | 5 | x | | | | | |
| 03436 | | Delivery Orienta | 09/30 | Service Sales Floor | Sprains, Strains affecting the Knee occurred from Unknown caused by Unknown. | | x | | | 92 | x | | | | | |
| 03438 | | Production Asso | 10/04 | General Assembly Door 1 | Sprains, Strains affecting the Ankle occurred from Standing caused by uneven pavement. | | x | | | 2 | x | | | | | |
| 03446 | | Production Asso | 11/11 | Body in White Body Line 1 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Pulling or Pushing Object caused | | x | | | 31 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 368 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page ___ 74 of 89

## GC EXHIBIT 018-201

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name    Tesla Factory

City    Fremont    State    CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03448 | | Manufacturing T | 11/14 | Reliability Engineering Engineeri | Pain affecting the Elbow occurred from Unknown caused by Unknown. | | x | | 77 | | x | | | | | |
| 03454 | | Manufacturing T | 11/06 | End of Line EOL Repair Shop | Cut, Laceration, Puncture affecting the Fingers occurred from Improper Hand P... caused | | x | | | 9 | x | | | | | |
| 03455 | | Production Asso | 11/21 | Press Center Stamping | Sprains, Strains affecting the Ankle occurred from Stepping caused by Uneven pavement. | x | | | 4 | | x | | | | | |
| 03457 | | Production Asso | 11/20 | Powertrain Manufacturing Battery | Eye affecting the Eye(s), Pupil occurred from Contact... caused by Chemicals | x | | | 71 | | x | | | | | |
| 03458 | | Lead Production | 11/18 | General Assembly Trim | Sprain, Strain affecting the Multiple Body Parts occurred from Str... injured caused by | x | | | 19 | | x | | | | | |
| 03460 | | Production Asso | 11/14 | Powertrain Manufacturing Module | Unknown affecting the Back, Spine occurred from Unknown caused by Unknown. | | x | | | 28 | x | | | | | |
| 03463 | | Lead Production | 11/18 | Body Line 2 Quality | Fracture affecting the Leg occurred from Forklift incident caused by Forklift. | x | | | 24 | | x | | | | | |
| 03465 | | Material Handle | 11/17 | Materials Production Control | Pain affecting the Groin occurred from Unknown caused by Unknown. | | x | | 74 | | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 4 | 0 | 118 | 188 | 8 | 0 | 0 | 0 | 0 | 0 |

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness:

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    75 of 89

# GC EXHIBIT 018-202

22-60493.3160

**OSHA's Form 300** (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name _____Tesla Factory_____

City ____Fremont____    State ____CA____

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03466 | ▮▮▮ | Sr Recruiter | 11/21 | Admin Recruiting | Unknown affecting the Wrist occurred from Repetitive motion caused by Unknown. | | x | | 40 | | x | | | | | |
| 03467 | ▮▮▮ | Material Handle | 11/28 | General Assembly GA Conveyan | Sprains, Strains affecting the Shoulder occurred from Cutting caused by Box. | | x | | | 131 | x | | | | | |
| 03469 | ▮▮▮ | Material Handle | 11/19 | Production Control Materials | Fracture affecting the Finger occurred from Pulling or Pushing Object caused by Box | x | | | 8 | | x | | | | | |
| 03470 | ▮▮▮ | Production Asso | 11/28 | General Assembly Unknown | Pulled Muscle affecting the Unknown occurred from Pulling or Pushing Object caused by | | x | | 63 | | x | | | | | |
| 03471 | ▮▮▮ | Lead Production | 11/30 | General Assembly Trim | Sprain, Strain affecting the Ankle occurred from Improper use of PPE caused by Improper PPE. | | x | | 12 | | x | | | | | |
| 03472 | ▮▮▮ | Production Asso | 11/23 | General Assembly Unknown | Pain affecting the Back occurred from Unknown caused by Unknown. | | x | | 38 | | x | | | | | |
| 03473 | ▮▮▮ | Production Asso | 11/22 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | 15 | | x | | | | | |
| 03474 | ▮▮▮ | Production Asso | 12/02 | Powertrain Manufacturing SDU I | Repetitive Motion Type Injury affecting the Arm occurred from Installation caused by Repetetive | | x | | 3 | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 46 | 264 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Page 76 of 89

GC EXHIBIT 018-203

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __Tesla Factory__

City __Fremont__   State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03475 | | Production Asso | 11/30 | Powertrain Manufacturing LDU C | Laceration affecting the Wrist occurred from Stepping onto caused by Vehicle | | x | | | 8 | x | | | | | |
| 03477 | | Remanufacturing | 11/29 | Powertrain Manufacturing Reman | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object | | x | | | 7 | x | | | | | |
| 03478 | | Production Asso | 11/20 | General Assembly Trim 3 | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Installation. | | x | | | 10 | x | | | | | |
| 03479 | | Production Asso | 11/30 | Body in White Front Underbody | Sprains, Strains affecting the Back/ Spine occurred from Loading caused by Parts Rack. | | x | | | 35 | x | | | | | |
| 03483 | | Production Asso | 12/01 | Paint Center End of Line Process | Sprains, Strains affecting the Lower Back occurred from Bending caused by Vehicle. | | x | | | 60 | x | | | | | |
| 03485 | | Manufacturing T | 12/03 | Body in White Body Line 1 | Sprains, Strains affecting the Unknown occurred from Awkward angle/forceful movements caused | | x | | | 8 | x | | | | | |
| 03486 | | Tool and Die Sp | 12/02 | Press Center Tool & Die | Laceration affecting the Forearm occurred from Slippery Surface caused by Tool. | | | x | | | x | | | | | |
| 03487 | | Production Asso | 12/02 | General Assembly Chassis 1 | Sprains, Strains affecting the Thumb occurred from Pulling or Pushing Object caused by Bolt | | x | | | 38 | x | | | | | |
| | | | | | **Page totals** | 0 | 7 | 1 | 0 | 166 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Page  77 of 89

GC EXHIBIT 018-204

22-60493.3162

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name     Tesla Factory

City     Fremont          State     CA

| | Identify the person | | | Describe the case | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Days away from work (H) | Remained at work | | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| | | | | | | | Job transfer or restriction (I) | Other recordable cases (J) | | | | | | | | |
| 03488 | ▮▮▮▮ | Production Assoc | 12/02 | Body Center Body Line 1 | Sprains, Strains affecting the Fingers occurred from Awkward angle/Awkward movements caused | | x | | 6 | | x | | | | | |
| 03490 | ▮▮▮▮ | Lead Production | 12/04 | Press Center Stamping | Smash affecting the Fingers occurred from Operating Tool caused by Not paying attention to | | x | | 3 | | x | | | | | |
| 03491 | ▮▮▮▮ | Lead Production | 12/06 | Press Center High speed blow fo | Burns (Heat) affecting the Forearm occurred from Slip, Fall caused by Slippery Floor. | x | | | 9 | | x | | | | | |
| 03492 | ▮▮▮▮ | Data Center Op | 12/05 | Operation excellence  Office | Bruising affecting the Chest occurred from Tripped caused by Trip and Fall | | | x | | | x | | | | | |
| 03498 | ▮▮▮▮ | Production Assoc | 11/28 | General Assembly End of Line P | Fracture affecting the Back/ Spine occurred from Installing caused by reaching. | x | | | 31 | | x | | | | | |
| 03499 | ▮▮▮▮ | Lead Production | 12/07 | General Assembly Trim | Sprains, Strains affecting the Forearm occurred from Holding or Carrying caused by Hand Tool. | x | | | 9 | | x | | | | | |
| 03502 | ▮▮▮▮ | Production Assoc | 12/08 | Plastics Plastics Paint | Rash affecting the Hand occurred from Unknown caused by Unknown. | | x | | 23 | | x | | | | | |
| 03509 | ▮▮▮▮ | Production Assoc | 06/08 | Body in White Unknown | Unknown affecting the Ankle occurred from Unknown caused by Unknown. | | x | | 33 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 4 | 1 | 49 | 65 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Page     78 of 89

