# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02819 | Redacted | QA Technician | 04/19 | Fremont Factory Unknown | Sprains, Strains affecting the Elbow occurred from Unknown caused by Unknown. | | | x | | | 14 | x | | | | | |
| 02824 | | Material Handle | 04/12 | Production Control Materials | Sprains, Strains affecting the Back/ Spine occurred from Forklift incident caused by poor | | | x | | | 14 | x | | | | | |
| 02825 | | Production Ass | 04/25 | General Assembly Chassis & Fin | Sprains, Strains affecting the Knee occurred from Misstep caused by poor ergonomics. | | | x | | | 14 | x | | | | | |
| 02826 | | Production Ass | 04/22 | General Assembly Trim 2 | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 14 | x | | | | | |
| 02829 | | Lead Tool and | 04/26 | Tool & Die Tool & Die | Cut, Laceration, Puncture affecting the Forearm occurred from Handling Sharp Objects caused by | | | x | | | 14 | x | | | | | |
| 02833 | | Production Ass | 04/28 | General Assembly Chassis | Sprains, Strains affecting the Thumb occurred from Repetitive motion caused by poor | | | x | | | 14 | x | | | | | |
| 02841 | | Material Handle | 05/07 | Production Control Materials | Cut, Laceration, Puncture affecting the Ear occurred from Lifting or Handling caused by Box. | | | | x | | | x | | | | | |
| 02843 | | Tool and Die Sp | 04/18 | Tool & Die Tool & Die | Sprains, Strains affecting the Ankle occurred from Working at station caused by Unknown. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 84 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-032**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02844 | Redacted | Production Asso | 05/10 | Fremont Powertrain Facility Batte | Sprains, Strains affecting the Arm occurred from Repetitive motion caused by poor ergonomics. | | | x | | | 14 | x | | | | | |
| 02845 | | Production asso | 05/10 | General Assembly Trim 2 | Bump affecting the Head occurred from Contact with caused by Bending. | | | x | | | 2 | x | | | | | |
| 02846 | | Production Asso | 05/10 | General Assembly Panoramic Ro | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from raising arm caused by poor | | | x | | | 4 | x | | | | | |
| 02847 | | Material Handle | 05/09 | Production Control PWT Wareho | Unknown affecting the Shoulder occurred from Improper lifting techniques caused by poor | | | x | | | 5 | x | | | | | |
| 02848 | | Production Asso | 05/11 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Ankle occurred from Tripped caused by Unknown. | | | x | | | 14 | x | | | | | |
| 02849 | | Lead Productior | 04/13 | Factory Property Unknown | Sprains, Strains affecting the Ankle occurred from Unknown caused by Unknown. | | | x | | | 14 | x | | | | | |
| 02850 | | Lead Productior | 05/02 | Body in White Body Line 1 | Sprains, Strains affecting the Knee occurred from Unknown caused by poor ergonomics. | | | x | | | 14 | x | | | | | |
| 02851 | | Material Handle | 05/03 | Production Control Materials | Sprains, Strains affecting the Elbow occurred from Lifting or Handling caused by poor | | x | | | 14 | | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 14 | 67 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-033**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02852 | Redacted | Production Assc | 04/29 | Powertrain Manufacturing Small | Cut, Laceration, Puncture affecting the Ankle occurred from Slip, Fall caused by poor | | | | x | | | x | | | | | |
| 02853 | | Production Assc | 05/03 | Stamping Press 1B | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion caused by poor | | x | | | 14 | | x | | | | | |
| 02854 | | Production Assc | 05/04 | General Assembly Sub Frame | Sprains, Strains affecting the Shoulder occurred from Misstep caused by poor ergonomics. | | x | | | 14 | | x | | | | | |
| 02855 | | Production Assc | 05/05 | Powertrain Manufacturing Battery | Other affecting the Back/ Spine occurred from Repetitive motion caused by poor ergonomics. | | | x | | | 14 | x | | | | | |
| 02856 | | Production Assc | 05/05 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Elbow occurred from Repetitive motion caused by poor | | | | x | | | x | | | | | |
| 02857 | | Material Handle | 05/04 | Factory Property Unknown | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 14 | x | | | | | |
| 02858 | | Production Assc | 05/10 | General Assembly Trim | Cut, Laceration, Puncture affecting the Fingers occurred from Caught On, In, Under or Between | | x | | | 14 | | x | | | | | |
| 02859 | | Engineering Tec | 04/29 | Vehicle Test Workshop and Lab | Pain affecting the Back/ Spine occurred from Loading caused by Unknown. | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 3 | 2 | 42 | 42 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-034**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016
**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory
City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
| 02860 | Redacted | Material Handle | 05/09 | Production Control PWT Wareho | Sprains, Strains affecting the Shoulder occurred from Repetitive motion caused by poor | | | x | | | 14 | x | | | | | |
| 02861 | | Production Ass | 05/16 | Press Center High speed blow fo | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 14 | x | | | | | |
| 02862 | | Production Ass | 05/09 | General Assembly Trim | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Heavy | | | x | | | 14 | x | | | | | |
| 02863 | | Production ass | 05/16 | Body in White Body Line 2 | Sprains, Strains affecting the Hip/Lower Back occurred from Other caused by Bending. | | | x | | | 14 | x | | | | | |
| 02864 | | Production Ass | 05/11 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion caused by poor | | | x | | | 14 | x | | | | | |
| 02865 | | Production Ass | 02/01 | General Assembly Chassis | Sprains, Strains affecting the Knee occurred from Unknown caused by Overexertion. | | | x | | | 14 | x | | | | | |
| 02866 | | Production ass | 05/14 | Plastics Plastic Subassemblies | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by poor | | | x | | | 14 | x | | | | | |
| 02867 | | Production Ass | 05/11 | Factory Property Unknown | Unknown affecting the Hand occurred from Repetitive motion caused by poor ergonomics. | | x | | | 14 | | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 14 | 98 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-035**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02869 | Redacted | Production Ass | 05/16 | Trim Instrument Panel | Bump affecting the Fingers occurred from Working at station caused by finger hit trigger. | | | | x | | | x | | | | | |
| 02870 | | Production Ass | 05/11 | General Assembly Trim | Bump affecting the Knee occurred from Misstep caused by poor ergonomics. | | | x | | | 14 | x | | | | | |
| 02871 | | Material Handle | 05/18 | Service Warehouse | Splinter affecting the Hand occurred from Unknown caused by Picking Parts. | | | x | | | 7 | x | | | | | |
| 02872 | | Production Ass | 05/19 | Tool & Die Unknown | Sprains, Strains affecting the Hip/Lower Back occurred from Hammering caused by Awkward | | | x | | | 14 | x | | | | | |
| 02873 | | Material Handle | 05/18 | Production Control Materials | Carpal Tunnel Syndrome affecting the Back/ Spine occurred from Other caused by Excessive | | | x | | | 14 | x | | | | | |
| 02874 | | Production Ass | 05/19 | Chassis & Final Chassis 02 | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Strain or | | | x | | | 14 | x | | | | | |
| 02875 | | Production Ass | 04/15 | Vehicle Product Excellence Prod | Sprains, Strains affecting the Arm occurred from Unknown caused by Unknown. | | | | x | | | x | | | | | |
| 02876 | | Manufacturing T | 05/18 | End of Line Water test repair | Unknown affecting the Unknown occurred from Bite caused by Unknown. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 5 | 3 | 0 | 63 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-036**

**OSHA's Form 300 (Rev. 01/2004)**

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02877 | Redacted | Production assc | 05/09 | Battery Module Line Battery Pack | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Reaching caused by poor | | | x | | | 18 | x | | | | | |
| 02878 | | Production assc | 05/19 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by poor | | | x | | | 17 | x | | | | | |
| 02879 | | Material Handle | 05/20 | Production Control GA Conveyar | Sprains, Strains affecting the Knee occurred from Driving cart caused by Bending. | | | x | | | 14 | x | | | | | |
| 02880 | | lead production | 05/20 | General Assembly Trim 2 | Swelling affecting the Ankle occurred from Fall caused by Unknown. | | | x | | | 6 | x | | | | | |
| 02881 | | Production assc | 05/19 | General Assembly Trim | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Grabbing caused by poor | | | x | | | 14 | x | | | | | |
| 02882 | | Production Assc | 05/20 | General Assembly Trim 3 | Sprains, Strains affecting the Ankle occurred from Stepping onto caused by Stairs. | | | x | | | 14 | x | | | | | |
| 02883 | | Material Handle | 05/20 | Production Control GA Conveyar | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by poor | | | x | | | 14 | x | | | | | |
| 02886 | | Technical Write | 05/18 | Central Manufacturing Central Ma | Unknown affecting the Hand/Wrist/Forearm occurred from Unknown caused by Unknown. | | | x | | | 13 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 110 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-037**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02887 | Redacted | Production asso | 05/25 | General Assembly Sub Frame | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Pulling or Pushing Object caused | | | x | | | 13 | x | | | | | |
| 02888 | | Manufacturing T | 01/07 | Team Wear Room | Unknown affecting the Wrist occurred from Awkward angle/forceful movements caused by | | | | x | | | x | | | | | |
| 02889 | | Production asso | 05/05 | Press Center Press 1B | Sprains, Strains affecting the Arm occurred from Unknown caused by Unknown. | | | x | | | 13 | x | | | | | |
| 02890 | | Production Asso | 05/11 | Battery Module | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Unknown caused by Unknown. | | | x | | | 14 | x | | | | | |
| 02891 | | Production Asso | 05/24 | General Assembly Chassis 02 | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by poor | | | x | | | 11 | x | | | | | |
| 02892 | | Production asso | 05/25 | Production Associate | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 11 | x | | | | | |
| 02893 | | Production asso | 05/26 | Body in White Mail Line Body | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Cutting | | | x | | | 12 | x | | | | | |
| 02894 | | Production asso | 03/03 | Fremont Factory Production Asso | Unknown affecting the Neck/Shoulder occurred from Unknown caused by Unknown. | | | x | | | 12 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 86 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-038**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02895 | Redacted | Data Center Op | 05/03 | Operation excellence Product ex | Unknown affecting the Head occurred from Collision caused by Door. | | x | | | 12 | 12 | x | | | | | |
| 02896 | | Material Handle | 05/13 | Production Control Warehouse | Other affecting the Hand occurred from Awkward angle/forceful movements caused by Bending. | | | x | | | 25 | x | | | | | |
| 02897 | | Production Ass | 05/13 | General Assembly Final Line | Sprains, Strains affecting the Neck occurred from Working at station caused by Awkward Position. | | | x | | | 7 | x | | | | | |
| 02898 | | Production ass | 04/29 | General Assembly Trim | Sprains, Strains affecting the Arm occurred from Pressing caused by Improper Posture. | | | x | | | 29 | x | | | | | |
| 02901 | | Remanufacturin | 05/27 | Press Center Press 1B | Unknown affecting the Neck occurred from Unknown caused by Unknown. | | | x | | | 102 | x | | | | | |
| 02903 | | Production ass | 06/02 | Maintenance Equipment and Eng | Repetitive Motion Type Injury affecting the Shoulder occurred from Unknown caused by | | | x | | | 26 | x | | | | | |
| 02905 | | Production Ass | 05/31 | General Assembly Chassis | Repetitive Motion Type Injury affecting the Fingers occurred from Repetitive motion caused | | x | | | 29 | | x | | | | | |
| 02908 | | Production Ass | 06/01 | General Assembly Chassis | Bruising affecting the Knee occurred from Slip, Fall caused by poor ergonomics. | | x | | | 26 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 67 | 201 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-039**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | Job transfer or restriction (I) | Other record-able cases (J) | (K) | (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02910 | Redacted | Production Ass | 05/31 | Fremont Factory General Assem | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown. | | | x | | | 26 | x | | | | | |
| 02914 | | Production Ass | 06/05 | Press Center - Laser | Contusion, Crushing, Bruise affecting the Wrist occurred from Working at station caused by | | x | | | 24 | | x | | | | | |
| 02915 | | Production Ass | 05/24 | General Assembly Trim | Sprains, Strains affecting the Wrist occurred from Improper Handling caused by Improper Posture. | | x | | | 24 | | x | | | | | |
| 02916 | | Production Ass | 06/03 | General Assembly | Sprains, Strains affecting the Knee occurred from Walking caused by Object on floor. | | | x | | | 2 | x | | | | | |
| 02917 | | Production Ass | 06/03 | PWT Electrics - High Voltage Ju | Sprains, Strains affecting the Shoulder occurred from Repetitive motion caused by poor | | | | x | | | x | | | | | |
| 02918 | | Production Ass | 06/03 | PWT - Battery Pack | Inflammation affecting the Forearm occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 29 | x | | | | | |
| 02919 | | Production Ass | 06/07 | General Assembly Sub Frame | Sprains, Strains affecting the Shoulder occurred from Awkward angle/forceful movements caused | | | x | | | 23 | x | | | | | |
| 02920 | | Production Ass | 06/06 | BIW Warehouse BIW - Underbod | Crushing affecting the Fingers occurred from Improper Handling caused by Inattention. | | x | | | 23 | | x | | | | | |
| | | | | | **Page totals** | **0** | **3** | **4** | **1** | **71** | **80** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-040**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02921 | Redacted | Production Ass | 05/26 | Powertrain Manufacturing PWT L | Inflammation affecting the Wrist occurred from raising arm caused by poor ergonomics. | | | x | | | 35 | x | | | | | |
| 02922 | | Production Ass | 06/07 | General Assembly Trim 2 | Carpal Tunnel Syndrome affecting the Neck/Back occurred from Awkward angle/forceful | | | x | | | 25 | x | | | | | |
| 02923 | | Equipment Mai | 06/08 | BIW Warehouse Body Line 2 | Laceration affecting the Fingers occurred from Hammering caused by Miscommunication with | | x | | | 22 | | x | | | | | |
| 02924 | | Production Ass | 06/08 | Powertrain Manufacturing Battery | Bruising affecting the Back/ Spine occurred from Slippery Surface caused by Improper part fit. | | | x | | | 21 | x | | | | | |
| 02925 | | Manufacturing E | 06/04 | BIW Warehouse Battery Enclosu | Abrasion affecting the Ankle occurred from Fall caused by Fall. | | | | x | | | x | | | | | |
| 02928 | | Production Ass | 06/06 | General Assembly Chassis 02 | Inflammation affecting the Hand occurred from Excessive force caused by Repetetive Motion. | | | x | | | 24 | x | | | | | |
| 02929 | | Production Ass | 06/07 | General Assembly Door 1 | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown. | | | x | | | 24 | x | | | | | |
| 02930 | | Production Ass | 06/09 | General Assembly Trim | Knotting/Tightness affecting the Back/ Spine occurred from Repetitive motion caused by | | | x | | | 21 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 22 | 150 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-041**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 02931 | Redacted | Production Asso | 06/08 | Powertrain Manufacturing Module | Contusion, Crushing, Bruise affecting the Knee occurred from Slip, Fall caused by Slipped. | | | x | | | 18 | x | | | | | |
| 02932 | | Production Asso | 06/08 | General Assembly General Asse | Swelling affecting the Hand occurred from Unknown caused by Cart. | | | x | | | 36 | x | | | | | |
| 02933 | | Production Asso | 06/11 | General Assembly Final Line | Carpal Tunnel Syndrome affecting the Forearm occurred from Repetitive motion caused by | | | x | | | 32 | x | | | | | |
| 02940 | | Production Asso | 06/11 | Body in White BIW - Closures | Carpal Tunnel Syndrome affecting the Forearm occurred from Repetitive motion caused by | | | x | | | 29 | x | | | | | |
| 02941 | | Production Asso | 06/09 | PWT LDU PWT LDU | Sprains, Strains affecting the Back/ Spine occurred from Reaching for object caused by | | | x | | | 28 | x | | | | | |
| 02943 | | Production Asso | 06/14 | Powertrain Manufacturing SDU R | Sprains, Strains affecting the Neck/Shoulder occurred from Pulling or Pushing Object caused | | | | x | | | x | | | | | |
| 02944 | | Production Asso | 06/14 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | | x | | | 6 | x | | | | | |
| 02946 | | Production Asso | 06/14 | General Assembly Door 1 | Sprains, Strains affecting the Back/ Spine occurred from Reaching for object caused by | | | x | | | 6 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 155 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-042**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | Describe the case | | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 02948 | Redacted | Production Ass | 06/15 | General Assembly Sub Frame | Laceration affecting the Head occurred from Improper use of PPE caused by Rushing. | | | | x | | | x | | | | | |
| 02949 | | Material Handle | 05/22 | Body in White BIW Conveyance | Carpal Tunnel Syndrome affecting the Back/ Spine occurred from Repetitive motion caused by | | | x | | | 31 | x | | | | | |
| 02952 | | Lead Productior | 06/01 | General Assembly Sub Frame | Numbness affecting the Forearm occurred from Pulling or Pushing Object caused by Repetetive | | | x | | | 26 | x | | | | | |
| 02953 | | Lead Productior | 06/14 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Improper Hand Placement caused | | x | | | 2 | 14 | x | | | | | |
| 02954 | | Production Ass | 06/12 | Powertrain Manufacturing Modul | Sprains, Strains affecting the Wrist occurred from Pulling or Pushing Object caused by Tool. | | x | | | 14 | | x | | | | | |
| 02955 | | Manufacturing T | 06/14 | General Assembly Final Line | Sprains, Strains affecting the Ankle occurred from Unknown caused by Unknown. | | x | | | 2 | | x | | | | | |
| 02956 | | Production Ass | 06/20 | Powertrain Manufacturing Electri | Bruising affecting the Knee occurred from Capacity Overload caused by Capacity Overload. | | | x | | | 24 | x | | | | | |
| 02957 | | Product Excelle | 06/13 | Product Excellence Engineering | Contusion, Crushing, Bruise affecting the Foot occurred from Tripped caused by Stairs. | | | x | | | 13 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 4 | 1 | 18 | 108 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-043**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 02958 | Redacted | Manufacturing T | 06/17 | BIW Warehouse Body Line 1 | Fatigue affecting the Knee occurred from Stepping caused by Stairs. | | | x | | | 14 | x | | | | | |
| 02959 | | Production Ass | 06/20 | General Assembly Chassis 02 | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by Improper | | | x | | | 4 | x | | | | | |
| 02960 | | Product Excelle | 06/18 | Product Excellence Engineering | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by Improper | | | x | | | 10 | x | | | | | |
| 02962 | | Production Ass | 06/20 | Powertrain Manufacturing LDU F | Sprains, Strains affecting the Hand occurred from Unknown caused by Repetetive Motion. | | | x | | | 25 | x | | | | | |
| 02963 | | Production Ass | 06/21 | Powertrain Manufacturing Batter | Sprains, Strains affecting the Wrist occurred from Awkward angle/forceful movements caused by | | | x | | | 22 | x | | | | | |
| 02965 | | Production Ass | 06/10 | General Assembly General Asse | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Repetetive Motion. | | | x | | | 65 | x | | | | | |
| 02968 | | Production Ass | 06/17 | Paint Center Sealer Deck | Sprains, Strains affecting the Knee occurred from Unknown caused by Improper lifting technique. | | | x | | | 22 | x | | | | | |
| 02971 | | Lead Productio | 06/18 | General Assembly General Asse | Contusion, Crushing, Bruise affecting the Arm occurred from Installation caused by Improper | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 162 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-044**

Attention: This form contains information relating

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case: (G)–(J)

Enter the number of days the injured or ill worker was: (K)–(L)

Check the "injury" column or choose one type of illness: (M)

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02972 | Redacted | Production Ass | 06/03 | General Assembly Door 1 | Sprains, Strains affecting the Forearm occurred from Equipment missing Guarding caused by | | | x | | | 45 | x | | | | | |
| 02973 | | Production Ass | 06/20 | Powertrain Manufacturing Electri | Swelling affecting the Forearm occurred from Repetitive motion caused by Unknown. | | | x | | | 23 | x | | | | | |
| 02974 | | Production Ass | 06/21 | General Assembly General Asse | Sprains, Strains affecting the Elbow occurred from Unknown caused by Installation. | | | x | | | 12 | x | | | | | |
| 02975 | | Production Ass | 06/23 | Paint Center South Dock | Sprains, Strains affecting the Lower Back occurred from Repetitive motion caused by | | | x | | | 22 | x | | | | | |
| 02976 | | Maintenance Su | 06/19 | General Assembly General Asse | Crushing affecting the Ankle occurred from Fall caused by Fall. | | | x | | | 7 | x | | | | | |
| 02977 | | Lead Productior | 06/20 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown. | | | x | | | 171 | x | | | | | |
| 02979 | | Welder | 06/23 | BIW Warehouse Body Line 1 | Sprains, Strains affecting the Elbow occurred from Repetitive motion caused by Repetetive | | x | | | 21 | | x | | | | | |
| 02980 | | Product Excelle | 06/23 | Product Excellence Engineering | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Unknown. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 21 | 280 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, OC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-045**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02982 | Redacted | Product Excelle | 06/24 | Product Excellence Engineering | Unknown affecting the Unknown occurred from Unknown caused by Unknown. | | | x | | | 13 | x | | | | | |
| 02985 | | Production Ass | 06/16 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Twisting caused by poor | | x | | | 39 | | x | | | | | |
| 02988 | | Material Handle | 06/24 | Production Control GA Conveyar | Sprains, Strains affecting the Shoulder occurred from bending over caused by poor ergonomics. | | x | | | 14 | | x | | | | | |
| 02989 | | Lead Productior | 06/27 | General Assembly Trim 3 | Repetitive Motion Type Injury affecting the Knee occurred from Installing a Motor caused by | | | x | | | 18 | x | | | | | |
| 02990 | | Material Handle | 06/25 | Production Control Production As | Inflammation affecting the Back/ Spine occurred from Unloading caused by Delivering Materials. | | | x | | | 16 | x | | | | | |
| 02991 | | Production Ass | 06/22 | General Assembly Instrument Pa | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | | x | | | 21 | | x | | | | | |
| 02992 | | Production Ass | 06/24 | BIW Warehouse Door 1 | Bruising affecting the Ankle occurred from Overexertion caused by Long Hours. | | x | | | 32 | 111 | x | | | | | |
| 02993 | | Material Handle | 06/28 | BIW Warehouse Main Line Body | Sprains, Strains affecting the Ankle occurred from Tripped caused by Not paying attention to | | x | | | 14 | | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 120 | 158 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-046**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02994 | Redacted | Production Ass | 06/29 | General Assembly Trim | Laceration affecting the Head occurred from Banged caused by Door. | | x | | | 14 | | x | | | | | |
| 02995 | | Lead Productior | 06/29 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Back/ Spine occurred from Personal Medical Issue caused by | | x | | | 16 | | x | | | | | |
| 02996 | | Lead Productior | 06/29 | Powertrain Manufacturing SDU Ir | Laceration affecting the Thumb occurred from Equipment Malfunction caused by Equipment | | | x | | | 16 | x | | | | | |
| 02997 | | Production Ass | 06/27 | Plastics Mold | Dislocation affecting the Ankle occurred from Striking against or stepping on caused by Object | | x | | | 17 | | x | | | | | |
| 02998 | | Production Ass | 06/28 | Press Center 6A | Unknown affecting the Ankle occurred from Unknown caused by Unknown. | | x | | | 17 | | x | | | | | |
| 03001 | | R&D Fabricator | 06/29 | Admin Engineering | Laceration affecting the Fingers occurred from Equipment Malfunction caused by Awkward | | x | | | 16 | | x | | | | | |
| 03002 | | Production Ass | 06/29 | General Assembly Final Line | Repetitive Motion Type Injury affecting the Wrist occurred from Installation caused by Installation. | | | x | | | 15 | x | | | | | |
| 03004 | | Production Ass | 06/28 | Body Center Body | Swelling affecting the Ankle occurred from Driving cart caused by mobile cart and pallet. | | | x | | | 16 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 80 | 47 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-047**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03005 | Redacted | Production Ass | 06/28 | Casting Center High Pressure Di | Bruising affecting the Ankle occurred from Equipment Malfunction caused by Machine or | | x | | | 16 | | x | | | | | |
| 03006 | | Production Ass | 06/16 | BIW Warehouse Wheel House R | Sprains, Strains affecting the Wrist occurred from Using hand tools caused by Bending. | | | x | | | 14 | x | | | | | |
| 03008 | | Material Handle | 06/16 | Production Control PWT Convey | Sprains, Strains affecting the Arm occurred from Fall caused by Cart. | | | x | | | 26 | x | | | | | |
| 03009 | | Production Ass | 06/29 | Plastics Sub-Assembly area | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | | x | | | 19 | x | | | | | |
| 03011 | | Materials Super | 06/30 | Production Control PWT Manufa | Laceration affecting the Fingers occurred from Sharp Edge caused by Unknown. | | | x | | | 5 | x | | | | | |
| 03016 | | Production Ass | 06/11 | Body Center Body Line 2 | Bump affecting the Head occurred from Wa king caused by Not paying attention to surroundings. | | | x | | | 34 | x | | | | | |
| 03017 | | Production Ass | 07/06 | Paint Center Paint Conveyor Are | Pain affecting the Rib occurred from Unknown caused by Unknown. | | | x | | | 8 | x | | | | | |
| 03019 | | Material Handle | 06/28 | Powertrain Manufacturing Model | Sprains, Strains affecting the Ankle occurred from Driving cart caused by Tugger and Dolly. | | | x | | | 56 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 16 | 162 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-048**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03020 | Redacted | Production Ass | 07/06 | Body Center Body Line 1 | Sprains, Strains affecting the Back/ Spine occurred from Loading caused by Machine or | | | x | | | 18 | x | | | | | |
| 03021 | | Production Ass | 07/07 | General Assembly Model S/X As | Sprains, Strains affecting the Neck occurred from Pulling or Pushing Object caused by Wire. | | | x | | | 7 | x | | | | | |
| 03022 | | Material Handle | 07/07 | Powertrain Manufacturing Produ | Sprains, Strains affecting the Chest occurred from Lifting or Handling caused by Box. | | | x | | | 37 | x | | | | | |
| 03024 | | Production Ass | 07/05 | Paint Center Paint Shop South | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 176 | x | | | | | |
| 03026 | | Production Ass | 07/08 | Body Center Body Line 1 | Sprains, Strains affecting the Abdomen occurred from Lifting or Handling caused by Rail. | | x | | | 94 | | x | | | | | |
| 03028 | | Lead Manufactu | 06/08 | Paint Center Paint Shop South | Inflammation affecting the Eye(s), Pupil occurred from Unknown caused by Unknown. | | | x | | | 180 | x | | | | | |
| 03029 | | Material Handle | 07/07 | Powertrain Manufacturing Produ | Fracture affecting the Leg occurred from Fall caused by Trailer. | | x | | | 7 | | x | | | | | |
| 03030 | | Production Ass | 07/08 | BIW Warehouse Underbody | Sprains, Strains affecting the Knee occurred from Lifting or Handling caused by Rail. | | x | | | 161 | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 262 | 425 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-049**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 121B-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03032 | Redacted | Production Ass | 06/27 | BIW Warehouse Body Line 1 | Sprains, Strains affecting the Hip(s) Pelvis occurred from Unknown caused by Unknown. | | x | | | B5 | | x | | | | | |
| 03033 | | Facilities Contra | 07/11 | VM Manufacturing Test Plant Fac | Laceration affecting the Face occurred from Stepping onto caused by Not paying attention to | | | | x | | | x | | | | | |
| 03034 | | Facilities Assist | 06/15 | Plant Facilities Plant Facilities | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 70 | x | | | | | |
| 03035 | | Production Ass | 07/12 | General Assembly Trim 2 | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Installation. | | | x | | | 27 | x | | | | | |
| 03036 | | Production Ass | 06/22 | Body Center Body Line 1 | Repetitive Motion Type Injury affecting the Unknown occurred from Repetitive motion | | x | | | 19 | | x | | | | | |
| 03037 | | Production Ass | 06/2B | Small Drive Unit SDU Inverter | Sprains, Strains affecting the Shoulder occurred from Repetitive motion caused by Box. | | | x | | | 21 | x | | | | | |
| 0303B | | Production Ass | 07/07 | General Assembly General Asse | Sprains, Strains affecting the Neck occurred from Unknown caused by Lifting object(s). | | | x | | | 1B | x | | | | | |
| 03039 | | Production Ass | 07/07 | General Assembly End of Line P | Sprains, Strains affecting the Foot occurred from Tripped caused by Vehicle. | | | x | | | 29 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 104 | 165 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-050**

Attention: This form contains information relating

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 03040 | Redacted | Production Asso | 07/05 | Small Drive Unit SDU Inverter | Repetitive Motion Type Injury affecting the Wrist occurred from Working at station caused by | | | x | | | 1 | x | | | | | |
| 03042 | | Delivery Orienta | 07/13 | Service Sales | Sprains, Strains affecting the Knee occurred from Standing caused by Chair. | | | x | | | 3 | x | | | | | |
| 03043 | | Production Asso | 07/12 | General Assembly General Asse | Laceration ... occurred from Working at station caused by Rushing. | | x | | | 25 | | x | | | | | |
| 03044 | | Production Asso | 07/14 | General Assembly Trim | Bump affecting the Head occurred from Installation caused by Door. | | x | | | 20 | 3 | x | | | | | |
| 03045 | | Material Handle | 07/09 | Production Control General Asse | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | | 25 | 30 | x | | | | | |
| 03046 | | Production Asso | 07/13 | General Assembly Trim 3 | Sprains, Strains affecting the Shoulder occurred from Installation caused by Repetetive Motion. | | | x | | | 32 | x | | | | | |
| 03048 | | Lead Production | 07/13 | General Assembly Door 1 | Sprains, Strains affecting the Knee occurred from Reaching caused by Misstep. | | | x | | | 27 | x | | | | | |
| 03049 | | Lead Production | 07/14 | Powertrain Manufacturing LDU R | Contusion, Crushing, Bruise affecting the Fingers occurred from Lifting or Handling caused by Hand | | | x | | | 23 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 70 | 119 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-051**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | Describe the case | | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03050 | Redacted | Material Handle | 07/12 | Powertrain Manufacturing Produc | Sprains, Strains affecting the Wrist occurred from Unknown caused by Unknown. | | | x | | | 35 | x | | | | | |
| 03051 | | Lead Production | 07/14 | Powertrain Manufacturing LDU F | Repetitive Motion Type Injury affecting the Back/ Spine occurred from bending over caused by | | | x | | | 19 | x | | | | | |
| 03055 | | Production Asso | 07/13 | Powertrain Manufacturing Battery | Bruising affecting the Forearm occurred from Unknown caused by Unknown. | | | x | | | 26 | x | | | | | |
| 03056 | | Manufacturing T | 07/18 | General Assembly End of Line P | Debris in Eye affecting the Eye(s), Pupil occurred from Improper use of PPE caused by Failure to | | | x | | | 22 | x | | | | | |
| 03057 | | Material Handle | 07/05 | Production Control Seat Assemb | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Box. | | | x | | | 35 | x | | | | | |
| 03058 | | Equipment Main | 07/14 | Plastics Paint Shop South | Sprains, Strains affecting the Shoulder occurred from Twisting caused by Tool. | | x | | | 18 | | x | | | | | |
| 03059 | | Production Asso | 07/19 | General Assembly Door 1 | Sprains, Strains affecting the Shoulder occurred from Dolly caused by Door. | | | x | | | 18 | x | | | | | |
| 03060 | | Production Asso | 07/12 | General Assembly Chassis | Sprains, Strains affecting the Shoulder occurred from Installation caused by Improper lifting | | | x | | | 19 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 18 | 174 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-052**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03061 | Redacted | Lead Productior | 07/20 | General Assembly Chassis | Swelling affecting the Ankle occurred from Installation caused by Rushing. | | x | | | 19 | | x | | | | | |
| 03062 | | Production Assc | 07/22 | Powertrain Manufacturing LDU S | Sprains, Strains affecting the Thumb occurred from Improper Handling caused by Installation. | | | x | | | 18 | x | | | | | |
| 03063 | | Production Assc | 07/11 | General Assembly Trim | Laceration affecting the Forearm occurred from Installation caused by Handling Objects. | | | x | | | 29 | x | | | | | |
| 03071 | | Lead Productior | 07/19 | General Assembly Chassis | Sprains, Strains affecting the Knee occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| 03073 | | Production Assc | 07/20 | Plastics Mold | Swelling affecting the Leg occurred from Bite caused by Insect Bite. | | x | | | 3 | 4 | x | | | | | |
| 03074 | | Production Assc | 07/21 | End of Line Final Line | Unknown affecting the Unknown occurred from Other caused by Vehicle. | | | x | | | 40 | x | | | | | |
| 03076 | | Test Operator | 07/18 | Vehicle Test Workshop and Lab | Repetitive Motion Type Injury affecting the Shoulder occurred from Pulling or Pushing Object | | | x | | | 24 | x | | | | | |
| 03077 | | Production Assc | 07/20 | Plastics Mold | Sprains, Strains affecting the Back/ Spine occurred from Forklift incident caused by Forklift. | | x | | | 14 | 2 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 36 | 145 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-053**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03078 | Redacted | Production Ass | 07/22 | General Assembly GA and Paint | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown. | | | x | | | 28 | x | | | | | |
| 03080 | | Production Ass | 07/26 | General Assembly Door Handle | Sprains, Strains affecting the Forearm occurred from Using hand tools caused by Door. | | x | | | 15 | | x | | | | | |
| 03081 | | Production Ass | 07/23 | BIW Warehouse Underbody | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Lack | | x | | | 8 | 10 | x | | | | | |
| 03082 | | Equipment Mai | 07/09 | Powertrain Manufacturing SDU R | Sprains, Strains affecting the Back/ Spine occurred from Improper Handling caused by Tool. | | x | | | 6 | 6 | x | | | | | |
| 03083 | | Lead Productio | 07/26 | Powertrain Manufacturing SDU F | Laceration affecting the Fingers occurred from Operating Tool caused by Gears. | | | x | | | 14 | x | | | | | |
| 03087 | | Material Handle | 07/27 | Production Control BIW Conveya | Crushing affecting the Foot occurred from Forklift incident caused by Forklift. | | | x | | | 23 | x | | | | | |
| 03090 | | Production Ass | 05/23 | General Assembly Panoramic Ro | Numbness affecting the Upper BackNeck occurred from Tripped caused by Stairs. | | | x | | | 180 | x | | | | | |
| 03092 | | Production Ass | 07/22 | Plastics Mold | Sprains, Strains affecting the Forearm occurred from Reaching caused by Machine or Machinery. | | | x | | | 6 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 29 | 267 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-054**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03095 | Redacted | Production Asso | 07/28 | General Assembly Chassis | Laceration affecting the Ankle occurred from Walking caused by Forklift. | | x | | | 14 | | x | | | | | |
| 03096 | | Production Asso | 07/28 | General Assembly Chassis & Fin | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | | x | | | 10 | 4 | x | | | | | |
| 03097 | | Production Asso | 07/23 | General Assembly Trim | Sprains, Strains affecting the Knee occurred from Unknown caused by Unknown. | | x | | | 1 | 66 | x | | | | | |
| 03098 | | Production Asso | 07/28 | General Assembly Door 1 | Sprains, Strains affecting the Forearm occurred from Unknown caused by Unknown. | | x | | | 14 | | x | | | | | |
| 03099 | | Production Asso | 07/25 | General Assembly Trim 2 | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion caused by | | | x | | | 15 | x | | | | | |
| 03100 | | Equipment Mair | 07/29 | Paint Center Paint Shop South | Dislocation affecting the Forearm occurred from Slip, Fall caused by Transfer Cart. | | x | | | 12 | | x | | | | | |
| 03101 | | Production Asso | 07/28 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | | x | | | 8 | x | | | | | |
| 03102 | | Manufacturing T | 07/30 | General Assembly End of Line P | Sprains, Strains affecting the Leg occurred from Slip, Fall caused by Steps. | | | x | | | 111 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 51 | 204 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Oepartment of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, OC 20210. Oo not send the completed forms to this office.

**GC EXHIBIT 023-055**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03105 | Redacted | Production Ass | 08/01 | General Assembly Sub Frame | Bruising affecting the Fingers occurred from Installation caused by Pinch Point. | | | x | | | 16 | x | | | | | |
| 03106 | | Material Handle | 08/02 | Production Control BIW Conveya | Other affecting the Knee occurred from Forklift incident caused by Slipped. | | | x | | | 175 | x | | | | | |
| 03107 | | Production Ass | 07/25 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 9 | x | | | | | |
| 03108 | | Lead Productio | 08/01 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by climbing. | | | x | | | 15 | x | | | | | |
| 03110 | | Lead Productio | 08/01 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 16 | x | | | | | |
| 03111 | | Lead Productio | 08/01 | General Assembly Trim | Sprains, Strains affecting the Hand occurred from Unknown caused by Unknown. | | | x | | | 102 | x | | | | | |
| 03112 | | Production Ass | 08/02 | Powertrain Manufacturing Battery | Bruising affecting the Fingers occurred from Holding or Carrying caused by Pinch Point. | | x | | | 6 | | x | | | | | |
| 03113 | | Lead Equipmen | 08/02 | BIW Warehouse Body Line 2 | Swelling affecting the Knee occurred from Slip, Fall caused by Floor. | | | x | | | 15 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 6 | 348 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-056**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03115 | Redacted | Material Handle | 08/03 | Production Control GA Conveyar | Bruising affecting the Fingers occurred from Dolly caused by Slipped. | | | x | | | 105 | x | | | | | |
| 03116 | | Production Assc | 07/11 | General Assembly Final Line | Unknown affecting the Unknown occurred from Unknown caused by Unknown. | | x | | | 180 | | x | | | | | |
| 03117 | | Production Assc | 07/23 | Powertrain Manufacturing Battery | Associate was manually lifting Modules out of boxes into totes | | | x | | | 118 | x | | | | | |
| 03120 | | Production Assc | 08/03 | Plastics Sub-Assembly area | Sprains, Strains affecting the Forearm occurred from Pulling or Pushing Object caused by Welder. | | | x | | | 40 | x | | | | | |
| 03122 | | Production Assc | 08/05 | General Assembly Inspection and | Repetitive Motion Type Injury affecting the Fingers occurred from Repetitive motion caused | | | x | | | 105 | x | | | | | |
| 03123 | | Production Assc | 06/11 | General Assembly Chassis & Fin | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 170 | x | | | | | |
| 03124 | | Lead Productior | 08/04 | General Assembly Trim | Upper Respiratory Conditions affecting the Trunk (Stomach occurred from Loading caused by | | x | | | 64 | | x | | | | | |
| 03126 | | Inside Sales Ad | 06/08 | Service Sales | Sprains, Strains affecting the Back/ Spine occurred from Sitting caused by Improper PPE. | | | x | | | 11 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 244 | 549 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-057**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03136 | Redacted | Production Ass | 08/01 | General Assembly Trim | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown. | | | x | | | 177 | x | | | | | |
| 03137 | | Production Ass | 08/01 | General Assembly Final Line | Repetitive Motion Type Injury affecting the Forearm occurred from Awkward angle/forceful | | | x | | | 29 | x | | | | | |
| 03138 | | Manufacturing T | 08/05 | General Assembly Final Line | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | | x | | | 26 | x | | | | | |
| 03139 | | Quality Inspecto | 08/08 | Product Excellence Engineering | Bump affecting the Head occurred from Installation caused by Door. | | | x | | | 1 | x | | | | | |
| 03140 | | Laundry Service | 08/08 | Plant Facilities Plant Facilities | Bump affecting the Head occurred from Pulling or Pushing Object caused by Box. | | | x | | | 102 | x | | | | | |
| 03142 | | Production Ass | 08/09 | Powertrain Manufacturing Battery | Unknown affecting the Shoulder occurred from Tripped caused by Trip and Fall. | | | x | | | 21 | x | | | | | |
| 03143 | | Production Ass | 08/09 | General Assembly Chassis 1 | Other affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 19 | x | | | | | |
| 03149 | | Production Ass | 08/09 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 20 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 395 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-058**

Attention: This form contains information relating

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03151 | Redacted | Production Ass | 08/05 | Powertrain Manufacturing Electri | Repetitive Motion Type Injury affecting the Shoulder occurred from Working at station | | | x | | | 60 | x | | | | | |
| 03152 | | Production Ass | 08/10 | Production Control GA Conveyar | Laceration affecting the Forearm occurred from Sharp Edge caused by Box Cutter. | | | x | | | 20 | x | | | | | |
| 03155 | | Production Ass | 02/04 | General Assembly Trim | Other affecting the Trunk (Stomach occurred from Unknown caused by Unknown. | | | x | | | 19 | x | | | | | |
| 03156 | | Manufacturing T | 08/01 | General Assembly End of Line P | Laceration affecting the Forearm occurred from Sharp Edge caused by Handling Objects. | | | x | | | 10 | x | | | | | |
| 03157 | | Production Ass | 07/21 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by | | | x | | | 66 | x | | | | | |
| 03158 | | Production Ass | 08/04 | Powertrain Manufacturing SDU F | Other affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 102 | x | | | | | |
| 03159 | | Production Ass | 08/11 | General Assembly Module Line F | Bruising affecting the Ankle occurred from Working at station caused by leaning. | | | x | | | 39 | x | | | | | |
| 03160 | | Production Ass | 08/12 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Forearm occurred from Working at station caused | | | x | | | 18 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 334 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page 50 of 89

**GC EXHIBIT 023-059**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03161 | Redacted | Production Assc | 08/12 | Powertrain Manufacturing SDU F | Other affecting the Other occurred from Unloading caused by Handling Objects. | | | x | | | 90 | x | | | | | |
| 03164 | | Production Assc | 07/29 | Product Excellence Engineering | Sprains, Strains affecting the Arm occurred from Unknown caused by Unknown. | | | x | | | 85 | x | | | | | |
| 03165 | | Production Assc | 05/31 | Plastics Sub-Assembly area | Sprains, Strains affecting the Shoulder occurred from Capacity Overload caused by Box. | | | x | | | 18 | x | | | | | |
| 03166 | | Inside Sales Ad | 08/16 | Service Sales | Sprains, Strains affecting the Neck occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 3 | x | | | | | |
| 03169 | | Production Assc | 08/16 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Shoulder occurred from Working at station | | | x | | | 29 | x | | | | | |
| 03171 | | Material Handle | 08/09 | Powertrain Manufacturing OEM M | Anxiety affecting the None occurred from Anxiety caused by Argument. | | x | | | 1 | | x | | | | | |
| 03172 | | Production Assc | 08/16 | General Assembly Trim | Repetitive Motion Type Injury affecting the Knee occurred from Working at station caused by | | x | | | 94 | | x | | | | | |
| 03173 | | Production Assc | 08/16 | General Assembly Trim 1 | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | | | x | | | 160 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 95 | 385 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-060**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | Describe the case | | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Check the "injury" column or choose one type of illness: Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03175 | Redacted | Production Ass | 08/17 | General Assembly Inspection an | Sprains, Strains affecting the Shoulder occurred from Unloading caused by Motor Case. | | | x | | | 16 | x | | | | | |
| 03176 | | Lead Production | 08/18 | General Assembly Chassis | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Vehicle. | | x | | | 30 | | x | | | | | |
| 03177 | | Lead Manufactu | 08/19 | Paint Center Paint Shop South | Sprains, Strains affecting the Back/ Spine occurred from Standing caused by Vehicle | | | x | | | 85 | x | | | | | |
| 03178 | | Lead Production | 08/18 | General Assembly Chassis & Fin | Bruising affecting the Knee occurred from Slip, Fall caused by Fall. | | x | | | 28 | | x | | | | | |
| 03179 | | Service Support | 08/17 | Factory Property Facility Floor | Sprains, Strains affecting the Ankle occurred from Unknown caused by Unknown. | | | x | | | 10 | x | | | | | |
| 03180 | | Material Handle | 08/17 | Production Control Warehouse | Laceration affecting the Leg occurred from Holding or Carrying caused by Handling Objects. | | x | | | 6 | 22 | x | | | | | |
| 03181 | | Production Ass | 08/18 | BIW Warehouse Body Line 2 | Sprains, Strains affecting the Arm occurred from Using hand tools caused by Repetetive Motion. | | | x | | | 27 | x | | | | | |
| 03182 | | Production Ass | 08/19 | General Assembly Trim 1 | Bump affecting the Knee occurred from Working at station caused by Not paying attention to | | | x | | | 25 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 64 | 185 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-061**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) | (J) | (K) | (L) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
| 03183 | Redacted | Production Ass | 08/19 | General Assembly Chassis | Sprains, Strains affecting the Back/ Spine occurred from Sitting caused by Awkward | | | x | | | 27 | x | | | | | |
| 03184 | | Manufacturing T | 08/19 | Paint Center Offline Metal Repair | Sprains, Strains affecting the Thumb occurred from Working at station caused by Lift gate. | | x | | | 27 | | x | | | | | |
| 03186 | | Production Ass | 07/01 | General Assembly Final Line | Sprains, Strains affecting the Shoulder occurred from Overhead Work caused by Handling | | x | | | 153 | | x | | | | | |
| 03187 | | Production Ass | 08/18 | General Assembly Chassis & Fin | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by | | | x | | | 92 | x | | | | | |
| 03189 | | Production Ass | 08/04 | General Assembly Trim 3 | Sprains, Strains affecting the Ankle occurred from Misstep caused by Stairs. | | | x | | | 21 | x | | | | | |
| 03190 | | Production Ass | 08/21 | General Assembly Door 1 | Repetitive Motion Type Injury affecting the Shoulder occurred from Working at station | | x | | | 74 | | x | | | | | |
| 03191 | | Manufacturing T | 08/23 | General Assembly End of Line P | Concussion affecting the Head occurred from Improper Handling caused by Slipped. | | | x | | | 2 | x | | | | | |
| 03192 | | Production Ass | 08/23 | BIW Warehouse Battery Enclosu | Laceration affecting the Fingers occurred from Banged caused by Battery module. | | | x | | | 23 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 254 | 165 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-062**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03193 | Redacted | Production Assc | 08/19 | General Assembly Trim 3 | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | | 45 | | x | | | | | |
| 03194 | | Production Assc | 08/20 | Paint Center Plastics Paint | Burns (Heat) affecting the Hand occurred from Equipment Malfunction caused by Equipment | | | x | | | 16 | x | | | | | |
| 03197 | | Manufacturing T | 08/24 | Chassis & Final Final Line | Sprains, Strains affecting the Back/ Spine occurred from Hyperextension caused by | | | x | | | 22 | x | | | | | |
| 03198 | | Service Support | 08/18 | Service Sales | Laceration affecting the Fingers occurred from Sharp Edge caused by Vehicle. | | | | x | | | x | | | | | |
| 03199 | | Production Assc | 08/02 | Paint Center Paint Shop South | Repetitive Motion Type Injury affecting the Arm occurred from Repetitive motion caused by | | | x | | | 26 | x | | | | | |
| 03200 | | Manufacturing T | 08/22 | General Assembly Chassis & Fin | Sprains, Strains affecting the Back/ Spine occurred from Improper lifting techniques caused | | | x | | | 86 | x | | | | | |
| 03201 | | Production Assc | 08/19 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Installation. | | | x | | | 73 | x | | | | | |
| 03202 | | Production Assc | 08/11 | General Assembly Trim 1 | Laceration affecting the Face occurred from Unknown caused by Unknown. | | | x | | | 22 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 45 | 245 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-063**

**OSHA's Form 300 (Rev. 01/2004)**

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case. Enter the number of days the injured or ill worker was. Check the "injury" column or choose one type of illness.

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03203 | Redacted | Lead Productior | 08/10 | General Assembly Trim 3 | Bump affecting the Fingers occurred from Using hand tools caused by Repetetive Motion. | | | x | | | 100 | x | | | | | |
| 03205 | | Production Ass | 08/24 | General Assembly Door 1 | Sprains, Strains affecting the Forearm occurred from Unknown caused by Unknown. | | | x | | | 33 | x | | | | | |
| 03206 | | Equipment Mair | 08/24 | Body in White Body Line 2 | Laceration affecting the Forearm occurred from Using hand tools caused by Improper device | | | x | | | 13 | x | | | | | |
| 03207 | | Material Handle | 08/24 | Production Control Warehouse | Repetitive Motion Type Injury affecting the Forearm occurred from Improper Hand | | | x | | | 49 | x | | | | | |
| 03208 | | Production Ass | 08/21 | Powertrain Manufacturing Battery | Bruising affecting the Fingers occurred from Caught On, In, Under or Between caused by Not | | | x | | | 89 | x | | | | | |
| 03209 | | Production Ass | 08/17 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Neck occurred from Improper Handling caused by Improper | | | x | | | 21 | x | | | | | |
| 03210 | | Sr. Training Inst | 08/08 | Human Resources Admin 2nd Fl | Hernia, Rupture affecting the Groin occurred from Improper lifting techniques caused by Improper | | | x | | | 100 | x | | | | | |
| 03213 | | Quality Inspecto | 08/26 | Product Excellence Engineering | Laceration affecting the Head occurred from Other caused by Door. | | | x | | | 2 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 407 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-064**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory
City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03217 | Redacted | Production Asso | 08/27 | General Assembly Chassis 02 | Laceration affecting the Forearm occurred from Caught On, In, Under or Between caused by | | | x | | | 1 | x | | | | | |
| 03218 | | Production Asso | 08/27 | General Assembly Trim 3 | Sprains, Strains affecting the Shoulder occurred from Installation caused by Installation. | | | x | | | 7 | x | | | | | |
| 03220 | | Production Asso | 08/29 | General Assembly Instrument Pa | Repetitive Motion Type Injury affecting the Arm occurred from Unknown caused by Unknown. | | x | | | 83 | | x | | | | | |
| 03221 | | Production Asso | 08/11 | Powertrain Manufacturing Battery | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | | | x | | | 28 | x | | | | | |
| 03222 | | Production Asso | 08/29 | Powertrain Manufacturing Sub-As | Laceration affecting the Fingers occurred from Caught On, In, Under or Between caused by Box. | | | x | | | 1 | x | | | | | |
| 03223 | | Production Asso | 08/29 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 84 | x | | | | | |
| 03225 | | Production Asso | 08/29 | General Assembly Chassis | Numbness affecting the Multiple Body Parts occurred from Unknown caused by Unknown. | | | x | | | 77 | x | | | | | |
| 03231 | | Production Asso | 08/31 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Fingers occurred from Working at station caused | | | x | | | 180 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 83 | 378 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-065**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03232 | Redacted | Production Asso | 08/25 | Body in White Body Line 2 | Sprains, Strains affecting the Forearm occurred from Dolly caused by Pulling Object. | | | x | | | 20 | x | | | | | |
| 03235 | | Lead Production | 08/21 | General Assembly Trim | Contusion, Crushing, Bruise affecting the Foot occurred from Misstep caused by Car. | | | x | | | 47 | x | | | | | |
| 03237 | | Production Asso | 08/30 | Body in White Body Line 2 | Sprains, Strains affecting the Lower Back occurred from Lifting or Handling caused by Part. | | | x | | | 36 | x | | | | | |
| 03238 | | Production Asso | 08/19 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from Installation caused by | | | x | | | 94 | x | | | | | |
| 03239 | | Production Asso | 07/21 | General Assembly Door 1 | Sprains, Strains affecting the Foot occurred from Tripped caused by Trip and Fall. | | | x | | | 48 | x | | | | | |
| 03240 | | Production Asso | 08/26 | Powertrain Manufacturing SDU F | Contusion, Crushing, Bruise affecting the Head occurred from Reaching for object caused by | | | x | | | 1 | x | | | | | |
| 03241 | | Production Asso | 09/01 | Powertrain Manufacturing Battery | Swelling affecting the Forearm occurred from Working at station caused by Part. | | | x | | | 80 | x | | | | | |
| 03243 | | Production Asso | 08/18 | Press Center Stamping | Sprains, Strains affecting the Neck occurred from Unknown caused by Unknown. | | x | | | 40 | | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 40 | 326 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-066**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03244 | Redacted | Production Ass | 09/01 | General Assembly Final Line | Sprains, Strains affecting the Lower Back occurred from Installation caused by Installation. | | x | | | 40 | | x | | | | | |
| 03245 | | Production Ass | 09/02 | Powertrain Manufacturing Coolin | Unknown | | | x | | | 80 | x | | | | | |
| 03246 | | Lead Material H | 08/25 | General Assembly GA Conveyan | Sprains, Strains affecting the Back/ Spine occurred from Reaching for object caused by | | | x | | | 69 | x | | | | | |
| 03247 | | Production Ass | 09/02 | Plastics Mold | Laceration affecting the Forearm occurred from Trimming caused by Blade. | | | x | | | 11 | x | | | | | |
| 03248 | | Production Ass | 09/02 | General Assembly Chassis | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 18 | x | | | | | |
| 03249 | | Sr. Production | 09/06 | Body in White Body Line 2 | Sprains, Strains affecting the Shoulder occurred from Loading caused by Parts Rack. | | | x | | | 76 | x | | | | | |
| 03251 | | Manufacturing T | 06/20 | General Assembly End of Line P | Sprains, Strains affecting the Forearm occurred from Improper Handling caused by Handling | | | x | | | 76 | x | | | | | |
| 03252 | | Engineering Te | 09/06 | Product Excellence Engineering | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by IP Load. | | | x | | | 76 | x | | | | | |
| | | | | | Page totals | 0 | 1 | 7 | 0 | 40 | 406 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-067

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03254 | Redacted | Production Asso | 09/06 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Ankle occurred from Walking caused by Stairs. | | x | | | 40 | | x | | | | | |
| 03255 | | Production Asso | 08/22 | General Assembly Final Line | Sprains, Strains affecting the Forearm occurred from Installation caused by Door. | | | x | | | 76 | x | | | | | |
| 03256 | | Production Asso | 11/01 | Trim Trim 2 | Swelling affecting the Knee occurred from Twisting caused by Other. | | x | | | 35 | | x | | | | | |
| 03257 | | Production Asso | 09/07 | Press Center Stamping | Laceration affecting the Fingers occurred from Falling object caused by Part. | | | x | | | 40 | x | | | | | |
| 03258 | | Material Handle | 11/07 | Production Control EOL Repair S | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by poor | | | x | | | 35 | x | | | | | |
| 03259 | | Production Asso | 09/07 | Body in White Main Line Underbo | Repetitive Motion Type Injury affecting the Shoulder occurred from Using hand tools caused | | | x | | | 75 | x | | | | | |
| 03260 | | Equipment Main | 11/10 | Body in White Special Means | Cut, Laceration, Puncture affecting the Hand occurred from Caught On, In, Under or Between | | x | | | 32 | | x | | | | | |
| 03261 | | Production Asso | 09/02 | General Assembly Sub Frame | Sprains, Strains affecting the Wrist occurred from Holding or Carrying caused by Hand Tool. | | | x | | | 13 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 107 | 239 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-068**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03262 | Redacted | Production Asso | 11/10 | General Assembly Trim 3 | Repetitive Motion Type Injury affecting the E bow occurred from Lifting or Handling caused by poor | | | x | | | 40 | x | | | | | |
| 03264 | | Production Asso | 08/29 | General Assembly Trim 3 | Sprains, Strains affecting the Forearm occurred from Installation caused by Awkward angle. | | | x | | | 52 | x | | | | | |
| 03268 | | Production Asso | 09/02 | Powertrain Manufacturing Battery | Laceration affecting the Fingers occurred from Splash caused by Not paying attention to | | | x | | | 10 | x | | | | | |
| 03270 | | Production Asso | 09/11 | Powertrain Manufacturing LDU S | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 42 | x | | | | | |
| 03271 | | Production Asso | 08/31 | General Assembly Final Line | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Installation. | | | x | | | 22 | x | | | | | |
| 03273 | | Production Asso | 09/08 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Ankle occurred from Pulling or Pushing Object caused by Vehicle. | | x | | | 74 | | x | | | | | |
| 03274 | | Material Handle | 11/08 | BIW Conveyance | Repetitive Motion Type Injury affecting the Leg occurred from A1: Sprain caused by Unknown. | | | x | | | 53 | x | | | | | |
| 03275 | | Production Asso | 08/30 | General Assembly Trim 2 | Repetitive Motion Type Injury affecting the Forearm occurred from Working at station caused | | x | | | 69 | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 143 | 219 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-069**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03276 | Redacted | Production Ass | 11/05 | General Assembly Chassis 02 | Sprains, Strains affecting the Shoulder occurred from Working at station caused by Unknown. | | | x | | | 56 | x | | | | | |
| 03277 | | Production Ass | 11/03 | Seat Assembly Seat Assembly | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Working at station caused by poor | | | x | | | 35 | x | | | | | |
| 03278 | | Manufacturing T | 10/10 | Press Center Stamping | Sprains, Strains affecting the Neck occurred from Welding caused by Repetetive Motion. | | x | | | 42 | | x | | | | | |
| 03279 | | Production Ass | 08/15 | Plastics Plastics Paint | Bump affecting the Back/ Spine occurred from Collision caused by Vehicle collision. | | | x | | | 70 | x | | | | | |
| 03280 | | Lead Equipmen | 11/08 | General Assembly Maintenance | Unknown affecting the Arm occurred from Unknown caused by Unknown. | | | x | | | 48 | x | | | | | |
| 03281 | | Production Ass | 09/20 | General Assembly SDU Final As | Sprains, Strains affecting the Forearm occurred from Pulling or Pushing Object caused by | | x | | | 73 | | x | | | | | |
| 03282 | | Production Ass | 11/02 | General Assembly Chassis 3 | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by poor | | | x | | | 40 | x | | | | | |
| 03283 | | Material Handle | 10/04 | Production Control GA Conveyar | Sprains, Strains affecting the Trunk (Stomach occurred from Twisting caused by Pulling Object. | | | x | | | 48 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 115 | 297 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-070**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory
City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
| 03284 | Redacted | Production Ass | 11/08 | Production Control Powertrain W | Sprains, Strains affecting the Back/ Spine occurred from Reaching caused by poor | | | x | | | 23 | x | | | | | |
| 03287 | | Manufacturing T | 11/06 | End of Line Final Line | Fracture affecting the Fingers occurred from Excessive force caused by Other. | | | x | | | 8 | x | | | | | |
| 03289 | | Production Ass | 10/29 | Body in White Wheel House Righ | Bruising affecting the Fingers occurred from Pulling or Pushing Object caused by Pulling | | | x | | | 57 | x | | | | | |
| 03290 | | Manufacturing T | 09/09 | Press Center Metal Finishing Re | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | x | | | 72 | | x | | | | | |
| 03291 | | Production Ass | 09/09 | PWT Cooling Tube Battery Modu | Repetitive Motion Type Injury affecting the Leg occurred from Standing caused by Improper | | | x | | | 73 | x | | | | | |
| 03292 | | Equipment Mair | 09/09 | Maintenance Equipment and Eng | Contusion, Crushing, Bruise affecting the Head occurred from Walking caused by Box. | | | | x | | | x | | | | | |
| 03293 | | Production Ass | 08/19 | Body in White Body Line 1 | Crushing affecting the Knee occurred from Loading caused by Lift gate. | | | x | | | 7 | x | | | | | |
| 03294 | | Quality Inspecto | 08/19 | Vehicle Product Excellence Prod | Bruising affecting the Head occurred from Pulling or Pushing Object caused by Door. | | x | | | 1 | 4 | x | | | | | |
| | | | | | **Page totals** | **0** | **2** | **5** | **1** | **73** | **172** | **8** | **0** | **0** | **0** | **0** | **0** |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-071

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03295 | Redacted | Production Wor | 10/05 | Body in White Parking Lot | Contusion, Crushing, Bruise affecting the Toes occurred from Walking caused by Trip and Fall. | | | x | | | 12 | x | | | | | |
| 03297 | | Production Ass | 09/08 | General Assembly Final Line | Contusion, Crushing, Bruise affecting the Head occurred from Walking caused by Window. | | | x | | | 1 | x | | | | | |
| 03298 | | Engineering Te | 10/11 | PWT Prodcut Excellence Produc | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 41 | x | | | | | |
| 03299 | | Production Ass | 10/11 | General Assembly Chassis 02 | Sprains, Strains affecting the Shoulder occurred from Using hand tools caused by Hand Tool. | | x | | | 40 | | x | | | | | |
| 03301 | | Production Ass | 09/07 | Powertrain Manufacturing Battery | Laceration affecting the Ankle occurred from Pulling or Pushing Object caused by Forklift. | | | x | | | 75 | x | | | | | |
| 03302 | | Production Ass | 11/10 | General Assembly Sub Frame | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 16 | x | | | | | |
| 03303 | | Production Ass | 09/09 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Ankle occurred from Walking caused by Stairs. | | | x | | | 73 | x | | | | | |
| 03305 | | Lead Productio | 09/09 | Powertrain Manufacturing LDU F | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 63 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 40 | 281 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-072**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | | | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03306 | Redacted | Production Asso | 09/02 | General Assembly Instrument Pa | Sprains, Strains affecting the Shoulder occurred from Working at station caused by Pushing | | x | | | 62 | | x | | | | | |
| 03309 | | Production Asso | 09/15 | General Assembly Chassis | Repetitive Motion Type Injury affecting the Knee occurred from Working at station caused by | | | x | | | 77 | x | | | | | |
| 03310 | | Production Asso | 08/16 | Press Center Press 1B | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Hand Tool. | | x | | | 55 | | x | | | | | |
| 03311 | | Material Handle | 11/04 | Remanufacturing Center OEM M | Cut, Laceration, Puncture affecting the Foot occurred from Fall caused by Pallet. | | | x | | | 57 | x | | | | | |
| 03314 | | Production Asso | 11/01 | General Assembly Trim 2 | Repetitive Motion Type Injury affecting the Hand occurred from Working at station caused by | | x | | | 89 | | x | | | | | |
| 03317 | | Engineering Tec | 09/15 | Powertrain Quality Product excel | Repetitive Motion Type Injury affecting the Forearm occurred from Using hand tools caused | | | x | | | 40 | x | | | | | |
| 03319 | | Manufacturing T | 09/19 | NPI NPI Power Train | Sprains, Strains affecting the Forearm occurred from Lifting or Handling caused by Box. | | | x | | | 35 | x | | | | | |
| 03322 | | Production Asso | 09/17 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Thumb occurred from Sitting caused by Fall. | | x | | | 11 | | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 4 | 0 | 217 | 209 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-073**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03323 | Redacted | Lead Productior | 09/17 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 67 | x | | | | | |
| 03324 | | Engineering Tec | 10/27 | Manufacturing engineering- Body | Unknown affecting the Hand occurred from Working at station caused by Welding | | | x | | | 59 | x | | | | | |
| 03325 | | Quality Inspecto | 09/19 | Powertrain Quality Product excel | Sprains, Strains affecting the Lower Back occurred from bending over caused by Vehicle. | | | x | | | 37 | x | | | | | |
| 03326 | | Production Asso | 09/19 | Powertrain Manufacturing SDU Ir | Repetitive Motion Type Injury affecting the Shoulder occurred from Unknown caused by | | | x | | | 8 | x | | | | | |
| 03328 | | Production Asso | 11/03 | Press Center 3A Destacker | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Handling | | x | | | 17 | | x | | | | | |
| 03332 | | Production Asso | 09/17 | Powertrain Manufacturing SDU F | Laceration affecting the E bow occurred from Holding or Carrying caused by Part. | | | x | | | 10 | x | | | | | |
| 03334 | | Production Asso | 11/01 | General Assembly Trim 1 | Repetitive Motion Type Injury affecting the Shoulder occurred from Unknown caused by | | | x | | | 49 | x | | | | | |
| 03335 | | Production Asso | 11/02 | Paint Center Sealer Deck | Repetitive Motion Type Injury affecting the Hand occurred from Working at station caused by poor | | | x | | | 19 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 17 | 249 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-074**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03337 | Redacted | Production Ass | 10/25 | General Assembly Chassis 02 | Sprains, Strains affecting the Hand occurred from Repetitive motion caused by Installation. | | | x | | | 27 | x | | | | | |
| 03338 | | Quality Inspecto | 07/01 | Quality Quality Inspection Area B | Unknown affecting the Fingers occurred from Unknown caused by Unknown. | | | x | | | 179 | x | | | | | |
| 03340 | | Lead Productior | 10/30 | Powertrain Manufacturing Battery | Cut, Laceration, Puncture affecting the Face occurred from Fall caused by Unknown. | | | x | | | 14 | x | | | | | |
| 03343 | | Production Ass | 09/24 | Powertrain Manufacturing Gen 3 | Sprains, Strains affecting the Hand occurred from Repetitive motion caused by poor ergonomics. | | | x | | | 20 | x | | | | | |
| 03344 | | 654653 | 10/14 | Powertrain Manufacturing SDU I | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 45 | x | | | | | |
| 03345 | | Supervising Ma | 10/11 | Powertrain Manufacturing Battery | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | | | x | | | 41 | x | | | | | |
| 03346 | | Production Ass | 10/11 | Tool & Die Press 1B | Contusion, Crushing, Bruise affecting the Foot occurred from Falling object caused by Metal | | x | | | 141 | | x | | | | | |
| 03347 | | Material Handle | 10/14 | General Assembly Sub Frame | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion caused by | | | x | | | 5 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 141 | 331 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-075**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case. Enter the number of days the injured or ill worker was. Check the "injury" column or choose one type of illness.

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03348 | Redacted | Production Asso | 10/13 | Powertrain Manufacturing Center | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by | | | x | | | 46 | x | | | | | |
| 03349 | | Tool & Die Spec | 10/14 | Tool & Die Press center tool & di | Sprains, Strains affecting the Back/ Spine occurred from Slippery Surface caused by | | | x | | | 7 | x | | | | | |
| 03350 | | Manufacturing T | 10/13 | General Assembly Final Line | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | x | | | 42 | | x | | | | | |
| 03352 | | Production Asso | 10/15 | Powertrain Manufacturing Small | Laceration affecting the Fingers occurred from Caught On, In, Under or Between caused by | | | x | | | 9 | x | | | | | |
| 03354 | | Production Asso | 10/04 | Trim Trim | Sprains, Strains affecting the Lower Back occurred from Bending caused by Awkward | | | x | | | 89 | x | | | | | |
| 03356 | | Production Asso | 10/11 | Trim Instrument Panel | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | | x | | | 84 | x | | | | | |
| 03358 | | Production Asso | 10/17 | Body in White Body Line 2 | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Door. | | | x | | | 23 | x | | | | | |
| 03359 | | Production Asso | 09/12 | General Assembly Trim | Bump affecting the Hand/Wrist/Forearm occurred from Twisting caused by Hand Tool. | | | x | | | 112 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 42 | 370 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-076**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03360 | Redacted | Facilities Assist | 10/19 | EHS 5S | Sprains, Strains affecting the Shoulder occurred from Slip, Fall caused by Floor Mat. | | | x | | | 73 | x | | | | | |
| 03362 | | Production Asso | 10/21 | General Assembly Final Line | Pop affecting the Knee occurred from Strain or Injury caused by Bending. | | x | | | 71 | | x | | | | | |
| 03363 | | Porduction Asso | 10/14 | General Assembly Door 1 | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by | | x | | | 75 | | x | | | | | |
| 03364 | | Lead Production | 10/22 | Powertrain Manufacturing Unkno | Cut, Laceration, Puncture affecting the E bow occurred from Striking against or stepping on | | | | x | | | x | | | | | |
| 03365 | | Production Asso | 10/27 | Press Center Unknown | Irritation affecting the Eye(s), Pupil occurred from Unknown caused by Unknown. | | | x | | | 25 | x | | | | | |
| 03367 | | Production Asso | 10/27 | Body Line 1 Unknown | Unknown affecting the Fingers occurred from Caught On, In, Under or Between caused by | | x | | | 37 | | x | | | | | |
| 03369 | | Production Asso | 10/26 | Body in White Main Line Body | Repetitive Motion Type Injury affecting the Leg occurred from Unknown caused by poor | | | x | | | 29 | x | | | | | |
| 03371 | | Production Asso | 10/28 | Paint Center Unknown | Sprains, Strains affecting the Neck occurred from Pulling or Pushing Object caused by Dolly. | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 4 | 1 | 183 | 141 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-077**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 03372 | Redacted | Production Asso | 10/25 | General Assembly Final Line | Sprains, Strains affecting the Back/ Spine occurred from Overexertion caused by poor | | | x | | | 34 | x | | | | | |
| 03373 | | Production Asso | 10/26 | Electics Manufacturing Unknown | Sprains, Strains affecting the Elbow occurred from Unknown caused by Unknown. | | | x | | | 33 | x | | | | | |
| 03375 | | Production Asso | 10/22 | Press Center 6A | Sprains, Strains affecting the Ankle occurred from Unknown caused by Unknown. | | x | | | 13 | | x | | | | | |
| 03376 | | Engineering Tec | 10/24 | Powertrain Quality Product excel | Sprains, Strains affecting the Back/ Spine occurred from Tripped caused by Cart. | | | x | | | 68 | x | | | | | |
| 03377 | | Production Asso | 10/25 | General Assembly Trim | Sprains, Strains affecting the Shoulder occurred from Using hand tools caused by Hand Tool. | | x | | | 3 | | x | | | | | |
| 03378 | | Production Asso | 10/13 | Powertrain Manufacturing Electri | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | | x | | | 78 | x | | | | | |
| 03380 | | Material Handle | 10/24 | Production Control GA Conveyar | Repetitive Motion Type Injury affecting the Shoulder occurred from Lifting or Handling | | x | | | 34 | | x | | | | | |
| 03381 | | Production Asso | 10/25 | Paint Center Sealer Deck | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion caused by Long | | | x | | | 55 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 50 | 268 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-078**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G); Days away from work (H); Remained at work: Job transfer or restriction (I), Other record-able cases (J)

Enter the number of days the injured or ill worker was: Away From Work (days) (K); On job transfer or restriction (days) (L)

Check the "injury" column or choose one type of illness: (M) Injury (1), Skin Disorder (2), Respiratory Condition (3), Poisoning (4), Hearing Loss (5), All other illnesses (6)

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Job transfer or restriction | (J) Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03382 | Redacted | Manufacturing T | 10/25 | General Assembly End of Line P | Sprains, Strains affecting the Forearm occurred from Using hand tools caused by Hand Tool. | | | x | | | 35 | x | | | | | |
| 03383 | | Production Asso | 11/04 | Powertrain Manufacturing Battery | Pain affecting the Back/ Spine occurred from Loading caused by Repetetive Motion. | | | x | | | 27 | x | | | | | |
| 03384 | | Production Asso | 10/06 | Powertrain Manufacturing SDU F | Cut, Laceration, Puncture affecting the E bow occurred from Lifting or Handling caused by | | | x | | | 56 | x | | | | | |
| 03385 | | Production Asso | 08/15 | General Assembly Chassis 02 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by poor | | | x | | | 86 | x | | | | | |
| 03386 | | Production Asso | 10/05 | General Assembly Chassis 1 | Sprains, Strains affecting the Shoulder occurred from Inserting caused by Applying excessive | | | x | | | 27 | x | | | | | |
| 03387 | | Production Asso | 08/30 | General Assembly Instrument Pa | Sprains, Strains affecting the Shoulder occurred from Installation caused by Installation. | | | x | | | 93 | x | | | | | |
| 03389 | | Lead Productior | 09/21 | General Assembly Trim | Bruising affecting the Knee occurred from bending over caused by Vehicle. | | | x | | | 71 | x | | | | | |
| 03390 | | Manufacturing T | 09/19 | Body in White End of Line Proce | Repetitive Motion Type Injury affecting the Forearm occurred from Using hand tools caused | | | x | | | 103 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 498 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-079**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03392 | Redacted | Production Asso | 09/21 | General Assembly Trim | Repetitive Motion Type Injury affecting the Neck occurred from Repetitive motion caused by Lifting | | | x | | | 36 | x | | | | | |
| 03393 | | Production Asso | 09/21 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Hand occurred from Using hand tools caused by Hand Tool. | | | x | | | 51 | x | | | | | |
| 03394 | | Production Asso | 09/19 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Shoulder occurred from Improper Handling caused by Improper | | | x | | | 74 | x | | | | | |
| 03395 | | Lead Protection | 09/17 | Admin Admin 2nd Floor | Contusion, Crushing, Bruise affecting the Multiple Body Parts occurred from Slip, Fall caused by | | | x | | | 18 | x | | | | | |
| 03396 | | Production Asso | 09/20 | Press Center Laser (Blank Loadi | Repetitive Motion Type Injury affecting the Elbow occurred from Holding or Carrying caused by | | x | | | 71 | | x | | | | | |
| 03397 | | Production Asso | 09/21 | Powertrain Manufacturing Electri | Laceration affecting the Fingers occurred from Holding or Carrying caused by Lifting object(s). | | x | | | 101 | | x | | | | | |
| 03398 | | Production Asso | 09/22 | General Assembly Sub Frame | Sprains, Strains affecting the Back/ Spine occurred from Using hand tools caused by Hand | | x | | | 93 | | x | | | | | |
| 03399 | | Production Asso | 09/23 | General Assembly Chassis & Fin | Bump affecting the Leg occurred from Holding or Carrying caused by Box. | | | x | | | 68 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 265 | 247 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-080**

**OSHA's Form 300 (Rev. 01/2004)**

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness:

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03401 | Redacted | Production Asso | 09/22 | Press Center Laser (Blank Loadi | Repetitive Motion Type Injury affecting the Forearm occurred from Handling Sharp Objects | | | x | | | 90 | x | | | | | |
| 03403 | | Production Asso | 09/22 | General Assembly Trim 2 | Repetitive Motion Type Injury affecting the Forearm occurred from Unknown caused by | | x | | | 58 | 41 | x | | | | | |
| 03404 | | Production Asso | 09/23 | General Assembly Trim | Repetitive Motion Type Injury affecting the Back/ Spine occurred from Repetitive motion caused by | | x | | | 21 | | x | | | | | |
| 03405 | | Production Asso | 09/23 | Body in White Main Line Underbo | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 42 | x | | | | | |
| 03407 | | Quality Inspecto | 09/19 | General Assembly Trim 1 | Bruising affecting the Leg occurred from Stepping onto caused by Slipped. | | x | | | 74 | | x | | | | | |
| 03409 | | Production Asso | 09/25 | General Assembly Trim 3 | Repetitive Motion Type Injury affecting the E bow occurred from Repetitive motion caused by | | x | | | 57 | 10 | x | | | | | |
| 03411 | | Production Asso | 08/27 | General Assembly Chassis 02 | Laceration affecting the Forearm occurred from Using hand tools caused by Hand Tool. | | x | | | 66 | | x | | | | | |
| 03412 | | Quality Inspecto | 09/15 | Quality Product excellence | Bruising affecting the Ankle occurred from Kneeling caused by Repetetive Motion. | | | x | | | 77 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 276 | 260 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-081**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
| 03413 | Redacted | Production Ass | 09/22 | General Assembly Trim | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 28 | x | | | | | |
| 03415 | | Supervisor Man | 09/23 | Powertrain Manufacturing Center | Sprains, Strains affecting the Back/ Spine occurred from Improper lifting techniques caused | | x | | | 24 | 24 | x | | | | | |
| 03417 | | Production Ass | 09/27 | General Assembly Chassis 02 | Sprains, Strains affecting the Forearm occurred from Excessive force caused by Installation. | | | x | | | 59 | x | | | | | |
| 03418 | | Production Ass | 09/22 | General Assembly Panoramic Ro | Sprains, Strains affecting the Shoulder occurred from Slip, Fall caused by Awkward angle. | | | x | | | 70 | x | | | | | |
| 03419 | | Production Ass | 09/26 | General Assembly Trim 3 | Sprains, Strains affecting the Shoulder occurred from Installation caused by Rushing. | | | x | | | 66 | x | | | | | |
| 03420 | | Production Ass | 09/16 | Press Center Quality | Sprains, Strains affecting the Wrist occurred from Working at station caused by Repetetive Motion. | | x | | | 17 | | x | | | | | |
| 03423 | | Production Ass | 09/21 | Plastics Mold | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Sanding, Scraping, | | | x | | | 28 | x | | | | | |
| 03424 | | Production Ass | 09/29 | Body in White Body Line 1 | Sprains, Strains affecting the Neck occurred from Pulling or Pushing Object caused by Welding | | | x | | | 63 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 41 | 338 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-082**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03425 | Redacted | Production Ass | 09/27 | General Assembly Chassis 02 | Repetitive Motion Type Injury affecting the Forearm occurred from Installation caused by | | | x | | | 63 | x | | | | | |
| 03426 | | Production Ass | 09/21 | General Assembly Instrument Pa | Sprains, Strains affecting the Wrist occurred from Using hand tools caused by Hand Tool. | | | x | | | 89 | x | | | | | |
| 03427 | | Material Handle | 09/26 | Production Control PWT Convey | Sprains, Strains affecting the Trunk (Stomach occurred from Lifting or Handling caused by | | | x | | | 20 | x | | | | | |
| 03428 | | Production Ass | 09/26 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Wrist occurred from Using hand tools caused by Hand Tool. | | | x | | | 66 | x | | | | | |
| 03433 | | Production Ass | 09/30 | Press Center Laser (Blank Loadi | Bruising affecting the Back/ Spine occurred from Loading caused by Slippery Floor. | | | x | | | 5 | x | | | | | |
| 03436 | | Delivery Orienta | 09/30 | Service Sales Floor | Sprains, Strains affecting the Knee occurred from Unknown caused by Unknown. | | | x | | | 92 | x | | | | | |
| 03438 | | Production Ass | 10/04 | General Assembly Door 1 | Sprains, Strains affecting the Ankle occurred from Standing caused by uneven pavement. | | | x | | | 2 | x | | | | | |
| 03446 | | Production Ass | 11/11 | Body in White Body Line 1 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Pulling or Pushing Object caused | | | x | | | 31 | x | | | | | |
| | | | | | Page totals | 0 | 0 | 8 | 0 | 0 | 368 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-083

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03448 | Redacted | Manufacturing T | 11/14 | Reliability Engineering Engineerin | Pain affecting the Elbow occurred from Unknown caused by Unknown. | | | x | | | 77 | x | | | | | |
| 03454 | | Manufacturing T | 11/06 | End of Line EOL Repair Shop | Cut, Laceration, Puncture affecting the Fingers occurred from Improper Hand Placement caused | | | x | | | 9 | x | | | | | |
| 03455 | | Production Asso | 11/21 | Press Center Stamping | Sprains, Strains affecting the Ankle occurred from Stepping caused by uneven pavement. | | x | | | 4 | | x | | | | | |
| 03457 | | Production Asso | 11/20 | Powertrain Manufacturing Battery | Eye affecting the Eye(s), Pupil occurred from Contact with caused by Chemicals. | | x | | | 71 | | x | | | | | |
| 03458 | | Lead Production | 11/18 | General Assembly Trim | Sprains, Strains affecting the Multiple Body Parts occurred from Struck or Injured caused by | | x | | | 19 | | x | | | | | |
| 03460 | | Production Asso | 11/14 | Powertrain Manufacturing Module | Unknown affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 28 | x | | | | | |
| 03463 | | Lead Production | 11/18 | Body Line 2 Quality | Fracture affecting the Leg occurred from Forklift incident caused by Forklift. | | x | | | 24 | | x | | | | | |
| 03465 | | Material Handle | 11/17 | Materials Production Control | Pain affecting the Groin occurred from Unknown caused by Unknown. | | | x | | | 74 | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 4 | 0 | 118 | 188 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-084**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Enter the number of days the injured or ill worker was: Away From Work (days) | On job transfer or restriction (days) | Check the "injury" column or choose one type of illness: (M) Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 03466 | Redacted | Sr Recruiter | 11/21 | Admin Recruiting | Unknown affecting the Wrist occurred from Repetitive motion caused by Unknown. | | | x | | | 40 | x | | | | | |
| 03467 | [redacted] | Material Handle | 11/28 | General Assembly GA Conveyan | Sprains, Strains affecting the Shoulder occurred from Cutting caused by Box. | | | x | | | 131 | x | | | | | |
| 03469 | [redacted] | Material Handle | 11/19 | Production Control Materials | Fracture affecting the Fingers occurred from Pulling or Pushing Object caused by Box. | | x | | | 8 | | x | | | | | |
| 03470 | [redacted] | Production Assc | 11/28 | General Assembly Unknown | Pulled Muscle affecting the Unknown occurred from Pulling or Pushing Object caused by | | | x | | | 63 | x | | | | | |
| 03471 | [redacted] | Lead Productior | 11/30 | General Assembly Trim | Sprains, Strains affecting the Ankle occurred from Improper use of PPE caused by Improper PPE. | | | x | | | 12 | x | | | | | |
| 03472 | [redacted] | Production Assc | 11/23 | General Assembly Unknown | Pain affecting the Back/ Spine occurred from Unknown caused by Unknown. | | x | | | 38 | | x | | | | | |
| 03473 | [redacted] | Production Assc | 11/22 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 15 | x | | | | | |
| 03474 | [redacted] | Production Assc | 12/02 | Powertrain Manufacturing SDU In | Repetitive Motion Type Injury affecting the Arm occurred from Installation caused by Repetetive | | | x | | | 3 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 46 | 264 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-085**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03475 | Redacted | Production Ass | 11/30 | Powertrain Manufacturing LDU C | Laceration affecting the Wrist occurred from Stepping onto caused by Hole. | | | x | | | 8 | x | | | | | |
| 03477 | | Remanufacturin | 11/29 | Powertrain Manufacturing Remar | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object caused by | | | x | | | 7 | x | | | | | |
| 03478 | | Production Ass | 11/20 | General Assembly Trim 3 | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Installation. | | | x | | | 10 | x | | | | | |
| 03479 | | Production Ass | 11/30 | Body in White Front Underbody | Sprains, Strains affecting the Back/ Spine occurred from Loading caused by Parts Rack. | | | x | | | 35 | x | | | | | |
| 03483 | | Production Ass | 12/01 | Paint Center End of Line Process | Sprains, Strains affecting the Lower Back occurred from Bending caused by Vehicle. | | | x | | | 60 | x | | | | | |
| 03485 | | Manufacturing T | 12/03 | Body in White Body Line 1 | Sprains, Strains affecting the Unknown occurred from Awkward angle/forceful movements caused | | | x | | | 8 | x | | | | | |
| 03486 | | Tool and Die Sp | 12/02 | Press Center Tool & Die | Laceration affecting the Forearm occurred from Slippery Surface caused by Tool. | | | | x | | | x | | | | | |
| 03487 | | Production Ass | 12/02 | General Assembly Chassis 1 | Sprains, Strains affecting the Thumb occurred from Pulling or Pushing Object caused by Bolt | | | x | | | 38 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 166 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-086**

**OSHA's Form 300 (Rev. 01/2004)**

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03488 | Redacted | Production Asso | 12/02 | Body Center Body Line 1 | Sprains, Strains affecting the Fingers occurred from Awkward angle/forceful movements caused | | | x | | | 6 | x | | | | | |
| 03490 | | Lead Productior | 12/04 | Press Center Stamping | Smash affecting the Fingers occurred from Operating Tool caused by Not paying attention to | | | x | | | 3 | x | | | | | |
| 03491 | | Lead Productior | 12/06 | Press Center High speed blow fo | Burns (Heat) affecting the Forearm occurred from Slip, Fall caused by Slippery Floor. | | x | | | 9 | | x | | | | | |
| 03492 | | Data Center Op | 12/05 | Operation excellence Office | Bruising affecting the Chest occurred from Tripped caused by Trip and Fall. | | | | x | | | x | | | | | |
| 03498 | | Production Asso | 11/28 | General Assembly End of Line P | Fracture affecting the Back/ Spine occurred from Installation caused by Reaching. | | x | | | 31 | | x | | | | | |
| 03499 | | Lead Productior | 12/07 | General Assembly Trim | Sprains, Strains affecting the Forearm occurred from Holding or Carrying caused by Hand Tool. | | x | | | 9 | | x | | | | | |
| 03502 | | Production Asso | 12/08 | Plastics Plastics Paint | Rash affecting the Hand occurred from Unknown caused by Unknown. | | | x | | | 23 | x | | | | | |
| 03509 | | Production Asso | 06/08 | Body in White Unknown | Unknown affecting the Ankle occurred from Unknown caused by Unknown. | | | x | | | 33 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 4 | 1 | 49 | 65 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-087**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03510 | Redacted | Material Handle | 06/03 | Operation excellence Materials | Pain affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 41 | x | | | | | |
| 03520 | | Production Ass | 08/18 | Powertrain Manufacturing Battery | Bump affecting the Leg occurred from Walking caused by Vehicle. | | | x | | | 40 | x | | | | | |
| 03523 | | Production Ass | 05/04 | Powertrain Manufacturing Electri | Bruising affecting the Forearm occurred from Tripped caused by Box. | | | | x | | | x | | | | | |
| 03524 | | Production Ass | 05/23 | Powertrain Manufacturing SDU I | Crushing affecting the Hand occurred from Unknown caused by Unknown. | | x | | | 24 | 60 | x | | | | | |
| 03528 | | Lead Welder | 10/07 | Body in White Underbody | Sprains, Strains affecting the Neck occurred from Holding or Carrying caused by Hand Tool. | | | x | | | 59 | x | | | | | |
| 03529 | | Production Ass | 02/12 | General Assembly End of Line P | Sprains, Strains affecting the Forearm occurred from Unknown caused by Unknown. | | | x | | | 42 | x | | | | | |
| 03530 | | Equipment Mair | 04/29 | Paint Center Body Paint Shop | Laceration affecting the Head occurred from Standing caused by Hitting. | | | x | | | 13 | x | | | | | |
| 03531 | | Production Ass | 01/06 | Powertrain Manufacturing Electri | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 180 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 24 | 435 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-088**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory
City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03532 | Redacted | Production Asso | 12/27 | Body in White Body Line 2 | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | | | x | | | 24 | x | | | | | |
| 03533 | | Production Asso | 05/09 | General Assembly Trim 1 | Sprains, Strains affecting the Shoulder occurred from Installation caused by Picking Parts. | | | x | | | 84 | x | | | | | |
| 03534 | | Equipment Main | 12/05 | Press Center Stamping | Fracture affecting the Ankle occurred from Stepping onto caused by Improper device used | | x | | | 56 | | x | | | | | |
| 03535 | | Production Asso | 12/22 | Powertrain Manufacturing LDU F | Repetitive Motion Type Injury affecting the E bow occurred from Repetitive motion caused by | | | x | | | 3 | x | | | | | |
| 03536 | | Production Asso | 12/22 | Powertrain Manufacturing LDU F | Repetitive Motion Type Injury affecting the E bow occurred from Repetitive motion caused by | | | x | | | 23 | x | | | | | |
| 03537 | | Material Handle | 12/17 | Production Control GA Conveyar | Bump affecting the Head occurred from Driving cart caused by Part. | | | x | | | 16 | x | | | | | |
| 03538 | | Production Asso | 12/22 | General Assembly Trim 1 | Sprains, Strains affecting the Forearm occurred from Installation caused by Repetetive Motion. | | x | | | 8 | | x | | | | | |
| 03540 | | Production Asso | 12/23 | General Assembly Final Line | Contusion, Crushing, Bruise affecting the Face occurred from Collision caused by Tugger. | | x | | | 7 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 71 | 150 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-089**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory
City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03541 | Redacted | Tool at Die Spe | 12/21 | Press Center Tool & Die | Bruising affecting the Trunk (Stomach occurred from Slip, Fall caused by Tugger. | | x | | | 10 | | x | | | | | |
| 03544 | | Material Handle | 05/24 | Production Control GA Conveyar | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Box. | | | x | | | 180 | x | | | | | |
| 03545 | | Production Ass | 05/25 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Forearm occurred from Personal Medical Issue caused by Personal | | x | | | 67 | 43 | x | | | | | |
| 03546 | | Production Ass | 05/24 | Production Control GA Conveyar | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Box. | | | x | | | 6 | x | | | | | |
| 03547 | | Production Ass | 05/27 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Ankle occurred from Pulling or Pushing Object caused by Cart. | | | x | | | 180 | x | | | | | |
| 03548 | | Production Ass | 05/12 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Forearm occurred from Twisting caused by Tool. | | | x | | | 180 | x | | | | | |
| 03549 | | Lead Material H | 06/03 | Production Control GA Conveyar | Sprains, Strains affecting the Trunk (Stomach occurred from Lifting or Handling caused by Box. | | | x | | | 77 | x | | | | | |
| 03551 | | Lead Productior | 06/17 | General Assembly Final Line | Repetitive Motion Type Injury affecting the Forearm occurred from Repetitive motion caused | | | x | | | 52 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 77 | 718 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-090**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03554 | Redacted | Associate Mana | 06/07 | Quality Vehicle Test Workshop | Sprains, Strains affecting the Leg occurred from Installation caused by Fall. | | | x | | | 150 | x | | | | | |
| 03555 | | Production Ass | 06/28 | Powertrain Manufacturing SDU F | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Gears. | | | x | | | 65 | x | | | | | |
| 03556 | | Production Ass | 06/29 | Powertrain Manufacturing SDU F | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion caused | | | x | | | 149 | x | | | | | |
| 03557 | | Lead Productior | 07/11 | General Assembly Trim | Laceration affecting the Arm occurred from Loading caused by IP Load. | | | x | | | 180 | x | | | | | |
| 03558 | | Production Ass | 07/11 | General Assembly Trim | Sprains, Strains affecting the Back/ Spine occurred from Stepping caused by Conveyor. | | | x | | | 4 | x | | | | | |
| 03559 | | Engineering Te | 07/25 | Vehicle Test Workshop and Lab | Contusion, Crushing, Bruise affecting the Foot occurred from Fall caused by Falling or Flying | | | x | | | 8 | x | | | | | |
| 03561 | | Material Handle | 07/27 | Production Control Powertrain W | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Box. | | | x | | | 5 | x | | | | | |
| 03562 | | Material Handle | 07/28 | Production Control GA Conveyar | Laceration affecting the Fingers occurred from Cutting caused by Box. | | | x | | | 10 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 571 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-091**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | Describe the case | | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03563 | Redacted | Production Ass | 07/28 | Powertrain Manufacturing Modul | Debris in Eye affecting the Eye(s), Pupil occurred from Walking caused by Unknown. | | | x | | | 63 | x | | | | | |
| 03564 | | Production Ass | 09/20 | Powertrain Manufacturing SDU I | Rash affecting the Forearm occurred from Improper use of PPE caused by Other. | | | x | | | 14 | x | | | | | |
| 03566 | | Quality Inspecto | 09/15 | Quality Product excellence | Bruising affecting the Ankle occurred from Bending caused by Repetetive Motion. | | | x | | | 25 | x | | | | | |
| 03568 | | Material Handle | 10/14 | Production Control GA Conveyar | Sprains, Strains affecting the Wrist occurred from Lifting or Handling caused by Box. | | | | x | | | x | | | | | |
| 03570 | | Project Manage | 10/14 | Powertrain Manufacturing Engine | Contusion, Crushing, Bruise affecting the Fingers occurred from Slip, Fall caused by Fall. | | | x | | | 8 | x | | | | | |
| 03574 | | Equipment Mair | 10/20 | Paint Center Body Paint Shop | Laceration affecting the Forearm occurred from Installation caused by Blade. | | | x | | | 8 | x | | | | | |
| 03575 | | Marketing Spec | 10/12 | Admin Admin 2nd Floor | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Twisting. | | | x | | | 60 | x | | | | | |
| 03576 | | Production Ass | 09/25 | General Assembly Chassis | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 192 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-092**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 03578 | Redacted | Manufacturing T | 10/25 | Body in White Body Line 2 | Rash affecting the Face occurred from Unknown caused by Unknown. | | | x | | | 61 | x | | | | | |
| 03580 | | Production Ass | 10/27 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by | | | x | | | 39 | x | | | | | |
| 03581 | | Production Ass | 11/01 | Paint Center Inspection and Polis | Laceration affecting the Head occurred from Installation caused by Lift gate. | | | | x | | | x | | | | | |
| 03585 | | Production Ass | 11/04 | General Assembly Trim | Sprains, Strains affecting the Shoulder occurred from Repetitive motion caused by Repetetive | | x | | | 5 | 57 | x | | | | | |
| 03588 | | Production Ass | 11/29 | Powertrain Manufacturing Electri | Repetitive Motion Type Injury affecting the Forearm occurred from Improper Handling | | | x | | | 63 | x | | | | | |
| 03589 | | Lead Productio | 12/12 | General Assembly Chassis & Fin | Bruising affecting the Fingers occurred from Handling Sharp Objects caused by Equipment | | | x | | | 19 | x | | | | | |
| 03592 | | Production Ass | 12/08 | General Assembly Instrument Pa | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Repetetive | | | x | | | 23 | x | | | | | |
| 03595 | | Production Ass | 12/13 | Powertrain Manufacturing LDU S | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by | | | x | | | 23 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 5 | 285 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-093**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2016
U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory
City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03597 | Redacted | Lead Material H | 12/13 | Production Control Inventory Cor | Bump affecting the Leg occurred from Dolly caused by Inattention. | | | x | | | 13 | x | | | | | |
| 03598 | | Manufacturing T | 12/14 | General Assembly End of Line P | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | x | | | 13 | | x | | | | | |
| 03600 | | Production Ass | 12/09 | Powertrain Manufacturing Battery | Repetitive Motion Type Injury affecting the Forearm occurred from Working at station caused | | | x | | | 22 | x | | | | | |
| 03603 | | Production Ass | 12/13 | General Assembly Door Handle / | Repetitive Motion Type Injury affecting the Back/ Spine occurred from Repetitive motion caused by | | x | | | 18 | | x | | | | | |
| 03609 | | Quality Enginee | 12/15 | General Assembly Chassis | Laceration affecting the Hand ... | | | | x | | | x | | | | | |
| 03611 | | Production Ass | 12/15 | Body Center Body Line 1 | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by B- | | | x | | | 16 | x | | | | | |
| 03615 | | Production Ass | 12/15 | General Assembly Final Line | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 15 | x | | | | | |
| 03618 | | Production Ass | 07/18 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Hand occurred from Holding or Carrying caused by Hand Tool. | | | x | | | 88 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 31 | 154 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-094**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03619 | Redacted | Quality Inspecto | 06/13 | Quality Quality | Contusion, Crushing, Bruise affecting the Heel occurred from Stepping caused by Slipped. | | | x | | | 11 | x | | | | | |
| 03620 | | Manufacturing T | 06/09 | General Assembly Chassis & Fin | Bump affecting the Head occurred from Installation caused by Door. | | | x | | | 35 | x | | | | | |
| 03621 | | Production Ass | 06/06 | Powertrain Manufacturing SDU S | Repetitive Motion Type Injury affecting the Forearm occurred from Working at station caused | | | x | | | 41 | x | | | | | |
| 03622 | | Quality Inspecto | 04/15 | Quality Quality | Sprains, Strains affecting the Arm occurred from Unknown caused by Unknown. | | | x | | | 180 | x | | | | | |
| 03623 | | Production Ass | 05/11 | Paint Center Body Paint Shop | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by Bending. | | x | | | 52 | | x | | | | | |
| 03624 | | Supervisor | 05/10 | Quality Quality | Contusion, Crushing, Bruise affecting the Trunk (Stomach occurred from Slip, Fall caused by | | | x | | | 50 | x | | | | | |
| 03625 | | Material Handle | 05/10 | Production Control Conveyors | Bump affecting the Leg occurred from Sitting caused by Flat Bed. | | | x | | | 22 | x | | | | | |
| 03626 | | Sr. Program Ma | 05/03 | Quality Quality | Sprains, Strains affecting the Neck occurred from Unknown caused by Unknown. | | | x | | | 57 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 52 | 396 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-095**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03627 | Redacted | Production Ass | 08/01 | Paint Center Body Paint Shop | Swelling affecting the Back/ Spine occurred from Lifting or Handling caused by Heavy Lifting. | | | | x | | | x | | | | | |
| 03628 | | Production Ass | 12/15 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | x | | | 16 | | x | | | | | |
| 03629 | | Production Ass | 12/16 | Powertrain Manufacturing LDU C | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion caused by | | | x | | | 18 | x | | | | | |
| 03630 | | Manufacturing T | 12/17 | General Assembly Final Line | Sprains, Strains affecting the Back/ Spine occurred from Equipment Malfunction caused by | | | x | | | 11 | x | | | | | |
| 03631 | | Welder | 12/16 | Body in White Body Line 1 | Sprains, Strains affecting the Leg occurred from Repetitive motion caused by Repetetive Motion. | | x | | | 11 | | x | | | | | |
| 03632 | | Production Ass | 12/17 | Powertrain Manufacturing LDU C | Sprains, Strains affecting the Shoulder occurred from Repetitive motion caused by Prior injury. | | | x | | | 14 | x | | | | | |
| 03633 | | Production Ass | 12/18 | Powertrain Manufacturing Battery | Swelling affecting the Ankle occurred from Stepping caused by Stairs. | | | x | | | 13 | x | | | | | |
| 03634 | | Manufacturing T | 12/16 | NPI NPI Power Train | Rash affecting the Forearm occurred from Unknown caused by Unknown. | | | x | | | 5 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 27 | 61 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-096**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (M)(1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03635 | Redacted | Lead Equipmen | 12/17 | Powertrain Manufacturing SDU R | Sprains, Strains affecting the Knee occurred from Stepping onto caused by climbing. | | | x | | | 14 | x | | | | | |
| 03636 | | Tool and Die Sp | 12/20 | Press Center Tool & Die | Swelling affecting the Fingers occurred from Using hand tools caused by Tool. | | | x | | | 10 | x | | | | | |
| 03637 | | Production Asso | 12/13 | Powertrain Manufacturing LDU S | Debris in Eye affecting the Eye(s), Pupil occurred from Unknown caused by Unknown. | | | x | | | 12 | x | | | | | |
| 03638 | | Production Asso | 12/20 | General Assembly Trim | Swelling affecting the Forearm occurred from Holding or Carrying caused by Hand Tool. | | | x | | | 12 | x | | | | | |
| 03639 | | Manufacturing T | 12/20 | Body in White Body Line 2 | Sprains, Strains affecting the Back/ Spine occurred from Working at station caused by | | | x | | | 11 | x | | | | | |
| 03640 | | Production Asso | 12/02 | Body in White Body Line 1 | Sprains, Strains affecting the Knee occurred from Unknown caused by Unknown. | | | x | | | 26 | x | | | | | |
| 03641 | | Manufacturing T | 12/20 | Body in White Body Line 1 | Debris in Eye affecting the Eye(s), Pupil occurred from Unknown caused by Unknown. | | | x | | | 10 | x | | | | | |
| 03642 | | Production Asso | 12/21 | Press Center Laser (Blank Loadi | Sprains, Strains affecting the Knee occurred from Unknown caused by Unknown. | | | x | | | 6 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 101 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-097**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2016

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | Job transfer or restriction (I) | Other record-able cases (J) | (K) | (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 03643 | Redacted | Production Ass | 07/11 | Powertrain Manufacturing OEM N | Sprains, Strains affecting the Hand occurred from Holding or Carrying caused by Hand Tool. | | | x | | | 169 | x | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | **Page totals** | 0 | 0 | 1 | 0 | 0 | 169 | 1 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-098**

# OSHA's Form 300A (Rev. 01/2004)
# Summary of Work-Related Injuries and Illnesses

Year 2015
U.S. Department of Labor
Occupational Safety and Health Administration
Form approved OMB no. 1218-0176

*All establishments covered by Part 1904 must complete this Summary page, even if no injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.*

*Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you've added the entries from every page of the log. If you had no cases write "0."*

*Employees former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR 1904.35, in OSHA's Recordkeeping rule, for further details on the access provisions for these forms.*

**Number of Cases**

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| 0 | 214 | 364 | 63 |
| (G) | (H) | (I) | (J) |

**Number of Days**

| Total number of days away from work | Total number of days of job transfer or restriction |
|---|---|
| 10650 | 17692 |
| (K) | (L) |

**Injury and Illness Types**

Total number of... (M)

| | | | |
|---|---|---|---|
| (1) Injury | 644 | (4) Poisoning | 0 |
| (2) Skin Disorder | 0 | (5) Hearing Loss | 0 |
| (3) Respiratory Condition | 0 | (6) All Other Illnesses | 0 |

**Establishment information**

Your establishment name: Tesla Factory
Street: 45500 Fremont Bvd
City: Fremont State: CA Zip: 94538

Industry description (e.g., Manufacture of motor truck trailers): Manufacturing Electric Vehicles

Standard Industrial Classification (SIC), if known (e.g., SIC 3715): 3 7 1 1

OR North American Industrial Classification (NAICS), if known (e.g., 336212): 3 3 6 1 0 0

**Employment information**

Annual average number of employees: 6995

Total hours worked by all employees last year: 14591741

**Sign here**

Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

Mark Lipscomb — Company executive
VP, Human Resources — Title
408.679.335 — Phone
2/1/2016 — Date

**Post this Summary page from February 1 to April 30 of the year following the year covered by the form**

Public reporting burden for this collection of information is estimated to average 58 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-099

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | Job transfer or restriction (I) | Other record-able cases (J) | (K) | (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01385 | Redacted | Production Asso | 1/08 | VM Body Center Unknown | Epicondylitis affecting the Elbow occurred from Contact with caused by Metal Object. | | | | x | | | x | | | | | |
| 01388 | | EQUIPMENT EN | 1/09 | VM Assembly Center Unknown | Cut, Laceration, Puncture affecting the Fingers occurred from Contact with caused by Sharp | | | | x | | | x | | | | | |
| 01389 | | Production Asso | 1/08 | Powertrain Manufacturing Cooling | Tendinitis affecting the Hand/Wrist/Forearm occurred from Pulling or Pushing Object caused | | | x | | | 7 | x | | | | | |
| 01395 | | Production Asso | 1/12 | VM Assembly Center Unknown | Pain affecting the Hand occurred from Lifting or Handling caused by Repetetive Motion. | | | x | | | 14 | x | | | | | |
| 01396 | | Production Asso | 1/12 | VM Paint Center Body Paint Shop | Crushing affecting the Fingers occurred from Contact with caused by Door. | | | x | | | 35 | x | | | | | |
| 01400 | | Production Asso | 1/11 | Powertrain Manufacturing Battery F | Pain affecting the Back/ Spine occurred from Bending caused by Repetetive Motion. | | | x | | | 6 | x | | | | | |
| 01411 | | Production Asso | 1/14 | Body in White Body Line 1 | Sprains, Strains affecting the Ankle occurred from Trip caused by Floor. | | x | | | 2 | 25 | x | | | | | |
| 01413 | | Manufacturing Te | 1/14 | VM Assembly Center End of Line F | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repeti ive motion caused by | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 4 | 3 | 2 | 87 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-100**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01417 | Redacted | Supervisor Produ | 1/15 | Powertrain Manufacturing Battery M | Pain affecting the Arm occurred from Trip caused by Object on floor. | | | | x | | | x | | | | | |
| 01418 | | Production Assoc | 1/15 | VM Body Center Unknown | Pain affecting the Arm occurred from Repetitive motion caused by Repetetive Motion. | | x | | | 5 | | x | | | | | |
| 01425 | | Production Assoc | 1/14 | VM Paint Center Inspection and No | Contusion, Crushing, Bruise affecting the Foot occurred from Contact with caused by | | x | | | 2 | 7 | x | | | | | |
| 01428 | | Production Assoc | 1/15 | VM Castings Center (HPDC) High | Sprains, Strains affecting the Elbow occurred from Lifting or Handling caused by Excessive | | x | | | 71 | 109 | x | | | | | |
| 01436 | | Production Assoc | 1/19 | VM Assembly Center EOL Repair S | Open wound affecting the Thumb occurred from Contact with caused by Vehicle. | | | | x | | | x | | | | | |
| 01437 | | Production Assoc | 1/20 | Powertrain Manufacturing Unknown | Sprains, Strains affecting the Back/Shoulders occurred from Installation caused by Repetetive | | | | x | | | x | | | | | |
| 01438 | | Production Assoc | 1/20 | VM Assembly Center Chassis & Fi | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Repetetive | | | x | | | 21 | x | | | | | |
| 01443 | | Production Assoc | 1/21 | VM Castings Center (HPDC) High | Contusion, Crushing, Bruise affecting the Thumb occurred from Caught On, In, Under or | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 1 | 4 | 78 | 137 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-101

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01446 | Redacted | Production Assoc | 1/16 | VM Assembly Center Trim | Tendinitis affecting the Hand/Wrist/Forearm occurred from Twisting caused by Repetetive | | | x | | | 29 | x | | | | | |
| 01447 | | Production Assoc | 1/21 | VM Assembly Center Trim | Sprains, Strains affecting the Back/Shoulders occurred from Lifting or Handling caused by | | | x | | | 14 | x | | | | | |
| 01448 | | Production Assoc | 1/21 | Powertrain Manufacturing LDU Sta | Cut, Laceration, Puncture affecting the Chest occurred from Excessive force caused by Tool. | | x | | | 2 | | x | | | | | |
| 01459 | | Production Assoc | 1/21 | Body in White Body Line 1 | Pain affecting the Shoulder occurred from Lifting or Handling caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| 01463 | | Production Assoc | 1/19 | VM Assembly Center Trim | Sprains, Strains affecting the Torso occurred from Reaching caused by Repetetive Motion. | | x | | | 10 | 5 | x | | | | | |
| 01470 | | Production Assoc | 11/25 | VM Assembly Center Chassis | Sprains, Strains affecting the Upper BackNeck occurred from Repeti ive motion ... | | | x | | | 20 | x | | | | | |
| 01472 | | Production Assoc | 11/04 | BIW Warehouse Final Line | Rash affecting the Neck occurred from Contact with caused by Chemicals. | | | x | | | 20 | x | | | | | |
| 01584 | | Production Assoc | 1/24 | VM Body Center Unknown | Smash affecting the Fingers occurred from Caught On, In, Under or Between caused by | | | x | | | 44 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 12 | 160 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-102**

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01592 | Redacted | Production Assoc | 1/08 | VM Paint Center Wet Sand | Pain affecting the Shoulder occurred from Repetitive motion caused by Prolonged time | | | | x | | | x | | | | | |
| 01593 | | Production Assoc | 1/02 | VM Body Center Unknown | Rash affecting the Head occurred from Contact with caused by Chemicals. | | | x | | | 7 | x | | | | | |
| 01594 | | Production Assoc | 1/16 | VM Assembly Center Unknown | Pain affecting the Wrist occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 7 | x | | | | | |
| 01596 | | Manufacturing Te | 1/21 | Powertrain Sustaining Engineering | Sprains, Strains affecting the Wrist occurred from Lifting or Handling caused by Repetetive | | | x | | | 31 | x | | | | | |
| 01597 | | Production Assoc | 1/22 | VM Paint Center Unknown | ... ... occurred from Fall caused by Trip and Fall. | | | x | | | 7 | x | | | | | |
| 01599 | | Production Assoc | 1/26 | VM Body Center Body Line 1 | Sprains, Strains affecting the Back/Shoulders occurred from Lifting or Handling caused by | | x | | | 76 | 104 | x | | | | | |
| 01605 | | Production Assoc | 1/23 | VM Assembly Center Trim | Pain affecting the Fingers occurred from Grabbing caused by Repetetive Motion. | | x | | | 124 | 21 | x | | | | | |
| 01608 | | Production Assoc | 1/27 | VM Body Center Unknown | Tendinitis affecting the Shoulder occurred from Pulling or Pushing Object caused by Repetetive | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 200 | 191 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[illegible]

**GC EXHIBIT 023-103**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01609 | Redacted | Production Asso | 1/21 | VM Paint Center Unknown | Sprains, Strains affecting the Ankle occurred from Slip, Fall caused by Hole. | | | x | | | 7 | x | | | | | |
| 01612 | | Production Asso | 1/21 | VM Assembly Center Trim | Tendinitis affecting the Hand occurred from Pulling or Pushing Object caused by Repetetive | | | x | | | 20 | x | | | | | |
| 01613 | | Production Asso | 1/29 | Body in White Body Line 1 | Crushing affecting the Fingers ... | | x | | | 24 | 30 | x | | | | | |
| 01614 | | Material Handler | 1/30 | VM Production Control Materials | Sprains, Strains affecting the Lower Back occurred from Lifting or Handling caused by | | | x | | | 17 | x | | | | | |
| 01615 | | Production Asso | 1/31 | VM Assembly Center Chassis & Fi | Tendinitis affecting the Knee occurred from Twisting caused by Twisting. | | | x | | | 49 | x | | | | | |
| 01616 | | Production Asso | 2/02 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Knee occurred from Twisting caused by Twisting. | | x | | | 33 | 50 | x | | | | | |
| 01617 | | Production Asso | 2/02 | VM Assembly Center Unknown | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Lifting or | | | x | | | 21 | x | | | | | |
| 01618 | | Production Asso | 2/02 | VM Assembly Center Chassis & Fi | Cut, Laceration, Puncture affecting the Head occurred from Contact with caused by Vehicle. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 57 | 194 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-104**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | | Describe the case | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01619 | Redacted | Production Assoc | 2/06 | Stationary Storage Manufacturing F | Tendinitis affecting the Wrist occurred from Repetitive motion caused by Torqueing. | | | x | | | 14 | x | | | | | |
| 01620 | | Lead Production | 2/06 | VM Assembly Center Trim 1 | Epicondylitis affecting the Elbow occurred from Lifting or Handling caused by Repetetive Motion. | | | x | | | 49 | x | | | | | |
| 01622 | | Production Assoc | 1/29 | VM Assembly Center Trim | Sprains, Strains affecting the Torso occurred from Inhalation caused by Repetetive Motion. | | x | | | 7 | | x | | | | | |
| 01626 | | Metrology Techni | 1/16 | Vehicle Product Excellence Unknov | Cut, Laceration, Puncture affecting the Arm occurred from Pulling or Pushing Object caused | | | | x | | | x | | | | | |
| 01631 | | Lead Material Ha | 2/12 | Battery Module Line Battery S13 | Chemical in eyes affecting the Eye(s), Pupil occurred from Blowing Parts Off caused by | | | | x | | | x | | | | | |
| 01658 | | Production Assoc | 3/16 | VM Assembly Center Final Line | Tendinitis affecting the Wrist occurred from Installation caused by Repetetive Motion. | | | x | | | 30 | x | | | | | |
| 01659 | | Production Assoc | 3/25 | VM Assembly Center Unknown | Sprains, Strains affecting the Knee occurred from Awkward angle/forceful movements | | | x | | | 14 | x | | | | | |
| 01665 | | Production Assoc | 5/09 | VM Paint Center Wet Sand | Sprains, Strains affecting the Shoulder occurred from Awkward angle/forceful | | | x | | | 19 | x | | | | | |
| | | | | | Page totals | 0 | 1 | 5 | 2 | 7 | 126 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-105**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01666 | Redacted | Production Asso | 5/04 | VM Assembly Center Chassis | Carpal Tunnel Syndrome affecting the Fingers occurred from Bending caused by Repetetive | | | x | | | 147 | x | | | | | |
| 01667 | | Production Asso | 5/04 | VM Assembly Center Trim 2 | "Sprains, Strains" affecting the "Shoulder" occurred from "Equipment Malfunction" caused | | | x | | | 21 | x | | | | | |
| 01668 | | Production Asso | 5/01 | VM Assembly Center Chassis & Fi | Cut, Laceration, Puncture affecting the Fingers occurred from Installation caused by Awkward | | | x | | | 5 | x | | | | | |
| 01669 | | Production Asso | 1/07 | VM Assembly Center Unknown | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Torqueing. | | | x | | | 7 | x | | | | | |
| 01670 | | Production Asso | 2/06 | VM Body Center Body | Cut, Laceration, Puncture affecting the Foot occurred from Pulling or Pushing Object caused | | | x | | | 7 | x | | | | | |
| 01671 | | Production Asso | 2/06 | Powertrain Manufacturing Gen 2 C | Carpal Tunnel Syndrome affecting the Neck occurred from Awkward angle/forceful | | | x | | | 13 | x | | | | | |
| 01672 | | Production Asso | 2/09 | Powertrain Manufacturing Battery F | Carpal Tunnel Syndrome affecting the Elbow occurred from Repeti ive motion caused by | | | x | | | 81 | x | | | | | |
| 01673 | | Production Asso | 2/11 | VM Body Center Mail Line Body | Cut, Laceration, Puncture affecting the Fingers occurred from Improper Hand Placement | | | x | | | 11 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 292 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-106**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case. Enter the number of days the injured or ill worker was. Check the "injury" column or choose one type of illness (M).

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01674 | Redacted | Lead Production | 2/10 | VM Assembly Center Trim 1 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 21 | x | | | | | |
| 01675 | | Production Asso | 2/12 | VM Assembly Center Trim 1 | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | | x | | | 6 | x | | | | | |
| 01677 | | Production Asso | 2/12 | VM Body Center Body | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Struck or | | x | | | 179 | 1 | x | | | | | |
| 01678 | | Production Asso | 2/12 | PWT OEM Unknown | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Twisting | | | x | | | 14 | x | | | | | |
| 01679 | | Production Asso | 2/12 | VM Body Center Body Line 1 | Soreness affecting the Back/ Spine occurred from Awkward angle/forceful movements | | x | | | 81 | 98 | x | | | | | |
| 01680 | | Equipment Maint | 2/18 | Powertrain Manufacturing Battery | Cut, Laceration, Puncture affecting the Fingers occurred from Equipment Malfunction caused | | | x | | | 3 | x | | | | | |
| 01681 | | Equipment Maint | 2/19 | Powertrain Manufacturing Cooling | Fracture affecting the Foot occurred from Operating Tool caused by Machine or | | x | | | 4 | 22 | x | | | | | |
| 01682 | | Production Asso | 2/19 | VM Assembly Center Panoramic R | Cut, Laceration, Puncture affecting the Elbow occurred from Contact with caused by Sharp | | | x | | | 3 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 264 | 168 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-107**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01683 | Redacted | Production Assoc | 1/21 | Powertrain Manufacturing Unknow | Cut, Laceration, Puncture affecting the Fingers occurred from Holding or Carrying caused by | | x | | | 2 | | x | | | | | |
| 01684 | | Production Assoc | 2/23 | Powertrain Manufacturing LDU Sta | Fracture affecting the Fingers occurred from Equipment Malfunction caused by Machine or | | | x | | | 14 | x | | | | | |
| 01685 | | Production Assoc | 1/08 | Powertrain Manufacturing Battery M | The nozzle caused a cut on back of the associate, | | x | | | 2 | | x | | | | | |
| 01686 | | Production Assoc | 2/26 | Powertrain Manufacturing Battery M | Sprains, Strains affecting the Back/ Spine occurred from Twisting caused by Repetetive | | x | | | 54 | 39 | x | | | | | |
| 01687 | | Production Assoc | 3/02 | VM Assembly Center Chassis & Fi | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | | x | | | 15 | x | | | | | |
| 01688 | | Production Assoc | 3/02 | VM Body Center Unknown | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | x | | | 79 | 45 | x | | | | | |
| 01689 | | | 3/02 | Powertrain Manufacturing High Vol | Carpal Tunnel Syndrome affecting the Thumb occurred from Repeti ive motion caused by | | | x | | | 7 | x | | | | | |
| 01690 | | Production Assoc | 3/03 | Powertrain Manufacturing Small Dr | "Pain" affecting the "Hand/Wrist/Forearm" occurred from "Improper lifting techniques" | | | x | | | 5 | x | | | | | |
| | | | | | Page totals | 0 | 4 | 4 | 0 | 137 | 125 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[...]

**GC EXHIBIT 023-108**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | Job transfer or restriction (I) | Other record-able cases (J) | (K) | (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01691 | Redacted | Manufacturing Te | 3/03 | VM Assembly Center EOL Repair S | "Sprains, Strains" affecting the "Shoulder" occurred from "Awkward angle/forceful | | | x | | | 9 | x | | | | | |
| 01692 | | Production Asso | 3/05 | VM Assembly Center Trim 3 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | | x | | | 15 | x | | | | | |
| 01693 | | Production Asso | 3/04 | Powertrain Manufacturing Small Dr | "RMI" affecting the "Hand/Wrist/Forearm" occurred from "Working at station" caused by | | x | | | 154 | 26 | x | | | | | |
| 01694 | | Production Asso | 3/04 | Powertrain Manufacturing Center D | RMI affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Torqueing. | | x | | | 2 | 9 | x | | | | | |
| 01695 | | Production Asso | 3/09 | VM Assembly Center Chassis | RMI affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Pushing | | x | | | 106 | 74 | x | | | | | |
| 01696 | | Production Asso | 3/09 | VM Assembly Center Alignment | "Swelling" affecting the "Knee" occurred from "Strain or Injury" caused by "Awkward angle". | | | x | | | 6 | x | | | | | |
| 01697 | | Material Handler | 3/09 | VM Production Control General As | Cut, Laceration, Puncture affecting the Head occurred from Collision caused by Improper | | | | x | | | x | | | | | |
| 01698 | | Production Asso | 3/03 | VM Assembly Center Trim | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Pressing | | x | | | 164 | 16 | x | | | | | |
| | | | | | Page totals | 0 | 4 | 3 | 1 | 426 | 155 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-109

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01699 | Redacted | Production Asso | 3/10 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | | x | | | 29 | x | | | | | |
| 01701 | | Production Asso | 3/11 | VM Assembly Center Unknown | RMI affecting the Shoulder occurred from Pulling or Pushing Object caused by Repetetive Motion. | | x | | | 41 | 139 | x | | | | | |
| 01702 | | Production Asso | 3/11 | Powertrain Manufacturing LDU Sta | "Sprains, Strains" affecting the "Hand/Wrist/Forearm" occurred from "Lifting or | | x | | | 180 | | x | | | | | |
| 01703 | | Material Handler | 3/11 | VM Production Control Warehouse | Bruising affecting the Head occurred from Collision caused by Forklift. | | x | | | 180 | | x | | | | | |
| 01704 | | Production Asso | 3/12 | Powertrain Manufacturing Battery F | "Cut, Laceration, Puncture" affecting the "Fingers" occurred from "Caught On, In, Under | | x | | | 6 | 14 | x | | | | | |
| 01705 | | Production Asso | 3/13 | VM Assembly Center Chassis | RMI affecting the Hand/Wrist/Forearm occurred from Installation caused by Excessive force. | | | x | | | 10 | x | | | | | |
| 01706 | | Production Asso | 3/13 | VM Assembly Center Trim 2 | RMI affecting the Hand/Wrist/Forearm occurred from Excessive force caused by Torquing. | | x | | | 45 | 14 | x | | | | | |
| 01707 | | Production Asso | 3/12 | VM Assembly Center Trim 2 | RMI affecting the Knee occurred from Installation caused by Repetetive Motion. | | | x | | | 16 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 452 | 222 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-110**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 01708 | Redacted | Material Handler | 3/14 | Production Control Materials | "Cut, Laceration, Puncture" affecting the "Fingers" occurred from "Cutting" caused by | | | x | | | 7 | x | | | | | |
| 01709 | | | 3/17 | VM Assembly Center Unknown | Sprains, Strains affecting the Back/ Spine occurred from Repeti ive motion caused by | | | x | | | 10 | x | | | | | |
| 01710 | | Production Assoc | 3/17 | VM Assembly Center Trim 3 | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | x | | | 8 | 10 | x | | | | | |
| 01711 | | Production Assoc | 3/17 | VM Assembly Center Trim 3 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | x | | | 168 | 12 | x | | | | | |
| 01712 | | Production Assoc | 3/12 | VM Assembly Center Trim 2 | Swelling affecting the Back/ Spine occurred from Twisting caused by Repetetive Motion. | | | x | | | 15 | x | | | | | |
| 01714 | | Engineering Tech | 3/18 | Powertrain Manufacturing Gen 3 C | "Sprains, Strains" affecting the "Back/ Spine" occurred from "Lifting or Handling" caused by | | | x | | | 47 | x | | | | | |
| 01716 | | Production Assoc | 3/19 | Body in White Body Line 1 | Swelling affecting the Knee occurred from Slip, Fall caused by Steps. | | x | | | 7 | 11 | x | | | | | |
| 01717 | | Production Assoc | 3/18 | VM Assembly Center Trim 1 | RMI affecting the Shoulder occurred from Lifting or Handling caused by Repetetive Motion. | | x | | | 24 | 32 | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 4 | 0 | 207 | 144 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-111



Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015
U.S. Department of Labor
Occupational Safety and Health Administration

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01718 | Redacted | Production Asso | 3/20 | Body in White Body Line 1 | Bruising affecting the Foot occurred from Dropped object caused by Awkward angle. | | | x | | | 17 | x | | | | | |
| 01719 | | Production Asso | 3/20 | VM Assembly Center Trim | RMI affecting the Hand/Wrist/Forearm occurred from Installation caused by Excessive force. | | x | | | 23 | 14 | x | | | | | |
| 01720 | | Engineering Tech | 3/20 | W242 Unknown | "Bump" affecting the "Hand/Wrist/Forearm" occurred from "Collision" caused by "Forklift". | | | x | | | 15 | x | | | | | |
| 01721 | | Production Asso | 3/20 | VM Assembly Center Trim | "Sprains, Strains" affecting the "Shoulder" occurred from "Lifting or Handling" caused by | | | x | | | 57 | x | | | | | |
| 01722 | | Production Asso | 3/03 | Powertrain Manufacturing LDU Fin | RMI affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Torqueing. | | x | | | 2 | 60 | x | | | | | |
| 01723 | | Production Asso | 3/23 | Powertrain Manufacturing SDU Ro | "Sprains, Strains" affecting the "Back/ Spine" occurred from "Lifting or Handling" caused by | | | x | | | 8 | x | | | | | |
| 01724 | | Production Asso | 3/18 | PWT Module EOL W242 Module | RMI affecting the Hand/Wrist/Forearm occurred from Lifting or Handling caused by Repetetive | | | x | | | 19 | x | | | | | |
| 01725 | | Production Asso | 3/24 | VM Plastics Center Plastic Subass | "Swelling" affecting the "Foot" occurred from "Misstep" caused by "Floor Mat". | | x | | | 4 | 5 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 29 | 195 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-112**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01726 | Redacted | Production Assoc | 3/23 | Powertrain Manufacturing Trim | "Sprains, Strains" affecting the "Hand/Wrist/Forearm" occurred from "Pulling or | | x | | | 31 | 4 | x | | | | | |
| 01727 | | Production Assoc | 3/24 | Powertrain Manufacturing Gen 2 C | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | | x | | | x | | | | | |
| 01728 | | Production Assoc | 3/24 | VM Assembly Center Trim 3 | RMI affecting the Hand/Wrist/Forearm occurred from Lifting or Handling caused by Repetetive | | | x | | | 23 | x | | | | | |
| 01729 | | Lead Production | 2/20 | Powertrain Manufacturing LDU Fin | Cut, Laceration, Puncture affecting the Face occurred from Pulling or Pushing Object caused | | | | x | | | x | | | | | |
| 01730 | | Production Assoc | 3/25 | VM Assembly Center End of Line F | "Fracture" affecting the "Fingers" occurred from "Closed car door on finger" caused by "Door". | | | x | | | 34 | x | | | | | |
| 01731 | | Production Assoc | 3/26 | VM Body Center Underbody | Sprains, Strains affecting the Back/ Spine occurred from Collision caused by Awkward | | x | | | 13 | 35 | x | | | | | |
| 01732 | | Production Assoc | 3/26 | VM Assembly Center Chassis | Bruising affecting the Fingers occurred from Caught On, In, Under or Between caused by | | | x | | | 40 | x | | | | | |
| 01733 | | Production Assoc | 3/26 | VM Body Center Liftgate | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | x | | | 76 | 20 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 3 | 2 | 120 | 156 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-113**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01734 | Redacted | Production Assoc | 3/19 | VM Assembly Center Unknown | RMI affecting the Hand/Wrist/Forearm occurred from Grabbing caused by Repetetive Motion. | | x | | | 13 | 25 | x | | | | | |
| 01736 | | Production Assoc | 3/26 | VM Assembly Center Chassis | Swelling affecting the Hand/Wrist/Forearm occurred from Installation. | | x | | | 47 | 133 | x | | | | | |
| 01737 | | Production Assoc | 3/17 | VM Assembly Center Chassis & Fi | "Sprains, Strains" affecting the "Hand/Wrist/Forearm" occurred from "Working | | | x | | | 55 | x | | | | | |
| 01738 | | Production Assoc | 3/26 | Supercharger Supercharger Line | Bruising affecting the Back/ Spine occurred from Slip, Fall caused by rolling stool. | | | x | | | 1 | x | | | | | |
| 01739 | | Production Assoc | 3/26 | VM Assembly Center Final Line | Sprains, Strains affecting the Fingers occurred from Installation caused by Repetetive Motion. | | | x | | | 39 | x | | | | | |
| 01740 | | Production Assoc | 3/26 | VM Assembly Center Trim 1 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | | x | | | 19 | x | | | | | |
| 01741 | | Production Assoc | 3/24 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | x | | | 180 | | x | | | | | |
| 01742 | | Production Assoc | 3/24 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Hand occurred from Installation caused by Applying excessive | | x | | | 56 | 124 | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 4 | 0 | 296 | 396 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-114**

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01743 | Redacted | Production Asso | 3/27 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Ankle occurred from Walking caused by Unknown. | | x | | | 2 | | x | | | | | |
| 01744 | | Production Asso | 3/27 | Powertrain Manufacturing Power p | "RMI" affecting the "Thumb" occurred from "Pressing" caused by "Repetetive Motion" | | | x | | | 35 | x | | | | | |
| 01745 | | Production Asso | 3/27 | VM Assembly Center Panoramic R | Soreness affecting the Back/ Spine occurred from Repetitive motion caused by Repetetive | | | x | | | 14 | x | | | | | |
| 01746 | | Production Asso | 3/27 | VM Assembly Center Chassis & Fi | Bruising affecting the Knee occurred from Slip, Fall caused by Liquid or Grease Spills. | | x | | | 180 | | x | | | | | |
| 01747 | | Production Asso | 3/28 | VM Assembly Center Trim | RMI affecting the Hand/Wrist/Forearm occurred from Pulling or Pushing Object caused by | | x | | | 165 | 15 | x | | | | | |
| 01748 | | Metal Finisher | 3/30 | VM Press Center Unknown | RMI affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Repetetive | | x | | | 82 | 64 | x | | | | | |
| 01750 | | Production Asso | 3/30 | Body in White Body Line 1 | "Sprains, Strains" affecting the "Back/ Spine" occurred from "Loading" caused by "Lifting | | x | | | 91 | 89 | x | | | | | |
| 01751 | | Production Asso | 3/24 | VM Assembly Center Chassis & Fi | "RMI" affecting the "Elbow" occurred from "Operating Tool" caused by "Repetitive Motion". | | | x | | | 59 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 520 | 276 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-115

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01752 | Redacted | Production Assoc | 3/30 | VM Body Center Main Line Body | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 15 | x | | | | | |
| 01753 | | Production Assoc | 4/05 | Powertrain Manufacturing Battery M | RMI affecting the Hand/Wrist/Forearm occurred from Excessive force caused by Repetetive | | | | x | | | x | | | | | |
| 01754 | | Production Assoc | 3/31 | W242 Unknown | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling most likely | | x | | | 2 | 71 | x | | | | | |
| 01755 | | Production Assoc | 3/31 | VM Body Center Main Line Body | Sprains, Strains affecting the Back/ Spine occurred from Twisting caused by Machine or | | x | | | 66 | 50 | x | | | | | |
| 01756 | | Production Assoc | 3/31 | Body in White Body Line 1 | "Sprains, Strains" affecting the "Hand/Wrist/Forearm" occurred from "Operating | | x | | | 172 | 8 | x | | | | | |
| 01757 | | Production Assoc | 3/31 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Awkward | | | | x | | | x | | | | | |
| 01760 | | Production Assoc | 3/31 | VM Assembly Center Chassis & Fi | "Sprains, Strains" affecting the "Shoulder" occurred from "Pulling or Pushing Object" | | x | | | 2 | 10 | x | | | | | |
| 01761 | | Production Assoc | 4/03 | VM Body Center Door Line Press | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | | x | | | 10 | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 2 | 2 | 242 | 164 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-116**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01762 | Redacted | Production Asso | 4/06 | Door Line Press | RMI affecting the Hand/Wrist/Forearm occurred from Excessive force caused by Repetetive | | | | x | | | x | | | | | |
| 01763 | | Production Asso | 4/06 | Body in White Main Line Body | RMI affecting the Elbow occurred from Installation caused by Repetitive Motion. | | | x | | | 5 | x | | | | | |
| 01764 | | Production Asso | 4/09 | PWT OEM W242 Module | "Sprains, Strains" affecting the "Ankle" occurred from "Slip, Fall" caused by "Stairs". | | x | | | 16 | 77 | x | | | | | |
| 01765 | | Production Asso | 4/09 | VM Castings Center (HPDC) High | "Cut, Laceration, Puncture" affecting the "Fingers" occurred from "Caught On, In, Under | | | | x | | | x | | | | | |
| 01766 | | Production Asso | 4/10 | PWT OEM W242 Module | "Swelling" affecting the "Fingers" occurred from "Collision" caused by "Cart". | | x | | | 174 | | x | | | | | |
| 01767 | | Production Asso | 4/11 | VM Assembly Center Trim 2 | "Swelling" affecting the "Hand/Wrist/Forearm" occurred from "Excessive force" caused by | | x | | | 108 | | x | | | | | |
| 01768 | | Production Asso | 4/11 | VM Paint Center Body Paint Shop | Cut, Laceration, Puncture affecting the Head occurred from Contact with caused by Machine | | | x | | | 5 | x | | | | | |
| 01769 | | Equipment Maint | 4/11 | VM Paint Center Body Paint Shop | Sprains, Strains affecting the Ankle occurred from Stepping caused by Object on floor. | | | x | | | 5 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 3 | 2 | 298 | 92 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-117

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015
U.S. Department of Labor
Occupational Safety and Health Administration

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01770 | Redacted | Production Asso | 4/14 | Body Line 1 Rear Underbody | "Sprains, Strains" affecting the "Trunk (Stomach" occurred from "Awkward | | x | | | 14 | 10 | x | | | | | |
| 01771 | | Production Asso | 4/15 | VM Assembly Center Chassis & Fi | RMI affecting the Elbow occurred from Grabbing caused by Repetetive Motion. | | | x | | | 25 | x | | | | | |
| 01772 | | Production Asso | 4/15 | VM Paint Center Wet Sand | RMI affecting the Shoulder occurred from Excessive force caused by Repetetive Motion. | | x | | | 134 | 46 | x | | | | | |
| 01773 | | Production Asso | 4/16 | VM Assembly Center Trim | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Contact with | | | | x | | | x | | | | | |
| 01774 | | Production Asso | 4/10 | VM Assembly Center Trim | Sprains, Strains affecting the Shoulder occurred from Awkward angle/forceful | | x | | | 38 | 29 | x | | | | | |
| 01775 | | Production Asso | 4/17 | Powertrain Manufacturing Battery P | "Sprains, Strains" affecting the "Back/ Spine" occurred from "Bending" caused by "Repetitive | | | x | | | 34 | x | | | | | |
| 01776 | | Production Asso | 4/18 | VM Assembly Center EOL Shipping | Cut, Laceration, Puncture affecting the Leg occurred from Contact with caused by Sharp | | | | x | | | x | | | | | |
| 01777 | | Remanufacturing | 4/20 | PWT Remanufacturing Drive Unit | "Sprains, Strains" affecting the "Lower Back" occurred from "Fall" caused by "Chair". | | x | | | 32 | 26 | x | | | | | |
| | | | | | Page totals | 0 | 4 | 2 | 2 | 218 | 170 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-118

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | | Describe the case | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01778 | Redacted | Production Asso | 4/20 | PWT Stator Wind Stator Line | Sprains, Strains affecting the Ankle occurred from Stepping caused by Object on floor. | | | x | | | 50 | x | | | | | |
| 01779 | | Test Technician I | 4/22 | Fremont Factory Admin 2nd Floor | Sprains, Strains affecting the Arm occurred from Falling object caused by Excessive force. | | x | | | 104 | 75 | x | | | | | |
| 01780 | | Production Asso | 4/22 | VM Assembly Center Chassis | RMI affecting the Hand/Wrist/Forearm occurred from Grabbing caused by Repetetive Motion. | | x | | | 75 | 91 | x | | | | | |
| 01781 | | Production Asso | 4/19 | VM Plastics Paint Molding | "Sprains, Strains" affecting the "Neck" occurred from "Collision" caused by "Tugger". | | | x | | | 14 | x | | | | | |
| 01782 | | Production Asso | 4/23 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by Repetetive | | | x | | | 10 | x | | | | | |
| 01783 | | Production Asso | 4/24 | VM Assembly Center Unknown | Sprains, Strains affecting the Shoulder occurred from Repeti ive motion caused by | | | x | | | 14 | x | | | | | |
| 01784 | | Production Asso | 4/27 | VM Assembly Center End of Line F | Sprains, Strains" affecting the "Shoulder" occurred from "Excessive force" caused by | | x | | | 14 | 83 | x | | | | | |
| 01785 | | Production Asso | 4/23 | Powertrain Manufacturing Final Lin | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive | | x | | | 27 | 18 | x | | | | | |
| | | | | | Page totals | 0 | 4 | 4 | 0 | 220 | 355 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-119



# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01786 | Redacted | Production Asso | 4/29 | VM Assembly Center Trim | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | x | | | 79 | 101 | x | | | | | |
| 01787 | | Remanufacturing | 4/30 | PWT Remanufacturing Battery rem | Sprains, Strains affecting the Hand occurred from Drilling caused by Repetetive Motion. | | | | x | | | x | | | | | |
| 01788 | | Production Asso | 5/20 | VM Body Center Body | Sprains, Strains affecting the Knee occurred from Exposure to caused by Pinch Point. | | | x | | | 30 | x | | | | | |
| 01789 | | Material Handler | 5/20 | VM Production Control Warehouse | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Lifting or | | | x | | | 7 | x | | | | | |
| 01790 | | Production Asso | 5/19 | Body in White Body Line 1 | "Sprains, Strains" affecting the "Elbow" occurred from "Operating Tool" caused by | | | x | | | 38 | x | | | | | |
| 01797 | | Production Asso | 5/22 | VM Body Center Body | Fracture affecting the Ankle occurred from Trip caused by Object on floor. | | | | x | | | x | | | | | |
| 01798 | | Production Asso | 4/29 | VM Assembly Center Trim | "RMI" affecting the "Hand/Wrist/Forearm" occurred from "Repetitive motion" caused by | | | x | | | 43 | x | | | | | |
| 01799 | | Production Asso | 5/22 | Product Excellence Engineering Ur | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | x | | | 137 | 43 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 4 | 2 | 216 | 262 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-120**

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | | | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01800 | Redacted | Production Assoc | 5/22 | VM Body Center Body | RMI affecting the Hand/Wrist/Forearm occurred from Welding caused by Repetetive Motion. | | | x | | | 14 | x | | | | | |
| 01801 | | Production Assoc | 5/22 | VM Assembly Center Trim | "Cut, Laceration, Puncture" affecting the "Fingers" occurred from "Cutting" caused by | | | x | | | 16 | x | | | | | |
| 01803 | | Production Assoc | 5/29 | Powertrain Manufacturing Battery M | Fracture affecting the Foot occurred from Caught On, In, Under or Between caused by | | x | | | 129 | 30 | x | | | | | |
| 01804 | | Lead Material Ha | 5/29 | VM Production Control Unknown | Bruising affecting the Back/ Spine occurred from Caught On, In, Under or Between caused | | x | | | 118 | 62 | x | | | | | |
| 01848 | | Production Assoc | 6/01 | VM Assembly Center Chassis | Bruising affecting the Hand/Wrist/Forearm occurred from Installation caused by Repetetive | | x | | | 21 | 10 | x | | | | | |
| 01849 | | Production Assoc | 6/01 | Body in White Body Line 1 | Bruising affecting the Torso occurred from Welding caused by Awkward Position. | | | x | | | 8 | x | | | | | |
| 01850 | | Lead Material Ha | 6/01 | Production Control Materials | "Sprains, Strains" affecting the "Back/ Spine" occurred from "Caught On, In, Under or | | x | | | 118 | | x | | | | | |
| 01851 | | Production Assoc | 6/02 | Body in White Body Line 1 | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | | x | | | 29 | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 4 | 0 | 386 | 169 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send [illegible]

GC EXHIBIT 023-121

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory
City Fremont State CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01852 | Redacted | Production Asso | 6/02 | Body in White Body Line 1 | Rash affecting the Hand/Wrist/Forearm | | | x | | | 9 | x | | | | | |
| 01853 | | Manufacturing T | 5/06 | NPI General Assembly | Sprains, Strains affecting the Neck occurred from Pulling or Pushing Object caused by Heavy | | | x | | | 3 | x | | | | | |
| 01854 | | Production Asso | 6/03 | VM Assembly Center Panoramic R | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Excessive | | | x | | | 27 | x | | | | | |
| 01855 | | Material Handler | 6/04 | Production Control Materials | "Repetitive Motion Type Injury" affecting the "Shoulder" occurred from "Pulling or Pushing | | x | | | 123 | 57 | x | | | | | |
| 01856 | | Production Asso | 6/03 | PWT Electrics Center Display Cent | "RMI" affecting the "Thumb" occurred from "Using hand tools" caused by "Repetetive | | | x | | | 13 | x | | | | | |
| 01857 | | Production Asso | 6/02 | Body in White Body Line 1 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 10 | x | | | | | |
| 01860 | | Production Asso | 6/05 | VM Press Center Stamping | "Cut, Laceration, Puncture" affecting the "Face" occurred from "Collision" caused by "Part". | | | | x | | | x | | | | | |
| 01862 | | Production Asso | 5/05 | Body in White Body Line 1 | Sprains, Strains" affecting the "Back/ Spine" occurred from "Lifting or Handling" caused by | | x | | | 73 | 22 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 196 | 141 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-122

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01863 | Redacted | Production Asso | 6/08 | PWT Drive Unit Sub Assembly Inve | "RMI" affecting the "Hand/Wrist/Forearm" occurred from "Lifting or Handling" caused by | | | x | | | 40 | x | | | | | |
| 01864 | | Production Asso | 6/08 | VM Assembly Center Charging Thr | Soreness affecting the Shoulder occurred from Trip caused by Human. | | x | | | 2 | 60 | x | | | | | |
| 01865 | | Production Asso | 6/08 | VM Plastics Center Sub-Assembly | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | x | | | 2 | 141 | x | | | | | |
| 01866 | | Production Asso | 6/04 | PWT Drive Unit Sub Assembly Driv | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | x | | | 44 | 75 | x | | | | | |
| 01867 | | Production Asso | 6/09 | PWT Gen 2 Charger Gen 2 Charge | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Operating | | | x | | | 30 | x | | | | | |
| 01868 | | Production Asso | 6/09 | VM Assembly Center Chassis & Fi | Smash affecting the Fingers occurred from Installation caused by Part. | | | x | | | 46 | x | | | | | |
| 01869 | | Production Asso | 6/02 | VM Assembly Center Trim 1 | Pain affecting the Elbow occurred from Twisting caused by Repetetive Motion. | | x | | | 2 | 37 | x | | | | | |
| 01870 | | Production Asso | 6/09 | Body in White Body Line 1 | "Bruising" affecting the "Foot" occurred from "Pulling or Pushing Object" caused by "Cart". | | x | | | 2 | 41 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 52 | 470 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-123**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness:

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01871 | Redacted | Production Asso | 6/10 | VM Assembly Center Chassis 2 CC | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 11 | x | | | | | |
| 01873 | | Production Asso | 6/10 | Powertrain Manufacturing Battery M | "Dislocation" affecting the "Shoulder" occurred from "Slip, Fall" caused by "Slippery Floor". | | x | | | 74 | | x | | | | | |
| 01874 | | Production Asso | 6/10 | Body in White Body Line 1 | "RMI" affecting the "Hand/Wrist/Forearm" occurred from "Repetitive motion" caused by | | | x | | | 164 | x | | | | | |
| 01875 | | Production Asso | 6/11 | VM Assembly Center Trim 3 | RMI" affecting the "Thumb" occurred from "Pulling or Pushing Object" caused by | | x | | | 4 | 10 | x | | | | | |
| 01876 | | Production Asso | 6/11 | PWT Drive Unit Sub Assembly Fina | Sprains, Strains affecting the Ankle occurred from Pulling or Pushing Object caused by Failure | | x | | | 2 | 45 | x | | | | | |
| 01877 | | Production Asso | 6/11 | Powertrain Manufacturing Small Dr | "Cut, Laceration, Puncture" affecting the "Fingers" occurred from "Caught On, In, Under | | | x | | | 45 | x | | | | | |
| 01878 | | Production Asso | 6/11 | PWT OEM W242 Module | "Repetitive Motion Type Injury" affecting the "Hand/Wrist/Forearm" occurred from | | | x | | | 67 | x | | | | | |
| 01879 | | Production Asso | 6/11 | VM Body Center Body Line 1 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 4 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 80 | 346 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[d the] [c]omplet[ed forms] t[o] th[is] [o]ffi[ce].

**GC EXHIBIT 023-124**

**OSHA's Form 300 (Rev. 01/2004)**

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01880 | Redacted | Material Handler | 6/11 | VM Production Control BIW Conve | Sprains, Strains affecting the Ankle occurred from Stepping caused by Awkward Position. | | x | | | 106 | | x | | | | | |
| 01881 | | Production Assoc | 6/11 | PWT Battery Pack Line Battery Mo | Pain affecting the Leg occurred from Walking caused by Repetetive Motion. | | x | | | 84 | 73 | x | | | | | |
| 01882 | | Service Technici | 6/11 | Service AE56 | Chemical in eyes affecting the Eye(s), Pupil occurred from Holding or Carrying caused by | | | x | | | 3 | x | | | | | |
| 01883 | | Production Assoc | 6/12 | VM Assembly Center Chassis 2 C | Sprains, Strains affecting the Shoulder occurred from Excessive force caused by Wire | | x | | | 117 | 4 | x | | | | | |
| 01884 | | Production Assoc | 6/13 | PWT Battery Pack Line Battery Pa | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | | x | | | 13 | x | | | | | |
| 01885 | | Production Assoc | 5/30 | PWT Battery Pack Line BP3-13200 | Sprains, Strains affecting the Shoulder occurred from Repeti ive motion caused by | | | x | | | 47 | x | | | | | |
| 01886 | | GA Associate | 6/12 | VM Assembly Center Chassis & Fi | "RMI" affecting the "Hand/Wrist/Forearm" occurred from "Installation" caused by | | | x | | | 45 | x | | | | | |
| 01887 | | Production Assoc | 6/05 | VM Paint Center Quality Inspection | Sprains, Strains affecting the Ankle occurred from Stepping caused by Awkward Position. | | | x | | | 116 | x | | | | | |
| | | | | | Page totals | 0 | 3 | 5 | 0 | 307 | 301 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-125

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01888 | Redacted | Production Asso | 6/16 | Powertrain Manufacturing SDU Ro | Swelling affecting the Head occurred from Equipment Malfunction caused by Falling or | | x | | | 2 | 23 | x | | | | | |
| 01889 | | Production Asso | 6/16 | VM Assembly Center Trim | "RMI" affecting the "Hand/Wrist/Forearm" occurred from "Using hand tools" caused by | | | x | | | 60 | x | | | | | |
| 01890 | | Production Asso | 6/17 | VM Assembly Center Trim 3 | Contusion, Crushing, Bruise affecting the Hand/Wrist/Forearm occurred from Excessive | | | x | | | 57 | x | | | | | |
| 01891 | | Production Asso | 6/05 | Trim Instrument Panel | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by Awkward | | x | | | 98 | 18 | x | | | | | |
| 01892 | | Production Asso | 6/18 | PWT OEM W242 Module | Swelling affecting the Ankle occurred from Stepping caused by Misstep. | | | x | | | 65 | x | | | | | |
| 01893 | | Production Asso | 6/19 | PWT Battery Pack Line BP3-1320 | "Bruising" affecting the "Knee" occurred from "Kneeling, bending, squatting" caused by | | | x | | | 11 | x | | | | | |
| 01894 | | Production Asso | 6/22 | Chassis & Final Chassis 2 CO2-37 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Pulling or | | | x | | | 26 | x | | | | | |
| 01895 | | Manufacturing Te | 6/22 | Admin Engineering | Sprains, Strains affecting the Ankle occurred from Caught On, In, Under or Between caused | | | x | | | 10 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 100 | 270 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[d the] complet[ed forms] to th[is] offi[ce].

**GC EXHIBIT 023-126**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) Job transfer or restriction | (J) Other record-able cases | (K) | (L) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
| 01896 | Redacted | Production Asso | 6/23 | VM Assembly Center Chassis | Knotting/Tightness affecting the Knee occurred from Stepping caused by Repetetive Motion. | | x | | | 2 | 15 | x | | | | | |
| 01899 | | Production Asso | 6/19 | Body in White Body Line 1 | Rash appeared after Exposure to Chemicals | | | x | | | 29 | x | | | | | |
| 01900 | | Production Asso | 6/22 | PWT Drive Unit Sub Assembly Fina | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Excessive | | | x | | | 126 | x | | | | | |
| 01902 | | Production Asso | 6/22 | VM Press Center Stamping - Metal | "Sprains, Strains" affecting the "Wrist" occurred from "Lifting or Handling" caused by "Awkward | | x | | | 99 | 32 | x | | | | | |
| 01903 | | Production Asso | 6/22 | VM Assembly Center Trim 3 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installing a | | | x | | | 25 | x | | | | | |
| 01904 | | Production Asso | 6/24 | VM Assembly Center Trim 1 | Swelling affecting the Hand/Wrist/Forearm occurred from Excessive force caused by | | | x | | | 10 | x | | | | | |
| 01905 | | Supervisor Manu | 6/24 | VM Assembly Center Trim 1 | Shoulder / Upper Arm Sprain / Strain: Left Contusion Thoracic Back Left | | x | | | 2 | 25 | x | | | | | |
| 01906 | | Production Asso | 6/24 | VM Assembly Center Chassis & Fi | Bruising affecting the Fingers occurred from Collision caused by Hand Tool. | | | x | | | 5 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 103 | 267 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-127

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case: | Enter the number of days the injured or ill worker was: | Check the "injury" column or choose one type of illness: (M)

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01907 | Redacted | Material Handler | 6/24 | VM Plastics Center Plastic Subass | Sprains, Strains" affecting the "Hand/Wrist/Forearm" occurred from | | | x | | | 5 | x | | | | | |
| 01908 | | Production Asso | 6/26 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | x | | | 5 | 25 | x | | | | | |
| 01910 | | Production Asso | 6/23 | Body in White Body Line 1 | Bruising affecting the Fingers occurred from Struck or Injured caused by Rubber Mattet | | | x | | | 100 | x | | | | | |
| 01912 | | Production Asso | 6/29 | Chassis & Final Chassis 2 CO2-37 | Sprains, Strains affecting the Ankle occurred from Stepping caused by Awkward Position. | | x | | | 14 | 20 | x | | | | | |
| 01914 | | Production Asso | 6/29 | Chassis & Final Final Line | Pain affecting the Knee occurred from Working at station caused by Unknown. | | | x | | | 23 | x | | | | | |
| 01915 | | Production Asso | 6/01 | Powertrain Manufacturing Battery M | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Working at | | | x | | | 22 | x | | | | | |
| 01916 | | Production Asso | 6/30 | VM Press Center Stamping - Metal | "Repetitive Motion Type Injury" affecting the "Hand/Wrist/Forearm" occurred from | | x | | | 31 | 22 | x | | | | | |
| 01917 | | Production Asso | 6/30 | Trim Trim 1 | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | | x | | | 10 | x | | | | | |
| | | | | | Page totals | 0 | 3 | 5 | 0 | 50 | 227 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-128

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness: (M)

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01918 | Redacted | Production Asso | 8/06 | PWT Drive Unit Sub Assembly SDI | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | | x | | | 120 | x | | | | | |
| 01919 | | Production Asso | 6/26 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | | x | | | 150 | x | | | | | |
| 01920 | | Production Asso | 6/25 | VM Press Center Blanking Line 1 | Pain affecting the Back/ Spine occurred from Lifting or Handling caused by Heavy Equipment. | | x | | | 41 | 110 | x | | | | | |
| 01922 | | Production Asso | 6/29 | Body in White Body Line 1 | Carpal Tunnel Syndrome affecting the Fingers occurred from Applying Adhesive caused by | | | x | | | 25 | x | | | | | |
| 01923 | | Production Asso | 6/30 | VM Assembly Center Chassis 2 CC | Sprains, Strains affecting the Stomach occurred from Awkward angle/forceful | | x | | | 86 | | x | | | | | |
| 01924 | | Production Asso | 7/01 | VM Assembly Center Trim 3 | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by Repetetive | | | x | | | 30 | x | | | | | |
| 01925 | | Production Asso | 7/01 | VM Assembly Center Trim 1 | Carpal Tunnel Syndrome affecting the Fingers occurred from Pulling or Pushing Object caused | | x | | | 52 | 81 | x | | | | | |
| 01926 | | Production Asso | 7/02 | Body in White Body Line 1 | Pulled Muscle affecting the Torso occurred from Pulling or Pushing Object caused by | | | x | | | 33 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 179 | 549 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-129**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness:

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01927 | Redacted | Production Asso | 7/06 | Trim Panoramic Roof Assembly Ce | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Feeding | | | x | | | 68 | x | | | | | |
| 01928 | | Production Asso | 7/06 | Body in White Body Line 1 | Sprains, Strains affecting the Back/ Spine occurred from Stepping caused by No Known | | x | | | 88 | | x | | | | | |
| 01929 | | Production Asso | 7/06 | Body in White Body Line 1 | Cut, Laceration, Puncture affecting the Knee occurred from Equipment Malfunction ... | | | x | | | 11 | x | | | | | |
| 01930 | | Production Asso | 7/07 | PWT Drive Unite Dyno/Packout LD | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 140 | x | | | | | |
| 01931 | | Production Asso | 7/08 | Body in White Body Line 1 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Pressing | | | x | | | 5 | x | | | | | |
| 01932 | | Production Asso | 7/08 | VM Body Center Battery Enclosure | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Improper | | | x | | | 2 | x | | | | | |
| 01933 | | Production Asso | 7/09 | Body in White BW2-MLN | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Collision | | | x | | | 140 | x | | | | | |
| 01934 | | Production Asso | 7/02 | PWT Manufacturing - Inverter Pole | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | | x | | | 73 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 88 | 439 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-130**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01935 | Redacted | Production Assoc | 7/13 | Body in White Body Paint Shop | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | x | | | 25 | | x | | | | | |
| 01936 | | Production Assoc | 7/13 | VM Assembly Center Trim 3 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Drilling | | | x | | | 13 | x | | | | | |
| 01937 | | Production Assoc | 7/13 | VM Paint Center Wet Sand | Cut, Laceration, Puncture affecting the Thumb occurred from Improper Handling caused by | | x | | | 2 | | x | | | | | |
| 01938 | | Production Assoc | 1/12 | Body Center MLN 140 | Contusion, Crushing, Bruise affecting the Knee occurred from Trip caused by reflector. | | | x | | | 14 | x | | | | | |
| 01939 | | Production Assoc | 7/01 | VM Body Center Battery Enclosure | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Pulling or | | | x | | | 104 | x | | | | | |
| 01940 | | Production Assoc | 7/13 | Powertrain Manufacturing Stator Li | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | | x | | | 41 | x | | | | | |
| 01941 | | Production Assoc | 7/15 | VM Assembly Center Chassis | Sprains, Strains affecting the Shoulder occurred from Excessive force caused by | | | x | | | 30 | x | | | | | |
| 01942 | | Production Assoc | 7/14 | Body Center Battery Enclosure 1.5 | Sprains, Strains affecting the Shoulder occurred from Awkward angle/forceful | | | x | | | 20 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 27 | 222 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-131

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01943 | Redacted | Production Asso | 7/15 | PWT Battery Pack Line Battery Pa | Hernia, Rupture affecting the Abdomen occurred from Lifting or Handling caused by | | x | | | 42 | 41 | x | | | | | |
| 01944 | | Production Asso | 7/15 | PWT Electrics Center Display Cent | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Operating | | | x | | | 134 | x | | | | | |
| 01945 | | Production Asso | 7/14 | Body in White BW2-MLN | Rash affecting the Hand/Wrist/Forearm occurred from Exposure to caused by | | | x | | | 16 | x | | | | | |
| 01946 | | Production Asso | 7/16 | VM Assembly Center Trim 1 | Carpal Tunnel Syndrome affecting the Shoulder occurred from Operating Tool caused by | | x | | | 79 | | x | | | | | |
| 01947 | | Production Asso | 7/09 | VM Assembly Center Body Line 1 | Rash affecting the Hand/Wrist/Forearm occurred from Contact with Kevlar gloves | | | x | | | 5 | x | | | | | |
| 01948 | | Production Asso | 7/20 | Product Excellence Engineering U | Swelling affecting the Fingers occurred from Closed car door on finger caused by Door. | | | x | | | 25 | x | | | | | |
| 01951 | | Lead Production | 7/01 | PWT 570A Battery Module and Pa | Carpal Tunnel Syndrome affecting the Shoulder occurred from Repeti ive motion caused by | | | x | | | 82 | x | | | | | |
| 01952 | | Production Asso | 7/10 | Body in White Door Handle Assem | Dermatitis - Allergenic or Contact affecting the Fingers occurred from Applying Adhesive | | | x | | | 11 | x | | | | | |
| | | | | | Page totals | 0 | 2 | 6 | 0 | 121 | 314 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[d the completed forms to this office.]

**GC EXHIBIT 023-132**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01953 | Redacted | Production Assoc | 7/22 | VM Assembly Center Trim 1 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Operating | | x | | | 52 | 34 | x | | | | | |
| 01955 | | Production Assoc | 7/23 | Chassis & Final Final Line | Sprains, Strains affecting the Knee occurred from Walking caused by Misstep. | | | x | | | 125 | x | | | | | |
| 01956 | | Engineering Tech | 7/16 | Body Center Body | Other affecting the Back/ Spine occurred from Lifting or Handling caused by Excessive Weight. | | | x | | | 10 | x | | | | | |
| 01957 | | Material Handler | 7/17 | Body in White BIW Conveyance | Cut, Laceration, Puncture affecting the Wrist occurred from Reaching for object caused by | | x | | | 2 | | x | | | | | |
| 01958 | | Production Assoc | 7/23 | VM Body Center Body Line 1 | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | | x | | | 59 | x | | | | | |
| 01959 | | Lead Manufactur | 7/24 | VM Assembly Center EOL Repair S | Bruising affecting the Hand/Wrist/Forearm occurred from Caught On, In, Under or Between | | | x | | | 5 | x | | | | | |
| 01961 | | Production Contr | 7/28 | Powertrain Production Control Inve | Twisted knee by tripping over forklift | | x | | | 12 | | x | | | | | |
| 01962 | | Production Contr | 7/27 | VM Production Control Warehouse | Sprains, Strains affecting the Back/ Spine occurred from Improper lifting techniques | | | x | | | 35 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 66 | 268 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-133**

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | (M) Check the "injury" column or choose one type of illness: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01963 | Redacted | Production Assoc | 7/28 | VM Castings Center (HPDC) HPDC | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by | | x | | | 56 | 20 | x | | | | | |
| 01964 | | Production Assoc | 8/04 | Body in White Body Line 1 | Carpal Tunnel Syndrome affecting the Fingers occurred from Lifting or Handling caused by | | x | | | 59 | 70 | x | | | | | |
| 01965 | | Manufacturing Te | 7/24 | PWT Drive Unit Sub Assembly SDU | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Lifting or | | | x | | | 22 | x | | | | | |
| 01966 | | Engineering Tech | 8/05 | VM Manufacturing Test Vehicle Tes | Sprains, Strains affecting the Knee occurred from Tripped caused by Diamond plate | | | x | | | 20 | x | | | | | |
| 01967 | | Production Assoc | 8/11 | Small Drive Unit SDU Final Assem | Carpal Tunnel Syndrome affecting the Neck occurred from Awkward angle/forceful | | | | x | | | x | | | | | |
| 01969 | | Production Assoc | 8/10 | Body in White GA and Paint | Sprains, Strains affecting the Leg occurred from Fall caused by Grating was removed and | | x | | | 55 | 70 | x | | | | | |
| 01970 | | Production Assoc | 8/11 | VM Assembly Center Chassis & Fi | Cut, Laceration, Puncture affecting the Fingers occurred from Caught On, In, Under or Between | | | x | | | 3 | x | | | | | |
| 01971 | | Production Assoc | 8/10 | VM Assembly Center Trim 1 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 40 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 4 | 1 | 170 | 245 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-134

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | Describe the case | | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01972 | Redacted | Production Assoc | 8/12 | VM Assembly Center Trim 1 | Swelling affecting the Hand/Wrist/Forearm occurred from Installation caused by Applying | | | x | | | 120 | x | | | | | |
| 01973 | | Production Assoc | 8/13 | Body in White Body Line 1 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Lifting or | | | x | | | 60 | x | | | | | |
| 01974 | | Production Assoc | 8/08 | VM Assembly Center Trim 2 | Carpal Tunnel Syndrome affecting the Thumb occurred from Awkward angle/forceful | | x | | | 51 | | x | | | | | |
| 01975 | | Production Assoc | 8/13 | VM Assembly Center Trim - Door H | Locking affecting the Fingers occurred from Awkward angle/forceful movements caused by | | | x | | | 70 | x | | | | | |
| 01976 | | Production Assoc | 8/13 | Chassis & Final Final Line | Sprains, Strains affecting the Back/ Spine occurred from Slip, Fall caused by Liquid or | | | x | | | 20 | x | | | | | |
| 01977 | | Production Assoc | 8/13 | Small Drive Unit SDU Stator Wind | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | | | x | | | x | | | | | |
| 01978 | | Production Assoc | 8/14 | VM Paint Center Offline Metal Rep | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object caused | | | x | | | 25 | x | | | | | |
| 01979 | | Lead Production | 8/17 | Chassis & Final Chassis 2 CO2-37 | Cut, Laceration, Puncture affecting the Head occurred from Contact with caused by Fender. | | x | | | 1 | | x | | | | | |
| | | | | | Page totals | 0 | 2 | 5 | 1 | 52 | 295 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-135

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person — Describe the case — Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01980 | [Redacted] | Production Asso | 8/18 | Body in White Body Line 1 | Bruising affecting the Thumb occurred from Closed car door on finger caused by Door. | | x | | | 47 | | x | | | | | |
| 01981 | [Redacted] | Tool and Die Spe | 8/18 | Tool & Die Stairs | Bruising affecting the Arm occurred from Slip, Fall caused by Stairs. | | | x | | | 115 | x | | | | | |
| 01982 | [Redacted] | Production Asso | 8/18 | Chassis & Final Chassis 2 CO2-37 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Installation | | x | | | 2 | -1 | x | | | | | |
| 01983 | [Redacted] | Production Asso | 8/19 | Battery Module Line Battery Pack I | Sprains, Strains affecting the Leg occurred from Standing caused by Repetetive Motion. | | x | | | 44 | 10 | x | | | | | |
| 01984 | [Redacted] | Production Asso | 8/19 | Chassis & Final Sub-Assembly are | Swelling affecting the Elbow occurred from Awkward angle/forceful movements caused by | | x | | | 17 | 60 | x | | | | | |
| 01985 | [Redacted] | Production Asso | 8/20 | Chassis & Final Chassis | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by | | x | | | 45 | 100 | x | | | | | |
| 01986 | [Redacted] | Production Asso | 8/20 | VM Press Center Stamping - Metal | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Handling | | x | | | 7 | 15 | x | | | | | |
| 01987 | [Redacted] | Equipment Maint | 8/21 | VM Paint Center Pre-Treatment an | Sprains, Strains affecting the Ankle occurred from Slip, Fall caused by Liquid or Grease Spills. | | x | | | 15 | | x | | | | | |
| | | | | | **Page totals** | 0 | 7 | 1 | 0 | 177 | 299 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-136

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01988 | Redacted | Production Asso | 8/20 | Small Drive Unit SDU Rotor | Carpal Tunnel Syndrome affecting the Shoulder occurred from Repeti ive motion caused by | | | | x | | | x | | | | | |
| 01989 | | Production Asso | 8/21 | Trim Trim 2 | Carpal Tunnel Syndrome affecting the Torso occurred from Installation caused by Twisting. | | | x | | | 5 | x | | | | | |
| 01990 | | production Asso | 8/22 | Chassis & Final Chassis | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by | | | x | | | 25 | x | | | | | |
| 01991 | | Production Asso | 8/21 | Small Drive Unit SDU Final Assem | Bruising affecting the Ankle occurred from Pulling or Pushing Object caused by Cart. | | | x | | | 5 | x | | | | | |
| 01992 | | Production Asso | 8/24 | Body in White Conveyors | Bruising affecting the Back/ Spine occurred from Driving cart caused by Debris on Floor. | | | x | | | 100 | x | | | | | |
| 01993 | | Production Asso | 8/26 | PWT LDU Druve Unit - Sub Assem | Sprains, Strains affecting the Shoulder ... caused by Prior injury. | | | x | | | 14 | x | | | | | |
| 01994 | | Production Asso | 8/26 | Small Drive Unit SDU Final Assem | Bump affecting the Hand/Wrist/Forearm occurred from Driving cart caused by Debris on | | x | | | 1 | 28 | x | | | | | |
| 01995 | | Production Asso | 8/24 | PWT Battery Pack Line Battery En | Pain affecting the Back/ Spine occurred from Lifting or Handling caused by Battery module. | | x | | | 24 | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 25 | 177 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-137**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 01997 | Redacted | Material Handler | 8/28 | VM Assembly Center Conveyors | Sprains, Strains affecting the Ankle occurred from Pulling or Pushing Object caused by Heavy | | | x | | | 8 | x | | | | | |
| 01998 | | Production Asso | 8/12 | PWT Battery Pack Line Battery Pa | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by Awkward | | | x | | | 10 | x | | | | | |
| 01999 | | Sub assy palstic | 8/29 | VM Plastics Center Sub-Assembly | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 75 | x | | | | | |
| 02000 | | Material Hanlerv | 8/31 | Powertrain Material Hub (Dock L) N | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | x | | | 24 | 30 | x | | | | | |
| 02001 | | Production Asso | 8/31 | VM Paint Center Inspection and N | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Lift | | | x | | | 25 | x | | | | | |
| 02002 | | Production Asso | 8/22 | Powertrain Manufacturing SDU Sta | Bruising affecting the Fingers occurred from Pulling or Pushing Object caused by Excessive | | | x | | | 15 | x | | | | | |
| 02003 | | Production Asso | 8/28 | Chassis & Final Chassis 2 CO2-37 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Excessive | | | x | | | 25 | x | | | | | |
| 02005 | | Production Asso | 8/28 | PWT LDU Tri-Pole | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Lifting or | | | x | | | 2 | x | | | | | |
| | | | | | Page totals | 0 | 1 | 7 | 0 | 24 | 190 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-138**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 02007 | Redacted | Production Asso | 8/21 | VM Castings Center (HPDC) HPD | Carpal Tunnel Syndrome affecting the Back/ Spine occurred from DCM Operator duties | | x | | | 7 | 3 | x | | | | | |
| 02009 | | Production Asso | 9/08 | Body in White Center Underbody ( | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Slip, Fall | | | x | | | 5 | x | | | | | |
| 02010 | | Production Asso | 9/02 | Chassis & Final Chassis 2 CO2-37 | Sprains, Strains affecting the Neck occurred from Reaching caused by Awkward angle. | | x | | | 2 | 30 | x | | | | | |
| 02011 | | Production Asso | 9/09 | Chassis & Final Final Line | Sprains, Strains affecting the Elbow occurred from Lifting or Handling caused by Blatant | | | x | | | 60 | x | | | | | |
| 02012 | | Production Asso | 9/11 | Powertrain Manufacturing SDU Ro | Sprains, Strains affecting the Shoulder occurred from Scanning Rotors caused by | | x | | | 26 | 20 | x | | | | | |
| 02013 | | Production Asso | 9/11 | Battery Module Line BM3 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Lifting or | | x | | | 18 | 60 | x | | | | | |
| 02014 | | Equipment Maint | 9/11 | Chassis & Final Final Line | Bruising affecting the Leg occurred from Collision caused by Awkward Position. | | | x | | | 15 | x | | | | | |
| 02015 | | Lead Material Ha | 9/11 | Body in White Conveyors | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | x | | | 23 | 60 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 76 | 253 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-139**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02016 | Redacted | Production Asso | 9/12 | Trim Door Handle Assembly | Carpal Tunnel Syndrome affecting the Arm occurred from Lifting or Handling caused by | | | x | | | 50 | x | | | | | |
| 02017 | | Material Handler | 9/15 | VM Production Control Conveyors | Swelling affecting the Hand/Wrist/Forearm occurred from Collision caused by Forklift. | | x | | | 31 | 75 | x | | | | | |
| 02018 | | Production Asso | 9/14 | Small Drive Unit SDU Stator Varnis | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Operating | | | x | | | 20 | x | | | | | |
| 02019 | | Production Asso | 9/16 | Small Drive Unit SDU Final Assem | Cut, Laceration, Puncture affecting the Head occurred from Improper Hand Placement | | | | x | | | x | | | | | |
| 02020 | | Production Asso | 9/17 | PWT Electrics Gen II Gen 2 Charg | Sprains, Strains affecting the Back/ Spine occurred from Twisting caused by Awkward | | | x | | | 40 | x | | | | | |
| 02021 | | Production Asso | 9/01 | Small Drive Unit SDU Rotor | Swelling affecting the Hand/Wrist/Forearm occurred from Awkward angle/forceful | | x | | | 24 | 100 | x | | | | | |
| 02022 | | Production Asso | 9/01 | PWT LDU LDU Final Assembly | Sprains, Strains affecting the Arm occurred from Repetitive motion caused by Connecting | | x | | | 27 | 133 | x | | | | | |
| 02023 | | Production Asso | 9/01 | PWT LDU LDU Copper Bars | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 50 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 4 | 1 | 82 | 468 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-140**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02024 | Redacted | Production Asso | 9/16 | VM Body Center GA and Paint | Sprains, Strains affecting the Shoulder occurred from Reaching caused by Awkward | | | x | | | 14 | x | | | | | |
| 02025 | | Production Asso | 9/17 | Small Drive Unit SDU Inverter | "Swelling" affecting the "Hand/Wrist/Forearm" occurred from "Working at station" caused by | | | x | | | 3 | x | | | | | |
| 02026 | | Production Asso | 9/18 | VM Plastics Paint Inspection and P | Cut, Laceration, Puncture affecting the Knee occurred from Tripped caused by Conveyor | | | | x | | | x | | | | | |
| 02028 | | Production Asso | 9/21 | Body Center Body Side Right | Cut, Laceration, Puncture affecting the Fingers occurred from Reaching for object caused by | | | | x | | | x | | | | | |
| 02029 | | Production Asso | 9/19 | Chassis & Final Trim 2 | Soreness affecting the Shoulder occurred from Awkward angle/forceful movements caused by | | | x | | | 10 | x | | | | | |
| 02030 | | Material Handle | 9/21 | Materials Conveyors | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Pulling or | | | x | | | 10 | x | | | | | |
| 02031 | | Production Asso | 9/18 | Chassis & Final Chassis 2 CO2-37 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 40 | x | | | | | |
| 02032 | | Production Asso | 9/22 | VM Paint Center Paint Hospital | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from | | x | | | 12 | 25 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 5 | 2 | 12 | 102 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-141

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness:

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02033 | Redacted | Production Asso | 9/22 | Small Drive Unit SDU Inverter | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Lifting or | | | x | | | 60 | x | | | | | |
| 02034 | | Production Asso | 9/19 | Chassis & Final Chassis 3 | Sprains, Strains affecting the Groin occurred from Wheel Installation caused by Excessive | | | x | | | 60 | x | | | | | |
| 02035 | | Production Asso | 9/23 | Chassis & Final Chassis 1 | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | x | | | 11 | 60 | x | | | | | |
| 02036 | | Production Asso | 9/23 | W242 Energy Module | Dislocation affecting the Knee occurred from Tripped caused by Awkward angle. | | x | | | 7 | 60 | x | | | | | |
| 02037 | | Production Asso | 9/14 | Small Drive Unit SDU Inverter | Sprains, Strains affecting the Thumb occurred from Pressing caused by Excessive force. | | | x | | | 40 | x | | | | | |
| 02038 | | Production Asso | 9/25 | Trim Trim 3 | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Operating | | | x | | | 40 | x | | | | | |
| 02041 | | Material Handler | 9/21 | VM Plastics Center PWT Conveyar | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Lifting or | | | | x | | | x | | | | | |
| 02042 | | Production asso | 10/01 | VM Plastics Center Molding | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Slip, Fall | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 4 | 2 | 18 | 320 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[illegible]

GC EXHIBIT 023-142

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02043 | Redacted | Equipment Maint | 10/01 | Small Drive Unit SDU Inverter | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Holding or | | | x | | | 60 | x | | | | | |
| 02044 | | Production Assoc | 10/01 | PWT 570A Battery Module and Pac | Sprains, Strains affecting the Back/ Spine occurred from Repeti ive motion caused by | | | x | | | 14 | x | | | | | |
| 02045 | | Production Assoc | 9/29 | VM Plastics Center Sub-Assembly | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Lifting or | | | x | | | 30 | x | | | | | |
| 02046 | | Production Assoc | 9/30 | Body Repair Center Mail Line Body | Sprains, Strains affecting the Writst occurred from Repetitive motion caused by Applying | | | x | | | 60 | x | | | | | |
| 02049 | | Production Assoc | 1/28 | VM Assembly Center Trim | Sprains, Strains affecting the Wrist occurred from Twisting caused by Wire. | | | x | | | 64 | x | | | | | |
| 02053 | | technician | 9/24 | Service Service Center | Cut, Laceration, Puncture affecting the Fingers occurred from Knife cut through caused by | | | | x | | | x | | | | | |
| 02057 | | Service Technicia | 10/21 | Service Service Center | ... affecting the Fingers occurred from Knife cut through caused by Blade. | | | x | | | 1 | x | | | | | |
| 02059 | | Production Assoc | 2/04 | Trim Trim 2 | Sprains, Strains affecting the Back/Shoulders occurred from Walking caused by Repetetive | | x | | | 3 | 57 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 3 | 286 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[illegible] complet[illegible]

**GC EXHIBIT 023-143**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | | Describe the case | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Check the "injury" column or choose one type of illness: Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02060 | Redacted | Lead Production | 2/04 | Chassis & Final Final Line | Sprains, Strains affecting the Shoulder occurred from Repeti ive motion caused by | | | x | | | 25 | x | | | | | |
| 02064 | | Production Asso | 2/08 | Paint Center Coatings | Bruising affecting the Ankle occurred from Unloading caused by Storage Bin. | | x | | | 4 | | x | | | | | |
| 02065 | | Production Asso | 2/08 | Body in White Liftgate | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Lifting or | | x | | | 52 | 128 | x | | | | | |
| 02066 | | Payroll Specialis | 2/11 | Human Resources Desk/Office | Sprains, Strains affecting the Neck occurred from Repetitive motion caused by poor | | x | | | 6 | | x | | | | | |
| 02067 | | Production Asso | 2/11 | VM Assembly Center 2565 Line | Sprains, Strains affecting the Lower Back occurred from Repeti ive motion caused by | | | x | | | 14 | x | | | | | |
| 02069 | | Production Asso | 2/14 | Trim Trim 3 | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by poor | | | x | | | 19 | x | | | | | |
| 02070 | | Production Asso | 2/16 | Paint Center Unknown | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | | x | | | 180 | | x | | | | | |
| 02071 | | Production Asso | 10/01 | Trim Trim 3 | Sprains, Strains affecting the Back/ Spine occurred from leaning caused by B-Pillar. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 3 | 1 | 242 | 186 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[illegible]let[illegible]

GC EXHIBIT 023-144

22-60493.3684

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2015
U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02072 | Redacted | Production Asso | 10/01 | Trim Trim 3 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Awkward | | x | | | 6 | 60 | x | | | | | |
| 02074 | | Production Asso | 10/01 | Chassis & Final Final Line | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Awkward | | x | | | 24 | 60 | x | | | | | |
| 02075 | | Remanufacturing | 10/02 | PWT Remanufacturing Remanufac | Cut, Laceration, Puncture affecting the Fingers occurred from Contact with caused by Sterlite | | | x | | | 12 | x | | | | | |
| 02076 | | Production Asso | 10/02 | VM Castings Center (HPDC) HPD | Sprains, Strains affecting the Shoulder occurred from Shoveling Scrap caused by | | x | | | 29 | 60 | x | | | | | |
| 02077 | | Material Handler | 10/06 | Materials Warehouse | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 28 | x | | | | | |
| 02078 | | Production Asso | 10/06 | VM Plastics Center Plastic Subass | Carpal Tunnel Syndrome affecting the Shoulder occurred from Pulling or Pushing Object caused | | | x | | | 40 | x | | | | | |
| 02079 | | Production Asso | 10/07 | Stamping Metal Finishing Repair | Sprains, Strains affecting the Ankle occurred from Stepping caused by Snagged / Caught On. | | x | | | 3 | 7 | x | | | | | |
| 02080 | | Production Asso | 10/08 | Stamping Metal Finishing Repair | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Awkward | | x | | | 24 | 35 | x | | | | | |
| | | | | | Page totals | 0 | 5 | 3 | 0 | 86 | 302 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-145**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02081 | Redacted | Production Assoc | 10/08 | Small Drive Unit SDU Final Assem | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Pulling or | | x | | | 19 | 40 | x | | | | | |
| 02082 | | Production Assoc | 10/12 | PWT Electrics HVJB HVJB | Sprains, Strains affecting the Elbow occurred from Repetitive motion caused by Torqueing. | | | | x | | | x | | | | | |
| 02083 | | Production Assoc | 10/12 | Battery Module Line Battery Enclos | Cut, Laceration, Puncture affecting the Face occurred from Holding or Carrying caused by | | | | x | | | x | | | | | |
| 02084 | | Service Concierg | 10/12 | Service Warehouse | Cut, Laceration, Puncture affecting the Hand occurred from Plastic part broke caused by | | | x | | | 5 | x | | | | | |
| 02085 | | Supervisor Shop | 10/12 | Fremont Factory Service shop | Sprains, Strains affecting the Knee occurred from Caught On, In, Under or Between caused | | | x | | | 15 | x | | | | | |
| 02089 | | Production Assoc | 5/22 | Powertrain Manufacturing 24L Batt | Bruising affecting the Hand/Wrist/Forearm occurred from Caught On, In, Under or Between | | x | | | 138 | | x | | | | | |
| 02091 | | Production Assoc | 2/26 | PWT LDU PWT Manufacturing floo | Carpal Tunnel Syndrome affecting the Fingers occurred from Repeti ive motion caused by | | | x | | | 18 | x | | | | | |
| 02092 | | roduction Associ | 5/15 | PWT Pole and Tri-Pole Drive Unit - | Bruising affecting the Shoulder occurred from Slip, Fall caused by Floor. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 3 | 3 | 157 | 78 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-146

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness: (M)

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02093 | Redacted | Production Assoc | 5/11 | Body Center Body Line 1 | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | | x | | | 61 | x | | | | | |
| 02095 | | Production Assoc | 3/10 | Body in White Underbody | Rash affecting the Arm occurred from Exposure to caused by Chemicals. | | | x | | | 14 | x | | | | | |
| 02096 | | Material Handler | 2/20 | Production Control Door 1 | Unknown affecting the Knee occurred from Walking caused by Fall. | | x | | | 180 | | x | | | | | |
| 02099 | | Production Assoc | 5/08 | PWT W242 Battery Module and Pa | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Repetetive | | | x | | | 24 | x | | | | | |
| 02100 | | Production Assoc | 6/22 | Body in White Mail Line Body | Rash affecting the Arm occurred from Contact with caused by kevlar sleeves. | | | | x | | | x | | | | | |
| 02101 | | Production Assoc | 5/30 | Powertrain Manufacturing Battery | Carpal Tunnel Syndrome affecting the Wrist occurred from Installation caused by Repetetive | | | x | | | 39 | x | | | | | |
| 02102 | | Production Assoc | 4/24 | Body in White GA and Paint | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object caused | | x | | | 146 | 24 | x | | | | | |
| 02103 | | Production Assoc | 6/16 | VM Castings Center (LPDC) High F | Sprains, Strains affecting the Fingers occurred from Caught On, In, Under or Between caused | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 4 | 2 | 326 | 162 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-147

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory
City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case: | Enter the number of days the injured or ill worker was: | Check the "injury" column or choose one type of illness: (M)

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02104 | Redacted | Production Assoc | 3/24 | VM Assembly Center Trim 2 | Swelling affecting the Trunk (Stomach, Chest, Back) occurred from Installation caused by | | | x | | | 14 | x | | | | | |
| 02105 | | Production Assoc | 5/20 | PWT Rotor SDU Rotor | Burns (Heat) affecting the Hand/Wrist/Forearm occurred from Reaching for object caused by | | x | | | 8 | 57 | x | | | | | |
| 02107 | | Production Assoc | 3/24 | Powertrain Manufacturing LDU Fin | Debris in Eye affecting the Eye(s), Pupil occurred from Flying Object(s) caused by | | | x | | | 1 | x | | | | | |
| 02111 | | Production Assoc | 3/18 | PWT Stator Wind SDU Stator Wind | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm ... caused by Repetetive | | x | | | 91 | 89 | x | | | | | |
| 02112 | | Production Assoc | 4/28 | Body in White Front Module | Sprains, Strains affecting the Trunk (Stomach occurred from Lifting or Handling caused by | | | x | | | 101 | x | | | | | |
| 02115 | | Production Assoc | 5/12 | PWT Gen 2 Charger Gen 2 Charge | Swelling affecting the Hand/Wrist/Forearm occurred from Excessive force caused by | | x | | | 2 | 1 | x | | | | | |
| 02116 | | Production Assoc | 4/23 | Trim Panoramic Roof Assembly Ce | Bruising affecting the Ankle occurred from Pulling or Pushing Object caused by Cart. | | x | | | 35 | 103 | x | | | | | |
| 02117 | | Production Assoc | 4/21 | Battery Module Line Battery Modul | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | x | | | 163 | 17 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 299 | 383 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-148

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | (M) Check the "injury" column or choose one type of illness: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
| 02118 | Redacted | Production Asso | 4/01 | VM Assembly Center Chassis & Fi | RMI affecting the Forearm occurred from Installation caused by Awkward Position. | | x | | | 25 | 22 | x | | | | | |
| 02121 | | Production Asso | 3/11 | PWT OEM W242 Module | Sprains, Strains affecting the Thumb occurred from fixing jam caused by robot. | | x | | | 70 | 79 | x | | | | | |
| 02122 | | Lead Production | 5/08 | VM Assembly Center Trim | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | x | | | 136 | 44 | x | | | | | |
| 02123 | | Production Asso | 5/04 | Body in White Body Line 1 | Pain affecting the Shoulder occurred from Bodily Reaction caused by Repetetive Motion. | | x | | | 73 | 107 | x | | | | | |
| 02124 | | Lead Production | 5/01 | VM Assembly Center Trim | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object caused | | | x | | | 152 | x | | | | | |
| 02125 | | Production Asso | 5/04 | Body in White Body Line 1 | Sprains, Strains affecting the Shoulder occurred from Working at station caused by | | | x | | | 51 | x | | | | | |
| 02126 | | Production Asso | 5/29 | Powertrain Manufacturing Small Dr | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Working at | | | x | | | 10 | x | | | | | |
| 02127 | | Material Handler | 3/16 | Production Control Materials | Pain affecting the Wrist occurred from Overhead Work caused by Reaching. | | x | | | 82 | 69 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 3 | 0 | 386 | 534 | 8 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-149

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02128 | Redacted | Remanufacturing | 5/29 | PWT Remanufacturing Remanufac | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | | | x | | | x | | | | | |
| 02129 | | Production Asso | 3/31 | VM Assembly Center Trim 3 | "RMI" affecting the "Hand/Wrist/Forearm" occurred from "Repetitive motion" caused by | | | x | | | 7 | x | | | | | |
| 02131 | | Production Asso | 5/18 | Powertrain Manufacturing LDU Sta | Swelling affecting the Fingers occurred from Scrapping caused by Hand Slipped. | | | x | | | 5 | x | | | | | |
| 02134 | | Production Asso | 4/02 | Powertrain Manufacturing LDU Ro | Contusion, Crushing, Bruise affecting the Head occurred from Struck or Injured caused by | | x | | | 96 | 69 | x | | | | | |
| 02135 | | Tool and Die Spe | 5/28 | Casting Center High Pressure Die | Crushing affecting the Fingers occurred from Caught On, In, Under or Between caused by | | | x | | | 10 | x | | | | | |
| 02137 | | Manufacturing Te | 5/19 | Paint Center Topcoat Inspection | Bruising affecting the Hand/Wrist/Forearm occurred from Slip, Fall caused by Rushing. | | | x | | | 25 | x | | | | | |
| 02138 | | Production Asso | 4/20 | Body in White Body Line 2 | Sprains, Strains affecting the Ankle occurred from Stepping down | | | x | | | 15 | x | | | | | |
| 02140 | | Material Handler | 5/21 | Body in White Materials | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Twisting | | | x | | | 26 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 96 | 157 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-150**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case | | | | Enter the number of days the injured or ill worker was | | Check the "injury" column or choose one type of illness (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02142 | Redacted | Production Asso | 5/28 | PWT CTL Battery Module | RMI affecting the Hand/Wrist/Forearm occurred from Pulling or Pushing Object caused by | | | x | | | 52 | x | | | | | |
| 02143 | | Material Handler | 5/06 | Production Control Materials | Sprains, Strains affecting the Back/Shoulders occurred from Lifting or Handling caused by | | | x | | | 28 | x | | | | | |
| 02144 | | Production Asso | 10/13 | Body Line 1 Rear Underbody | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Awkward | | x | | | 17 | 50 | x | | | | | |
| 02145 | | Production Asso | 10/13 | Trim Door 1 | Carpal Tunnel Syndrome affecting the Hip(s) Pelvis occurred from Repetitive motion caused | | | x | | | 25 | x | | | | | |
| 02146 | | Production Asso | 10/14 | Body Line 1 Body Side Right | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Loading | | | x | | | 20 | x | | | | | |
| 02147 | | Remanufacturing | 10/15 | PWT Remanufacturing Battery Pac | Carpal Tunnel Syndrome affecting the Arm occurred from Repeti ive motion caused by | | x | | | 16 | 30 | x | | | | | |
| 02149 | | Production Asso | 10/16 | PWT LDU LDU Subassembly DT1 | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 10 | x | | | | | |
| 02150 | | Production Asso | 10/16 | Body Line 1 Main Line Underbody | Sprains, Strains affecting the Back/ Spine occurred from Welding caused by Bending. | | | x | | | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 33 | 222 | 8 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6) |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-151**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02151 | Redacted | Lead Remanufac | 10/16 | PWT Remanufacturing Battery rem | Sprains, Strains affecting the Knee occurred from Walking caused by Tripped. | | x | | | 52 | 45 | x | | | | | |
| 02153 | | Production Asso | 10/19 | Stamping Stamping Line 1 | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by | | | x | | | 14 | x | | | | | |
| 02154 | | Remanufacturing | 10/20 | PWT Remanufacturing Battery rem | Cut, Laceration, Puncture affecting the Head occurred from Hit head on module lifter hanging | | | | x | | | x | | | | | |
| 02156 | | Production Asso | 10/21 | Body Line 1 Body Side Right | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 55 | x | | | | | |
| 02158 | | Production Asso | 10/21 | Stamping 1B | Bruising affecting the Back/ Spine occurred from Slip, Fall caused by Not paying attention to | | x | | | 15 | 55 | x | | | | | |
| 02159 | | Production Asso | 10/21 | Body in White Sealer Deck | Bump affecting the Head occurred from missed retaining hole caused by Lift gate. | | x | | | 40 | 40 | x | | | | | |
| 02160 | | Production Asso | 10/21 | Body Line 1 Front Underbody | Bruising affecting the Hand/Wrist/Forearm occurred from Welding caused by Cart. | | | x | | | 25 | x | | | | | |
| 02162 | | Material Handler | 10/22 | Materials BIW Conveyance | Carpal Tunnel Syndrome affecting the Back/ Spine occurred from Loading caused by | | | x | | | 55 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 4 | 1 | 107 | 289 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[illegible]

**GC EXHIBIT 023-152**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02163 | Redacted | Production Assoc | 10/22 | Chassis & Final Chassis 2 CO2-37 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Awkward | | | x | | | 55 | x | | | | | |
| 02164 | | Production Assoc | 10/23 | Small Drive Unit SDU Rotor | Sprains, Strains affecting the Shoulder occurred from Loading caused by | | | x | | | 50 | x | | | | | |
| 02165 | | Welder | 10/24 | Body Line 1 Body center underbod | Carpal Tunnel Syndrome affecting the Back/ Spine occurred from Repetitive motion caused | | | x | | | 35 | x | | | | | |
| 02166 | | Material Handler | 10/27 | Materials GA Conveyance | Bump affecting the Head occurred from Collision caused by Tugger. | | | x | | | 50 | x | | | | | |
| 02167 | | Production Assoc | 10/27 | Small Drive Unit SDU Stator Varnis | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Excessive | | | x | | | 25 | x | | | | | |
| 02169 | | Payroll Support S | 4/29 | Admin Finance | Fracture affecting the Elbow occurred from Slip, Fall caused by Slippery Floor. | | x | | | 44 | 33 | x | | | | | |
| 02170 | | Production Assoc | 4/22 | VM Assembly Center Chassis & Fi | Cut, Laceration, Puncture affecting the Head occurred from Collision caused by Lift gate. | | x | | | 2 | | x | | | | | |
| 02171 | | Production Assoc | 3/25 | Powertrain Manufacturing SDU Inv | RMI affecting the Shoulder occurred from Working at station caused by Repetetive Motion. | | x | | | 180 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 226 | 248 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-153**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02172 | Redacted | Production Assoc | 4/06 | Casting Center Heat treatment | RMI affecting the Fingers occurred from Deburring caused by Repetetive Motion. | | x | | | 19 | 161 | x | | | | | |
| 02173 | | Production Assoc | 5/15 | VM Assembly Center Trim | RMI affecting the Hand/Wrist/Forearm occurred from Using hand tools caused by Repetetive | | x | | | 71 | | x | | | | | |
| 02174 | | Equipment Maint | 2/28 | Body in White Body Line 1 | Rash affecting the Eye(s), Pupil occurred from Contact with caused by 4601 Adhesive. | | x | | | 2 | | x | | | | | |
| 02175 | | Production Assoc | 9/22 | Body in White Body Line 1 | Rash affecting the Hand/Wrist/Forearm occurred from Contact with caused by 4601 | | | | x | | | x | | | | | |
| 02176 | | Production Assoc | 5/11 | PWT Battery Pack Line Battery Pa | Bruising affecting the Hand occurred from Pulling or Pushing Object caused by Improper | | | x | | | 75 | x | | | | | |
| 02177 | | Material Handler | 5/06 | Production Control Materials | Fracture affecting the Foot occurred from Struck or Injured caused by Racks. | | x | | | 152 | | x | | | | | |
| 02178 | | Production Assoc | 5/12 | Body in White Body Line 1 | RMI affecting the Hand/Wrist/Forearm occurred from Drilling caused by Repetetive Motion. | | x | | | 2 | 3 | x | | | | | |
| 02179 | | Production Assoc | 5/29 | PWT OEM W242 Module | RMI affecting the Shoulder occurred from Reaching caused by Repetetive Motion. | | | x | | | 16 | x | | | | | |
| | | | | | **Page totals** | 0 | 5 | 2 | 1 | 246 | 255 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen... complet... h...

GC EXHIBIT 023-154

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02180 | Redacted | Production Assoc | 5/29 | VM Assembly Center Small Drive U | Numbness affecting the Arm occurred from Working at station caused by Repetetive Motion. | | | x | | | 60 | x | | | | | |
| 02182 | | Production Assoc | 10/30 | VM Assembly Center End of Line F | Sprains, Strains affecting the Shoulder occurred from Installation caused by Applying | | | x | | | 15 | x | | | | | |
| 02183 | | Production Assoc | 10/30 | VM Assembly Center End of Line F | Cut, Laceration, Puncture affecting the Fingers occurred from Reaching caused by Sharp | | x | | | 3 | | x | | | | | |
| 02184 | | Production Assoc | 10/26 | VM Assembly Center SDU Final As | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | x | | | 29 | 20 | x | | | | | |
| 02185 | | Production Assoc | 8/19 | Body in White Body Line 1 | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Lift | | | x | | | 17 | x | | | | | |
| 02186 | | Production Assoc | 11/30 | VM Assembly Center End of Line F | Sprains, Strains affecting the Shoulder occurred from Holding or Carrying caused by | | | x | | | 25 | x | | | | | |
| 02189 | | Production Assoc | 10/29 | Body Line 1 Body Side Left Station | Fracture affecting the Thumb occurred from Drilling caused by Hand Tool. | | | x | | | 10 | x | | | | | |
| 02191 | | Production Assoc | 5/08 | Casting Center Heat treatment | Wrist affecting the Thumb occurred from Grabbing caused by Repetetive Motion. | | x | | | 80 | 87 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 112 | 234 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-155**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02190 | [Redacted] | Lead Production | 10/29 | Battery Module Line BP3-09200 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Pulling or | | | x | | | 50 | x | | | | | |
| 02197 | | Production Asso | 4/27 | VM Assembly Center Trim | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Excessive | | | x | | | 12 | x | | | | | |
| 02192 | | Production Asso | 10/29 | VM Plastics Center Molding | Repetitive Motion Type Injury affecting the Neck occurred from Lifting or Handling caused by | | | x | | | 5 | x | | | | | |
| 02194 | | Production Asso | 10/29 | PWT LDU LDU Final Assembly | Sprains, Strains affecting the Back/ Spine occurred from Kneeling caused by Awkward | | x | | | 9 | 30 | x | | | | | |
| 02196 | | General Assemb | 10/29 | Trim Trim 3 | Abrasion affecting the Ankle occurred from Capacity Overload caused by IP Load. | | | x | | | 3 | x | | | | | |
| 02198 | | Production Asso | 10/28 | Body Line 1 Front Underbody | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Installation | | x | | | 3 | 50 | x | | | | | |
| 02199 | | Production Asso | 10/28 | PWT Battery Pack Line BP3 | Sprains, Strains affecting the Back/ Spine occurred from bending over caused by | | | x | | | 5 | x | | | | | |
| 02201 | | Production Asso | 10/28 | VM Plastics Center Plastic Subass | Bump affecting the Elbow occurred from Moving & rotating empty dollies caused by | | | x | | | 25 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 12 | 180 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-156**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 02203 | Redacted | Production Asso | 9/29 | Chassis & Final Chassis 02 | Unknown affecting the Hand/Wrist/Forearm occurred from Unknown caused by Unknown. | | | x | | | 50 | x | | | | | |
| 02202 | | Production Asso | 5/22 | VM Press Center Stamping | Sprains, Strains affecting the Elbow occurred from Loading caused by Repetetive Motion. | | x | | | 62 | 92 | x | | | | | |
| 02204 | | Production Asso | 4/16 | PWT Stator Wind Small Drive Unit | Pain affecting the Hand/Wrist/Forearm occurred from Excessive force caused by Pulling Object. | | | x | | | 49 | x | | | | | |
| 02205 | | Material Handler | 11/02 | Body Line 1 Center Underbody (BV | Sprains, Strains affecting the Foot occurred from Pulling or Pushing Object caused by | | | x | | | 5 | x | | | | | |
| 02206 | | Material Handler | 11/02 | Materials PWT Conveyance | Sprains, Strains affecting the Back/ Spine occurred from Overexertion caused by Picking | | | x | | | 10 | x | | | | | |
| 02208 | | Production Asso | 11/03 | VM Plastics Center Molding | Bruising affecting the Hand/Wrist/Forearm occurred from Pulling or Pushing Object caused | | | x | | | 10 | x | | | | | |
| 02209 | | Tool and Die Spe | 11/03 | Casting Center Tool & Die | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Wire flew | | | | x | | | x | | | | | |
| 02210 | | Production Asso | 11/04 | Trim Trim 2 | Sprains, Strains affecting the Wrist occurred from Holding or Carrying caused by Battery. | | | x | | | 20 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 62 | 236 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-157**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02211 | Redacted | Production Asso | 11/04 | Paint Center Coatings | Bruising affecting the Leg occurred from Slip, Fall caused by Wet surface. | | x | | | 17 | | x | | | | | |
| 02212 | | Material Handler | 11/04 | Materials PWT Conveyance | Sprains, Strains affecting the Elbow occurred from Pulling or Pushing Object caused by | | | x | | | 40 | x | | | | | |
| 02213 | | Production Asso | 11/05 | Trim Door 1 | Repetitive Motion Type Injury affecting the Shoulder occurred from Repetitive motion | | | x | | | 10 | x | | | | | |
| 02214 | | Production Asso | 11/05 | Chassis & Final Chassis 1 | Repetitive Motion Type Injury affecting the Fingers occurred from Installation caused by | | | x | | | 40 | x | | | | | |
| 02215 | | Sub assy palstic | 11/06 | VM Plastics Center Plastic Subass | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object caused | | | x | | | 20 | x | | | | | |
| 02216 | | Production Asso | 11/06 | Stamping 6A | Swelling affecting the Fingers occurred from Installation caused by Boom. | | | | x | | | x | | | | | |
| 02217 | | Production Asso | 3/19 | VM Assembly Center Trim | "Contusion, Crushing, Bruise" affecting the "Knee" occurred from "Fall" caused by | | | x | | | 5 | x | | | | | |
| 02219 | | Production Asso | 5/05 | VM Assembly Center Trim | Bruising affecting the Hand occurred from Awkward angle/forceful movements caused by | | x | | | 34 | 41 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 51 | 156 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-158**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02220 | Redacted | Production Assoc | 2/20 | Powertrain Manufacturing Battery M | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object caused | | x | | | 2 | | x | | | | | |
| 02221 | | Production Assoc | 11/06 | PWT Electrics 14-50 Connector Ge | Cut, Laceration, Puncture affecting the Fingers occurred from Cleaning caused by Wrench. | | | | x | | | x | | | | | |
| 02222 | | Production Assoc | 11/09 | Chassis & Final Chassis 02 | Repetitive Motion Type Injury affecting the Fingers occurred from Overexertion caused by | | x | | | 16 | 35 | x | | | | | |
| 02223 | | Material Handler | 11/09 | Materials GA Conveyance | Sprains, Strains affecting the Back/ Spine occurred from Repeti ive motion caused by | | | x | | | 30 | x | | | | | |
| 02224 | | Production Assoc | 11/09 | PWT Battery Pack Line BP3 | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 40 | x | | | | | |
| 02225 | | Production Contr | 11/09 | Materials Warehouse | Sprains, Strains affecting the Ankle occurred from Stepping onto caused by Pallet. | | x | | | 20 | 5 | x | | | | | |
| 02226 | | Executive Chef | 5/20 | Fremont Factory Unknown | ankle sprain (right) | | | x | | | 7 | x | | | | | |
| 02229 | | Production Assoc | 11/11 | Body Line 1 Special Means | Pain affecting the Elbow occurred from Installation caused by Drilling. | | x | | | 17 | 35 | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 3 | 1 | 55 | 152 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-159

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02230 | Redacted | Material Handler | 11/11 | Materials Warehouse | Cut, Laceration, Puncture affecting the Hand/Wrist/Forearm occurred from Slip, Fall | | | x | | | 5 | x | | | | | |
| 02232 | | Production Assoc | 11/13 | Body Repair Center EOL Repair Sh | Repetitive Motion Type Injury affecting the Trunk (Stomach occurred from Excessive force | | | x | | | 25 | x | | | | | |
| 02233 | | Production Assoc | 4/13 | Fremont Factory Unknown | Repetitive motion injury | | x | | | 66 | 25 | x | | | | | |
| 02235 | | Production Assoc | 11/16 | Chassis & Final Final Line | Sprains, Strains affecting the Arm occurred from Excessive force caused by Fitting Hoods. | | | x | | | 25 | x | | | | | |
| 02234 | | Production Assoc | 3/05 | Unknown | REpetitive motion injury to wrist | | x | | | 46 | 25 | x | | | | | |
| 02236 | | Production Assoc | 11/16 | Chassis & Final Final Line | Sprains, Strains affecting the Back/ Spine occurred from Twisting caused by Moving to | | | | x | | | x | | | | | |
| 02237 | | Material Handler | 11/18 | BIW Warehouse Materials | Bruising affecting the Chest occurred from Slip, Fall caused by Part. | | | x | | | 25 | x | | | | | |
| 02238 | | Production Assoc | 7/08 | Fremont Factory Unknown | * Shoulder Bursitis / Tendinosis:- Right | | | x | | | 25 | x | | | | | |
| | | | | | Page totals | 0 | 2 | 5 | 1 | 112 | 155 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-160**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02241 | Redacted | Production Asso | 11/19 | Body Center Body Side Right | Repetitive Motion Type Injury affecting the Back/Shoulders occurred from Overexertion | | | x | | | 25 | x | | | | | |
| 02239 | | | 9/01 | Body in White Body Line 1 | Cut to hand | | | x | | | 5 | x | | | | | |
| 02245 | | Production Asso | 5/01 | Fremont Factory Unknown | Repetitive motion injury | | x | | | 6 | 10 | x | | | | | |
| 02247 | | Production Asso | 10/22 | VM Plastics Center Plastic Subass | Sprains, Strains affecting the Neck occurred from Lifting or Handling caused by Awkward | | | x | | | 20 | x | | | | | |
| 02250 | | | 4/29 | Fremont Factory Unknown | Repetitive motion | | x | | | 80 | 50 | x | | | | | |
| 02256 | | Lead Production | 11/23 | Chassis & Final Final Line | Sprains, Strains affecting the Shoulder occurred from Excessive force caused by | | | x | | | 25 | x | | | | | |
| 02254 | | | 6/17 | Fremont Factory Unknown | SPRAIN/STRAIN | | x | | | 57 | 123 | x | | | | | |
| 02258 | | | 5/15 | End of Line Process | WRIST/FOREARM TENDINOSIS | | | x | | | 10 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 143 | 268 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-161



**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02260 | Redacted | | 5/22 | Fremont Factory Unknown | BACK STRAIN | | | x | | | 26 | x | | | | | |
| 02263 | | | 4/14 | Fremont Factory Unknown | Sprain low back | | x | | | 2 | 5 | x | | | | | |
| 02265 | | Associate Manag | 4/27 | PWT OEM W242 Module | Sprains, Strains affecting the Ankle occurred from Caught On, In, Under or Between caused | | | x | | | 5 | x | | | | | |
| 02267 | | Production Assoc | 5/20 | Body in White Body Line 1 | Sprains, Strains affecting the Shoulder occurred from Awkward angle/forceful | | | x | | | 54 | x | | | | | |
| 02268 | | Material Handler | 4/20 | Production Control Materials | "Debris in Eye" affecting the "Eye(s), Pupil" occurred from "Falling object" caused by | | | x | | | 2 | x | | | | | |
| 02269 | | Material Handler | 5/08 | Production Control Materials | "Sprains, Strains" affecting the "Back/ Spine" occurred from "Lifting or Handling" caused by | | | x | | | 18 | x | | | | | |
| 02270 | | Equipment Maint | 3/15 | Body in White Body Line 1 | "Sprains, Strains" affecting the "Back/ Spine" occurred from "Bending" caused by "Awkward | | x | | | 180 | | x | | | | | |
| 02271 | | Lead Production | 5/05 | VM Assembly Center Trim | "Sprains, Strains" affecting the "Hand/Wrist/Forearm" occurred from "Using | | x | | | 116 | 64 | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 298 | 174 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-162

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02273 | Redacted | Material Handler | 5/22 | Production Control Materials | "Cut, Laceration, Puncture" affecting the "Fingers" occurred from "Falling object" caused | | | x | | | 10 | x | | | | | |
| 02274 | | Production Assoc | 4/28 | Body in White Body Line 1 | Cut, Laceration, Puncture" affecting the "Fingers" occurred from "Caught On, In, Under | | | x | | | 4 | x | | | | | |
| 02276 | | Production Assoc | 3/06 | VM Assembly Center Trim | "Swelling" affecting the "Hand/Wrist/Forearm" occurred from "Working at station" caused by | | | x | | | 97 | x | | | | | |
| 02277 | | Production Assoc | 4/30 | VM Assembly Center Trim | "Sprains, Strains" affecting the "Knee" occurred from "Stepping" caused by "Twisting". | | x | | | 8 | 8 | x | | | | | |
| 02280 | | | 6/01 | Fremont Factory Unknown | Tendinitis -Shoulder (Rotator Cuff Or Biceps Tendons)(Right) | | | x | | | 14 | x | | | | | |
| 02281 | | Production Assoc | 6/24 | VM Assembly Center Trim | "Sprains, Strains" affecting the "Knee" occurred from "Walking" caused by "Twisting". | | x | | | 102 | 75 | x | | | | | |
| 02282 | | Production Assoc | 5/10 | VM Assembly Center Chassis & Fi | "RMI" affecting the "Hand/Wrist/Forearm" occurred from "Pulling or Pushing Object" | | | x | | | 20 | x | | | | | |
| 02283 | | Production Assoc | 3/11 | Body in White Body Line 2 | "Sprains, Strains" affecting the "Back/ Spine" occurred from "Collision" caused by "Vehicle". | | x | | | 2 | | x | | | | | |
| | | | | | **Page totals** | 0 | 3 | 5 | 0 | 112 | 228 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-163

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02285 | Redacted | Production Assoc | 5/06 | Powertrain Manufacturing LDU Fin | "Repetitive Motion Type Injury" affecting the "Hand/Wrist/Forearm" occurred from "Grabbing" | | | x | | | 15 | x | | | | | |
| 02287 | | Production Assoc | 5/12 | Body in White Body Line 1 | "Repetitive Motion Type Injury" affecting the "Back/ Spine" occurred from "Pulling or Pushing | | | x | | | 5 | x | | | | | |
| 02288 | | Production Assoc | 5/20 | VM Paint Center Plastics Paint | Injury (Carpal Tunnel, Tendinitis, etc.) | | | | x | | | x | | | | | |
| 02289 | | Production Assoc | 3/25 | VM Plastics Paint Plastics | "Sprains, Strains" affecting the "Neck" occurred from "Collision" caused by "Tugger". | | x | | | 180 | | x | | | | | |
| 02292 | | Laundry | 9/29 | Production Control GA Conveyance | Infection, Inflammation affecting the Knee occurred from Collision caused by Tugger. | | | x | | | 60 | x | | | | | |
| 02293 | | Production Assoc | 9/29 | Trim General Assembly | Cut, Laceration, Puncture affecting the Head occurred from Banged caused by Door. | | | | x | | | x | | | | | |
| 02296 | | Production Assoc | 9/25 | Body Line 1 Main Line Body | Splinter affecting the Fingers occurred from Exposure to caused by Sharp Object(s). | | | | x | | | x | | | | | |
| 02297 | | Production Assoc | 9/25 | Trim Trim 2 | Sprains, Strains affecting the Back/ Spine occurred from Awkward angle/forceful | | x | | | 9 | 14 | x | | | | | |
| | | | | | Page totals | 0 | 2 | 3 | 3 | 189 | 94 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[illegible]

GC EXHIBIT 023-164

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| | | | | | | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 02299 | Redacted | Production Asso | 9/22 | Stamping Press center tool & die | Sprains, Strains affecting the Shoulder occurred from Slip, Fall caused by poor | | | x | | | 5 | x | | | | | |
| 02303 | | Production Asso | 9/16 | Trim Trim 3 | Pop affecting the Shoulder occurred from Lifting or Handling caused by Object on floor. | | | x | | | 6 | x | | | | | |
| 02304 | | Equipment Maint | 9/17 | Body in White Battery Enclosure 1 | Debris in Eye affecting the Eye(s), Pupil occurred from Rubbed or abraded caused by | | | | x | | | x | | | | | |
| 02306 | | Production Asso | 9/15 | Chassis & Final Chassis 3 | Sprains, Strains affecting the Ankle occurred from Misstep caused by uneven pavement. | | | x | | | 20 | x | | | | | |
| 02311 | | Production Asso | 9/14 | Fremont Factory Wet Sand | Sprains, Strains affecting the Hip/Lower Back occurred from Installation caused by poor | | | x | | | 20 | x | | | | | |
| 02312 | | Production Asso | 9/14 | Small Drive Unit Powertrain Center | Bruising affecting the Fingers occurred from Lifting or Handling caused by Pinch Point. | | | | x | | | x | | | | | |
| 02318 | | Material Handler | 9/08 | Materials GA and Paint | Bruising affecting the Back/ Spine occurred from Slip, Fall caused by Misstep. | | | x | | | 60 | x | | | | | |
| 02328 | | Production Asso | 4/28 | VM Assembly Center Trim | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Pulling or | | | x | | | 48 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 159 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-165**

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case. Enter the number of days the injured or ill worker was. Check the "injury" column or choose one type of illness: (M)

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02331 | Redacted | Production Asso | 5/10 | VM Assembly Center Trim | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Excessive | | x | | | 108 | 72 | x | | | | | |
| 02332 | | Production Asso | 5/18 | VM Assembly Center Trim | Sprains, Strains affecting the Ankle occurred from Walking caused by Trip and Fall. | | x | | | 9 | 15 | x | | | | | |
| 02333 | | Production Asso | 4/21 | VM Assembly Center Trim | Sprains, Strains affecting the Foot occurred from Stepping caused by Applying pressure. | | | x | | | 3 | x | | | | | |
| 02334 | | Production Asso | 3/20 | Body in White Body Line 1 | Sprains, Strains affecting the Shoulder occurred from Drilling caused by Excessive | | x | | | 2 | | x | | | | | |
| 02335 | | Production Asso | 3/23 | Body in White Body Line 2 | Debris in Eye affecting the Eye(s), Pupil occurred from Blowing Parts Off caused by | | x | | | 2 | | x | | | | | |
| 02339 | | Production Asso | 10/26 | Body in White Body Line 1 | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object caused | | | | x | | | x | | | | | |
| 02342 | | Production Asso | 11/05 | Chassis & Final Final Line | Sprains, Strains affecting the Hand occurred from Repetitive motion caused by Tool. | | x | | | 23 | 20 | x | | | | | |
| 02343 | | Production Asso | 11/06 | Trim Trim 1 | Sprains, Strains affecting the Back/ Spine occurred from Repeti ive motion caused by poor | | | | x | | | x | | | | | |
| | | | | | Page totals | 0 | 5 | 1 | 2 | 144 | 110 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not sen[d the] complet[ed forms to this] [o]ffi[ce].

GC EXHIBIT 023-166

22-60493.3706

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02344 | Redacted | Equipment Maint | 10/08 | Factory Property Unknown | Sprains, Strains affecting the Knee occurred from Caught On, In, Under or Between caused | | | x | | | 20 | x | | | | | |
| 02345 | | Production assoc | 10/05 | Trim Trim 1 | Sprains, Strains affecting the Knee occurred from Overexertion caused by poor ergonomics. | | x | | | 24 | 40 | x | | | | | |
| 02346 | | Production Assoc | 11/05 | Body in White Body | Repetitive Motion Type Injury affecting the Hand occurred from Lifting or Handling caused by | | | x | | | 10 | x | | | | | |
| 02348 | | Material Handler | 11/09 | Factory Property Facility Floor | Bruising affecting the Chest occurred from Motor-vehicle accident caused by Tugger. | | | x | | | 5 | x | | | | | |
| 02349 | | Material Handler | 10/28 | Production Control Materials | nauseous affecting the Other occurred from Not enough Fluid caused by poor ergonomics. | | x | | | 2 | 5 | x | | | | | |
| 02355 | | Production Assoc | 8/03 | Fremont Factory Plastic Subassem | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Holding or | | | x | | | 35 | x | | | | | |
| 02357 | | Production Assoc | 11/16 | Seat Assembly Final Line | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | | x | | | 35 | x | | | | | |
| 02360 | | Production Assoc | 11/16 | Battery Module Line BP3 | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Lifting or | | | x | | | 20 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 26 | 170 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-167

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02364 | Redacted | Production Asso | 5/11 | Powertrain Manufacturing Small Dr | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Operating | | | x | | | 21 | x | | | | | |
| 02366 | | Production Asso | 11/11 | Body in White Body Line 2 | Bruising affecting the Ankle occurred from Banged caused by poor ergonomics. | | | x | | | 5 | x | | | | | |
| 02368 | | Lead Production | 11/16 | Materials GA and Paint | Bump affecting the Ankle occurred from Struck or Injured caused by Tugger. | | | | x | | | x | | | | | |
| 02371 | | Material Handler | 11/20 | Materials GA Conveyance | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | | x | | | 5 | x | | | | | |
| 02374 | | Production Asso | 11/23 | Chassis & Final Final Line | Sprains, Strains affecting the Back/ Spine occurred from Twisting caused by poor | | | x | | | 14 | x | | | | | |
| 02375 | | Sr. Telecom Engi | 11/18 | Fremont Factory Stairs | Sprains, Strains affecting the Ankle occurred from Trip caused by poor ergonomics. | | | | x | | | x | | | | | |
| 02377 | | Supervisor Produ | 7/16 | Battery Module Line Battery Modul | Repetitive Motion Type Injury affecting the Thumb occurred from Grabbing caused by Tool. | | | | x | | | x | | | | | |
| 02378 | | | 9/03 | Materials GA Conveyance | Other affecting the Hand occurred from Pulling or Pushing Object caused by Dolly. | | | x | | | 60 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 5 | 3 | 0 | 105 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-168**

**OSHA's Form 300 (Rev. 01/2004)**

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02386 | Redacted | Production Assoc | 10/16 | Chassis & Final Final Line | Sprains, Strains affecting the Elbow occurred from Pulling or Pushing Object caused by poor | | | x | | | 15 | x | | | | | |
| 02387 | | Production Assoc | 10/14 | Fremont Factory Unknown | Sprains, Strains affecting the Hip(s) Pelvis occurred from Walking caused by poor | | | x | | | 57 | x | | | | | |
| 02389 | | Production Assoc | 10/15 | Body in White Body Line 1 | Bruising affecting the Fingers occurred from Caught On, In, Under or Between caused by | | | x | | | 5 | x | | | | | |
| 02388 | | Production Assoc | 12/02 | Paint Center Moist and Wet Sand | Sprains, Strains affecting the Trunk (Stomach occurred from Awkward angle/forceful | | | x | | | 25 | x | | | | | |
| 02390 | | Production Assoc | 12/02 | Trim Panoramic Roof Assembly Ce | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive | | x | | | 28 | 20 | x | | | | | |
| 02391 | | Production Assoc | 12/01 | Small Drive Unit SDU Final Assem | Sprains, Strains affecting the Back/ Spine occurred from Loading caused by Repetetive | | | x | | | 25 | x | | | | | |
| 02393 | | Production Assoc | 5/15 | Trim Trim 3 | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | x | | | 71 | 57 | x | | | | | |
| 02395 | | Material Handler | 10/08 | Production Control Materials | Bruising affecting the Elbow occurred from Pulling or Pushing Object caused by poor | | | x | | | 10 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 99 | 214 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-169**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02397 | Redacted | Dispatcher | 10/21 | Fremont Factory Unknown | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by poor | | | x | | | 5 | x | | | | | |
| 02398 | | Production Asso | 9/01 | Chassis & Final Final Line | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive | | x | | | 12 | 55 | x | | | | | |
| 02399 | | Vehicle Detailer | 10/27 | Chassis & Final Chassis 2 CO2-37 | Sprains, Strains affecting the Back/ Spine occurred from Repeti ive motion caused by poor | | x | | | 3 | 21 | x | | | | | |
| 02401 | | Production Asso | 10/24 | Body in White Body Line 1 | Repetitive Motion Type Injury affecting the Back/ Spine occurred from Repetitive motion caused | | | x | | | 50 | x | | | | | |
| 02403 | | Production Asso | 10/24 | Body in White Body Line 1 | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Reaching | | | x | | | 50 | x | | | | | |
| 02404 | | Production Asso | 10/24 | Body in White Body Line 1 | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 50 | x | | | | | |
| 02405 | | Production Asso | 10/24 | Factory Property Molding | ... ... occurred from Repetitive motion caused by poor ergonomics. | | | x | | | 10 | x | | | | | |
| 02406 | | Production Asso | 10/21 | Chassis & Final Final Line | Sprains, Strains affecting the Shoulder occurred from Holding or Carrying caused by | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 15 | 241 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-170

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02407 | Redacted | Production Assoc | 10/24 | Body in White Body Line 1 | Sprains, Strains affecting the Ankle occurred from Walking caused by poor ergonomics. | | | x | | | 15 | x | | | | | |
| 02409 | | Manufacturing Te | 5/19 | Paint Center Body Paint Shop | Bruising affecting the Hand/Wrist/Forearm occurred from Misstep caused by Slippery | | | x | | | 17 | x | | | | | |
| 02410 | | Production Assoc | 10/24 | Stamping Press center tool & die | Sprains, Strains affecting the Hand occurred from Lifting or Handling caused by Part. | | | x | | | 25 | x | | | | | |
| 02411 | | Production Assoc | 10/27 | Body in White Body Line 1 | Bump affecting the Elbow occurred from Slip, Fall caused by Tool. | | | x | | | 50 | x | | | | | |
| 02412 | | Production Assoc | 10/27 | Chassis & Final Chassis 02 | Sprains, Strains affecting the Back/ Spine occurred from Installation caused by poor | | | x | | | 50 | x | | | | | |
| 02413 | | Production Assoc | 11/23 | Body in White Body Line 1 | Repetitive Motion Type Injury affecting the Hand occurred from Welding caused by poor | | | x | | | 25 | x | | | | | |
| 02414 | | Process Technici | 11/30 | Powertrain Manufacturing SDU Fin | Repetitive Motion Type Injury affecting the Back/ Spine occurred from Lifting or Handling caused | | | | x | | | x | | | | | |
| 02418 | | Production Assoc | 11/26 | Chassis & Final Sub Frame | Repetitive Motion Type Injury affecting the Elbow occurred from Installation caused by | | x | | | 2 | 25 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 2 | 207 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-171**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case. Enter the number of days the injured or ill worker was. Check the "injury" column or choose one type of illness (M).

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02419 | Redacted | Production Assoc | 11/25 | Chassis & Final Final Line | Swelling affecting the Knee occurred from Holding or Carrying caused by Twisting. | | | | x | | | x | | | | | |
| 02423 | | production assos | 12/04 | Chassis & Final Final Line | Repetitive Motion Type Injury affecting the Shoulder occurred from Lifting or Handling | | x | | | 2 | 10 | x | | | | | |
| 02424 | | Production Assoc | 11/24 | Factory Property Molding | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Holding or | | | x | | | 25 | x | | | | | |
| 02426 | | Production Assoc | 12/07 | Stamping Metal Finishing Repair | Repetitive Motion Type Injury affecting the Elbow occurred from Holding or Carrying | | | | x | | | x | | | | | |
| 02427 | | Production Assoc | 9/13 | Powertrain Manufacturing Small Dr | Sprains, Strains affecting the Knee occurred from Loading caused by Falling or Flying Object. | | | x | | | 10 | x | | | | | |
| 02428 | | Lead Production | 12/08 | Chassis & Final Final Line | Fracture affecting the Fingers occurred from Caught On, In, Under or Between caused by | | | x | | | 25 | x | | | | | |
| 02430 | | Material Handler | 5/28 | Production Control Materials | Sprains, Strains affecting the Shoulder occurred from Awkward angle/forceful | | x | | | 2 | 16 | x | | | | | |
| 02431 | | Remanufacturing | 12/07 | Fremont Factory Remanufacturing | Sprains, Strains affecting the Hip(s) Pelvis occurred from Lifting or Handling caused by | | | x | | | 25 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 4 | 2 | 4 | 111 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-172**

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02432 | Redacted | Production Asso | 12/03 | Trim Panoramic Roof Assembly Ce | Sprains, Strains affecting the Leg occurred from Picking up a fallen object caused by Object | | | x | | | 25 | x | | | | | |
| 02433 | [redacted] | Production Asso | 12/07 | Panoramic Roof Assembly Cell | Sprains, Strains affecting the Shoulder occurred from Loading caused by Cart. | | | x | | | 15 | x | | | | | |
| 02435 | [redacted] | Production Asso | 12/09 | Powertrain Manufacturing Gen 3 C | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | | x | | | 20 | x | | | | | |
| 02436 | [redacted] | Material Handler | 12/05 | Materials GA and Paint | Bump affecting the Head occurred from Struck or Injured caused by poor ergonomics. | | | x | | | 10 | x | | | | | |
| 02437 | [redacted] | Material Handler | 11/09 | Materials GA and Paint | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 5 | x | | | | | |
| 02438 | [redacted] | Production Asso | 12/11 | Fremont Factory Unknown | Cut, Laceration, Puncture affecting the Wrist occurred from Trip caused by Fall. | | | x | | | 15 | x | | | | | |
| 02439 | [redacted] | | 12/10 | Chassis & Final Final Line | Repetitive Motion Type Injury affecting the Hand occurred from Lifting or Handling caused by | | | x | | | 15 | x | | | | | |
| 02440 | [redacted] | Production Asso | 11/30 | Fremont Factory Unknown | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 15 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 120 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-173

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case. Enter the number of days the injured or ill worker was. Check the "injury" column or choose one type of illness: (M)

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02441 | Redacted | Test Technician I | 12/02 | Admin Engineering | Bruising affecting the Thumb occurred from Caught On, In, Under or Between caused by | | | x | | | 10 | x | | | | | |
| 02442 | | Production Assoc | 12/16 | Body in White Body Line 1 | Fracture affecting the Fingers occurred from Caught On, In, Under or Between caused by | | x | | | 15 | | x | | | | | |
| 02445 | | Production Assoc | 6/01 | Fremont Factory Sales | Open wound affecting the Shin occurred from leaning caused by poor ergonomics. | | x | | | 47 | 10 | x | | | | | |
| 02443 | | Production Assoc | 12/18 | Chassis & Final Chassis 02 | Crushing affecting the Fingers occurred from Hammering caused by Tool. | | | x | | | 10 | x | | | | | |
| 02444 | | Production Assoc | 12/18 | Battery Module Line Battery Enclos | Bruising affecting the Leg occurred from Caught On, In, Under or Between caused by | | | x | | | 10 | x | | | | | |
| 02448 | | Machinist II | 6/04 | Fremont Factory Die Making | Pinch affecting the Fingers occurred from Caught On, In, Under or Between caused by | | | | x | | | x | | | | | |
| 02446 | | Equipment Maint | 12/21 | Paint Center Body | Cut, Laceration, Puncture affecting the Hand occurred from Lifting or Handling caused by | | | | x | | | x | | | | | |
| 02449 | | Production Assoc | 12/21 | Fremont Factory Unknown | Sprains, Strains affecting the Back/ Spine occurred from Repeti ive motion caused by poor | | | x | | | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 4 | 2 | 62 | 47 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-174**

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | Describe the case | | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02450 | Redacted | Production Asso | 12/16 | Battery Module Line Battery Enclos | Bump affecting the Fingers occurred from Caught On, In, Under or Between caused by | | | x | | | 7 | x | | | | | |
| 02451 | | Production Asso | 12/18 | Body in White Liftgate | Sprains, Strains affecting the Trunk (Stomach occurred from Cleaning caused by poor | | | x | | | 7 | x | | | | | |
| 02452 | | | 12/21 | Factory Property Unknown | Fracture affecting the Face occurred from Fall caused by Misstep. | | | x | | | 7 | x | | | | | |
| 02453 | | Service Detailer | 12/20 | Admin Sales | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 5 | x | | | | | |
| 02454 | | Production Asso | 12/22 | Trim Door 1 | Bruising affecting the Hand occurred from Struck or Injured caused by Hand. | | x | | | 17 | 7 | x | | | | | |
| 02455 | | Production Asso | 12/28 | Trim Trim 1 | Repetitive Motion Type Injury affecting the Shoulder occurred from Lifting or Handling | | | x | | | 5 | x | | | | | |
| 02456 | | Material Handler | 12/28 | Materials GA and Paint | Contusion, Crushing, Bruise affecting the Leg occurred from Motor-vehicle accident caused | | | x | | | 28 | x | | | | | |
| 02457 | | Production Asso | 12/22 | Fremont Factory Unknown | Repetitive Motion Type Injury affecting the Elbow occurred from Repetitive motion caused | | | x | | | 5 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 7 | 0 | 17 | 71 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-175



**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory
City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02458 | Redacted | Production Assoc | 12/18 | Trim Trim 2 | Sprains, Strains affecting the Back/ Spine occurred from leaning caused by poor | | | x | | | 2 | x | | | | | |
| 02459 | | Production Assoc | 12/22 | Battery Module Line Battery Enclos | Crushing affecting the Hand occurred from Caught On, In, Under or Between caused by | | | x | | | 3 | x | | | | | |
| 02461 | | Production Assoc | 12/29 | Body in White Body Line 1 | Repetitive Motion Type Injury affecting the Elbow occurred from Repetitive motion caused | | | x | | | 2 | x | | | | | |
| 02463 | | Material Handler | 12/03 | Materials GA and Paint | Repetitive Motion Type Injury affecting the Back/ Spine occurred from Repetitive motion caused | | | x | | | 25 | x | | | | | |
| 02465 | | Technical Trainin | 6/11 | Fremont Factory Unknown | Sprains, Strains affecting the Shoulder occurred from Awkward angle/forceful | | | | x | | | x | | | | | |
| 02466 | | Equipment Maint | 6/19 | Powertrain Manufacturing Unknow | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 12 | x | | | | | |
| 02468 | | Engineering Tech | 3/06 | Vehicle Test Workshop and Lab Ur | Contusion, Crushing, Bruise affecting the Fingers occurred from Caught On, In, Under or | | | x | | | 20 | x | | | | | |
| 02469 | | Material Handler | 6/25 | Fremont Factory Unknown | Abrasion affecting the Thumb occurred from Caught On, In, Under or Between caused by | | | x | | | 10 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 74 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-176

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02470 | Redacted | | 4/10 | Fremont Factory Unknown | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by poor | | x | | | 180 | | x | | | | | |
| 02471 | | Production Asso | 3/23 | Fremont Factory Unknown | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by poor | | x | | | 132 | 25 | x | | | | | |
| 02472 | | Production Asso | 4/01 | Chassis & Final GA Conveyance | Sprains, Strains affecting the Ankle occurred from Caught On, In, Under or Between caused | | | x | | | 10 | x | | | | | |
| 02475 | | Production Asso | 7/01 | Battery Module Line Battery Modul | Carpal Tunnel Syndrome affecting the Shoulder occurred from Pulling or Pushing Object caused | | x | | | 7 | 25 | x | | | | | |
| 02477 | | Production Asso | 7/01 | Fremont Factory Unknown | Sprains, Strains affecting the Thigh occurred from Repetitive motion caused by Repetetive | | | x | | | 5 | x | | | | | |
| 02476 | | Production Asso | 6/07 | Fremont Factory Unknown | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by | | x | | | 57 | 123 | x | | | | | |
| 02478 | | Production Asso | 6/11 | Fremont Factory Unknown | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by under | | | x | | | 125 | x | | | | | |
| 02479 | | Material Handler | 7/02 | Fremont Factory Unknown | Sprains, Strains affecting the Lower Back occurred from bending over caused by | | | x | | | 50 | x | | | | | |
| | | | | | Page totals | 0 | 4 | 4 | 0 | 376 | 363 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-177

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02481 | Redacted | Production Asso | 8/31 | Body in White Body Line 2 | Cut, Laceration, Puncture affecting the Hand occurred from Struck or Injured caused by | | | x | | | 5 | x | | | | | |
| 02485 | | Production Asso | 8/28 | Fremont Factory Unknown | Sprains, Strains affecting the Fingers occurred from Caught On, In, Under or Between caused | | | x | | | 5 | x | | | | | |
| 02487 | | Production Asso | 8/26 | Factory Property Final Line | Cut, Laceration, Puncture affecting the Fingers occurred from Contact with caused by Sharp | | | x | | | 10 | x | | | | | |
| 02488 | | Production Asso | 7/08 | Fremont Factory Unknown | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 38 | x | | | | | |
| 02489 | | Production Asso | 7/10 | Fremont Factory Unknown | Sprains, Strains affecting the Shoulder occurred from Dropped object caused by | | x | | | 61 | 75 | x | | | | | |
| 02490 | | Material Handler | 7/10 | Fremont Factory Unknown | Tendinitis affecting the Wrist occurred from Repetitive motion caused by Pushing Object. | | | | x | | | x | | | | | |
| 02491 | | Production Asso | 8/26 | Trim Trim | Sprains, Strains affecting the Fingers occurred from Caught On, In, Under or Between caused | | x | | | 34 | | x | | | | | |
| 02493 | | Production Asso | 8/21 | Fremont Factory Unknown | Sprains, Strains affecting the Back/ Spine occurred from Repeti ive motion caused by poor | | x | | | 35 | 25 | x | | | | | |
| | | | | | Page totals | 0 | 3 | 4 | 1 | 130 | 158 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-178**

## OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2015

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02495 | Redacted | Production Asso | 8/06 | Fremont Factory Unknown | Repetitive Motion Type Injury affecting the Arm occurred from Repeti ive motion caused by poor | | | x | | | 125 | x | | | | | |
| 02498 | | Production Asso | 7/08 | Fremont Factory Unknown | Contusion, Crushing, Bruise affecting the Chest occurred from Unknown caused by Unknown. | | | x | | | 1 | x | | | | | |
| 02497 | | | 8/04 | Fremont Factory Unknown | Repetitive Motion Type Injury affecting the Hand/Wrist/Forearm occurred from Repetitive | | | x | | | 15 | x | | | | | |
| 02500 | | Production Asso | 7/21 | Fremont Factory General Assembl | Bruising affecting the Trunk (Stomach occurred from Falling object caused by Awkward angle. | | | x | | | 5 | x | | | | | |
| 02502 | | Equipment Maint | 7/30 | Paint Center Body Paint Shop | Laceration affecting the Head occurred from Falling object caused by Hitting. | | | | x | | | x | | | | | |
| 02510 | | Production Asso | 7/10 | Fremont Factory Unknown | Sprains, Strains affecting the Wrist occurred from Unknown caused by Unknown. | | | | x | | | x | | | | | |
| 02517 | | Production Asso | 12/29 | Powertrain Manufacturing Battery M | Collision wi h Object or Person | | | x | | | 2 | x | | | | | |
| 02521 | | Production Asso | 12/29 | Casting Center High Pressure Die | Cut, Laceration, Puncture affecting the Fingers occurred from Pulling or Pushing Object caused | | x | | | 16 | 2 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 5 | 2 | 16 | 150 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-179

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2015

U.S. Department of Labor

Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | | Describe the case | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | (M) Check the "injury" column or choose one type of illness: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g. Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 02522 | Redacted | Production Assoc | 12/28 | VM Body Center Body Line 1 | Repetitive Motion Type Injury affecting the Shoulder occurred from Pulling or Pushing | | x | | | 14 | | x | | | | | |
| 02523 | | Production Assoc | 12/28 | VM Assembly Center Trim | Repetitive Motion Type Injury affecting the Shoulder occurred from Lifting or Handling | | | x | | | 7 | x | | | | | |
| 02524 | | Production Assoc | 12/28 | VM Assembly Center Door Handle | Bump affecting the Back/ Spine occurred from Collision caused by Tugger. | | | x | | | 7 | x | | | | | |
| 02562 | | Production Assoc | 12/22 | Fremont Factory Unknown | Tendinitis affecting the Wrist occurred from Pulling or Pushing Object caused by Pulling | | | | x | | | x | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | Page totals | 0 | 1 | 2 | 1 | 14 | 14 | 4 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-180

# OSHA's Form 300A (Rev. 01/2004)

# Summary of Work-Related Injuries and Illnesses

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

*All establishments covered by Part 1904 must complete this Summary page, even if no injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.*

*Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you've added the entries from every page of the log. If you had no cases write "0."*

*Employees former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR 1904.35, in OSHA's Recordkeeping rule, for further details on the access provisions for these forms.*

**Number of Cases**

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| 0 | 58 | 344 | 76 |
| (G) | (H) | (I) | (J) |

**Number of Days**

| Total number of days away from work | Total number of days of job transfer or restriction |
|---|---|
| 1114 | 19155 |
| (K) | (L) |

**Injury and Illness Types**

Total number of...
(M)

| | | | |
|---|---|---|---|
| (1) Injury | 497 | (4) Poisoning | 0 |
| (2) Skin Disorder | 1 | (5) Hearing Loss | 1 |
| (3) Respiratory Condition | 0 | (6) All Other Illnesses | 0 |

**Post this Summary page from February 1 to April 30 of the year following the year covered by the form**

Public reporting burden for this collection of information is estimated to average 58 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**Establishment information**

Your establishment name: Tesla Factory

Street: 45500 Fremont Blvd

City: Fremont State: CA Zip: 94538

Industry description (e.g., Manufacture of motor truck trailers): Manufacturing Electric Vehicles

Standard Industrial Classification (SIC), if known (e.g., SIC 3715): 3 7 1 1

OR North American Industrial Classification (NAICS), if known (e.g., 336212): 3 3 6 1 0 0

**Employment information**

Annual average number of employees: 5043

Total hours worked by all employees last year: 11314289.47

**Sign here**

**Knowingly falsifying this document may result in a fine.**

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

[signature] Company executive — VP, HR Title

650 681-5000 Phone — 1/30/2015 Date

GC EXHIBIT 023-181

22-60493.3721

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00390 | Redacted | Production Associate | 01/06 | PWT Drive Unit Motor Gear Box Drive Unit | RMI affecting the Elbow occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 8 | x | | | | | |
| 00398 | | Production Associate | 01/14 | VM Press Center Metal Finishing Repair | RMI affecting the Hand occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 21 | x | | | | | |
| 00416 | | Production Associate | 01/10 | VM Assembly Center Trim 1.5 | Pain affecting the Upper BackNeck occurred from Lifting or Handling caused by Other. | | | x | | | 14 | x | | | | | |
| 00420 | | Production Associate | 01/09 | PWT Gen 2 Charger Gen 2 Charger Sub-Assy | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by | | | x | | | 14 | x | | | | | |
| 00421 | | Production Associate | 01/09 | PWT CTL CTL Line - Module Manufacturing | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by | | | x | | | 14 | x | | | | | |
| 00429 | | Production Associate | 01/20 | VM Assembly Center T02-180R | Swelling affecting the Fingers occurred from Twisting caused by Repetetive Motion. | | | x | | | 3 | x | | | | | |
| 00432 | | IT tech | 01/27 | VM Assembly Center Launch Pad | Unknown affecting the Eye(s), Pupil occurred from Flying Object(s) caused by Unknown. | | | | x | | | x | | | | | |
| 00439 | | Tool & Die Maker | 02/18 | Tool & Die Tool & Die | Contusion, Crushing, Bruise affecting the Back/ Spine occurred from Fall caused by Pulling | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 88 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-182**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00440 | Redacted | Production Associate | 02/04 | VM Paint Center | Sprains, Strains affecting the Ankle occurred from Other caused by Stairs. | | | | x | | | x | | | | | |
| 00444 | | Production Associate | 02/21 | VM Body Center Unknown | Tendinitis affecting the Multiple Body Parts occurred from Unknown caused by Unknown. | | | x | | | 28 | x | | | | | |
| 00445 | | Production Associate | 02/25 | VM Castings Center (HPDC) Unknown | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Tool. | | | x | | | 14 | x | | | | | |
| 00446 | | Production Associate | 02/27 | Powertrain Production Control Unknown | Tendinitis affecting the Hand/Wrist/Forearm occurred from Lifting or Handling caused by Bins. | | | x | | | 21 | x | | | | | |
| 00447 | | Production Associate | 02/08 | VM Production Control Unknown | Sprains, Strains affecting the Ankle occurred from Other caused by Object on floor. | | | x | | | 21 | x | | | | | |
| 00448 | | Production Associate | 02/24 | PWT HV Battery Pack Build Battery Pack Line | Tendinitis and nerve cutaneous senso affecting the Wrist occurred from Repetitive motion caused | | | x | | | 21 | x | | | | | |
| 00449 | | Production Associate | 02/13 | PWT HV Battery Pack Build Battery Pack Line | Sprains, Strains & Tendinitis affecting the Hand/Wrist/Forearm occurred from Unknown | | | x | | | 21 | x | | | | | |
| 00450 | | Production Associate | 02/03 | PWT Drive Unit Sub Assembly Drive Unit | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 21 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 147 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-183**

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory
City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00451 | Redacted | Production Associate | 02/26 | PWT HV Battery Pack Build Battery Pack Line | Sprains, Strains affecting the Knee occurred from Pulling or Pushing Object caused by Unknown. | | | x | | | 21 | x | | | | | |
| 00452 | | Production Associate | 02/14 | Powertrain Manufacturing Drive Unit | Cut, Laceration, Puncture affecting the Fingers occurred from Caught On, In, Under or Between | | | x | | | 14 | x | | | | | |
| 00454 | | Production Associate | 02/05 | Logistics Yard Management | Sprains, Strains affecting the Knee occurred from Trip caused by Trip and Fall. | | | x | | | 14 | x | | | | | |
| 00456 | | Production Associate | 01/17 | VM Press Center Metal Finishing Repair | Tendinitis affecting the Hand occurred from Holding or Carrying caused by Repetitive motion. | | | | x | | | x | | | | | |
| 00458 | | Production Associate | 02/27 | VM Production Control | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Overexertion. | | | x | | | 28 | x | | | | | |
| 00459 | | Production Associate | 01/27 | VM Paint Center | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Unknown caused by Unknown. | | | x | | | 21 | x | | | | | |
| 00461 | | Production Associate | 02/27 | VM IT MES & Facilities | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Box. | | | | x | | | x | | | | | |
| 00462 | | Production Associate | 02/27 | Powertrain Manufacturing Battery Pack Line | Tendinitis/ nerve cutaneous senso affecting the Multiple Body Parts occurred from Unknown | | | x | | | 90 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 188 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-184

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00463 | Redacted | production associate | 02/27 | Powertrain Manufacturing Drive Unit - Motor Gear Box | Sprains, Strains affecting the Hand occurred from Other caused by Other. | | | x | | | 21 | x | | | | | |
| 00466 | | production associate | 02/12 | Powertrain Manufacturing Drive Unit | Sprains, Strains affecting the Shoulder occurred from Excessive force caused by Machine or | | | x | | | 28 | x | | | | | |
| 00470 | | production associate | 02/05 | VM Production Control | Tendinitis affecting the Shoulder occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| 00471 | | production associate | 01/27 | VM Body Center | Sprains, Strains affecting the Back/ Spine ... | | | x | | | 36 | x | | | | | |
| 00472 | | production associate | 02/24 | VM Assembly Center | Sprains, Strains affecting the Wrist occurred from Lifting or Handling caused by Other. | | | x | | | 21 | x | | | | | |
| 00476 | | production associate | 01/24 | VM Body Center | Tendinitis affecting the Hand/Wrist/Forearm ... | | | x | | | 36 | x | | | | | |
| 00477 | | Maintenance Technician | 02/13 | Vehicle Sustaining Engineering | Epicondylitis ... ... | | | x | | | 28 | x | | | | | |
| 00478 | | production associate | 02/08 | VM Assembly Center | Sprains, Strains affecting the Back/ Spine ... | | | x | | | 28 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 226 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-185**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont    State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00481 | Redacted | Production Associate | 01/21 | VM Body Center | Tendinitis ... ... | | | x | | | 21 | x | | | | | |
| 00482 | Redacted | Production Associate | 02/21 | VM Assembly Center | Sprains, Strains affecting the Neck/Shoulder ... | | | x | | | 28 | x | | | | | |
| 00489 | Redacted | Production Associate | 02/07 | VM Body Center | Sprains, Strains affecting the Fingers ... | | | x | | | 28 | x | | | | | |
| 00490 | Redacted | Production Associate | 01/17 | VM Paint Center | Contusion, Crushing, Bruise affecting the Knee ... | | | x | | | 28 | x | | | | | |
| 00492 | Redacted | Production Associate | 01/31 | Powertrain Manufacturing Drive Unit | Epicondylitis affecting the Elbow occurred from Repetitive motion caused by Pump. | | | | x | | | x | | | | | |
| 00495 | Redacted | Production Associate | 02/20 | VM Body Center | Open wound affecting the Hand occurred from Lifting or Handling caused by Metal Object. | | | x | | | 10 | x | | | | | |
| 00511 | Redacted | Production Associate | 02/04 | VM Plastics Center | Open wound affecting the Fingers ... | | | x | | | 28 | x | | | | | |
| 00515 | Redacted | Production Associate | 01/30 | VM Body Center | Sprains, Strains affecting the Abdomen ... | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 143 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-186**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00518 | Redacted | Production Associate | 01/08 | Powertrain Manufacturing Unknown | Sprains, Strains affecting the Wrist ... | | | x | | | 28 | x | | | | | |
| 00519 | | Production Associate | 02/07 | VM Body Center | Sprains, Strains affecting the Fingers occurred from Repetitive motion ... | | | x | | | 7 | x | | | | | |
| 00520 | | Production Associate | 01/27 | VM Assembly Center | Pain affecting the Hand occurred from Repetitive motion ... | | | x | | | 28 | x | | | | | |
| 00521 | | Production Associate | 01/31 | Powertrain Manufacturing Battery Pack Line | Crushing affecting the Hand ... | | | | x | | | x | | | | | |
| 00522 | | Production Associate | 01/30 | VM Assembly Center | Cut, Laceration, Puncture affecting the Eyebrow occurred from Sharp Edge caused by Vehicle. | | | | x | | | x | | | | | |
| 00526 | | Maintenance Technician | 01/28 | VM CNC Machining Center | Fracture affecting the Fingers ... | | | x | | | 28 | x | | | | | |
| 00531 | | Production Associate | 01/29 | VM Assembly Center | Sprains, Strains affecting the Wrist occurred from Struck or Injured ... | | | x | | | 1 | x | | | | | |
| 00539 | | Production Associate | 03/14 | VM Castings Center (HPDC) | Numbness affecting the Fingers ... | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 106 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-187**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work: Job transfer or restriction | Remained at work: Other record-able cases | Away From Work (days) | On job transfer or restriction (days) | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 00540 | Redacted | Product Excellence | 03/04 | Vehicle Product Excellence | Pain affecting the Shoulder ... | | | | x | | | x | | | | | |
| 00543 | | Production Associate | 02/24 | VM Assembly Center | Sprain/Pain affecting the lower back ... | | | | x | | | x | | | | | |
| 00546 | | Production Associate | 02/14 | VM Body Center | Pain affecting the Hand/Wrist/Forearm ... | | | x | | | 7 | x | | | | | |
| 00551 | | Production Associate | 03/03 | VM Body Center | Scratches, Abrasions affecting the Leg ... | | | | | | | x | | | | | |
| 00553 | | Production Associate | 03/07 | VM Body Center | Swelling affecting the Hand ... caused by Repetetive Motion. | | | x | | | 14 | x | | | | | |
| 00556 | | Production Associate | 03/10 | Powertrain Manufacturing Druve Unit - Sub Assembly | Sprains, Strains affecting the Wrist occurred from Lifting or Handling caused by Repetetive Motion. | | | | x | | | x | | | | | |
| 00561 | | Production Associate | 02/26 | VM Assembly Center | Tendinitis affecting the Hand/Wrist/Forearm ... | | | x | | | 21 | x | | | | | |
| 00562 | | Production Associate | 03/13 | VM Body Center | Cut, Laceration, Puncture affecting the Eye(s), Pupil occurred from Fall caused by Stairs. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 3 | 4 | 0 | 42 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-188**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00566 | Redacted | Paint Production | 03/14 | VM Paint Center | Sprains, Strains affecting the Ankle occurred from Trip caused by Stairs. | | | x | | | 28 | x | | | | | |
| 00567 | | Production Associate | 03/17 | VM Assembly Center | Pain affecting the Back/ Spine occurred from Pulling or Pushing Object caused by Applying | | | x | | | 7 | x | | | | | |
| 00568 | | Production Associate | 03/17 | VM Production Control | Cut, Laceration, Puncture affecting the Fingers ... caused by Box Cutter. | | | x | | | 7 | x | | | | | |
| 00572 | | Production Associate | 03/11 | VM CNC Machining Center | Scratches, Abrasions affecting the Eye(s), Pupil ... caused by Metal Chip. | | | | x | | | x | | | | | |
| 00573 | | Production Associate | 03/13 | Powertrain Sustaining Engineering Inverter Assembly | Cut, Laceration, Puncture affecting the Forehead occurred from Pulling or Pushing Object caused | | | | x | | | x | | | | | |
| 00574 | | Production Associate | 03/13 | VM Assembly Center Trim 1.5 | Pain affecting the Fingers occurred from Pressing ... | | | | x | | | x | | | | | |
| 00575 | | Production Associate | 02/16 | Powertrain Manufacturing Center Display | Sprains, Strains affecting the Neck/Shoulder/back occurred from Pulling or Pushing Object caused | | | x | | | 7 | x | | | | | |
| 00581 | | Production Associate | 03/24 | Powertrain Manufacturing PWT Electrics Gen II Charger | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object caused by | | | x | | | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 5 | 3 | 0 | 56 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-189**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00583 | Redacted | Production Associate | 03/25 | VM Body Center | Pain affecting the Shoulder ... | | | x | | | 7 | x | | | | | |
| 00590 | | Production Associate | 03/24 | Powertrain Manufacturing Battery Pack line station 1-120 | Epicondylitis affecting the Elbow occurred from Twisting ... | | x | | | 3 | | x | | | | | |
| 00594 | | Production Associate | 03/27 | VM Body Center | Sprains, Strains affecting the Shoulder ... | | | | x | | | x | | | | | |
| 00595 | | Production Associate | 03/21 | VM Assembly Center | Fracture affecting the Ankle occurred from Slip, Fall caused by Rushing. | | | x | | | 7 | x | | | | | |
| 00599 | | Production Associate | 03/31 | VM Assembly Center EOL Repair Shop | Cut, Laceration, Puncture affecting the Fingers occurred from Installation caused by Metal | | | x | | | 14 | x | | | | | |
| 00608 | | Production Associate | 03/31 | VM Body Center | Pain affecting the Chest occurred from Unknown ... | | | | x | | | x | | | | | |
| 00609 | | Production Associate | 03/31 | VM Castings Center (HPDC) | Sprains, Strains affecting the Back/ Spine occurred from Bending ... | | | x | | | 7 | x | | | | | |
| 00616 | | Production Associate | 03/26 | Powertrain Manufacturing | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 5 | 2 | 3 | 49 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-190**

Attention: This form contains information relating

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | Describe the case | | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00618 | Redacted | Production Associate | 03/28 | VM Assembly Center | Sprains, Strains affecting the Knee occurred from Stepping caused by Stairs. | | | x | | | 14 | x | | | | | |
| 00619 | | Production Associate | 04/02 | VM Assembly Center Trim 2 | Tendinitis affecting the Fingers occurred from Drilling caused by Repetetive Motion. | | | x | | | 14 | x | | | | | |
| 00624 | | Production Associate | 02/15 | VM Production Control | Tendinitis affecting the Hand occurred from Repetitive motion ... | | | x | | | 28 | x | | | | | |
| 00625 | | Production Associate | 04/07 | VM Body Center | Pop & Burning Sensation affecting the Elbow occurred from Pulling or Pushing Object caused | | | x | | | 2 | x | | | | | |
| 00633 | | Production Associate | 04/10 | Powertrain Manufacturing | Sprains, Strains affecting the Wrist occurred from Excessive force caused by Falling or Flying | | | | x | | | x | | | | | |
| 00636 | | Manufacturing Technician 1 | 04/09 | PWT Remanufacturing | Fracture affecting the Knee occurred from Trip caused by Object on floor. | | | x | | | 14 | x | | | | | |
| 00640 | | Production Associate | 04/11 | VM CNC Machining Center | Pain affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 14 | x | | | | | |
| 00643 | | Production Associate | 04/11 | VM CNC Machining Center | Pain affecting the Arm occurred from Lifting or Handling caused by Repetetive Motion. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 86 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-191**



## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00648 | Redacted | Production Associate | 04/07 | VM Paint Center | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by | | | x | | | 21 | x | | | | | |
| 00649 | | Production Associate | 02/17 | Powertrain Manufacturing Battery Pack Line | Tendinitis affecting the Hand/Wrist/Forearm occurred from Grabbing caused by Repetetive | | | | x | | | x | | | | | |
| 00650 | | Production Associate | 02/04 | Powertrain Manufacturing Battery Pack Line | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 28 | x | | | | | |
| 00660 | | Production Associate | 04/11 | VM Body Center | Sprains, Strains affecting the Wrist occurred from Lifting or Handling caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| 00661 | | Production Associate | 01/12 | Powertrain Manufacturing Battery Pack Line | Sprains, Strains affecting the Back/ Spine ... | | | | x | | | x | | | | | |
| 00662 | | Production Associate | 04/16 | VM Assembly Center | Contusion to lower center tooth | | | | x | | | x | | | | | |
| 00664 | | Production Associate | 04/03 | Powertrain Manufacturing | Tendinitis affecting the Hand/Wrist/Forearm ... | | | | x | | | x | | | | | |
| 00665 | | Production Associate | 04/14 | VM Press Center | Sprains, Strains affecting the Back/ Spine occurred from Pulling or Pushing Object ... | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 4 | 4 | 0 | 91 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-192**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case | | | | Enter the number of days the injured or ill worker was | | Check the "injury" column or choose one type of illness (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00666 | Redacted | Production Associate | 03/19 | VM Body Center | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 90 | x | | | | | |
| 00668 | | Production Associate | 03/08 | VM CNC Machining Center | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 28 | x | | | | | |
| 00673 | | Production Associate | 04/21 | VM Body Center | Contusion, Crushing, Bruise affecting the Fingers occurred from Contact with caused by Hand Tool. | | | | x | | | x | | | | | |
| 00674 | | Production Associate | 04/21 | VM Assembly Center | Tendinitis affecting the Upper BackNeck occurred from Awkward angle/forceful movements caused | | | x | | | 14 | x | | | | | |
| 00675 | | Material Handler | 04/21 | VM Production Control | Sprains, Strains affecting the Shoulder ... | | x | | | 5 | | x | | | | | |
| 00678 | | Production Associate | 03/21 | VM Body Center | Sprains, Strains affecting the Multiple Body Parts occurred from Repetitive motion caused by | | | x | | | 28 | x | | | | | |
| 00679 | | Janitor | 04/22 | Fremont Powertrain Facility F26 PWT MFG Floor | Cut, Laceration, Puncture affecting the Fingers ... | | x | | | 1 | | x | | | | | |
| 00680 | | Maintenance Technician | 04/23 | VM Plastics Center | Fracture affecting the Fingers ... caused by Falling or Flying Object. | | | x | | | 35 | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 1 | 6 | 195 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-193**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00681 | Redacted | Production Associate | 04/24 | Powertrain Manufacturing Gen 2 Charger Sub-Assy | Pain affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Prolonged time | | | x | | | 7 | x | | | | | |
| 00682 | | Production Associate | 04/04 | VM Body Center | Sprains, Strains affecting the Wrist occurred from Repetitive motion ... | | | | | | | x | | | | | |
| 00690 | | Production Associate | 04/29 | VM Assembly Center Trim 1 | Sprains, Strains affecting the Shoulder occurred from Pulling or Pushing Object caused by | | | x | | | 7 | x | | | | | |
| 00707 | | Production Associate | 04/29 | VM Body Center | Numbness affecting the Wrist occurred from Repetitive motion caused by Torqueing. | | | | x | | | x | | | | | |
| 00713 | | Production Associate | 05/06 | VM Assembly Center | Tendinitis affecting the Multiple Body Parts occurred from Awkward angle/forceful | | | x | | | 21 | x | | | | | |
| 00716 | | Production Associate | 04/28 | VM Plastics Center Sub-Assembly area | Cut, Laceration, Puncture affecting the Hand ... caused by Box Cutter. | | | | x | | | x | | | | | |
| 00717 | | Manufacturing Technician | 05/06 | VM CNC Machining Center CNC Tool Storage | ... affecting the Neck occurred from Falling object ... | | x | | | 2 | 28 | x | | | | | |
| 00720 | | Production Associate | 04/04 | VM Castings Center (HPDC) | Sprains, Strains affecting the Arm occurred from Repetitive motion ... | | | x | | | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 4 | 2 | 2 | 70 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-194**

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00721 | Redacted | Production Associate | 05/08 | VM Body Center Column U15 | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 28 | x | | | | | |
| 00723 | | Lead Material Handler | 05/13 | VM Production Control General Assembly | Fracture affecting the Fingers occurred from Collision caused by Tugger & Bike. | | | x | | | 49 | x | | | | | |
| 00726 | | Production Associate | 05/13 | VM Assembly Center T01-010 | Pain affecting the Back/Shoulders occurred from Repetitive motion ... | | | x | | | 14 | x | | | | | |
| 00730 | | Production Associate | 05/13 | PWT Gen 2 Charger Gen 2 Charger CH3-00400-00 | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Repetetive | | | x | | | 2 | x | | | | | |
| 00732 | | Production Associate | 05/16 | VM Production Control Column M23 | Sprains, Strains affecting the Back/ Spine occurred from Collision caused by Forklift. | | | x | | | 14 | x | | | | | |
| 00733 | | Production Associate | 05/17 | VM CNC Machining Center CNC Machines | Cut, Laceration, Puncture affecting the Arm occurred from Reaching caused by Steps. | | | | x | | | x | | | | | |
| 00736 | | Production Associate | 05/20 | VM Body Center Body Side Left Station 80 | Sprains, Strains affecting the Back/ Spine occurred from Twisting caused by Repetetive | | | x | | | 14 | x | | | | | |
| 00739 | | Die Casting Furnace | 05/03 | VM Castings Center (HPDC) Lockerroom | Sprains, Strains affecting the Knee occurred from Hyperextension ... | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 135 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-195

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | Check the "injury" column or choose one type of illness: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00749 | Redacted | Production Associate | 05/30 | VM Assembly Center C01-265 | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 28 | x | | | | | |
| 00751 | | Production Associate | 05/27 | Powertrain Manufacturing 2565 Line | Sprains, Strains affecting the Shoulder occurred from Repetitive motion ... | | | x | | | 14 | x | | | | | |
| 00754 | | Cafe Team Member | 05/28 | VM IT MES & Facilities Cafe | Sprains, Strains affecting the Shoulder occurred from Cleaning ... | | | x | | | 35 | x | | | | | |
| 00755 | | Production Associate | 05/17 | VM Assembly Center RS-040-L | Sprains, Strains affecting the Leg occurred from Awkward angle/forceful movements caused by | | | x | | | 14 | x | | | | | |
| 00759 | | Production Associate | 05/05 | VM Assembly Center Chassis | Tendinitis affecting the Hand/Wrist/Forearm occurred from Awkward angle/forceful | | | x | | | 35 | x | | | | | |
| 00760 | | Production Associate | 04/30 | VM Assembly Center Trim 1 | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Hand | | | x | | | 28 | x | | | | | |
| 00762 | | Production Associate | 05/01 | VM Assembly Center C02-400R | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by Repetetive | | | x | | | 28 | x | | | | | |
| 00765 | | Material Handler | 05/30 | VM Production Control T01-040-L | Pop affecting the Shoulder occurred from Lifting or Handling caused by Excessive Weight. | | | x | | | 3 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 185 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-196**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00768 | Redacted | Production Associate | 06/02 | VM Body Center Fabrication Shop | Debris in Eye affecting the Eye(s), Pupil ... caused by Hand Tool. | | x | | | 10 | | x | | | | | |
| 00772 | | Production Associate | 06/11 | VM Paint Center | Tendinitis affecting the Hand/Wrist/Forearm occurred from Pulling or Pushing Object caused | | | x | | | 21 | x | | | | | |
| 00773 | | Production Associate | 06/12 | PWT Wire Bond TS WB Conveyor | Crushing affecting the Thumb occurred from Improper Hand Placement caused by Machine or | | | | | | | x | | | | | |
| 00775 | | Production Associate | 06/04 | VM CNC Machining Center | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 28 | x | | | | | |
| 00779 | | Production Associate | 02/01 | VM Assembly Center | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 21 | x | | | | | |
| 00781 | | Production Associate | 06/12 | PWT High Voltage Cable Line 0582 | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 7 | x | | | | | |
| 00782 | | Production Associate | 06/05 | Powertrain Manufacturing | Sprains, Strains affecting the Neck occurred from Lifting or Handling caused by Excessive Weight. | | | x | | | 14 | x | | | | | |
| 00783 | | Janitor | 06/16 | Fremont Powertrain Facility PWT Manufacturing floor | Sprains, Strains affecting the Lower Back occurred from Lifting or Handling ... | | x | | | 2 | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 5 | 0 | 12 | 91 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Oepartment of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, OC 20210. Oo not send the completed forms to this office.

**GC EXHIBIT 023-197**

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00784 | Redacted | Production Associate | 06/10 | Powertrain Manufacturing | Tendinitis affecting the Hand occurred from Repetitive motion ... | | | x | | | 28 | x | | | | | |
| 00786 | | Production Associate | 06/16 | PWT W242 Battery Module and Pack | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion ... | | | x | | | 21 | x | | | | | |
| 00792 | | Production Associate | 06/06 | VM Paint Center | Sprains, Strains affecting the Back/ Spine occurred from Overexertion ... | | x | | | 2 | 28 | x | | | | | |
| 00793 | | Production Associate | 06/03 | VM CNC Machining Center | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion ... | | | x | | | 28 | x | | | | | |
| 00794 | | Production Associate | 05/14 | Product Excellence Engineering | Cut, Laceration, Puncture affecting the Head occurred from Contact with caused by Vehicle. | | | | x | | | x | | | | | |
| 00795 | | Production Associate | 04/22 | PWT Battery Pack Line | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by | | | x | | | 28 | x | | | | | |
| 00796 | | Production Associate | 05/29 | VM Body Center | Sprains, Strains affecting the Neck/Back ... | | | x | | | 28 | x | | | | | |
| 00797 | | Production Associate | 05/29 | VM Paint Center | Tendinitis affecting the Hand occurred from Pulling or Pushing Object caused by Repetetive | | | x | | | 21 | x | | | | | |
| | | | | | **Page totals** | *0* | *1* | *6* | *1* | *2* | *182* | *8* | *0* | *0* | *0* | *0* | *0* |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-198**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case | | | | Enter the number of days the injured or ill worker was | | Check the "injury" column or choose one type of illness (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
| 00801 | Redacted | Production Associate | 03/01 | PWT Electrics Gen II | Epicondylitis affecting the Elbow occurred from Repetitive motion caused by Prolonged time | | | x | | | 28 | x | | | | | |
| 00802 | | Production Associate | 06/20 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Arm occurred from Repetitive motion caused by Awkward angle. | | | x | | | 14 | x | | | | | |
| 00803 | | Production Associate | 06/05 | Stationary Storage Manufacturing | Sprains, Strains affecting the Multiple Body Parts occurred from Lifting or Handling caused by | | | x | | | 21 | x | | | | | |
| 00804 | | Production Associate | 06/19 | VM Assembly Center | Sprains, Strains affecting the Multiple Body Parts occurred from Repetitive motion caused by | | | x | | | 35 | x | | | | | |
| 00822 | | Production Associate | 04/04 | VM Paint Center | Epicondylitis affecting the Elbow occurred from Repetitive motion caused by Awkward angle. | | | x | | | 28 | x | | | | | |
| 00824 | | Production Associate | 06/23 | PWT Electrics Supercharger | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by | | | x | | | 28 | x | | | | | |
| 00825 | | Production Associate | 06/23 | VM Production Control Small Parts Rack | Cut, Laceration, Puncture affecting the Hand occurred from Improper Hand Placement caused | | | x | | | 14 | x | | | | | |
| 00827 | | Product Excellence | 03/24 | PWT Prodcut Excellence | Sprains, Strains affecting the Back/Shoulders occurred from Repetitive motion caused by | | | x | | | 28 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 196 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-199**



# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00829 | Redacted | Production Associate | 04/23 | VM Assembly Center | Sprains, Strains affecting the Multiple Body Parts occurred from Operating Tool caused by | | | x | | | 28 | x | | | | | |
| 00830 | | Production Associate | 06/25 | PWT Module Close | Sprains, Strains affecting the Foot occurred from Lifting or Handling caused by Excessive Weight. | | | x | | | 14 | x | | | | | |
| 00831 | | Production Associate | 06/26 | VM Assembly Center T02-240R | Sprains, Strains affecting the Arm occurred from Installation caused by Repetetive Motion. | | | | x | | | x | | | | | |
| 00832 | | Production Associate | 06/06 | VM Assembly Center | Lower back strain | | | x | | | 28 | x | | | | | |
| 00834 | | Production Associate | 06/27 | PWT Electrics Center Display | Sprains, Strains affecting the Fingers occurred from Twisting caused by Hand Tool. | | | x | | | 28 | x | | | | | |
| 00837 | | Production Associate | 06/27 | PWT HV Battery Pack Build | Sprains, Strains affecting the Elbow occurred from Repetitive motion caused by Hand Tool. | | | x | | | 28 | x | | | | | |
| 00841 | | Production Associate | 06/30 | VM Assembly Center Trim 1.5 | Pain affecting the Multiple Body Parts occurred from Installation caused by Twisting. | | | | x | | | x | | | | | |
| 00844 | | Material Handler | 08/04 | Powertrain Production Control Warehouse | Cut, Laceration, Puncture affecting the Hand occurred from Contact with caused by Box Cutter. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 5 | 3 | 0 | 126 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-200**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00845 | Redacted | Production Associate | 07/16 | VM Assembly Center Trim 2 | Pain affecting the Multiple Body Parts occurred from Twisting caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| 00846 | | Associate Engineer | 08/09 | Powertrain Sustaining Engineering Unknown | Cut, Laceration, Puncture affecting the Fingers occurred from Contact with caused by Box Cutter. | | | x | | | 28 | x | | | | | |
| 00847 | | Production Associate | 07/23 | VM Assembly Center | Sprains, Strains affecting the Ankle occurred from Trip caused by Stairs. | | | x | | | 14 | x | | | | | |
| 00848 | | Production Associate | 07/14 | VM Assembly Center | Tendinitis affecting the Shoulder occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 14 | x | | | | | |
| 00849 | | Production Associate | 08/05 | VM Body Center Unknown | Tendinitis affecting the Shoulder occurred from Pulling or Pushing Object ... | | | x | | | 14 | x | | | | | |
| 00851 | | Maintenance Technician | 07/14 | VM Assembly Center Unknown | Unknown affecting the Shoulder occurred from Repetitive motion ... | | | x | | | 28 | x | | | | | |
| 00852 | | Tool & Die Maker | 08/06 | VM Press Center Tool & Die | Other affecting the Foot occurred from Falling object caused by Other. | | | | x | | | x | | | | | |
| 00853 | | Production Associate | 07/08 | VM Assembly Center Unknown | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 126 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-201**



**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2014

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00855 | Redacted | Production Associate | 07/30 | VM Assembly Center Trim 1 | Cut, Laceration, Puncture affecting the Hand occurred from Lifting or Handling caused by | | | x | | | 14 | x | | | | | |
| 00856 | | Production Associate | 08/01 | Powertrain Manufacturing Unknown | Sprains, Strains affecting the Lower Back occurred from Lifting or Handling caused by | | | x | | | 14 | x | | | | | |
| 00857 | | Production Associate | 07/15 | PWT Electrics Gen II Gen 2 Charger Sub-Assy | Tendinitis affecting the Arm occurred from Lifting or Handling caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| 00858 | | Production Associate | 07/23 | VM Plastics Center Tool & Die | Sprains, Strains affecting the Knee occurred from Awkward angle/forceful movements caused by | | | x | | | 14 | x | | | | | |
| 00863 | | Production Associate | 08/16 | PWT Electrics Gen II Unknown | Sprains, Strains affecting the Wrist occurred from Pulling or Pushing Object caused by Sudden | | | x | | | 14 | x | | | | | |
| 00864 | | Production Associate | 08/18 | PWT Electrics Gen II CH3-01000-00 | Sprains, Strains affecting the Wrist occurred from Pulling or Pushing Object caused by Sudden | | | x | | | 14 | x | | | | | |
| 00867 | | Quality Associate | 08/15 | VM Body Center Quality | Pain affecting the Multiple Body Parts occurred from Repetitive motion caused by Repetetive | | | x | | | 7 | x | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | **Page totals** | *0* | *0* | *7* | *0* | *0* | *105* | *7* | *0* | *0* | *0* | *0* | *0* |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-202**

# OSHA's Form 300A (Rev. 01/2004)

## Summary of Work-Related Injuries and Illnesses

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

*All establishments covered by Part 1904 must complete this Summary page, even if no injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.*

*Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you've added the entries from every page of the log. If you had no cases write "0."*

*Employees former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR 1904.35, in OSHA's Recordkeeping rule, for further details on the access provisions for these forms.*

**Number of Cases**

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| 0 | 15 | 101 | 38 |
| (G) | (H) | (I) | (J) |

**Number of Days**

| Total number of days away from work | Total number of days of job transfer or restriction |
|---|---|
| 364 | 2246 |
| (K) | (L) |

**Injury and Illness Types**

Total number of ... (M)

| | | | |
|---|---|---|---|
| (1) Injury | 153 | (4) Poisoning | 0 |
| (2) Skin Disorder | 0 | (5) Hearing Loss | 0 |
| (3) Respiratory Condition | 1 | (6) All Other Illnesses | 0 |

**Post this Summary page from February 1 to April 30 of the year following the year covered by the form**

Public reporting burden for this collection of information is estimated to average 58 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**Establishment information**

Your establishment name: Tesla Factory

Street: 45500 Fremont Blvd

City: Fremont State: CA Zip: 94538

Industry description (e.g., Manufacture of motor truck trailers): Manufacturing Electric Vehicles

Standard Industrial Classification (SIC), if known (e.g., SIC 3715): 3 7 1 1

OR North American Industrial Classification (NAICS), if known (e.g., 336212): ___

**Employment information**

Annual average number of employees: 3384

Total hours worked by all employees last year: 7237087

**Sign here**

**Knowingly falsifying this document may result in a fine.**

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

[signature] — Company executive

VP, HR — Title

650-681-5454 — Phone

Feb 1, 2014 — Date

22-60493.3743 **GC EXHIBIT 023-203**

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2013__

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name __Tesla Factory__

City __Fremont__  State __CA__

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00105 | Redacted | Process Engine | 03/02 | Powertrain Manufacturing PWT N | Cut, Laceration, Puncture affecting the Fingers occurred from Holding or Carrying caused by Box. | | | | x | | | x | | | | | |
| 00113 | | Production Asso | 02/26 | Powertrain Manufacturing Pack E | Concussion affecting the Thumb occurred from Lifting or Handling caused by Heavy Equipment. | | | | x | | | x | | | | | |
| 00129 | | Body Center En | 01/09 | VM Body Center Main Line Body | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by | | | x | | | 63 | x | | | | | |
| 00130 | | Quality Inspecto | 01/12 | VM Quality Quality Inspection Ar | Sprains, Strains affecting the Multiple Body Parts occurred from Slip, Fall caused by Ladder or | | | x | | | 66 | x | | | | | |
| 00131 | | Production Asso | 01/16 | VM Body Center Main Line Body | Sprains, Strains affecting the Wrist occurred from Repetitive motion caused by Hand Tool. | | | x | | | 80 | x | | | | | |
| 00132 | | Production Asso | 01/17 | VM Paint Center Conveyors | Cut, Laceration, Puncture affecting the Fingers occurred from Contact with caused by Sharp | | | | x | | | x | | | | | |
| 00133 | | Production Asso | 01/18 | VM Paint Center Main Line Body | Sprains, Strains affecting the Back/ Spine occurred from Repetitive motion caused by | | | x | | | 3 | x | | | | | |
| 00134 | | Production Asso | 01/18 | VM Press Center Laser (Blank Lo | Sprains, Strains affecting the Knee occurred from Slip, Fall caused by Debris on Floor. | | | x | | | 44 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 5 | 3 | 0 | 256 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    1 of 21

**GC EXHIBIT 023-204**

22-60493.3744

GC EXHIBIT 023-205

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00135 | Redacted | Production Sup | 01/22 | VM Assembly Center Chassis | Contusion, Crushing, Bruise affecting the Fingers occurred from Contact with caused by Hand Tool. | | x | | | 1 | | x | | | | | |
| 00136 | | Manufacturing T | 01/22 | VM Castings Center (HPDC) Fur | Sprains, Strains affecting the Shoulder occurred from Overexertion caused by Throwing Motion. | | | x | | | 20 | x | | | | | |
| 00138 | | Production Ass | 01/26 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | | x | | | x | | | | | |
| 00139 | | Supervisor Prod | 01/26 | VM Castings Center (HPDC) HP | Burns (Heat) affecting the Multiple Body Parts occurred from Contact with caused by Hot Objects | | | | x | | | x | | | | | |
| 00140 | | Paint Productio | 01/30 | VM Paint Center Paint Conveyor | Cut, Laceration, Puncture affecting the Fingers occurred from Contact with caused by Conveyor. | | | | x | | | x | | | | | |
| 00143 | | Production Ass | 01/31 | VM CNC Machining Center Mach | Sprains, Strains affecting the Arm occurred from Lifting or Handling caused by Repetetive Motion. | | | x | | | 51 | x | | | | | |
| 00145 | | Production Ass | 02/04 | VM Assembly Center Column B2 | Contusion, Crushing, Bruise affecting the Head occurred from Bicycle Wreck caused by getting | | x | | | 1 | | x | | | | | |
| 00147 | | Production Ass | 02/05 | VM Body Center Wheel House R | Sprains, Strains affecting the Multiple Body Parts occurred from Overexertion caused by No Known | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 2 | 4 | 2 | 71 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-206**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case: CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Death | Days away from work | Remained at work | | | | | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | Job transfer or restriction (I) | Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00149 | Redacted | Production Asso | 02/05 | VM Assembly Center Trim 1 | Cut, Laceration, Puncture affecting the Head occurred from Sharp Edge caused by Vehicle. | | | | x | | | x | | | | | |
| 00151 | | Paint Productior | 02/07 | VM Paint Center Sealer Deck | Sprains, Strains affecting the Writst occurred from Overexertion caused by Hand Tool. | | | x | | | 10 | x | | | | | |
| 00153 | | Production Asso | 02/07 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Reaching caused by Awkward | | | x | | | 13 | x | | | | | |
| 00156 | | Material Handle | 02/09 | VM Production Control Tire Load | Sprains, Strains affecting the Abdomen occurred from Lifting or Handling caused by Personal | | | x | | | 32 | x | | | | | |
| 00157 | | Quality Inspecto | 02/11 | VM Assembly Center Trim 1 | Cut, Laceration, Puncture affecting the Fingers occurred from Contact with caused by leatherman | | | | x | | | x | | | | | |
| 00158 | | Material Handle | 03/26 | Powertrain Material Hub (Dock L | Cut, Laceration, Puncture affecting the Hand occurred from Contact with caused by Exposed | | | x | | | 4 | x | | | | | |
| 00159 | | Production Asso | 01/17 | Powertrain Manufacturing Coolin | Fatima was diagnosed with Tendinitis ,Carpal Tunnel, and Epicondylitis. | | | | x | | | x | | | | | |
| 00160 | | Production Asso | 03/26 | Powertrain Manufacturing High V | Contusion, Crushing, Bruise affecting the Leg occurred from Contact with caused by Falling or | | | x | | | 8 | x | | | | | |
| | | | | | Page totals | 0 | 0 | 5 | 3 | 0 | 67 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**OSHA's Form 300 (Rev. 01/2004)**

# Log of Work-Related Injuries and Illnesses

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| | | | | | | Death | Days away from work | Remained at work | | Away From Work (days) | On job transfer or restriction (days) | | | | | | |
| | | | | | | | | Job transfer or restriction | Other record-able cases | | | Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) | (H) | (I) | (J) | (K) | (L) | (1) | (2) | (3) | (4) | (5) | (6) |
| 00162 | Redacted | Production Ass | 03/04 | VM Body Center Special Means | Eye affecting the Eye(s), Pupil occurred from Exposure to caused by Foreign Matter (Body). | | | | x | | | x | | | | | |
| 00164 | | CTL Operator | 03/29 | Powertrain Manufacturing CTL Li | Head Pain affecting the Head occurred from Collision caused by Machine or Machinery. | | x | | | 1 | | x | | | | | |
| 00165 | | Production Ass | 02/14 | VM Assembly Center Trim 2 | Concussion affecting the Head occurred from Forklift incident caused by Forklift. | | x | | | 4 | 10 | x | | | | | |
| 00166 | | Maintenance Te | 01/30 | VM Paint Center Conveyors | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Applying excessive force | | x | | | 20 | 15 | x | | | | | |
| 00167 | | IT associate | 02/28 | VM IT MES & Facilities IT offices | Sprains, Strains affecting the Hip(s) Pelvis occurred from Slip, Fall caused by Stairs. | | | x | | | 18 | x | | | | | |
| 00168 | | Production Ass | 03/04 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Awkward Position | | | x | | | 15 | x | | | | | |
| 00169 | | Production Ass | 03/05 | VM Assembly Center Chassis | Fracture affecting the Arm occurred from Slip, Fall caused by Stairs. | | x | | | 30 | | x | | | | | |
| 00171 | | Sr Test Enginee | 03/19 | Vehicle Test Workshop and Lab | Cut, Laceration, Puncture affecting the Fingers occurred from Contact with caused by Scissors. | | | x | | | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 4 | 3 | 1 | 55 | 65 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-208**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00173 | Redacted | Production Assc | 04/04 | PWT MFG - Stator Encapsulation | Crushing affecting the Fingers occurred from Caught On, In, Under or Between caused by Machine or Machinery. | | | x | | | 28 | x | | | | | |
| 00177 | | Material Handle | 04/12 | VM Production Control Warehou | Contusion, Crushing, Bruise affecting the Other occurred from Struck or Injured caused by Bungee Cord. | | | x | | | 14 | x | | | | | |
| 00178 | | Production Assc | 04/12 | Powertrain Manufacturing Aisle b | Sprains, Strains affecting the Foot occurred from Slip, Fall caused by Wet Floor. | | | x | | | 47 | x | | | | | |
| 00179 | | Material Handle | 04/22 | Powertrain Production Control P\ | Contusion, Crushing, Bruise affecting the Ankle occurred from Caught On, In, Under or Between caused by Electric Pallet Jack and Wall. | | | x | | | 28 | x | | | | | |
| 00180 | | Trimmer | 04/19 | VM Assembly Center Third Row S | Sprains, Strains affecting the Arm occurred from Overexertion caused by Handling Objects. | | | x | | | 126 | x | | | | | |
| 00181 | | Maintenance Te | 04/22 | Maintenance Equipment and Eng | Cut, Laceration, Puncture affecting the Fingers occurred from Caught On, In, Under or Between caused by Handling Objects. | | | x | | | 10 | x | | | | | |
| 00182 | | Production Assc | 04/22 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Overexertion caused by No Known Event. | | | x | | | 10 | x | | | | | |
| 00183 | | Production Assc | 04/29 | PWT Manufacturing - Inverter Po | Carpal Tunnel Syndrome affecting the Wrist occurred from Strain or Injury caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 291 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00184 | Redacted | Production Asso | 05/14 | Powertrain Manufacturing Druve | Tendinitis affecting the Wrist occurred from Strain or Injury caused by Repetetive Motion. | | | x | | | 14 | x | | | | | |
| 00185 | | Manufacturing E | 05/29 | Powertrain Manufacturing Engine | Andrew suffered a neck strain. He could not move his neck. | | x | | | 2 | | x | | | | | |
| 00186 | | Material Handle | 05/09 | VM Production Control Toyota-Ts | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Handling Objects. | | x | | | 2 | | x | | | | | |
| 00187 | | Production Asso | 05/17 | VM Plastics Center Injection Mold | Cut, Laceration, Puncture affecting the Hand occurred from Caught On, In, Under or Between caused by Pinch Point. | | | x | | | 5 | x | | | | | |
| 00188 | | Quality Inspecto | 05/21 | VM Body Center Quality Inspecti | Sprains, Strains affecting the Back/ Spine occurred from Slip, Fall caused by Improper device used as stool. | | | | x | | | x | | | | | |
| 00189 | | Production Asso | 05/31 | VM Body Center Body center Bat | Cut, Laceration, Puncture affecting the Knee occurred from Sharp Edge caused by Falling or Flying Object. | | | | x | | | x | | | | | |
| 00191 | | Production Asso | 04/09 | VM Press Center Press center to | Sprains, Strains affecting the Arm occurred from Reaching caused by Pushing Object. | | | x | | | 60 | x | | | | | |
| 00195 | | Production Asso | 06/01 | VM CNC Machining Center CNC | Contusion, Crushing, Bruise affecting the Fingers occurred from Struck or Injured caused by Box. | | | x | | | 10 | x | | | | | |
| | | | | | Page totals | 0 | 2 | 4 | 2 | 4 | 89 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-210**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00196 | Redacted | Production Assc | 06/01 | VM CNC Machining Center CNC | Concussion affecting the Head occurred from Slip, Fall caused by Liquid or Grease Spills. | | x | | | 3 | | x | | | | | |
| 00197 | | Paint Productior | 06/24 | VM Paint Center sound deadene | Sprains, Strains affecting the Back/ Spine occurred from Reaching caused by Awkward Position. | | | x | | | 7 | x | | | | | |
| 00198 | | Paint Productior | 06/26 | VM Paint Center Outside on factc | Eye affecting the Eye(s), Pupil occurred from Unknown caused by Unknown. | | | | x | | | x | | | | | |
| 00199 | | Production Assc | 06/21 | VM Castings Center (HPDC) Scr | Burns (Heat) affecting the Hand occurred from Contact with caused by Hot Objects or Substances. | | | x | | | 7 | x | | | | | |
| 00200 | | Production Assc | 06/20 | VM Assembly Center Panoramic | Sprains, Strains affecting the Knee occurred from Slip, Fall caused by Debris on Floor. | | | | x | | | x | | | | | |
| 00201 | | Production Assc | 06/18 | VM Assembly Center Third Row S | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Awkward Position. | | | | x | | | x | | | | | |
| 00202 | | Paint Productior | 06/17 | VM Paint Center Body armour ap | Cut, Laceration, Puncture affecting the Hand occurred from Contact with caused by Sharp Object(s). | | | x | | | 7 | x | | | | | |
| 00203 | | Production Assc | 06/13 | VM Assembly Center Trim 1 | Sprains, Strains affecting the Arm occurred from Overexertion caused by Repetetive Motion. | | | x | | | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 4 | 3 | 3 | 28 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | | | (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00204 | Redacted | Production Assc | 06/03 | VM Assembly Center Trim 1 | Contusion, Crushing, Bruise affecting the Fingers occurred from Jumping caused by Trip and Fall. | | | | x | | | x | | | | | |
| 00205 | | Production Assc | 05/28 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Reaching caused by Awkward Position. | | | x | | | 7 | x | | | | | |
| 00206 | | Production Assc | 05/23 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Fingers occurred from Caught On, In, Under or Between caused by Power Hand Tool. | | | | x | | | x | | | | | |
| 00207 | | Production Assc | 05/23 | VM Body Center Body center Bat | Other affecting the Eye(s), Pupil occurred from Exposure to caused by Respirator filtered air. | | | | x | | | x | | | | | |
| 00208 | | Material Handle | 05/14 | VM Production Control TTL1 Loa | Eye affecting the Eye(s), Pupil occurred from Contact with caused by Foreign Matter (Body). | | | | x | | | x | | | | | |
| 00209 | | Production Assc | 04/25 | VM Assembly Center Chassis | Contusion, Crushing, Bruise affecting the Hand occurred from Lifting or Handling caused by Hand Tool. | | | | x | | | x | | | | | |
| 00210 | | Production Assc | 04/25 | VM Body Center EOL Hoist area | Dermatitis - Allergenic or Contact ... occurred from Contact with caused by Chemicals. | | | | x | | | x | | | | | |
| 00211 | | Production Assc | 02/15 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Lifting or Handling caused by Awkward Position. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 1 | 7 | 0 | 7 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-212**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00213 | Redacted | Production Ass | 02/27 | VM Assembly Center Trim 2 | Carpal Tunnel Syndrome affecting the Hand occurred from Repetitive motion caused by Applying excessive force. | | | | x | | | x | | | | | |
| 00215 | | Quality Technic | 07/11 | Powertrain Quality PWT Gearbo | Pinched left hand thumb causing injury. | | | x | | | 7 | x | | | | | |
| 00216 | | Lead Productio | 06/22 | Powertrain Manufacturing Modul | Cut, Laceration, Puncture affecting the Hand occurred from Contact with caused by Exposed blade on knife. | | | x | | | 5 | x | | | | | |
| 00219 | | Paint Productio | 06/18 | VM Plastics Paint Bumper Tack c | Sprains, Strains affecting the Arm occurred from Repetitive motion caused by No Known Event. | | | | x | | | x | | | | | |
| 00220 | | Production Ass | 07/02 | VM Press Center Metal Finishing | Sprains, Strains affecting the Arm occurred from Repetitive motion caused by Hand Tool. | | | x | | | 14 | x | | | | | |
| 00222 | | Production Ass | 06/06 | VM Quality Chassis | Fracture affecting the Fingers occurred from Contact with caused by Fixed Object. | | | x | | | 6 | x | | | | | |
| 00223 | | Production Ass | 07/12 | VM Assembly Center Chassis | Eye affecting the Eye(s), Pupil occurred from Exposure to caused by Foreign Matter (Body). | | | | x | | | x | | | | | |
| 00224 | | Production Ass | 07/18 | VM Body Center Main Line Body | Sprains, Strains affecting the Shoulder occurred from Holding or Carrying caused by Awkward Position. | | | x | | | 10 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 5 | 3 | 0 | 42 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name Tesla Factory

City Fremont State CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00225 | Redacted | Production Asso | 07/23 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Fingers occurred from Overexertion caused by Repetetive Motion. | | | x | | | 14 | x | | | | | |
| 00227 | | Production Asso | 01/08 | VM Body Center Body center Bat | Sprains, Strains affecting the Shoulder occurred from Slip, Fall caused by Debris on Floor. | | | x | | | 14 | x | | | | | |
| 00228 | | Die Maker | 07/08 | VM Press Center Press center to | Tendinitis affecting the Multiple Body Parts occurred from Overexertion caused by Hand Tool. | | | | x | | | x | | | | | |
| 00229 | | Manager Packa | 07/04 | Supply Chain/Logisitics Warehou | Sprains, Strains ... occurred from Lifting or Handling caused by Handling Objects. | | | | x | | | x | | | | | |
| 00230 | | Material Handle | 07/22 | VM Production Control Warehous | Contusion, Crushing, Bruise affecting the Foot occurred from Struck or Injured caused by pallet jack. | | | x | | | 10 | x | | | | | |
| 00232 | | Production Asso | 07/23 | VM Press Center Press 1B | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by Hand Tool. | | | x | | | 14 | x | | | | | |
| 00233 | | Production Asso | 07/07 | VM Press Center Metal Finishing | Tendinitis affecting the Wrist occurred from Repetitive motion caused by Hand Tool. | | | x | | | 14 | x | | | | | |
| 00234 | | Production Asso | 07/26 | VM Assembly Center Trim 2 | Contusion, Crushing, Bruise affecting the Chest occurred from Struck or Injured caused by Tugger and Dolly. | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 80 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-214

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00235 | Redacted | Production Ass | 07/31 | VM Assembly Center Chassis | Sprains, Strains affecting the Back/ Spine occurred from Reaching ... | | | x | | | 32 | x | | | | | |
| 00236 | | Manufacturing T | 07/22 | PWT Remanufacturing Remanuf | Electrical Shock affecting the Hand occurred from Explosion caused by Electrical Current. | | x | | | 8 | | x | | | | | |
| 00238 | | Quality Inspecto | 06/05 | VM Quality EOL Quality inspecti | Sprains, Strains affecting the Back/ Spine occurred from Reaching for object caused by Repetetive Motion. | | | | x | | | x | | | | | |
| 00239 | | Production Ass | 07/24 | Powertrain Manufacturing Pack E | Sprains, Strains. | | | x | | | 14 | x | | | | | |
| 00240 | | Production Ass | 07/15 | VM Body Center Liftgate cell load | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Repetetive Motion. | | | x | | | 21 | x | | | | | |
| 00241 | | Production Ass | 07/29 | VM Assembly Center Trim 1 | Tendinitis affecting the Hand occurred from Repetitive motion caused by Applying excessive force. | | | x | | | 14 | x | | | | | |
| 00242 | | Production Ass | 08/02 | VM Assembly Center Test Track | Fracture affecting the Toes occurred from Slip, Fall caused by Object on floor. | | | x | | | 21 | x | | | | | |
| 00244 | | Production Ass | 07/26 | Powertrain Manufacturing High V | Sprains, Strains affecting the Elbow occurred from Repetitive motion ... | | | x | | | 8 | x | | | | | |
| | | | | | **Page totals** | 0 | 1 | 6 | 1 | 8 | 110 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case (columns G–J). Enter the number of days the injured or ill worker was (columns K–L). Check the "injury" column or choose one type of illness (column M).

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00246 | Redacted | Production Ass | 08/20 | VM Assembly Center Trim 1 5 | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Improper part fit. | | | x | | | 14 | x | | | | | |
| 00247 | | Production Ass | 08/16 | VM Assembly Center Trim 1 | Sprains, Strains affecting the Multiple Body Parts occurred from Overexertion caused by Handling Objects. | | | x | | | 60 | x | | | | | |
| 00249 | | Quality Inspect | 08/13 | Powertrain Quality TVSH Line | Sprains, Strains affecting the Back/ Spine ... | | | x | | | 21 | x | | | | | |
| 00250 | | Production Ass | 08/07 | VM Castings Center (LPDC) Tem | Sprains, Strains affecting the Knee occurred from Contact with caused by Falling or Flying Object. | | | x | | | 30 | x | | | | | |
| 00251 | | Production Ass | 08/22 | VM Assembly Center Trim 2 | Sprains, Strains affecting the Back/ Spine occurred from Bending caused by Repetetive Motion. | | | | x | | | x | | | | | |
| 00252 | | Production Ass | 08/01 | Powertrain Manufacturing Druve | Tendinitis affecting the Hand ... | | | x | | | 26 | x | | | | | |
| 00253 | | Equipment Engi | 07/26 | Maintenance Equipment and Eng | Fracture and open wound affecting the Fingers occurred from Caught On, In, Under or Between caused by Pinch Point. | | | x | | | 42 | x | | | | | |
| 00254 | | Production Ass | 07/19 | Powertrain Manufacturing Modul | Plantar Fasciitis affecting the Foot occurred from Standing, prolonged ... | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 193 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-216**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory
City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Check the "injury" column or choose one type of illness: Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00255 | Redacted | Production Ass | 06/27 | PWT Remanufacturing Remanuf | Open wound affecting the Fingers ... | | | x | | | 60 | x | | | | | |
| 00256 | | Production Ass | 06/05 | Powertrain Manufacturing Engine | Tendinitis affecting the Hand/Wrist/Forearm ... | | | x | | | 56 | x | | | | | |
| 00258 | | Production Ass | 05/29 | Powertrain Manufacturing Druve | Sprains, Strains affecting the Back/ Spine ... | | | | x | | | | | x | | | |
| 00259 | | Production Ass | 08/23 | VM Body Center VM Battery Wel | Eye affecting the Eye(s), Pupil occurred from Exposure to caused by Foreign Matter (Body). | | | | x | | | x | | | | | |
| 00260 | | Paint Productio | 09/16 | VM Paint Center Ecoat off line ar | Cut, Laceration, Puncture affecting the Fingers occurred from Caught On, In, Under or Between caused by Pinched between car carriers in offline manual area. | | | x | | | 14 | x | | | | | |
| 00261 | | Production Ass | 09/15 | Powertrain Manufacturing Module | Fracture affecting the Toes occurred from Caught On, In, Under or Between caused by Falling or Flying Object. | | | x | | | 42 | x | | | | | |
| 00262 | | Production Ass | 08/12 | VM Assembly Center Trim 1 5 | Sprains, Strains affecting the Shoulder occurred from Repetitive motion caused by Applying excessive force. | | | x | | | 14 | x | | | | | |
| 00263 | | Production Ass | 08/30 | Powertrain Manufacturing Cable | Tendinitis affecting the Hand ... caused by Applying excessive force. | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 200 | 7 | 0 | 1 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

22-60493.3757 GC EXHIBIT 023-217

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Attention This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death | Days away from work | Remained at work: Job transfer | Remained at work: Other record- | Away From Work (days) | On job transfer or restriction (days) | (M) Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00266 | Redacted | Production Asso | 09/18 | Powertrain Manufacturing Module | RMI affecting the Shoulder occurred from Repetitive motion caused by Awkward Position. | | | x | | | 7 | x | | | | | |
| 00267 | | Production Asso | 09/16 | VM Plastics Center Body armour | RMI affecting the Wrist occurred from Repetitive motion caused by Applying excessive force. | | | x | | | 9 | x | | | | | |
| 00268 | | Production Asso | 09/16 | Powertrain Manufacturing Drive U | Tendinitis affecting the right Wrist occurred from Repetitive motion caused by Applying excessive force. | | | x | | | 21 | x | | | | | |
| 00275 | | EQUIPMENT EI | 10/05 | VM Assembly Center Maintenanc | Cut, Laceration, Puncture affecting the Fingers (thumb) occurred from Holding or Carrying caused by Power Hand Tool. | | | x | | | 3 | x | | | | | |
| 00277 | | Production Asso | 10/16 | VM Body Center Mail Line Body | Sprains, Strains affecting the Other occurred from Overexertion caused by Awkward Position. | | | x | | | 4 | x | | | | | |
| 00278 | | Production Asso | 10/18 | Powertrain Manufacturing Drive U | Contusion, Crushing, Bruise affecting the Fingers occurred from Struck or Injured caused by Hand Tool. | | | x | | | 7 | x | | | | | |
| 00279 | | Production Asso | 09/23 | Powertrain Manufacturing PWT M | Sprains, Strains affecting the Arm/ wrist and shoulder occurred from Slip, Fall. | | | x | | | 20 | x | | | | | |
| 00280 | | Production Asso | 10/17 | VM Assembly Center Trim 2 | Crushing affecting the Chest, sprang of ankle and wrist occurred from Slip, Fall caused by Improper device used as stool/awkward angle. | | | x | | | 7 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 8 | 0 | 0 | 78 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

GC EXHIBIT 023-218

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013
**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name Tesla Factory
City Fremont State CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case:
Enter the number of days the injured or ill worker was:
Check the "injury" column or choose one type of illness:

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00287 | Redacted | Production Ass | 09/27 | VM Paint Center Paint NVH Boot | Unknown affecting the Knee occurred from Slip, Fall caused by Gap in floor. | | | x | | | 7 | x | | | | | |
| 00289 | | Material Handle | 10/12 | Powertrain Production Control P | Multiple Bruises affecting the Multiple Body Parts occurred from Caught On, In, Under or Between caused by Forklift. | | | x | | | 3 | x | | | | | |
| 00291 | | Production Ass | 10/24 | Stator Line | Inflammation of Joints, Etc. affecting the Elbow occurred from Overexertion caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| 00292 | | Production Ass | 07/23 | VM Assembly Center Trim 1 | Carpal Tunnel Syndrome affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by No Known Event. | | | x | | | 180 | x | | | | | |
| 00296 | | Production Ass | 10/22 | VM Castings Center (HPDC) DC | Sprains, Strains affecting the Back/ Spine occurred from Slip, Fall caused by Slippery Floor. | | | x | | | 28 | x | | | | | |
| 00297 | | Production Ass | 10/18 | VM Assembly Center Chassis | Sprains, Strains affecting the Elbow occurred from Repetitive motion caused by Awkward angle. | | | x | | | 21 | x | | | | | |
| 00302 | | Production Ass | 10/29 | VM Assembly Center C02-330R | Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown. | | | x | | | 7 | x | | | | | |
| 00303 | | Manufacturing T | 10/28 | VM Assembly Center EOL Repai | Sprains, Strains affecting the Knee occurred from Lifting or Handling caused by Repetetive Motion. | | | x | | | 21 | x | | | | | |
| | | | | | Page totals | 0 | 0 | 8 | 0 | 0 | 295 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

22-60493.3759 GC EXHIBIT 023-219

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00307 | Redacted | Production Assc | 10/24 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Arm occurred from Overexertion | | | x | | | 7 | x | | | | | |
| 00308 | | Production Assc | 10/30 | VM Body Center Machine Shop: | Swelling affecting the Fingers occurred from Reaching for object caused by Part. | | | x | | | 60 | x | | | | | |
| 00313 | | Production Assc | 08/01 | VM Assembly Center Trim 1 | Tendinitis affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 28 | x | | | | | |
| 00317 | | Production Assc | 09/23 | VM Paint Center Warehouse | Sprains, Strains affecting the Hand/Wrist/Forearm occurred from Jumping caused by Caution Tape. | | | x | | | 7 | x | | | | | |
| 00323 | | Lead Productior | 09/03 | Powertrain Manufacturing Stator | Crushing affecting the Fingers occurred from Improper Hand Placement caused by Machine or Machinery. | | | x | | | 14 | x | | | | | |
| 00326 | | Production Assc | 11/04 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Shoulder occurred from Repetitive motion caused by Awkward angle. | | | x | | | 7 | x | | | | | |
| 00335 | | Material Handle | 11/15 | VM Production Control Service W | Sprains, Strains affecting the Leg occurred from Repetitive motion ... | | x | | | 1 | | x | | | | | |
| 00336 | | Manufacturing T | 11/13 | VM Castings Center (LPDC) LPM | Burns (Heat) affecting the Abdomen occurred from Explosion caused by Pressurized Vessel. | | x | | | 80 | | x | | | | | |
| | | | | | **Page totals** | 0 | 2 | 6 | 0 | 81 | 123 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-220**



# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | Check the "injury" column or choose one type of illness: (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00337 | Redacted | Production Asso | 11/13 | VM Castings Center (LPDC) LPM | Burns (Heat) affecting the Multiple Body Parts occurred from Explosion caused by Pressurized Vessel. | | x | | | 180 | | x | | | | | |
| 00338 | | Production Asso | 11/13 | VM Castings Center (LPDC) LPM | Burns (Heat) affecting the Hand/Wrist/Forearm occurred from Explosion caused by Pressurized Vessel. | | x | | | 21 | | x | | | | | |
| 00339 | | Production Asso | 11/16 | Powertrain Manufacturing Drive U | Bruising affecting the Hand occurred from Caught On, In, Under or Between caused by Conveyor. | | x | | | 10 | | x | | | | | |
| 00340 | | Production Asso | 11/07 | VM Assembly Center Front Modu | Contusion, Crushing, Bruise affecting the Foot occurred from Dropped object caused by Falling or Flying Object. | | | x | | | 2 | x | | | | | |
| 00341 | | Production Asso | 11/14 | VM Production Control Warehous | Sprains, Strains ... occurred from Pulling or Pushing Object caused by Excessive force. | | | x | | | 14 | x | | | | | |
| 00342 | | Production Asso | 07/09 | VM Press Center Metal Finishing | RMI affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Hand Tool. | | | x | | | 14 | x | | | | | |
| 00343 | | Production Asso | 11/01 | VM Press Center Metal Finishing | RMI affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Applying pressure. | | | x | | | 14 | x | | | | | |
| 00344 | | Production Asso | 11/04 | VM Press Center Metal Finishing | RMI ... occurred from Repetitive motion caused by Applying pressure. | | | x | | | 14 | x | | | | | |
| | | | | | **Page totals** | *0* | *3* | *5* | *0* | *211* | *58* | *8* | *0* | *0* | *0* | *0* | *0* |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013
**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory
City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case. Enter the number of days the injured or ill worker was. Check the "injury" column or choose one type of illness.

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other record-able cases | (K) Away From Work (days) | (L) On job transfer or restriction (days) | (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00345 | Redacted | Production Asso | 10/29 | Powertrain Manufacturing PWT M | Sprains, Strains affecting the Thumb occurred from Awkward angle/forceful movements caused by Excessive force. | | | x | | | 14 | x | | | | | |
| 00346 | | Production Asso | 10/21 | VM Assembly Center Chassis | Sprains, Strains affecting the Knee occurred from Slip, Fall caused by Loose Matting. | | | x | | | 14 | x | | | | | |
| 00347 | | Production Asso | 11/05 | Powertrain Manufacturing Battery | Sprains, Strains ... occurred from Lifting or Handling caused by Awkward Position. | | | x | | | 14 | x | | | | | |
| 00352 | | Production Asso | 11/26 | VM Assembly Center Chassis | Sprains, Strains affecting the Ankle occurred from Struck or Injured caused by Metal Bar. | | | | x | | | x | | | | | |
| 00355 | | Production Asso | 11/16 | Powertrain Sustaining Engineerin | Swelling affecting the Wrist occurred from Awkward angle/forceful movements caused by Repetetive Motion. | | | x | | | 4 | x | | | | | |
| 00359 | | Production Asso | 11/15 | VM Body Center Body center und | RMI affecting the Multiple Body Parts occurred from Repetitive motion caused by Lack of job rotation. | | | x | | | 28 | x | | | | | |
| 00360 | | Production Asso | 12/04 | VM Assembly Center | Sprains, Strains affecting the Shoulder occurred from Repetitive motion ... | | | x | | | 21 | x | | | | | |
| 00371 | | Production Asso | 07/01 | VM Assembly Center Unknown | Sprains, Strains affecting the Multiple Body Parts occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 21 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 7 | 1 | 0 | 116 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-222**

# OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name: Tesla Factory
City: Fremont State: CA

Identify the person | Describe the case | Classify the case

CHECK ONLY ONE box for each case based on the most serious outcome for that case. Enter the number of days the injured or ill worker was. Check the "injury" column or choose one type of illness.

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00373 | Redacted | Material Handle | 12/06 | Service Parts Warehouse Colum | Concussion affecting the Head occurred from Contact with caused by Rollup Door. | | | x | | | 7 | x | | | | | |
| 00389 | | Prod. Associate | 11/25 | VM Body Center Column Q4 | RMI affecting the Wrist occurred from Repetitive motion caused by Drilling. | | | x | | | 21 | x | | | | | |
| 00392 | | Prod. Associate | 12/21 | VM Quality Unknown | Sprains, Strains affecting the Upper BackNeck occurred from Unknown caused by Unknown. | | | | x | | | x | | | | | |
| 00393 | | Prod. Associate | 12/20 | VM Production Control Warehou | Sprains, Strains affecting the Wrist occurred from Overexertion caused by Other. | | | x | | | 7 | x | | | | | |
| 00394 | | Prod. Associate | 12/16 | Powertrain Manufacturing Battery | RMI to the wrist/hand/forearm | | | x | | | 14 | x | | | | | |
| 00395 | | Prod. Associate | 12/21 | VM Body Center Body Paint Sho | Cut, Laceration, Puncture affecting the Eyebrow occurred from Other caused by Falling or Flying Object. | | | | x | | | x | | | | | |
| 00401 | | Prod. Associate | 11/19 | Powertrain Manufacturing Battery | RMI affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 7 | x | | | | | |
| 00402 | | Prod. Associate | 12/11 | VM Production Control Warehou | Sprains, Strains affecting the Elbow occurred from Lifting or Handling caused by Tire(s). | | | x | | | 21 | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 6 | 2 | 0 | 77 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, OC 20210. Do not send the completed forms to this office.

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

## OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

Year 2013

U.S. Department of Labor
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name: Tesla Factory

City: Fremont State: CA

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | CHECK ONLY ONE box for each case based on the most serious outcome for that case: Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Enter the number of days the injured or ill worker was: Away From Work (days) (K) | On job transfer or restriction (days) (L) | (M) Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00408 | Redacted | Prod. Associate | 12/12 | VM Production Control General A | Sprains, Strains affecting the Shoulder occurred from Lifting or Handling caused by Unknown. | | | x | | | 28 | x | | | | | |
| 00411 | | Prod. Associate | 12/14 | VM Production Control South Do | Cut, Laceration, Puncture affecting the Hand occurred from Caught On, In, Under or Between caused by Box Cutter. | | | | x | | | x | | | | | |
| 00417 | | Prod. Associate | 04/10 | VM Production Control Warehous | RMI affecting the Shoulder occurred from Unknown caused by Repetetive Motion. | | | x | | | 21 | x | | | | | |
| 00423 | | Prod. Associate | 12/15 | VM Body Center Body | ... affecting the Shoulder occurred from Repetitive motion caused by Repetetive Motion. | | | | x | | | x | | | | | |
| 00433 | | Prod. Associate | 06/15 | VM Assembly Center Trim 1 | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 21 | x | | | | | |
| 00434 | | Prod. Associate | 12/17 | Powertrain Manufacturing Battery | Sprains, Strains affecting the Back/ Spine occurred from Unknown caused by Unknown. | | | x | | | 21 | x | | | | | |
| 00453 | | Prod. Associate | 11/15 | Powertrain Manufacturing Drive U | Sprains, Strains affecting the Multiple Body Parts occurred from Repetitive motion caused by Repetetive Motion. | | | x | | | 28 | x | | | | | |
| 00457 | | Prod. Associate | 11/15 | VM Production Control | Sprains, Strains affecting the Multiple Body Parts occurred from Slip, Fall caused by Other. | | | | x | | | x | | | | | |
| | | | | | **Page totals** | 0 | 0 | 5 | 3 | 0 | 119 | 8 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Injury (1) Skin Disorder (2) Respiratory Condition (3) Poisoning (4) Hearing Loss (5) All other illnesses (6)

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-224**

# OSHA's Form 300 (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year 2013

**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Establishment name Tesla Factory

City Fremont State CA

| Identify the person | | Describe the case | | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CHECK ONLY ONE box for each case based on the most serious outcome for that case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness: (M) | | | | | |
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other record-able cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| 00464 | Redacted | Prod. Associate | 12/23 | VM Paint Center | Tendinitis affecting the Hand/Wrist/Forearm occurred from Repetitive motion caused by Tool. | | | x | | | 28 | x | | | | | |
| 00474 | | Prod. Associate | 07/20 | Powertrain Manufacturing Drive U | Tendinitis affecting the Shoulder ... | | | x | | | 28 | x | | | | | |
| 00637 | | Prod. Associate | 12/10 | VM Paint Center | Epicondylitis affecting the Elbow occurred from Repetitive motion ... | | | | | | | x | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | Page totals | 0 | 0 | 2 | 0 | 0 | 56 | 3 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Respiratory Condition | Poisoning | Hearing Loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

**GC EXHIBIT 023-225**

Cal/OSHA Form 300A (Rev. 7/2007)

# Summary of Work-Related Injuries and Illnesses

**Year: 2012**

All establishments covered by CCR Title 8 Section 14300 must complete this Annual Summary, even if no work- related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you've added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the Cal/ OSHA Form 300 in its entirety. They also have limited access to the Cal/ OSHA Form 301 or its equivalent. See CCR Title 8 Section 14300.35, in Cal/ OSHA's recordkeeping rule, for further details on the access provisions for these forms.

## Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| 0 | 11 | 22 | 13 |
| (G) | (H) | (I) | (J) |

## Number of Days

| Total number of days away from work | Total number of days of job transfer or restriction |
|---|---|
| 55 | 560 |
| (K) | (L) |

## Injury and Illness Types

Total number of...
(M)

| | | | |
|---|---|---|---|
| (1) Injuries | 43 | (4) Poisonings | 0 |
| (2) Skin Disorders | 3 | (5) Hearing loss | 0 |
| (3) Respiratory Conditions | 0 | (6) All other illnesses | 0 |

**Post this Annual Summary from February 1 to April 30 of the year following the year covered by the form.**

## Facility Information

Establishment name: Tesla Motors Inc.

Street 45500 Fremont Blvd

City Fremont State CA ZIP 94538

Industry description: Manufacturing Electric vehicle powertrains

Standard Industrial Classification (SIC) If known (e.g., SIC 3715): 3711

## Employment Information

(If you don't have these figures, use the optional Worksheet to estimate)

Annual average number of employees: 1217

Total hours worked by all employees last year: 3,110,595

**Sign here**

**Knowingly falsifying this document may result in a fine.**

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

| | |
|---|---|
| Arnnon Geshuri | VP of Human Resources |
| Company executive | Title |
| (650) 681-5454 | 1/31/2013 |
| Phone | Date |

GC EXHIBIT 023-226

Cal/OSHA Form 300 (Rev.7/2007)

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health programs. See CCR Title 8 14300.29(b)(6)-(10)

**Year: 2012**

You must record information about every work-related death and about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in CCR Title 8 Section 14300.8 through 14300.12. Feel free to use two lines for a single case if you need to. You must complete an Injury and Illness Incident Report (Cal/ OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local Cal/ OSHA office for help.

**Telsa Factory** | **Fremont, CA 94538**

**Identify the person** | **Describe the case** | **Classify the case**

Using these four categories, check ONLY the most serious result for each case (G–J). Enter the number of days the injured or ill worker was (K–L). Check the "injury" column or choose one type of illness (M).

| (A) Case # | (B) Employee's Name | (C) Job Title (e.g. welder) | (D) Date of injury or onset of illness (month/day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill. (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | Away from work (K) days | On the job transfer or restriction (L) days | (M) Injury (1) | Skin Disorder (2) | Respiratory condition (3) | Poisoning (4) | Hearing loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Redacted | Process Engineer | 1/17 | Aisle in front of remelt furnace #100, Clarksville TN | Burns to area above ear, shoulder and back from hot metal | | | | X | | | X | | | | | |
| 2 | Redacted | Controls Engineer | 2/28 | Battery Pack line general assembly | Sprained Anke from slipping on water on floor | | | X | | | 32 | X | | | | | |
| 3 | Redacted | Contract Quality Employee | 3/30 | BIW V Aisle Fab Shop | Broken Thumb when panel fell on it. | | | | X | | | X | | | | | |
| 4 | Redacted | Tool & Die Maker | 5/15 | Stamping Bay 5 | Metal shaving in eye, from grinding | | | X | | | 2 | X | | | | | |
| 5 | Redacted | Inspector | 5/23 | BIW Inspection area | Table pushed in legs causing bruised lower leg | | | X | | | 44 | X | | | | | |
| 6 | Redacted | Temp Laborer | 5/17 | Tennesse Contech facility | Laceration to wrist/forearm | | | | X | | | X | | | | | |
| 7 | Redacted | Supervisor Stamping | 6/5 | Stamping Coil Storage area | Tripped and fell, concussion to forehead from impact | | X | | | 1 | | X | | | | | |
| 8 | Redacted | Maintenance Engineering | 7/6 | Tennesse Contech facility | 2nd degree burn to shoulder from metal slag | | | | X | | | X | | | | | |
| 9 | Redacted | Manufacturing Technician | 7/19 | Maintenenace Machine Shop | Projectile from press caused laceration to head | | | | X | | | X | | | | | |
| 10 | Redacted | Manufacturing Technician | 7/19 | Maintenenace Machine Shop | Skin contact with old hydraulic fluid caused rash | | | | X | | | | X | | | | |
| 11 | Redacted | Material Handler | 7/28 | Fremont front lobby | Cut to the knee from walking into a glass wall | | | | X | | | X | | | | | |
| 12 | Redacted | Engineer | 6/27 | Vehicle test shop | Sprain / Strain Upper Back | | | X | | | 35 | X | | | | | |
| 13 | Redacted | Assembly Assoc. | 8/17 | Battery Assembly Line | Strain of legs/Knees, Tendinitis, physical assertion | | | X | | | 53 | X | | | | | |
| 14 | Redacted | Vehicle Tech. | 9/1 | Battery Assembly line | Finger pinched between pack and cart, laceration | | | X | | | 12 | X | | | | | |
| 15 | Redacted | BIW Assoicate | 9/6 | Body In White Doors | Dermatitis on eXtremities, cause unknown | | X | | | 3 | | | X | | | | |
| 16 | Redacted | Assembly Assoc. | 9/9 | Battery Assembly Line | Cut to R foot | | | X | | | 28 | X | | | | | |
| 17 | Redacted | Prodcution Associate | 9/16 | PWT Production floor | Twisted and sprained left ankle while moving battery | | X | | | 6 | 6 | X | | | | | |
| 18 | Redacted | Warehouse associate | 9/10 | Receiving South Dock | Sprain/Strain Thoracic Sping Midback, pulled musice when lifing box | | | X | | | 112 | X | | | | | |
| 19 | Redacted | Paint Technician | 9/14 | Paint shop inspection deck | Tendinitis of hand and wrist from polishing cars | | | X | | | 52 | X | | | | | |
| 20 | Redacted | Paint Technician | 9/24 | Paint shop inspection deck | Sprain/Strain Thoracic Sping Midback reworking painted finishe of cars, repetetive bending | | | X | | | 28 | X | | | | | |
| 21 | Redacted | CMM Technician | 9/24 | Steps from Restroom Q21 | Sprain ankle, slipped decending steps from restroom | | | X | | | 8 | X | | | | | |
| 22 | Redacted | Paint Technician | unknown | unknown | Possible back injury to be determined | | X | | | 7 | | X | | | | | |
| 23 | Redacted | Production Associate | 9/28 | General Assembly Trim 2 | Hands Swollen from repetetive motion | | X | | | 1 | | X | | | | | |
| 24 | Redacted | Plastics Assoc | 10/12 | Plastics rework area | Laceration to thumb by exacto knife | | | | X | | | X | | | | | |
| 25 | Redacted | Body center | 10/4 | Body in White | Allergic reaction to adhesive | | | X | | | 4 | | X | | | | |
| 26 | Redacted | General Assembly | 10/24 | Chassis suspension install | Bruised ribs from impact of AGC Cart | | | X | | | 45 | X | | | | | |
| 27 | Redacted | Production Associate | 10/3 | PWT Manufacturing (Stator) | Corneal Abrasion | | | | X | | | X | | | | | |
| 28 | Redacted | Production Associate | 10/10 | Paint | Left ankle sprain | | | | X | | | X | | | | | |
| 29 | Redacted | Tool & Die Maker | 11/1 | Die storage | Back Strain when trying to push die into position | | | X | | | | X | | | | | |
| 30 | Redacted | Production Associate | 11/1 | Powertrain Module Line | Back strain pushing a module into machine | | X | | | 2 | 2 | X | | | | | |
| 31 | Redacted | Production Con[illegible] | 1[illegible] | [illegible] Dock Warehouse | Bac[illegible] Strain when trying to move pallet | | | X | | | 12 | X | | | | | |

22-60493.3767 GC EXHIBIT 023-227

Attention: This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health programs. See CCR Title 8 14300.29(b)(6)-(10)

CAL OSHA

Cal/OSHA Form 300 (Rev.7/2007)

# Log of Work-Related Injuries and Illnesses

Year: 2012

You must record information about every work-related death and about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work- related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in CCR Title 8 Section 14300.8 through 14300.12. Feel free to use two lines for a single case if you need to. You must complete an Injury and Illness Incident Report (Cal/ OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, cal your local Cal/ OSHA office for help.

Telsa Factory | Fremont, CA 94538

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Using these four categories, check ONLY the most serious result for each case: | | | | Enter the number of days the injured or ill worker was: | | Check the "injury" column or choose one type of illness (M) | | | | | |
| | | | | | | | | Remained at work | | | | | | | | | |
| (A) | (B) | (C) | (D) Date of injury or | (E) Where the event occurred | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made | Death (G) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away from work (K) | On the job transfer or restriction (L) | Injury (1) | Skin Disorder (2) | Repiratory condition (3) | Po soning (4) | Hearing loss (5) | All other illnesses (6) |
| 32 | Redacted | Prodcution Associate | 11/5 | PWT Stairs | Sprained ankle on stairs | | X | | | 2 | 3 | X | | | | | |
| 33 | Redacted | Production Control | 11/26 | South Dock Warehouse | Strained wrist trying to move pallet | | | X | | | 9 | X | | | | | |
| 34 | Redacted | Maintenance Engineering | 11/26 | Paint center | Back Strain removing hydraulic pump | | | X | | | 24 | X | | | | | |
| 35 | Redacted | Quality | 11/30 | Quality Destruct Lab | Finger laceration by grinder | | | X | | | 18 | X | | | | | |
| 36 | Redacted | Paint Technician | 11/15 | Paint Deck | Associate jumped off carrier straining his knee | | | | X | | | X | | | | | |
| 37 | Redacted | Manufacturing associate | 11/14 | Castins scrap conveyor | Torn ligament in arm trying to move scrap bin | | X | | | 20 | | X | | | | | |
| 38 | Redacted | Production Assoiate | 12/15 | PWT Manufacturing (Drive-unit) | Laceration/Contusion to left leg | | | X | | | 7 | X | | | | | |
| 39 | Redacted | Production Assoiate | 12/15 | PWT Manufacturing (Drive-unit) | Contusion to head | | | | X | | | X | | | | | |
| 40 | Redacted | Production Assoiate | 12/28 | PWT Manufacturing (Stator) | Strain/Sprain to back | | | X | | | 12 | X | | | | | |
| 41 | Redacted | Production Associate | 12/14 | PWT Manufacturing (Inverter) | Strain/Sprain in right shoulder and neck | | X | | | 3 | | X | | | | | |
| 42 | Redacted | Quality Inspector | 11/14 | inspection platform | Strained tendon in leg, while running to car | | X | | | 3 days | days | X | | | | | |
| 43 | Redacted | Production associate | 12/10 | Chassis staging area | bruised ribs from bear hug from colleague | | | X | | | 8 | X | | | | | |
| 44 | Redacted | Production Associate | 12/16 | Body In white operator station | sprained elbow from lifting parts | | X | | | 7 | | X | | | | | |
| 45 | Redacted | Production Associate | 12/21 | Body In white operator station | sprained wrist from liftin gparts | | | | X | | | X | | | | | |
| 46 | Redacted | Prodcution Associate | 12/22 | General Assembly Chassis 2 | Sore wrists from hammering door panels into car door | | | X | | | 4 | X | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | Page | 0 | 11 | 22 | 13 | 55 days | 560 days | 43 | 3 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

| Injury | Skin Disorder | Repiratory Condition | Po soning | Hearing loss | All other illnesses |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |

NOTE: If additional pages are required: Copy this page; Insert a new Worksheet (Sheet1,2,etc); Paste the copy in it; then Copy the Page Totals from row 31 (columns L-Y) of that previous page; and Paste Special (values) them into row 15 (columns L-Y) of this Form 300 page. This will update the Form 300A linked to this page with the most current totals. Then update row 34's Page # of # on each page.

GC EXHIBIT 023-228

**From:** Josh Hedges <jhedges@tesla.com>
**Date:** June 14, 2017 at 4:55:35 PM PDT
**To:** Jose Moran <jmoran@tesla.com>
**Cc:** Elon Musk <erm@tesla.com>, Branton Phillips <brphillips@tesla.com>, Jonathan Galescu <jgalescu@tesla.com>, Michael Catura <mcatura@tesla.com>, Hai Nguyen <hainguyen2@tesla.com>, Jerome Heard <jheard@tesla.com>, Garrett Green <ggreen@tesla.com>
**Subject: Re: Health & Safety and a Democratic Process as we Form our Union**

Dear Jose,

I am writing to respond to your letter dated June 6. We appreciate your feedback regarding safety. Safety has been and always will be a priority for Tesla. We agree that it is imperative that employees have a voice with respect to safety issues. In fact, as we discussed on June 6, employees do have a voice and many employees voluntarily participate in Tesla's employee safety teams and work together to improve safety.

Employee input is an important part of Tesla's goal to have as close to zero injuries as humanly possible and to become the safest factory in the auto industry. We are proud of our safety achievements, and the impacts of our employee safety teams. As a result of the feedback that we received during safety team meetings, along with Tesla's own initiatives to improve safety – including the introduction of the third shift last year and the establishment of a dedicated ergonomics team – we have achieved significant safety improvements. We held a meeting on June 8 at the Factory with you and your teammates to ensure you knew all of the safety team employees at the company, as well as your Human Resources partners. In addition, we logged any issues that were raised and have reviewed the list with you and are following up on each in a timely manner. These meetings are recurring and part of our existing safety review process. Further, we invited you and all employees concerned about safety to volunteer on a safety team and personally contribute to safety improvements.

Tesla also remains committed to preserving the right of its employees to make important decisions regarding union representation – whether in favor or in opposition to the union – on their own. In your letter, you requested a fair process through which associates could organize a union. Employees have a fair

EXHIBIT NO. GC-29 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 6 DATE: 9-24-18 REPORTER: DA

mechanism under the law to decide whether or not they want a union, and we will continue to adhere to our company access and non-solicitation policies for non-employees in order to ensure a secure and safe and respectful workplace. We think this is particularly important in light of the fact that we have received a large number of complaints from employees who have expressed concern and frustration that UAW organizers have bothered them at their homes while attempting to share information about the union.

We agree with you that it is in Tesla's interest to make well-informed decisions regarding whether or not to support a union. For example, it is important that associates know the following facts:

- Since 1979, the UAW, which is based in Detroit and relies on employees at the Big 3 auto manufacturers for a significant portion of its revenue, has lost 1.14 million members, or 77 percent of its membership. It now has approximately 415,000 active members, less than 1% of whom are in California.
- The UAW historically represented employees at five Bay Area car factories, all of which disappeared under their then-current owners.
- The UAW has had an unsuccessful history representing employees in Fremont. The UAW could not stop the NUMMI plant from closing, nor could it help keep Toyota operating at this site. We are not suggesting that bringing in the UAW would result in our plant closing; but it is worth noting that the UAW has not had a successful track record in the Bay Area.
- Contrary to the UAW's claims, a union cannot guarantee anything – except that employees would pay dues out of their paychecks. Union negotiations can take years, and the UAW's priorities would likely be with auto manufacturers in Detroit, rather than Tesla employees.

Tesla is committed to providing a work environment that supports and rewards our employees and looks forward to working with you and all of our employees to make Tesla a better place to work.

Sincerely,

Josh

**Josh Hedges**
c 317.306.9365

---

**From:** Jose Moran <jmoran@tesla.com>
**Date:** Tuesday, June 6, 2017 at 6:38 PM
**To:** Josh Hedges <jhedges@tesla.com>
**Cc:** Elon Musk <erm@tesla.com>, Branton Phillips <brphillips@tesla.com>, Jonathan Galescu <jgalescu@tesla.com>, Michael Catura <mcatura@tesla.com>, Hai Nguyen <hainguyen2@tesla.com>, Jerome Heard <jheard@tesla.com>, Garrett Green <ggreen@tesla.com>
**Subject:** Health & Safety and a Democratic Process as we Form our Union

Josh Hedges

Director of Human Resources

Tesla, Inc.

via email and hand delivery

June 6, 2017

Dear Mr. Hedges:

As you are aware, our concerns about injury rates and overall health and safety conditions at Tesla have recently received national and global attention. As employees concerned for our own safety on the job, we are encouraged by the company's recent efforts to address some of the issues we have raised, and we hope to see those efforts continue. However, the issues we face on the shop floor are substantial and, in fact, the severity of recent accidents—resulting in lifelong disability or worse of our coworkers—demonstrate an overall lack of improvement. Urgency to improve these conditions is escalating, and if Tesla is serious about making the factory a safer place to work, it is imperative for workers to have a voice in the process. We believe the best way to improve safety at Tesla is to gain a true voice within the company by forming a union.

At this time, our request from management is simple: a fair process as we organize our union. We are hopeful for a positive working relationship with management for many years to come, and we would like to set that tone now as we build the foundation of our union. We want to develop a relationship rooted in mutual respect—where our rights as workers to freely organize a union are ensured, along with our mutual desire to improve production and build the best cars in the world.

Until now, Tesla's track record on respecting our rights to organize has been poor: workers have felt intimidated, discouraged, and fearful as a result of

management behavior. The company has discouraged workers from communicating among ourselves about issues in the plant and from receiving important information about unionization. We have been surveilled while passing out union literature to our coworkers, our desire to form a union has been publicly criticized and dismissed by company leadership, and we find ourselves working in an environment of fear where many of our coworkers do not speak about issues that matter to them for fear of retaliation. We had hoped for better from Tesla when we started this process, and we hope that the company will take the opportunity at this juncture to shift gears and foster an environment of open communication—the type of environment Tesla publicly claims to value.

It is in Tesla's interest for workers to make well-informed choices about whether to form a union, and we can only do that through education and open dialogue. To that end, we ask that the company embrace education, openness, and easy access to information by allowing UAW union representatives on site to speak with us and our coworkers. While on site, union representatives can provide workers with information we need to make appropriate choices for ourselves, our families, and our company. Moreover, we would like to negotiate an agreement that sets out fair terms and supports mutual respect between workers and management in the unionization process. We want to ensure that the needs of workers *and* production are supported in the arrangement.

We request a response to this letter in writing, which our coworker Jose Moran will accept on our behalf at jmoran@tesla.com.

We urge you to work with us in creating a respectful, safe environment at Tesla. Our goal is to fulfil Tesla's promise of building the future, and we believe we can better support that mission when our voices are heard within the company through union representation.

Thank you for your attention, and we hope for a positive response from you very soon.

**GC EXHIBIT 029-004**

Sincerely,

Members of the Tesla Workers' Voluntary Organizing Committee

Enclosure: Petition signed by many of our coworkers regarding plant health and safety conditions and our desire to form a union (delivered by hand)

cc: Elon Musk, CEO

**From:** Josh Hedges <jhedges@tesla.com>
**Date:** June 12, 2017 at 8:45:34 AM PDT
**To:** DL-DEPT-MANUFACTURING <DL-DEPT-MANUFACTURING@tesla.com>
**Subject: Tesla Production Update: Safety, Your Feedback, and the Real Facts**

On Tuesday, several associates presented HR with a letter expressing concern regarding various safety issues. They requested a "fair process" through which they could organize a union. The next day a flyer was distributed addressing similar concerns. We take safety concerns seriously, which is why we invited these associates to have a thoughtful and productive conversation about their concerns. However, it's clear that the point of this flyer was to promote the UAW, not to improve safety.

**Safety is our top priority**

Safety has been and always will be the top priority for Tesla. Elon made this clear at our all-hands meetings and in his recent company-wide email. Of course, words are not enough. Action is what really counts, and the actions we have all taken together are working. Our Q1 injury rate was 32% better than industry average, and we must keep the momentum going.

**The best way to make a difference is to get involved**

One of the biggest reasons for our success on safety has been, and continues to be, your direct involvement. Having a third-party like the UAW would prevent us from being able to engage one another directly to address the issues we all care about. The author of the letter had up until now chosen not to participate on the safety teams that have been so successful in identifying and solving safety issues, so we invited him – along with the other associates who have raised concerns – to have a face-to-face discussion with HR leadership and senior members of our Safety team. We had a very positive and productive conversation about all the efforts that are underway to improve safety.

If you have input or want to join future conversations, email us at safety@tesla.com.

**The real story about our colleagues in Germany**

EXHIBIT NO. GC-30 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc

NO OF PAGES: 3 DATE: 9-24-18 REPORTER: DM

Everyone in Fremont has the right to choose whether to organize a union. We simply ask that the UAW be truthful in communicating to you. So far, that has not been the case, and Wednesday's flyer was the latest example.

The UAW's flyer referenced our colleagues at Tesla Grohmann Automation in Germany. However, what the flyer described is pretty much the opposite of what happened there. Shortly after Tesla acquired Grohmann, the union in Germany (IG Metal) attempted to organize the workforce. The opposition to the union from our employees was overwhelming. In fact, many of our employees, despite having been members of IG Metal for years (it is their trade association), chose to withdraw their memberships entirely, and hundreds of our employees, on their own, signed a letter asking IG Metal to no longer interfere with Tesla. Rather than going through a union, everyone at the company quickly worked together to address the historical workplace issues that concerned our employees (from well before Tesla acquired the company), and within just a couple of weeks, issues were addressed and improvements continue to be made now.

The experience in Germany shows the power of quickly working together – on a direct basis – to resolve issues. That's what we've all been doing successfully in Fremont with our safety teams, and with the many other great suggestions that our employees have made and that have since been actioned. This is what will make Fremont the safest factory in the entire automotive industry and a place you're proud to work at.

Thanks,
Josh

Josh Hedges | HR

**GC EXHIBIT 30-002**

**EXHIBIT EXCLUDED**

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-31

Description ______

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn ______
2. Exhibit Rejected ______
3. Other (Explain) Not Produced/Offered Yet

Exhibit retained by GC Counsel

Deborah Gonzalez
Court Reporter

GC EXHIBIT 32-001

Follow

Jose Moran
Tesla Employee
Feb 9 3 min read

# Time for Tesla to Listen

I'm proud to be part of a team that is bringing green cars to the masses. As a production worker at Tesla's plant in Fremont for the past four years, I believe Tesla is one of the most innovative companies in the world. We are working hard to build the world's #1 car—not just electric, but overall. Unfortunately, however, I often feel like I am working for a company of the future under working conditions of the past.

Most of my 5,000-plus coworkers work well over 40 hours a week, including excessive mandatory overtime. The hard, manual labor we put in to make Tesla successful is done at great risk to our bodies.

Preventable injuries happen often. In addition to long working hours, machinery is often not ergonomically compatible with our bodies. There is too much twisting and turning and extra physical movement to do jobs that could be simplified if workers' input were welcomed. Add a shortage of manpower and a constant push to work faster to meet production goals, and injuries are bound to happen.

A few months ago, six out of eight people in my work team were out on medical leave at the same time due to various work-related injuries. I hear that ergonomics concerns in other departments are even more severe. Worst of all, I hear coworkers quietly say that they are hurting but they are too afraid to report it for fear of being labeled as a complainer or bad worker by management.

Ironically, many of my coworkers who have been saying they are fed up with the long hours at the plant also rely on the overtime to survive financially. Although the cost of living in the Bay Area is among the highest in the nation, pay at Tesla is near the lowest in the automotive industry.

Most Tesla production workers earn between $17 and $21 hourly. The average auto worker in the nation earns $25.58 an hour, and lives in a much less expensive region. The living wage in Alameda county,

EXHIBIT NO. GC-32 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 9-24-18 REPORTER: DY

where we work, is more than $28 an hour for an adult and one child (I have two). Many of my coworkers are commuting one or two hours before and after those long shifts because they can't afford to live closer to the plant.

While working 60–70 hours per week for 4 years for a company will make you tired, it will also make you loyal. I've invested a great deal of time and sacrificed important moments with my family to help Tesla succeed. I believe in the vision of our company. I want to make it better.

I think our management team would agree that our plant doesn't function as well as it could, but until now they've underestimated the value of listening to employees. In a company of our size, an "open-door policy" simply isn't a solution. We need better organization in the plant, and I, along with many of my coworkers, believe we can achieve that by coming together and forming a union.

Many of us have been talking about unionizing, and have reached out to the United Auto Workers for support. The company has begun to respond. In November, they offered a raise to employees' base pay—the first we've seen in a very long time.

But at the same time, management actions are feeding workers' fears about speaking out. Recently, every worker was required to sign a confidentiality policy that threatens consequences if we exercise our right to speak out about wages and working conditions. Thankfully, five members of the California State Assembly have written a letter to Tesla questioning the policy and calling for a retraction.

I'm glad that someone is standing up for Tesla workers, and we need to stand up for ourselves too. The issues go much deeper than just fair pay. Injuries, poor morale, unfair promotions, high turnover, and other issues aren't just bad for workers—they also impact the quality and speed of production. They can't be resolved without workers having a voice and being included in the process.

Tesla isn't a startup anymore. It's here to stay. Workers are ready to help make the company more successful and a better place to work. Just as CEO Elon Musk is a respected champion for green energy and innovation, I hope he can also become a champion for his employees.



GC-33

**GC EXHIBIT 033**

EXHIBIT NO. GC-33 RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 9-24-18 REPORTER: DA



Fair Future at Tesla - UAW
Secure https://www.fairfutureattesla.org
Apps Bookmarks Work Bookmarks webTA Login NLRB Sharepoint Hc Westlaw Gmail CNN Facebook SquirrelMail Login Pin It
Other bookmarks
DRIVING A FAIR FUTURE AT TESLA
BLOG SAFETY YOUR RIGHTS IN LANGUAGE VIDEOS CONTACT ABOUT UAW
SAFETY AT TESLA
DO YOU KNOW YOUR RIGHTS AND HOW TO PROTECT YOUR HEALTH AT WORK? LEARN MORE AND SHARE YOUR STORY.
CLICK TO ENTER
First Name Last Name Email Phone Zipcode GET INVOLVED

GC EXH. 39

EXHIBIT NO. GC-39 RECEIVED ✓ REJECTED ___

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 9-24-18 REPORTER: [illegible]

GC EXH. 40

A Fair Future At Tesla
@AFairFutureAtTesla
Home
About
Events
Photos
Videos
Community
Posts
Poll
Quiz
Info and Ads
Create a Page
DRIVING A FAIR FUTURE
Like
Follow
Share
Sign Up
Send Message
Create Post
Write a post
Photo/Video
Tag Friends
Check in
Photos
"There is no turning back... We will win. We are winning because ours is a revolution of mind and heart..."
DID SOMEBODY SAY
LEAVING WORK
Labor Union in Fremont, California
Community
See All
Invite your friends to like this Page
3 300 people like this
3 439 people follow this
About
See All
44790 S Grimmer Blvd Suite 100
Fremont, California 94538
Get Directions
(510) 877-0829
Typically replies within a day
Send Message
www.fairfutureattesla.org
Labor Union · Nonprofit Organization
Hours
Always Open
Suggest Edits

EXHIBIT NO. GC-40 RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 9-24-18 REPORTER: [illegible]

GC EXHIBIT 042

## Reminder on Accessing Internal Systems

**From:** Ricky Gecewich rgecewich@tesla.com
**To:** Jose Moran jmoran@tesla.com
**Cc:** Emee Cruz emcruz@tesla.com
**Date:** Thursday, October 19, 5:30 PM

Hi Jose,

I wanted to send you a follow-up email to remind you of what we discussed today. As part of our investigation we found that you used an internal system, Workday, for personal purposes and without proper business justification. You are reminded that you should only access internal systems, including Workday, for legitimate and official business purposes. If you fail to comply with this direction in the future Tesla may take disciplinary action up to and including termination.

If you have any questions please reach out either to your HR partner (cc'd) or me.

Thank you for your honesty and partnership throughout this process.

Regards, Ricky

**Ricky Gecewich | Employee Relations | Tesla**
e: ricky@tesla.com | c: (510) 552-5981

The content of this message is the proprietary and confidential property of Tesla Motors. and should be treated as such. If you are not the intended recipient and have received this message in error. please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

GC-42

EXHIBIT NO. GC-42 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc

NO. OF PAGES: 2 DATE: 9-24-18 REPORTER: NH

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-47

Description ______

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn ______
2. Exhibit Rejected ______
3. Other (Explain) Not Produced/Offered

Exhibit retained by GC Counsel

Deborah Gonzalez

Court Reporter

**From:** Jonathan Galescu
**To:** Liza Lipson
**Subject:** Re: The meeting we had last night
**Date:** Thursday, May 25, 2017 5:11:46 PM

---

Thank you have a good 5 days off

Sent from my iPhone

> On May 25, 2017, at 5:08 PM, Liza Lipson <llipson@tesla.com> wrote:
>
> Hi Jonathan,
>
> Thanks for your time last night. Lauren Holcomb is a Sr. EHSS Specialist who works for Tesla. EHSS stands for Environmental, Health, Safety & Sustainability.
>
> Thanks,
> Liza
>
>
> -----Original Message-----
> From: Jonathan Galescu
> Sent: Thursday, May 25, 2017 4:37 PM
> To: Liza Lipson <llipson@tesla.com>
> Subject: The meeting we had last night
>
> Hi Liza
>
> It was nice to meet with you and Laura last night. Can I get Laura last name again her position what it stands for and does she work for tesla if not then where?
>
> Thank you
> Jonathan Galescu
> Sent from my iPhone

EXHIBIT NO. GC-48 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 9-24-18 REPORTER: DH

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-49

Description

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn
2. Exhibit Rejected
3. Other (Explain) Not Produced/offered

Exhibit retained by GC Counsel

Deborah Gonzalez
Court Reporter

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-51

Description

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn
2. Exhibit Rejected
3. Other (Explain) Not Produced/Offered

Exhibit retained by GC Counsel

Deborah Gonzalez
Court Reporter

Message

**From:** Gaby Toledano [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CC8F1A18BBB4618A612647FE8A9854E-GABRIELLE T]
**Sent:** 6/13/2017 8:19:53 PM
**To:** Elon Musk [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b3d59f261f6f431aa9d679f79478e3ab-Elon Musk_7]
**BCC:** Gaby Toledano [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cc8f1a18bbb4618a612647fe8a9854e-Gabrielle T]
**Subject:** RE: Safety (associates to join Safety Team)

Elon,
To be clear, you and I met with Jose Moran and Tony Vega (the nice guy who Jose brought at a "witness") last Wednesday. We did not meet with Jonathan Galescu, but he was in my meeting 1pm last Thursday, along with Jose, Tony, Victor Ortiz and many others. All 4 are pro-union (Jose, Tony, Jonathan and Victor). Jonathan was the most vocal/aggressive in the Thursday meeting. After the meeting he wrote me the nice note I forwarded to you last night and responded to, but in the meeting he tried to get me to ok having Union organizers still come in. Obviously I did not agree. He asked me to put my job on the line if they gave me a chance to improve safety. He was most angry.

So if you want to meet with the same guys we met with last Wednesday, that's Jose Moran and Tony Vega. Tony Vega would be the best add to the Safety team, as he is the most reasonable but also connected with those most active to unionize.

Clearly we could ask all 4 to join Seth's team and go salaried. I am confirming now with Legal that if they join the Safety team then they would then be considered part of management and not eligible to advocate for a union should they accept these roles. I will confirm when I get this answer.

Gaby

**From:** Elon Musk
**Sent:** Monday, June 12, 2017 10:53 PM
**To:** Gaby Toledano <gaby@tesla.com>
**Subject:** Re: Safety

Exactly

On Jun 12, 2017, at 9:41 PM, Gaby Toledano <gaby@tesla.com> wrote:

> I have to say, this is a super smart idea to have these two on the safety team full time. If that's what you mean - they would join Seth's team and work on safety in the factory full time on behalf of all associates (vs work to pull in the UAW)? Amazing way to turn adversaries into those responsible for the problem.
>
> Gaby
>
> On Jun 12, 2017, at 9:20 PM, Seth Woody <sewoody@tesla.com> wrote:
>
>> FYI
>>
>> **From:** Elon Musk
>> **Sent:** Monday, June 12, 2017 9:15 PM
>> **To:** Seth Woody <sewoody@tesla.com>
>> **Cc:** EMDesk <emdesk@tesla.com>
>> **Subject:** Re: Safety

TESLA-UAW-002219

**GC EXHIBIT 052-001**

GC-52

I'm meeting with Jose and Jonathan again in the next few days. Will ask them to join your team full time, so long as they do so in good faith and are truly as committed as they claim to safety.

On Jun 12, 2017, at 9:09 PM, Seth Woody <sewoody@tesla.com> wrote:

> I will touch base with Richard tomorrow. I will be working closely with him, Jose Moran, Jonathan Galescu, and the others that we met with last Thursday. Thanks.
>
> **From:** Elon Musk
> **Sent:** Monday, June 12, 2017 9:06 PM
> **To:** Seth Woody <sewoody@tesla.com>
> **Subject:** Fwd: Safety
>
> Begin forwarded message:
>
> > **From:** Richard Ortiz <riortiz@tesla.com>
> > **Date:** June 12, 2017 at 8:21:38 PM PDT
> > **To:** Elon Musk <erm@tesla.com>
> > **Subject: Fwd: Safety**
> >
> > ---------- Forwarded message ----------
> > From: Richard Ortiz <riortiz@tesla.com>
> > Date: Jun 12, 2017 8:19 PM
> > Subject: Safety
> > To: Josh Hedges <jhedges@tesla.com>
> > Cc:
> >
> > As I have said before I don't believe the problems at Tesla are at the top or at the bottom but in the middle
> > I am sending this out of frustration
> > Tonight while doing my traffic control duties at 8:10 pm two Members of middle management walked up to my intersection not paying any attention at all I had two big loads çoming from both directions I had to just about jump in front of these two to get them to stop then once stopped I had my arm out as I do to let them know not to pass as it was unsafe the big loads when coming have an extremely hard time stopping so I am sure to not let people into the intersection for there own safety
> > But the two of them just walked out and not Evan at a fast pace the drivers yelled and honked but they didn't even look at them I yelled at them they just

EXHIBIT NO. GC-52 RECEIVED ✓ REJECTED ——

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 9-25-18 REPORTER: DA

kept going when line Associate's see this they in turn act the same way I don't know what to make of this but this is a prime example of the Problem

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-53 + GC-54

Description

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn
2. Exhibit Rejected
3. Other (Explain) Not Produced/Offered

Exhibit retained by GC Counsel

Deborah Gonzalez
Court Reporter

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/7/2017 4:55:06 PM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/7/2017 4:55:24 PM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

EXHIBIT NO. GC-55 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 23 DATE: 9-25-18 REPORTER: [illegible]

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/7/2017 5:00:42 PM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/7/2017 5:04:14 PM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/7/2017 5:05:53 PM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/7/2017 5:11:13 PM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/7/2017 5:20:39 PM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**GC EXHIBIT 055-007**

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/7/2017 5:56:45 PM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/7/2017 7:35:02 PM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/7/2017 7:35:30 PM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/7/2017 7:43:41 PM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/7/2017 7:53:46 PM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/7/2017 8:27:02 PM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/8/2017 1:26:57 AM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/8/2017 1:30:47 AM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/8/2017 8:41:56 AM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington; Laura Parzych; Lauren Holcomb; David Oxford; Aleksandra Janevska; Brian Sherman; Jonathan Hung

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/8/2017 8:43:34 AM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington; Laura Parzych; Lauren Holcomb; David Oxford; Aleksandra Janevska; Brian Sherman; Jonathan Hung |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/8/2017 8:45:50 AM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington; Laura Parzych; Lauren Holcomb; David Oxford; Aleksandra Janevska; Brian Sherman; Jonathan Hung

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/8/2017 8:51:07 AM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington; Laura Parzych; Lauren Holcomb; David Oxford; Aleksandra Janevska; Brian Sherman; Jonathan Hung |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/8/2017 8:51:42 AM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington; Laura Parzych; Lauren Holcomb; David Oxford; Aleksandra Janevska; Brian Sherman; Jonathan Hung |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

| | |
|---|---|
| **From:** | Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES> |
| **Sent:** | 6/8/2017 8:56:01 AM |
| **To:** | Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com> |
| **Subject:** | Safety Meeting |
| **Start:** | 6/8/2017 1:00:00 PM |
| **End:** | 6/8/2017 2:00:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Required Attendees:** | Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano |
| **Optional Attendees:** | Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington; Laura Parzych; Lauren Holcomb; David Oxford; Aleksandra Janevska; Brian Sherman; Jonathan Hung |

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

**GC EXHIBIT 055-021**

**From:** Josh Hedges </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BDB6C657277942E39388BC63E0ADCF2E-JOSH HEDGES>
**Sent:** 6/8/2017 12:04:26 PM
**To:** Jose Moran <jmoran@tesla.com>; Seth Woody <sewoody@tesla.com>; Shauna Cort <scort@tesla.com>; HRBP_Ops Leaders <HRBP_OpsLeaders@tesla.com>; Gaby Toledano <gaby@tesla.com>
**Subject:** Safety Meeting
**Start:** 6/8/2017 1:00:00 PM
**End:** 6/8/2017 2:00:00 PM
**Show Time As:** Free

**Recurrence:** (none)
**Required Attendees:** Jose Moran; Seth Woody; Shauna Cort; HRBP_Ops Leaders; Gaby Toledano
**Optional Attendees:** Alaynna Elliot; Kristen Kavanaugh; Liza Lipson; Steven Schwarzer; Richard Ortiz; Jonathan Galescu; Anthony Vega; Hai Nguyen; Michael Catura; Jerome Heard; Branton Phillips; Garrett Green; Krista Washington; Laura Parzych; Lauren Holcomb; David Oxford; Aleksandra Janevska; Brian Sherman; Jonathan Hung

Your meeting was found to be out of date and has been automatically updated.

---

Sent by Microsoft Exchange Server

GC-56

**Elon Musk** @elonmusk

Follow

Replying to @dmatkins137 @ShayneRama @NASA

Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety record is 2X better than when plant was UAW & everybody already gets healthcare.

11:44 PM - 20 May 2018

**89** Retweets **1,491** Likes

296 89 1.5K

**GC EXHIBIT 056**

EXHIBIT NO. GC56 RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc

NO. OF PAGES: 2 DATE: 9-24-18 REPORTER: WM

**EXHIBIT EXCLUDED**

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-57 + GC-58

Description

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn
2. Exhibit Rejected
3. Other (Explain) Not Produced/Offered

Exhibit retained by GC Counsel

Deborah Gonzalez
Court Reporter

Elon Musk Responds to Claims of Low Pay, Injuries, and Anti-Union Policies at Tesla Pl... Page 1 of 3

GC EXHIBIT 059-001

GIZMODO THE A.V. CLUB DEADSPIN JALOPNIK JEZEBEL KOTAKU LIFEHACKER SPLINTER THE TAKEOUT THE ROOT THE ONION CLICKHOLE THE IN

VIDEO REVIEW SCIENCE IO9 FIELD GUIDE EARTHER DESIGN PALEOFUTURE

# Elon Musk Responds to Claims of Low Pay, Injuries, and Anti-Union Policies at Tesla Plant [Updates]

VIDEO REVIEW SCIENCE IO9 FIELD GUIDE EARTHER DESIGN PALEOFUTURE

Bryan Menegus
2/09/17 4:30pm •

288 8

T S L A

Image: AP Photo/Marcio Jose Sanchez, File

Tesla's effort to bring electric cars to the world has often felt like science fiction in real life. CEO Elon Musk's continued defense of and association with the decided anti-science Trump administration has cracked that illusion somewhat, but an alleged employee's impassioned post on the car company's working conditions seems intent on shattering it completely.

Jose Moran claims to be one of Musk's employees working at the Fremont plant, located across the San Fransisco Bay from swanky Palo Alto. It's where all of Tesla's cars are made and where Moran says he has worked for the past four years.

The working conditions described by Moran include "excessive mandatory overtime" which is both draining but necessary to offset the astronomical cost of living in the Bay Area. Tesla workers, according to Moran, make between $17 and $21 hourly, a far cry from the $25.58 he cites as average in the auto industry. The Bureau of Labor Statistics lists the average hourly pay for motor vehicle manufacturing in December 2016 as $29.53.

Frequent, preventable injuries are also a hallmark of the Fremont plant, Moran claims. "A few months ago, six out of eight people in my work team were out on medical leave at the same time due to various work-related injuries," though he alleges that many employees don't speak up about more minor physical ailments to avoid repercussions, real or imagined.

Moran also claims that there were attempts to silence employees and keep them from organizing:

Share Tweet

https://gizmodo.com/elon-musk-responds-to-claims-of-low-pay-injuries-and-a-1792190512
22-60493.3826 TESLA-NLRB-003093 GC-59

**GC EXHIBIT 059-002**

> Many of us have been talking about unionizing, and have reached out to the United Auto Workers for support... But at the same time, management actions are feeding workers' fears about speaking out. Recently, every worker was required to sign a confidentiality policy that threatens consequences if we exercise our right to speak out about wages and working conditions.

Musk refuted all of these claims in a DM to Gizmodo.

"There is sometimes mandatory overtime if we are trying to make up for a production stoppage, but it is dropping almost every week," he wrote.

Regarding potentially low wages, Musk claims that Tesla offers a higher starting pay than those unionized in the United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and that "total compensation is higher for a given level of seniority when factoring in stock grants." How much stock is meted out, to whom, and after how many years of employment was not specified. He further described his car company as "union neutral," and characterized the confidentiality policy as a means to prevent trade secrets from leaking.

Musk even went on the offensive against Moran, attempting to discredit his assertions about Tesla. "Our understanding is that this guy was paid by the UAW to join Tesla and agitate for a union. He doesn't really work for us, he works for the UAW," Musk wrote. He added in a separate response, "Frankly, I find this attack to be morally outrageous. Tesla is the last car company left in California, because costs are so high. The UAW killed NUMMI and abandoned the workers at our Fremont plant in 2010. They have no leg to stand on."

Gizmodo was unable to find anyone by the name of Jose Moran currently working for Tesla on any social media, and his Medium post does not give any contact information.

**Update 2/10/17 8:32am EST:** A Tesla-employed Jose Moran profile has been created on LinkedIn. To the best of our knowledge it did not exist yesterday afternoon.

**Update 2/10/17 9:20am EST:** In a statement this morning UAW categorically denied that Moran had ever been paid by their organization. "Mr. Moran is not and has not been paid by the UAW," the statement claims. "We would hope that Tesla would apologize to their employee." UAW goes on to confirm reporting done by Bloomberg yesterday that "Mr. Moran and others at Tesla, have approached the UAW."

*If you know anything regarding Tesla's Fremont plant or workers' attempts to unionize, shoot an email, message me confidentially on Wickr (sn: trashmouse) or send relevant documents through our Secure Drop site.*

About the author

Bryan Menegus

Bryan Menegus
Senior reporter

Twitter Posts Keys

Share Tweet

EXHIBIT NO. GC-59 RECEIVED ✓ REJECTED ——
CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.
NO. OF PAGES: 3 DATE: 9-26-18 REPORTER: DAF

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-60 + GC-61

Description

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn
2. Exhibit Rejected
3. Other (Explain) Not Produced/offer

Exhibit retained by GC Counsel

Deborah Gonzalez
Court Reporter

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-62

Description 10-13-17 Employee Relations Investigation Report

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn ______
2. Exhibit Rejected ______
3. Other (Explain) Not Offered/GC Took Back To Offer Later

Exhibit retained by GC Counsel

Deborah Gonzaly
Court Reporter

# EXHIBIT EXCLUDED

Leading Case Number:  32-CA-197020

Leading Case Name:  Tesla, Inc.

Exhibit Number:  GC-63 to GC-69

Description:

**The above-referenced exhibit is not included herein for the following reason:**

1. Exhibit Withdrawn:

2. Exhibit Rejected:

3. Other (Explain):  Not produced/Offered Yet

Exhibit Retained By:  GC Counsel

Deborah Gonzalez

Court Reporter

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-70 + GC-71

Description

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn
2. Exhibit Rejected
3. Other (Explain) Not Produced/Offered Yet

Exhibit retained by GC Counsel

Deborah Gonzalez
Court Reporter

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-72

Description 9-8-17 Email from Dave Teston re: Personal Appearance

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn ______
2. Exhibit Rejected ______
3. Other (Explain) Respondent Needs Time To Respond/GC Took Back

Exhibit retained by GC Counsel

Deborah Gonzalez [signature]
Court Reporter

**From:** Kyle Martin </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=5D701DCDFAA04B1EA0CF26502532D00D-KYLE MARTIN>
**To:** Tope Ogunniyi
**Sent:** 8/10/2017 1:36:27 PM
**Subject:** RE: Team wear Follow up

Thanks J

**From:** Tope Ogunniyi
**Sent:** Thursday, August 10, 2017 1:33 PM
**To:** Kyle Martin <kmartin@tesla.com>
**Subject:** RE: Team wear Follow up

Only Jason had the shirt on. Yes, from 310 to 10 I walked it back.

**From:** Kyle Martin
**Sent:** Thursday, August 10, 2017 1:31 PM
**To:** Tope Ogunniyi <aogunniyi@tesla.com>
**Subject:** RE: Team wear Follow up

How many had UAW shirts? And that's all of Final Line?

**From:** Tope Ogunniyi
**Sent:** Thursday, August 10, 2017 1:05 PM
**To:** Kyle Martin <kmartin@tesla.com>
**Subject:** Team wear Follow up

Kyle,
I spoke to the following associates about team wear compliance and the expectation going forward.

Alex Castro Reyes
Darla Phoun
Chhiev Chheuon
Deven Yassay
Chad Chaves
Jason Henry
Chanthoeun Kong
Xavier (QC tech)

**Tope Ogunniyi** | **Associate Manager, General Assembly**
**Tesla, Inc.** | 45500 Fremont Blvd | Fremont, CA 94538
510.557.4625 | aogunniyi@tesla.com

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

Please consider the environment before printing this email.

**GC Exhibit 73**

EXHIBIT NO. GC-73 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 9-26-18 REPORTER: DA

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-74

Description

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn
2. Exhibit Rejected
3. Other (Explain) Not Produced/Offered Yet

Exhibit retained by GC Counsel

Deborah Gonzalez

Court Reporter

FORM NLRB **GC EXHIBIT 075-001**

**SUBPOENA DUCES TECUM**

**UNITED STATES OF AMERICA**
**NATIONAL LABOR RELATIONS BOARD**

PLEASE BRING THIS SUBPOENA WITH YOU REQUIRING YOUR APPEARANCE IN CONNECTION WITH THIS CASE. THE SUBPOENA SHOULD BE GIVEN TO THE BOARD AGENT.

To Custodian of Records, Tesla, Inc.
45500 Fremont Blvd., Fremont, CA 94538-6326

As requested by Edris W.I. Rodriguez Ritchie, Counsel for General Counsel and Noah Garber, Counsel for the General Counsel of the National Labor Relations Board

whose address is 1301 Clay Street, Suite 300N, Oakland, CA 94612-5224
(Street) (City) (State) (ZIP)

YOU ARE HEREBY REQUIRED AND DIRECTED TO APPEAR BEFORE a duly designated Administrative Law Judge of the National Labor Relations Board

at 1301 Clay Street, 5th Floor – North Tower, Conference Room H

in the City of Oakland, CA

on Monday, June 11, 2018 at 9:00 AM or any adjourned

or rescheduled date to testify in Tesla, Inc.
32-CA-197020, 32-CA-197058, 32-CA-197091, 32-CA-197197,
32-CA-200530, 32-CA-208614, and 32-CA-210879
(Case Name and Number)

And you are hereby required to bring with you and produce at said time and place the following books, records, correspondence, and documents:

SEE ATTACHMENT

If you do not intend to comply with the subpoena, within 5 days (excluding intermediate Saturdays, Sundays, and holidays) after the date the subpoena is received, you must petition in writing to revoke the subpoena. Unless filed through the Board's E-Filing system, the petition to revoke must be received on or before the official closing time of the receiving office on the last day for filing. If filed through the Board's E-Filing system, it may be filed up to 11:59 pm in the local time zone of the receiving office on the last day for filing. Prior to a hearing, the petition to revoke should be filed with the Regional Director; during a hearing, it should be filed with the Hearing Officer or Administrative Law Judge conducting the hearing. See Board's Rules and Regulations, 29 C.F.R Section 102.31(b) (unfair labor practice proceedings) and/or 29 C.F.R. Section 102.66(c) (representation proceedings) and 29 C.F.R Section 102.111(a)(1) and 102.111(b)(3) (time computation). Failure to follow these rules may result in the loss of any ability to raise objections to the subpoena in court.

**B-1-118CRIT**

Under the seal of the National Labor Relations Board, and by direction of the Board, this Subpoena is

Issued at Oakland, California

Dated: May 21, 2018

John F. Ring

**John Ring, Chairman**

**NOTICE TO WITNESS.** Witness fees for attendance, subsistence, and mileage under this subpoena are payable by the party at whose request the witness is subpoenaed. A witness appearing at the request of the General Counsel of the National Labor Relations Board shall submit this subpoena with the voucher when claiming reimbursement.

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is mandatory in that failure to supply the information may cause the NLRB to seek enforcement of the subpoena in federal court.

GC-75

**GC EXHIBIT 075-002**

**ATTACHMENT**

**DEFINITIONS AND INSTRUCTIONS**[1]

a. "Document" means any existing printed, typewritten or otherwise recorded material of whatever character, records stored on computer or electronically, records kept on microfiche or written by hand or produced by hand and graphic material, including without limitation, checks, cancelled checks, computer hard drives, discs and/or files and all data contained therein, computer printouts, E-mail communications and records, any marginal or "post-it" or "sticky pad" comments appearing on or with documents, licenses, files, letters, facsimile transmissions, memoranda, telegrams, minutes, notes, contracts, agreements, transcripts, diaries, appointment books, reports, records, payroll records, books, lists, logs, worksheets, ledgers, summaries of records of telephone conversations, summaries of records of personal conversations, interviews, meetings, accountants' or bookkeepers' work papers, records of meetings or conference reports, drafts, work papers, calendars, interoffice communications, financial statements, inventories, news reports, periodicals, press releases, graphs, charts, advertisements, statements, affidavits, photographs, negatives, slides, disks, reels, microfilm, audio or video tapes and any duplicate copies of any such material in the possession of, control of, or available to the subpoenaed party, or any agent, representative or other person acting in cooperation with, in concert with or on behalf of the subpoenaed party.

b. The term "the Employer" or "Respondent" herein refers to Tesla, Inc.

c. The term "the Employer's Fremont Facility" or "Respondent's Fremont Facility" refers to the Respondent's facility located at 45500 Fremont Boulevard, Fremont, California.

d. The term "the Employer's Sparks Facility" or "Respondent's Sparks Facility" refers to the Respondent's facility located at 1 Electric Avenue, Sparks, Nevada.

e. The term "Union" as used herein refers to International Union, United Automobile, Aerospace, and Agricultural Workers of America, AFL-CIO.

f. "Person" or "persons" means natural persons, corporations, limited liability companies, partnerships, sole proprietorships, associations, organizations, trusts, joint ventures, groups of natural persons or other organizations, or any other kind of entity.

---

[1] To the extent that documents or communications responsive to this subpoena include health information protected from disclosure under the Health Information Portability and Accountability Act of 1996, redact all identifiers (including, inter alia, the name, street address, date of birth, and social security number) of the individual who is the subject of that information and of the relatives, employers, or household members of that individual, from the document and ensure that the remaining information could not be used alone or in combination with other information to identify the individual who is the subject of the information or the relatives, employers, or household members of that individual.

EXHIBIT NO. GC-75 RECEIVED ✓ REJECTED ___

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 18 DATE: 9-25-18 REPORTER: DG

g. "Period covered by this subpoena" or "the relevant period of time" means the period from October 18, 2016, through the present, and the subpoena seeks only documents from that period unless another period is specified. This subpoena request is continuing in character and if additional responsive documents come to your attention after the date of production, such documents must be promptly produced.

h. Any copies of documents that are different in any way from the original, such as by interlineation, receipt stamp, notation, or indication of copies sent or received, are considered original documents and must be produced separately from the originals.

i. Electronically stored information ("ESI") should be produced in the form or forms in which it is ordinarily maintained or in a reasonably usable form or forms. The NLRB considers "reasonably usable" productions of ESI to consist of ESI rendered to TIFF or PDF format (discussed below), accompanied by text extracted from the original electronic files and a load file containing metadata extracted and stored in a standard industry format (i.e., a load file suitable for loading into Relativity or a similar review platform). Unless otherwise agreed, the load file should contain: a unique identifier (i.e., Bates number) for each item, custodian, source device, source and folder path, production path, modified date, modified time, to, from, cc, bcc, date sent, time sent, subject, date received, time received, and attachment information (i.e., attachment names and separate fields listing the beginning and ending Bates range(s) of attachment(s)). Where available, message ID and thread ID should also be produced. The General Counsel is amenable to discussing alternative forms of production, and can provide additional load file specifications upon request.

j. All images, paper documents scanned to images, or rendered ESI, shall be produced as 300 dpi single-page TIFF files, CCITT Group IV (2D Compression). Documents should be uniquely and sequentially Bates numbered with an endorsement burned into each image. All TIFF file names shall include the unique Bates number burned into the image. Each Bates number shall be a standard length, include leading zeros in the number, and be unique for each produced page.

k. All spreadsheet and presentation files (e.g., Excel and PowerPoint) shall be produced in the unprocessed "as kept in the ordinary course of business" state (i.e., in native format). The file produced should maintain the integrity of all source, custodian, application, embedded and related file system metadata.

l. All hidden text (e.g., track changes, hidden columns, mark-ups, and notes) shall be expanded and rendered in the image file. For files that cannot be expanded, the native files shall be produced with the image file. All non-graphic embedded objects (Word documents, Excel spreadsheets, .wav files, etc.) that are found within a file shall be extracted and produced. For purposes of production the embedded files shall be treated as attachments to the original file, with the parent/child relationship preserved.

m. Respondent shall identify, collect, and produce any and all data which is responsive to this subpoena which may be stored in audio or video recordings, cell phone/PDA/Blackberry/smart phone data, tablet data, voicemail messaging data,

GC EXHIBIT 075-004

instant messaging, text messaging, conference call data, video/audio conferencing (e.g., GoTo Meeting, WebEx), and related/similar technologies. However, such data, logs, metadata or other related files, as well as other less common but similar data types, shall be produced after consultation with and written consent of the General Counsel about the format for the production of such data. Prior to any production of responsive data from Social Media (e.g., Twitter, Facebook, Google+, Linkedin, etc.) Respondent shall first discuss with the General Counsel the potential export formats before collecting the information.

n. Photographs shall be produced as single-page JPG files with a resolution equivalent to the original image as they were captured/created.

o. De-duplication of exact copies within a custodian's data may be done, but all file paths and custodians must be provided for each duplicate document. The recipient shall not use any other procedure to cull, filter, group, separate or de-duplicate, or near de-duplicate, etc. (i.e., reduce the volume of) responsive material before discussing with and obtaining the written approval of the General Counsel. All objective coding (e.g., near duplicate ID or e-mail thread ID) shall be discussed and produced to the General Counsel as additional metadata fields. Respondent shall not employ analytic software or technology to search identify, or review potentially responsive material, including but not limited to technology assisted review (TAR) or predictive coding, without first discussing with the General Counsel.

p. If any document covered by this subpoena contains codes or classifications, all documents explaining or defining the codes or classifications used in the document must also be produced.

q. Electronically stored information should be produced in the form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

r. Whenever used in this subpoena, the singular shall be deemed to include the plural, and vice versa; the present tense shall be deemed to include the past tense and vice versa; references to parties shall be deemed to include any and all of their officers, agents and representatives; the masculine shall be deemed to include the feminine and vice versa; the disjunctive "or" shall be deemed to include the conjunctive "and" and vice versa; and each of the words "each", "any", "every", and "all" shall be deemed to include each of the other words.

s. The terms "copy" or "copies" shall refer to exact and complete copies of original documents. Copies may be produced in lieu of originals, provided that such copies are exact and complete copies of original documents and that the original documents be made available at the time of production for the purposes of verifying the accuracy of such copies. Any copies of original documents which are different in any way from the original, whether by interlineation, receipt, stamp, notations, indication of copies sent or received, or otherwise, shall themselves be considered original documents and must be produced separately from the originals or copies of originals.

**GC EXHIBIT 075-005**

t. Documents subpoenaed shall include all documents in your physical possession, custody, or control, your present or former supervisors, agents, attorneys, accountants, advisors, investigators, and any other persons and companies directly or indirectly employed by, or connected with you.

u. This request contemplates production of responsive documents in their entirety, without abbreviation or expurgation.

v. If any document responsive to this subpoena is withheld from production on the asserted ground that it is privileged, identify and describe:

(a) the privilege claimed;
(b) the author;
(c) the recipient;
(d) the date of the original document; and
(e) the subject matter of the document.

w. All documents produced pursuant to this subpoena should be organized by the subpoena paragraph that each document or set of documents is responsive to, and labels referring to that subpoena paragraph should be affixed to each document or set of documents.

x. For the purpose of reducing delay or expense, an agent of the National Labor Relations Board will be available to meet with you, or your designated or legal representative, at a mutually agreed-upon time and place, prior to the return date of the subpoena, for the purpose of examining and/or copying documents subpoenaed, and/or to enter into stipulations concerning the contents of the subpoenaed documents.

y. Any custodian of records of any entity subpoenaed shall be one or more designated agents with knowledge sufficient to testify in detail concerning the contents of documents to be produced.

z. If any document responsive to any request herein was, but no longer is, in your possession, custody or control, identify the document (stating its date, author, subject, recipients and intended recipients); explain the circumstances by which the document ceased to be in your possession, custody or control, and identify (stating the person's name, employer title, business address and telephone number, and home address and telephone number) all persons known or believed to have the document or a copy thereof in their possession, custody or control.

aa. If any document responsive to any request herein was destroyed, discarded, or otherwise disposed of for whatever reasons, identify the document (stating its date, author, addressee(s), recipients and intended recipients, title and subject matter); explain the circumstances surrounding the destruction, discarding or disposal of the documents, including the timing of the destruction, discharging or disposal of the

**GC EXHIBIT 075-006**

document, and identify all persons known or believed to have the document or a copy thereof in their possession, custody or control.

bb. Provide the following information regarding production of subpoenaed emails:

a. Whose email was searched;
b. What email was searched;
c. For each custodian's mailbox, what folders, archives and document management systems were searched;
d. Indicate whether the search included both email stored on the Employer's server for its company email system, and email stored in personal folders and archives on individual computers;
e. Indicate whether the search include email hosted on third-party service providers such as Google or Yahoo, including both company and personal accounts used by custodians for work-related communications;
f. How the search was conducted;
g. Who conducted the searches, and what search software and/or search terms were used to locate emails.

cc. Unless otherwise stated, this subpoena does not supersede, revoke or cancel any other subpoena(s) previously issued in this proceeding.

## DOCUMENTS TO BE PRODUCED

1. A copy of confidentiality agreements applicable to statutory employees at Respondent's Fremont Facility during the relevant period of time, including all versions of such agreements.

2. To the extent not provided in Request No. 1, documents that refer to, reflect, or memorialize any rules or policies applicable to statutory employees at Respondent's Fremont Facility during the relevant time period on the topic of public information, confidential information, communication with media, the discussion of confidential information, the use of social media, the reference to Respondent in books or blogs, and consequences for any violations of any such policies or rules.

3. Documents, including, but not limited to, contracts, employee handbooks, house rules, codes of conduct, or other work rules, in either written or electronic form, in effect during the relevant period of time at Respondent's Fremont Facility, regarding employees discussing Respondent's work rules and/or confidentiality agreement, sharing Respondent's work rules and/or confidentiality agreement with other employees or third-parties, or taking pictures of Respondent's work rules and/or confidentiality agreement.

4. Documents, including, but not limited to, contracts, employee handbooks, house rules, codes of conduct, or other work rules, in either written or electronic form, in effect during the relevant period of time at Respondent's Fremont Facility,

**GC EXHIBIT 075-007**

regarding off-duty employees leafleting, distributing flyers, or otherwise distributing documents in the parking lot of Respondent's Fremont Facility.

5. To the extent not included in Request No. 4, documents reflecting the policies or rules regarding the seeking of preapproval from Respondent, or any of its agents, prior to statutory employees' distributing written materials in effect during the relevant period of time at Respondent's Fremont Facility.

6. Documents requesting employees, during the relevant period of time, at Respondent's Fremont Facility to sign, whether written or electronic, agreements on the topic of confidentiality, communication with media, the discussion of confidential information, the use of social media, the reference to Respondent in books or blogs, and consequences for any violations of any such policies or rules.[2]

7. Documents reflecting all internal company communications from January 1, 2016 to the present that discuss, refer to, mention or name the International Union, United Automobile, Aerospace, and Agricultural Workers of America, AFL-CIO or the UAW or unions including, but not limited to, emails or other communications sent or received by Elon Musk, Mark Lipscomb, Emma Cruz, Liza Lipscomb, Seth Woody, David Zweig, Juan Martinez, Andrew McIndoe, Tope Ogunniyi, Victor Facha, Time Fenelon, Homer Hunt, Armando Rodriguez, Dave Teston, any security guard or individual providing security services, Lauren Holcomb, or Ricky Gecewich.

8. To the extent not covered by Request No. 7 above, documents reflecting all internal company communications from January 1, 2016 to the present that contain the words "union", "Union", "union organizing", "Union organizing", "organizing campaign", "organizing activities", "leafleting", "union shirts", "unionizing", "Unionizing", "worksafe", "CalOSHA 300 logs", "workday use", and "Workday use" sent or received by Elon Musk, Mark Lipscomb, Emma Cruz, Liza Lipscomb, Seth Woody, David Zweig, Juan Martinez, Andrew McIndoe, Tope Ogunniyi, Victor Facha, Time Fenelon, Homer Hunt, Armando Rodriguez, Dave Teston, any security guard or individual providing security services, Lauren Holcomb, or Ricky Gecewich.

9. Documents reflecting any statements made between January 1, 2016 to the present by Respondent, including correspondence to any public entity, statements to shareholders, and press releases, on the topic of the Union, unions, confidentiality, unionizing, "Jose Moran", and/or "Richard Ortiz".

10. Documents and data reflecting or referring to any statements made by Elon Musk between June 1, 2016 and the present, including statements made on any social

[2] In lieu of a response to Request No. 6, Counsel for the General Counsel is willing to enter into a stipulation with the parties on the topic of Respondent requiring that statutory employees at Respondent's Fremont Facility, as a condition of employment and during the relevant time period, sign confidentiality agreements.

media platform or sent via direct message using any communication platform (including those reported by Gizmodo on or about February 9, 2017), on the topic of unions, the Union, unionizing, leafleting, the distribution of flyers/shirts, union shirts, "Jose Moran", or "Richard Ortiz". The term "social media" shall include, but is not limited to, the platforms of Facebook, Twitter, Instagram, Snapchat, Tumblr, Weibo, Reddit, Flickr, LinkedIn, YouTube, and Google+.

11. Documents reflecting policies in effect at Respondent's Fremont and Sparks Facility regarding employees discussing safety issues and/or concerns with other employees, labor unions, or other third parties during the relevant period of time.

12. Documents, including, but not limited to, contracts, employee handbooks, house rules, codes of conduct, work rules, the Team Wear rule/policy, or other work rules, in effect during the relevant period of time at Respondent's Fremont and Sparks Facility, governing the clothing employees are permitted to wear while on-duty at Respondent's Fremont and Sparks Facility, respectively.

13. Documents, including, but not limited to, contracts, employee handbooks, house rules, codes of conduct, or other work rules, in either written or electronic form, in effect during the relevant period of time at Respondent's Fremont Facility, regarding Fremont employees' use of WorkDay, including, but not limited to, any document signed or given to statutory employees during the relevant time period on the topic of WorkDay use or misuse.

14. Documents, including, but not limited to, contracts, employee handbooks, house rules, codes of conduct, or other work rules, in either written or electronic form, in effect during the relevant period of time at Respondent's Fremont Facility, regarding Fremont access to the Fremont Facility by any person, including the Fremont Facility parking lot.

15. Documents, including, but not limited to, contracts, employee handbooks, house rules, codes of conduct, or other work rules, in either written or electronic form, in effect during the relevant period of time at Respondent's Fremont Facility, regarding employees' participation and/or cooperation in workplace investigations.

16. Documents, including, but not limited to, video recordings or surveillance recordings of the exterior portions of Respondent's Fremont Facility on February 10, 2017, reflecting interactions between Respondent's supervisors/agents/security guards and individuals leafleting, distributing flyers, or otherwise distributing documents outside of Respondent's Fremont Facility.

17. Documents, including, but not limited to, video recordings or surveillance recordings of the exterior portions of Respondent's Fremont Facility on May 24, 2017, reflecting interactions between Respondent's supervisors/agents/security

**GC EXHIBIT 075-009**

guards and individuals leafleting, distributing flyers, or otherwise distributing documents outside of Respondent's Fremont Facility.

18. Documents, including, but not limited to, emails, letters, notices, investigations, investigatory reports, investigatory notes, investigatory interviews, videos, pictures, complaints, incident reports, or other documents, in written or electronic form, that reflect interactions between Respondent's supervisors/agents/security guards and individuals leafleting, distributing flyers, or otherwise distributing documents outside of Respondent's Fremont Facility around February 10, 2017 and around May 24, 2017.

19. To the extent not provided in response to Request No. 18, documents, including, but not limited to, emails, letters, investigations, investigatory reports, investigatory notes, investigatory interviews, videos, pictures, complaints, incident reports, or other documents, in written or electronic form, regarding complaints by employees about individuals leafleting, distributing flyers, or otherwise distributing documents outside of Respondent's Fremont Facility around February 10, 2017 and around May 24, 2017.

20. Documents, including, but not limited to, emails, investigations, complaints, verbal or written disciplines, incident reports, or other documents, in written or electronic form, that reflect employee injuries, employee discipline, employee disputes, work related problems, or manufacturing defects or any other manufacturing problems, during the relevant period of time at Respondent's Fremont or Sparks Facility, as a result of employees allegedly not following Respondent's Team Wear rule/policy and/or wearing shirts or hats with Union insignia.

21. To the extent not already provided in response to Request No. 20, documents, including, but not limited to, emails, investigations, complaints, verbal or written disciplines, incident reports, invoices, or other documents, in written or electronic form, that reflect any damage or mutilation caused to Tesla automotive products and/or parts manufactured by Tesla or otherwise used in Tesla automobiles in the General Assembly area by the use of non-teamwear compliant clothing, including union shirts during the relevant period of time.

22. The shirt and pants Respondent provides to employees of the General Assembly line pursuant to the Respondent's team wear policy applicable to General Assembly employees at Respondent's Fremont Facility during the relevant period of time.

23. Documents memorializing any discussions between Armando Rodriguez and employees during the pre-shift meeting(s) held by Supervisor Armando Rodriguez around March 23, 2017 at Respondent's Fremont Facility.

**GC EXHIBIT 075-010**

24. Documents reflecting any statements made by Armando Rodriguez to employees of Respondent's Fremont Facility during the pre-shift meeting(s) around March 23, 2017, including copies of Armando Rodriguez's black book used to take notes.

25. Documents, including, but not limited to, notes, e-mails, bullet points, flyers, notices, postings, written memorializations of verbal discussions, or other documents, in written or electronic form, that pertain to employees' use of CalOSHA 300 logs, including, but not limited to, e-mails between employees and any agent of the Respondent referring to the use of CalOSHA 300 logs between April 1, 2017 to the present.

26. Documents, in written or electronic form, that reflect the discussions between Director of Global Environmental Health and Safety Seth Woody and Fremont Facility employees regarding the topic of the use of CalOSHA 300 logs on or about April 28, 2017.

27. Documents, in written or electronic form, that reflect the discussions between Associate Human Resources Manager Liza Lipson and Fremont Facility employees regarding the use of CalOSHA 300 logs on or about May 24, 2017.

28. Documents, in written or electronic form, that reflect the discussions between Supervisor Homer Hunt and Fremont Facility employees in or about August 2017 regarding the topic of employees selecting a union as a bargaining representative and/or a union representing employees at the Respondent's Fremont Facility.

29. Documents, in written or electronic form, that reflect the discussions between Supervisor Tope Ogunniyi and Fremont Facility employees between August 1, 2017 and September 31, 2017 regarding the topic of employee team wear.

30. Documents, in written or electronic form, that reflect the discussions between Associate Manager of Training Dave Teston and Sparks Facility employees on or about September 8, 2017.

31. Documents, in written or electronic form, that reflect the discussions between Principal Employee Relations Partner Ricky Gecewich and Fremont Facility employees around September 21, 2017, and October 19, 2017, regarding Facebook postings and/or employee use of WorkDay.

32. Documents, including, but not limited to, e-mails, text messages, or other electronic messages sent between Director of Human Resources for

Manufacturing Josh Hedges and Respondent Fremont Facility employee Travis Pratt on the topic of social media postings in September and October 2017.

33. Documents, including, but not limited to, e-mails, text messages, or other electronic messages sent by Travis Pratt or Bryan Kositch to any agent of Respondent on the topic of social media postings in September and October 2017.

34. Documents, including, but not limited to emails, text messages, or other electronic messages sent by Principal Employee Relations Partner Ricky Gecewich to Fremont Facility employees around October 19, 2017, regarding employee use of WorkDay.

35. The complete personnel file, excluding confidential medical records, of Fremont Facility employee Jose Moran.

36. The complete personnel file, excluding confidential medical records, of former Fremont Facility employee Richard Ortiz.

37. Documents reflecting all information, including, but not limited to, witness statements, video recordings, investigatory interviews, investigatory notes, investigatory reports, disciplines, written memorializations of conversations, or incident reports, in written or electronic form, that the Employer relied upon in deciding to discipline Jose Moran around October 19, 2017.

38. Documents reflecting all information, including, but not limited to, witness statements, video recordings, investigatory interviews, investigatory notes, investigatory reports, disciplines, written memorializations of conversations, or incident reports, in written or electronic form, that the Employer relied upon in deciding to terminate Richard Ortiz around October 19, 2017.

39. Documents, including, but not limited to, disciplines, suspensions, written warnings, written memorializations of verbal warnings, write-ups, counselings, written memorializations of verbal counselings, last-chance agreements, or terminations, in written or electronic form, that Respondent issued during the relevant period of time to Fremont Facility employees for alleged use or misuse of WorkDay.

40. Documents, including, but not limited to, disciplines, suspensions, written warnings, written memorializations of verbal warnings, write-ups, counselings, written memorializations of verbal counselings, last-chance agreements, or terminations, in written or electronic form, that Respondent issued during the

**GC EXHIBIT 075-012**

relevant period of time to Fremont Facility employees for alleged dishonesty or lying.

41. Documents, including, but not limited to, disciplines, suspensions, written warnings, written memorializations of verbal warnings, write-ups, counselings, written memorializations of verbal counselings, last-chance agreements, or terminations, in written or electronic form, that Respondent issued during the relevant period of time to Fremont Facility employees for conduct related to employee cooperation in a workplace investigation.

42. Documents, including, but not limited to, disciplines, suspensions, written warnings, written memorializations of verbal warnings, write-ups, counselings, written memorializations of verbal counselings, last-chance agreements, or terminations, in written or electronic form, that Respondent issued during the relevant period of time to Fremont Facility employees for alleged use of social media.

43. Documents, including, but not limited to, disciplines, suspensions, written warnings, written memorializations of verbal warnings, write-ups, counselings, written memorializations of verbal counselings, last-chance agreements, or terminations, in written or electronic form, that Respondent issued during the relevant period of time to Fremont Facility employees for allegedly lying during a work-related investigation conducted by Respondent.

44. Documents that reflect the layout of Respondent's Fremont Facility on February 10, 2017 and May 24, 2017, including any documents submitted by Respondent to any governmental entity reflecting the layout of the Respondent's Fremont Facility. For any document produced in response to this request, documents that reflect the identity of the person who created or produced the document and the date the document was created or produced.

45. To the extent not provided in response to Request No. 44, documents that depict each exterior ingress and egress of Respondent's Fremont Facility on February 10, 2017 and May 24, 2017. For any document produced in response to this request, documents that reflect the identity of the person who created or produced the document and the date the document was created or produced.

46. To the extent not provided in response to Request Nos. 44 or 45, photographs depicting each exterior ingress and egress of Respondent's Fremont Facility as they existed on February 10, 2017 and May 24, 2017. For any document produced in response to this request, documents that reflect the identity of the

person who created or produced the document and the date the document was created or produced.

47. To the extent not provided in Response to Request Nos. 44, 45, or 46, documents that reflect the layout of Respondent Fremont Facility's parking lot on February 10, 2017 and May 24 2017.

48. The names, addresses, e-mail addresses, telephone numbers, and any other contact information of any individual providing security services at Respondent's Fremont Facility on February 10, 2017 and May 24, 2017.

49. Documents showing the name of every security guard stationed or working at Respondent's Fremont Facility on February 10, 2017 and May 24, 2017, and a copy of each individual's identification badge.

50. Documents that have a photograph, or WorkDay profile that contains a photo, of any individual directly employed by Tesla to provide security services or who provide security services for Tesla at Respondent's Fremont Facility on February 10, 2017 and May 24, 2017.

51. Documents that reflect the photographs and Workday profiles of any individual who provided security services at Respondent's Fremont Facility on February 10, 2017 and May 24 ., 2017.

52. Documents that memorialize or reflect any agreements for the provision of security guard services at the Respondent's Fremont Facility during the relevant time period.

53. The licensing agreement between Respondent and Workday for use of Workday products or services by employees at Respondent's Fremont facility.

54. Documents that reflect the terms of use of Workday that apply to users of Workday at Respondent's Fremont Facility during the relevant period of time.

55. Documents that have any photographs of employee identification cards taken by individuals providing security services at Respondent's Fremont Facility on or about February 10, 2017 and May 24, 2017.

**GC EXHIBIT 075-014**
**Case 32-CA-197020**
Custodian of Records
**B-1-118CRIT**

7014 2120 0001 7952 0568

**RETURN OF SERVICE**

I certify that, being a person over 18 years of age, I duly served a copy of this subpoena

**(Check method used.)**

- ☐ by person
- ☒ by certified mail
- ☐ by registered mail
- ☐ by telegraph
- ☐ by leaving copy at principal office or place of business at

on the named person on 5-21-18

(Month, day, and year)

[signature]

(Name of person making service)

[signature]

(Official title, if any)

**CERTIFICATION OF SERVICE**

I certify that named person was in attendance as a witness at

on

(Month, day or days, and year)

(Name of person certifying)

(Official title)

**GC EXHIBIT 075-015**

**ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFICES IN THE CAROLINA...**

# USPS Tracking®

**FAQs > (http://faq.usps.com/?articleId=220900)**

**Track Another Package +**

**Tracking Number:** 70142120000179520568

Remove X

**Expected Delivery on**

**THURSDAY**

**24** MAY 2018 ⓘ

by **8:00pm** ⓘ

May 24, 2018 at 11:07 am
Delivered, Left with Individual
FREMONT, CA 94538

Feedback

**Tracking History**

**May 24, 2018, 11:07 am**
Delivered, Left with Individual
FREMONT, CA 94538
Your item was delivered to an individual at the address at 11:07 am on May 24, 2018 in FREMONT, CA 94538.

**May 24, 2018, 7:40 am**
Out for Delivery
FREMONT, CA 94538

**May 24, 2018, 7:30 am**
Sorting Complete
FREMONT, CA 94538

**May 24, 2018, 3:51 am**
Arrived at Unit
FREMONT, CA 94538

GC EXHIBIT 075-016

**May 23, 2018, 7:10 pm**
Departed USPS Regional Facility
SAN JOSE CA DISTRIBUTION CENTER

**May 23, 2018, 12:37 am**
Arrived at USPS Regional Facility
SAN JOSE CA DISTRIBUTION CENTER

**May 22, 2018**
In Transit to Next Facility

**May 21, 2018, 10:23 pm**
Arrived at USPS Regional Facility
OAKLAND CA DISTRIBUTION CENTER

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

Feedback

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

GC EXHIBIT 075-017

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.
- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTra**

Feedback

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

EXHIBIT EXCLUDED

Leading Case Number 32-CA-197020

Leading Case Name Tesla, Inc.

Exhibit Number GC-76

Description

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn
2. Exhibit Rejected
3. Other (Explain) Not Produced/Offered Yet

Exhibit retained by GC Counsel

Deborah Gonzalez
Court Reporter

Gerardo

Aug 10, 2017, 9:27 AM

Mosh getting packed

Due to these failures

Aug 10, 2017, 11:35 AM

Jayson is requesting a TeamWear Policy form or some sort of documentation

Okay let me get a copy of that. Please hold. I will come talk to him as well

I'm looking for one lol can't find it not under GA expectations

Sent u an email

EXHIBIT NO. GC-77 RECEIVED ✓ REJECTED ——
CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.
NO. OF PAGES: 2 DATE: 9-28-18 REPORTER: DM

OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 32

In the Matter of:

| | |
|---|---|
| TESLA, INC., | Case Nos. 32-CA-197020 |
| | 32-CA-197058 |
| and | 32-CA-197091 |
| | 32-CA-197197 |
| MICHAEL SANCHEZ, an Individual, | 32-CA-200530 |
| | 32-CA-208614 |
| and | 32-CA-210879 |
| | 32-CA-220777 |

JONATHAN GALESCU, an Individual,

and

RICHARD ORTIZ, an Individual,

and

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO,

Charging Party,

______________________

______________________

JOINT EXHIBITS

Place: Oakland, California

Dates: September 28, 2018

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

escribers
www.escribers.net | 800-257-0885

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
DIVISION OF JUDGES
SAN FRANCISCO BRANCH OFFICE

TESLA, INC.

and

MICHAEL SANCHEZ, an Individual

And

JONATHAN GALESCU, an Individual

and

RICHARD ORTIZ, an Individual

and

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO

Cases 32-CA-197020
32-CA-197058
32-CA-197091
32-CA-197197
32-CA-200530
32-CA-208614
32-CA-210879

**ORDER DENYING IN PART AND GRANTING IN PART RESPONDENT'S PETITION TO REVOKE**

The General Counsel has served subpoena B-1-118CRIT on Respondent in in this matter. Respondent filed a petition to revoke on many paragraphs of the subpoena, refusing to provide the requested documents. Respondent also filed an amended petition to revoke due to a numbering error. The General Counsel opposed the petition to revoke, and then requested additional time to respond to the amendment. Despite granting the General Counsel additional time, the General Counsel did not file a response. Respondent appears to agree to provide certain responsive documents, and I urge Respondent to turn these documents over to the General Counsel in advance of the hearing. These documents may well help to resolve these disputes.

Regarding the subpoena, a brief discussion of the legal framework regarding the basis for granting or denying motions to revoke subpoenas is warranted. Section 11(1) of the Act specifically provides that the Board shall revoke a subpoena only:

> ...if in its opinion the evidence whose production is required does not relate to any matter under investigation, or any matter in question in such proceedings, or if in its opinion such subpoena does not describe with sufficient particularity the evidence whose production is required. Subpoenaed information must be produced if the information sought is "not plainly incompetent or irrelevant to any lawful purpose." *Endicott Johnson Corp. v. Perkins,* 317 U.S. 501, 509 (1943).

Jt. Exh. 2

In this regard, I note that the Board and the courts have interpreted the concept of relevance, for subpoena purposes, quite broadly. Thus, subpoenaed information should be produced if it relates to any matter in question, or if it can provide background information or lead to other evidence potentially relevant to an allegation in the complaint. Board Rules, Section 102.31(b); *Perdue Farms,* 323 NLRB 345, 348 (1997), affd. in relevant part 144 F.3d 830, 833-834 (D.C. Cir. 1998) (the information needs to be only "reasonably relevant").

Although relevance is defined broadly, it is not unlimited, and a clear and valid nexus must exist between the issues raised by the pleadings and the items sought by the subpoena. Additionally, I must give proper consideration to issues of privacy and confidentiality, particularly if the potential relevance of subpoenaed items is only marginal. Moreover, even if the sought-after evidence may arguably be relevant, I must also take into consideration, pursuant to the Federal Rules of Evidence (FRE) Section 403, whether the evidence's probative value may be outweighed by the danger that such evidence may cause unfair prejudice, undue delay, confuse the issues, or be cumulative in nature and ultimately burden the record and thus delay the hearing. Thus, it serves no purpose to allow voluminous materials to be subpoenaed if such items are unlikely to be admitted as evidence during the course of the trial due to their marginal relevance. These principles apply not only to the subpoena issued by the General Counsel; but also to the subpoenas issued by the other parties to this case.

Moreover, the issue of computer records appears to be prominent in this controversy despite this complaint concerning many straight-forward Section 8(a)(1) allegations and a few Section 8(a)(3) allegations. According to FRCP 26(b)(2)(B):

> A party need not provide discovery of electronically stored information from sources that the party identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the party from whom discovery is sought must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C).

FRCP 26(b)(2)(C) states that, on a party's motion or on its own, a court "must" limit the frequency or extent of discovery if: (i) the discovery sought is "unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive," . . or (iii) "the proposed discovery is outside the scope permitted by Rule 26(b)(1)" [which, as discussed above, sets forth a balancing test].

In *CNN America*, 352 NLRB 675, 676 (2008), the Board indicated that, if the subpoenaed party makes a "plausible argument" that production of certain types of information in electronic form would be disruptive of its business operations, then the judge should "strike a balance between the competing interests of the parties in the relevancy and necessity of the information and the potential cost and burdensomeness of its production in the form requested." The Board indicated that, in performing the analysis, the judge should apply the Federal Rules of Civil Procedure and the factors set forth in *The Sedona Principles: Best Practices, Recommendations*

EXHIBIT NO. JT-2 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 9 DATE: 9-25-18 REPORTER: DG

*& Principles for Addressing Electronic Document Production,* Second Edition (June 2007), available at https://thesedonaconference.org/publications. Here, Respondent claims that the search terms offered by the General Counsel yield a burdensome result. No matter the terms used, or disagreement on the search process, Respondent, as the subpoenaed party, must conduct a reasonable search when responding to requests—this search need not be perfect. See *Reinsdorf v. Sketchers U.S.A. Inc.*, 296 FRD 604, 614 (2013). This search should be reasonable, but not necessarily "error-free." Id. at 615. **At this point, the parties are ordered to continue to meet and confer to resolve this dispute before June 11, 2018 with *The Sedona Principles* in mind, focusing on principle 2.**

Before I discuss each subpoena request and petition to revoke, I note that Respondent asserts that in all subpoena requests not specifically discussed in the petition that it will provide responsive documents to the extent the documents are not protected from attorney-client privilege, work product doctrine, trade secrets and proprietary business information. Unless otherwise stated, all rulings herein requiring the production of subpoenaed documents are without prejudice to the right of the subpoenaed party to assert that a particular responsive document or portion thereof is privileged or protected from disclosure under federal court and/or Board rules or precedent. In that event, however, the party must provide sufficient information to evaluate the asserted privilege, including a privilege log and supporting affidavits if necessary. See, e.g., *In re Grand Jury Subpoena*, 274 F.3d 563, 576 (1st Cir. 2001); *Holifield v. U.S.*, 901 F.2d 201, 204 (7th Cir. 1990); and *Friends of Hope Valley v. Frederick Co.*, 268 F.R.D. 643, 651-652 (E.D. Cal. 2010). If the party fails to demonstrate sufficient grounds for protection, the privilege may be found to have been waived. *In re Grand Jury Subpoena,* above.

It is well established that the party arguing that a subpoena is burdensome, or overbroad, or that it seeks to intrude into private, confidential or proprietary information bears the burden of showing such is the case. See, e.g., *NLRB v. Carolina Food Processors, Inc.*, 81 F.3d 507, 513-514 (4th Cir. 1996); *NLRB v. G.H.R. Energy Corp.*, 707 F. 2d 110. 115 (5th Cir. 1982); this burden "is not easily met." *EEOC v. Maryland Cup Corp.*, 785 F.2d 471, 477 (4th Cir. 1986). Moreover, even if Respondent could show, for example, that there was reasonable cause to believe that disclosure of certain confidential or private information would cause clearly defined and serious harm, a protective order could be sought to limit disclosure or redact the documents in question. Finally, as noted by the General Counsel in its opposition, the time period for this request for responsive documents is October 18, 2016 to the present, and should be the time period followed unless otherwise noted below.

With the above in mind, I address the disputed requests as follows (the General Counsel does not address requests #6, 12, 14, 16, 17, 22, 35-38):

1. Requests #1-3:

I order Respondent to produce documents responsive to request #1. In agreement with the General Counsel, I find that the request for confidentiality agreements in request #1 is relevant to this matter. The requested items are clearly relevant in view of the pleadings. Accordingly, any argument that such information is overbroad, ambiguous and irrelevant is without merit. In addition, I order Respondent to produce documents responsive to request #2 and 3 as indicated in its petition to revoke.

2. Requests #4-5:

I order Respondent to produce documents responsive to requests #4 and 5. In agreement with the General Counsel, I find that the requests are reasonably relevant to this matter in view of the pleadings. Accordingly, any argument that such information is overbroad, ambiguous and irrelevant is without merit.

3. Requests #7-8:

With regard to requests 7 and 8, I grant Respondent's motion to revoke. I also agree with Respondent that animus is reasonably relevant to the two Section 8(a)(3) allegations, and thus, would limit the scope of the request to the discriminatees and the decision makers for 6 months prior to their alleged disciplinary actions to the present. I urge the parties to resolve this particular issue where Respondent would provide reasonably relevant as it identified.

While the General Counsel's objective in seeking these documents is not completely clear, it appears, based on its response to Respondent's motion, that it seeks evidence of general union animus in the months preceding the events alleged in the complaint. This is an invalid use by the General Counsel of its trial subpoena power for two reasons. First, we must presume that the General Counsel had sufficient and even significant evidence of animus *before* it issued complaint in this matter, otherwise a crucial and indispensable element of its prima facie case in the alleged Section 8(a)(3) violations would be missing, arguably depriving the General Counsel of its authority to issue complaint on this issue in the first place.[1] It is well established that evidence of animus is normally derived through the public statements and/or conduct of the employer, and can also be inferred by other means, such as the timing of events. The General Counsel need not, and should not, resort to subpoenaing what would likely amount to thousands of internal communications regarding discussions about the topic of "unions" in the hope of finding evidence of something it already has—or should have.[2] Moreover an employer's anti-union views are protected by Section 8(c) of the Act, not to mention the First Amendment, unless these views are expressed in a coercive or threatening manner. Private and confidential communications between managers and or agents of employers in this context cannot by definition be coercive or threatening, and thus Section 8(c)—which states such statements or views "shall not constitute *or be* evidence of an unfair labor practice" --would appear to preclude the General Counsel from using these statements as evidence of animus, since animus is an essential element in establishing a violation of Section 8(a)(3). In sum, these paragraphs of the subpoena overreach and are overly broad, and I thus grant Respondent's motion to revoke.

4. Request #9-10:

I grant Respondent's request except to the extent of documents concerning Jose Moran and Richard Ortiz. The General Counsel's request of overbroad and not readily apparent as to how the documents unrelated to the alleged discriminatees is related to the complaint.

---

[1] I would also note that animus is not necessary or relevant in establishing Section 8(a)(1) violations.

[2] Indeed, the General Counsel, even with additional help, would likely be overwhelmed by the production of this large volume of documents (as also requested in other parts of the subpoena), which it would not be able to review in the space of a few days, let alone a few hours. This would likely result in its request to delay or postpone the proceedings. I conclude such delay would be unnecessary and improper in these circumstances.

5. Request #11:

I order Respondent to produce documents responsive to request #11. In agreement with the General Counsel, I find that the requests are reasonably relevant to this matter in view of the pleadings. Accordingly, any argument that such information is overbroad, ambiguous and irrelevant is without merit.

6. Requests #13 and 15:

I order Respondent to produce documents responsive to requests #13 and 15 from August 2017 to the present. In agreement with the General Counsel, I find that the requests are reasonably relevant to this matter in view of the pleadings, and the time frame reasonable. Accordingly, any argument that such information is overbroad, ambiguous and irrelevant is without merit.

7. Requests #18-19:

I order Respondent to produce documents responsive to requests #18 and 19. In agreement with the General Counsel, I find that the requests are reasonably relevant to this matter in view of the pleadings. Accordingly, any argument that such information is overbroad, ambiguous and irrelevant is without merit.

8. Requests # 20-21:

I agree with Respondent that these requests are overbroad as written. However, the general tenor of the requests is reasonably relevant to this matter in view of the pleadings. In accordance with *The Boeing Company*, 365 NLRB No. 154 (Dec. 14, 2017), the General Counsel seeks this information to the extent Respondent intends to provide its business justification for its Team Wear rule. Accordingly, the General Counsel may narrow the scope of its request, and the parties are urged to resolve this issue.

9. Requests #23-24:

I order Respondent to produce documents responsive to requests #23 and 24. In agreement with the General Counsel, I find that the requests are reasonably relevant to this matter in view of the pleadings. Accordingly, any argument that such information is overbroad, ambiguous and irrelevant is without merit.

10. Requests #25-27:

I agree with Respondent that request #25 appears overbroad, and the request is not limited to the named individuals in the complaint (Zweig, Woody, Lipscomb). I also agree with the General Counsel that the response to request #25 should not be limited to Charging Party Galescu and Ortiz but rather should include all employees from the limited time period involving the named agents/supervisors and all employees. The parties again are urged to discuss this issue to resolve it.

As for requests #26 and 27, I order Respondent to produce documents responsive. In agreement with the General Counsel, I find that the requests are reasonably relevant to this matter in view of the pleadings. Accordingly, any argument that such information is overbroad, ambiguous and irrelevant is without merit.

11. Requests #28-34:

As for requests #28 through 34, I order Respondent to produce documents responsive. In agreement with the General Counsel, I find that the requests are reasonably relevant to this matter in view of the pleadings. However, the parties are urged to continue to narrow the scope of the requests. Accordingly, any argument that such information is overbroad, ambiguous and irrelevant is without merit.

12. Requests #39-43:

These requests concern disciplinary actions issued by Respondent. In agreement with the General Counsel, I find that the requests for disciplinary actions issued by Respondent are sufficiently specific and seek information relevant to this matter as these are the allegations made against the discriminatee. Comparator information is relevant. Moreover, production of disciplinary actions issued by an employer is typical in a discrimination complaint such as in this matter. I also suggest based on the General Counsel's claim that Respondent may search its Employee Relations Partners for such documents. The parties are encouraged to discuss these issues, and narrow the scope if needed.

13. Requests #44-46:

I grant Respondent's requests. The General Counsel's request of overbroad and not readily apparent as to how the documents relate to the complaint. The parties, however, are encouraged to discuss this issue for amenable resolution as will assist in the litigation of this dispute.

14. Request #47:

I order Respondent to produce the requested documents as the request bears some reasonable relevance to the complaint in this matter.

15. Requests #48-55:

I order Respondent to produce documents responsive to requests #48-55, as the requests are sufficiently specific and seek information that is relevant to this matter. The requested items are clearly relevant in view of the pleadings. Accordingly, any argument that such information is overbroad and irrelevant is without merit. As for any concerns about individuals' privacy, I urge Respondent and the General Counsel to discuss such issues and potentially redact personally identifiable information.

I encourage the parties to confer prior to the start of the hearing on Monday, June 11, 2018, in order to resolve any outstanding subpoena issues and thus save time. The parties should consider any stipulations of fact to expedite the hearing time. To the extent there are any

outstanding subpoena matters unresolved, I will entertain arguments with regard to these items at the start of the hearing, again directing Respondents to be ready to produce any such items should I decide they should be produced.

SO ORDERED.

Dated: June 7, 2018, San Francisco, California.

Amita Tracy,
Administrative Law Judge

***Served by facsimile upon the following:***

***Edris W.I. Rodriguez Ritchie, Esq.***
***Noah Garber, Esq., Fax: (510) 637-3315 (NLRB)***
***Mark S. Ross, Esq., Fax:(415)434-3947 (Respondent)***
***Margo A. Feinberg, Esq., Esq., Fax: (323)655-4488 (Charging Party)***

**Gomez, Doreen E.**

**From:** noreply@retarus.net
**Sent:** Thursday, June 07, 2018 4:36 PM
**To:** Gomez, Doreen E.
**Cc:** SM-Nass
**Subject:** Re: [NASS] Scan-to-FAX Delivery - [REPORT]
**Attachments:** MF5B19BF7E04009B77055E.tif

--------------------------------------------------------------
Retarus job id: MF5B19BF7E04009B77055E
--------------------------------------------------------------
Number of faxes 3
thereof successfully sent: 3
thereof failed with error: 0
Number of pages : 7
Resolution : Low
--------------------------------------------------------------
Fax number +14154343947
Sent : 2018-06-07-19.28.11
Remote CSID: SMRH
Duration 465 sec.
Status : OK
Reason :
--------------------------------------------------------------
Fax number : +13236554488
Sent 2018-06-07-19.32.20
Remote CSID: 6554488
Duration : 104 sec.
Status : OK
Reason
--------------------------------------------------------------
Fax number +15106373315
Sent : 2018-06-07-19.33.23
Remote CSID: NLRB
Duration 85 sec.
Status OK
Reason :
--------------------------------------------------------------

OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 32

In the Matter of:

| | |
|---|---|
| TESLA, INC., | Case Nos. 32-CA-197020 |
| | 32-CA-197058 |
| and | 32-CA-197091 |
| | 32-CA-197197 |
| MICHAEL SANCHEZ, an Individual, | 32-CA-200530 |
| | 32-CA-208614 |
| and | 32-CA-210879 |
| | 32-CA-220777 |

JONATHAN GALESCU, an Individual,

and

RICHARD ORTIZ, an Individual,

and

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO,

Charging Party,

_______________________

_______________________

CHARGING PARTY EXHIBITS

Place: Oakland, California

Dates: September 28, 2018

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

# Senior Manager, Labor Relations

Jose Moran

Thu 6/15/2017 7:58 AM

To: Reed, Susan <SReed@uaw.net>;

51957 Legal 6/14/2017

Toggle navigation

Senior Manager, Labor Relations

The Role

The Senior Manager, Labor Relations will plan, develop and implement strategies that support maximum levels of engagement for employees across global sales, manufacturing, and corporate workforces. The successful candidate will address organizing activity, support education and training for managers and supervisors, and align programs, policies, and procedures to Tesla's mission and brand standards. This position is based in Fremont, CA.

Responsibilities

- Designs and implements comprehensive, multi-year labor relations business strategy, including providing guidance on labor related issues outside of the United States.
- Anticipates and advises business leaders on the impact strategic or operational decisions will have upon engagement and complex labor related issues.
- Provides leadership and materials for pre or post-petition union campaign readiness. Leads direct engagement activity as necessary with cross-functional team members.
- Drives the development and execution of companywide training for frontline supervisors/managers on positive workplace practices and how to maintain a high performing organization in a labor environment.
- Collaborates with communications team to craft positive workforce internal and external messaging.
- Mentors HR business partners to develop labor relations capability within the larger HR function.
- High level of interaction with Senior Leadership and autonomy working to execute agreed strategies and goals.

Requirements

- Bachelor's Degree required in Business or Human Resources Management, or closely related field.
- Evidence of exceptional ability.
- 10+ years of labor relations experience, specifically in leading union organizing campaigns; experience in complex labor issues required.
- Knowledge of federal, state and local laws, statutes that govern employment policies and practices, including the National Labor Relations Act (NLRA). Thorough understanding and application of internal and external HR principles, concepts, practices and standards.
- Experience successfully implementing programs across geographically distributed teams.
- Ability to build strong working relationships across all levels of the organization, including remote areas and in manufacturing environments.
- Excellent planning and organization skills, attention to detail, ability to handle multiple tasks, and work in a fast-paced, time-sensitive environment.
- Outstanding written and verbal communication skills; must be an articulate and persuasive communicator with strong interpersonal skills.
- Leadership, problem-solving, and strategic thinking skills; must be able to drive for results and set priorities.
- Working knowledge of MS Office.
- Strong business acumen.
- Travel up to 50% to company sites.

Back to view jobs

## Interested in this job?

CP-1

6/15/2017 Mail - SReed@uaw.net

Apply

Tesla Career Tips
Frequently Asked Questions

https://outlook.office.com/owa/?realm=uaw.net&path=/mail/inbox 2/3

22-60493.3870

EXHIBIT NO. CP-1 RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 9-25-18 REPORTER: DA

Tesla is an equal opportunity employer. All aspects of employment including the decision to hire, promote, discipline, or discharge, will be based on merit, competence, performance, and business needs. We do not discriminate on the basis of race, color, religion, marital status, age, national origin, ancestry, physical or mental disability, medical condition, pregnancy, genetic information, gender, sexual orientation, gender identity or expression, veteran status, or any other status protected under federal, state, or local law.

Powered by RolePoint Inc © 2016 | Support | Privacy Policy | DOL Notice

**From:** Gerardo Murillo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BE054B358F054AD88223BEB4983EBD80-GERARDO MUR>
**To:** Kyle Martin
**CC:** Tope Ogunniyi; Mario Penera
**Sent:** 8/10/2017 12:48:02 PM
**Subject:** Re: GA- expectations_4-2016 (002).docx

Cool Sounds Lagit!

Thanks for the follow up.

Sent from my iPhone

On Aug 10, 2017, at 12:39 PM, Kyle Martin <kmartin@tesla.com> wrote:

I just had this conversation with Mario – We have already stated on several occasions verbally what our team wear policy is. Us allowing them to wear all black/ no logos was a kind gesture from us in case of situations where they were unable to do laundry, still waiting on back order clothing or whatever the case may be. Because we have stated this as an expectation shop wide several times it is completely allowed to be a standard without having to be written in a policy.

Spin this in a positive spin – "we give you free team wear – so you don't have to ruin your clothes" "pride in your workplace"

We do have a new and improved guidelines that will address team wear more than just a one liner, but that's still in development.

Please let me know if this helps.

Thanks,

**From:** Gerardo Murillo
**Sent:** Thursday, August 10, 2017 11:40 AM
**To:** Tope Ogunniyi <aogunniyi@tesla.com>
**Cc:** Kyle Martin <kmartin@tesla.com>
**Subject:** GA- expectations_4-2016 (002).docx

Kyle – I was reviewing the expectations it does not state that Black Shirts are ok with no logos.
Just an FYI

Unless we have a revised copy please advise.

CP-2

EXHIBIT NO. CP-2 RECEIVED ✓ REJECTED
CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.
NO. OF PAGES: 2 DATE: 9-28-18 REPORTER: DG

OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 32

In the Matter of:

TESLA, INC.,

and

MICHAEL SANCHEZ, AN INDIVIDUAL,

and

JONATHAN GALESCU, AN INDIVIDUAL,

and

RICHARD ORTIZ, AN INDIVIDUAL,

and

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO,

Charging Party,

Case No. 32-CA-197020
32-CA-197058
32-CA-197091
32-CA-197197
32-CA-200530
32-CA-208614
32-CA-210879
32-CA-220777

________________________

________________________

GENERAL COUNSEL EXHIBITS

Place: Oakland, California

Dates: October 12, 2018

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

escribers
www.escribers.net | 800-257-0885

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual**

**and**

**JONATHAN GALESCU, an Individual**

**and**

**RICHARD ORTIZ, an Individual**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO**

**Cases: 32-CA-197020**
**32-CA-197058**
**32-CA-197091**
**32-CA-197197**
**32-CA-200530**
**32-CA-208614**
**32-CA-210879**
**32-CA-220777**

**CONTINUATION OF INDEX AND DESCRIPTION OF FORMAL DOCUMENTS**

1(bbbb) Service of 1(zzz)

1(cccc) Board Order, Respondent's Motion for Summary's Judgment Denied, dated 9-26-18

1(dddd) Affidavit of Service of 1(cccc)

1(eeee) Index and Description of Formal Documents

1(eeee)

EXHIBIT NO. GC-1(eeee) RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 10-9-18 REPORTER: DJ

## UNITED STATES OF AMERICA
## BEFORE THE NATIONAL LABOR RELATIONS BOARD

TESLA, INC.

and

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO

Case 32-CA-220777

DATE OF SERVICE September 26, 2018

### AFFIDAVIT OF SERVICE OF BOARD ORDER

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on the date indicated above I served the above-entitled document(s) upon the persons at the addresses and in the manner indicated below. Persons listed below under "E-Service" have voluntarily consented to receive service electronically, and such service has been effected on the same date indicated above.

**CERTIFIED & REGULAR MAIL**
JATINDER K. SHARMA, ESQ.
TESLA, INC.
6800 DUMBARTON CIR
FREMONT, CA 94555-3646

**CERTIFIED & REGULAR MAIL**
MARGO A. FEINBERG, ESQ.
MARGO FEINBERG, DANIEL CURVY
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS
6300 WILSHIRE BLVD, STE 2000
LOS ANGELES, CA 90048

**REGULAR MAIL**
GABY TOLEDANO, CHIEF PEOPLE OFFICER
TESLA, INC.
45500 FREMONT BLVD
FREMONT, CA 94538-6326

**REGULAR MAIL**
INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA (UAW), AFL-CIO
8000 E JEFFERSON AVE
DETROIT, MI 48214-3963



EXHIBIT NO. GC-1 (dddd) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc

NO. OF PAGES: 3 DATE: 10-9-18 REPORTER: DG

**E-SERVICE**
REGION 32, OAKLAND, CALIFORNIA
NATIONAL LABOR RELATIONS BOARD
1301 CLAY ST, STE 300N
OAKLAND, CA 94612-5224

**CERTIFIED & REGULAR MAIL**
JOHN D. ELLIS, ESQ.
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
4 EMBARCADERO CTR 17TH FLOOR
SAN FRANCISCO, CA 94111

**CERTIFIED & REGULAR MAIL**
DANIEL E. CURRY, ESQ.
MARGO FEINBERG, DANIEL CURVY
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS
6300 WILSHIRE BLVD, STE 2000
LOS ANGELES, CA 90048

**REGULAR MAIL**
JEFFERY SODKO
INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA
8000 E JEFFERSON AVE
DETROIT, MI 48214-3963

**CERTIFIED & REGULAR MAIL**
MARK S. ROSS, ESQ.
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
4 EMBARCADERO CTR 17TH FLOOR
SAN FRANCISCO, CA 94111

**CERTIFIED & REGULAR MAIL**
KEAHN N. MORRIS, ESQ.
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
4 EMBARCADERO CTR 17TH FLOOR
SAN FRANCISCO, CA 94111

**CERTIFIED & REGULAR MAIL**
JULIE ALARCON, ESQ.
MARGO FEINBERG, DANIEL CURVY
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS
6300 WILSHIRE BLVD, STE 2000
LOS ANGELES, CA 90048

**CERTIFIED & REGULAR MAIL**
AMITA TRACY
ADMINISTRATIVE LAW JUDGE
NATIONAL LABOR RELATIONS BOARD
DIVISION OF JUDGES
901 MARKET ST, STE 300
SAN FRANCISCO, CA 94103

| Subscribed and sworn before me this 26th day of September 2018. | DESIGNATED AGENT<br>L. Allen<br>NATIONAL LABOR RELATIONS BOARD |
|---|---|

**UNITED STATES OF AMERICA**
**NATIONAL LABOR RELATIONS BOARD**

**TESLA, INC.**

**and** **Case 32-CA-220777**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO**

**ORDER**[1]

The Respondent's motion for summary judgment is denied. The Respondent has failed to establish that there are no genuine issues of material fact warranting a hearing and that it is entitled to judgment as a matter of law.

Dated, Washington, D.C., September 26, 2018

| | |
|---|---|
| JOHN F. RING, | CHAIRMAN |
| LAUREN McFERRAN, | MEMBER |
| MARVIN E. KAPLAN, | MEMBER |

[1] Member Emanuel is recused and did not participate in the consideration of this case.

1(cccc)

EXHIBIT NO. GC-1(cccc) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc

NO. OF PAGES: 2 DATE: 10-9-18 REPORTER: DM

## Allen, Linda

| | |
|---|---|
| **From:** | Allen, Linda |
| **Sent:** | Wednesday, September 26, 2018 4:59 PM |
| **To:** | 'mross@sheppardmullin.com'; 'jellis@sheppardmullin.com'; 'kmorris@sheppardmullin.com'; 'jsharma@tesla.com'; 'margo@ssdslaw.com'; 'dec@ssdslaw.com'; 'jsa@ssdslaw.com'; Rodriguez Ritchie, Edris W.I.; Garber, Noah; Tracy, Amita B.; Hardy-Mahoney, Valerie M. |
| **Subject:** | Telsa, Inc., Case 32-CA-220777 |
| **Attachments:** | BDO.32-CA-220777.Tesla_ Inc. _R_s MSJ_ Order CONFORMED.pdf |

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'mross@sheppardmullin.com' | | |
| 'jellis@sheppardmullin.com' | | |
| 'kmorris@sheppardmullin.com' | | |
| 'jsharma@tesla.com' | | |
| 'margo@ssdslaw.com' | | |
| 'dec@ssdslaw.com' | | |
| 'jsa@ssdslaw.com' | | |
| Rodriguez Ritchie, Edris W.I. | Delivered: 9/26/2018 4:59 PM | Read: 9/26/2018 5:13 PM |
| Garber, Noah | Delivered: 9/26/2018 4:59 PM | Read: 9/26/2018 5:13 PM |
| Tracy, Amita B. | Delivered: 9/26/2018 4:59 PM | Read: 9/26/2018 5:39 PM |
| Hardy-Mahoney, Valerie M. | Delivered: 9/26/2018 4:59 PM | Read: 9/26/2018 5:31 PM |

To: Mark S. Ross
John D. Ellis
Keahn N. Morris
Jatinder K. Sharma
Margo A. Feinberg
Daniel E. Curry
Julie Alarcon
Jeffery Sodko
Regional Direction - Region 32
Edris W.I. Rodriguez Ritchie
Noah J. Garber
Valerie Hardy-Mahoney
Amita Tracy

Attached is an Order that issued September 26, 2018.

1(6666)

EXHIBIT NO. GC-1(bbbb) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 9 DATE: 10-9-18 REPORTER: DM

**Allen, Linda**

**From:** Microsoft Outlook
**To:** mross@sheppardmullin.com; jellis@sheppardmullin.com; kmorris@sheppardmullin.com
**Sent:** Wednesday, September 26, 2018 4:59 PM
**Subject:** Relayed: Telsa, Inc., Case 32-CA-220777

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

mross@sheppardmullin.com (mross@sheppardmullin.com)

jellis@sheppardmullin.com (jellis@sheppardmullin.com)

kmorris@sheppardmullin.com (kmorris@sheppardmullin.com)

Subject: Telsa, Inc., Case 32-CA-220777

**Allen, Linda**

**From:** Microsoft Outlook
**To:** jsharma@tesla.com
**Sent:** Wednesday, September 26, 2018 4:59 PM
**Subject:** Relayed: Telsa, Inc., Case 32-CA-220777

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

jsharma@tesla.com (jsharma@tesla.com)

Subject: Telsa, Inc., Case 32-CA-220777

**Allen, Linda**

**From:** Microsoft Outlook
**To:** margo@ssdslaw.com; dec@ssdslaw.com; jsa@ssdslaw.com
**Sent:** Wednesday, September 26, 2018 4:59 PM
**Subject:** Relayed: Telsa, Inc., Case 32-CA-220777

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

margo@ssdslaw.com (margo@ssdslaw.com)

dec@ssdslaw.com (dec@ssdslaw.com)

jsa@ssdslaw.com (jsa@ssdslaw.com)

Subject: Telsa, Inc., Case 32-CA-220777

**Allen, Linda**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Rodriguez Ritchie, Edris W.I. |
| **Sent:** | Wednesday, September 26, 2018 4:59 PM |
| **Subject:** | Delivered: Telsa, Inc., Case 32-CA-220777 |

**Your message has been delivered to the following recipients:**

Rodriguez Ritchie, Edris W.I. (Edris.RodriguezRitchie@nlrb.gov)

Subject: Telsa, Inc., Case 32-CA-220777

**Allen, Linda**

**From:** Microsoft Outlook
**To:** Garber, Noah
**Sent:** Wednesday, September 26, 2018 4:59 PM
**Subject:** Delivered: Telsa, Inc., Case 32-CA-220777

**Your message has been delivered to the following recipients:**

Garber, Noah (Noah.Garber@nlrb.gov)

Subject: Telsa, Inc., Case 32-CA-220777

**Allen, Linda**

**From:** Microsoft Outlook
**To:** Hardy-Mahoney, Valerie M.
**Sent:** Wednesday, September 26, 2018 4:59 PM
**Subject:** Delivered: Telsa, Inc., Case 32-CA-220777

**Your message has been delivered to the following recipients:**

Hardy-Mahoney, Valerie M. (Valerie.Hardy-Mahoney@nlrb.gov)

Subject: Telsa, Inc., Case 32-CA-220777

**Allen, Linda**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tracy, Amita B. |
| **Sent:** | Wednesday, September 26, 2018 4:59 PM |
| **Subject:** | Delivered: Telsa, Inc., Case 32-CA-220777 |

**Your message has been delivered to the following recipients:**

Tracy, Amita B. (Amita.Tracy@nlrb.gov)

Subject: Telsa, Inc., Case 32-CA-220777

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual**

**and**

**JONATHAN GALESCU, an Individual**

**and**

**RICHARD ORTIZ, an Individual**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO**

**Cases: 32-CA-197020**
**32-CA-197058**
**32-CA-197091**
**32-CA-197197**
**32-CA-200530**
**32-CA-208614**
**32-CA-210879**
**32-CA-220777**

**CONTINUATION OF INDEX AND DESCRIPTION OF FORMAL DOCUMENTS**

1(ffff) Employer's Request for Special Permission to Appeal ALJ's Order Denying Employer's Motion to Dismiss; Request for *De Novo* Review of Employer's Motion to Dismiss, dated 8-24-18

1(gggg) General Counsel's Opposition to Respondent's Request for Special Permission to Appeal ALJ's Order Denying Respondent's Motion to Dismiss, Request for *De Novo* Review, and Motion for Judgment as a Matter of Law, dated 8-30-18

1(hhhh) Affidavit of Service of 1(gggg)

1(iiii) Charging Party's Opposition to Respondent's Request for Special Permission to Appeal ALJ's Order Denying Respondent's Motion to Dismiss, Request for *De Novo* Review, and Motion for Judgment as a Matter of Law, dated 9-4-18

1(mmmm)

EXHIBIT NO. GC-1(mmmm) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-12-18 REPORTER: DA

1(jjjj) Employer's Reply to the GC's Opposition to Employer's Request for Special Permission to Appeal ALJ's Order Denying Employer's Motion to Dismiss and Request for *De Novo* Review, dated 9-7-18

1(kkkk) Board Order Denying Respondent's Motion to Dismiss, dated 9-21-18

1(llll) Affidavit of Service of 1(kkkk)

1(mmmm) Index and Description of Formal Documents

**Lam, Ida**

---

| | |
|---|---|
| **From:** | noreply@retarus.net |
| **Sent:** | Friday, September 21, 2018 11:16 AM |
| **To:** | Meyers, Mary |
| **Cc:** | SM-Nass |
| **Subject:** | Re: Tesla Inc, 32-CA-197020, et al. - [REPORT] |
| **Attachments:** | MF5BA533013CB246250375.tif |

------------------------------------------------------------

Retarus job id: MF5BA533013CB246250375

------------------------------------------------------------

Number of faxes : 6
thereof successfully sent: 4
thereof failed with error: 2
Number of pages : 2
Resolution : Low

------------------------------------------------------------

Fax number : +15106373315
Sent : 2018-09-21-14.06.51
Remote CSID: NLRB
Duration : 25 sec.
Status : OK
Reason :

------------------------------------------------------------

Fax number : +14154343947
Sent : 2018-09-21-14.07.17
Remote CSID: SMRH
Duration : 49 sec.
Status : OK
Reason :

------------------------------------------------------------

Fax number : +13139265240
Sent : 2018-09-21-14.07.20
Remote CSID: 3139265240
Duration : 45 sec.
Status : OK
Reason :

------------------------------------------------------------

Fax number : +14155333826
Sent : 2018-09-21-14.11.31
Remote CSID:
Duration : 47 sec.
Status : NOFAX_TO
Reason : No fax device

------------------------------------------------------------

Fax number : +13236554488
Sent : 2018-09-21-14.11.48
Remote CSID: 6554488
Duration : 53 sec.

1(elll)

EXHIBIT NO. CC-1(eeee) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-12-18 REPORTER: DA

Status : OK
Reason :

---------------------------------------------------------------

Fax number : +13139265003
Sent : 2018-09-21-14.15.43
Remote CSID:
Duration : 0 sec.
Status : BUSY
Reason : Busy

---------------------------------------------------------------

**UNITED STATES OF AMERICA**
**NATIONAL LABOR RELATIONS BOARD**

**TESLA, INC.**

**and** **Case 32-CA-197020**

**MICHAEL SANCHEZ**

**and** **Case 32-CA-197058**

**JONATHAN GALESCU**

**and** **Case 32-CA-197091**
**RICHARD ORTIZ**

**and** **Cases 32-CA-197197**
**32-CA-200530**
**32-CA-208614**
**32-CA-210879**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO**

**ORDER**[1]

The Respondent's request for special permission to appeal Administrative Law Judge Amita B. Tracy's order denying the Respondent's motion to dismiss the General Counsel's amendment to the second consolidated complaint is granted. On the merits, the appeal is denied. The Respondent has failed to establish that the judge abused her discretion in denying the Respondent's motion.

Dated, Washington, D.C., September 21, 2018

| | |
|---|---|
| JOHN F. RING, | CHAIRMAN |
| LAUREN McFERRAN, | MEMBER |
| MARVIN E. KAPLAN, | MEMBER |

---

[1] The National Labor Relations Board has delegated its authority in this proceeding to a three-member panel. Member Emanuel is recused and did not participate in the consideration of this case.

1 (KKKK)

To:    Region 32

Mark S. Ross, Esq.
Keahn Morris, Esq.
Margo A. Feinberg, Esq.
Daniel Curry, Esq.
Julie Alarcon, Esq.
Edris W.I. Rodriguez Ritchie, Esq.
Noah Garber, Esq.
Arnon Geshuri
Richard Ortiz
Jeffrey D. Sodko, Esq.
Michael Sanchez
Henry M. Willis, Esq.
Gaby Toledano

Attached is the Board's Order in above-subject case.

EXHIBIT NO. GC-1(KKKK) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-12-18 REPORTER: DG

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual**

**and**

**JONATHAN GALESCU, an Individual**

**and**

**RICHARD ORTIZ, an Individual**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURE WORKERS OF AMERICA, AFL-CIO**

Cases 32-CA-197020
32-CA-197058
32-CA-197091
32-CA-197197
32-CA-200530
32-CA-208614
32-CA-210879

**TESLA'S REPLY TO THE GENERAL COUNSEL'S OPPOSITION TO TESLA'S REQUEST FOR SPECIAL PERMISSION TO APPEAL ADMINISTRATIVE LAW JUDGE AMITA B. TRACY'S ORDER DENYING TESLA'S MOTION TO DISMISS AND REQUEST FOR *DE NOVO* REVIEW**

**TABLE OF CONTENTS**

**Page**

I. INTRODUCTION .......... 1

II. TESLA IS ENTITLED TO JUDGEMENT AS A MATTER OF LAW .......... 1

A. The General Counsel Concealed Material Facts Regarding the Circumstances Surrounding the Issuance of the Amendment .......... 1

B. The General Counsel's Argument that the "Closely Related" Test Must be Applied Upon Review of the Record Relies on Outdated Case Law Decided Before the Board and the Courts Distinguished § 10(b)'s Jurisdictional and Temporal Components .......... 3

C. Unless the Board Exercises its Discretion to Review Tesla's Motion *De Novo*, the General Counsel's Concealment of Material Facts and Procedural Gamesmanship will Foreclose Meaningful Review of the Legal Sufficiency of the Amendment .......... 5

III. CONCLUSION .......... 7

EXHIBIT NO. GC-1(jjj) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 14 DATE: 10-12-18 REPORTER: DAY

## TABLE OF AUTHORITIES

**Page(s)**

Federal Cases

*Carney Hospital*
350 NLRB 627 (2007) ....................4

*Columbia Textile Services*
293 NLRB 1034 (1989) ....................4

*Drug Plastics*
44 F.3d 1017 (D.C. Cir. 1995) ....................4, 5

*Heaven*
290 NLRB 1223 (1988) ....................4

*Hess Mechanical Corp. v. NLRB*
112 F.3d 146 (4th Cir.1997) ....................3

*Hyundai America Shipping Agency, Inc. v. NLRB*
805 F.3d 309 (2015) ....................5

*Inter-Neighborhood Hous. Corp. v. NLRB.*
124 F.3d 115 (2d Cir. 1997) ....................3

*Justice Act. Blaylock Elec. v. NLRB.*
121 F.3d 1230 (9th Cir. 1997) ....................3

*Libaire v. Kaplan*
395 Fed. Appx. 732 (2d Cir. 2010) ....................2

*Precision Concrete v. NLRB*
334 F.3d 88, 90 (D.C. Cir. 2003) ....................4

*Reddi-I*
290 NLRB 1115 (1988) ....................4

*Ross Stores, Inc. v. NLRB*
235 F.3d 669, 677 (D.C. Cir. 2001) ....................4

*Trade Fair Supermarkets*
354 NLRB 190 (2009) ....................5

Federal: Statutes, Rules, Regulations, Constitutional Provisions

Federal Rules of Civil Procedure
Rule 11 ....................................................................................................3

The First Amendment ....................................................................................3

The NLRA ....................................................................................................3

The Securities Exchange Act
§ 8(a)(3) ....................................................................................................3
§ 8(c) ....................................................................................................3
§ 10(b) .................................................................................................... passim

National Labor Relations Board's (the Board) Rules and Regulations
§ 102.17....................................................................................................6
§ 102.24(b)....................................................................................................5, 6
§ 102.25....................................................................................................5
§ 102.50....................................................................................................7

Other Authorities

The Casehandling Manual
§ 10062.5....................................................................................................5

## I.    INTRODUCTION

After steadfastly maintaining that § 10(b) of the Act did not bar the prosecution of the allegations of his untimely Amendment because they were "encapsulated" by any one of several charges filed by the UAW during its nearly two-year-long organizing campaign, the General Counsel finally admits in his Opposition that "the Amendment allegations were not specifically alleged in any charge and not mentioned during the investigation of the charges because…the Amendment was based on evidence discovered after the issuance of the Complaint". Notwithstanding his flagrant violations of the Board's established procedures and his after-the-fact admission that he issued a complaint on uncharged, untimely, uncorroborated and uninvestigated allegations, the General Counsel boldly argues that the Board should decline to exercise its discretion to review Judge Tracy's decision *de novo* based on procedural grounds. Why?  Because "Respondent, a multi-billion dollar company, is not the victim here."  The General Counsel's conduct in this case makes a mockery of the Board's procedures and its precedents and underscores the need for the Board's immediate intervention.

## II.    TESLA IS ENTITLED TO JUDGEMENT AS A MATTER OF LAW

### A.    The General Counsel Concealed Material Facts Regarding the Circumstances Surrounding the Issuance of the Amendment

For the very first time since Tesla filed its Motion on June 11, 2018, the General Counsel disclosed in his opposition that "the Amendment allegations were not specifically alleged in any charge and not mentioned during the investigation of the charges because, as mentioned above, the Amendment was based on evidence discovered after the issuance of the Complaint".  GC's Opp. at 8-9.  He further revealed that "the timing of the amended allegations was based on when the Counsel for the General Counsel discovered these new allegations", and that "[o]nce

uncovered, he moved as expeditiously as possible to amend the complaint." GC's Opp. at 1, fn. 1.

The factual implications of these admissions are startling. To the extent that both the General Counsel and the Union unwaveringly opposed Tesla's Motion on the grounds that the allegations of the Amendment were encompassed by timely-filed charges, they did so to establish the existence of disputed material facts knowing full well that the conduct in question was never the subject of *any charge*. The General Counsel also concealed the fact that the purported evidence supporting the Amendment was not "discovered" until after the issuance of Complaint on March 31, 2018, more than 9 months after the alleged June 7, 2017 meeting which Tesla contended was time-barred by § 10(b). In the absence of any evidence that Tesla fraudulently concealed the facts of these allegations to support tolling of the 6-month limitations period, the General Counsel nonetheless issued a Complaint on allegations which he *knew were time-barred.*[1]

Finally, to the extent that the allegations of the Amendment were not "mentioned during investigation of the charges" which concluded prior to the issuance of the Complaint, the General Counsel confirmed what Tesla's Motion established—i.e., that he issued a complaint on uncorroborated, uninvestigated allegations that a charging party apparently failed to convey to him until more than a full year after the occurrence of the underlying conduct. Courts have also repeatedly held that such actions by a General Counsel lack substantial justification and arguably

[1] This is arguably a sanctionable offense under Rule 11 of the Federal Rules of Civil Procedure ("Rule 11"). *See, e.g, Libaire v. Kaplan*, 395 Fed. Appx. 732 (2d Cir. 2010) (upholding imposition of Rule 11 sanctions against attorney for maintaining clearly time-barred securities action because attorney filed complaint knowing that the only purchase of an actual security occurred 18 years earlier and failed to disclose that fact in the complaint).

warrant the imposition of sanctions under Rule 11.[2] In fact, Judge Tracy even reproached the General Counsel on this very point in her June 7, 2018 order partially granting Tesla's petition to revoke his subpoena *duces tecum*. She stated:

> This is an invalid use by the General Counsel of its trial subpoena power for two reasons. First, we must presume that the General Counsel had sufficient and even significant evidence of animus *before* it issued complaint in this matter, otherwise a crucial and indispensable element of its prima facie case in the alleged Section 8(a)(3) violations would be missing, arguably depriving the General Counsel of its authority to issue complaint on this issue in the first place...Moreover an employer's antiunion views are protected by Section 8(c) of the Act, not to mention the First Amendment, unless these views are expressed in a coercive or threatening manner.

In light of the revelation in his Opposition that he concluded his investigation before learning of the alleged June 7, 2017 meeting, his undaunted defense of the Amendment in the face of Judge Tracy's prior admonishment is simply inexcusable.

**B. The General Counsel's Argument that the "Closely Related" Test Must be Applied Upon Review of the Record Relies on Outdated Case Law Decided Before the Board and the Courts Distinguished § 10(b)'s Jurisdictional and Temporal Components**

Citing to *Reddi-I*, 290 NLRB 1115 (1988), *Heaven*, 290 NLRB 1223 (1988), and *Columbia Textile Services*, 293 NLRB 1034 (1989), the General Counsel argues that the Board "must inevitably look at the *entire* record" in its application of the "closely related" test. GC's

---

[2] *See Hess Mechanical Corp. v. NLRB,* 112 F.3d 146, 150 (4th Cir.1997) (General Counsel's prosecution lacked substantial justification where he "went forward with a complaint on the basis of a single, uncorroborated affidavit and in the face of a wall of adverse evidence. In a civil action with a similar record, this would border on conduct sanctionable under Rule 11."); *see also Inter-Neighborhood Hous. Corp. v. NLRB.,* 124 F.3d 115, 121-122 (2d Cir. 1997) ("While INHOC's liability under the NLRA ultimately may have turned on credibility, as many cases do, this fact alone cannot justify the issuance of the complaint... In light of the evidence contradicting Rodriguez's sworn statements, the General Counsel was not justified in filing the complaint before any attempt was made to resolve the factual conflicts. Rodriguez's testimony was the only testimony supporting the Union's position."); *see also Justice Act. Blaylock Elec. v. NLRB.,* 121 F.3d 1230 (9th Cir. 1997) (noting that the General Counsel has an obligation to investigate prior to filing and pursuing unfair labor practice charges).

Opp. pp. 6-7. He would apparently have the Board ignore the 30 years' worth of case law since developed by both the Board and the U.S. Courts of Appeal which distinguishes between § 10(b)'s jurisdictional and temporal components and their respective applications in cases involving *uncharged* conduct versus *untimely charged* conduct. *See Carney Hospital*, 350 NLRB 627, 628 (2007) ("This statutory provision serves 'two separate functions'") (quoting *Precision Concrete v. NLRB*, 334 F.3d 88, 90 (D.C. Cir. 2003) (quoting *Ross Stores, Inc. v. NLRB*, 235 F.3d 669, 677 (D.C. Cir. 2001) (Randolph, J., concurring))).

He further cites to footnote 11 of *Carney Hospital*, 350 NLRB No. 56 (2007)—an *untimely charged* conduct case—as standing for the proposition that the application of the "closely related" test is not limited to the pleadings. GC's Opp. at 7. In that footnote, the Board agreed with the D.C. Circuit's holding in *Drug Plastics*, but cited to *Ross Stores* as indicating that the analysis as to whether allegations are "closely related" need not be limited to consideration of the "face of the pleadings in the charge or the complaint, rather than by evidence subsequently compiled at the hearing." Yet in Judge Randolph's concurrence which the Board quoted in setting forth the distinction between the jurisdictional and temporal components of § 10(b), he distinguished *Drug Plastics* from *Ross Stores* on the basis that *Drug Plastics* "dealt with the jurisdictional condition of the statute" because the charge in *Drug Plastics* "alleged only one instance of an unlawful discharge and did not mention the other six allegations eventually included in the complaint." *Ross Stores, Inc. v. NLRB*, 235 F.3d 669, 677 (D.C. Cir. 2001) (Randolph, J., concurring) (citing *Drug Plastics*, 44 F.3d 1017, 1018-19 (D.C. Cir. 1995).

Thus, as Tesla explained at lengths in its appeal, it does not contend that the Board may not look beyond the pleadings to conduct the "closely related" test to assess whether *untimely*

*charged* conduct is barred by the temporal component of § 10(b). Rather, in cases such as *Drug Plastics* and *Hyundai America Shipping Agency, Inc. v. NLRB*, 805 F.3d 309 (2015) where the "closely related" test is applied to assess whether prosecution of *uncharged* conduct is barred by the jurisdictional component of § 10(b), the Board should look no further than the language of the charges and the allegations of the Complaint. This approach is entirely consistent with Board precedent as well as the Casehandling Manual. *See, e.g., Trade Fair Supermarkets*, 354 NLRB 190, 192 (2009) ("Having found that the charge does not support the complaint, we also find that the judge erred in failing to dismiss the complaint on that basis."); *see also* section 10062.5 of the Casehandling Manual ("Where the investigation uncovers evidence of unfair labor practices not specified in a charge, Board agents, with appropriate supervision, must determine whether the charge is sufficient to support complaint allegations covering the apparent unfair labor practices found.")

**C. Unless the Board Exercises its Discretion to Review Tesla's Motion *De Novo*, the General Counsel's Concealment of Material Facts and Procedural Gamesmanship will Foreclose Meaningful Review of the Legal Sufficiency of the Amendment**

The General Counsel argues that the Board should deny Tesla's request for *de novo* review because it is "procedurally defective" insofar as Tesla did not file it with the Board "promptly" after the Regional Director issued the June 4, 2018 Amendment as required by § 102.24(b) of the Board's Rules. GC's Opp. at 5-6. He claims that to grant Tesla's request would "render the Section 102.25's requirement that only administrative law judges rule on motions after the opening of a hearing effectively meaningless". GC's Opp. at 6. He further submits that "[a]cceding to [Tesla's] requests would only encourage parties to file procedurally defective motions with the Board." GC's Opp. at 4.

Section 102.24(b) of the Board's Rules provides that, where "no hearing is scheduled, or where the hearing is scheduled less than 28 days ***after*** the date for filing an answer to the complaint", a motion for summary judgment or dismissal to the Board must be filed "promptly". (emphasis added). By issuing the Amendment on June 4, 2018—less than 7 days until the June 11, 2018 hearing date, which occurred ***before*** the date for Tesla to file its answer, the General Counsel foreclosed any opportunity for the Board to directly review the propriety of the Amendment by ruling on a "promptly" filed pre-hearing motion to dismiss pursuant to § 102.24(b). After leaving Tesla with no option but to file its Motion to Dismiss with Judge Tracy, the General Counsel opposed it on the basis that "an administrative law judge is not empowered with the authority to withdraw a properly issued and noticed amendment to a complaint issued prior to a hearing". Ex. 3 at p. 1. He therefore also managed to evade meaningful review of the legal sufficiency of his untimely-issued Amendment by Judge Tracy. *See* Ex. 1, p. 2 ("Under Section 102.17 of the National Labor Relations Board's (the Board) Rules and Regulations, the Regional Director may amend the complaint 'as may be deemed just, prior to the hearing.' As the Regional Director acted within her authority, I have no authority to overturn her decision to amend the complaint.")

Notwithstanding his after-the-fact admissions establishing that he flagrantly disregarded the Board's procedures and concealed material facts from Judge Tracy which established that the Amendment's allegations were uncharged and time-barred, the General Counsel now has the boldness to argue that the Board should deny Tesla's request for *de novo* review on procedural grounds. Unless the Board grants Tesla's request for *de novo* review, it is the General Counsel—and not Tesla—that will be encouraged to evade meaningful review of procedurally-defective complaint amendments by issuing them less than 14 days prior to a scheduled hearing. This

result would essentially nullify the Board's procedures which expressly provide for direct review on pre-hearing summary judgment motions and motions to dismiss. Unless the Board is willing to hold that the General Counsel cannot be held accountable for exceeding his jurisdiction and grossly deviating from the Board's case handling manual so long as he does so within two weeks of a noticed hearing, it should exercise its authority to transfer the case to itself pursuant to § 102.50, review Tesla's Motion to Dismiss *de novo*, and remand the case to Judge Tracy for hearing on the remaining, properly asserted allegations of the complaint.

## III. CONCLUSION

The General Counsel's Opposition ignores the 30-years' worth of binding case law which draws a clear distinction between the jurisdictional and temporal components of § 10(b). He accordingly fails to rebut the facts and arguments in Tesla's Appeal which establish that Judge Tracy clearly erred by denying Tesla's Motion to Dismiss for Lack of Jurisdiction. Though the General Counsel's post-hoc admission that he issued a complaint on uncharged, untimely and uncorroborated allegations does not disturb this conclusion, it nonetheless establishes that the Board's immediate intervention is both warranted and necessary to curtail the General Counsel's inexcusable litigation tactics. Accordingly, the June 4 Amendment should and must be dismissed.

Dated: September 7, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By [signature]

MARK S. ROSS
KEAHN N. MORRIS

Attorneys for
TESLA, INC.

CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On September 7, 2018, I served a true copy of the following document(s) described as **TESLA'S REPLY TO THE GENERAL COUNSEL'S OPPOSITION TO TESLA'S REQUEST FOR SPECIAL PERMISSION TO APPEAL ADMINISTRATIVE LAW JUDGE AMITA B. TRACY'S ORDER DENYING TESLA'S MOTION TO DISMISS AND REQUEST FOR *DE NOVO* REVIEW** on the interested parties in this action as follows:

Edris W.I. Rodriguez Ritchie
E-mail: edris.rodriguezritchie@nlrb.gov
Field Attorney, Region 32
National Labor Relations Board
1301 Clay Street, Ste. 300N
Oakland, CA 94612-5224
T: (510) 671-3041

Noah J. Garber
E-mail: noah.garber@nlrb.gov
Field Attorney, Region 32
National Labor Relations Board
1301 Clay Street, Suite 300N
Oakland, California 94612
T: (510) 671-3021

Valerie Hardy-Mahoney
E-mail: valerie.hardy-mahoney@nlrb.gov
Regional Director, Region 32
National Labor Relations Board
1301 Clay Street, Ste. 300N
Oakland, CA 94612-5224

Administrative Law Judge Amita Tracy
E-mail: Amita.Tracy@nlrb.gov
National Labor Relations Board
Division of Judges
901 Market St., Suite 300
San Francisco, CA 94103
T: (415) 356-5255

Margo Feinberg
E-mail: margo@ssdslaw.com
Daniel E. Curry
E-mail: dec@ssdslaw.com
Julie Alarcon
E-mail: jsa@ssdslaw.com
Schwartz, Steinsapir, Dohrmann & Sommers, LLP
6300 Wilshire Blvd., Suite 2000
Los Angeles, CA 90048
T: (323) 655-4700

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address sasmith@sheppardmullin.com to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 7, 2018 at San Francisco, California.

Sarah Smith

MARGO A. FEINBERG (100655)
DANIEL E. CURRY (297412)
JULIE S. ALARCÓN (316063)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS, LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048
Telephone: (323) 655-4700
Fax: (323) 655-4488

*Attorneys for Michael Sanchez, Jonathan Galescu, Richard Ortiz, and International Union, United Automobile, Aerospace And Agricultural Workers Of America, AFL-CIO*

**UNITED STATES OF AMERICA**

**BEFORE THE NATIONAL LABOR RELATIONS BOARD**

**SAN FRANCISCO DIVISION OF JUDGES**

TESLA, INC.,

Respondent,

and

MICHAEL SANCHEZ, an Individual,

Charging Party,

and

JONATHAN GALESCU, an Individual,

Charging Party,

and

RICHARD ORTIZ, an Individual,

Charging Party,

and

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO,

Charging Party.

**Case Nos. 32-CA-197020
32-CA-197058
32-CA-197091
32-CA-197197
32-CA-200530
32-CA-208614
32-CA-210879**

**CHARGING PARTIES' OPPOSITION TO RESPONDENT'S REQUEST FOR SPECIAL PERMISSION TO APPEAL ADMINISTRATIVE LAW JUDGE'S ORDER DENYING RESPONDENT'S MOTION TO DISMISS, REQUEST FOR DE NOVO REVIEW, AND MOTION FOR JUDGEMENT AS A MATTER OF LAW**

1(iiii)

The Charging Parties in Case Nos. 32-CA-197020, *et al.*, oppose Respondent Tesla, Inc.'s August 24, 2018 Request For Special Permission to Appeal Administrative Law Judge's August 10, 2018 Order Denying Respondent's Motion to Dismiss, Request For De Novo Review, and Motion For Judgment As A Matter Of Law for the reasons stated in the General Counsel's August 30, 2018 Opposition.

Charging Parties respectfully request that the Board deny Respondent's Request for Special Permission to Appeal from the Judge's Order Denying Respondent's Motion to Dismiss. If, however, the Board permits the Appeal, Charging Parties respectfully request that the Board affirm the Judge's August 10, 2018 Order and deny Respondent's Request for *De Novo* Review and its Motion for Judgment as a Matter of Law.

DATED: September 4, 2018

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
MARGO A. FEINBERG
DANIEL E. CURRY
JULIE S. ALARCÓN

By Margo A. Feinberg
MARGO A. FEINBERG
Attorneys for Charging Parties Michael Sanchez, Jonathan Galescu, Richard Ortiz, and International Union, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO

EXHIBIT NO. GC-1(iii) RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-12-18 REPORTER: DJ

**PROOF OF SERVICE BY MAIL**

RENEE CARNES certifies as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 6300 Wilshire Boulevard, Suite 2000, Los Angeles, California 90048-5268.

On September 4, 2018, I caused the foregoing document(s) described as **CHARGING PARTIES' OPPOSITION TO RESPONDENT'S REQUEST FOR SPECIAL PERMISSION TO APPEAL ADMINISTRATIVE LAW JUDGE'S ORDER DENYING RESPONDENT'S MOTION TO DISMISS, REQUEST FOR DE NOVO REVIEW, AND MOTION FOR JUDGEMENT AS A MATTER OF LAW** to be served upon the person(s) shown below as follows:

Edris W.I. Rodriguez-Ritchie
National Labor Relations Board, Region 32
1301 Clay Street, Suite 300N
Oakland, CA 94612-5224

Noah J. Garber
National Labor Relations Board, Region 32
1301 Clay Street, Suite 300N
Oakland, CA 94612-5224

Mark Ross, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, Suite 17
San Francisco, CA 94111-4158

Administrative Law Judge Amita Tracy
National Labor Relations Board
Division of Judges
901 Market Street, Suite 300
San Francisco, CA 94103

_X_ placing it (them) for collection and mailing on that same date following the ordinary business practices of Schwartz, Steinsapir, Dohrmann & Sommers LLP, at its place of business, located at 6300 Wilshire Boulevard, Suite 2000, Los Angeles, California 90048-5268. I am readily familiar with the business practices of Schwartz, Steinsapir, Dohrmann & Sommers LLP for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practices the envelope(s) would be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing in the affidavit. (C.C.P. §1013a(3))

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 4, 2018 at Los Angeles, California.

RENEE CARNES

ID 326806

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 32**

| | |
|---|---|
| **TESLA, INC.** | |
| **and** | |
| **MICHAEL SANCHEZ, an Individual** | **Case 32-CA-197020** |
| **and** | |
| **JONATHAN GALESCU, an Individual** | **Case 32-CA-197058** |
| **and** | |
| **RICHARD ORTIZ, an Individual** | **Case 32-CA-197091** |
| **and** | |
| **INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO** | **Case 32-CA-197197**<br>**Case 32-CA-200530**<br>**Case 32-CA-208614**<br>**Case 32-CA-210879** |
| | **Date: August 31, 2018** |

**AFFIDAVIT OF SERVICE OF GENERAL COUNSEL'S OPPOSITION TO RESPONDENT'S REQUEST FOR SPECIAL PERMISSION TO APPEAL ADMINISTRATIVE LAW JUDGE'S ORDER DENYING RESPONDENT'S MOTION TO DISMISS, REQUEST FOR *DE NOVO* REVIEW, AND MOTION FOR JUDGEMENT AS A MATTER OF LAW**

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on the date indicated above I served the above-entitled document(s) upon the persons at the addresses and in the manner indicated below. Persons listed below under "E-Service" have voluntarily consented to receive service electronically, and such service has been effected on the same date indicated above.

1(hhhh)

Mark S. Ross, Esq.
Keahn Morris, Esq.
Sheppard Mullin Richter & Hampton, LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
**VIA EMAIL: mross@sheppardmullin.com**
**VIA EMAIL: kmorris@sheppardmullin.com**

Margo A. Feinberg, Esq.
Daniel Curry, Esq.
Julie Alarcon, Esq.
Schwartz, Steinsapir, Dohrmann & Sommers, LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90048
**VIA EMAIL: margo@ssdslaw.com**
**VIA EMAIL: dec@ssdslaw.com**
**VIA EMAIL: jsa@ssdslaw.com**

Jatinder K. Sharma Esq.
Tesla, Inc.
6800 Dumbarton Cir
Fremont, CA 94555
**Email: jsharma@tesla.com**

Office of the Executive Secretary
National Labor Relations Board
1015 Half Street SE
Washington, DC 20570-0001
**VIA E-FILE**

August 31, 2018

Christy Kwon , Designated Agent of NLRB
Name

/s/ Christy Kwon
Signature

EXHIBIT NO. GC-1(hhhh) RECEIVED ✓ REJECTED

CASE NO. 32-CA-19720 CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-12-18 REPORTER: [illegible]

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 32**

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual**

**and**

**JONATHAN GALESCU, an Individual**

**and**

**RICHARD ORTIZ, an Individual**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO**

**Cases 32-CA-197020**
**32-CA-197058**
**32-CA-197091**
**32-CA-197197**
**32-CA-200530**
**32-CA-208614**
**32-CA-210879**

**GENERAL COUNSEL'S OPPOSITION TO RESPONDENT'S REQUEST FOR SPECIAL PERMISSION TO APPEAL ADMINISTRATIVE LAW JUDGE'S ORDER DENYING RESPONDENT'S MOTION TO DISMISS, REQUEST FOR *DE NOVO* REVIEW, AND MOTION FOR JUDGEMENT AS A MATTER OF LAW**

1(9999)

## I. INTRODUCTION

The only legal issue before the Board is whether the presiding administrative law judge in this matter, Amita B. Tracy, (the Judge) abused her discretion when she rejected Respondent's Motion to Dismiss based on her reasonable conclusion that there are genuine issues of material fact over whether allegations amended into the operative complaint in this case are time barred under Section 10(b) of the Act. A defense rooted in Section 10(b) of the Act is a garden variety affirmative defense that is routinely litigated before administrative law judges and then reviewed by the Board if exceptions are filed. Although Respondent goes out of its way to paint a nefarious conspiracy theory employing baseless attacks on the integrity of the Board's investigative procedures and the Counsel for the General Counsel's litigation strategy,[1] Respondent, a multi-billion dollar company, is not the victim here. There is no irreparable harm if the Board follows extant law and denies this Special Appeal. To the contrary, Respondent will continue to have every opportunity before the Judge to respond to allegations that it violated the Act, including its right to show that the Counsel for the General Counsel has not met his burden under *Redd-I*'s "closely related" test to amend allegations into the complaint. But at this juncture, the burden remains with Respondent to establish that the Judge abused her discretion

[1] The General Counsel did not issue a subpoena to Elon Musk and did not file any brief in support of the Charging Parties' attempt to subpoena Mr. Musk. To the contrary, as Respondent knows, the General Counsel has steadfastly held the position that he will not call Mr. Musk as a witness. The General Counsel did, however, issue a subpoena for documents, as it routinely does in ULP hearings. These requests for documents do not relate to any allegation Respondent is claiming is barred by Section 10(b) of the Act because the allegations are oral statements made to employees. Put another way, no documents were requested in connection to these allegations. Further, General Counsel did not amend new allegations into the operative complaint in an attempt to gain any undue advantage. Rather, the timing of the amended allegations was based on when the Counsel for the General Counsel discovered these new allegations. Once uncovered, he moved as expeditiously as possible to amend the complaint. While the intent of the Counsel for General Counsel in amending the complaint in June 2018 before the opening of the hearing was to avoid any delay and to provide Respondent as much time as possible to mount its defense, knowing that Respondent's case would not likely begin until sometime in September 2018, it has somehow been misinterpreted and presented as gamesmanship. It is simply untrue.

EXHIBIT NO. GC-1(9999) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: DATE: 10/24/18 REPORTER: [illegible]

when she denied its Motion to Dismiss. The burden is a heavy one and one that Respondent cannot meet.

## II. BACKGROUND INFORMATION AND PROCEDURAL HISTORY

The hearing in this matter commenced on June 11, 2018, and is scheduled to resume on September 24, 2018. Prior to the hearing, the Regional Director for Region 32 (the Regional Director) of the National Labor Relations Board (the Board) issued an Amendment to the operative Second Amended Consolidated Complaint (Complaint), adding three Section 8(a)(1) allegations (the Amendment).[2] When the hearing commenced on June 11, 2018, Respondent Tesla, Inc., (Respondent) filed a Motion to Dismiss the Amendment with the Judge on the grounds that the allegations were barred by Section 10(b) and not "closely related" under the Board's test in *Redd-I*, 290 NLRB 1115 (1988). However, Respondent's Motion to Dismiss failed to demonstrate that there were no genuine issues of material fact regarding the issue of whether the allegations contained in the Amendment were "closely related" to the other allegations in the Complaint. As discussed more fully below, the Amendment allegations and the allegations in the Complaint arise out of Respondent's response to its employees' efforts to unionize with the Charging Party Union, the International Union, United Automobile, Aerospace, and Agricultural Workers of America, AFL-CIO (Union).[3] In this regard, the allegations involve Respondent's coordinated response to the employees' launch of a public organizing campaign, including leafleting, distribution of Union materials, wearing of Union t-shirts and insignia, and engaging in Section 7 social media protected activity while off-duty.

---

[2] The Amendment is contained in Exhibit I of Respondent's Special Appeal.

[3] Michael Sanchez, an individual, filed the charge in Case 32-CA-197020. Jonathan Galescu, an individual, filed the charge in Case 32-CA-197058. Richard Ortiz, an individual, filed the charge in Case 32-CA-197091. The Union filed the charges in Case Nos. 32-CA-197197, 32-CA-200530, 32-CA-208614, and 32-CA-210879.

Most notably, Respondent's unlawful response to its employees' Section 7 activities culminated in the discipline and termination of employees that were two of the most prominent figures in the Union organizing campaign.

On August 10, 2018, the Judge denied Respondent's Motion to Dismiss, without prejudice, on the basis that Respondent failed to demonstrate that there was no genuine issue of fact regarding the "closely related" issue and directed the parties to be prepared to litigate the merits of the allegations contained in the Amendment.

## III. LEGAL STANDARD AND DISCUSSION

The Board accords judges significant discretion in controlling the hearing and directing the creation of the record. Section 102.35 of the Board's Rules and Regulations provides, in pertinent part, that a judge should "regulate the course of the hearing" and "take any other action necessary" in furtherance of the judge's stated duties and authorized by the Board's rules. As a result, the Board reviews rulings by administrative law judges under an abuse of discretion standard for both evidentiary and procedural rulings. See e.g. *Oaktree Capital Management, LLC*, 353 NLRB 1242, fn. 3 (2009); see also e.g. *Hispanics United of Buffalo, Inc.*, 349 NLRB 368, fn. 2 (2012). Under this standard, as will be shown below, the Board should deny the Special Appeal. While Respondent may disagree with the Judge's ultimate conclusion, she correctly defined the legal issue and applied the proper legal standard.

Realizing that the abuse of discretion standard is a hefty one, Respondent contends that it is entitled to a *de novo* review by the Board. It is essentially asking the Board to morph this Special Appeal into a prehearing motion which normally must be filed with the Board *before* the opening of a hearing before the administrative law judge. Such a view is completely contrary to

the Board's Rules and Regulations. Acceding to Respondent's request would only encourage parties to file procedurally defective motions with the Board.

**A. The Judge Did Not Abuse Her Discretion By Concluding that There Are Genuine Issues of Fact Regarding the Issue of Whether the Amendment Is Time Barred Under *Redd-I*.**

The Judge based her denial of Respondent's Motion to Dismiss, without prejudice, on her conclusion that Respondent failed to establish an absence of a material issue of fact as it relates to whether the asserted untimely allegations in the Amendment are "closely related" to timely allegations. See Section 102.24(b) (a motion to dismiss may be denied where the motion itself fails to establish the absence of a genuine issue, or where the opposing party's pleadings, opposition and/or response indicate on their face that a genuine issue may exist). In its Special Appeal, Respondent erroneously asserts that the Judge misallocated the burden of proof for showing that an allegation is "closely related" from General Counsel to Respondent. Respondent misunderstands the Judge's Order denying its Motion. The Judge correctly held that, as the moving party in a motion to dismiss, Respondent bears the burden of demonstrating that there are no genuine issues of material fact regarding the closely related issue, which it failed to demonstrate in its Motion to Dismiss. Indeed, she ruled that her decision was "without prejudice" because she recognized that whether or not the Amendment allegations are "closely related" under *Redd-I,* and therefore not barred under Section 10(b) of the Act, will be litigated through her proceedings and allow her to dismiss the Amendment should General Counsel ultimately fail to prove that the allegations are "closely related" at the conclusion of the hearing.

As demonstrated by Respondent's Special Appeal, which argues the merits of the underlying issue for at least 10 pages, there are genuine issues of fact that must be resolved to

determine whether the Amendment is "closely related" and therefore not untimely under Section 10(b) of the Act. For instance, she must resolve factual issues under the "closely related" test such as whether the conduct alleged in the Amendment happened during the same time period and with the same object as the charge allegations and/or Complaint allegations; whether there is evidence to show a causal nexus between the Amendment allegations and the charge allegations and/or Complaint allegations; whether Amendments allegations are a part of the chain or progression of events of charge allegations and/or the Complaint allegations; and whether the Amendment allegations are part of the overall plan to undermine Union activity; among many other factual issues. It is plain to see there are many genuine issues of fact that precluded the Judge from granting Respondent's Motion to Dismiss. In other words, there can be no judgment as a "matter of law" because there are genuine issues of fact for the Judge to resolve. Accordingly, there is no basis to conclude she abused her discretion.

### B. The Board Should Deny Respondent's Request for a Motion for a *De Novo* Review Because There Is No Basis to Convert This Special Appeal into a Prehearing Motion

Respondent's attempt to seek *de novo* review of the merits at this stage of litigation is improper because the matter is pending before the Judge. Under Section 102.24(b), any motion for judgment filed with the Board must be filed no later than 28 days prior to the scheduled hearing, or, where there are less than 28 days before the hearing, the motion must be filed "promptly." Respondent failed to comply with Section 102.24(b) because it failed to file the instant request with the Board "promptly" after the Regional Director issued the June 4, 2018 Amendment, filing the request several months after the start of the hearing. Moreover, Section 102.25 requires that the designated administrative law judge rule on all motions once the record

has opened. Through the instant Special Appeal, Respondent is essentially asking the Board to allow it to circumvent the Section 102.24(b) and 102.25 requirements, a move that would render the Section 102.24(b)'s 28-day requirement or "prompt[ness]" and Section 102.25's requirement that only administrative law judges rule on motions after the opening of a hearing effectively meaningless. Respondent has failed to offer any legal support or otherwise compelling argument to support its position that it should not be required to comply the Section 102.24 or 102.25 requirements. It relies on accusations of gamesmanship, undue advantage, irreparable harm, and manifest injustice. However, Respondent retains the opportunity to fully litigate whether or not the Amendment should be dismissed before the Judge and eventually with the Board. To the extent Respondent's Special Appeal seeks to be considered as a *de novo* Motion for Judgment as a Matter of Law (that is, a motion to dismiss), the Board should reject it because it is procedurally defective.

Even assuming Respondent's Motion for a Judgment as a Matter of Law is properly before the Board, it lacks merit. As the party moving, Respondent must establish the absence of a genuine issue of material fact, which it cannot do because the "closely related" test requires that certain facts must be resolved as described above.

**C. Even if the Board Engages in a *De Novo* Review, Respondent's Motion for Judgment as a Matter of Law Should Be Denied Because the Board Must Apply the *Redd-I* "Closely Related" Test Upon Review of the Entire Record**

The Board is not in a position to engage in a *de novo* review because the *Redd-I* "closely related" test requires the Board to review the *entire* record. Under *Redd-I*, the Board looks to *either* "whether the otherwise untimely allegations are of the same class as the violations alleged in the pending timely charge" or "whether the otherwise untimely allegations arise from the same

factual situation or sequence of events as the allegations in the pending timely charge." *Redd-I*, above at 1118. In order to be able to conduct such an inquiry, the Board must inevitably look at the *entire* record.[4] For example, in *Redd-I*, the Board made its determination that an allegation was closely related because it evaluated the entire record to review whether the allegedly untimely allegations were part of the same factual situation or sequence of events as the timely charges. Granting Respondent's motion for judgment as a matter of law would effectively require the Board to make a determination without even knowing the events of these cases, their sequence, or their import in relation to the asserted untimely and barred allegations. Notably, the Board in *Redd-I* and *Heaven*[5], unable to determine from the record whether the alleged untimely allegations are closely related to allegations of a timely charge, remanded to allow litigation both on the merits and on the "closely related" issue. *Columbia Textile Services*, 293 NLRB 1034, fn. 11 (1989). This common-sense approach allows the Board to have the opportunity to review the parties' assertions under each of the *Redd-I* prongs and the Board has not departed from this approach. The Board reiterated this approach in *Carney Hospital*, 350 NLRB No. 56 (2007), which is relied upon heavily by Respondent, where the Board explicitly stated in footnote 11 that the *Redd-I* "closely related" test is not limited to the pleadings. The same is true in *Charter Communications*, 366 NLRB No. 46 (2018), which Respondent asserts supports its request, where the Board's analysis rests on the record developed, in part, through testimony at the underlying unfair labor practice hearing rather than merely the pleadings. Indeed, Respondent

---

[4] General Counsel will resume his case in chief when the hearing reopens on September 24, 2018. Although the application of the *Reddi-I* test is premature because the record is not complete, General Counsel asserts that the record evidence thus far establishes that the Amendment allegations are closely related to other Complaint allegations similarly arising out of Respondent's unlawful response to its employees' organizing efforts. See also General Counsel's Opposition to Respondent's Motion to Dismiss, pp. 3-6, attached as Exhibit 3 to Respondent's Motion.

[5] 290 NLRB 1223, 1224 (1988).

itself cites to the unfair labor practice charges in *Charter Communications*, documents, which are themselves outside of the pleadings.

Thus, the Board should reject Respondent's contention that the Board's application of the *Redd-I* "closely related" test is accomplished by ignoring all matters outside the relevant pleadings. Respondent's argument rests on its interpretation of a D.C. circuit court case, *Hyundai America Shipping Agency, Inc. v. NLRB*, 805 F.3d 309 (2015), a non-precedential case. In Respondent's assessment of *Hyundai*, Respondent asserts that the "closely related" inquiry requires ignoring all matters outside the parties' pleadings. Respondent fails to point to *any* Board case following the circuit court's holding in *Hyundai* or any other circuit court case adopting the same principle.

Moreover, Respondent's conduct is inconsistent with its reliance upon the *Hyundai* analysis. Throughout Respondent's Motion to Dismiss and in its Special Appeal, Respondent relies heavily on matters *outside* the pleadings. For example, Respondent devotes numerous pages of argument and analysis to matters it asserts were investigated and dismissed, something the *Redd-I* Board explicitly stated was not relevant to the applicable inquiry and something the *Hyundai* court would not have considered.

**D. Even if the Board Agrees with Respondent's Contention that Only the Pleadings May Be Considered, the Closely Related Test Is Still Met**

Although not the proper inquiry here, if a *de novo* review is conducted solely on the pleadings, General Counsel can still meet the *Redd-I* test. While the Amendment allegations were not specifically alleged in any charge and not mentioned during the investigation of the charges because, as mentioned above, the Amendment was based on evidence discovered after

the issuance of the Complaint, the Amendment allegations nonetheless meet the "closely related" test as shown from the pleadings as described below.[6]

Here, the Amendment alleges that on June 7, 2017, Respondent Chief Executive Officer Elon Musk and Chief People Officer Gaby Toledano violated Section 8(a)(1) of the Act when, in a single conversation with Respondent employees, they solicited employee complaints about safety issues, impliedly promised to remedy those complaints if the employees refrained from union activity, made a statement of futility, and told the employees that no one at Respondent's Fremont, California facility wanted a union and queried the workers about why they would want to pay union dues. The allegations in the Complaint as well as the Amendment arise out of the employees ongoing multi-year organizing efforts. There is, however, more than a mere chronological relationship. There exists a meaningful nexus to the timely filed charges based on Respondent's coordinated response to discourage the employees from further engaging in Section 7 activities. Indeed, the alleged June 7, 2017 meeting described in the Amendment with Toledano and Musk was in regards to safety issues and it occurred just two weeks after Respondent attempted to interfere with the employees who lawfully distributed Union leaflets about their workplace safety concerns as alleged in Paragraphs 7(n) through (p) of the Second Amended Consolidated Complaint. The Amendment falls into the sequence of the extant

[6] While the charges do not allege the specific conduct or actors that engaged in the conduct described in the Amendment, the charge in 32-CA-20814, filed October 25, 2017, does allege "intimidating and harassing employees for their Section 7 activities" within the six month period preceding the charge. Such charge covers the period of the Amendment and the language appears broad enough to cover the Amendment while narrow enough to have given Respondent sufficient notice as to the types of violations that may potentially be alleged.

al\legations involving similar types of statements of futility and statements to discourage Section 7 activity.[7]

### E. Respondent Fails to Demonstrate Any Prejudice

In its Special Appeal, Respondent asserts that the General Counsel has "prejudiced Tesla" without any providing any credible argument. Respondent has not demonstrated how it will suffer prejudice as the allegations at issue relate to *one* conversation with employees and it has had ample time to prepare its defense before the resumption of the hearing on September 24, 2018. Moreover, to the extent Respondent argues that it has suffered prejudice because the Regional Director did not issue the Amendment until shortly before the hearing, there exist a plethora of cases involving the adding of additional allegations at the start of hearing, during a hearing, at the conclusion of hearing, and even, in limited circumstances, after a hearing has concluded through post-hearing briefing.[8] Accordingly, any such contention should be rejected by the Board.

## IV. CONCLUSION

For the reasons set forth above, the General Counsel respectfully requests that the Board deny Respondent's Request for Special Permission to Appeal from the Judge's Order Denying Respondent's Motion to Dismiss. However, if the Board permits the Appeal, General Counsel

---

[7] Indeed, Respondent's anti-Union campaign is ongoing. On August 23, 2018, the Regional Director issued a Complaint in Case 32-CA-220777, alleging that a May 20, 2018 tweet by Mr. Musk violated Section 8(a)(1) of the Act. On the same day, General Counsel filed a Motion to Consolidate the Complaint with the Second Amended Consolidated Complaint which remains pending before the Judge.

[8] See, e.g., *Folsom Ready Mix, Inc.*, 338 NLRB 1172, fn. 1 (2003); see also, e.g., *Rogan Bros. Sanitation, Inc.*, 362 NLRB No. 61, slip op. at 3, fn. 8 (2015), enfd. 651 Fed. Appx. 34 (2d Cir. 2016) (motion to amend granted during hearing); *Remington Lodging & Hospitality, LLC*, 363 NLRB No. 112, slip op. at 1, fn. 1 (2016) (motion to amend granted during hearing); *Stagehands Referral Service*, 347 NLRB 1167 (2006) (motion to amend at the conclusion of hearing); *Roundy's Inc.*, 356 NLRB 126 (2010), enfd. 674 F.3d 638, 646-647 (7th Cir. 2012) (remanding to administrative law judge for additional evidence after the General Counsel alleged a new theory in his post hearing brief).

respectfully requests that the Board affirm the Judge's Order and deny Respondent's Request for *De Novo* Review and its Motion for Judgment as a Matter of Law.

**DATED AT** Oakland, California this 30th day of August 2018.

/s/ Edris W.I. Rodriguez Ritchie

Edris W.I. Rodriguez Ritchie, Field Attorney
Noah Garber, Field Attorney
Counsel for the General Counsel
National Labor Relations Board
Region 32
1301 Clay Street, Suite 300N
Oakland, California 94612-5224

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual**

**and**

**JONATHAN GALESCU, an Individual**

**and**

**RICHARD ORTIZ, an Individual**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURE WORKERS OF AMERICA, AFL-CIO**

Cases 32-CA-197020
32-CA-197058
32-CA-197091
32-CA-197197
32-CA-200530
32-CA-208614
32-CA-210879

**TESLA'S REQUEST FOR SPECIAL PERMISSION TO APPEAL ADMINISTRATIVE LAW JUDGE AMITA B. TRACY'S ORDER DENYING TESLA'S MOTION TO DISMISS; REQUEST FOR *DE NOVO* REVIEW OF TESLA'S MOTION TO DISMISS**

# TABLE OF CONTENTS

**Page**

TESLA RESPECTFULLY REQUESTS EXPEDITED REVIEW BEFORE TRIAL RESUMES ON SEPTEMBER 24, 2018 ....2

TESLA'S APPEAL OF JUDGE TRACY'S ORDER DENYING TESLA'S MOTION TO DISMISS ....4

I. INTRODUCTION ....4

II. FACTUAL AND PROCEDURAL BACKGROUND ....5

A. The Union's Initial Charges—and the Region's Initial Complaints—Make No Allegations Against Mr. Musk or Ms. Toledano ....5

B. The Union's Subsequent Charges; The Region Takes Ms. Toledano's Affidavit and Does Not Ask Her Questions About Any June 7, 2017 Meeting with Mr. Musk and Tesla Employees ....6

C. Tesla Petitions to Revoke the Requests of the General Counsel's and the Union's Subpoenas *Duces Tecum* Seeking Mr. Musk's and Ms. Toledano's Electronic Communications Because There Are No Pending Allegations Against Them ....8

D. The Region Amends the Operative Complaint to Allege that Mr. Musk and Ms. Toledano Made Unlawful Statements During a June 7, 2017 Meeting with Tesla Employees ....10

E. Judge Tracy Revokes the Union's SAT Directed At Mr. Musk ....10

F. Tesla Moves to Dismiss The Allegations of the Amendment ....11

G. The General Counsel and Union File Oppositions to the Motion But Cannot Agree on Which Charges Support the Allegations of the Amendment ....12

H. Judge Tracy Denies Tesla's Motion to Dismiss The June 4th Amendment Without Prejudice ....15

III. TESLA IS ENTITLED TO JUDGMENT AS A MATTER OF LAW ....16

A. Judge Tracy Erred Insofar As She Misallocated the General Counsel's Burden of Establishing that He Has Statutory Authority To Make the Allegations In the Amendment ....16

1. Under § 10(b)'s Jurisdictional Function, The NLRB Has The Burden Of Proving That *Uncharged* Conduct Is "Closely Related" To The Allegations Of A Complaint As A Predicate To Its Exercise Of Jurisdiction ....17

2. Because The Allegations Of The Amendment Included *Uncharged* Conduct Rather Than *Untimely Charged* Conduct, Judge Tracy Clearly Erred By Denying Tesla's Motion For Failing To Establish

EXHIBIT NO. GC-1(ffff) RECEIVED ✓ REJECTED

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 562 DATE: 10-12-18 REPORTER: DY

A Lack Of Material Dispute As To The General Counsel's Jurisdiction ........ 19

B. Tesla Is Nonetheless Entitled To Judgment As A Matter Of Law Because The General Counsel Cannot Prove Any Set Of Facts Which Would Establish Jurisdiction Over The Allegations Of The Amendment

1. The General Counsel Should Be Able To—Yet Cannot—Establish that He Has Statutory Authority To Make the Allegations of the Amendment Based On the Pleadings Alone ........ 20

2. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to Case 32-CA-200530 ........ 23

3. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to the Charge Filed in Case 32-CA-208614 ........ 26

4. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to the Charge Filed in Case 32-CA-210879 ........ 28

5. Contrary to Judge Tracy's Order, *Charter Communications* Supports Tesla's Position ........ 29

IV. CONCLUSION ........ 31

**TABLE OF AUTHORITIES**

**Page(s)**

Cases

*Alternative Energy Applications, Inc.*
361 NLRB 1203 (2014) ....................16

*Allied Waste Services of Massachusetts, LLC,*
01-CA-123082, -126843, 2014 WL 7429200 (Dec. 31, 2014)....................17

*Carney Hospital*
350 NLRB 627 (2007) .................... *passim*

*Charter Communications, LLC*
366 NLRB No. 46, slip op. (2018)....................15, 29

*Detroit Newspapers Agency*
330 NLRB 524 (2000) ....................16

*Drug Plastics & Glass Co., Inc. v. NLRB.*
44 F.3d 1017 (D.C. Cir. 1995)....................18, 23

*Hyundai Am. Ship. Agency, Inc. v. NLRB*
805 F.3d 309 (2015)....................23

*Leach Corp.*
312 NLRB 990 (1993),
enfd. 54 F.3d 802 (D.C. Cir. 1995)....................17

*Leukemia and Lymphoma Society*
363 NLRB No. 124 (2016) ....................16, 23

*Lotus Suites v. NLRB*
32 F.3d 558 (1994)....................17

*Nickles Bakery of Indiana, Inc.*
296 NLRB 927 (1989) ....................20

*NLRB v. Braswell Motor Freight Lines, Inc.*
486 F.2d 743 (7th Cir.1973) ....................23

*NLRB v. Fant Milling Co.*
360 U.S. 301 (1959)....................17

*Precision Concrete v. NLRB*
334 F.3d 88, 90 (D.C. Cir. 2003).................... *passim*

*Reddi-I*
390 NLRB 1115 (1988) ....................15, 20

*Ross Stores, Inc. v. NLRB*
235 F.3d 669, 677 (D.C. Cir. 2001) ....................16, 23

*Salon/Spa at Boro, Inc.*
356 NLRB 444 (2010) ....................21

*Security Walls, LLC*
361 NLRB 348 (2014) ....................15, 16

*SKC Electric, Inc.*
350 NLRB 857 (2007) ....................29

*Wal-Mart Stores, Inc.*, 28-CA-167277, JD(SF)-34-16, 2016 WL 4547576 (NLRB Div. of Judges) (August 31, 2016) ....................22

*Yale University*
330 NLRB 246 (1999) ....................16

Statutes, Rules, Regulations, Constitutional Provisions

29 U.S.C. § 160 ....................16

National Labor Relations Act
§ 7 .................... *passim*
§ 8(a)(1) ....................4, 11, 12, 26
§ 8(a)(3) ....................4, 9, 26
§ 8(a)(4) ....................4, 26
§ 10(b) .................... *passim*

National Labor Relations Board's Rules and Regulations
§ 102.17 ....................14, 15
§ 102.24(b) ....................1, 20
§ 102.26 ....................1
§ 102.35(a)(8) ....................13

Pursuant to § 102.26 of the National Labor Relations Board's ("Board") Rules and Regulations, Respondent Tesla, Inc. ("Tesla") respectfully requests special permission to appeal Administrative Law Judge Amita B. Tracy's ("Judge Tracy") erroneous August 10, 2018 Order Denying Respondent's Motion to Dismiss ("Motion") the General Counsel's ("GC") June 4 Amendment to the Second Amended Consolidated Complaint ("Amendment") issued six days before the beginning of the trial in this matter on June 11.[1] This last minute Amendment names Tesla's CEO, Elon Musk ("Mr. Musk") and focuses, for the first time, on his conduct asserting that, during a June 7, 2017 meeting with employees, Mr. Musk and Tesla's Chief People Officer Gaby Toledano ("Ms. Toledano") made certain statements to employees in violation of § 8(a)(1).

Notwithstanding the General Counsel's control over its complaint, the GC is without statutory authority to prosecute these newly raised claims because they were never asserted in and are not "closely related" to any of the UAW's timely-filed unfair labor practice ("ULP") charges as required by § 10(b) of the Act.[2] Accordingly, Judge Tracy's August 10 order denying Tesla's dismissal motion without prejudice is contrary to law and a clear abuse of her discretion.

Tesla recognizes that § 102.24(b) of the Board's Rules and Regulations requires that motions for summary judgment or dismissal be filed with the Board no later than 28 days prior to the scheduled hearing. However, the Region's heretofore unexplained decision to wait until the week of trial to issue the Amendment has precluded Tesla from timely filing a dismissal/ summary judgment motion with the Board. Accordingly, Tesla respectfully requests that the Board exercise its discretion to accept Tesla's Motion as either a timely-filed motion for

---

[1] Jude Tracy's Order is attached hereto as **Exhibit 1**; Tesla's Motion as **Exhibit 2**; The General Counsel's Opposition to the Motion as **Exhibit 3**; the UAW's Opposition to the Motion as **Exhibit 4**; Tesla's Reply to the Opposition as **Exhibit 5**.

[2] Tesla denies the substantive allegations against Mr. Musk and Mr. Musk and Ms. Toledano have no objection to testifying regarding said allegations. However, that does not mean that the rules can simply be disregarded, and that Mr. Musk and Ms. Toledano should be forced to testify, when the General Counsel has so clearly played fast and loose with this process and prejudiced Tesla in violation of Section 10(b).

summary judgment or motion to dismiss pursuant to § 102.24(b) of the Board's Rules and review it *de novo*. For the reasons set forth more fully below, the Board should accept this appeal and reverse Judge Tracy's ruling, which is contrary to precedent and prejudices Tesla, causing manifest injustice.

**TESLA RESPECTFULLY REQUESTS EXPEDITED REVIEW BEFORE TRIAL RESUMES ON SEPTEMBER 24, 2018**

For the past twenty-six months, the UAW has engaged in a corporate campaign designed to damage Tesla's business reputation and to tarnish its brand as well as to embarrass and harass Mr. Musk. It has harassed Tesla's management and executives by publicly (and baselessly) accusing them of breaking the law and thereafter caused them to be investigated by the NLRB. The UAW has used these smear tactics as a means of extorting Tesla's and Mr. Musk's agreement to a card check/neutrality agreement and facilitating its attempt to organize the roughly 16,000 employees working at Tesla's Fremont and Sparks facilities. Since April 2017, the UAW has filed and/or amended more than fifteen charges with the NLRB which cumulatively allege that, between October 2016 and the present, countless supervisors, security officers, and human resources representatives committed various ULPs. Tesla fully cooperated with the Region during its fourteen-month long investigation into these charges, providing thousands of pages of documents, submitting multiple position statements in response to the Region's requests for information and evidence and producing approximately twenty confidential witnesses for affidavits. The vast majority of these allegations have been dismissed or withdrawn for lack of merit. At no time, in any of the Union's initial or amended charges or during this comprehensive investigation, was Mr. Musk's name ever mentioned or his alleged

misconduct or the subject matter of the Amendment ever raised.[3] These eleventh hour claims leveled against Mr. Musk and Ms. Toledano are, therefore, legally time barred by Section 10(b) of the Act.

Further, forcing Tesla to defend this time barred Amendment as to Mr. Musk and Ms. Toledano will cause the Company irreparable harm. Placing Mr. Musk and his time barred alleged conduct at issue in this proceeding and requiring him to answer what are clearly stale allegations will unnecessarily add to the media frenzy now surrounding Tesla. Indeed, even when Tesla ultimately prevails on the Amendments at trial, either because the issue is time barred or on the merits, it would have suffered irreparable harm.

Because the General Counsel's June 4 Amendment is clearly time barred as a matter of law and because of the irreparable harm occasioned by the Amendment, Tesla, hereby, respectfully requests that the Board consider and grant its Special Appeal and/or Motion on an expedited basis and that it issue an order directing the dismissal of the Amendment before the trial resumes on September 24, 2018.

---

[3] For ease of reference, attached hereto as **Exhibit 10** and **Exhibit 11** are charts summarizing the ULP charges filed against Tesla from April 17, 2017 until May 23, 2018 and the EAJA letters requesting information concerning the ULP charges and to take witness affidavits issued by Field Attorney for Region 32 Edris W.I. Rodriguez Ritchie.

**TESLA'S APPEAL OF JUDGE TRACY'S ORDER DENYING TESLA'S MOTION TO DISMISS**

## I. INTRODUCTION

On the eve of trial, and days after Tesla served its petitions to revoke the General Counsel's and the Union's subpoenas *duces tecum* seeking Elon Musk's private communications based, in part, on the Complaint's failure to allege Mr. Musk's personal involvement in a single unfair labor practice, the Region filed and served an "Amendment to the Second Amended Consolidated Complaint." For the very first time since it began its investigation nearly 14 months before and without any explanation or timely charge, the Region alleged that Mr. Musk and Ms. Toledano violated Section 8(a)(1). Tesla will not speculate as to why these allegations arising out of a June 7, 2017 meeting were omitted from the Union's June 12, 2017 charge filed in Case 32-CA-200530, the Union's July 28, 2017 amended charge filed in Case 32-CA-200530, the August 31, 2017 Consolidated Complaint, the September 1, 2017 Amended Consolidated Complaint, the Union's October 25, 2017 charge filed in Case 32-CA-208614, the Union's December 1, 2017 charge filed in Case 32-CA-210879, the Union's December 6, 2017 amended charge filed in Case 32-CA-210879, the Union's March 13, 2018 amended charge filed in Case 32-CA-200530, and the March 31, 2018 Second Amended Consolidated Complaint. Nor has the General Counsel ever offered any explanation as to why its June 4 Amendment suddenly found its way into the Second Amended Complaint on the eve of trial. Regardless of that explanation, however, the Region has failed to establish its statutory authority to assert these eleventh hour allegations by pointing to a specific charge supporting these new allegations or showing that these last minute new claims are "closely related" to the violations asserted in any charge filed by the Union within the 10(b) limitations period. So, even assuming arguendo that the General Counsel could somehow prove these allegations as to Mr. Musk and Ms. Toledano at trial (which

he cannot), this statutory defect is incurable. Accordingly, in the interest of judicial economy and avoiding the prejudice resulting to Tesla should it be forced to defend these time barred allegations, Tesla respectfully requests that each of the allegations asserted in the Amendment be dismissed for lack of jurisdiction insofar as they were never asserted in and were not "closely related" to any timely-filed charge as mandated by §10(b) of the Act.

## II. FACTUAL AND PROCEDURAL BACKGROUND

### A. The Union's Initial Charges—and the Region's Initial Complaints—Make No Allegations Against Mr. Musk or Ms. Toledano

Between April 17, 2017 and July 28, 2017, the Charging Parties and their attorney Margo A. Feinberg (Counsel for Charging Parties) filed five unfair labor practice charges and five amended charges against Tesla, Inc. ("Tesla") under Case Nos. 32-CA-197020, 32-CA-197058, 32-CA-197091, 32-CA-197197, and 32-CA-200530. As witnessed by the EAJA letter requesting information and to take witness affidavits issued by Field Attorney for Region 32 Edris W.I. Rodriguez Ritchie ("Mr. Rodriguez Ritchie"), dated May 8, 2017, July 7, 2017 and November 21, 2017, none of these charges asserted any allegations concerning Mr. Musk or Ms. Toledano. Instead, they related to the conduct of others and sought to take the affidavits of Lisa Lipson, Lauren Holcomb, David Zweig, and Seth Woody as evidence regarding the allegations raised in Case 32-CA-200530. *See* Exhibit B attached to the Motion.

On July 28, 2017, the charging parties amended the charges in Case Nos. 32-CA-197020, 32-CA-197058, 32-CA-197091, 32-CA-197197 to conform to the allegations of the Initial Complaint that the Region would soon issue.

On August 31, 2017, the Regional Director for Region 32 ("Region") issued a Consolidated Complaint ("Initial Complaint") alleging, among other things, that Tesla's HR Business Partner David Zweig attempted to prohibit an employee from discussing safety

concerns with other employees and/or with the Union on April 5, 2017; that Respondent's Director of Global Environmental Health and Safety Seth Woody attempted to prohibit an employee from discussing safety concerns with other employees and/or the Union on April 28, 2017; and that Human Resources Business Partner Liza Lipson interrogated employees about protected concerted activities and/or union activities in the presence of Environmental Health and Safety Sustainability Specialist Lauren Holcomb during two separate meetings on May 24, 2017 ("Consolidated Complaint," attached as Exhibit C to the Motion). While alleging Mr. Musk a statutory supervisor, nothing in the Initial Complaint alleged any substantive wrongdoing by him.

**B. The Union's Subsequent Charges; The Region Takes Ms. Toledano's Affidavit and Does Not Ask Her Questions About Any June 7, 2017 Meeting with Mr. Musk and Tesla Employees**

On October 25, 2017, Charging Parties and their counsel filed the initial charge in Case No. 32-CA-208614. *See* Exhibit D to the Motion. The charge does not assert any allegations against Mr. Musk or Ms. Toledano. Instead, it focused on various performance based terminations affecting Tesla worldwide immediately following a company-wide supplemental performance review ("October terminations"). This is shown by the EAJA letter dated November 21, 2017, Mr. Rodriguez Ritchie citing the alleged conduct of the following individuals as the basis for this new charge and requesting to take their affidavits: "Vannick Ly, Lehi Gomez, Paul James, Arnold Camat, Timothy Fenelon, Tope Ogunniyi, Kyle Martin, Mario Last Name Unknown, Elena Elliott, Ricky Gecewich, Albert Rios, Duwone Ashley, Thuy Truong, Juan Martinez; Sean Boone; Kyle Last Name Unknown (Human Resources), Nicole White, Chris Padilla" and "Dane Last Name Unknown (Human Resources) in Case 32-CA-208614. *See* Exhibit E to the Motion.

Though not requested in the November 21 EAJA letter, Tesla made Ms. Toledano available to provide an affidavit to the General Counsel with respect to the implementation of the supplemental employee evaluation resulting in the terminations referenced in the General Counsel's letter. When the General Counsel took her affidavit on February 5, 2018, he asked nothing about the alleged June 7, 2017 meeting. *See* Exhibit F to the Motion.

On December 1, 2017, Charging Parties and their counsel filed the initial charge in Case No. 32-CA-210879. *See* Exhibit G to the Motion. The charge does not assert any allegations against Mr. Musk or Ms. Toledano. By EAJA letter dated December 20, 2017, Mr. Rodriguez Ritchie requested information concerning the Company's treatment of William Locklear, an employee at Tesla's Nevada Battery Gigafactory[4] and to take affidavits from "Dave Teston, Associate Manager, Josh Surgeon, (title unknown to Board Agent but known by Employer), Shawn Gaines, Supervisor, Kevin Kassekert, Vice President for Infrastructure Development, Matthew Stewart, Supervisor, Tyler Ash, Supervisor, Andy McIndoe, Associate Production Manager, Cindie Reneau, Human Resources Representative" and "Elliot Kent, Supervisor" as evidence regarding the allegations raised in Case 32-CA-210879, and further requested that Tesla submit a position statement ("12/20/2017 Request for Evidence". *See* Exhibit H to the Motion.

As in the case of the charges filed prior to the Initial Complaint, the Charging Party amended its charges in Case Nos. Case Nos. 208614 and 210879 on December 6, 2017 and March 13, 2018, to conform to the Second Amended Complaint that would soon issue.

[4] All of the other charges pertained to conduct occurring at Tesla's automobile plant in Fremont, California

On March 30, 2017, the Region issued a Second Amended Consolidated Complaint[5] (the "Operative Complaint"). *See* Exhibit I to the Motion. In addition to reasserting some but not all of the allegations raised in the Initial Complaint, the Operative Complaint additionally alleged that Supervisor Homer Hunt made a statement of futility to employees in August of 2017; that Tesla's supervisors Tope Ogunniyi and Tim Fenelon disparately enforced work apparel restrictions against employees wearing clothing with Union insignia; that Employee Relations Investigator Ricky Gecewich interrogated employees about their protected activities in separate meetings conducted September 21, 2017 and October 19, 2017 and promulgated/disparately enforced a rule prohibiting employees from accessing internal work systems without proper business justification also on October 19, 2017; that Respondent unlawfully discharged Richard Ortiz on October 18, 2017; and that Respondent unlawfully disciplined Jose Moran on October 19, 2018. The Operative Complaint also again mentioned Mr. Musk as a statutory supervisor but contained no substantive allegations with respect to his conduct. Nor did the Operative Complaint name or otherwise reference the alleged unlawful conduct of Ms. Toledano. Indeed, none of the allegations for which Ms. Toledano provided an affidavit were included in the Operative Complaint, the Region apparently finding no merit to them after completing its investigation.

**C. Tesla Petitions to Revoke the Requests of the General Counsel's and the Union's Subpoenas *Duces Tecum* Seeking Mr. Musk's and Ms. Toledano's Electronic Communications Because There Are No Pending Allegations Against Them**

On May 24, 2018, the Region served Tesla with subpoena *duces tecum* B-1-118CRIT ("Region's SDC") which contained several requests for Mr. Musk's personal email and social

[5] The Operative Complaint was the second amendment of the Initial Complaint because on September 1, 2017, the Region issued a First Amended Consolidated Complaint correcting a typographical error in the initial pleading. Said First Amended Complaint did not materially alter the substantive allegations or claims of the Initial Complaint

media communications. In its June 4, 2018 petition to revoke these requests[6], Tesla objected due to their irrelevance to any of the matters alleged in the Operative Complaint. The petition stated: "None of the witnesses, including Gecewich stated that any of the individuals listed in Request No. 7 (including Elon Musk) participated in the decision to terminate Ortiz and counsel Moran for their misconduct. In fact, the Complaint does not even allege that Elon Musk ... violated any section of the NLRA, much less section 8(a)(3). In its objections to Request No. 10, Tesla reiterated: "***There is no allegation that Elon Musk directed, was involved in, or in any way influenced any of the decisions or actions described in the Complaint.***"

On May 25 and 31, 2018, the Union served Tesla with subpoenas *duces tecum* Nos. B-1-11BJS5V and B-1-11BKOEJ ("Union's SDC"). Like the Region's SDC, the Union's SDC requested Mr. Musk's electronic communications, but also sought those made by Ms. Toledano and Mr. Hedges. In its June 4, 2018 petition to revoke these requests[7], Tesla repeatedly objected due to their irrelevance to any of the matters alleged in the Operative Complaint. For example, Tesla wrote: "Of the 3 individuals listed in Request No. 14, the Complaint references only Elon Musk, and only to allege his supervisory status. There are accordingly no allegations pending in these proceedings with respect to the role played by Mr. Musk, Mr. Hedges, or Ms. Toledano in any actions unlawfully motivated by anti-union animus."

On May 30, 2018, the Union also served Tesla with subpoenas *ad testificandum* A-1-11BJ5G3 and A-1-11BKIP5 ("Union's SAT") issued to Mr. Musk, calling for Mr. Musk to appear at the trial beginning June 11, 2018. In its petition to revoke the Union's SAT[8], Tesla objected because the Union was subpoenaing Mr. Musk in furtherance of its corporate campaign

[6] Tesla's amended petition to revoke is attached hereto as **Exhibit 6**.
[7] Tesla's petition to revoke is attached hereto as **Exhibit 7**.
[8] Tesla's petition to revoke is attached hereto as **Exhibit 8**.

and for the purpose of harassing him and without a genuine litigation need – since again the Operative Complaint contained no allegations directly relating to Mr. Musk.

**D. The Region Amends the Operative Complaint to Allege that Mr. Musk and Ms. Toledano Made Unlawful Statements During a June 7, 2017 Meeting with Tesla Employees**

On June 4, 2018, the Region issued the Amendment that is the subject of this Request/Motion. *See* Exhibit J to the Motion. In addition to listing Ms. Toledano and Mr. Hedges for the first time as statutory supervisors, the Amendment asserted new factual allegations. Specifically, the Amendment alleged that on June 7, 2017, Mr. Musk "solicited employee complaints about safety issues and impliedly promised to remedy their safety complaints if they refrained from their union organizational activity" and "informed its employees that it would be futile for them to select a union as their bargaining representative by telling them that employees did not need a union and that Respondent would allow them to have a union if Respondent failed in its efforts to remedy their safety grievances." The Amendment also alleged that Ms. Toledano "restrained and coerced employees from engaging in union organizational activity by telling them that no one at Respondent's facility wanted a union and asking them why employees would want to pay union dues" at this same June 7, 2017 meeting. Though it named him as a statutory supervisor, the Amendment did not assert any factual allegations against Mr. Hedges.

**E. Judge Tracy Revokes the Union's SAT Directed At Mr. Musk**

On June 8, 2018, Judge Tracy issued an Order revoking the Union's SAT directed at Mr. Musk. In her order, she wrote:

> I am concerned that there is no valid explanation from the General Counsel or the Charging Party as to why, at the eleventh hour on the eve of trial and after investigating a charge since 2017, the amended complaint was filed on June 4,

2018 adding facts which may or may not be admitted by the Respondent and which retains the current June 11, 2018 trial date.[9]

**F. Tesla Moves to Dismiss The Allegations of the Amendment**

At the beginning of the trial on June 11, 2017, Tesla moved to dismiss the allegations of the Amendment for lack of jurisdiction insofar as they were never asserted in and were not "closely related" to any timely-filed charge as mandated by §10(b) of the Act. The question presented by Tesla's Motion was therefore a simple one: are the allegations of the Region's Amendment regarding the events of a June 7, 2017 meeting supported by a timely-filed charge? To answer that question in the affirmative, the General Counsel has the burden of proving that the Amendment's allegations were, at a minimum, "closely related" to a charge filed by the Union within 6 months of that date.

The Motion, along with the documentary evidence attached thereto, established the following facts:

- The allegations of the Amendment were not included in any of the three charges or the three amended charges filed by the Union after June 7, 2017;
- All of the charges filed by the UAW after June 7, 2017 were drafted and signed by the UAW's attorneys[10];
- The charge filed on June 12, 2017 alleged that the subject incidents occurred on February 10, 2017, May 24, 2017 and May 25, 2017;

---

[9] The ALJ's order is attached hereto as **Exhibit 9**.

[10] As evidenced by the Union's most-recent charge filed on May 23, 2018, Case No. 32-CA-220777, its attorneys clearly know how to draft charges with sufficient particularly. It states:

> On May 20, 2018, Tesla, Inc., through its CEO Elon Musk, violated the National Labor Relations Act by threatening to take away employee stock options in retaliation for Tesla employees engaging in protected union activity. Specifically, Musk stated in a public tweet, "[n]othing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted But why pay union dues & give up stock options for nothing?" This tweet went out to Musk's 21.8 million twitter followers, has been shared and republished by numerous individuals and media outlets, and remains publicly accessible at the time of this filing.

*See* Exhibit **10(a)**.

- The Region issued "Initial Letters" in connection with each of the aforementioned charges which, as provided for by § 10054 of the ULP Casehandling Manual, disclosed the general nature of the at-issue conduct alleged to have violated §8(a)(1), the general locale, the identity of the supervisor involved, the date of the conduct, and the identities of the witnesses from whom the Region would seek to take affidavits;
- None of the Region's "Initial Letters" referenced the solicitation of grievances, statements regarding union dues, Elon Musk, June 7, 2017, or made any request to take Elon Musk's affidavit;
- The Consolidated Complaint, the Amended Consolidated Complaint and the Second Amended Consolidated Complaint were all issued after June 7, 2017;
- The allegations of the Amendment were not included in the Consolidated Complaint, the Amended Consolidated Complaint and the Second Amended Consolidated Complaint;
- The General Counsel took Ms. Toledano's affidavit in connection with a charge that it eventually dismissed in February 2018; and
- The General Counsel did not ask Ms. Toledano any questions about any June 7, 2017 meeting involving Mr. Musk or any of the statements attributed to her in the Amendment.

**G. The General Counsel and Union File Oppositions to the Motion But Cannot Agree on Which Charges Support the Allegations of the Amendment**

The General Counsel and the Union filed Oppositions to the Motion. With their Oppositions, the General Counsel and the Union bend over backwards to avoid giving the simplest answer to this simple question, i.e., that the Union filed any specific charge in response to the allegations asserted in the General Counsel's Amendment. They instead argue that the vague and generically plead 8(a)(1) language of no less than *six different charges*—and not even the same charges—somehow individually and cumulatively support the Amendment's

allegations regarding a single meeting.[11] They alternatively take the position that, because the Union has filed more than a dozen charges against Tesla during its two-year-long organizing campaign, statements made by Mr. Musk during a June 7, 2017 meeting surely must be "closely relate" to at least one of them.

Far from establishing that his jurisdiction exists, the General Counsel argues that an administrative law judge lacks the authority to test it. He unsurprisingly makes no attempt to explain why his July 7, 2017, November 21, 2017 and December 20, 2017 letters to Tesla which specifically enumerate *56 separate allegations* by the Union make no reference to Mr. Musk or any June 7, 2017 meeting. Nor does he even try to explain why he did not ask Ms. Toledano a single question about any June 7, 2017 meeting when he took her affidavit on February 5, 2018. Likewise, he offers no explanation as to why he waited until the eve of trial to assert nearly year-old allegations against Tesla's high-level executives only days after Tesla petitioned to revoke its and the Union's overbroad and burdensome subpoenas seeking their electronic communications and testimony.

Most tellingly, the General Counsel does not address Tesla's contention that he amended the complaint on the eve of trial in an attempt to justify his and the Union's overly broad subpoena requests rather than agreeing to narrow them to the issues in dispute. He instead incredibly argues that "an administrative law judge is not empowered with the authority to withdraw a properly issued and noticed amendment to a complaint issued prior to a hearing". *See* Exhibit 3, General Counsel's Opposition at p. 1. This assertion is plainly wrong as §

[11] In its opposition, the Union claimed that the "objective truth is that each of the General Counsel's allegations raised it [sic] his Amendment were properly pled" in the charges and amended charges filed in Case Nos. 32-CA-200530 and 32-CA-208614. *See* Exhibit 4, Union's Opposition at pp. 1-3. Yet the General Counsel had a different story to tell; he contended that the allegations of his Amendment were also "encompassed" by the amended charges filed on July 28, 2017 in Case Nos. 32-CA-197020, 32-CA-197058, 32-CA-197091, and 32-CA-197197. *See* Exhibit 3, General Counsel's Opposition at p. 2. Which is it folks? Whatever the answer, this manifest disconnect by and between the GC and the Charging Parties is yet further proof that the otherwise time barred June 4 Amendment is not "closely related" to any of the charges on file in this case.

102.35(a)(8) of the Board's Rules and Regulations specifically provides that an administrative law judge has the authority to rule on motions to dismiss complaints or portions thereof. Likewise, the Union opposition offers no legal basis for rejecting Tesla's dismissal motion, mischaracterizing the Company's motion as being based on the timing of the June 4 Amendment and arguing that "just because the Respondent doesn't like [the] timing of an Amendment doesn't mean it's improper." *See* Exhibit 4, Union's Opposition at p. 2.

Tesla did not bring the Motion because it "does not like" the timing of the General Counsel's Amendment. Rather, under § 102.17 of the Board's Rules, the General Counsel could only amend the complaint prior to the start of the hearing "upon such terms as may be deemed just." An explanation is accordingly warranted for why none of the initial letters sent to Tesla by the General Counsel regarding any of the charges filed by the Union makes any reference whatsoever to Mr. Musk or any June 7, 2017 meeting. An explanation is additionally warranted for why the General Counsel never requested to take Mr. Musk's or Ms. Toledano's affidavits to obtain evidence as to whether they made unlawful statements during any June 7, 2017 meeting. An explanation is additionally warranted for why the General Counsel never asked Ms. Toledano any questions about any June 7, 2017 meeting when he took her affidavit in February 2018 regarding an unrelated charge. An explanation is additionally warranted for why, notwithstanding the clear instruction of section 10054 of the Casehandling Manual, the General Counsel did not disclose the general nature of the Amendment's 8(a)(1) allegations, the general locale, the identities of the supervisors involved, and the date of the conduct before issuing the Amendment. Finally, if the allegations of the Amendment were encompassed by and/or "closely related" to anywhere between four to six charges filed by the Union, an explanation is warranted for why the General Counsel's "investigation" into the allegations of the Amendment deviated in

nearly every measurable respect from his investigation into the allegations of those same four to six charges.

Coupled with the suspicious circumstances surrounding the issuance of the Amendment, the General Counsel's and the Union's silence on this matter leads to the inevitable conclusion that the General Counsel amended the complaint to include otherwise untimely allegations against Mr. Musk and Ms. Toledano solely to provide a foundation for his and the Union's overly broad subpoenas.

### H. Judge Tracy Denies Tesla's Motion to Dismiss The June 4th Amendment Without Prejudice

On August 10, 2018, Judge Tracy issued her Order denying Tesla's Motion. There, Judge Tracy noted that she has no authority to overturn a decision by the Regional Director to amend a complaint prior to the hearing pursuant to § 102.17 of the Board's Rules. Citing to *Reddi-I*, 390 NLRB 1115, 1116 (1988); *Charter Communications, LLC*, 366 NLRB No. 46, slip op. at 2 (2018), reconsideration denied by unpub. Board order issued June 7, 2018 (2018 WL 2761559), she therefore concluded that "the remaining issue is whether the amended complaint allegations 'arise from the same factual situation or sequence of events' as the timely filed charges." In that regard, she ruled that Tesla's "motion to dismiss fail[ed] to establish the absence of a genuine issue of material fact, or that it is entitled to judgment as a matter of law. *See Security Walls, LLC*, 361 NLRB 348, 349 (2014)." She therefore concluded that dismissal of the Amendment was not appropriate at this time, and that the result "is unchanged by Tesla's various contentions regarding the manner in which the charges underlying this proceeding were investigated".

For the reasons discussed below, this ruling was clearly erroneous and should be reversed.

## III. TESLA IS ENTITLED TO JUDGMENT AS A MATTER OF LAW

For the limited purpose of ruling on a motion to dismiss it is true that, a judge should "construe the complaint in the light most favorable to the General Counsel, accept all factual allegations as true, and determine whether the General Counsel can prove any set of facts in support of his claims that would entitle him to relief." *Detroit Newspapers Agency*, 330 NLRB 524, 525 n. 7 (2000). *See also Yale University*, 330 NLRB 246, 247 n. 8 (1999). Similarly, summary judgment is warranted only if there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law. *See, e.g., Security Walls, LLC*, 361 NLRB No. 29, slip op. at 1 (2014); *Leukemia and Lymphoma Society*, 363 NLRB No. 124 (2016). Here there is no genuine dispute. The record establishes that the June 4 Amendment is not supported by a timely charge. Tesla is, therefore, entitled to judgment in its favor as a matter of law.

Further, even though an otherwise untimely complaint allegation will not be barred by Section 10(b) if it is closely related to the allegations in a timely charge, *Alternative Energy Applications, Inc.*, 361 NLRB 1203, 1203 (2014), there is no dispute -- the alleged June 7, 2017 meeting involving Mr. Musk and Ms. Toledano is not "closely related" to any of the timely filed charges in this matter. *See* Exhibit 1, Judge Tracy's Order.

### A. Judge Tracy Erred Insofar As She Misallocated the General Counsel's Burden of Establishing that He Has Statutory Authority To Make the Allegations In the Amendment

Section 10(b) of the Act provides that "no complaint shall issue based upon any unfair labor practice occurring more than 6 months prior to the filing of the charge with the Board." 29 U.S.C. § 160. Interpreting and applying this language, the Board and U.S. Courts of Appeals have observed that Section 10(b) therefore serves "two separate functions" – one jurisdictional and one temporal. Each of these functions within the factual and proven context of this case are discussed herein. *Carney Hospital*, 350 NLRB 627, 628 (2007) (*quoting Precision Concrete v.*

*NLRB*, 334 F.3d 88, 90 (D.C. Cir. 2003) (*quoting Ross Stores, Inc. v. NLRB*, 235 F.3d 669, 677 (D.C. Cir. 2001) (Randolph, J., concurring)).

**1. Under § 10(b)'s Jurisdictional Function, The NLRB Has The Burden Of Proving That *Uncharged* Conduct Is "Closely Related" To The Allegations Of A Complaint As A Predicate To Its Exercise Of Jurisdiction**

Section 10(b) functions in part as a statute of limitations by prohibiting the issuance of a complaint based on conduct occurring more than 6 months prior to the filing of a charge. *Carney Hospital*, 350 NLRB 627, 628 (2007). Proving that *untimely charged*[12] conduct is not "closely related" to the allegations in a timely filed charge is a non-jurisdictional affirmative defense which may be waived and is subject to tolling. *See Leach Corp.*, 312 NLRB 990, 991–992 (1993), enfd. 54 F.3d 802 (D.C. Cir. 1995).

Section 10(b) also underscores the statutory limits placed on the Board's and the General Counsel's authority to initiate unfair labor practice proceedings *sua sponte*. Thus, "[s]ection 10(b) operates as a jurisdictional limitation, under which the Board (through the General Counsel) may investigate and prosecute conduct *only* in response to the filing of a 'charge.'" *Carney Hospital*, 350 NLRB at 628 (citing *Precision Concrete, supra*, 334 F.3d at 90) (emphasis added). By this limitation, Congress intentionally denied the Board the "power to initiate or expand unfair labor practice proceedings, at the Board's initiative." *Allied Waste Services of Massachusetts, LLC*, 01-CA-123082, -126843, 2014 WL 7429200 (Dec. 31, 2014). Thus, though it has reasonable latitude to investigate unfair labor practices in a manner that goes beyond "the precise particularizations of a charge," *NLRB v. Fant Milling Co.*, 360 U.S. 301, 309 (1959), this "does not mean the Board has 'carte blanche to expand the charge as [it] might

[12] There is no dispute that the Amendment satisfies § 10(b)'s temporal requirements since as Judge Tracy noted, the "remaining issue is whether the amended complaint allegations 'arise from the same factual situation or sequence of events' as the timely filed charges."

please, or to ignore it altogether.'" *Id.; see also Lotus Suites v. NLRB*, 32 F.3d 558, 589-592 (1994) (court noted that to hold otherwise would essentially allow a union to initiate sweeping investigations of indefinite duration by the General Counsel into the employer-targets of its organizing efforts by filing general, nonspecific 8(a)(1) charges against them once every 6 months). Given this jurisdictional function, Section 10(b) assigns to the ***GC the burden of proving*** that otherwise uncharged conduct is "closely related" to what is otherwise properly before the Board. *See Precision Concrete*, *supra,* 334 F.3d at 91 ("The problem in the present case is that the T-shirt incident was never the subject of any charge. That omission implicates the jurisdictional component of § 10(b)"); *Drug Plastics & Glass Co., Inc. v. NLRB.,* 44 F.3d 1017, 1022 (D.C. Cir. 1995) ("Where the Board is unable to connect the allegations in its complaint with the charge allegation, we are unable to find that the Board has jurisdiction over the unrelated complaint allegations.").

In *Precision Concrete*, a union filed a series of unfair labor practice charges relating to a strike. 334 F.3d at 91. On exceptions, the company argued that a reinstatement order issued by the ALJ pertaining to a foreman's alleged transfer of an employee to another assignment for wearing a union T-shirt could not stand because it was not the subject of any of the charges filed by the union. *Id* at 90. The Board denied the exception on the grounds that it was an "affirmative defense that the [Company] failed to prove." *Id* at 91. After discussing the distinctions between the two functions, the D.C. Circuit held that the omission of the T-shirt incident from any of the unions charges "implicate[d] the jurisdictional component of § 10(b)". *Id.* Thus, "[b]ecause the issue before the Board in [that] case was its jurisdiction, the Board erred by placing the burden of proof upon the Company." *Id.*

Because the General Counsel has offered nothing to establish the relatedness of the June 4 allegations to what is properly before the Board, much less the close relatedness required by Board law or to rebut the evidence presented by Tesla establishing that the June 4 Amendment is not subsumed by any of the Union's timely charges, the GC has failed to meet it jurisdiction burden of proof. All evidence points to the fact that the June 4 Amendment is untimely and time barred by Section 10(b). A simple reading of the material documents described herein, the charges, the Region's EAJA letters, the amended charges and the Complaints issued long prior to June 4 shows that the conduct alleged in the Amendment is wholly unrelated to any of the timely filed charges herein. Moreover, nothing in any of the oppositions presented to the Judge Tracy controvert or put this evidence in dispute. Indeed, aside from mouthing the words "closely related", neither the General Counsel nor the Union point to a single, identifiable charge or allegation that render the Amendment "closely related" to what is now properly before the Board. Tesla is, therefore, entitled to judgment in its favor as a matter of law, Judge Tracy's erroneous order notwithstanding.

**2. Because The Allegations Of The Amendment Included *Uncharged* Conduct Rather Than *Untimely Charged* Conduct, Judge Tracy Clearly Erred By Denying Tesla's Motion For Failing To Establish A Lack Of Material Dispute As To The General Counsel's Jurisdiction**

Here, Tesla moved to dismiss the allegations of the Amendment pursuant to § 10(b) because they were undeniably omitted from all of the charges filed by the Union. The omission of these allegations from the charges—as opposed to their untimely assertion—squarely implicates the jurisdictional component of § 10(b), meaning that the Board bears the burden of proof on the issue of relatedness and must do so to establish its jurisdiction. *Precision Concrete*, *supra*, 334 F.3d at 91.

In her Order, Judge Tracy determined that the "remaining issue is whether the amended complaint allegations 'arise from the same factual situation or sequence of events' as the timely filed charges." However, she denied Tesla's Motion "[s]pecifically, [because] Respondent ha[d] failed to demonstrate that no genuine issue of material fact remains in dispute regarding the amended allegations, which are denied by Respondent, and therefore their relationship to the timely-filed charges." Under black letter law, the General Counsel—and not Tesla—bears the burden of proving the requisite factual relationship between the UAW's charges and the allegations of the Amendment to establish his jurisdiction. *Precision Concrete*, *supra*, 334 F.3d 88. Thus, insofar as it resulted from a clearly erroneous allocation of the burden of proof, Judge Tracy's Order should be overturned.

**B. Tesla Is Nonetheless Entitled To Judgment As A Matter Of Law Because The General Counsel Cannot Prove Any Set Of Facts Which Would Establish Jurisdiction Over The Allegations Of The Amendment**

**1. The General Counsel Should Be Able To—Yet Cannot—Establish that He Has Statutory Authority To Make the Allegations of the Amendment Based On the Pleadings Alone**

Under its "closely related" test as set forth in *Reddi-I, Inc*., 290 NLRB at 1116 and modified in *Nickles Bakery of Indiana, Inc.*, 296 NLRB 927, 928 (1989), the Board (1) considers whether the timely and untimely allegations involve the same legal theory; (2) considers whether the otherwise untimely allegations arise from the same factual situation or sequence of events as the allegations in the timely charge; and (3) "may look" at whether a respondent would raise the same or similar defenses to both the timely and untimely allegations. *Carney Hospital*, 350 NLRB 627, 628 (2007).

In *Nickles Bakery*, the Board explained that "[a]llowing the boilerplate 'other acts' language to support unrelated 8(a)(1) complaint allegations contravenes 10(b)'s mandate that the Board 'not originate complaints on its own initiative.'" 296 NLRB at 928. The Board added

that "such an approach virtually renders meaningless the specificity required by Section 102.12(d) of the Board's Rules and Regulations that a charge contain a 'clear and concise statement of the facts constituting the alleged unfair labor practices affecting commerce.'" *Id.*

The Board further clarified in *Carney Hospital*, supra, 350 NLRB at 631, that "a chronological relationship without more is insufficient to support a finding of factual relatedness" as required by the second prong of the "closely related" test. There, the Board held that "the mere occurrence of the alleged violations during or in response to the same organizing campaign is insufficient to establish the close factual relationship required by Section 10(b)." Rather, the Board required some additional connection, either (1) "similar conduct, usually during the same time period with a similar object," or (2) "a causal nexus between the allegations *and* they are [(a)] part of a chain or progression of events, or [(b)] they are part of an overall plan to undermine union activity." *Id* at 630. (emphasis added). Applying this added limitation, the Board held that untimely 8(a)(1) job loss threat allegations and a timely charged suspension allegation did not involve similar conduct and were not part of a "chain or progression of events" where the supervisor that allegedly made the job loss threat was not involved in that employee's subsequent suspension. *Id.* Because there was no indication that the suspension and the alleged 8(a)(1) violations were anything more than separate actions carried out independently by several different Respondent officials, the Board also held that they were not "part of an organized plan to resist organization" even though they occurred in the midst of the same ongoing organizing campaign. *Id.*

*Carney Hospital* and its progeny underscores the Board's wisdom in exercising restraint over the invocation of the "closely related" doctrine to cure jurisdictional defects. *See Salon/Spa at Boro, Inc.*, 356 NLRB 444 (2010). In *Salon/Spa*, the Board affirmed the ALJ's findings and

conclusions, including his reliance on *Carney Hospital* to find that a timely filed charge alleging that an employee was discharged in violation of Section 8(a)(1) was not "closely related" to an untimely allegation regarding unlawful threats made during a staff meeting. *Id.* at 455. There, the ALJ explained that he "must determine whether the allegedly unlawful threat … [had] some meaningful nexus with the sequence of events contained in the timely filed charges" because "a careless application of [the "closely related"] standard could easily prove to be so elastic as to entirely vitiate the Congressional objective of limiting the period in which a party's past conduct could subject it to unfair labor practice litigation." *Id* at 456. His observations (adopted without comment by the Board) warrant repeating as they apply with equal force here:

> If one were to excuse an untimely filing simply because the alleged misconduct was part of a sequence of similar events to those timely raised, the intent underlying the statute of limitations would be completely compromised. There is no difference in principle between the Employer's application of the negativity policy to Bates in November 2008 and its alleged threat based on that policy in September 2009. Without the vital limits articulated by the Board in *Carney Hospital*, nothing would stand in the way of a party's attempt to employ the "closely related" doctrine to prosecute remote actions that possess only a mere sequential and topical relationship to a timely filed charge. For these reasons, I agree with the Employer that the allegation regarding an alleged threat on September 24 is untimely and must be dismissed.

*Id.*

More recently, Judge Etchingham came to a similar conclusion in response to the General Counsel's argument that three untimely *Weingarten* violation allegations were "closely related" to a timely filed discriminatory discharge charge insofar as they "grew out of the same facts and circumstances." *Wal-Mart Stores, Inc.*, 28-CA-167277, JD(SF)-34-16, 2016 WL 4547576 (NLRB Div. of Judges) (August 31, 2016). Noting that there were no "common Respondent decision makers between the two groups of allegations" as the timely charge did not identify the supervisor who issued the discharge nor allege that the charging party was terminated for

invoking his *Weingarten* rights, Judge Etchingham concluded that "the required factual relationship ... [was] lacking." *Id.* He further observed that there was "no evidence that the [charge's] boilerplate verbiage was intended to allege any of the allegations the General Counsel has in the complaint or the amended complaint". *Id.* Because the second prong of the "closely related" test was not satisfied, Judge Etchingham dismissed the case. *Id.*

In applying the "closely related" test, "***the jurisdictional inquiry is wholly independent of the General Counsel's actual success in proving the alleged relationship***." *Hyundai Am. Ship. Agency, Inc. v. NLRB*, 805 F.3d 309, 313 (2015) (emphasis added). The Board's jurisdiction instead "should be tested by the General Counsel's allegations rather than his proof", and "factual relatedness is evaluated 'as of the time of the allegations.'" *Id.* (citing *Drug Plastics & Glass Co.*, *supra*, 44 F.3d at 1021 (adopting dissenting view of then-Judge Stevens in *NLRB v. Braswell Motor Freight Lines, Inc.*, 486 F.2d 743 (7th Cir.1973)).[13]

Judge Tracy did not base her Order on General Counsel's allegations. Instead, she erroneously deferred ruling on the merits of Tesla's dismissal motion, requiring nothing in the way of proof from the General Counsel of "close related[ness]" and focusing, instead, on the General Counel's anticipated proof for the purpose of later determining this jurisdictional issue. For this reason as well, Judge Tracy's August 10 order must be reversed.

### 2. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to Case 32-CA-200530

[13] Though the Board has not formally adopted any one approach towards testing the General Counsel's jurisdiction, it came close in *Carney Hospital* by approving *Drugs Plastics* and *Ross Stores* yet requesting further guidance. *Carney Hospital*, 350 NLRB at 630, fn. 11. *Ross Stores*, however, was an *untimely charged* conduct case (as opposed to an *uncharged conduct* case) that implicated the temporal (and not jurisdictional) function of Section 10(b). Further, the D.C. Circuit has since clarified in that the test articulated in *Drug Plastics* had always assessed the General Counsel's jurisdiction based on his pleadings rather than his proof and as of the time of the allegations. *Hyundai Am. Ship. Agency, Inc., supra,* 805 F.3d at 313. Thus, in cases where, like here, the General Counsel intends to issue a complaint on *uncharged conduct*, the Board should insist that he do so taking all necessary precautions to preserve its jurisdiction and ensure that its position is substantially justified.

The Union's Charge in Case 32-CA-200530, filed June 12, 2017—5 days after the newly alleged June 7, 2017 meeting, makes the following allegations:

> On or about February 10, 2017 and ongoing, the above-named Employer violated the Act by interrogating, intimidating, and harassing Jose Moran for engaging in protected concerted activity and expressing support for the union.
>
> On or about February 10, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of discipline, interrogation, and harassment of Jose Moran for engaging in protected concerted activity and expressing support for the union.
>
> On or about May 25, 2017 and ongoing, the above-named Employer violated the Act by interrogating, intimidating, and harassing Jonathan Galescu, Richard Ortiz, and others for engaging in protected concerted activity regarding worker safety concerns and other working conditions.
>
> On or about May 25, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of discipline, interrogation, and harassment of Jonathan Galescu, Richard Ortiz, and others for engaging in protected concerted activity regarding worker safety concerns and other working conditions.
>
> On or about May 24, 2017 and ongoing, the above-named Employer violated the Act by intimidating, creating the appearance of surveillance and conducting surveillance on Richard Ortiz, Michael Catura, Branton Phillips and others for their union activities and/or union sentiments, including passing out literature regarding working conditions at Tesla.
>
> On or about May 24, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of surveillance and conducting surveillance on employees who were receiving literature from fellow employees regarding working conditions at Tesla.

*See* Exhibit A to the Motion.

Like the Amendment's allegations against Mr. Musk and Ms. Toledano, the charge in Case 32-CA-200530 alleges that Tesla committed several 8(a)(1) violations, that is where the similarity ends. The charge does not name Mr. Musk or Ms. Toledano, does not state that any ULP occurred on June 7, 2017, does not make any mention of any meeting with employees, and

does not make any assertions regarding unlawful solicitation of grievances, statements of futility, or statements regarding union wages. The employer's defenses to the newly asserted allegations in the Amendment—i.e., that such statements were never made by Mr. Musk or Ms. Toledano during the alleged June 7, 2017 meeting—are completely dissimilar.

The Union's First Amended Charge in Case 32-CA-200530, filed July 28, 2017, adds the following allegation:

> Within the last six months, the above-named Employer, through its agents, violated the Act by: enforcing an overly broad confidentiality policy; interrogating employees regarding their protected concerted activities; intimidating and harassing employees engaged in Section 7 activities; and promulgating and/or maintaining an unlawful rule restricting Section 7 activity, including an overly broad distribution policy.

*See* Exhibit K to the Motion.

The Union's amended charge is similarly incapable of supporting the allegations asserted in the Amendment. Further, a review of the Region's 7/7/2017 Request for Evidence issued regarding this charge will leave no doubt that the allegations of Charge 32-CA-200530 had absolutely nothing to do with any June 7, 2017 meeting conducted by Mr. Musk and Ms. Toledano. *See* Exhibit B to the Motion. The Region did not seek to take Mr. Musk's or Ms. Toledano's affidavits. Nor did it request that Tesla submit a position statement with respect to any June 7, 2017 meeting involving those two individuals. That the allegations of the Amendment are not "closely related" to those asserted in this charge cannot be disputed given Union Counsel's failure to include them in the charge's July 28, 2017 amendment. Rather, its boilerplate 8(a)(1) allegations are insufficient as a matter of law to support the new allegations against Mr. Musk and Ms. Toledano. The General Counsel accordingly cannot rely on Charge 32-CA-200530 to establish its jurisdiction over the allegations of the Amendment.

**3. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to the Charge Filed in Case 32-CA-208614**

The Union's charge in Case 32-CA-208614, filed October 25, 2017, makes the following allegations:

> Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating and/or disciplining employees in retaliation for participating in protected concerted activities and National Labor Relations Board activities.
>
> Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by among other things, terminating and/or disciplining employees for violating a confidentiality agreement that restricts protected concerted activities.
>
> Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things. terminating a group of employees to discourage protected concerted activity by other employees.
>
> Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating a group of employees in retaliation for members of that group participating in protected concerted activities.
>
> Within the past six months and ongoing, Tesla, Inc., through its agents, has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by, among other acts, restricting employees' right to engage in protected concerted activity, including, but not limited to, wearing items with the Union's logo in Tesla facilities.
>
> Within the past six months and ongoing, Tesla, Inc., through its agents, has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by intimidating and harassing employees for their Section 7 activities.
>
> By these and other acts, Tesla. Inc. has violated Section 8(a)(1), 8(a)(3) and 8(a)(4) of the National Labor Relations Act.

*See* Exhibit D to the Motion.

Though, like the Amendment's allegations against Mr. Musk and Ms. Toledano, the initial charge in Case 32-CA-208614 alleges that Tesla committed several 8(a)(1) violations, these boilerplate allegations are legally insufficient to confer jurisdiction. The charge does not name Mr. Musk or Ms. Toledano, state that any ULP occurred on June 7, 2017, make any mention of any meeting with employees, or make any assertions regarding unlawful solicitation of grievances, statements of futility, or statements regarding union wages. Discounting the boilerplate 8(a)(1) language, the allegations of Charge 32-CA-208614 deal principally with the purported "mass discharge" theory which even the Region found was too untenable to support a complaint. The employer's defenses to the newly asserted allegations in the Amendment—i.e., that such statements were never by Mr. Musk or Ms. Toledano during the alleged June 7, 2017 meeting—are additionally completely dissimilar.

The Union's First Amended Charge in Case 32-CA-208614, filed March 13, 2017, adds the following allegation:

> Within the past six months, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of rights guaranteed in Section 7 of the Act by (1) disciplining and/or terminating employees in retaliation for engaging in union and/or protected concerted activities; (2) maintaining an unlawful teamwear policy prohibiting the wearing of Union t-shirts; (3) applying its teamwear policy in a discriminatory manner; (4) intimidating, harassing, and/or threatening employees including, but not limited to, interrogating employees regarding their Section 7 activities; (5) making a statement of futility regarding employee support for the Union; and (6) threatening an employee regarding the wearing of union insignia and engaging in Section 7 activity.

*See* Exhibit L to the Motion.

Assuming *arguendo* that the amended charge might relate back to the October 25, 2017 filing date of the initial charge, it is equally incapable of supporting the allegations asserted in

the Amendment. As made clear by the Region in its November 21, 2017 Request for Evidence, the allegations of Charge 32-CA-208614 had absolutely nothing to do with any June 7, 2017 meeting conducted by Mr. Musk and Ms. Toledano. *See* Exhibit E to the Motion. The Region did not seek to take Mr. Musk's or Ms. Toledano's affidavits and, though Ms. Toledano did provide an affidavit to Mr. Rodriguez Ritchie, he did not ask her a single question pertaining to the newly alleged June 7, 2017 meeting. Nor did the Region request that Tesla submit a position statement with respect to any June 7, 2017 meeting involving those two individuals.

Further, while the amended charge asserts—in boilerplate language— that "Tesla…coerced employees...by…making a statement of futility regarding employee support for the Union," the subsequently issued Operative Complaint made clear that this allegation concerns comments made by Supervisor Homer Hunt in August 2017. That the allegations of the Amendment are not "closely related" to those asserted in this charge cannot be disputed given Union Counsel's failure to include them in the charge's March 13, 2017 amendment. The General Counsel accordingly cannot establish that the Amendment is "closely related" to Charge 32-CA-200530.

**4. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to the Charge Filed in Case 32-CA-210879**

The Union's charge in Case 32-CA-210879, filed December 1, 2017, makes the following allegations:

> ln the past six months the above-named Employer has interfered with the protected Section 7 rights of William Locklear and those of his coworkers by intimidating him, creating the impression of surveillance of him and his coworkers, engaging in surveillance of his and his coworkers' activities, subjecting him to heightened supervisory scrutiny and interrogating him concerning his support for and activities on behalf of the Charging Party.

*See* Exhibit G to the Motion.

William Locklear was employed at Tesla's Gigafactory in Sparks, Nevada. There is nothing to suggest that the "co-workers" referenced in this charge were those that attended any alleged meeting with Mr. Musk and Ms. Toledano on June 7, 2017. The charge makes no reference to Mr. Musk, Ms. Toledano, solicitation of grievances, futility statements, union dues, or worker safety.

The Union's First Amended Charge in Case 32-CA-210879, filed December 6, 2017, adds the following allegation:

> In the past six months the Employer has disciplined William Locklear because of his Union and other protected concerted activities and otherwise discriminated against him because of those activities.

*See* Exhibit M to the Motion.

Like the amended charges filed by Union Counsel in the cases that preceded 32-CA-210879, this amended charge makes clear its underlying allegations had absolutely nothing to do with those asserted in the Region's Amendment. The same rings true for the Region's 12/20/2017 Request for Evidence, which—again—did not seek to take Mr. Musk's or Ms. Toledano's affidavits or give any indication whatsoever that the charge had initiated an investigation into their activities. *See* Exhibit H to the Motion.

**5. Contrary to Judge Tracy's Order, *Charter Communications* Supports Tesla's Position**

In cases like the instant where the General Counsel intends to issue a complaint on *uncharged* conduct, the Board should insist that he do so taking all necessary precautions to preserve its jurisdiction and ensure that its position is substantially justified. *See Precision Concrete, supra,* 362 F.3d 847 (granting fees and costs under EAJA for General Counsel's issuance of complaint in excess of jurisdiction). Viewing his actions in light of the record in

*Charter Communications*, 366 NLRB No. 46 (2018)[14], which Judge Tracy cited in her Order, it is clear that he did no such thing.

In that case, the Board held that untimely 8(a)(1) allegations could be considered timely insofar as they "all relate[d] to the Respondent's belief that French was the mastermind of the union activity and to the steps that it allegedly took to thwart that activity." *Id*, slip. op. 2. Here, the General Counsel asserted a similar theory in his Opposition to Tesla's Motion. Without making any meaningful reference to the language used in any of the Union's charges, he essentially repeated his opening statement and theory of the case to establish that the *uncharged* allegations of the Amendment pertaining to a June 7, 2017 meeting were "closely related" to roughly 8 different charges filed by the UAW during its organizing campaign.

Notwithstanding these so-called "similarities", a comparison of the supporting timely charges in *Charter Communications* reveals stark contrasts:

> "On or around September 30, the Employer through its Supervisor Rob Lothian told me that the Employer was aware of my Union activities and threatened me with termination in order to discourage union activities. On or around October 14, 2014, the Employer terminated me in retaliation for my Union organizing activities."

> "On 11/14/14 I was terminated from Charter. I was told by two Supervisors and a manager that I was outed as the 'mastermind' behind the union activity that took place during the previous summer. During the summer, Brian from the IEBW [sic] was helping me to organize."

Unlike the charges in this case, the claimed "union mastermind" theory is expressly stated and facially apparent from the charges alone. A plan to resist union organizing and a logical progression of events can also be inferred from the close temporal proximity between the

[14] Tesla contends that *Charter Communications,* currently on review before the Sixth Circuit, Case No. 18-1778, was wrongly decided and contrary to the Board's own precedent. *See e.g., Carney Hospital, supra.*; *SKC Electric, Inc.*, 350 NLRB 857, 858 (2007). In any event, *Charter Communication*, supports Tesla's position that the General Counsel lacks jurisdiction to issue a complaint on allegations which are not "closely related" to a timely filed charge.

dates identified by the allegations and the claimed corroboration by three of the employer's supervisors. The charge also identifies the supervisor that purportedly threatened the charging party for his union activities, and alleges that he was thereafter terminated roughly two-weeks after. In sum, it is facially apparent from these charges that they are "closely related" to the untimely-filed charges.

The same cannot be said for the charges that the General Counsel and the UAW contend are "closely related" to the allegations of the Amendment. Rather, the UAW's charges are entirely bereft of any details from which even a remote connection might be inferred between the employees that attended the alleged June 7, 2017 meeting, Mr. Musk, Ms. Toledano, or any of the statements alleged in the Amendment. Rather, the UAW's charges are merely generalized statements that are simply incapable of supporting the allegations of the Amendment.

## IV. CONCLUSION

From the get-go, Tesla has fully cooperated with the Region during its fourteen-month long investigation into the dozens of charges filed against it by the UAW. It has submitted thousands of pages of documents and position statements in response to the Region's requests for evidence and ensured the availability of its high-ranking managers and executives to provide nearly twenty affidavits. Yet notwithstanding Tesla's efforts, the Region cynically chose to amend its Complaint on the eve of trial to justify the overly broad subpoenas issued in these proceedings rather than attempting to meet and confer in good faith in an effort to narrow them to the issues in dispute. Given Congress' foresight in creating the limitations outlined in Section 10(b), Tesla need not rely on the Region's good faith to protect itself against such abuses. Because the allegations of the Amendment is neither supported by a timely charge nor "closely related" to those that are timely, the Region's June 4 Amendment is barred by Section 10(b) and

in excess of the General Counsel's statutory authority. Accordingly, the June 4 Amendment should and must be dismissed.

Dated: August 24, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By ______________________

MARK S. ROSS
KEAHN N. MORRIS

Attorneys for
TESLA, INC.

CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On August 24, 2018, I served a true copy of the following document(s) described as **TESLA'S REQUEST FOR SPECIAL PERMISSION TO APPEAL ADMINISTRATIVE LAW JUDGE AMITA B. TRACY'S ORDER DENYING TESLA'S MOTION TO DISMISS; REQUEST FOR *DE NOVO* REVIEW OF TESLA'S MOTION TO DISMISS and EXHIBITS THERETO** on the interested parties in this action as follows:

Edris W.I. Rodriguez Ritchie
Field Attorney, Region 32
National Labor Relations Board
1301 Clay Street, Ste. 300N
Oakland, CA 94612-5224
T: (510) 671-3041
E-mail: edris.rodriguezritchie@nlrb.gov

Noah J. Garber
Field Attorney, Region 32
National Labor Relations Board
1301 Clay Street, Suite 300N
Oakland, California 94612
T: (510) 671-3021
E-mail: noah.garber@nlrb.gov

Valerie Hardy-Mahoney
Regional Director, Region 32
National Labor Relations Board
1301 Clay Street, Ste. 300N
Oakland, CA 94612-5224
E-mail: valerie.hardy-mahoney@nlrb.gov

Margo Feinberg
E-mail: margo@ssdslaw.com
Daniel E. Curry
E-mail: dec@ssdslaw.com
Julie Alarcon
E-mail: jsa@ssdslaw.com
Schwartz, Steinsapir, Dohrmann & Sommers, LLP
6300 Wilshire Blvd., Suite 2000
Los Angeles, CA 90048
T: (323) 655-4700

Administrative Law Judge Amita Tracy
E-mail: Amita.Tracy@nlrb.gov
National Labor Relations Board
Division of Judges
901 Market St., Suite 300
San Francisco, CA 94103
T: (415) 356-5255

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address sasmith@sheppardmullin.com to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 24, 2018, at San Francisco, California.

Sarah Smith

# EXHIBIT 1

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
DIVISION OF JUDGES
SAN FRANCISCO BRANCH OFFICE

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual**

**And**

**JONATHAN GALESCU, an Individual**

**and**

**RICHARD ORTIZ, an Individual**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO**

**Cases 32-CA-197020
32-CA-197058
32-CA-197091
32-CA-197197
32-CA-200530
32-CA-208614
32-CA-210879**

**ORDER DENYING RESPONDENT'S MOTION TO DISMISS**

On June 4, 2018, the Regional Director for Region 32 issued an amendment to the second consolidated complaint in this matter which was set for hearing beginning on June 11, 2018. This amendment, at complaint paragraph 7(y), alleges, in part, that Elon Musk (Musk) on June 7, 2017 solicited employee complaints about safety issues and impliedly promised to remedy their safety complaints if they refrained from their union organizational activity and informed employees that it would be futile for them to select a union as their bargaining representative by telling the employees they did not need a union and that Respondent would allow them to have a union if Respondent failed in its efforts to remedy their safety grievances. The amendment also alleges that on June 7, 2017, Gaby Toledano (Toledano) restrained and coerced employees from engaging in union organizational activities by telling them that no one

at Respondent's facility wanted a union and asking them why employees would want to pay union dues. The amendment, at paragraph 8(d), further clarifies the date Respondent issued a disciplinary warning to Jose Moran (Moran). Respondent appears to seek to dismiss the allegations against Musk and Toledano. On June 18, 2018, Respondent filed a timely answer to the amendment, denying the allegations in complaint paragraph 7(y) but admitting to the allegations in complaint paragraph 8(d).

At the start of the hearing, on June 11, 2018, Respondent motioned to dismiss the June 4, 2018, amendment to the second consolidated complaint. Respondent raised a number of reasons as to why its motion to dismiss should be granted. Due to Respondent's lengthy motion, I permitted the General Counsel and the Charging Party to file any opposition to the motion to dismiss by June 22, 2018. Both the General Counsel and the Charging Party filed timely oppositions. Respondent filed a reply.

Upon reviewing the parties' filings, I deny Respondent's motion to dismiss without prejudice. Under Section 102.17 of the National Labor Relations Board's (the Board) Rules and Regulations, the Regional Director may amend the complaint "as may be deemed just, prior to the hearing." As the Regional Director acted within her authority, I have no authority to overturn her decision to amend the complaint. Thus, the remaining issue is whether the amended complaint allegations "arise from the same factual situation or sequence of events" as the timely filed charges. See *Redd-I, Inc.*, 290 NLRB 1115, 1116 (1988); *Charter Communications, LLC*, 366 NLRB No. 46, slip op. at 2 (2018), reconsideration denied by unpub. Board order issued June 7, 2018 (2018 WL 2761559). In this regard, Respondent's motion to dismiss fails to establish the absence of a genuine issue of material fact, or that it is entitled to judgment as a matter of law. See *Security Walls, LLC*, 361 NLRB 348, 349 (2014). Specifically, Respondent has failed to demonstrate that no genuine material issue of fact remains in dispute regarding the

amended allegations, which are denied by Respondent, and therefore their relationship to the timely-filed charges. As such, dismissal of these amendments is not appropriate at this time.[1] The parties should be prepared to fully litigate the merits of the amended allegations when the trial resumes on September 24, 2018, in Oakland, California.

**SO ORDERED.**

Date: August 10, 2018, San Francisco, California.

Amita B. Tracy
Administrative Law Judge

***Served by e-mail upon the following:***

Edris W. Rodriguez, Esq., Email: Edris.RodriguezRitchie@nlrb.gov
Noah Garber, Esq., Email: noah.garber@nlrb.gov
(NLRB)

Mark S. Ross, Esq., MRoss@sheppardmullin.com
(Respondent)

Margo A. Feinberg, Esq.,
Email: margo@ssdslaw.com
(Charging Party)

[1] This result is unchanged by Respondent's various contentions regarding the manner in which the charges underlying this proceeding were investigated, a matter that is not under my purview.

# EXHIBIT 2

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

REGION 32

| | |
|---|---|
| **TESLA, INC.**<br><br>**and**<br><br>**MICHAEL SANCHEZ, an Individual**<br><br>**and**<br><br>**JONATHAN GALESCU, an Individual**<br><br>**and**<br><br>**RICHARD ORTIZ, an Individual**<br><br>**and**<br><br>**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURE WORKERS OF AMERICA, AFL-CIO** | Cases 32-CA-197020<br>32-CA-197058<br>32-CA-197091<br>32-CA-197197<br>32-CA-200530<br>32-CA-208614<br>32-CA-210879 |

**RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

## I. INTRODUCTION

On the eve of trial, and days after Tesla served its petitions to revoke the Region's and the Union's subpoenas *duces tecum* seeking Elon Musk's private communications based, in part, on the Complaint's failure to allege Mr. Musk's personal involvement in a single unfair labor practice, the Region filed and served an "Amendment to the Second Amended Consolidated Complaint." For the very first time since it began its investigation nearly 14 months ago, the Region now conveniently alleges that Mr. Musk and Gaby Toledano violated Section 8(a)(1). Tesla will not speculate as to why these allegations arising out of a June 7, 2017 meeting were

omitted from the Union's June 12, 2017 charge filed in Case 32-CA-200530, the Union's July 28, 2017 amended charge filed in Case 32-CA-200530, the August 31, 2017 Consolidated Complaint, the September 1, 2017 Amended Consolidated Complaint, the Union's October 25, 2017 charge filed in Case 32-CA-208614, the Union's December 1, 2017 charge filed in Case 32-CA-210879, the Union's December 6, 2017 amended charge filed in Case 32-CA-210879, the Union's March 13, 2018 amended charge filed in Case 32-CA-200530, and the March 31, 2018 Second Amended Consolidated Complaint. Regardless of whether these omissions resulted from sheer inadvertence by the Union or overly zealous prosecutorial gamesmanship by the General Counsel, the Region cannot establish its jurisdiction over these allegations by carrying its burden of proving that they are "closely related" to the violations asserted in any charge filed by the Union within the 10(b) limitations period. Even if the General Counsel could somehow prove these allegations at trial (he cannot), the jurisdictional defect is incurable. Accordingly, in the interest of judicial economy and avoiding the prejudice resulting to Tesla should it be forced to defend allegations that are insufficient as a matter of law, Tesla respectfully requests that each of the allegations asserted in the Amendment to the Second Amended Consolidated Complaint be dismissed.

## II. PROCEDURAL AND OPERATIVE FACTS

### A. The Union's Initial Charges—and the Region's Initial Complaints—Make No Allegations Against Mr. Musk or Ms. Toledano.

Between April 17, 2017 and July 28, 2017, the Charging Parties and their attorney Margo A. Feinberg (Counsel for Charging Parties) filed 5 unfair labor practice charges and 5 amended charges against Tesla, Inc. ("Tesla") under Case Nos. 32-CA-197020, 32-CA-197058, 32-CA-197091, 32-CA-197197, and 32-CA-200530. None of these charges asserted any allegations against Tesla's CEO Elon Musk ("Mr. Musk"), Tesla's Chief People Officer Gaby Toledano

(Ms. Toledano), or Tesla's Director of HR for Production Josh Hedges ("Mr. Hedges"). By letter dated July 7, 2017, Field Attorney for Region 32 Edris W.I. Rodriguez Ritchie ("Mr. Rodriguez Ritchie") requested to take affidavits from Lisa Lipson, Lauren Holcomb, David Zweig, and Seth Woody as evidence regarding the allegations raised in Case 32-CA-200530,[1] a copy of which is attached hereto as **Exhibit A**, and further requested that Tesla submit a position statement ("7/7/2017 Request for Evidence," attached hereto as **Exhibit B**).

On August 31, 2017, the Regional Director for Region 32 ("Region") issued a Consolidated Complaint alleging, among other things, that Tesla's HR Business Partner David Zweig attempted to prohibit an employee from discussing safety concerns with other employees and/or with the Union on April 5, 2017; that Respondent's Director of Global Environmental Health and Safety Seth Woody attempted to prohibit an employee from discussing safety concerns with other employees and/or the Union on April 28, 2017; and that Human Resources Business Partner Lisa Lipson interrogated employees about protected concerted activities and/or union activities in the presence of Environmental Health and Safety Sustainability Specialist Lauren Holcomb during two separate meetings on May 24, 2017 ("Consolidated Complaint," attached hereto as **Exhibit C**). Though the Consolidated Complaint did not allege that Tesla Mr. Musk committed or was otherwise involved in any unfair labor practice, it named him as a statutory supervisor.[2] By contrast, the Consolidated Complaint did not name or otherwise reference Ms. Toledano or Mr. Hedges.

---

[1] The initial charge filed in case 32-CA-200530 is the only one of the aforementioned charges filed after June 7, 2017.

[2] The Region issued the Amended Consolidated Complaint the following day, apparently to remove the facially inaccurate allegation that Tesla is a "health care institution within the meaning of Section 2(14) of the Act."

**B. The Region Takes Ms. Toledano's Affidavit and Does Not Ask Her Questions About any June 7, 2017 Meeting with Mr. Musk and Tesla Employees.**

On October 25, 2017, Charging Parties and their counsel filed the initial charge in Case No. 32-CA-208614, a copy of which is attached hereto as **Exhibit D**. The charge does not assert any allegations against Mr. Musk, Ms. Toledano, or Mr. Hedges. By letter dated November 21, 2017, Mr. Rodriguez Ritchie requested to take affidavits from "Vannick Ly, Lehi Gomez, Paul James, Arnold Camat, Timothy Fenelon, Tope Ogunniyi, Kyle Martin, Mario Last Name Unknown, Elena Elliott, Ricky Gecewich, Albert Rios, Duwone Ashley, Thuy Truong, Juan Martinez; Sean Boone; Kyle Last Name Unknown (Human Resources), Nicole White, Chris Padilla" and "Dane Last Name Unknown (Human Resources) as evidence regarding the allegations raised in Case 32-CA-208614, and further requested that Tesla submit a position statement ("11/21/2017 Request for Evidence," attached hereto as **Exhibit E**). Though not requested, Tesla made Ms. Toledano available to provide an affidavit to Mr. Rodriguez Ritchie given her involvement in the implementation of the employee evaluation resulting in the layoffs referenced in the Region's letter. When Mr. Rodriguez Ritchie took her affidavit on February 5, 2018, he did not ask her about any June 7, 2017 meeting, and it was not discussed.

On December 1, 2017, Charging Parties and their counsel filed the initial charge in Case No. 32-CA-210879, a copy of which is attached hereto as **Exhibit F**. The charge does not assert any allegations against Mr. Musk, Ms. Toledano, or Mr. Hedges. By letter dated December 20, 2017, Mr. Rodriguez Ritchie requested to take affidavits from "Dave Teston, Associate Manager, Josh Surgeon, (title unknown to Board Agent but known by Employer), Shawn Gaines, Supervisor, Kevin Kassekert, Vice President for Infrastructure Development, Matthew Stewart, Supervisor, Tyler Ash, Supervisor, Andy McIndoe, Associate Production Manager, Cindie Reneau, Human Resources Representative" and "Elliot Kent, Supervisor" as evidence regarding the allegations raised in Case

32-CA-210879, and further requested that Tesla submit a position statement ("12/20/2017 Request for Evidence," attached hereto as **Exhibit G**).

On March 30, 2017, the Region issued a Second Amended Consolidated Complaint (the "Operative Complaint"), a copy of which is attached hereto as **Exhibit H**. In addition to the allegations asserted in the Consolidated Complaint and the Amended Consolidated Complaint, the Operative Complaint alleged that Supervisor Homer Hunt made a statement of futility to employees in August of 2017; that Tesla's supervisors Tope Ogunniyi and Tim Fenelon disparately enforced work apparel restrictions against employees wearing clothing with Union insignia; that Employee Relations Investigator Ricky Gecewich interrogated employees about their protected activities in separate meetings conducted September 21, 2017 and October 19, 2017 and promulgated/disparately enforced a rule prohibiting employees from accessing internal work systems without proper business justification also on October 19, 2017; that Respondent unlawfully discharged Richard Ortiz on October 18, 2017; and that Respondent unlawfully disciplined Jose Moran on October 19, 2018. The Operative Complaint again named Mr. Musk as a statutory supervisor notwithstanding its failure to allege that he committed or was otherwise involved in any unfair labor practice. The Operative Complaint did not name or otherwise reference Ms. Toledano or Mr. Hedges. Nor did the Operative Complaint contain any allegations pertaining to the layoffs for which Ms. Toledano provided an affidavit to Mr. Rodriguez Ritchie.

### C. Tesla Petitions to Revoke the Requests of the General Counsel's and the Union's Subpoenas *Duces Tecum* Seeking Mr. Musk's and Ms. Toledano's Electronic Communications Because There Are No Pending Allegations Against Them.

On May 24, 2018, the Region served Tesla with subpoena *duces tecum* B-1-118CRIT ("Region's SDC") which contained several requests for Mr. Musk's personal email and social

media communications. In its May 31, 2018 petition to revoke these requests, Tesla objected due to their irrelevance to any of the matters alleged in the complaint. The petition stated: "None of the witnesses, including Gecewich stated that any of the individuals listed in Request No. 7 (including Elon Musk) participated in the decision to terminate Ortiz and counsel Moran for their misconduct. In fact, the Complaint does not even allege that Elon Musk … violated any section of the NLRA, much less section 8(a)(3). In its objections to Request No. 10, Tesla reiterated: "***There is no allegation that Elon Musk directed, was involved in, or in any way influenced any of the decisions or actions described in the Complaint.***"

On May 31, 2018, the Union served Tesla with subpoenas *duces tecum* Nos. B-1-11BJS5V and B-1-11BKOEJ ("Union's SDC"). Like the Region's SDC, the Union's SDC requested Mr. Musk's electronic communications, but also sought those made by Ms. Toledano and Mr. Hedges. In its June 4, 2018 petition to revoke these requests, Tesla repeatedly objected due to their irrelevance to any of the matters alleged in the Operative Complaint. For example, Tesla wrote: "Of the 3 individuals listed in Request No. 14, the Complaint references only Elon Musk, and only to allege his supervisory status. There are accordingly no allegations pending in these proceedings with respect to the role played by Mr. Musk, Mr. Hedges, or Ms. Toledano in any actions unlawfully motivated by anti-union animus."

### D. The Region Amends the Complaint to Allege that Mr. Musk and Ms. Toledano Made Unlawful Statements During a June 7, 2017 Meeting with Tesla Employees.

On June 4, 2018, the Region issued an "Amendment to the Second Amended Consolidated Complaint" (the "Amendment"), a copy of which is attached hereto as **Exhibit I.** In addition to listing Ms. Toledano and Mr. Hedges as statutory supervisors, the Amendment asserted new factual allegations. Specifically, the Amendment alleged that, on June 7, 2017,

Mr. Musk "solicited employee complaints about safety issues and impliedly promised to remedy their safety complaints if they refrained from their union organizational activity" and "informed its employees that it would be futile for them to select a union as their bargaining representative by telling them that employees did not need a union and that Respondent would allow them to have a union if Respondent failed in its efforts to remedy their safety grievances." The Amendment also alleged that Ms. Toledano "restrained and coerced employees from engaging in union organizational activity by telling them that no one at Respondent's facility wanted a union and asking them why employees would want to pay union dues" at this same June 7, 2017 meeting. Though it named him as a statutory supervisor, the Amendment did not assert any factual allegations against Mr. Hedges.

## III. ARGUMENT

### A. A Region Lacks Jurisdiction to Issue a Complaint on Allegations which are not "Closely Related" to a Timely Filed Charge.

Section 10(b) of the Act provides that "no complaint shall issue based upon any unfair labor practice occurring more than 6 months prior to the filing of the charge with the Board." 29 U.S.C. § 160. Interpreting and applying this language, the Board and U.S. Courts of Appeal have observed that Section 10(b) therefore serves "two separate functions." *Carney Hospital*, 350 NLRB 627, 628 (2007) (quoting *Precision Concrete v. NLRB*, 334 F.3d 88, 90 (D.C. Cir. 2003) (quoting *Ross Stores, Inc. v. NLRB*, 235 F.3d 669, 677 (D.C. Cir. 2001) (Randolph, J., concurring)).

First, Section 10(b) functions in part as a statute of limitations by prohibiting the issuance of a complaint based on conduct occurring more than 6 months prior to the filing of a charge. *Carney Hospital*, 350 NLRB 627, 628 (2007). Second, to the extent it underscores the Board's and the General Counsel's inability to initiate unfair labor practice proceedings *sua sponte*,

"Section 10(b) operates as a jurisdictional[3] limitation, under which the Board (through the General Counsel) may investigate and prosecute conduct *only* in response to the filing of a 'charge.'" *Carney Hospital*, 350 NLRB 627, 628 (2007) (citing *Precision Concrete*, supra, 334 F.3d at 90) (emphasis added). By this limitation, Congress intentionally denied the Board the "power to initiate or expand unfair labor practice proceedings, at the Board's initiative." *Allied Waste Services of Massachusetts, LLC*, 01-CA-123082, -126843, 2014 WL 7429200 (Dec. 31, 2014). Thus, though it has reasonable latitude to investigate unfair labor practices in a manner that goes beyond "the precise particularizations of a charge," *NLRB v. Fant Milling Co.*, 360 U.S. 301, 309 (1959), this "does *not* mean the Board has 'carte blanche to expand the charge as [it] might please, or to ignore it altogether.'" *Id.*

Section 10(b) accordingly establishes two independent requirements for complaints: the unfair labor practices alleged therein must have occurred less than 6 months before the filing of a charge, and the allegations must be "closely related" to that charge. "If either of these requirements is not met, the complaint will be dismissed." *Trade Fair Supermarkets*, 354 NLRB 190, 192 (2009) ("Having found that the charge does not support the complaint, we also find that the judge erred in failing to dismiss the complaint on that basis."); *see KFMB Stations*, 343 NLRB 748, 748–749 (2004) (complaint allegation dismissed where alleged unfair labor practice occurred less than 6 months before charge was filed but complaint allegation not closely related

---

[3] Section § 3-600 of the most recent edition of the NLRB Benchbook states—without support—that "[s]ection 10(b) is not jurisdictional." This view runs contrary to the clear weight of the authorities. *See, e.g., Hyundai Am. Ship. Agency, Inc. v. NLRB*, 805 F.3d 309, 313 (D.C. Cir. 2015) (the Board "lacked jurisdiction" over allegation that employer unlawfully maintained workplace rule insofar as it was unrelated to unlawful discharge violation asserted in charge); *Teamsters Local 955*, 325 NLRB 605, 607 (1998); *Drug Plastics & Glass Co. v. NLRB*, 44 F.3d 1017, 1022 (D.C. Cir. 1995) ("Where the Board is unable to connect the allegations in its complaint with the charge allegation, we are unable to find that the Board has jurisdiction over the unrelated complaint allegations.")

to charge allegations); *Towne Ford, Inc.*, 327 NLRB 193, 198–199 (1998) (same); *Seton Co.*, 332 NLRB 979, 983–984 (2000) (complaint allegation dismissed where complaint allegation closely related to charge allegations but alleged unfair labor practice occurred more than 6 months before charge was filed).

As shown below, the Region is patently incapable of satisfying the "closely related" test as to the allegations of the Amendment and the violations alleged in any of the 3 charges filed by the Union within 6 months of the alleged June 7, 2017 meeting.

### B. The Region Cannot Establish that the New Allegations are "Closely Related" to Any Pending, Timely-Filed Charge.

Under its "closely related" test as set forth in *Reddi-I, Inc.*, 290 NLRB 1115, 1116 (1988) and modified in *Nickles Bakery of Indiana, Inc.*, 296 NLRB 927, 928 (1989), the Board (1) considers whether the timely and untimely allegations involve the same legal theory; (2) considers whether the otherwise untimely allegations arise from the same factual situation or sequence of events as the allegations in the timely charge; and (3) "may look" at whether a respondent would raise the same or similar defenses to both the timely and untimely allegations. *Carney Hospital*, 350 NLRB 627, 628 (2007).

In *Nickles Bakery*, the Board explained that "[a]llowing the boilerplate 'other acts' language to support unrelated 8(a)(1) complaint allegations contravenes 10(b)'s mandate that the Board 'not originate complaints on its own initiative.'" 296 NLRB at 928. The Board added that "such an approach virtually renders meaningless the specificity required by Section 102.12(d) of the Board's Rules and Regulations that a charge contain a 'clear and concise statement of the facts constituting the alleged unfair labor practices affecting commerce.'" *Id.* The Board further clarified in *Carney Hospital*, supra, 350 NLRB at 631, that "a chronological

relationship without more is insufficient to support a finding of factual relatedness" as required by the second prong of the "closely related" test.

*Carney Hospital* and its progeny underscores the Board's wisdom in exercising restraint over the invocation of the "closely related" doctrine to cure jurisdictional defects. *See Salon/Spa at Boro, Inc*., 356 NLRB 444 (2010). In *Salon/Spa*, the Board affirmed the ALJ's findings and conclusions, including his reliance on *Carney Hospital* to find that a timely filed charge alleging that an employee was discharged in violation of Section 8(a)(1) was not "closely related" to an untimely allegation regarding unlawful threats made during a staff meeting. *Id* at 455. There, the ALJ explained that he "must determine whether the allegedly unlawful threat … [had] some meaningful nexus with the sequence of events contained in the timely filed charges" because "a careless application of [the "closely related"] standard could easily prove to be so elastic as to entirely vitiate the Congressional objective of limiting the period in which a party's past conduct could subject it to unfair labor practice litigation." *Id* at 456. His observations (adopted without comment by the Board) warrant repeating as they apply with equal force here:

> If one were to excuse an untimely filing simply because the alleged misconduct was part of a sequence of similar events to those timely raised, the intent underlying the statute of limitations would be completely compromised. There is no difference in principle between the Employer's application of the negativity policy to Bates in November 2008 and its alleged threat based on that policy in September 2009. Without the vital limits articulated by the Board in *Carney Hospital*, nothing would stand in the way of a party's attempt to employ the "closely related" doctrine to prosecute remote actions that possess only a mere sequential and topical relationship to a timely filed charge. For these reasons, I agree with the Employer that the allegation regarding an alleged threat on September 24 is untimely and must be dismissed.
>
> *Id.*

More recently, Judge Etchingham came to a similar conclusion in response to the General Counsel's argument that 3 untimely *Weingarten* violation allegations were "closely related" to a

timely filed discriminatory discharge charge insofar as they "grew out of the same facts and circumstances." *Wal-Mart Stores, Inc.*, 28-CA-167277, JD(SF)-34-16, 2016 WL 4547576 (N.L.R.B. Div. of Judges) (August 31, 2016). Noting that there were no "common Respondent decision makers between the 2 groups of allegations" as the timely charge did not identify the supervisor who issued the discharge nor allege that the charging party was terminated for invoking his *Weingarten* rights, Judge Etchingham concluded that "the required factual relationship ... [was] lacking." *Id.* He further observed that there was "no evidence that the [charge's] boilerplate verbiage was intended to allege any of the allegations the General Counsel has in the complaint or the amended complaint". *Id.* Because the second prong of the "closely related" test was not satisfied, Judge Etchingham dismissed the case. *Id.*

In applying the "closely related" test, "the jurisdictional inquiry is wholly independent of the General Counsel's actual success in proving the alleged relationship." *Hyundai Am. Ship. Agency, Inc. v. NLRB*, supra, 805 F.3d at 313. The Board's jurisdiction instead "should be tested by the General Counsel's allegations rather than his proof", and "factual relatedness is evaluated 'as of the time of the allegations.'" *Id* (citing *Drug Plastics & Glass Co. v. NLRB*, 44 F.3d 1017, 1021 (D.C. Cir. 1995) (adopting dissenting view of then-Judge Stevens in *NLRB v. Braswell Motor Freight Lines, Inc.,* 486 F.2d 743 (7th Cir.1973)). Significantly, the General Counsel bears the burden of proof. *Precision Concrete v. NLRB*, supra, 334 F.3d at 91 ("Because the issue before the Board in this case was jurisdiction, the Board erred by placing the burden of proof upon the Company."); *Teamsters Local 955*, supra, 325 NLRB at 607 ("Section 10(b) of the Act is jurisdictional and the General Counsel has the specific burden of establishing this statutory requirement."); *A-NLV Cab Co.*, 340 NLRB 1005, 1009 (2003) (same).

/ / /

**1. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to Case 32-CA-200530.**

The Union's Charge in Case 32-CA-200530, filed June 12, 2017—5 days after the newly alleged June 7, 2017 meeting, makes the following allegations:

> On or about February 10, 2017 and ongoing, the above-named Employer violated the Act by interrogating, intimidating, and harassing Jose Moran for engaging in protected concerted activity and expressing support for the union.
>
> On or about February 10, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of discipline, interrogation, and harassment of Jose Moran for engaging in protected concerted activity and expressing support for the union.
>
> On or about May 25, 2017 and ongoing, the above-named Employer violated the Act by interrogating, intimidating, and harassing Jonathan Galescu, Richard Ortiz, and others for engaging in protected concerted activity regarding worker safety concerns and other working conditions.
>
> On or about May 25, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of discipline, interrogation, and harassment of Jonathan Galescu, Richard Ortiz, and others for engaging in protected concerted activity regarding worker safety concerns and other working conditions.
>
> On or about May 24, 2017 and ongoing, the above-named Employer violated the Act by intimidating, creating the appearance of surveillance and conducting surveillance on Richard Ortiz, Michael Catura, Branton Phillips and others for their union activities and/or union sentiments, including passing out literature regarding working conditions at Tesla.
>
> On or about May 24, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of surveillance and conducting surveillance on employees who were receiving literature from fellow employees regarding working conditions at Tesla.
>
> Ex. A.

Though, like the Amendment's allegations against Mr. Musk and Ms. Toledano, the charge in Case 32-CA-200530 alleges that Tesla committed several 8(a)(1) violations, that is where the similarity ends. The charge does not name Mr. Musk or Ms. Toledano, does not state

that any ULP occurred on June 7, 2017, does not make any mention of any meeting with employees, and does not make any assertions regarding unlawful solicitation of grievances, statements of futility, or statements regarding union wages. The employer's defenses to the newly asserted allegations in the Amendment—i.e., that such statements were never made by Mr. Musk or Ms. Toledano during the alleged June 7, 2017 meeting—are completely dissimilar.

The Union's First Amended Charge in Case 32-CA-200530, filed July 28, 2017 and attached hereto as **Exhibit J**, adds the following allegation:

> Within the last six months, the above-named Employer, through its agents, violated the Act by: enforcing an overly broad confidentiality policy; interrogating employees regarding their protected concerted activities; intimidating and harassing employees engaged in Section 7 activities; and promulgating and/or maintaining an unlawful rule restricting Section 7 activity, including an overly broad distribution policy.

The Union's amended charge is similarly incapable of supporting the allegations asserted in the Amendment. A review of the Region's 7/7/2017 Request for Evidence issued regarding this charge will leave no doubt that the allegations of Charge 32-CA-200530 had absolutely nothing to do with any June 7, 2017 meeting conducted by Mr. Musk and Ms. Toledano. *See* Ex. B. The Region did not seek to take Mr. Musk's or Ms. Toledano's affidavits. Nor did it request that Tesla submit a position statement with respect to any June 7, 2017 meeting involving those two individuals. That the allegations of the Amendment are not "closely related" to those asserted in this charge cannot be disputed given Union Counsel's failure to include them in the charge's July 28, 2017 amendment. Rather, its boilerplate 8(a)(1) allegations are insufficient as a matter of law to support the new allegations against Mr. Musk and Ms. Toledano. The General Counsel accordingly cannot rely on Charge 32-CA-200530 to establish its jurisdiction over the allegations of the Amendment.

**2. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to the Charge Filed in Case 32-CA-208614.**

The Union's charge in Case 32-CA-208614, filed October 25, 2017, makes the following allegations:

> Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating and/or disciplining employees in retaliation for participating in protected concerted activities and National Labor Relations Board activities.
>
> Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by among other things, terminating and/or disciplining employees for violating a confidentiality agreement that restricts protected concerted activities.
>
> Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things. terminating a group of employees to discourage protected concerted activity by other employees.
>
> Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating a group of employees in retaliation for members of that group participating in protected concerted activities.
>
> Within the past six months and ongoing, Tesla, Inc., through its agents, has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by, among other acts, restricting employees' right to engage in protected concerted activity, including, but not limited to, wearing items with the Union's logo in Tesla facilities.
>
> Within the past six months and ongoing, Tesla, Inc., through its agents, has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by intimidating and harassing employees for their Section 7 activities.

///

> By these and other acts, Tesla. Inc. has violated Section 8(a)(1), 8(a)(3) and 8(a)(4) of the National Labor Relations Act.
>
> Ex. D.

Though, like the Amendment's allegations against Mr. Musk and Ms. Toledano, the initial charge in Case 32-CA-208614 alleges that Tesla committed several 8(a)(1) violations, these boilerplate allegations are legally insufficient to confer jurisdiction. The charge does not name Mr. Musk or Ms. Toledano, state that any ULP occurred on June 7, 2017, make any mention of any meeting with employees, or make any assertions regarding unlawful solicitation of grievances, statements of futility, or statements regarding union wages. Discounting the boilerplate 8(a)(1) language, the allegations of Charge 32-CA-208614 deal principally with the purported "mass discharge" theory which even the Region found was too untenable to support a complaint. The employer's defenses to the newly asserted allegations in the Amendment—i.e., that such statements were never by Mr. Musk or Ms. Toledano during the alleged June 7, 2017 meeting—are additionally completely dissimilar.

The Union's First Amended Charge in Case 32-CA-208614, filed March 13, 2017 and attached hereto as **Exhibit K**, adds the following allegation:

> Within the past six months, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of rights guaranteed in Section 7 of the Act by (1) disciplining and/or terminating employees in retaliation for engaging in union and/or protected concerted activities; (2) maintaining an unlawful teamwear policy prohibiting the wearing of Union t-shirts; (3) applying its teamwear policy in a discriminatory manner; (4) intimidating, harassing, and/or threatening employees including, but not limited to, interrogating employees regarding their Section 7 activities; (5) making a statement of futility regarding employee support for the Union; and (6) threatening an employee regarding the wearing of union insignia and engaging in Section 7 activity.

Assuming *arguendo* that the amended charge would relate back to the October 25, 2017 filing date of the initial charge, it is equally incapable of supporting the allegations asserted in the Amendment. As made clear by the Region in its 11/21/2017 Request for Evidence, the allegations of Charge 32-CA-208614 had absolutely nothing to do with any June 7, 2017 meeting conducted by Mr. Musk and Ms. Toledano. *See* Ex. E. The Region did not seek to take Mr. Musk's or Ms. Toledano's affidavits and, though Ms. Toledano did provide an affidavit to Mr. Rodriguez Ritchie, he did not ask her a single question pertaining to the newly alleged June 7, 2017 meeting. Nor did the Region request that Tesla submit a position statement with respect to any June 7, 2017 meeting involving those two individuals.

Further, while the amended charge asserts—in boilerplate language— that "Tesla…coerced employees...by…making a statement of futility regarding employee support for the Union," the subsequently issued Operative Complaint made clear that this allegation concerns comments made by Supervisor Homer Hunt in August 2017. That the allegations of the Amendment are not "closely related" to those asserted in this charge cannot be disputed given Union Counsel's failure to include them in the charge's March 13, 2017 amendment. The General Counsel accordingly cannot establish that the Amendment is "closely related" to Charge 32-CA-200530.

**3. The General Counsel Cannot Establish that the New Allegations are "Closely Related" to the Charge Filed in Case 32-CA-210879.**

The Union's charge in Case 32-CA-210879, filed December 1, 2017, makes the following allegations:

> ln the past six months the above-named Employer has interfered with the protected Section 7 rights of William Locklear and those of his coworkers by intimidating him, creating the impression of surveillance of him and his coworkers, engaging in surveillance of his and his coworkers' activities,

> subjecting him to heightened supervisory scrutiny and interrogating him concerning his support for and activities on behalf of the Charging Party.
>
> Ex. F.

William Locklear was employed at Tesla's Gigafactory in Sparks, Nevada. There is nothing to suggest that the "co-workers" referenced in this charge were those that attended any alleged meeting with Mr. Musk and Ms. Toledano on June 7, 2017. The charge makes no reference to Mr. Musk, Ms. Toledano, solicitation of grievances, futility statements, union dues, or worker safety.

The Union's First Amended Charge in Case 32-CA-210879, filed December 6, 2017 and attached hereto as **Exhibit L**, adds the following allegation:

> In the past six months the Employer has disciplined William Locklear because of his Union and other protected concerted activities and otherwise discriminated against him because of those activities.

Like the amended charges filed by Union Counsel in the cases that preceded 32-CA-210879, this amended charge makes clear its underlying allegations had absolutely nothing to do with those asserted in the Region's Amendment. The same rings true for the Region's 12/20/2017 Request for Evidence, which—again—did not seek to take Mr. Musk's or Ms. Toledano's affidavits or give any indication whatsoever that the charge had initiated an investigation into their activities. *See* Ex. G.

## IV. CONCLUSION

Tesla has fully cooperated with the Region during its 14-month long investigation into the dozens of charges filed against it by the UAW. It has submitted thousands of pages of documents and position statements in response to the Region's requests for evidence and ensured the availability of its high-ranking employees to provide nearly 20 affidavits. Yet notwithstanding Tesla's efforts, the Region cynically chose to amend its Complaint on the eve of

trial to justify the overly broad subpoenas issued in these proceedings rather than attempting to meet and confer in good faith in an effort to narrow them to the issues in dispute. Thanks to Congress' foresight in creating the limitations outlined in Section 10(b), Tesla fortunately need not rely on the Region's good faith to protect itself against such abuses. Because the allegations of the Amendment are not "closely related" to those asserted in any pending, timely filed charge, the Region exceeded its jurisdiction. They must accordingly be dismissed.

Dated: June 11, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ *Keahn N. Morris*
MARK S. ROSS
KEAHN N. MORRIS

Attorneys for
TESLA, INC.

# Exhibit A

INTERNET FORM NLRB-501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

FORM EXEMPT UNDER 44 U.S.C 3512

**DO NOT WRITE IN THIS SPACE**

Case 32-CA-200530 | Date Filed 06/12/2017

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer
Tesla Motors Corporation

b. Tel. No. (510) 249-3650 or (650) 681-5454

c. Cell No. (650) 454-5386

f. Fax No.

d. Address *(Street, city, state, and ZIP code)*
45500 Fremont Boulevard
Fremont, California 94538

e. Employer Representative
Vice President of HR, Arnnon Geshuri

g. e-Mail
arnnon@tesla.com

h. Number of workers employed
Approximately 7000

i. Type of Establishment *(factory, mine, wholesaler, etc.)*
Factory

j. Identify principal product or service
Automotive Manufacturing

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and *(list subsections)* (3) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*
Please see Attachment A

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
International Union, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO

4a. Address *(Street and number, city, state, and ZIP code)*
8000 East Jefferson Avenue
Detroit, Michigan 48214

4b. Tel. No. (313) 926-5000

4c. Cell No.

4d. Fax No.

4e. e-Mail

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)* International Union, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO

6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By Margo A. Feinberg *(signature of representative or person making charge)*

Attorney for Charging Party, Margo A. Feinberg, Esq. *(Print/type name and title or office, if any)*

Tel. No. (323) 655-4700

Office, if any, Cell No.

Fax No. (323) 655-4488

e-Mail margo@ssdslaw.com

Address Schwartz, Steinsapir, Dohrmann & Sommers, LLP
6300 Wilshire Blvd., Suite 2000, L.A., CA 90048

6/12/17 *(date)*

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

**ATTACHMENT A**

On or about February 10, 2017 and ongoing, the above-named Employer violated the Act by interrogating, intimidating, and harassing Jose Moran for engaging in protected concerted activity and expressing support for the union.

On or about February 10, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of discipline, interrogation, and harassment of Jose Moran for engaging in protected concerted activity and expressing support for the union.

On or about May 25, 2017 and ongoing, the above-named Employer violated the Act by interrogating, intimidating, and harassing Jonathan Galescu, Richard Ortiz, and others for engaging in protected concerted activity regarding worker safety concerns and other working conditions.

On or about May 25, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of discipline, interrogation, and harassment of Jonathan Galescu, Richard Ortiz, and others for engaging in protected concerted activity regarding worker safety concerns and other working conditions.

On or about May 24, 2017 and ongoing, the above-named Employer violated the Act by intimidating, creating the appearance of surveillance and conducting surveillance on Richard Ortiz, Michael Catura, Branton Phillips and others for their union activities and/or union sentiments, including passing out literature regarding working conditions at Tesla.

On or about May 24, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of surveillance and conducting surveillance on employees who were receiving literature from fellow employees regarding working conditions at Tesla.

ID 326809

# Exhibit B



UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

REGION 32
1301 Clay St Ste 300N
Oakland, CA 94612-5224

Agency Website: www.nlrb.gov
Telephone: (510)637-3300
Fax: (510)637-3315

Agent's Direct Dial: (510)671-3041

July 7, 2017

**By E-Mail Only**

Elizabeth Parry, Esq.
Littler Mendelson, P.C.
1255 Treat Blvd, Suite 600
Walnut Creek, CA 94597-7605
E-Mail: mparry@littler.com

Michael J. Lotito
Littler Mendelson, P.C.
333 Bush St Fl 34
San Francisco, CA 94104-2874
E-Mail: mlotito@littler.com

JOHN M. SKONBERG, ATTORNEY
Littler Mendelson, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104-2842
E-Mail: jskonberg@littler.com

**Re: Tesla Motors Corporation**
**Case 32-CA-200530**

Dear Ms. Parry, Mr. Lotito, and Mr. Skonberg:

I am writing this letter to advise you that it is now necessary for me to take evidence from your client regarding the allegations raised in the investigation of the above-referenced matter. Set forth below are the allegations and issues on which your evidence is needed, a request to take affidavits, a request for documentary evidence, and the date for providing your evidence.

**Allegations:** The allegations for which I am seeking your evidence are as follows. The International Union, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO (the Charging Party) alleges that Tesla Motors Corporation ("the Employer" or "the Charged Party") violated Section 8(a)(1) and (3) of the Act by engaging in the following conduct:

1. On February 9, 2017, the Employer, through Juan Martinez, interrogated an employee regarding the employee's protected concerted activities and/or union activities;

2. On February 9, 2017, the Employer, through Juan Martinez, created an impression of surveillance of employees' protected concerted activities and/or union activities and created an appearance of discipline and harassment by interrogating an employee regarding the employee's protected concerted activities and/or union activities;

3. On or about April 5, 2017, the Employer, through David Zweig, applied of an overly broad confidentiality policy prohibiting the sharing of information related to workplace safety at Tesla's Fremont facility;

4. On or about April 5, 2017, the Employer, through David Zweig, discriminatorily applied a confidentiality policy to prohibit Tesla employees from sharing information related to workplace safety at Tesla's Fremont facility;

5. On or about April 29, 2017, the Employer, through Seth Woody, applied of an overly broad confidentiality policy prohibiting the sharing of information related to workplace safety at Tesla's Fremont facility;

6. On or about April 29, 2017, the Employer, through Seth Woody, discriminatorily applied a confidentiality policy to prohibit Tesla employees from sharing information related to workplace safety at Tesla's Fremont facility;

7. On or about May 24, 2017, the Employer, through its security guards as agents of the Employer, at the Employer's Fremont location:

   a. created an impression of surveillance of employees engaging in protected concerted activities and/or union activities;

   b. engaged in unlawful surveillance of employees engaging in protected concerted activities and/or union activities;

   c. engaged in unlawful and discriminatory harassment of employees engaged in protected concerted activities and/or union activities by repeatedly asking employees engaged in such activities for their identification;

8. On May 24, 2017, through Lisa Lipson and Lauren Holcomb, interrogated and threatened employees regarding their protected concerted activities; and

9. On May 24, 2017, through Lisa Lipson and Lauren Holcomb, created an impression of discipline, interrogation and harassment by interrogating and threatening employees regarding their protected concerted activities.

**Board Affidavits:** I am requesting to take affidavits from Lisa Lipson, Lauren Holcomb, David Zweig, Seth Woody, and any other individuals you believe have information relevant to the investigation of this matter. Please be advised that the failure to present representatives who would appear to have information relevant to the investigation of this matter, for the purposes of my taking sworn statements from them, constitutes less than complete cooperation in the investigation of the charge. Please contact me by Tuesday, July 11, 2017 to schedule these affidavits.

**Documents:** Please provide the following documents, along with any and all other evidence you deem to be relevant to the case:

1. A completed copy of the attached "Commerce Questionnaire" by the Employer's person most knowledgeable on the topic of the Employer's participate in interstate commerce;

2. Any document that reflects communications between Tesla employees regarding the sharing of information related to workplace safety from February 1, 2017 to the present;

3. Copies of any document designated as "confidential" pursuant to Tesla's confidentiality policy on the topic of workplace safety that was given to any Tesla employee between February 1, 2017 and the present;

4. Any document reflecting Tesla's confidentiality policy that was maintained on April 5 and 29, 2017;

5. Copies of all documents referring to or memorializing any agreements for the provision of security services at the Employer's Fremont facility on May 24, 2017;

6. The names of any individuals working as "security guards" at the Employer's Fremont facility on May 24, 2017 between the times of 4:45 a.m. to 6:00 a.m. and between 4:45 p.m. and 6:00 p.m.;

7. Copies of any photographs or video recordings taken of any individual located in or near the Employer's Fremont facility parking lot or entrances between the times of 4:45 a.m. to 6:00 a.m. and between 4:45 p.m. and 6:00 p.m. on May 24, 2017;

8. Copies of any document that reflects or memorializes the Employer's policy for access to the parking lot at the Employer's Fremont facility, access to the Employer's facility by current employees, and the presentation of an employee's work identification in effect on May 24, 2017;

9. Copies of any document that reflects or refers to any meeting attended by Lisa Lipson or Lauren Holcomb on or about May 24, 2017 with employees. This request shall include, but is not limited to, copies of notes taken by either Lipson or Holcomb in connection with their meetings with employees as well as copies of any recordings made by the Employer of such meetings;

10. Copies of any documents referring to or memorializing any interactions or communications that occurred on May 24, 2017 between 4:45 a.m. and 6:00 a.m. and between 4:45 p.m. and 6:00 p.m. between Tesla security guards and employees at Tesla;

11. Any document in the Employer's possession since January 1, 2016 on the topic of unions or the United Auto Workers;

12. If the Employer contends that Lisa Lipson, Lauren Holcomb, Seth Woody, or David Zweig are not statutory employees within the meaning of the Act, documents reflecting the involvement or participation by Lisa Lipson, Lauren Holcomb, Seth Woody, or David Zweig in any of the following actions concerning any employee of the Employer: (a) Hiring; (b) Transferring; (c) Suspending; (d) Laying off; (e) Recalling; (f) Promoting; (g) Discharging; (h) Assigning of work; (i) Rewarding, including the granting of wage increases; (j) Disciplining; (k) Scheduling or granting of time off; (l) Assigning of overtime; (m) Adjusting of grievances; (n) Directing work; and (o) Evaluating; and

13. Any document that reflects an asserted defense of the Employer.

**Position on 10(j) Relief:** To the extent the Employer wishes to provide another position statement on the topic of Section 10(j) relief, you are also requested to provide your position as to the appropriateness of Section 10(j) injunctive relief in this matter. As you may know, Section 10(j) of the Act permits the NLRB to ask a federal district court "for appropriate temporary relief or restraining order" pending the Board's resolution of an unfair labor practice charge. The district court is authorized to grant "such temporary relief or restraining order as it deems just and proper." *If* the Region determines the Charged Party has violated the Act as alleged, the Region will consider whether to seek injunctive relief in this matter. Accordingly, please provide your position, legal theory, case law, and supporting evidence regarding whether injunctive relief would be appropriate for the alleged violations in this case and whether such injunctive relief would be just and proper. I wish to emphasize that the Region has not yet made a decision as to whether the Charged Party has violated the Act as alleged. Rather, we want to provide you with adequate notice that injunctive relief will be considered if such a decision is made.

**Date for Submitting Evidence:** To resolve this matter as expeditiously as possible, you must provide your evidence and position in this matter by Friday, July 14, 2017. If you are willing to allow me to take affidavits, please contact me by Tuesday, July 11, 2017 to schedule a time to take affidavits. Electronic filing of position statements and documentary evidence through the Agency website is preferred but not required. To file electronically, go to

**www.nlrb.gov,** select **E-File Documents,** enter the **NLRB case number,** and follow the detailed instructions. If I have not received all your evidence by the due date or spoken with you and agreed to another date, it will be necessary for me to make my recommendations based upon the information available to me at that time.

It is Agency policy that full and complete cooperation on your part in this investigation includes timely providing all material witnesses under your control to the investigating Board agent so that the witnesses' statements can be reduced to affidavit form and providing all relevant documentary evidence requested by the Board agent. The mere submission of a position letter or memorandum, or the submission of affidavits not taken by the Board agent, does not constitute full and complete cooperation. The Region seeks such full and complete cooperation by the close of business on Friday, July 14, 2017. If I have not received all of your evidence by the due date or spoken with you and agreed to another date, it will be necessary for me to make my recommendations based upon the information available to me at that time. Additionally, the Region will consider all of its options in order to complete its investigation, including the possibility of issuing investigative subpoenas for the witnesses and documents requested in this letter.

Please contact me at your earliest convenience by telephone, (510)671-3041, or e-mail, edris.rodriguezritchie@nlrb.gov, so that we can discuss how you would like to provide evidence and I can answer any questions you have with regard to the issues in this matter.

Very truly yours,

/s/ Edris Rodriguez Ritchie

EDRIS W.I. RODRIGUEZ RITCHIE
Field Attorney

# Exhibit C

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 32**

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual** — **Case 32-CA-197020**

**and**

**JONATHAN GALESCU, an Individual** — **Case 32-CA-197058**

**and**

**RICHARD ORTIZ, an Individual** — **Case 32-CA-197091**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO** — **Case 32-CA-197197**
**Case 32-CA-200530**

## ORDER CONSOLIDATING CASES, CONSOLIDATED COMPLAINT AND NOTICE OF HEARING

Pursuant to Section 102.33 of the Rules and Regulations of the National Labor Relations Board (the Board) and to avoid unnecessary costs or delay, IT IS ORDERED THAT Cases 32-CA-197020, Case 32-CA-197058, 32-CA-197091, 32-CA-197197, and 32-CA-200530, which are based on charges filed by Michael Sanchez, an Individual, Jonathan Galescu, an Individual, Richard Ortiz, an Individual, and Service Employees International Union, Local 2015 (Union), respectively, against Tesla Motor Corporation (Respondent) are consolidated.

This Order Consolidating Cases, Consolidated Complaint and Notice of Hearing, which is based on these charges, is issued pursuant to Section 10(b) of the National Labor Relations Act

(the Act), 29 U.S.C. § 151 et seq. and Section 102.15 of the Board's Rules and Regulations, and alleges Respondent has violated the Act as described below.

1.

(a) The charge in Case 32-CA-197020 was filed by Michael Sanchez on April 17, 2017, and a copy was served on Respondent by U.S. mail on April 18, 2017.

(b) The first-amended charge in Case 32-CA-197020 was filed by Michael Sanchez on July 28, 2017, and a copy was served on Respondent by mail on August 1, 2017.

(c) The charge in Case 32-CA-197058 was filed by Jonathan Galescu on April 17, 2017, and a copy was served on Respondent by U.S. mail on April 18, 2017.

(d) The first-amended charge in Case 32-CA-197058 was filed by Jonathan Galescu on July 28, 2017, and a copy was served on Respondent by mail on August 1, 2017.

(e) The charge in Case 32-CA-197091 was filed by Richard Ortiz on April 17, 2017, and a copy was served on Respondent by U.S. mail on April 19, 2017.

(f) The first-amended charge in Case 32-CA-197091 was filed by Richard Ortiz on July 28, 2017, and a copy was served on Respondent by U.S. mail on August 1, 2017.

(g) The charge in Case 32-CA-197197 was filed by the Union on April 19, 2017, and a copy was served on Respondent by U.S. mail on April 20, 2017.

(h) The first-amended charge in Case 32-CA-197197 was filed by the Union on July 28, 2017, and a copy was served on Respondent by U.S. mail on August 1, 2017.

(i) The charge in Case 32-CA-200530 was filed by the Union on June 12, 2017, and a copy was served on Respondent by U.S. mail on June 13, 2017.

(k) The first-amended charge in Case 32-CA-200530 was filed by the Union on July 28, 2017, and a copy was served on Respondent by U.S. mail on August 1, 2017.

2.

(a) At all material times, Respondent, a Delaware technology and design corporation with its headquarters in Palo Alto, California, and an automotive manufacturing facility in Fremont, California (the Facility), has been engaged in the design, manufacture, and sale of electric vehicles and energy storage systems.

(b) During the 12-month period ending August 31, 2017, Respondent, in conducting its operations described above in paragraph 2(a), purchased and received goods valued in excess of $50,000 directly from sources located outside the State of California.

3.

At all material times, Respondent has been an employer engaged in commerce within the meaning of Sections 2(2), (6), and (7) of the Act and has been a health care institution within the meaning of Section 2(14) of the Act.

4.

At all material times, the Union has been a labor organization within the meaning of Section 2(5) of the Act.

5.

At all material times, the following individuals held the positions set forth opposite their respective names and have been supervisors of Respondent within the meaning of Section 2(11) of the Act and agents of Respondent within the meaning of Section 2(13) of the Act:

| | |
|---|---|
| Victor Facha | - Supervisor |
| Laura Holcomb | - Environmental Health Safety and Sustainability Specialist |
| Lisa Lipson | - Human Resources Business Partner |
| Mark Lipscomb | - Vice-President of Human Resources |

| | | |
|---|---|---|
| Juan Martinez | - | Production Manager |
| Elon Musk | - | Chief Executive Officer |
| Armando Rodriquez | - | Supervisor |
| Seth Woody | - | Human Resources Business Partner |
| David Zwieg | - | Human Resources Business Partner |
| Red Shirt Supervisor No. 1 | - | Supervisor |

6.

At all material, the following individuals held the positions set forth opposite their respective names and have been agents Respondent within the meaning of Section 2(13) of the Act:

| | | |
|---|---|---|
| John Does 1-6 | - | Security Guards |
| Unknown Human Resources Agent | - | Agent |

7.

(a) Since at least late October 2016, Respondent has maintained the following rules in its Confidentiality Agreement:

> (i) These obligations are straightforward. Provided that it's not already public information, everything that you work on, learn about or observe in your work about Tesla is confidential information under the agreement that you signed when you first started. This includes information about. .customers, suppliers, employees. and anything similar.
>
> (ii) Additionally, regardless of whether information has already been made public, it is never OK to communicate with the media or someone closely related to the media about Tesla, unless you have been specifically authorized in writing to do so.

(iii) Unless otherwise allowed by law or you have received written approval, you must not, for example, discuss confidential information with anyone outside of Tesla,

(iv) take or post photos or make video or audio recordings inside Tesla facilities,

(v) forward work e-mails outside of Tesla or to a personal email account,

(vi) or write about your work in any social media, blog, or book. If you are unsure, check with your manager, HR, or Legal.

(vii) The consequences for careless violation of the confidentiality agreement, could include, depending on severity, loss of employment. Anyone engaging in intentional violation of the confidentiality agreement will be liable for all the harm and damage that is caused to the company, with possible criminal prosecution. These obligations remain in place even if no longer working at Tesla.

(b) About late October 2016 or early November 2016, Respondent, by Human Resources Business Partner David Zweig, at Respondent's Facility, during a one-on-one meeting with an employee, prohibited the employee from taking a picture of Respondent's Confidentiality Agreement described above in paragraph 5(a).

(c) On February 10, 2017, Respondent, by its Security Guards, including, but not limited to, Security Guards Nos. 1-4, restrained and coerced off-duty employees who were engaged in leafleting on Respondent's premises outside of Respondent's Facility by repeatedly asking them to produce their employee identification badges and/or telling them to leave Respondent's premises.

(d) On February 10, 2017, Respondent, by Male Security Guard No. 1, outside the entrance to Door 2 at Respondent's Facility:

(i) On two separate occasions, instructed an off-duty employee to leave Respondent's premises.

(ii) Male Security Guard No. 1 engaged in the conduct described above in paragraph 5(d)(i) because the employee was engaged in

Union leafleting and to discourage these and other protected, concerted activities.

(e) On February 10, 2017, Respondent, by Female Security Guard No. 2, outside the entrance to Door 1 at Respondent's Facility:

(i) told off-duty employees to leave Respondent's premises.

(ii) Security Guard No. 2 engaged in the conduct described above in paragraph 5(e)(i) because the employees were engaged in Union leafleting and to discourage these and other protected, concerted activities.

(f) On February 10, 2017, Respondent, by Male Security Guard No. 3, outside the entrance to Door 1 at Respondent's Facility:

(i) told off-duty employees to leave Respondent's premises.

(ii) Security Guard No. 3 engaged in the conduct described above in paragraph 5(f)(i) because the employees were engaged in Union leafleting and to discourage these and other protected, concerted activities.

(g) On February 10, 2017, Respondent, by Female Security Guard No. 4, outside the entrance to Door 3 at Respondent's Facility:

(i) told an off-duty employee to leave Respondent's premises.

(ii) Security Guard No. 4 engaged in the conduct described above in paragraph 5(g)(i) because the employee was engaged in Union leafleting and to discourage these and other protected, concerted activities.

(h) On February 10, 2017, Respondent, by Red Shirt Male Supervisor No. 1, near the back entrance to Respondent's Facility by the Receiving Addition:

(i) told an off-duty employee to leave the premises.

(ii) Red Shirt Male Supervisor No. 1 engaged in the conduct described above in paragraph 5(h)(i) because the employee was engaged in Union leafleting and to discourage these and other protected, concerted activities.

(i) On February 10, 2017, Respondent, by an unnamed Human Resources Agent who was called by Red Shirt Male Supervisor No. 1, during a phone conversation:

(i) told an off-duty employee who was on medical leave to leave Respondent's premises.

(ii) The unnamed Human Resources Agent engaged in the conduct described above in paragraph 5(i)(i) because the employee was engaged in Union leafleting and to discourage these and other protected, concerted activities.

(j) On March 23, 2017, Respondent, by Supervisor Armando Rodriguez, during a pre-shift meeting at Respondent's Facility:

(i) told employees that they could not distribute stickers, leaflets, or pamphlets that were not approved by Respondent.

(ii) threatened that Respondent would terminate employees if they passed out stickers, leaflets, or materials that were not approved by Respondent.

(iii) Supervisor Armando Rodriguez engaged in the conduct described above in paragraph 5(j) because employees engaged in Union activities and to discourage these and other protected, concerted activities.

(k) On April 5 2017, Respondent, by David Zweig, attempted to prohibit an employee from discussing safety concerns with other employees and/or with the Union.

(l) On April 28, 2017, Respondent, by Seth Woody, attempted to prohibit an employee from discussing safety concerns with other employees and/or with the Union.

(m) On May 24, 2017, Respondent, by its Security Guards, including, but not limited to, Security Guards Nos. 5-6, restrained and coerced employees who were engaged in leafleting on Respondent's premises outside of Respondent's Facility by repeatedly asking them to produce their employee identification badges and/or telling them to leave Respondent's premises.

(n) On May 24, 2017, by Female Security Guard No. 5, at the security counter near the Door 4 entrance at Respondent's Facility, told an employee that the employee could not hand out flyers on Respondent's premises.

(o) On May 24, 2017, by Male Security Guard No. 6, outside the Door 4 entrance at Respondent's Facility:

> (i) on two occasions, instructed an off-duty employee to leave the premises.
>
> (ii) Male Security Guard No. 6 engaged in the conduct described above in paragraph 5(n)(i) because the employee because the employee was engaged in Union leafleting and to discourage these and other protected, concerted activities.

(p) On May 24, 2017, Respondent, by Respondent's Human Resources Business Partner Lisa Lispon, during separate meetings with two employees, in the presence of Environmental Health Safety and Sustainability Specialist Laurent Holcomb, interrogated the employee about the employee's Union and/or protected, concerted activities and/or the Union and/or protected, concerted activities of other employees.

8.

By the conduct described above in paragraph 7, Respondent has been interfering with, restraining and coercing employees in the exercise of their rights guaranteed in Section 7 of the Act in violation of Sections 8(a)(1) of the Act.

9.

The unfair labor practices of Respondent described above affect commerce within the meaning of Sections 2(6) and (7) of the Act.

**ANSWER REQUIREMENT**

Respondent is notified that, pursuant to Sections 102.20 and 102.21 of the Board's Rules and Regulations, it must file an answer to the Consolidated Complaint. The answer must be **received by this office on or before September 14, 2017, or postmarked on or before September 13, 2017**. Respondent should file an original and four copies of the answer with this office and serve a copy of the answer on each of the other parties.

An answer may also be filed electronically through the Agency's website. To file electronically, go to www.nlrb.gov, click on **E-File Documents**, enter the NLRB Case Number, and follow the detailed instructions. The responsibility for the receipt and usability of the answer rests exclusively upon the sender. Unless notification on the Agency's website informs users that the Agency's E-Filing system is officially determined to be in technical failure because it is unable to receive documents for a continuous period of more than 2 hours after 12:00 noon (Eastern Time) on the due date for filing, a failure to timely file the answer will not be excused on the basis that the transmission could not be accomplished because the Agency's website was off-line or unavailable for some other reason. The Board's Rules and Regulations require that an answer be signed by counsel or non-attorney representative for represented parties or by the party if not represented. See Section 102.21. If the answer being filed electronically is a pdf document containing the required signature, no paper copies of the answer need to be transmitted to the Regional Office. However, if the electronic version of an answer to a complaint is not a pdf file containing the required signature, then the E-filing rules require that such answer containing the required signature continue to be submitted to the Regional Office by traditional means within three (3) business days after the date of electronic filing. Service of the answer on each of the other parties must still be accomplished by means allowed under the Board's Rules

and Regulations. The answer may not be filed by facsimile transmission. If no answer is filed, or if an answer is filed untimely, the Board may find, pursuant to a Motion for Default Judgment, that the allegations in the Consolidated Complaint are true.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** on November 14, 2017, at 9:00 a.m., at the Oakland Regional Office of the National Labor Relations Board located at 1301 Clay Street, Suite 300N, Oakland, California 94612, and on consecutive days thereafter until concluded, a hearing will be conducted before an administrative law judge of the National Labor Relations Board. At the hearing, Respondent and any other party to this proceeding have the right to appear and present testimony regarding the allegations in this Consolidated Complaint. The procedures to be followed at the hearing are described in the attached Form NLRB-4668. The procedure to request a postponement of the hearing is described in the attached Form NLRB-4338.

**DATED AT** Oakland, California this 31st day of August 2017.

Valerie Hardy-Mahoney
Regional Director
National Labor Relations Board
Region 32
1301 Clay Street, Suite 300N
Oakland, CA 94612-5224

Attachments

# Exhibit D

INTERNET FORM NLRB-501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

FORM EXEMPT UNDER 44 U.S.C 3512

**DO NOT WRITE IN THIS SPACE**

Case: 32-CA-208614 | Date Filed: 10-25-2017

INSTRUCTIONS:
**File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.**

1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer: Tesla, Inc.

b. Tel. No.

c. Cell No.

f. Fax No.

d. Address *(Street, city, state, and ZIP code)*
45500 Fremont Boulevard
Fremont, California 94538

e. Employer Representative
Gaby Toledano, Chief People Officer

g. e-Mail: gaby@tesla.com

h. Number of workers employed: 10,000

i. Type of Establishment *(factory, mine, wholesaler, etc.)*: Factory

j. Identify principal product or service: Automotive Manufacturing

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and *(list subsections)* (3) and (4) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

See Attachment A

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), AFL-CIO

4a. Address *(Street and number, city, state, and ZIP code)*
8000 East Jefferson
Detroit, Michigan 48214

4b. Tel. No. (313) 926-5000

4c. Cell No.

4d. Fax No.

4e. e-Mail: sreed@uaw.net

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), AFL-

6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By [signature] *(signature of representative or person making charge)*

Margo A. Feinberg, Esq., Attorney for Charging Party *(Print/type name and title or office, if any)*

Tel. No. (323) 655-4700

Office, if any, Cell No.

Fax No. (323) 655-4488

e-Mail: margo@ssdslaw.com

Address: Schwartz, Steinsapir, Dohrmann & Sommers LLP, 6300 Wilshire Blvd., Suite 2000, Los Angeles, CA 90048

10/25/17 *(date)*

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

**Attachment A**

Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating and/or disciplining employees in retaliation for participating in protected concerted activities and National Labor Relations Board activities.

Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating and/or disciplining employees for violating a confidentiality agreement that restricts protected concerted activities.

Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating a group of employees to discourage protected concerted activity by other employees.

Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating a group of employees in retaliation for members of that group participating in protected concerted activities.

Within the past six months and ongoing, Tesla, Inc., through its agents, has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by, among other acts, restricting employees' right to engage in protected concerted activity, including, but not limited to, wearing items with the Union's logo in Tesla facilities.

Within the past six months and ongoing, Tesla, Inc., through its agents, has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by, intimidating and harassing employees for their Section 7 activities.

By these and other acts, Tesla, Inc. has violated Section 8(a)(1), 8(a)(3) and 8(a)(4) of the National Labor Relations Act.

# Exhibit E



UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

REGION 32
1301 Clay St Ste 300N
Oakland, CA 94612-5224

Agency Website: www.nlrb.gov
Telephone: (510)637-3300
Fax: (510)637-3315

Agent's Direct Dial: (510)671-3041

November 21, 2017

**By E-Mail Only**

Elizabeth Parry, Esq.
Littler Mendelson, P.C.
1255 Treat Blvd, Suite 600
Walnut Creek, CA 94597-7605
E-Mail: mparry@littler.com

John Skonberg, Esq.
Michael Lotito
Littler Mendelson, P.C.
333 Bush St., 34th Floor
San Francisco, CA 94104-2842
E-Mail: jskonberg@littler.com
E-Mail: mlotito@littler.com

**Re: TESLA, INC.**
**Case 32-CA-208614**

Dear Ms. Parry, Mr. Skonberg, and Mr. Lotito:

I am writing this letter to advise you that it is now necessary for me to take evidence from your client regarding the allegations raised in the investigation of the above-referenced matter. Set forth below are the allegations and issues on which your evidence is needed, a request to take affidavits, a request for documentary evidence, and the date for providing your evidence. Please also be advised that the undersigned Board agent will likely send a follow-up letter with additional allegations.

**Preservation of Evidence**: Please be mindful of your obligation to preserve all relevant documents and electronically stored information (ESI) in this case and to take all steps necessary to avoid the inadvertent loss of information in you possession, custody or control. Relevant information includes, but is not limited to, paper documents and all ESI (e.g. SMS text messages, electronic documents, e-mails, audio or video recordings, photographs, and any data created by proprietary software tools) related to the above-captioned case.

**Allegations:** The allegations for which I am seeking your evidence are as follows. The United Automobile, Aerospace and Agricultural Implement Workers of America International Union (the Union or the Charging Party) alleges that Tesla, Inc. (the Employer or the Charged Party) has violated Sections 8(a)(1), (3), and (4) of the Act by engaging in the following conduct:

1. engaging in a mass layoff of employees at Tesla, Inc.'s facilities in order to discourage employees from engaging in Section 7 protected activities and in retaliation for engaging in Board activities, including the filing of charges and/or the issuance of a Complaint in Case Nos. 32-CA-197020, 32-CA-197058, 32-CA-197091, 32-CA-197197,

and 32-CA-200530;

2. At the Tesla, Inc. facility located at 45500 Fremont Boulevard, Fremont, California:

a. In October 2017, terminating the following individuals in retaliation for engaging in protected concerted activities and/or union activities:

i. Richard Ortiz (also in retaliation for having filed charges with the Board);

ii. Jayson Henry;

iii. Juan Guadalupe Reyes;

iv. Juan Maldonado;

v. Mike Williams;

vi. Tim Cotton;

vii. Brandon Hill;

viii. Erick Vasquez; and

ix. Stephen Barbosa;

b. On or about June 29 and 30, 2017, by Vannick Ly and Lehi Gomez, audited the work of Branton Phillips and provided verbal and written negative feedback in retaliation for engaging in protected concerted activities and/or union activities;

c. On or about October 20, 2017, by Paul James, giving Jonathan Galescu a negative performance review in retaliation for engaging in protected concerted activities and/or union activities and/or Board activities (including having filed charges with the Board);

d. In or about August 2017, by Paul James on two occasions, creating an impression of surveillance by implying he had reviewed an employee's notebook;

e. In or about July or August 2017, by Tope Ogunniyi, discriminatorily applied a uniform policy prohibiting the warning of union paraphernalia on work clothing;

f.     In or about late September or early October 2017, by Ricky Gecewich, interrogated an employee about their and other employees' protected concerted activities pertaining to the posting of pictures on social media;

g.     On October 19, 2017, by Ricky Gecewich, gave a verbal and written warning to Jose Moran threatening action if the employee or other employees engaged in protected concerted activities;

h.     On October 2, 2017, by Thuy Truong, a verbal and written reprimand of Juan Maldonado for having two late-ins in retaliation for engaging in protected concerted activities and/or union activities;

3.     At the Tesla, Inc. facility located at 18280 Harlan Road, Lathrop, California:

a.     In October 2017, terminating Dezzimond Vaughn in retaliation for engaging in protected concerted activities and/or union activities;

b.     In October 2017, giving Vaughn a poor performance review for the period of January to June 2017 in retaliation for engaging in protected concerted activities and/or union activities;

4.     In connection with each of the above-referenced terminations and in October 2017, offering an employee/employees a severance agreement containing an overly broad confidentiality policy and no disparagement policy;

5.     Within the Section 10(b) period, by Ricky Hofrichter, Jeremie Hansen, and Gregory Slettvet, instructed Tesla security guards to surveil employees engaged in protected concerted activities and/or union activities;

6.     Within the Section 10(b) period, by Ricky Hofrichter, Jeremie Hansen, Gregory Slettvet, and Savannah Morgana, instructed Tesla security guards to tell Tesla employees engaged in lawful leafleting that they were not welcome at Tesla, that they needed to leave, and threatened to call the police.

**Board Affidavits:** I am requesting to take affidavits from Vannick Ly, Lehi Gomez, Paul James, Arnold Camat, Timothy Fenelon, Tope Ogunniyi, Kyle Martin, Mario Last Name Unknown, Elena Elliott, Ricky Gecewich, Albert Rios, Duwone Ashley, Thuy Truong, Juan Martinez; Sean Boone; Kyle Last Name Unknown (Human Resources), Nicole White, Chris Padilla, Dane Last Name Unknown (Human Resources), and any other individuals you believe have information relevant to the investigation of this matter. Please be advised that the failure to present representatives who would appear to have information relevant to the investigation of this matter, for the purposes of my taking sworn statements from them, constitutes less than complete cooperation in the investigation of the charge. Please contact me by Tuesday, November 28, 2017 to schedule these affidavits. Please be advised that a position statement will not be accepted in lieu of Board affidavits and the undersigned Board agent will likely

recommend the issuance of investigative subpoenas to compel the testimony of the above-identified individuals should Tesla, Inc. refuse to voluntarily produce the witnesses for Board affidavits.

If any of the above-listed individuals are no longer employed by Tesla, Inc., please provide their last known contact information, including street address, telephone number(s), and e-mail address(es).

**Documents:** Please provide the following documents, along with any and all other evidence you deem to be relevant to the case:

1. The complete personnel file of the individuals listed in Allegation Paragraphs (2)(a), (2)(b), (2)(c), (2)(g), (2)(h), and (3);

2. Every document since 2016 communicated to Tesla employees (whether by physically posting, emailing the document to Employees, or posting on an internal site) on the topic of unions, unionizing, and the United Auto Workers;

3. Every document since 2016 in Tesla's custody, possession, or control on the topic of unions, unionizing, and the United Auto Workers, excluding any documents subject to the attorney-client privilege and/or attorney work product;

4. A listing of all individuals terminated by Tesla in October 2017 as part of Tesla's layoff of employees. For each individual listed, please include the following information: the name of the employee, the employee's department, the employee's immediate supervisor, the reason for the employee's termination, and any documents that relate to the employee's termination including, but not limited to, performance reviews or disciplinary actions;

5. Any document that refers to the reason for Tesla's mass layoff of its employees in October 2017;

6. If Tesla, Inc. alleges that it has done mass layoffs in the past, for each mass layoff, please provide the information requested in Document Request Nos. 4 and 5 pertaining to each of those massive layoffs;

7. For each of the individuals listed in Allegation Paragraphs (2)(a), (2)(b), (2)(c), (2)(g), (2)(h), and (3), please provide any document reviewed or relied upon by the Employer in making its decisions to discipline and/or terminate the listed employee;

8. The name of the individual or individuals who made the decision to lay off employees at one time in October 2017;

9. Any documents that reflect or memorialize communication(s) with security guards regarding the surveillance of pro-union employees, the threatening of employees by threatening to call the police, or the requesting of employees to

leave Tesla property. This request shall include, but is not limited to, copies of all reports held in the RIMS system and copies of any audio or video surveillance taken of Tesla employees engaging in protected concerted activities and/or union activities;

10.    Any document that reflects Tesla's policies on the following topics:

     a.    Attitude/Mindset;

     b.    Confidentiality;

     c.    Social media;

     d.    Use of Workday and information contained in Workday;

     e.    Work uniforms;

     f.    Workplace fights, arguments, and the use of obscenities while at work;

     g.    Attendance, being late, and calling in.

11.    Any document the Employer believes supports an affirmative defense.

The Agency requests all evidence submitted electronically to be in the form it is normally used and maintained in the course of business (i.e. native format). Where evidence submitted electronically is not in native format, it should be submitted in a manner that retails the essential functionality of the native format (i.e. in a machine-readable and searchable electronic format). The Region does not seek any documents or information that is covered by the attorney-client privilege and/or attorney work-product doctrine. To the extent any responsive documents are withheld on those bases, please provide a privilege log laying the appropriate foundation for the privilege asserted as the basis for withholding a document.

**Date for Submitting Evidence:**  To resolve this matter as expeditiously as possible, you must provide your evidence and position in this matter by Friday, December 1, 2017. If you are willing to allow me to take affidavits, please contact me by Tuesday, November 28, 2017 to schedule a time to take affidavits. Electronic filing of position statements and documentary evidence through the Agency website is preferred but not required. To file electronically, go to **www.nlrb.gov,** select **E-File Documents,** enter the **NLRB case number,** and follow the detailed instructions. If I have not received all your evidence by the due date or spoken with you and agreed to another date, it will be necessary for me to make my recommendations based upon the information available to me at that time.

It is Agency policy that full and complete cooperation on your part in this investigation includes timely providing all material witnesses under your control to the investigating Board agent so that the witnesses' statements can be reduced to affidavit form and providing all relevant documentary evidence requested by the Board agent. The mere submission of a position letter or memorandum, or the submission of affidavits not taken by the Board agent, does not

constitute full and complete cooperation. The Region seeks such full and complete cooperation by the close of business on Friday, December 1, 2017. If I have not received all of your evidence by the due date or spoken with you and agreed to another date, it will be necessary for me to make my recommendations based upon the information available to me at that time. Additionally, the Region will consider all of its options in order to complete its investigation, including the possibility of issuing investigative subpoenas for the witnesses and documents requested in this letter.

Please contact me at your earliest convenience by telephone, (510)671-3041, or e-mail, edris.rodriguezritchie@nlrb.gov, so that we can discuss how you would like to provide evidence and I can answer any questions you have with regard to the issues in this matter.

Very truly yours,

/s/ Edris Rodriguez Ritchie

EDRIS W.I. RODRIGUEZ RITCHIE
Field Attorney

# Exhibit F

FORM EXEMPT UNDER 44 U.S.C 3512

INTERNET
FORM NLRB-501
(2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 32-CA-210879 | 12/01/17 |

**INSTRUCTIONS:**
**File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.**

1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer
Tesla, Inc.

b. Tel. No.

c. Cell No.

f. Fax No.

d. Address *(Street, city, state, and ZIP code)*
45500 Fremont Boulevard
Fremont, California 94538

e. Employer Representative

g. e-Mail
gaby@tesla.com

h. Number of workers employed
Approximately 7000

i. Type of Establishment *(factory, mine, wholesaler, etc.)*
Factory

j. Identify principal product or service
Automotive Manufacturing

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and *(list subsections)* of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

In the past sin months the above-named Employer has interfered with the protected Section 7 rights of William Locklear and those of his coworkers by intimidating him, creating the impression of surveillance of him and his coworkers, engaging in surveillance of his and his coworkers' activities, subjecting him to heightened supervisory scrutiny and interrogating him concerning his support for and activities on behalf of the Charging Party.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), AFL-CIO

4a. Address *(Street and number, city, state, and ZIP code)*
800 East Jefferson
Detroit, Michigan 48214

4b. Tel. No. (313) 926-5000

4c. Cell No.

4d. Fax No.

4e. e-Mail

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By [signature] *(signature of representative or person making charge)*

Henry M. Willis, Attorney *(Print/type name and title or office, if any)*

Schwartz, Steinsapir, Dohrmann & Sommers, LLP

Address 6300 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90048

12/01/17 *(date)*

Tel. No. (323) 655-4700

Office, if any, Cell No.

Fax No. (323) 655-4488

e-Mail hmw@ssdslaw.com

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

# Exhibit G



UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

REGION 32
1301 Clay St Ste 300N
Oakland, CA 94612-5224

Agency Website: www.nlrb.gov
Telephone: (510)637-3300
Fax: (510)637-3315

Agent's Direct Dial: (510)671-3024

December 20, 2017

SENT VIA EMAIL ONLY AT mparry@littler.com

ELIZABETH PARRY, ATTORNEY
LITTLER MENDELSON
TREAT TOWERS
1255 TREAT BLVD, SUITE 600
WALNUT CREEK, CA 94597

Re: Tesla, Inc.
Case 32-CA-210879

Dear Ms. Parry:

I am writing this letter to advise you that it is now necessary for me to take evidence from you regarding the allegations raised in the investigation of the above-captioned matter. As explained below, I am requesting to take affidavits on or before **January 15, 2018**, with regard to certain allegations in this case.

**Allegations:** The allegations for which I am seeking your evidence are as follows.

- On or about July 22, 2017, by and through supervisors Josh Surgeon and Shawn Gaines, violating Sections 8(a)(3) and (1) of the Act. Specifically, the Charging Party-Union alleges that Surgeon and Gaines issued a warning letter to an employee in retaliation for that employee's protected concerted and/or Union activities. The Charging Party-Union also asserts that the incidents relied upon by the Employer in the July 22, 2017, warning letter are not used by the Employer to discipline other employees.

- On or about August 24, 2017, by and through supervisor Matthew Stewart, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Stewart was engaged in surveillance of employees and/or created the impression of surveillance by standing approximately 5 feet away from two employees working at an auditing station on the Model 3 line.

- On or about August 30, 2017, by and through supervisor Tyler Ash, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Ash was engaged in surveillance of employees and/or created the impression of surveillance by attending the full orientation training meeting for employees.

- On or about August 31, 2017, by and through supervisor Tyler Ash, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Ash was engaged in surveillance of employees and/or created the impression of surveillance by standing approximately 15 feet away from three employees who work on the Model 3 line.

- On or about September 8, 2017, by and through associate manager Dave Teston, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Teston engaged in surveillance of employees and/or created the impression of surveillance by instructing an employee to work in a new area directly under a camera with a microphone.

- Since on or about September 8, 2017, and continuing to the present date, by and through agents of the Employer, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that the Employer has engaged in surveillance of employees and/or created the impression of surveillance of employees by installing cameras with microphones in work areas.

- On or about September 14, 2017, by and through supervisors Matthew Stewart and Roderick Stevens, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Stewart and Stevens engaged in surveillance of employees and/or created the impression of surveillance by standing about 5 feet from two employees working on the Model 3 line.

- On or about September 8, 2017, by and through associate manager Dave Teston, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Teston interrogated employees about their protected concerted and/or Union activities.

- On or about October 21, 2017, by and through associate production manager Andy McIndoe, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that McIndoe interrogated employees about their protected concerted and/or Union activities.

- On or about November 2, 2017, by and through supervisors and managers of the Employer, including, but not limited to, Dave Teston and Cindie Reneau, violating Sections 8(a)(3) and (1) of the Act. Specifically, the Charging Party-Union alleges that the Employer issued a lower performance review to an employee in retaliation for that employee's protected concerted and/or Union activities. The Charging Party-Union asserts that the reasons for the lowered performance review are pretextual, and that the lowered performance review was issued because the employee had engaged in protected concerted and/or Union activities.

**Board Affidavits:** I am requesting to take affidavits from **Dave Teston**, Associate Manager, **Josh Surgeon**, (title unknown to Board Agent but known by Employer), **Shawn Gaines**, Supervisor, **Kevin Kassekert**, Vice President for Infrastructure Development, **Matthew**

**Stewart**, Supervisor, **Tyler Ash**, Supervisor, **Andy McIndoe**, Associate Production Manager, **Cindie Reneau**, Human Resources Representative, **Elliot Kent**, Supervisor, and any other individuals you believe have information relevant to the investigation of the above-captioned matter. Please be advised that the failure to present representatives who would appear to have information relevant to the investigation of this matter, for the purposes of my taking sworn statements from them, constitutes less than complete cooperation in the investigation of the charge. Please contact me by **January 9, 2018**, to schedule these affidavits.

**Documents:** Please provide the following documents, along with any and all other evidence you deem to be relevant to the case:

1. A copy of the Employer's employee handbook or other similar document issued to employees that work at the Employer's Sparks, Nevada facility.

2. The true and correct titles of the Employer's supervisors and managers listed above, and the contact information for any such supervisor and manager if they are no longer employed by the Employer.

3. A document that shows the Employer's management hierarchy currently in place at its Sparks, Nevada facility.

4. Copies of any and all documents relating to the Employer's position of "training coordinator," including any documents that show the incumbent's duties and responsibilities for that position and the work location, e.g., desk area, for incumbents in those positions.

5. Copies of any and all documents concerning the Employer's rules, policies, and/or procedures as they relate to dress codes, solicitation, distribution, orientation training, discipline and discharge, and performance reviews.

6. A copy of employee Will Locklear's personnel file.

7. Copies of the discipline issued to Will Locklear on July 22, 2017, the performance review issued to Will Locklear on November 2, 2017, and any and all documents relied upon by the Employer in issuing the discipline and writing the performance review.

8. Copies of any disciplines issued to employees within the past six months for reasons similar to those used to issue the discipline to Will Locklear on July 22, 2017.

9. Copies of the performance reviews for employees working as "training coordinators" at the Sparks, Nevada facility within the past six months.

10. Copies of any and all documents referring to cameras installed by the Employer at its Sparks, Nevada facility, including, but not limited to, any and all documents showing the reason for the installation of such cameras and the location of such cameras.

11. Copies of any and all documents relating to the United Auto Workers and the employees working for the Employer at the Sparks, Nevada facility.

12. The contact information for the following employees working at the Employer's Sparks, Nevada facility: Morissa Leach, Rebecca Mortenson, Jordan Drayer, and Wyatt Laughlin.

**Position on 10(j) Relief:**  You are also requested to provide your position as to the appropriateness of Section 10(j) injunctive relief in this matter.  As you may know, Section 10(j) of the Act permits the NLRB to ask a federal district court "for appropriate temporary relief or restraining order" pending the Board's resolution of an unfair labor practice charge.  The district court is authorized to grant "such temporary relief or restraining order as it deems just and proper."  *If* the Region determines the Charged Party has violated the Act as alleged, the Region will consider whether to seek injunctive relief in this matter.  Accordingly, please provide your position, legal theory, case law, and supporting evidence regarding whether injunctive relief would be appropriate for the alleged violations in this case and whether such injunctive relief would be just and proper.  I wish to emphasize that the Region has not yet made a decision as to whether the Charged Party has violated the Act as alleged.  Rather, we want to provide you with adequate notice that injunctive relief will be considered if such a decision is made.

**Date for Submitting Evidence:**  To resolve this matter as expeditiously as possible, you must provide your evidence and position in this matter by **January 15, 2018**.  If you are willing to allow me to take affidavits, please contact me by **January 9, 2018**, to schedule a time to take affidavits.  Electronic filing of position statements and documentary evidence through the Agency website is preferred but not required.  To file electronically, go to **www.nlrb.gov,** select **E-File Documents,** enter the **NLRB case number,** and follow the detailed instructions.  If I have not received all your evidence by the due date or spoken with you and agreed to another date, it will be necessary for me to make my recommendations based upon the information available to me at that time.

Please contact me at your earliest convenience by telephone, (510)671-3024, or e-mail, alexander.hajduk@nlrb.gov, so that we can discuss how you would like to provide evidence and I can answer any questions you have with regard to the issues in this matter.

Very truly yours,

/s/ Alexander M. Hajduk

ALEXANDER M. HAJDUK
Field Examiner

# Exhibit H

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 32**

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual** — **Case 32-CA-197020**

**and**

**JONATHAN GALESCU, an Individual** — **Case 32-CA-197058**

**and**

**RICHARD ORTIZ, an Individual** — **Case 32-CA-197091**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO** — **Case 32-CA-197197**, **Case 32-CA-200530**, **Case 32-CA-208614**, **Case 32-CA-210879**

## THIRD ORDER CONSOLIDATING CASES, SECOND AMENDED CONSOLIDATED COMPLAINT AND NOTICE OF HEARING

Pursuant to Section 102.33 of the Rules and Regulations of the National Labor Relations Board (the Board) and to avoid unnecessary costs or delay, **IT IS ORDERED THAT** the Amended Consolidated Complaint that issued on September 1, 2017, in Cases 32-CA-197020, 32-CA-197058, 32-CA-197091, 32-CA-197197, and 32-CA-200530, alleging that Tesla, Inc. (Respondent) has violated the National Labor Relations Act, 29 U.S.C. § 151 et seq. (the Act), by engaging in unfair labor practices, is further consolidated with Cases 32-CA-208614 and 32-CA-210879, filed by the International Union, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO (Union) against Respondent, which allege that Respondent has engaged in further unfair labor practices within the meaning of the Act.

This Third Order Consolidating Cases, Second Amended Consolidated Complaint and Notice of Hearing, which is based on these charges, is issued pursuant to Section 10(b) of the National Labor Relations Act (the Act), 29 U.S.C. § 151 et seq. and Sections 102.15 and 102.17 of the Board's Rules and Regulations, and alleges Respondent has violated the Act as described below.

1.

(a) The charge in Case 32-CA-197020 was filed by Michael Sanchez on April 17, 2017, and a copy was served on Respondent by U.S. mail on April 18, 2017.

(b) The first-amended charge in Case 32-CA-197020 was filed by Michael Sanchez on July 28, 2017, and a copy was served on Respondent by mail on August 1, 2017.

(c) The charge in Case 32-CA-197058 was filed by Jonathan Galescu on April 17, 2017, and a copy was served on Respondent by U.S. mail on April 18, 2017.

(d) The first-amended charge in Case 32-CA-197058 was filed by Jonathan Galescu on July 28, 2017, and a copy was served on Respondent by mail on August 1, 2017.

(e) The charge in Case 32-CA-197091 was filed by Richard Ortiz on April 17, 2017, and a copy was served on Respondent by U.S. mail on April 19, 2017.

(f) The first-amended charge in Case 32-CA-197091 was filed by Richard Ortiz on July 28, 2017, and a copy was served on Respondent by U.S. mail on August 1, 2017.

(g) The charge in Case 32-CA-197197 was filed by the Union on April 19, 2017, and a copy was served on Respondent by U.S. mail on April 20, 2017.

(h) The first-amended charge in Case 32-CA-197197 was filed by the Union on July 28, 2017, and a copy was served on Respondent by U.S. mail on August 1, 2017.

(i) The charge in Case 32-CA-200530 was filed by the Union on June 12, 2017, and a copy was served on Respondent by U.S. mail on June 13, 2017.

(k) The first-amended charge in Case 32-CA-200530 was filed by the Union on July 28, 2017, and a copy was served on Respondent by U.S. mail on August 1, 2017.

(l) The charge in Case 32-CA-208614 was filed by the Union on October 25, 2017, and a copy was served on Respondent by U.S. mail on October 25, 2017.

(m) The first-amended charge in Case 32-CA-208614 was filed by the Union on March 12, 2017, and a copy was served on Respondent by U.S. mail on March 13, 2018.

(n) The charge in Case 32-CA-210879 was filed on December 1, 2017, and a copy was served on Respondent by U.S. mail on December 4, 2017.

(o) The first-amended charge in Case 32-CA-210879 was filed on December 6, 2017, and a copy was served on Respondent by U.S. mail on December 7, 2017.

2.

(a) At all material times, Respondent, a Delaware technology and design corporation with its headquarters in Palo Alto, California, an automotive manufacturing facility in Fremont, California (the Fremont Facility), and an automotive battery facility in Sparks, Nevada (the Sparks Facility), has been engaged in the design, manufacture, and sale of electric vehicles and energy storage systems.

(b) During the 12-month period ending December 31, 2017, Respondent, in conducting its operations described above in paragraph 2(a) at its Fremont Facility,

purchased and received goods valued in excess of $50,000 directly from sources located outside the State of California.

(c) During the 12-month period ending December 31, 2017, Respondent, in conducting its operations described above in paragraph 2(a) at its Sparks Facility, purchased and received goods valued in excess of $50,000 directly from sources located outside the State of Nevada.

3.

At all material times, Respondent has been an employer engaged in commerce within the meaning of Sections 2(2), (6), and (7) of the Act.

4.

At all material times, the Union has been a labor organization within the meaning of Section 2(5) of the Act.

5.

At all material times, the following individuals held the positions set forth opposite their respective names and have been supervisors of Respondent within the meaning of Section 2(11) of the Act and agents of Respondent within the meaning of Section 2(13) of the Act:

| | | |
|---|---|---|
| Elon Musk | - | Chief Executive Officer |
| Mark Lipscomb | - | Vice-President of Human Resources |
| Emma Cruz | - | Human Resources Business Partner |
| Liza Lipscomb | - | Human Resources Business Partner |
| Seth Woody | - | Human Resources Business Partner |
| David Zwieg | - | Human Resources Business Partner |

| | | |
|---|---|---|
| Juan Martinez | - | Manager, Manufacturing |
| Andrew McIndoe | - | Associate Production Manager |
| Tope Ogunniyi | - | Associate Production Manager |
| Victor Facha | - | Supervisor |
| Tim Fenelon | - | Supervisor |
| Homer Hunt | - | Supervisor |
| Armando Rodriguez | - | Supervisor |
| Dave Teston | - | Supervisor |
| Red Shirt Male Supervisor No. 1 | - | Supervisor |
| Arnold (Last Name Unknown) | - | Supervisor |
| John Doe | - | Production Supervisor |
| Lauren Holcomb | - | Environmental Health Safety and Sustainability Specialist |
| Ricky Gecewich | - | Employee Relations Investigator |

6.

At all material times, the following individuals held the positions set forth opposite their respective names and have been agents Respondent within the meaning of Section 2(13) of the Act:

| | | |
|---|---|---|
| John/Jane Does 1-6 | - | Security Guards |
| Name Unknown | - | Human Resources Agent |

7.

(a) Since at least late October 2016, Respondent has maintained the following rules in its Confidentiality Agreement at the Fremont facility:

(i) These obligations are straightforward. Provided that it's not already public information, everything that you work on, learn about or observe in your work about Tesla is confidential information under the agreement that you signed when you first started. This includes information about…customers, suppliers, employees…. and anything similar.

(ii) Additionally, regardless of whether information has already been made public, it is never OK to communicate with the media or someone closely related to the media about Tesla, unless you have been specifically authorized in writing to do so.

(iii) Unless otherwise allowed by law or you have received written approval, you must not, for example, discuss confidential information with anyone outside of Tesla,

(iv) or write about your work in any social media, blog, or book. If you are unsure, check with your manager, HR, or Legal.

(v) The consequences for careless violation of the confidentiality agreement, could include, depending on severity, loss of employment. Anyone engaging in intentional violation of the confidentiality agreement will be liable for all the harm and damage that is caused to the company, with possible criminal prosecution. These obligations remain in place even if no longer working at Tesla.

(b) About late October 2016 or early November 2016, Respondent, by Human Resources Business Partner David Zweig, at the Fremont facility, during a one-on-one meeting with employees, prohibited employees from taking a picture of Respondent's Confidentiality Agreement described above in paragraph 7(a).

(c) On February 10, 2017, Respondent, by its Security Guards, including, but not limited to, John/Jane Does Security Guards Nos. 1-4, restrained and coerced off-duty employees who were engaged in leafleting on Respondent's premises outside of the Fremont facility by repeatedly asking them to produce their employee identification badges and/or telling them to leave Respondent's premises.

(d) On February 10, 2017, Respondent, by John Doe Security Guard No. 1, outside the entrance to Door 2 at the Fremont facility:

(i) On two separate occasions, instructed an off-duty employee to leave Respondent's premises.

(ii) Security Guard No. 1 engaged in the conduct described above in paragraph 7(d)(i) in response to employees engaging in Union leafleting and to discourage these and other protected, concerted activities.

(e) On February 10, 2017, Respondent, by Jane Doe Security Guard No. 2, outside the entrance to Door 1 at the Fremont facility:

(i) told off-duty employees to leave Respondent's premises.

(ii) Security Guard No. 2 engaged in the conduct described above in paragraph 7(e)(i) in response to employees engaging in Union leafleting and to discourage these and other protected, concerted activities.

(f) On February 10, 2017, Respondent, by John Doe Security Guard No. 3, outside the entrance to Door 1 at the Fremont facility:

(i) told off-duty employees to leave Respondent's premises.

(ii) Security Guard No. 3 engaged in the conduct described above in paragraph 7(f)(i) in response to employees engaging in Union leafleting and to discourage these and other protected, concerted activities.

(g) On February 10, 2017, Respondent, by Jane Doe Security Guard No. 4, outside the entrance to Door 3 at the Fremont facility:

(i) told an off-duty employee to leave Respondent's premises.

(ii) Security Guard No. 4 engaged in the conduct described above in paragraph 7(g)(i) in response to employees engaging in Union leafleting and to discourage these and other protected, concerted activities.

(h) On February 10, 2017, Respondent, by Red Shirt Male Supervisor No. 1, near the back entrance to the Fremont facility by the Receiving Addition:

(i) told an off-duty employee to leave the premises.

(ii) Red Shirt Male Supervisor No. 1 engaged in the conduct described above in paragraph 7(h)(i) in response to employees engaging in Union leafleting and to discourage these and other protected, concerted activities.

(i) On February 10, 2017, Respondent, by a Human Resources Agent (whose name is currently unknown to the General Counsel) at the Fremont facility, during a phone conversation initiated by Red Shirt Male Supervisor No. 1:

(i) told an off-duty employee who was on medical leave to leave Respondent's premises.

(ii) The unnamed Human Resources Agent engaged in the conduct described above in paragraph 7(i)(i) in response to employees engaging in Union leafleting and to discourage these and other protected, concerted activities.

(j) On March 23, 2017, Respondent, by Supervisor Armando Rodriguez, during a pre-shift meeting at the Fremont facility:

(i) told employees that they could not distribute stickers, leaflets, or pamphlets that were not approved by Respondent; and

(ii) threatened that Respondent would terminate employees if they passed out stickers, leaflets, or materials that were not approved by Respondent.

(iii) Supervisor Armando Rodriguez engaged in the conduct described above in paragraph 7(j)(i) and (ii) in response to employees engaging in Union activities and to discourage these and other protected, concerted activities.

(k) On April 5, 2017, Respondent, by Human Resources Business Partner David Zweig, at the Fremont facility, attempted to prohibit an employee from discussing safety concerns with other employees and/or with the Union.

(l) Since about April 25, 2017, Respondent has maintained the following rule at the Fremont facility:

> Team Wear: It is mandatory that all Production Associates and Leads wear the assigned team wear.
>
> - On occasion, team wear may be substituted with all black clothing if approved by supervisor.
> - Alternative clothing must be mutilation free, work appropriate and pose no safety risks (no zippers, yoga pants, hoodies with hood up, etc.).

(m) On April 28, 2017, Respondent, by Human Resources Business Partner Seth Woody, at the Fremont facility, attempted to prohibit employees from discussing safety concerns with other employees and/or with the Union.

(n) On May 24, 2017, Respondent, by its Security Guards, including, but not limited to, John/Jane Does Security Guards Nos. 5-6, restrained and coerced employees who were engaged in leafleting on Respondent's premises outside of the Fremont facility by repeatedly asking them to produce their employee identification badges and/or telling them to leave Respondent's premises.

(o) On May 24, 2017, by Jane Doe Security Guard No. 5, at the security counter near the Door 4 entrance at the Fremont facility, told an employee that the employee could not hand out flyers on Respondent's premises.

(p) On May 24, 2017, by John Doe Security Guard No. 6, outside the Door 4 entrance at the Fremont facility:

> (i) on two occasions, instructed an off-duty employee to leave the premises.
>
> (ii) Security Guard No. 6 engaged in the conduct described above in paragraph 7(p)(i) in response to employees engaged in Union leafleting and to discourage these and other protected, concerted activities.

(q) On May 24, 2017, Respondent, by Respondent's Human Resources Business Partner Lisa Lipscomb, at the Fremont Facility during separate meetings with individual employees, in the presence of Environmental Health Safety and Sustainability Specialist Lauren Holcomb, interrogated employees about their Union and/or protected, concerted activities and/or the Union and/or protected, concerted activities of other employees.

(r) In the Spring of 2017, Respondent, by Supervisor Arnold (Last Name Unknown), at the Fremont facility, impliedly threatened an employee with unspecific reprisals for wearing a hat with Union insignia.

(s) In August 2017, Respondent, by Supervisor Homer Hunt, at the Fremont facility, informed its employees that it would be futile for them to select the Union as their bargaining representative.

(t) Respondent, at the Fremont facility in August or September 2017:

(i) by Production Supervisor (whose name is unknown) told employees they could not wear Union shirts at work and threatened employees they would be sent home for wearing shirts with Union insignia;

(ii) by Associate Production Manager Tope Ogunniyi, attempted to enforce the rule described above in paragraph 7(l) selectively and disparately by prohibiting shirts with Union insignia.

(u) About August 10, 2017, Respondent, at the Fremont Facility:

(i) by Supervisor Tim Fenelon, told employees to remove their shirts with Union insignia; and

(ii) by Associate Production Manager Tope Ogunniyi attempted to enforce the rule described above in paragraph 7(l) selectively and disparately by prohibiting shirts with Union insignia.

(v) About August 14, 2017, by Associate Production Manager Tope Ogunniyi, at Respondent's Fremont facility, attempted to enforce the rule described above in paragraph 7(l) selectively and disparately by telling employees they are prohibited from wearing shirts with Union insignia.

(w) On September 8, 2017, Respondent, by Supervisor Dave Teston, at Respondent's Sparks Facility in the production administrative room, impliedly threatened an employee with unspecified reprisals for wearing a hat with Union insignia.

(x) On October 21, 2017, Respondent, by Associate Production Manager Andre McIndoe, at the Sparks Facility, told an employee that the employee should not speak with other employees about workplace concerns.

8.

(a) On September 14, 2017, Respondent's employees Jose Moran and Richard Ortiz engaged in concerted activities with each other for the purposes of their mutual aid and protection when Jose Moran sent, via text message, screenshots of employee photographs and job titles obtained from Respondent's Workday system to Richard Ortiz, who posted comments regarding wages and working conditions along with the screenshots of the employee photographs and job titles on "Fremont Tesla Employees for UAW Representation" a private employee-only Facebook page.

(b) Respondent, by Employee Relations Investigator Ricky Gecewich, at the Fremont facility:

(i) About September 21, 2017, during separate meetings with individual employees, interrogated employees about the conduct described above in paragraph 8(a).

      (ii) About October 19, 2017, during separate meetings with individual employees, interrogated employees about the conduct described above in paragraph 8(a).

(iii) About October 19, 2017, in an email, promulgated and/or disparately enforced a rule prohibiting employees from accessing the Workday System for non-business purposes without proper business justification.

(c) On October 18, 2017, Respondent discharged Richard Ortiz.

(d) On October 19, 2018, Respondent issued a disciplinary warning to Jose Moran.

(e) Respondent engaged in the conduct described above in paragraphs 8(b)(iii), 8(c) and 8(d), because Jose Moran and Richard Ortiz engaged in the conduct described above in paragraph 8(a) and to discourage its employees from engaging in these and/or other protected concerted activities.

(f) Respondent engaged in the conduct described above in paragraphs 8(b)(iii), 8(c), and 8(d), because Jose Moran and Richard Ortiz supported and assisted the Union and/or because they engaged in concerted activities, and to discourage employees from engaging in these activities.

9.

By the conduct described above in paragraphs 7 and 8(b) through 8(e), Respondent has been interfering with, restraining and coercing employees in the exercise of their rights guaranteed in Section 7 of the Act in violation of Sections 8(a)(1) of the Act.

10.

By the conduct described above in paragraphs 8(b)(iii), 8(c), 8(d), and 8(f), Respondent has been discriminating in regard to the hire or tenure or terms or conditions of

employment of its employees, thereby discouraging membership in a labor organization in violation of Section 8(a)(1) and (3) of the Act.

11.

The unfair labor practices of Respondent described above affect commerce within the meaning of Sections 2(6) and (7) of the Act.

**WHEREFORE**, as part of the remedy for the unfair labor practices described above in paragraphs 7 and 8(b) through 8(f), the General Counsel seeks an order requiring Respondent to Respondent to hold meetings with Respondent's production employees at its Fremont and Sparks facilities, scheduled to ensure the widest possible attendance, at which the Board's Notice is to be read to employees by a responsible management official of Respondent, or at Respondent's option, by a Board agent in that official's presence. Respondent shall be required to allow a representative of the Union to be present during such reading or readings of the Notice.

## ANSWER REQUIREMENT

Respondent is notified that, pursuant to Sections 102.20 and 102.21 of the Board's Rules and Regulations, it must file an answer to the Second Amended Consolidated Complaint. The answer must be **received by this office on or before April 13, 2018, or postmarked on or before April 12, 2018**. Respondent should file an original and four copies of the answer with this office and serve a copy of the answer on each of the other parties.

An answer may also be filed electronically through the Agency's website. To file electronically, go to www.nlrb.gov, click on **E-File Documents**, enter the NLRB Case

Number, and follow the detailed instructions. The responsibility for the receipt and usability of the answer rests exclusively upon the sender. Unless notification on the Agency's website informs users that the Agency's E-Filing system is officially determined to be in technical failure because it is unable to receive documents for a continuous period of more than 2 hours after 12:00 noon (Eastern Time) on the due date for filing, a failure to timely file the answer will not be excused on the basis that the transmission could not be accomplished because the Agency's website was off-line or unavailable for some other reason. The Board's Rules and Regulations require that an answer be signed by counsel or non-attorney representative for represented parties or by the party if not represented. See Section 102.21. If the answer being filed electronically is a pdf document containing the required signature, no paper copies of the answer need to be transmitted to the Regional Office. However, if the electronic version of an answer to a complaint is not a pdf file containing the required signature, then the E-filing rules require that such answer containing the required signature continue to be submitted to the Regional Office by traditional means within three (3) business days after the date of electronic filing. Service of the answer on each of the other parties must still be accomplished by means allowed under the Board's Rules and Regulations. The answer may not be filed by facsimile transmission. If no answer is filed, or if an answer is filed untimely, the Board may find, pursuant to a Motion for Default Judgment, that the allegations in the Second Amended Consolidated Complaint are true.

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE THAT** on June 11, 2018, at 9:00 a.m., at the Oakland Regional Office of the National Labor Relations Board located at 1301 Clay Street,

Oakland, California 94612, at a conference room to be determined, and on consecutive days thereafter until concluded, a hearing will be conducted before an administrative law judge of the National Labor Relations Board. At the hearing, Respondent and any other party to this proceeding have the right to appear and present testimony regarding the allegations in this Second Amended Consolidated Complaint. The procedures to be followed at the hearing are described in the attached Form NLRB-4668. The procedure to request a postponement of the hearing is described in the attached Form NLRB-4338.

**DATED AT** Oakland, California this 30th day of March 2018.

/s/ Valerie Hardy-Mahoney

Valerie Hardy-Mahoney
Regional Director
National Labor Relations Board
Region 32
1301 Clay Street, Suite 300N
Oakland, CA 94612-5224

Attachments

# Exhibit I

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 32**

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual** — **Case 32-CA-197020**

**and**

**JONATHAN GALESCU, an Individual** — **Case 32-CA-197058**

**and**

**RICHARD ORTIZ, an Individual** — **Case 32-CA-197091**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO** — **Case 32-CA-197197, Case 32-CA-200530, Case 32-CA-208614, Case 32-CA-210879**

**AMENDMENT TO SECOND AMENDED CONSOLIDATED COMPLAINT AND NOTICE OF HEARING**

Pursuant to Section 102.17 of the Rules and Regulations of the National Labor Relations Board (the Board), the Second Amended Consolidated Complaint and Notice of Hearing (Complaint) issued on March 30, 2018, is amended as follows:

**Amend paragraph 5** of the Complaint to include two more individuals as a supervisor of Respondent within the meaning of Section 2(11) of the Act and an agent of Respondent within the meaning of Section 2(13) of the Act. The two individuals to include are:

| | | |
|---|---|---|
| Gaby Toledano | - | Respondent's Chief People Officer |
| Josh Hedges | - | Director of HR for Production |

**Amend paragraph 7** to include the following new allegations as 7(y) of the Complaint:

(y) On about June 7, 2017, Respondent, in a conference room at its Fremont Facility, during a meeting held by CEO Elon Musk and Chief People Officer Gaby Toledano:

(i) by Elon Musk, solicited employee complaints about safety issues and impliedly promised to remedy their safety complaints if they refrained from their union organizational activity.

(ii) by Elon Musk, informed its employees that it would be futile for them to select a union as their bargaining representative by telling them that employees did not need a union and that Respondent would allow them to have a union if Respondent failed in its efforts to remedy their safety grievances; and

(iii) by Gaby Toledano, restrained and coerced employees from engaging in union organizational activity by telling them that no one at Respondent's Facility wanted a union and asking them why employees would want to pay union dues.

**Amend paragraph 8(d)** to correct the year Jose Moran was issued a disciplinary warning. The existing paragraph 8(d) should be replaced with the following paragraph:

(d) On or about October 19, 2017, Respondent issued a disciplinary warning to Jose Moran.

**ANSWER REQUIREMENT**

RESPONDENT IS FURTHER NOTIFIED that, pursuant to Sections 102.20 and 102.21 of the Board's Rules and Regulations, Respondent must file an answer to the above Amendment to Second Amended Consolidated Complaint. The answer must be **received by this office on or before June 18, 2018, or postmarked on or before June 17, 2018**. Respondent should file an original and four copies of the answer with this office and serve a copy of the answer on each of the other parties.

An answer may also be filed electronically through the Agency's website. To file electronically, go to www.nlrb.gov, click on File Case Documents, enter the NLRB Case Number, and follow the detailed instructions. The responsibility for the receipt and usability of the answer rests exclusively upon the sender. Unless notification on the Agency's website informs users that the Agency's E-Filing system is officially determined to be in technical failure because it is unable to receive documents for a continuous period of more than 2 hours after 12:00 noon (Eastern Time) on the due date for filing, a failure to timely file the answer will not be excused on the basis that the transmission could not be accomplished because the Agency's website was off-line or unavailable for some other reason. The Board's Rules and Regulations require that an answer be signed by counsel or non-attorney representative for represented parties or by the party if not represented. See Section 102.21. If the answer being filed electronically is a pdf document containing the required signature, no paper copies of the answer need to be transmitted to the Regional Office. However, if the electronic version of an answer to a complaint is not a pdf file containing the required signature, then the E-filing rules require that such answer containing the required signature continue to be submitted to the Regional Office by traditional means within three (3) business days after the date of electronic filing. Service of the answer on each of the other parties must still be accomplished by means allowed under the Board's Rules and Regulations. The answer may not be filed by facsimile transmission. If no answer is filed, or if an answer is filed untimely, the Board may find, pursuant to a Motion for Default Judgment, that the allegations in the Amendment to Second Amended Consolidated Complaint are true.

## NOTICE OF HEARING LOCATION

**PLEASE TAKE NOTICE THAT** on June 11, 2018, at 9:00 a.m., at the Oakland Regional Office of the National Labor Relations Board located at 1301 Clay Street, Oakland, California 94612, at Conference Room H on the 5th Floor, and on consecutive days thereafter until

concluded, a hearing will be conducted before an administrative law judge of the National Labor Relations Board. At the hearing, Respondent and any other party to this proceeding have the right to appear and present testimony regarding the allegations in this Second Amended Consolidated Complaint. The procedures to be followed at the hearing are described in the attached Form NLRB-4668. The procedure to request a postponement of the hearing is described in the attached Form NLRB-4338.

**DATED AT** Oakland, California this 4th day of June 2018.

Valerie Hardy-Mahoney
Regional Director
National Labor Relations Board
Region 32
1301 Clay Street, Suite 300N
Oakland, CA 94612-5224

Attachments

# Exhibit J

Form NLRB - 501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
FIRST AMENDED **CHARGE AGAINST EMPLOYER**

**INSTRUCTIONS:**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 32-CA-200530 | 7-28-2017 |

File an original of this charge with NLRB Regional Director in which the alleged unfair labor practice occurred or is occurring.

**1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT**

a. Name of Employer: Tesla Motors Corporation

b. Tel. No.: (510)249-3650

c. Cell No.: (650)454-5386

d. Address (street, city, state ZIP code): 45500 Fremont Blvd, Fremont, CA 94538-6326

e. Employer Representative: Amnon Geshuri, Vice President of HR

f. Fax No.:

g. e-Mail: amnon@tesla.com

h. Dispute Location (City and State): Fremont, CA

i. Type of Establishment (factory, nursing home, hotel): Factory

j. Principal Product or Service: Automotive Manufacturing

k. Number of workers at dispute location: Approximately 7000

l. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsection (1) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (*set forth a clear and concise statement of the facts constituting the alleged unfair labor practices*)

Within the last six months, the above-named Employer, through its agents, violated the Act by: enforcing an overly broad confidentiality policy; interrogating employees regarding their protected concerted activities; intimidating and harassing employees engaged in Section 7 activities; and promulgating and/or maintaining an unlawful rule restricting Section 7 activity, including an overly broad distribution policy.

3. Full name of party filing charge (*if labor organization, give full name, including local name and number*): International Union, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO

4a. Address (street and number, city, state, and ZIP code): 8000 E JEFFERSON AVE, DETROIT, MI 48214-2699

4b. Tel. No.: (313)926-5000

4c. Cell No.:

4d. Fax No.:

4e. e-Mail:

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (*to be filled in when charge is filed by a labor organization*): International Union, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO

6. DECLARATION
**I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.**

Tel. No.:

By: Margo A. Feinberg (signature of representative or person making charge)

Margo Feinberg, Esq., Attorney for Charging Party
Print Name and Title

Office, if any, Cell No.: (323) 655-4700

Fax No.: (323) 655-4488

Address: 8000 E JEFFERSON AVE, DETROIT, MI 48214-2699

Date: 7/28/17

e-Mail: margo@ssdslaw.com

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

# Exhibit K

Form NLRB - 501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD

# FIRST AMENDED CHARGE AGAINST EMPLOYER

**INSTRUCTIONS:**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 32-CA-208614 | 3/13/2018 |

File an original of this charge with NLRB Regional Director in which the alleged unfair labor practice occurred or is occurring.

**1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT**

a. Name of Employer: Tesla, Inc.

b. Tel. No.:

c. Cell No.:

d. Address (street, city, state ZIP code): 45500 Fremont Blvd, Fremont, CA 94538-6326

e. Employer Representative: Gaby Toledano, Chief People Officer

f. Fax No.:

g. e-Mail: gaby@tesla.com

h. Dispute Location (City and State): Fremont, CA

i. Type of Establishment (factory, nursing home, hotel): Factory

j. Principal Product or Service: Automotive Manufacturing

k. Number of workers at dispute location: 10000

l. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (3) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (*set forth a clear and concise statement of the facts constituting the alleged unfair labor practices*)

Within the past six months, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of rights guaranteed in Section 7 of the Act by (1) disciplining and/or terminating employees in retaliation for engaging in union and/or protected concerted activities; (2) maintaining an unlawful teamwear policy prohibiting the wearing of Union t-shirts; (3) applying its teamwear policy in a discriminatory manner; (4) intimidating, harassing, and/or threatening employees including, but not limited to, interrogating employees regarding their Section 7 activities; (5) making a statement of futility regarding employee support for the Union; and (6) threatening an employee regarding the wearing of union insignia and engaging in Section 7 activity..

3. Full name of party filing charge (*if labor organization, give full name, including local name and number*)
UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA INTERNATIONAL UNION (UAW), AFL-CIO

4a. Address (street and number, city, state, and ZIP code): 8000 East Jefferson Avenue, Detroit, MI 48214

4b. Tel. No.: 313-926-5000

4c. Cell No.:

4d. Fax No.:

4e. e-Mail: sreed@uaw.net

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (*to be filled in when charge is filed by a labor organization*)
UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA INTERNATIONAL UNION (UAW), AFL-CIO

6. DECLARATION
**I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.**

By: Margo A. Feinberg (signature of representative or person making charge)

Margo A. Feinberg, Esq.
Attorney for Charging Party
Print Name and Title

Tel. No.: 323-655-4700

Office, if any, Cell No.:

Fax No.: 323-655-4488

e-Mail: margo@ssdslaw.com

Address: 8000 East Jefferson Avenue, Detroit, MI 48214

Date:

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

# Exhibit L

INTERNET FORM NLRB-501 (2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
FIRST AMENDED **CHARGE AGAINST EMPLOYER**

FORM EXEMPT UNDER 44 U S C 3512

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case: 32-CA-210879 | Date Filed: 12/06/17 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer: Tesla, Inc.

b. Tel. No.

c. Cell No.

f. Fax No.

d. Address *(Street, city, state, and ZIP code)*
45500 Fremont Boulevard
Fremont, California 94538

e. Employer Representative

g. e-Mail: gaby@tesla.com

h. Number of workers employed: Approximately 7000

i. Type of Establishment *(factory, mine, wholesaler, etc.)*: Factory

j. Identify principal product or service: Automotive Manufacturing

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and *(list subsections)* (3) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

In the past six months the above-named Employer has interfered with the protected Section 7 rights of William Locklear and those of his coworkers by intimidating him, creating the impression of surveillance of him and his coworkers, engaging in surveillance of his and his coworkers' activities, subjecting him to heightened supervisory scrutiny and interrogating him concerning his support for and activities on behalf of the Charging Party.

In the past six months the Employer has disciplined William Locklear because of his Union and other protected concerted activities and otherwise discriminated against him because of those activities.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), AFL-CIO

4a. Address *(Street and number, city, state, and ZIP code)*
800 East Jefferson
Detroit, Michigan 48214

4b. Tel. No. (313) 926-5000

4c. Cell No.

4d. Fax No.

4e. e-Mail

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By [signature] *(signature of representative or person making charge)*

Henry M. Willis, Attorney *(Print/type name and title or office, if any)*

Tel. No. (323) 655-4700

Office, if any, Cell No.

Fax No. (323) 655-4488

e-Mail hmw@ssdslaw.com

Address

12/06/17 *(date)*

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On June 11, 2018, I served a true copy of the following document(s) described as **RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION** on the interested parties in this action as follows:

Edris W.I. Rodriguez Ritchie
Field Attorney, Region 32
National Labor Relations Board
1301 Clay Street, Ste. 300N
Oakland, CA 94612-5224
T: (510) 671-3041
E-mail: edris.rodriguezritchie@nlrb.gov

Noah J. Garber
Field Attorney, Region 32
National Labor Relations Board
1301 Clay Street, Suite 300N
Oakland, California 94612
T: (510) 671-3021
E-mail: noah.garber@nlrb.gov

Margo Feinberg
E-mail: margo@ssdslaw.com
Daniel E. Curry
E-mail: dec@ssdslaw.com
Julie Alarcon
E-mail: jsa@ssdslaw.com
Schwartz, Steinsapir, Dohrmann & Sommers, LLP
6300 Wilshire Blvd., Suite 2000
Los Angeles, CA 90048
T: (323) 655-4700

Administrative Law Judge Amita Tracy
Amita.Tracy@nlrb.gov
National Labor Relations Board
Division of Judges
901 Market St., Suite 300
San Francisco, CA 94103
T: (415) 356-5255

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address sasmith@sheppardmullin.com to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 11, 2018, at San Francisco, California.

[signature]

Sarah Smith

Find Your Regional Office | Contact Us - 1-866-667-NLRB | Español

Search
Search Tools

Home Rights We Protect What We Do Who We Are Cases & Decisions News & Outreach Reports & Guidance

Home (http://www.nlrb.gov/) » E-File (efileterm.aspx) » Confirmation

Print

# Confirmation

You have successfully E-Filed document(s). You will receive an E-mail acknowledgement from this office when it receives your submission. This E-mail will note the official date and time of the receipt of your submission. Please save this E-mail for future reference. Please print this page for your records.

**NOTE:** This confirms only that the document was filed. It does not constitute acceptance by the NLRB.
**Be sure to make a note of this Confirmation Number.**

**Confirmation Number:** 1000214563
**Date Submitted:** 6/11/2018 9:59:06 AM (UTC-08:00) Pacific Time (US & Canada)

**Case Number:** 32-CA-197020
**Case Name:** TESLA, INC.
**Filing Party:** Charged Party / Respondent
**Submitted E-File To Office:** Division of Judges

**Contact Info:**
**Morris, Keahn**
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 434-9100
**Email: kmorris@sheppardmullin.com**
**Additional Emails:** sasmith@sheppardmullin.com, mross@sheppardmullin.com

**Attached E-File(s):**
Motion 2018-06-11 Respondent's Motion to Dismiss - e-filed.pdf

22-60493.4064

Site Map     Policies     Feedback     FOIA     OpenGov     Inspector General
Accessibility     No Fear Act     USA.gov     PDF Viewer     Download App

# EXHIBIT 3

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 32**

**TESLA, INC.**

**and**

**MICHAEL SANCHEZ, an Individual**

**and**

**JONATHAN GALESCU, an Individual**

**and**

**RICHARD ORTIZ, an Individual**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO**

**Cases 32-CA-197020**
**32-CA-197058**
**32-CA-197091**
**32-CA-197197**
**32-CA-200530**
**32-CA-208614**
**32-CA-210879**

**COUNSEL FOR THE GENERAL COUNSEL'S OPPOSITION TO RESPONDENT TESLA, INC.'S MOTION TO DISMISS THE AMENDMENT TO THE SECOND AMENDED COMPLAINT FOR LACK OF JURISDICTION**

## TABLE OF CONTENTS

I. INTRODUCTION ........ 1

II. LEGAL STANDARD AND DISCUSSION ........ 1

A. The Regional Director Properly Issued the Amendment Under Section 102.15 ........ 1

B. The Amendment Allegations Are Timely ........ 2

C. The Amendment Allegations are "Closely Related" to Several Timely Filed Charges ........ 3

D. Respondent Incorrectly Asserts Section 10(b) as a "Jurisdictional" Requirement ........ 7

E. Respondent has Failed to Establish any Prejudice in Allowing the Amendment ........ 8

F. In the Alternative, the Judge Should Withhold Ruling until Evidence has been heard Regarding the Amendment Allegations ........ 9

III. CONCLUSION ........ 9

**TABLE OF AUTHORITIES**

FEDERAL CASES

*Drug Plastics & Glass Co. v. NLRB*, 44 F.3d 1017, 1022 (D.C. Cir. 1995) .......... 8

*Hyundai Am. Ship. Agency, Inc. v. NLRB*, 805 F.3d 309 (D.C. Cir. 2015) .......... 8

*Reebie Storage and Moving Co., Inc. v. NLRB*, 44 F.3d 605 (7th Cir. 1995) .......... 2

NLRB CASES

*Central Enterprises, Inc.*, 239 NLRB 1270 (1979) .......... 8

*Chicago Roll Forming Corp. (Local 714, Teamsters)*, 167 NLRB 961, 971 (1967), enforced sub. nom. *NLRB v. Chicago Roll Forming Corp.*, 418 F.2d 346 (7th Cir. 1969) .......... 7

*Earthgrains Co.*, 351 NLRB 733, 734 (2007) .......... 4

*Fry's Food Stores*, 361 NLRB No. 140, slip op. at 2 (2014) .......... 4

*Harmony Corp.*, 301 NLRB 578 (1991) .......... 5

*Heinick Corp.*, 301 NLRB 128 (1991) .......... 5

*Kanakis Co.*, 293 NLRB 435, 443 (1989) .......... 7

*Jennie-O Foods*, 301 NLRB 305 (1991) .......... 5

*Marriott Corp.*, 310 NLRB 1152, 1160 (1993) .......... 4, 5

*Nickles Bakery of Indiana, Inc.*, 296 NLRB 927 (1989) .......... 5, 6

*Peng Teng*, 278 NLRB No. 50, fn. 2 (1986) .......... 7

*Salon/Spa at Boro, Inc.*, 356 NLRB 444 (2010) .......... 6

*Seton Company*, 332 NLRB 979 (2000) .......... 6

*Teamsters Local 955*, 325 NLRB 605 (1998) .......... 7

*The Carney Hospital*, 350 NLRB 627 (2007) .......... 7, 8

FEDERAL STATUTES

29 U.S.C. § 160 .......... passim

FEDERAL REGULATIONS

Rules and Regulations of the National Labor Relations Board, Section 102.15 ............................ 1

Rules and Regulations of the National Labor Relations Board, Section 102.17 ............................ 1

Rules and Regulations of the National Labor Relations Board, Section 102.45 ............................ 1

## I. INTRODUCTION

On June 4, 2018, prior to the opening of the record in this matter on June 11, 2018, the Regional Director, acting within her authority, issued an Amendment to the Second Amended Consolidated Complaint[1] (the Amendment) which set forth three allegations arising out of conduct occurring on June 7, 2017. As set forth more fully below, these allegations are encompassed by timely-filed charges. At the outset of the hearing, Tesla, Inc. (Respondent) filed a Motion to Dismiss for Lack of Jurisdiction (the Motion), urging the Administrative Law Judge (the Judge) to dismiss the three allegations set forth in the Amendment. For the reasons set forth more fully below, Respondent's Motion lacks merit.

## II. LEGAL STANDARD AND DISCUSSION

### A. The Regional Director Properly Issued the Amendment Under Section 102.15

Under Section 102.15 of the Rules and Regulations of the National Labor Relations Board (the Board), as amended, (the Rules and Regulations) only a Regional Director has the authority to issue a complaint in an unfair labor practice proceeding. Under Section 102.17, prior to the start of a hearing, the Regional Director is the only person empowered with the legal authority to issue an amendment to the complaint. An administrative law judge is not empowered with the authority to withdraw a properly issued and noticed amendment to a complaint issued prior to a hearing and is only empowered to dismiss such an amendment if it is based on the General Counsel's failure to prove the allegation or on a substantive defense. See Section 102.45 of the Rules and Regulations (requiring that an administrative law judge prepare a decision based upon the contents of the record). Thus, Respondent cannot assert that the

[1] A copy of the Amendment is contained in Exhibit 13.