# GC EXHIBIT 018-205

22-60493.3163

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid.  You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional.  You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12.  Feel free to use two lines for a single case if you need to.  You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form.  If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name    **Tesla Factory**

City    **Fremont**        State    **CA**

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03510 | ▉ | Material Handle | 06/03 | Operation excellence  Materials | Pain affecting the Back/Spine occurred from  Unknown caused by Unknown. | | x | | | 41 | x | | | | | |
| 03520 | ▉ | Production Asso | 08/18 | Powertrain Manufacturing Battery | Bump affecting the Leg occurred from Walking caused by Vehicle. | | x | | | 40 | x | | | | | |
| 03523 | ▉ | Production Asso | 05/04 | Powertrain Manufacturing Electric | Bruising affecting the Forearm occurred from Tripped caused by Box. | | | x | | | x | | | | | |
| 03524 | ▉ | Production Asso | 05/23 | Powertrain Manufacturing SDU I | Crushing affecting the Hand occurred from Unknown caused by Unknown. | x | | | 24 | 60 | x | | | | | |
| 03528 | ▉ | Lead Welder | 10/07 | Body in White Underbody | Sprain/Strain affecting the Hand occurred from Holding/Carrying caused by Hand Tool. | | x | | | 59 | x | | | | | |
| 03529 | ▉ | Production Asso | 02/12 | General Assembly End of Line P | Sprains/Strains affecting the Forearm occurred from Unknown caused by Unknown. | | x | | | 42 | x | | | | | |
| 03530 | ▉ | Equipment Main | 04/29 | Paint Center Body Paint Shop | Laceration affecting the Head occurred from Standing caused by Hitting. | | x | | | 13 | x | | | | | |
| 03531 | ▉ | Production Asso | 01/06 | Powertrain Manufacturing Electric | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | | 180 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 24 | 435 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information.  Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.  If you have any comments about these estimates or any aspects of this data collection, contact:  US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210.  Do not send the completed forms to this office.

|  | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|

Page    79 of 89

**GC EXHIBIT 018-206**

22-60493.3164

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name _____ Tesla Factory

City ___ Fremont _____ State ___ CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03532 | ▓ | Production Asso | 12/27 | Body in White Body Line 2 | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | | x | | | 24 | x | | | | | |
| 03533 | ▓ | Production Asso | 05/09 | General Assembly Trim 1 | Sprains, Strains affecting the Shoulder occurred from Installation caused by Pick | | x | | | 84 | x | | | | | |
| 03534 | ▓ | Equipment Main | 12/05 | Press Center Stamping | Fracture affecting the Ankle occurred from Stepping onto caused by Improper device used | x | | | 56 | | x | | | | | |
| 03535 | ▓ | Production Asso | 12/22 | Powertrain Manufacturing LDU F | Repetitive Motion Type Injury affecting the E bow occurred from Repetitive motion caused by | | x | | | 3 | x | | | | | |
| 03536 | ▓ | Production Asso | 12/22 | Powertrain Manufacturing LDU F | Repetitive Motion Type Injury affecting the E bow occurred from Repetitive motion caused by | | x | | | 23 | x | | | | | |
| 03537 | ▓ | Material Handle | 12/17 | Production Control GA Conveyor | Bump affecting the Head occurred from Driving cart caused by Cart. | | x | | | 16 | x | | | | | |
| 03538 | ▓ | Production Asso | 12/22 | General Assembly Trim 1 | Sprains, Strains affecting the Forearm occurred from Installation caused by Repetetive Motion. | x | | | 8 | | x | | | | | |
| 03540 | ▓ | Production Asso | 12/23 | General Assembly Final Line | Contusion, Crushing, Bruise affecting the Face occurred from Collision caused by Tugger. | x | | | 7 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 71 | 150 | 8 | 0 | 0 | 0 | 0 | 0 |

**CHECK ONLY ONE box for each case based on the most serious outcome for that case:**
Days away from work / Remained at work / Enter the number of days the injured or ill worker was:
Check the "injury" column or choose one type of illness: (M)

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    80 of 89

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

**GC EXHIBIT 018-207**

22-60493.3165

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.



Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__    State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (H) Days away from work | (I) Job transfer or restriction | (J) Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03541 | | Tool at Die Spe | 12/21 | Press Center Tool & Die | Bruising affecting the Trunk (Stomach occurred from Slip, Fall caused by Slippery | x | | | 10 | | x | | | | | |
| 03544 | | Material Handle | 05/24 | Production Control GA Conveyar | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Box. | | x | | | 180 | x | | | | | |
| 03545 | | Production Asso | 05/25 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Forearm occurred from Personal Medical Care caused by Personal | x | | | 67 | 43 | x | | | | | |
| 03546 | | Production Asso | 05/24 | Production Control GA Conveyar | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Box. | | x | | | 6 | x | | | | | |
| 03547 | | Production Asso | 05/27 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Arm occurred from Pulling or Pushing caused by Cart. | | x | | | 180 | x | | | | | |
| 03548 | | Production Asso | 05/12 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Forearm occurred from Twisting caused by Tool. | | x | | | 180 | x | | | | | |
| 03549 | | Lead Material H | 06/03 | Production Control GA Conveyar | Sprains, Strains affecting the Trunk (Stomach occurred from Lifting or Handling caused by Box. | | x | | | 77 | x | | | | | |
| 03551 | | Lead Production | 06/17 | General Assembly Final Line | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | | 52 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 77 | 718 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    81 of 89

**GC EXHIBIT 018-208**

22-60493.3166

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses



**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name     Tesla Factory

City     Fremont          State          CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03554 | � | Associate Mana | 06/07 | Quality Vehicle Test Workshop | Sprains, Strains affecting the Leg occurred from Installation caused by | | x | | | 150 | x | | | | | |
| 03555 | ▀ | Production Asso | 06/28 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused | | x | | | 65 | x | | | | | |
| 03556 | ■ | Production Asso | 06/29 | Powertrain Manufacturing SDU F | Repetitive Motion ... Injury affecting ... Shoulder occurred from ... Repetitive motion caused | | x | | | 149 | x | | | | | |
| 03557 | ▀ | Lead Production | 07/11 | General Assembly Trim | Laceration affecting the Arm occurred from Loader ... caused by IP Load ... | | x | | | 180 | x | | | | | |
| 03558 | ▀ | Production Asso | 07/11 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Steps ... caused by Conveyor. | | x | | | 4 | x | | | | | |
| 03559 | ▄ | Engineering Tec | 07/25 | Vehicle Test Workshop and Lab | Contusion, Crushing, Bruise affecting the Foot occurred ... on fall caused by Falling or Flying | | x | | | 8 | x | | | | | |
| 03561 | ▀ | Material Handle | 07/27 | Production Control Powertrain W | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Box. | | x | | | 5 | x | | | | | |
| 03562 | ▀ | Material Handle | 07/28 | Production Control GA Conveyan | Laceration affecting the Fingers occurred from Cutting caused by Box. | | x | | | 10 | x | | | | | |
| | | | | | **Page totals** | 0 | 8 | 0 | 0 | 571 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page     82 of 89

## GC EXHIBIT 018-209

22-60493.3167

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__   State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title | (D) Date of injury | (E) Where the event occurred | (F) Describe injury or illness | (H) Days away from work | (I) Job transfer or restriction | (J) Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03563 | | Production Asso | 07/28 | Powertrain Manufacturing Module | Debris in Eye affecting the Eye(s). Pupil occurred from Walking caused by Unknown. | | x | | | 63 | x | | | | | |
| 03564 | | Production Asso | 09/20 | Powertrain Manufacturing SDU I | Rash affecting the Forearm occurred from Improper use of PPE caused by | | x | | | 14 | x | | | | | |
| 03566 | | Quality Inspecto | 09/15 | Quality Product excellence | Bruising affecting the Ankle occurred from Bending caused by Repetitive Motion. | | x | | | 25 | x | | | | | |
| 03568 | | Material Handle | 10/14 | Production Control GA Conveyor | Sprains, Strains affecting the Wrist occurred from Lifting, Handling caused by Box. | | | x | | | x | | | | | |
| 03570 | | Project Manage | 10/14 | Powertrain Manufacturing Engine | Contusion, Crushing, Bruise affecting the Fingers occurred from Slip, caused by Fall. | | x | | | 8 | x | | | | | |
| 03574 | | Equipment Mair | 10/14 | Paint Center Body Paint Shop | Laceration affecting the Forearm occurred from Installation caused by Blade. | | x | | | 8 | x | | | | | |
| 03575 | | Marketing Spec | 10/12 | Admin Admin 2nd Floor | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Twisting. | | x | | | 60 | x | | | | | |
| 03576 | | Production Asso | 09/25 | General Assembly Chassis | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Repetetive Motion. | | x | | | 14 | x | | | | | |
| | | | | | Page totals | 0 | 7 | 1 | 0 | 192 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 83 of 89

## GC EXHIBIT 018-210

22-60493.3168

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name ___Tesla Factory___

City ___Fremont___    State ___CA___

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03578 | ▆▆▆▆ | Manufacturing T | 10/25 | Body in White Body Line 2 | Rash affecting the Face occurred from Unkno caused by Unknown | | x | | | 61 | x | | | | | |
| 03580 | ▆▆▆▆ | Production Asso | 10/27 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by | | x | | | 39 | x | | | | | |
| 03581 | ▆▆▆▆ | Production Asso | 11/01 | Paint Center Inspection and Polis | Laceration affecting the Hea occurred in Installation caused by L plate. | | | x | | | x | | | | | |
| 03585 | ▆▆▆▆ | Production Asso | 11/04 | General Assembly Trim | Sprains, Strains affecting the Shoulder occurred from Repetitive motion caused by Repetitive | x | | | 5 | 57 | x | | | | | |
| 03588 | ▆▆▆▆ | Production Asso | 11/29 | Powertrain Manufacturing Electric | Repetitive Moti Type Injury a ting the Forearm occurred Improper Handling | | x | | | 63 | x | | | | | |
| 03589 | ▆▆▆▆ | Lead Productio | 12/12 | General Assembly Chassis & Fin | Bruising affecting the Fing occurred from Handling Objects caused by Equipment | | x | | | 19 | x | | | | | |
| 03592 | ▆▆▆▆ | Production Asso | 12/08 | General Assembly Instrument Pa | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Repetitive | | x | | | 23 | x | | | | | |
| 03595 | ▆▆▆▆ | Production Asso | 12/13 | Powertrain Manufacturing LDU S | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by | | x | | | 23 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 5 | 285 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page   84 of 89

GC EXHIBIT 018-211

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name     Tesla Factory

City     Fremont          State     CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | (M) | | | | | |
| | | | | | | | Job transfer or restriction | Other recordable cases | | | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 03597 | | Lead Material H | 12/13 | Production Control Inventory Cor | Bump affecting the Leg occurred from Dolly caused by Inattention | | x | | | 13 | x | | | | | |
| 03598 | | Manufacturing T | 12/14 | General Assembly End of Line P | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing caused | x | | | 13 | | x | | | | | |
| 03600 | | Production Asso | 12/09 | Powertrain Manufacturing Battery | Repetitive Motion Type Injury affecting the Forearm occurred from Working at station caused | | x | | | 22 | x | | | | | |
| 03603 | | Production Asso | 12/13 | General Assembly Door Handle A | Repetitive Motion Type Injury affecting the Back/ Spine occurred from Repetitive motion caused by | x | | | 18 | | x | | | | | |
| 03609 | | Quality Enginee | 12/15 | General Assembly Chassis | Laceration affecting the Hand | | | x | | | x | | | | | |
| 03611 | | Production Asso | 12/15 | Body Center Body Line 1 | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by B- | | x | | | 16 | x | | | | | |
| 03615 | | Production Asso | 12/15 | General Assembly Final Line | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Repetitive Motion, | | x | | | 15 | x | | | | | |
| 03618 | | Production Asso | 07/18 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Hand occurred from Holding or Carrying caused by Hand Tool. | | x | | | 88 | x | | | | | |
| | | | | | **Page totals** | **0** | **2** | **5** | **1** | **31** | **154** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page     85 of 89

| | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) |

## GC EXHIBIT 018-212

22-60493.3170

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration



You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __Tesla Factory__

City __Fremont__          State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title | (D) Date of injury (mo./day) | (E) Where the event occurred | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill | Days away from work (H) | Remained at work — Job transfer or restriction (I) | Remained at work — Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03619 | ███ | Quality Inspecto | 06/13 | Quality Quality | Contusion, Crushing, Bruise affecting the Hand occurred from Stepping... by Slippery | | x | | | 11 | x | | | | | |
| 03620 | ███ | Manufacturing T | 06/09 | General Assembly Chassis & Fir | Bump affecting the Head occurred from Installation caused ... Door. | | x | | | 35 | x | | | | | |
| 03621 | ███ | Production Asso | 06/06 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting ... Forearm occurred from working at station caused | | x | | | 41 | x | | | | | |
| 03622 | ███ | Quality Inspecto | 04/15 | Quality Quality | Sprains, Strains affecting the Arm occurred from Unknown caused by Unknown. | | x | | | 180 | x | | | | | |
| 03623 | ███ | Production Asso | 05/11 | Paint Center Body Paint Shop | Sprain, Strain affecting the ... Spine occurred from Bending caused by Bending. | x | | | 52 | | x | | | | | |
| 03624 | ███ | Supervisor | 05/10 | Quality Quality | Contusion, Crushing, Bruise affecting the Trunk (Stomach) occurred from Slip, Fall caused by | | x | | | 50 | x | | | | | |
| 03625 | ███ | Material Handle | 05/10 | Production Control Conveyors | Bump affecting the Leg occurred from Sitting caused by Flat Bed. | | x | | | 22 | x | | | | | |
| 03626 | ███ | Sr. Program Ma | 05/03 | Quality Quality | Sprains, Strains affecting the Neck occurred from Unknown caused by Unknown. | | x | | | 57 | x | | | | | |
| **Page totals** | | | | | | 1 | 7 | 0 | 52 | 396 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 86 of 89

**GC EXHIBIT 018-213**

22-60493.3171

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176



You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: **Tesla Factory**

City: **Fremont**    State: **CA**

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03627 | ▮▮▮▮ | Production Asso | 08/01 | Paint Center Body Paint Shop | Swelling affecting the Back/ Spine occurred from Lifting or Handling caused by Heavy Lifting | | | x | | | x | | | | | |
| 03628 | ▮▮▮▮ | Production Asso | 12/15 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing...caused | x | | | 16 | | x | | | | | |
| 03629 | ▮▮▮▮ | Production Asso | 12/16 | Powertrain Manufacturing LDU C | Sprains, Strains aff... Back/ Spi... occurred from Repetiti... otion caused | | x | | | 18 | x | | | | | |
| 03630 | ▮▮▮▮ | Manufacturing T | 12/17 | General Assembly Final Line | Sprains, Strains affecting the Back/ Spi... occu... Equipment M... caused by | | x | | | 11 | x | | | | | |
| 03631 | ▮▮▮▮ | Welder | 12/16 | Body in White Body Line 1 | Sprain, Strain affecting the Leg occurred from Repetiti... motion... by Repetetive Motion. | x | | | 11 | | x | | | | | |
| 03632 | ▮▮▮▮ | Production Asso | 12/17 | Powertrain Manufacturing LDU C | Sprains, Strains affecting the Shoulder occurred from Repe... motion caused by Prior injury. | | x | | | 14 | x | | | | | |
| 03633 | ▮▮▮▮ | Production Asso | 12/18 | Powertrain Manufacturing Batter | Swelling affecting the Ankle occurred from Stepping caused by Stairs. | | x | | | 13 | x | | | | | |
| 03634 | ▮▮▮▮ | Manufacturing T | 12/16 | NPI NPI Power Train | Rash affecting the Forearm occurred from Unknown caused by Unknown. | | x | | | 5 | x | | | | | |
| **Page totals** | | | | | | 0 | 2 | 5 | 1 / 27 | 61 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| | | | | | | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    87 of 89

# GC EXHIBIT 018-214

22-60493.3172

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2016__

**U.S. Department of Labor**
Occupational Safety and Health Administration



You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __Tesla Factory__

City __Fremont__          State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Days away from work (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03635 | ███ | Lead Equipmen | 12/17 | Powertrain Manufacturing SDU R | Sprains, Strains affecting the Knee occurred from Stepping onto caused by Lifting. | | x | | | 14 | x | | | | | |
| 03636 | ███ | Tool and Die Sp | 12/20 | Press Center Tool & Die | Swelling affecting the Fingers occurred from Using hand tools caused by Tool. | | x | | | 10 | x | | | | | |
| 03637 | ███ | Production Asso | 12/13 | Powertrain Manufacturing LDU S | Debris in Eye affecting the Eye(s), Pupil occurred from Unknown caused by Unknown. | | x | | | 12 | x | | | | | |
| 03638 | ███ | Production Asso | 12/20 | General Assembly Trim | Swelling affecting the Forearm occurred from Holding, Carrying caused by Hand Tool. | | x | | | 12 | x | | | | | |
| 03639 | ███ | Manufacturing T | 12/20 | Body in White Body Line 2 | Sprains, Strains affecting the Back, Spine occurred from Work Station caused by | | x | | | 11 | x | | | | | |
| 03640 | ███ | Production Asso | 12/02 | Body in White Body Line 1 | Sprains, Strains affecting the Knee occurred from Unknown caused by Unknown. | | x | | | 26 | x | | | | | |
| 03641 | ███ | Manufacturing T | 12/20 | Body in White Body Line 1 | Debris in Eye affecting the Eye(s), Pupil occurred from Unknown caused by Unknown. | | x | | | 10 | x | | | | | |
| 03642 | ███ | Production Asso | 12/21 | Press Center Laser (Blank Loadi | Sprains, Strains affecting the Knee occurred from Unknown caused by Unknown. | | x | | | 6 | x | | | | | |
| | | | | | **Page totals** | 0 | 8 | 0 | 0 | 101 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 88 of 89

| Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|

# GC EXHIBIT 018-215

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2016**

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name     **Tesla Factory**

City     **Fremont**     State     **CA**

| Identify the person | | | | Describe the case | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | \*CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | (M) | | | | | |
| | | | | | | | | Job transfer or restriction | Other recordable cases | | | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 03643 | ▆▆▆▆ | Production Assoc | 07/11 | Powertrain Manufacturing OEM M | Sprains, Strains affecting the Hand occured from Holding or Carrying caused by Hand Tool. | | | x | | | 169 | x | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | **Page totals** | | | *0* | *0* | *1* | *0* | *0* | *169* | *1* | *0* | *0* | *0* | *0* | *0* |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

| | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|---|
| Page 89 of 89 | (1) | (2) | (3) | (4) | (5) | (6) |

**GC EXHIBIT 018-216**

22-60493.3174

OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 32

In the Matter of:

| | |
|---|---|
| TESLA, INC., | Case No.    32-CA-197020 |
| | 32-CA-197058 |
| and | 32-CA-197091 |
| | 32-CA-197197 |
| MICHAEL SANCHEZ, AN INDIVIDUAL, | 32-CA-200530 |
| | 32-CA-208614 |
| and | 32-CA-210879 |

JONATHAN GALESCU, AN INDIVIDUAL,

and

RICHARD ORTIZ, AN INDIVIDUAL,

and

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL WORKERS OF AMERICA,
AFL-CIO,

Charging Party,

_____

_____

GENERAL COUNSEL EXHIBITS

Place: Oakland, California

Dates: June 14, 2018

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

22-60493.3175



EXHIBIT EXCLUDED

Leading Case Number ___32-CA-197020___

Leading Case Name ___Tesla, Inc.___

Exhibit Number ___6C-19___

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. **Exhibit Withdrawn** _____

2. **Exhibit Rejected** _____

3. **Other (Explain)** ___# not used___

   _____

   _____

Exhibit retained by _____

_____

B. RAST
Court Reporter

22-60493.3176

**From:** Jonathan Galescu <jgalescu@tesla.com>
**Date:** Thursday, April 13, 2017 at 3:52 AM
**To:** David Zweig <dzweig@tesla.com>
**Cc:** Richard Ortiz <riortiz@tesla.com>, Josh Hedges <jhedges@tesla.com>
**Subject:** Re: Requesting OSHA forms

Dear  Joshi and David,

Thank you for providing me with OSHA 300 Logs following my request on April 4, 2017.  However, I believe the documents are incomplete, because the names of the injured employees are blacked out.  I request copies of these documents with no information removed. This information will assist me and my fellow employees in understanding and eliminating workplace safety hazards.

Federal and State law requires an employer to provide an employee complete copies of OSHA 300 Logs, with no names or other information removed.  Specifically, 29 CFR 1904.35(b)(2)(iv) states "May I remove the names of the employees or any other information from the OSHA 300 Log before I give copies to an employee, former employee, or employee representative? No, you must leave the names on the 300 Log."  Therefore, I hope the Company can provide me with this information.

Further, I understand that Federal and State law permits me to share these documents with my fellow employees, former employees, and authorized representatives, so I am confused by the 'confidential' label on some of the documents.  I request confirmation of whether these documents are in fact confidential and the legal basis that permits such a confidential label.

I thank you for your assistance and look forward to hearing from you and the production of the logs with employee names and without the "confidentiality" or "as is" markings.

Sincerely,

Jonathan Galescu

Sent from my IPhone

2

# GC EXHIBIT 020

GC-20

EXHIBIT NO. GC-20 RECEIVED ✓ REJECTED___

32-CA-197020

CASE NO _____ CASE NAME: Tesla, Inc.

OF  2  DATE: 6/13/18  REPORTER: B. RAST

**From:** Seth Woody
**Sent:** Friday, April 14, 2017 6:22 PM
**To:** Jonathan Galescu <jgalescu@tesla.com>
**Cc:** Richard Ortiz <rjortiz@tesla.com>; David Zweig <dzweig@tesla.com>; Josh Hedges <jhedges@tesla.com>
**Subject:** Re: Requesting OSHA forms

Dear Jonathan:

Thank you for your question regarding the Cal/OSHA forms that were provided to you on April 5. Respecting the privacy of our employees' confidential health information is very important to us. Our employees have not provided permission to us to share their medical/health or injury information. To protect the privacy interests of current and former employees, we have redacted their names from the OSHA 300 forms.

We placed the "confidentiality" watermark on the documents out of concern that the documents may be shared with individuals or organizations who are not authorized by Cal. Code Regs. Title 8, §14300.35 to receive injury and confidential health information. We are not attempting to prohibit you from sharing the documents with current or former employees.

If you have other questions, please contact me.

Thanks,

1

# GC EXHIBIT 021

GC-21

22-60493.3179

-XHIBIT NO. GC-21 RECEIVED ✓ REJECTED____

32-CA-197020

CASE NO _____ CASE NAME: Tesla, Inc.

OF 2 DATE: 6/13/18 REPORTER: B. RAST

From: Jonathan Galescu
Sent: Friday, April 21, 2017 10:47 PM
To: Seth Woody <sewoody@tesla.com>
Cc: Richard Ortiz <riortiz@tesla.com>; Josh Hedges <jhedges@tesla.com>; David Zweig <dzweig@tesla.com>
Subject: Re: Requesting OSHA forms

Dear Seth,

Thank you for your explanation.  While I understand the importance of privacy, Federal and state law appear to require that the 300 Logs be provided to an employee with no names redacted, with some very limited exceptions.  Your response did not provide any legal authority saying otherwise.  After consulting with OSHA experts, I have some additional questions.

Cal. Code Regs., tit. 8, § 14300.35(b)(2)(D) states, "May I remove the names of the employees or any other information from the Cal/OSHA Form 300 before I give copies to an employee, former employee, or employee representative? No. You must leave the names on the Cal/OSHA Form 300." Similarly, 29 CFR § 1904.35(b)(2)(iv) states "May I remove the names of the employees or any other information from the OSHA 300 Log before I give copies to an employee, former employee, or employee representative? No, you must leave the names on the 300 Log." If you believe these laws do not apply to Tesla, I ask that you provide me with the legal basis that excludes Tesla from following these laws.

I understand that a narrow exception exits for "privacy concern cases" under 29 CFR § 1904.29(b)(6) through (9) and Cal. Code Regs., tit. 8, § 14300.29(b)(6) through (9).  However, under the law, there are only six types of "privacy concern cases": "(A) An injury or illness to an intimate body part or the reproductive system; (B) An injury or illness resulting from a sexual assault; (C) Mental illnesses; (D) HIV infection, hepatitis, or tuberculosis; (E) Needlestick injuries and cuts from sharp objects that are contaminated with another person's blood or other potentially infectious material and (F) Other illnesses, if the employee independently and voluntarily requests that his or her name not be entered on the log." 29 CFR § 1904.29(b)(7); Cal. Code Regs.,

2

# GC EXHIBIT 022-001

GC-22

22-60493.3181

tit. 8, § 14300.29(b)(7).  Based on my experience, most of not all of the injuries that occur at Tesla that do not fall under these categories.

The law further states, "May I classify any other types of injuries and illnesses as privacy concern cases? No, this is a complete list of all injuries and illnesses considered privacy concern cases." 29 CFR § 1904.29(b)(8); Cal. Code Regs., tit. 8, § 14300.29(b)(8).  I again ask, if you believe this law does not apply to Tesla, that you provide me with the legal basis for that position.

I also want to thank you for your explanation of the "confidentiality" watermarks.  However, I continue to be concerned that the confidential watermarks will discourage my co-workers from sharing the documents with current employees, former employees, and their authorized representatives.  I again ask for any legal authority that permits Tesla to restrict the OSHA logs in this manner.

I hope Tesla will honor the rules set out by OSHA and Cal OSHA and provide the requested information in the form required.


Sincerely,

Jonathan Galescu

Sent from my iPhone

EXHIBIT NO. GC-22 RECEIVED ✓ REJECTED___
32-CA-197020
CASE NO _____ CASE NAME: Tesla, Inc.
OF 2    DATE: 6/13/18    REPORTER: B. RAST

**GC EXHIBIT 022-002**

**EXHIBIT EXCLUDED**

Leading Case Number _32-CA-197020_

Leading Case Name _Tesla, Inc_

Exhibit Number _GC-23_

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. **Exhibit Withdrawn** _____

2. **Exhibit Rejected** _____

3. **Other (Explain)** _~~deposited~~_____

_____

_____

Exhibit retained by _GC for next session - 9/24/18_
_Redacting names_

_B RAST_
**Court Reporter**

22-60493.3183

**From:** Jonathan Galescu <jgalescu@tesla.com>
**Date:** Tuesday, June 6, 2017 at 10:10 PM
**To:** David Zweig <dzweig@tesla.com>, Josh Hedges <jhedges@tesla.com>, Seth Woody
<sewoody@tesla.com>, Liza Lipson <llipson@tesla.com>, Lauren Holcomb <laholcomb@tesla.com>
**Cc:** Richard Ortiz <riortiz@tesla.com>
**Subject:** personal representatives

Dear Mr. Woody:

1

**GC EXHIBIT 024-001**

GC-24

EXHIBIT NO. GC-24 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO ____ CASE NAME: Tesla, Inc.

OF 2 DATE: 6/13/18 REPORTER: B. RAST

On May 24th, at around <u>7 PM.</u> I, Richard Ortiz, was asked to attend a meeting by Lisa Lipson, HR Manager. At the meeting Lauren Holcomb.Senior EHSS Specialist, was also present. I was under the impression based on Ms. Lipson's comments that the purpose of the meeting was to be about my positive performance with respect to my safety responsibilities.

On May 24th at around <u>8:15 PM</u>, I Jonathan Galescu, at the close of the safety meeting was requested by Emmanual Garza (Assistant Manager) to speak with Armando Rodriguez (direct Supervisor). Rodriguez directed me to meet with Lisa Lipson, HR manager. I was not told the purpose of the meeting. I attended the meeting. Lauren Holcomb, Senior EHSS Specialist was also present. I asked for a representative but was not provided the opportunity to call one.

Both meetings addressed our request for the OSHA 300 reports and seemed intended to further intimidate and mislead us with respect to our rights under OSHA and to collectively discuss workplace safety issues. It was not clear what was being sought, though the only document that either of us had in our possession, other than our own personal safety records regarding our workers compensation claims, were the OSHA 300 reports provided by the Company pursuant to our request under law.

On reflection, though not directly asked, we believe the Company may have been seeking to know who we had identified as our representative pursuant to the law, **1904.35(a) and (b)**, and if we had shared the 300 forms with our personal representatives. We have, as is our right, shared the information with our personal representatives.

Our personal representatives are:

Doug Parker, Executive Director
Worksafe
<u>1736 Franklin St., Ste. 500</u>
<u>Oakland, CA  94612</u>
Office: <u>510-922-1444</u>

and

Susan Reed
International Representative, UAW
<u>44790 South Grimmer Blvd</u>
<u>Suite 100</u>
<u>Fremont, CA 94538</u>
<u>(510) 877-0829</u>

We hope that in the future Tesla will honor our legal rights, and those of our fellow workers to information and a safe workplace without fear of intimidation.

Thank you

Jonathan Galescu

Richard Ortiz

**GC EXHIBIT 024-002**



GC EXHIBIT 025-001

22-60493.3187

-XHIBIT NO. GC-75 RECEIVED___ ✓ REJECTED.___
32-CA-197020
CASE NO ____ CASE NAME: Tesla, Inc.
― OF 3   DATE: 6/12/8 REPORTER: BLAST

22-60493.3188



GC EXHIBIT 025-002

*1*

## We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|---|---|---|
| REDACTED | | |
| RICHARD ORTIZ | *(signature)* | B/W 2 |
| | | |
| | | |



**www.FairFutureAtTesla.org**

**GC EXHIBIT 026**

-XHIBIT NO. GC-26 RECEIVED ✓ REJECTED___

32-CA-197020

CASE NO _____ CASE NAME: Tesla, Inc.

OF 2  DATE: 6/13/18 REPORTER: B. RAST

**To Tesla Management,**

As workers here at the Fremont plant, we believe in Tesla's mission, and work hard to make the company successful. But we also believe our company can expand that mission to recognize the important role workers like us play in building the company's future. Tesla workers deserve to have a fair, safe, and secure work place. As we all work hard to meet our company's ambitious production goals, it's even more important that we don't lose sight of safety. We should come to work knowing we will return home to our families without being injured at work. Unfortunately, all too often, this isn't the case. Workers are getting hurt on the job, and see work areas where accidents could easily happen. In addition, too many of our coworkers don't report injuries or other safety concerns because they are afraid of retaliation. We believe the best, most fair, and most effective solution to safety and other concerns is for us to form our union so we can work together with management and have a true voice when it comes to our working conditions.

| Print Name | Signature |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**GC EXHIBIT 027**

22-60493.3192

GC-27

-XHIBIT NO. GC-27 RECEIVED ✓ . REJECTED___.

32-CA-197020

CASE NO _____ CASE NAME: Tesla, Inc.

˙ OF 2 DATE: 6/13/18 REPORTER: B. RAST

22-60493.3193

.ıll Verizon 🛜                    1:52 PM                    ⌁ ✳ 90% 🔋 ⚡

**GC EXHIBIT 028**

New Message                                      Cancel

To: Travis Pratt



ABOUT      **DISCUSSION**      PHOTOS      EVENTS      FILES      ALBUM

**Richard Sancho Ortiz**
1 hour ago · Fremont, California · 📷

These guys been in Sacramento saying we are lying about
how things are at Tesla Management has been taking them
one of them sez he made $130000 last year
How many of you make [Travis Pratt: Copy thanks]
overtime
This just proves how much kissing ass and ratting on
people get you at Tesla and the ones that do the real work
get passed over



Looks like we got under some
people's skin. 😊

Wow. This is on Facebook?

Yea lol I'm pretty sure it's on
their fair future at Tesla thing

📷      🅰️            Text Message                    ⬆️

        TESLA-NLRB - 000675      

22-60493.3194

GC-28

22-60493.3195

EXHIBIT NO. GR28 RECEIVED ✓ REJECTED

CASE NO 32-CA-197020 CASE NAME: Tesla, Inc.

1 OF 2 DATE: 6/13/18 REPORTER: B. RAST

## EXHIBIT EXCLUDED

Leading Case Number  _32-CA-197020_

Leading Case Name  _Tesla, Inc_

Exhibit Number  _GC-29_

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. **Exhibit Withdrawn** _____

2. **Exhibit Rejected** _____

3. **Other (Explain)** _# not used_

   _____

   _____

**Exhibit retained by** _____

_____

_B RAST_
Court Reporter

<u>EXHIBIT EXCLUDED</u>

Leading Case Number _____ 32-CA-197020 _____

Leading Case Name _____ Tesla, Inc. _____

Exhibit Number _____ GC-30 _____

Description _____ General Counsel _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn _____

2. Exhibit Rejected _____

3. Other (Explain) _____ # not used _____

_____

_____

Exhibit retained by _____ _____

_____

_____ Bridgette Rast _____
Court Reporter

# Important Reminder: Confidentiality Agreement (Due Monday)

### Mark Lipscomb

Sat 11/5/2016 10:12 AM

1 attachments (103 KB)

Confidentiality Agreement Guide.pdf;

One more email if you're having any issues — you can access Workday through this link
https://teslamotors.okta.com/ which is accessible outside of the company network. Log in, find the Workday
button, and then your Inbox. Please email hr@tesla.com if you are having any trouble.

Most of you have successfully completed this task so I apologize for the spam email. (Also, no need to reply to
me to tell me you've completed!)

We all need to help protect the hard work being performed by everyone so we need 100% completion on this.

Thank you again!

Mark

---

**From:** Mark Lipscomb <mark@tesla.com>
**Date:** Saturday, November 5, 2016 at 9:52 AM
**Subject:** Important Reminder: Confidentiality Agreement (Due Monday)

I know you're tired of these reminders so please, if you have not done so already, take a minute to get this done
this weekend. It is **absolutely critical that you have this completed by Monday morning**.

Look forward to seeing most of you at Avaya Stadium tonight! Just get this small task done before you come
please.

Thank you.

Mark

---

**From:** Mark Lipscomb <mark@tesla.com>
**Date:** Thursday, November 3, 2016 at 4:32 PM
**Subject:** Confidentiality Reminder (yes, again!)

https://outlook.office.com/owa/?viewmodel=ReadMessageItem&ItemID=AAMkAGRlZD...    11/6/2016

**GC EXHIBIT 31-001**

22-60493.3198

Important Reminder: Confidentiality Agreement (Due Monday) - Jose Moran          Page 2 of 2

As a reminder, please go into Workday and sign the updated confidentiality agreement as soon as possible and no later than Monday morning.

This is the same document most of you have already signed on paper. If you have any trouble accessing your Workday Inbox, please visit an Answer Bar or email hr@tesla.com

We appreciate your cooperation to get this done ASAP. It will only take a minute.

Thank you.

Mark

From: Mark Lipscomb <mark@tesla.com>
Date: Wednesday, November 2, 2016 at 6:50 PM
Subject: Confidentiality Reminder- Quick Request

There are a ton of exciting things happening right now at Tesla and the interest level in what we are doing has never been higher. It's absolutely critical that we maintain strict confidentiality on all internal matters as any leak can have a negative impact on our company.

In order to reinforce the importance of confidentiality, we are asking everyone to sign an updated confidentiality agreement. Most of you have already signed this on paper and we are asking you to do so again electronically in Workday. Moving forward, we will do this on an annual basis.

Please log into your Workday Inbox to complete this very simple task that takes just a minute. (Instructions attached).

It is critical that you complete this as soon as possible and no later than Monday, November 7th.

Thank you for helping protect the hard work being performed by everyone at Tesla.

Mark

-XHIBIT NO GC-31 RECEIVED___ ✓  REJECTED___
31-CA-197020
CASE NO _____ CASE NAME:_____
___ OF   3   DATE: 6/11/18 REPORTER: BRAST

https://outlook.office.com/owa/?viewmodel=ReadMessageItem&ItemID=AAMkAGRlZD.     11/6/2016

**GC EXHIBIT 31-002**

22-60493.3199



In response to recent leaks of confidential Tesla information, we are reminding everyone who works at Tesla, whether full-time, temporary or via contract, of their confidentiality obligations and asking them to reaffirm their commitment to honor them.

These obligations are straightforward. Provided that it's not already public information, everything that you work on, learn about or observe in your work about Tesla is confidential information under the agreement that you signed when you first started. This includes information about products and features, pricing, customers, suppliers, employees, financial information, and anything similar. Additionally, regardless of whether information has already been made public, it is never OK to communicate with the media or someone closely related to the media about Tesla, unless you have been specifically authorized in writing to do so.

Unless otherwise allowed by law or you have received written approval, you must not, for example, discuss confidential information with anyone outside of Tesla, take or post photos or make video or audio recordings inside Tesla facilities, forward work emails outside of Tesla or to a personal email account, or write about your work in any social media, blog, or book. If you are unsure, check with your manager, HR, or Legal. Of course, these obligations are not intended to limit proper communications with government agencies.

The consequence for careless violation of the confidentiality agreement, could include, depending on severity, loss of employment. Anyone engaging in intentional violation of the confidentiality agreement will be held liable for all the harm and damage that is caused to the company, with possible criminal prosecution. These obligations remain in place even if no longer working at Tesla.

---

By acknowledging, I affirm my agreement to comply with my confidentiality obligations to Tesla. I also represent that at no time over the past 12 months have I disclosed any Tesla confidential information outside of Tesla unless properly authorized to do so.

T ≡ 5 L ⌐

**GC EXHIBIT 31-003**

**EXHIBIT EXCLUDED**

Leading Case Number  32-CA-197020

Leading Case Name  Tesla, Inc.

Exhibit Number  GC-32 & GC-33

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. **Exhibit Withdrawn** _____

2. **Exhibit Rejected** _____

3. **Other (Explain)** __#'s not used_____

_____

_____

Exhibit retained by _____

_____

B RAST
**Court Reporter**

GC EXHIBIT 034

GC-34

EXHIBIT NO. GC-34 RECEIVED ✓ REJECTED

32-CA-197020 CASE NAME: Tesla Inc.

CASE NO

OF 2 DATE: 6/12/18 REPORTER: BRAST

22-60493.3204

GC-35

EXHIBIT NO. GC-35 RECEIVED ✓ . REJECTED___
32-CA- 197020
CASE NO _____ CASE NAME: TESIA, InC.
__ OF 2    DATE: 6/13/18 REPORTER: BLAST

GC-36

GC EXHIBIT 036

GC-36

EXHIBIT NO. GC-36 RECEIVED ✓    REJECTED___
32-CA-197020    CASE NAME: Tesla, Inc
CASE NO _____   
_ OF  2   DATE: 10/11/18  REPORTER: BLAST

22-60493.3207



**Tesla's Mission:** "Accelerate the world's transition to sustainable energy"

## General Assembly Expectations

We're Tesla. We're changing the world. We're willing to rethink everything. In keeping our mission and meeting production goals, we must do everything in our power to increase safety, invest in people, improve quality, and cultivate a productive and inclusive environment.

At Tesla, the people drive the culture. We must commit to high standards in Safety, People, Quality, Rate, and Cost.

1. **Safety: We want everybody to go home every day in the same condition they arrived. Safety is everyone's responsibility and it starts with you.**
   - Report all safety related incidents, including near misses, regardless of the severity, *immediately.*
   - Personal Protective Equipment (PPE) must be worn at all times on the production line. *There is no exception to this rule.*
     - Safety shoes, glasses, and bump caps are required to be worn at all times on the production floor. Gloves, and aprons may also be required in specified areas. Long hair must be tied back.
   - Team Wear: It is mandatory that all Production Associates and Leads wear the assigned team wear.
     - On occasion, team wear may be substituted with all black clothing if approved by supervisor.
     - Alternative clothing must be mutilation free, work appropriate and pose no safety risks (no zippers, yoga pants, hoodies with hood up, etc.).
   - Be accountable for your *own* safety. Being safety conscious and complying with all safety policies and procedures is the best way to create a safety culture.
     - Utilize pre-cautions such as visual and verbal notifications, as well as safety pre-checks.
     - Sleeping on the production floor is *not permitted*
   - Operating equipment *requires* the proper training and certifications. Remember the following:
     - Employees *must* be certified to drive and/or operate Tesla equipment.
     - Employees *must* adhere to the Tesla on-property Vehicle Driving Guidelines.

2. **People: Everyone at Tesla is a valuable asset. As such, we must create and sustain a culture of safety and inclusivity whereas everyone is able to do their best and contribute to Tesla's mission.**
   - Conduct: Discrimination and harassment have no place at tesla. Always be polite and professional and treat others with respect; *Think twice before you act.*
   - Attendance: Your participation and timeliness is imperative to the success of Tesla. Unscheduled absences have a negative impact on everyone. Follow these steps when unforeseen events occur:
     - Notify your Supervisor by phone at least 1 hour prior to the start of your shift if you will be late or absent.
     - Ensure accurate timekeeping during your shift, report any discrepancies to your Supervisor.
     - On-time arrival means you are ready to work, with all PPE worn, at the start of your shift.
     - Refer to the Attendance Policy for additional information.
   - Time-off Requests: All Time-off requests must be submitted in Kronos at least 1 day in advance. Requests must be approved before taking time off.
     - PTO will be approved on a First Come First Serve basis and the number of employees approved for PTO per day in each area is subject to change and is set by the supervisor.
     - If accrued, PTO will be used for all tardy/missed days. Without PTO, tardies and/or absences will result in an occurrence.
     - Borrowing PTO or unpaid time off will not be allowed unless for a company wide shut down or special circumstances, when approved.
   - Cell Phones and Music: We understand that cell phones are an integral part of our society, including the workplace; however this is a privilege, not a right. Remember, this is a production line: any distractions may result in a safety incident.
     - Personal devices and cell phones may *not* be used on the production line, except when playing music. You must comply with the following guidelines.
     *Failure to comply with any of these expectations may result in disciplinary actions that can result in termination.*

**GC Exhibit 037-01**

22-60493.3208



*Tesla's Mission: "Accelerate the world's transition to sustainable energy"*

1. Do not charge your phone at any line side outlet
2. Electronic devices may *never* be used while operating vehicles.
3. Ear buds (1 side only) are the only approved method for listening; *No* over the head headphones.
4. No scrolling. Set music to play until your next break.
5. Headphone cords must be routed underneath shirts.

- Phone and music privileges may be take away at the discretion of the supervisor.

o <u>Communication:</u> Timely communication of production issues is critical to the success of operations, and ultimately, Tesla's mission. We believe in open communication. However, to avoid delayed responses, please try to resolve issues or concerns with your immediate supervisor or manager.

3. **Quality:** **Quality is everybody's responsibility. Everyone must do their part to ensure the highest quality vehicles.**

o Do *not* accept, create, or pass a defect. If you find a defect or have a question about a potential defect, contact your lead or supervisor.

o <u>Mutilation Protection:</u>
- No exposed belt buckles, rings, watches, necklaces, metal rivets on pants, or other metal exposed on the production line. Cover with protection or do *not* wear.
- Tesla Badges *must* be covered or tucked in.
- Aprons *cannot* contain objects that can potentially mutilate the car, such as pens or metal tools.
- Yoga mats, seat covers, or equivalent *must* be used when working inside a vehicle.
- Ensure mutilation protection for vehicles is always used when available.
- Ensure all tools are properly covered, where possible. Notify your Lead or Supervisor if covers are damaged or missing.

4. **Rate:** To achieve our production goals, we must complete vehicles both with high quality and at the target rate.

o Continuously improve your pitch and execution of work. If you think of a better way for something, *say something!*

o Remember 5S: Sort, Set in order, Shine, Standardize, and Sustain.
- Ensure all stations are in 5S standard condition at the beginning and end of your shift.
- Only bottled water is allowed in the production area.
- Keep your pitch clear of trash and debris.

o During downtime, follow your Lead's or Supervisor's guidance for downtime activities. This could include cleaning your area, reviewing work instructions, or other tasks.

5. **Cost:** **Managing Kronos is your responsibility. Our company cannot afford to waste money. These procedures must be followed in accordance with State and Federal law; this will ensure Tesla stays in compliance with the applicable law.**

o Clock-in at your designated area Kronos device 5 minutes or less before your shift.

o Take all rest breaks as scheduled; do *not* clock out!

o Take all scheduled meal breaks with the rest of your team; you *must* take the meal breaks that align with your meal waiver. Check with your supervisor or refer to the Work Schedule and Rest Break Policy.

o Do *not* leave your work area outside scheduled breaks without consent from your lead/supervisor.

o Overtime *must* be pre-approved.

o Scanners, harnesses, laptops, radios, and mobile equipment are Tesla property; if the equipment is misplaced, stolen, lost or damaged, it is your responsibility to report it to your Supervisor immediately.

The theme of these expectations is simple: just behave like the sort of person you want as your coworker. Only together can we help transition the world to sustainable energy, while also delivering quality vehicles. Be proud to be a part of Tesla. We want you to work hard, be safe, love what you do, and have fun. Thank you for devoting your time and energy into making Tesla the best, safest place to work!

*Failure to comply with any of these expectations may result in disciplinary actions that can result in termination.*

**GC Exhibit 037-02**

EXHIBIT NO. GC-37 RECEIVED ✓ REJECTED____

32-CA-197020

CASE NO ____ CASE NAME: Tesla, Inc.

___ OF 3. DATE: 6/12/18 REPORTER: B. LAST

22-60493.3210

 **Elon Musk** ✓ @elonmusk · May 20

Replying to @marshall5912 @buckycovington @MacTechGenius

About 2% of Tesla, incl salaried & hourly, union & non-union were let go in annual review. Only known union person fired was a guy who repeatedly threatened non-union supporters verbally & on social media & lied about it.

○ 14      ⟲ 36      ♡ 640      ✉

22-60493.3211

**GC EXHIBIT 038**

EXHIBIT NO. GC-38 RECEIVED ✓ REJECTED___
32-CA-197020
CASE NO._____ CASE NAME: Tesla Inc
— OF 2  DATE: 6/11/18 REPORTER: B.CAST

22-60493.3212

## EXHIBIT EXCLUDED

Leading Case Number __32-CA-197020__

Leading Case Name __Tesla, Inc.__

Exhibit Number __GC-39 and GC-40__

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. **Exhibit Withdrawn** _____

2. **Exhibit Rejected** _____

3. **Other (Explain)** __#'s not used__

_____

_____

Exhibit retained by _____

_____

__B. RAST__
Court Reporter



22-60493.3214

GC-41

EXHIBIT NO. GC-41 RECEIVED ✓ REJECTED___

32-CA-197020

CASE NO _____ CASE NAME: Tesla Inc.

___ OF 3 DATE: 6/12/18 REPORTER: B LAST

GC EXHIBIT 041-002



## EXHIBIT EXCLUDED

Leading Case Number  32-CA-197020

Leading Case Name  Tesla, Inc.

Exhibit Number  GC-42

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. **Exhibit Withdrawn** _____

2. **Exhibit Rejected** _____

3. **Other (Explain)**  # not used

_____

_____

Exhibit retained by _____

_____

B RAST

Court Reporter

22-60493.3217

**GC EXHIBIT 043-001**

 T-Mobile LTE    11:21 AM

RO

Richard

Hanna is sensing me a video of the suck asses Tesla been taking ti Sacramento

Yes!!!!  Send it to me when you get it

Send me your email

to.jose.moran@gmail.com

I cant view it with my phone so let me know who they are

I want to walk up to them AND say see you in Sacramento suck ass

Ok

One guy maintenance



Text Message

GC-43

EXHIBIT NO. GC-43 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO _____ CASE NAME: Tesla, Inc

_ OF 6 DATE: 6/13/18 REPORTER: B. RAST



One guy maintenance

I'm still trying to listen

I'll send you pics of them later.

Shaun Ives.  Maintenance Tech

# GC EXHIBIT 043-003





Shaun Ives.  Maintenance Tech

**Travis Pratt**

Lead Equipment Maintenance Technician

Actions

Email

Job

Travis Pratt.  Lead maintenance tech.  He said he made 130,000 last year

I got one more.  It's a female.  Can't seem to hear her name

Text Message