Unfair Labor Practice Charges
4/17/2017 – 5/23/2018

| Charge No. | Date Filed | Allegations |
|---|---|---|
| 32-CA-197091<br><br>[GC's Opp **Ex. 5**] | 4/18/17 | On or about November 5, 2016 and ongoing the above-named Employer through its agents violated the Act by implementing and maintaining, and repeatedly requiring compliance with, a company confidentiality agreement that coerces and intimidates employees from freely exercising their rights to engage in concerted and union activity.<br><br>On or about February 10, 2017 and ongoing the above-named Employer violated the Act by intimidating, creating the appearance of surveillance and conducting surveillance on Richard Ortiz, Jose Moran, Michael Sanchez and others for their union activities and/or union sentiments, including passing out literature regarding union organizing efforts, working conditions, the confidentiality agreement, and their rights under the NLRA.<br><br>On or about February 10, 2017 and ongoing the above-named Employer through its agents violated the Act by creating the appearance of surveillance and conducting surveillance on employees who were receiving literature from fellow employees regarding union organizing efforts, working conditions, the confidentiality agreement, and their rights under the NLRA.<br><br>On or about March 23, 2017 and ongoing the above-named Employer through its agents violated the Act by instructing employees that they were not allowed to pass out any literature unless it was pre-approved by the Employer. |

3

22-60493.4472

Unfair Labor Practice Charges
4/17/2017 – 5/23/2018

| Charge No. | Date Filed | Allegations |
|---|---|---|
| 32-CA-197197<br><br>[GC's Opp **Ex. 7**] | 4/19/17 | On or about November 5, 2016 and ongoing the above-named Employer through its agents violated the Act by implementing and maintaining, and repeatedly requiring compliance with, a company confidentiality agreement that coerces and intimidates employees from freely exercising their rights to engage in concerted and union activity.<br><br>On or about February 10, 2017 and ongoing the above-named Employer violated the Act by intimidating, creating the appearance of surveillance and conducting surveillance on Richard Ortiz, Jose Moran, Michael Sanchez and others for their union activities and/or union sentiments, including passing out literature regarding union organizing efforts, working conditions, the confidentiality agreement, and their rights under the NLRA.<br><br>On or about February 10, 2017 and ongoing the above-named Employer through its agents violated the Act by creating the appearance of surveillance and conducting surveillance on employees who were receiving literature from fellow employees regarding union organizing efforts, working conditions, the confidentiality agreement, and their rights under the NLRA.<br><br>On or about March 23, 2017 and ongoing the above-named Employer through its agents violated the Act by instructing employees that they were not allowed to pass out any literature unless it was pre-approved by the Employer. |

4

Unfair Labor Practice Charges
4/17/2017 – 5/23/2018

| Charge No. | Date Filed | Allegations |
|---|---|---|
| 32-CA-200530<br><br>[Motion to Dismiss, **Ex. A**] | 6/12/17 | On or about February 10, 2017 and ongoing, the above-named Employer violated the Act by interrogating, intimidating, and harassing Jose Moran for engaging in protected concerted activity and expressing support for the union.<br><br>On or about February 10, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of discipline, interrogation, and harassment of Jose Moran for engaging in protected concerted activity and expressing support for the union.<br><br>On or about May 25, 2017 and ongoing, the above-named Employer violated the Act by interrogating, intimidating, and harassing Jonathan Galescu, Richard Ortiz, and others for engaging in protected concerted activity regarding worker safety concerns and other working conditions.<br><br>On or about May 25, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of discipline, interrogation, and harassment of Jonathan Galescu, Richard Ortiz, and others for engaging in protected concerted activity regarding worker safety concerns and other working conditions.<br><br>On or about May 24, 2017 and ongoing, the above-named Employer violated the Act by intimidating, creating the appearance of surveillance and conducting surveillance on Richard Ortiz, Michael Catura, Branton Phillips and others for their union activities and/ or union sentiments, including passing out literature regarding working conditions at Tesla.<br><br>On or about May 24, 2017 and ongoing, the above-named Employer violated the Act by creating the appearance of surveillance and conducting surveillance on employees who were receiving literature from fellow employees regarding working conditions at Tesla. |

5

22-60493.4474

Unfair Labor Practice Charges
4/17/2017 – 5/23/2018

| Charge No. | Date Filed | Allegations |
|---|---|---|
| 32-CA-197020 (Amended) [GC's Opp. **Ex. 2**] | 7/28/17 | Within the last six months, the above-named Employer, through its agents, violated the Act by promulgating and/or maintaining unlawful rules restricting Section 7 activity, including overly broad confidentiality provisions and rules pertaining to use of social media, authorization requirements, the taking of photographs, videos, and recordings, distribution, and employee access to the employer's facility and/or enforcing existing rules in an unlawful manner in response to employees' Section 7 activities; and intimidating |
| 32-CA-197058 (Amended) [GC's Opp **Ex. 4**] | 7/28/17 | Within the last six months, the above-named Employer, through its agents, violated the Act by promulgating and/or maintaining unlawful rules restricting Section 7 activity, including overly broad confidentiality provisions and rules pertaining to use of social media, authorization requirements, the taking of photographs, videos, and recordings, distribution, and employee access to the employer's facility and/or enforcing existing rules in an unlawful manner in response to employees' Section 7 activities; and intimidating and harassing employees for their Section 7 activities. |
| 32-CA-197091 (Amended) [GC's Opp **Ex. 6**] | 7/28/17 | Within the last six months, the above-named Employer, through its agents, violated the Act by promulgating and/or maintaining unlawful rules restricting Section 7 activity, including overly broad confidentiality provisions and rules pertaining to use of social media, authorization requirements, the taking of photographs, videos, and recordings, distribution, and employee access to the employer's facility and/or enforcing existing rules in an unlawful manner in response to employees' Section 7 activities; and intimidating and harassing employees for their Section 7 activities. |
| 32-CA-197197 (Amended) [GC's Opp **Ex. 8**] | 7/28/17 | Within the last six months, the above-named Employer, through its agents, violated the Act by promulgating and/or maintaining unlawful rules restricting Section 7 activity, including overly broad confidentiality provisions and rules pertaining to use of social media, authorization requirements, the taking of photographs, videos, and recordings, distribution, and employee access to the employer's facility and/or enforcing existing rules in an unlawful manner in response to employees' Section 7 activities; and intimidating and harassing employees for their Section 7 activities. |

22-60493.4475

Unfair Labor Practice Charges
4/17/2017 – 5/23/2018

| Charge No. | Date Filed | Allegations |
|---|---|---|
| 32-CA-200530 (Amended)<br><br>[Motion to Dismiss, **Ex. J**] | 7/28/17 | Within the last six months, the above-named Employer, through its agents, violated the Act by enforcing an overly broad confidentiality policy; interrogating employees regarding their protected concerted activities; intimidating and harassing employees engaged in Section 7 activities; and promulgating and/or maintaining an unlawful rule restricting Section 7 activity, including an overly broad distribution policy. |

7

Unfair Labor Practice Charges
4/17/2017 – 5/23/2018

| Charge No. | Date Filed | Allegations |
|---|---|---|
| 32-CA-208614<br><br>[Motion to Dismiss, **Ex. D**] | 10/25/17 | Within the past six months and ongoing. Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating and/or disciplining employees in retaliation for participating in protected concerted activities and National Labor Relations Board activities.<br><br>Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating and/or disciplining employees for violating a confidentiality agreement that restricts protected concerted activities.<br><br>Within the past six months and ongoing, Testa. Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things. terminating a group of employees to discourage protected concerted activity by other employees.<br><br>Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating a group of employees in retaliation for members of that group participating in protected concerted activities.<br><br>Within the past six months and ongoing, Testa, Inc., through its agents, has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by, among other acts, restricting employees' right to engage in protected concerted activity, including, but not limited to, wearing items with the Union's logo in Tesla facilities.<br><br>Within the past six Months and ongoing. Tesla, Inc., through its agents, has interfered with. restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act by, intimidating and harassing employees for their Section 7 activities.<br><br>By these and other acts, Tesla. Inc. has violated Section 8(a)(1), 8(a)(3) and 8(a)(4) of the National Labor Relations Act. |

22-60493.4477

Unfair Labor Practice Charges
4/17/2017 – 5/23/2018

| Charge No. | Date Filed | Allegations |
|---|---|---|
| 32-CA-210011[1] | 11/15/17 | In the past six months the above-named Employer has interfered with the protected Section 7 rights of William Locklear and those of his coworkers by intimidating him, creating the impression of surveillance of him and his coworkers, engaging in surveillance of his and his coworkers' activities, subjecting him to heightened supervisory scrutiny and interrogating him concerning his support for and activities on behalf of the Charging Party. |
| 32-CA-210879 [Motion to Dismiss, **Ex. F**] | 12/1/17 | In the past six months the above-named Employer has interfered with the protected Section 7 rights of William Locklear and those of his coworkers by intimidating him, creating the impression of surveillance of him and his coworkers, engaging in surveillance of his and his coworkers' activities, subjecting him to heightened supervisory scrutiny and interrogating him concerning his support for and activities on behalf of the Charging Party. |
| 32-CA-210879 [Motion to Dismiss, **Ex. L**] | 12/6/17 | In the past six months the above-named Employer has interfered with the protected Section 7 rights of William Locklear and those of his coworkers by intimidating him, creating the impression of surveillance of him and his coworkers, engaging in surveillance of his and his coworkers' activities, subjecting him to heightened supervisory scrutiny and interrogating him concerning his support for and activities on behalf of the Charging Party.<br><br>In the past six months the Employer has disciplined William Locklear because of his Union and other protected concerted activities and otherwise discriminated against him because of those activities. |
| 32-CA-214300[2] [Attached hereto as **Exhibit 10(a)**] | 2/5/17 | Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating and/or disciplining employees in retaliation for participating in protected concerted activities and National Labor Relations Board activities. |

---

[1] The Region approved the withdrawal of this charge on December 4, 2017.
[2] The Region approved the withdrawal of this charge on March 29, 2018.

22-60493.4478

Unfair Labor Practice Charges
4/17/2017 – 5/23/2018

| Charge No. | Date Filed | Allegations |
|---|---|---|
| 32-CA-208614 (Amended)<br><br>[Motion to Dismiss, **Ex. K**] | 3/13/18 | Within the past six months, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of rights guaranteed in Section 7 of the Act by (1) disciplining and/or terminating employees in retaliation for engaging in union and/or protected concerted activities; (2) maintaining an unlawful teamwear policy prohibiting the wearing of Union tshirts; (3) applying its teamwear policy in a discriminatory manner; (4) intimidating, harassing, and/or threatening employees including, but not limited to, interrogating employees regarding their Section 7 activities; (5) making a statement of futility regarding employee support for the Union; and (6) threatening an employee regarding the wearing of union insignia and engaging in Section 7 activity.. |
| 32-CA-220777<br><br>[Attached hereto as **Ex. 10(b)**] | 5/23/18 | On May 20,2018, Tesla, Inc., through its CEO Elon Musk, violated the National Labor Relations Act by threatening to take away employee stock options in retaliation for Tesla employees engaging in protected union activity. Specifically, Musk stated in a public tweet, "[n]othing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted But why pay union dues & give up stock options for nothing?" This tweet went out to Musk's 21.8 million twitter followers, has been shared and republished by numerous individuals and media outlets, and remains publicly accessible at the time of this filing. |

10

22-60493.4479

# EXHIBIT 10a

22-60493.4480

INTERNET
FORM NLRB-501
(2-08)

FORM EXEMPT UNDER 44 U.S.C. 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
CHARGE AGAINST EMPLOYER

**DO NOT WRITE IN THIS SPACE**

| Case | Date Filed |
|---|---|
| 32-CA-214300 | 2/5/2018 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Tel. No. |
|---|---|
| Tesla, Inc. | |
| | c. Cell No. |
| | f. Fax No. |
| d. Address *(Street, city, state, and ZIP code)* | e. Employer Representative | g. e-Mail |
| 45500 Fremont Boulevard <br> Fremont, California 94538 | Gaby Toledano, Chief People Officer | gaby@tesla.com |
| | | h. Number of workers employed <br> 10,000 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)* <br> Factory | j. Identify principal product or service <br> Automotive Manufacturing | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and *(list subsections)* (3) of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Within the past six months and ongoing, Tesla, Inc. has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the National Labor Relations Act by, among other things, terminating and/or disciplining employees in retaliation for participating in protected concerted activities and National Labor Relations Board activities.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), AFL-CIO

| 4a. Address *(Street number and city, state, and ZIP code)* | 4b. Tel. No. (313) 926-5000 |
|---|---|
| 8000 East Jefferson <br> Detroit, Michigan 48214 | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-Mail <br> sreed@uaw.net |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), AFL-CIO

## 6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

| By *(signature of representative or person making charge)* | Margo A. Feinberg, Esq., Attorney for Charging Party <br> *(Print/type name and title or office, if any)* | Tel. No. (323) 655-4700 |
|---|---|---|
| | | Office, if any, Cell No. |
| Schwartz, Steinsapir, Dohrmann & Sommers LLP <br> 6300 Wilshire Blvd., Suite 2000, Los Angeles, CA 90048 <br> Address | 2/5/18 <br> *(date)* | Fax No. (323) 655-4488 |
| | | e-Mail <br> margo@ssdslaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

# EXHIBIT 10b

22-60493.4482

FORM EXEMPT UNDER 44 U S C 3512

INTERNET
FORM NLRB-501
(2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 32-CA-220777 | 05-23-2018 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>Tesla, Inc. | | b. Tel. No. |
|---|---|---|
| | | c. Cell No. |
| d. Address *(Street, city, state, and ZIP code)*<br>45500 Fremont Boulevard<br>Fremont, California 94538 | e. Employer Representative<br>Gaby Toledano, Chief People Officer | f. Fax No. |
| | | g. e-Mail<br>gaby@tesla.com |
| | | h. Number of workers employed<br>10,000 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Factory | j. Identify principal product or service<br>Automotive Manufacturing | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and *(list subsections)* _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

On May 20, 2018, Tesla, Inc., through its CEO Elon Musk, violated the National Labor Relations Act by threatening to take away employee stock options in retaliation for Tesla employees engaging in protected union activity. Specifically, Musk stated in a public tweet, "[n]othing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing?" This tweet went out to Musk's 21.8 million twitter followers, has been shared and republished by numerous individuals and media outlets, and remains publicly accessible at the time of this filing.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), AFL-CIO

| 4a. Address *(Street and number, city, state, and ZIP code)*<br>8000 East Jefferson Ave.<br>Detroit, Michigan 48214 | 4b. Tel. No.   (313) 926-5000 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-Mail<br>sreed@uaw.net |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), AFL-CIO

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | Tel. No.   (323) 655-4700 |
|---|---|
| By *Margo A. Feinberg*   Margo A. Feinberg, Esq.,<br>*(signature of representative or person making charge)*   Attorney for Charging Party<br>*(Print/type name and title or office, if any)* | Office, if any, Cell No. |
| | Fax No.   (323) 655-4488 |
| Schwartz, Steinsapir, Dohrmann & Sommers LLP   5/23/18<br>Address   6300 Wilshire Blvd., Suite 2000, Los Angeles, CA 90048   *(date)* | e-Mail<br>margo@ssdslaw.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

# EXHIBIT 11

22-60493.4484

EAJA Letters
5/8/2017 – 12/20/2017

| Charge Nos. | Letter Date | Allegations For Which Evidence Sought | Affiants Requested |
|---|---|---|---|
| 32-CA-197020, 197058, 197091, 197197[1] | 5/8/17 | 1. Between November 2 and 5, 2016, the Employer promulgated and maintained an overly broad confidentiality agreement applicable to all employees as a term and condition of their employment;<br><br>2. Between November 2 and 5, 2016, the Employer promulgated and maintained an overly broad confidentiality agreement applicable to all employees as a term and condition of their employment in response to protected concerted activities and/or union activities;<br><br>3. In November 2016, the Employer, through David Zweig at the Employer's Fremont facility, verbally promulgated and maintained an overly broad rule prohibiting an employee from taking a photograph of the Employer's confidentiality agreement;<br><br>4. On February 9, 2017, the Employer, through Juan Martinez, interrogated an employee regarding the employee's protected concerted activities and/or union activities;<br><br>5. On February 10, 2017, the Employer, through its security guards acting as agents of the Employer, at the Employer's Fremont location:<br><br>a. created an impression of surveillance of employees engaging in protected concerted activities and/or union activities;<br><br>b. engaged in unlawful surveillance of employees by photographing and video-recording employees engaged in protected concerted activities and/or union activities;<br><br>c. discriminated against an employee engaged in protected concerted activities and/or union activities | Armando Rodriguez, Juan Martinez, David Zweig |

---

[1] Because this letter issued prior to June 7, 2017, the date of the meeting giving rise to the allegations of the Amendment, Tesla did not include it as an exhibit to its Motion to Dismiss. It is attached hereto as **Exhibit 11(a)**.

22-60493.4485

EAJA Letters
5/8/2017 – 12/20/2017

| Charge Nos. | Letter Date | Allegations For Which Evidence Sought | Affiants Requested |
|---|---|---|---|
| | | by denying him access to the Employer's Fremont facility; | |
| | | d. verbally promulgated and maintained an overly broad distribution and solicitation policy in response to protected concerted activities and/or union activities; | |
| | | e. verbally promulgated and maintained an overly broad distribution and solicitation policy; | |
| | | f. interrogated employees about the protected concerted activities and/or union activities; | |
| | | 6. On February 13, 2017, the Employer, through Juan Martinez, interrogated an employee regarding the employee's protected concerted activities and/or union activities and made implied promises of benefits to the employee; | |
| | | 7. On March 23, 2017, the Employer, through Armando Rodriguez at the Employer's Fremont facility, promulgated an overly broad distribution policy; | |
| | | 8. On March 23, 2017, the Employer, through Armando Rodriguez at the Employer's Fremont facility, promulgated a distribution policy in response to protected concerted activities and/or union activities | |
| 32-CA-200530 [Motion to Dismiss, **Ex. B**] | 7/7/17 | 1. On February 9, 2017, the Employer, through Juan Martinez, interrogated an employee regarding the employee's protected concerted activities and/or union activities; 2. On February 9, 2017, the Employer, through Juan Martinez, created an impression of surveillance of employees' protected concerted activities and/or union activities and created an appearance of discipline and harassment by interrogating an employee regarding | Lisa Lipson, Lauren Holcomb, David Zweig, Seth Woody |

2

22-60493.4486

EAJA Letters
5/8/2017 – 12/20/2017

| Charge Nos. | Letter Date | Allegations For Which Evidence Sought | Affiants Requested |
|---|---|---|---|

the employee's protected concerted activities and/or union activities;

3. On or about April 5, 2017, the Employer, through David Zweig, applied of an overly broad confidentiality policy prohibiting the sharing of information related to workplace safety at Tesla's Fremont facility;

4. On or about April 5, 2017, the Employer, through David Zweig, discriminatorily applied a confidentiality policy to prohibit Tesla employees from sharing information related to workplace safety at Tesla's Fremont facility;

5. On or about April 29, 2017, the Employer, through Seth Woody, applied of an overly broad confidentiality policy prohibiting the sharing of information related to workplace safety at Tesla's Fremont facility;

6. On or about April 29, 2017, the Employer, through Seth Woody, discriminatorily applied a confidentiality policy to prohibit Tesla employees from sharing information related to workplace safety at Tesla's Fremont facility;

7. On or about May 24, 2017, the Employer, through its security guards as agents of the Employer, at the Employer's Fremont location:

a. created an impression of surveillance of employees engaging in protected concerted activities and/or union activities;

b. engaged in unlawful surveillance of employees engaging in protected concerted activities and/or union activities;

c. engaged in unlawful and discriminatory harassment of employees engaged in protected concerted activities and/or union activities by repeatedly asking employees engaged in such activities for their identification;

3

22-60493.4487

EAJA Letters
5/8/2017 – 12/20/2017

| Charge Nos. | Letter Date | Allegations For Which Evidence Sought | Affiants Requested |
|---|---|---|---|
| | | 8. On May 24, 2017, through Lisa Lipson and Lauren Holcomb, interrogated and threatened employees regarding their protected concerted activities; and | |
| | | 9. On May 24, 2017, through Lisa Lipson and Lauren Holcomb, created an impression of discipline, interrogation and harassment by interrogating and threatening employees regarding their protected concerted activities. | |
| 32-CA-208614 [Motion to Dismiss, **Ex. E**] | 11/21/17 | 1. engaging in a mass layoff of employees at Tesla, Inc.'s facilities in order to discourage employees from engaging in Section 7 protected activities and in retaliation for engaging in Board activities, including the filing of charges and/or the issuance of a Complaint in Case Nos. 32-CA- 197020, 32-CA-197058, 32-CA-197091, 32-CA-197197, and 32-CA-200530; 2. At the Tesla, Inc. facility located at 45500 Fremont Boulevard, Fremont, California: a. In October 2017, terminating the following individuals in retaliation for engaging in protected concerted activities and/or union activities: i. Richard Ortiz (also in retaliation for having filed charges with the Board); ii. Jayson Henry; iii. Juan Guadalupe Reyes; iv. Juan Maldonado; v. Mike Williams; vi. Tim Cotton; vii. Brandon Hill; viii. Erick Vasquez; and | Vannick Ly, Lehi Gomez, Paul James, Arnold Camat, Timothy Fenelon, Tope Ogunniyi, Kyle Martin, Mario Last Name Unknown, Elena Elliott, Ricky Gecewich, Albert Rios, Duwone Ashley, Thuy Truong, Juan Martinez; Sean Boone; Kyle Last Name Unknown (Human Resources), Nicole White, Chris Padilla, Dane Last Name Unknown (Human Resources) |

4

| Charge Nos. | Letter Date | Allegations For Which Evidence Sought | Affiants Requested |
|---|---|---|---|

ix. Stephen Barbosa;

b. On or about June 29 and 30, 2017, by Vannick Ly and Lehi Gomez, audited the work of Branton Phillips and provided verbal and written negative feedback in retaliation for engaging in protected concerted activities and/or union activities;

c. On or about October 20, 2017, by Paul James, giving Jonathan Galescu a negative performance review in retaliation for engaging in protected concerted activities and/or union activities and/or Board activities (including having filed charges with the Board);

d. In or about August 2017, by Paul James on two occasions, creating an impression of surveillance by implying he had reviewed an employee's notebook;

e. In or about July or August 2017, by Tope Ogunniyi, discriminatorily applied a uniform policy prohibiting the warning of union paraphernalia on work clothing;

f. In or about late September or early October 2017, by Ricky Gecewich, interrogated an employee about their and other employees' protected concerted activities pertaining to the posting of pictures on social media;

g. On October 19, 2017, by Ricky Gecewich, gave a verbal and written warning to Jose Moran threatening action if the employee or other employees engaged in protected concerted activities;

h. On October 2, 2017, by Thuy Truong, a verbal and written reprimand of Juan Maldonado for having two late-ins in retaliation for engaging in protected concerted activities and/or union activities;

3. At the Tesla, Inc. facility located at 18280 Harlan Road, Lathrop, California: a. In October 2017,

22-60493.4489

EAJA Letters
5/8/2017 – 12/20/2017

| Charge Nos. | Letter Date | Allegations For Which Evidence Sought | Affiants Requested |
|---|---|---|---|
| | | terminating Dezzimond Vaughn in retaliation for engaging in protected concerted activities and/or union activities; | |
| | | b. In October 2017, giving Vaughn a poor performance review for the period of January to June 2017 in retaliation for engaging in protected concerted activities and/or union activities; | |
| | | 4. In connection with each of the above-referenced terminations and in October 2017, offering an employee/employees a severance agreement containing an overly broad confidentiality policy and no disparagement policy; | |
| | | 5. Within the Section 10(b) period, by Ricky Hofrichter, Jeremie Hansen, and Gregory Slettvet, instructed Tesla security guards to surveil employees engaged in protected concerted activities and/or union activities; | |
| | | 6. Within the Section 10(b) period, by Ricky Hofrichter, Jeremie Hansen, Gregory Slettvet, and Savannah Morgana, instructed Tesla security guards to tell Tesla employees engaged in lawful leafleting that they were not welcome at Tesla, that they needed to leave, and threatened to call the police. | |
| 32-CA-210879 [Motion to Dismiss, **Ex. G**] | 12/20/17 | On or about July 22, 2017, by and through supervisors Josh Surgeon and Shawn Gaines, violating Sections 8(a)(3) and (1) of the Act. Specifically, the Charging Party-Union alleges that Surgeon and Gaines issued a warning letter to an employee in retaliation for that employee's protected concerted and/or Union activities. The Charging Party-Union also asserts that the incidents relied upon by the Employer in the July 22, 2017, warning letter are not used by the Employer to discipline other employees. On or about August 24, 2017, by and through supervisor Matthew Stewart, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union | Dave Teston, Associate Manager, Josh Surgeon, (title unknown to Board Agent but known by Employer), Shawn Gaines, Supervisor, Kevin Kassekert, Vice President |

6

22-60493.4490

EAJA Letters
5/8/2017 – 12/20/2017

| Charge Nos. | Letter Date | Allegations For Which Evidence Sought | Affiants Requested |
|---|---|---|---|
| | | alleges that Stewart was engaged in surveillance of employees and/or created the impression of surveillance by standing approximately 5 feet away from two employees working at an auditing station on the Model 3 line.<br><br>On or about August 30, 2017, by and through supervisor Tyler Ash, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Ash was engaged in surveillance of employees and/or created the impression of surveillance by attending the full orientation training meeting for employees.<br><br>On or about August 31, 2017, by and through supervisor Tyler Ash, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Ash was engaged in surveillance of employees and/or created the impression of surveillance by standing approximately 15 feet away from three employees who work on the Model 3 line.<br><br>On or about September 8, 2017, by and through associate manager Dave Teston, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Teston engaged in surveillance of employees and/or created the impression of surveillance by instructing an employee to work in a new area directly under a camera with a microphone.<br><br>Since on or about September 8, 2017, and continuing to the present date, by and through agents of the Employer, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that the Employer has engaged in surveillance of employees and/or created the impression of surveillance of employees by installing cameras with microphones in work areas.<br><br>On or about September 14, 2017, by and through supervisors Matthew Stewart and Roderick Stevens, violating Section 8(a)(1) of the Act. Specifically, the | for Infrastructure Development, Matthew Stewart, Supervisor, Tyler Ash, Supervisor, Andy McIndoe, Associate Production Manager, Cindie Reneau, Human Resources Representative, Elliot Kent, Supervisor |

22-60493.4491

EAJA Letters
5/8/2017 – 12/20/2017

| <u>Charge Nos.</u> | <u>Letter Date</u> | <u>Allegations For Which Evidence Sought</u> | <u>Affiants Requested</u> |
|---|---|---|---|

Charging Party-Union alleges that Stewart and Stevens engaged in surveillance of employees and/or created the impression of surveillance by standing about 5 feet from two employees working on the Model 3 line.

On or about September 8, 2017, by and through associate manager Dave Teston, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that Teston interrogated employees about their protected concerted and/or Union activities.

On or about October 21, 2017, by and through associate production manager Andy McIndoe, violating Section 8(a)(1) of the Act. Specifically, the Charging Party-Union alleges that McIndoe interrogated employees about their protected concerted
and/or Union activities.

On or about November 2, 2017, by and through supervisors and managers of the Employer, including, but not limited to, Dave Teston and Cindie Reneau, violating Sections 8(a)(3) and (1) of the Act. Specifically, the Charging Party-Union alleges that the Employer issued a lower performance review to an employee in retaliation for that employee's protected concerted and/or Union activities. The Charging Party-
Union asserts that the reasons for the lowered performance review are pretextual, and that the lowered performance review was issued because the employee had engaged in protected concerted and/or Union activities.

8

# EXHIBIT 11a

22-60493.4493



UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**

REGION 32                                    Agency Website: www.nlrb.gov
1301 Clay St Ste 300N                        Telephone: (510)637-3300
Oakland, CA 94612-5224                       Fax: (510)637-3315

Agent's Direct Dial: (510)671-3041

May 8, 2017

**By E-Mail Only**

Elizabeth Parry, Esq.                        John M. Skonberg, Esq.
Littler Mendelson, P.C.                      Michael J. Lotito, Esq.
1255 Treat Blvd, Suite 600                   Littler Mendelson, P.C.
Walnut Creek, CA 94597-7605                  333 Bush St.
E-Mail: mparry@littler.com                   34th Floor
                                             San Francisco, CA 94104-2842
                                             E-Mail: jskonberg@littler.com
                                             E-Mail: mlotito@littler.com

Re:    **Tesla Motors Corporation**
       **Cases 32-CA-197020, 32-CA-197058, 32-**
       **CA-197091, and 32-CA-197197**

Dear Ms. Parry, Mr. Skonberg, and Mr. Lotito:

I am writing this letter to advise you that it is now necessary for me to take evidence from your client regarding the allegations raised in the investigation of the above-referenced matters. Set forth below are the allegations and issues on which your evidence is needed, a request to take affidavits, a request for documentary evidence, and the date for providing your evidence.

**Allegations:**  The allegations for which I am seeking your evidence are as follows. Michael Sanchez, Jonathan Galescu, Richard Ortiz, and the International Union, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO (collectively "the Charging Parties") allege that Tesla Motors Corporation ("the Employer" or "the Charged Party") violated Section 8(a)(1) and (3) of the Act by engaging in the following conduct:

1.     Between November 2 and 5, 2016, the Employer promulgated and maintained an overly broad confidentiality agreement applicable to all employees as a term and condition of their employment;

2.     Between November 2 and 5, 2016, the Employer promulgated and maintained an overly broad confidentiality agreement applicable to all employees as a term and condition of their employment in response to protected concerted activities and/or union activities;

22-60493.4494

3.      In November 2016, the Employer, through David Zweig at the Employer's Fremont facility, verbally promulgated and maintained an overly broad rule prohibiting an employee from taking a photograph of the Employer's confidentiality agreement;

4.      On February 9, 2017, the Employer, through Juan Martinez, interrogated an employee regarding the employee's protected concerted activities and/or union activities;

5.      On February 10, 2017, the Employer,  through its security guards acting as agents of the Employer, at the Employer's Fremont location:

　　　a.      created an impression of surveillance of employees engaging in protected concerted activities and/or union activities;

　　　b.      engaged in unlawful surveillance of employees by photographing and video-recording employees engaged in protected concerted activities and/or union activities;

　　　c.      discriminated against an employee engaged in protected concerted activities and/or union activities by denying him access to the Employer's Fremont facility;

　　　d.      verbally promulgated and maintained an overly broad distribution and solicitation policy in response to protected concerted activities and/or union activities;

　　　e.      verbally promulgated and maintained an overly broad distribution and solicitation policy;

　　　f.      interrogated employees about the protected concerted activities and/or union activities;

6.      On February 13, 2017, the Employer, through Juan Martinez, interrogated an employee regarding the employee's protected concerted activities and/or union activities and made implied promises of benefits to the employee;

7.      On March 23, 2017, the Employer, through Armando Rodriguez at the Employer's Fremont facility, promulgated an overly broad distribution policy;

8.      On March 23, 2017, the Employer, through Armando Rodriguez at the Employer's Fremont facility, promulgated a distribution policy in response to protected concerted activities and/or union activities;

**Board Affidavits:**  I am requesting to take affidavits from Armando Rodriguez, Juan Martinez, David Zweig, and any other individuals you believe have information relevant to the investigation of this matter.  Please be advised that the failure to present representatives who would appear to have information relevant to the investigation of this matter, for the purposes of

Tesla Motors Corporation                                      - 3 -                                      May 8, 2017
Cases 32-CA-197020, 32-CA-197058, 32-
CA-197091, and 32-CA-197197

my taking sworn statements from them, constitutes less than complete cooperation in the
investigation of the charge.  Please contact me by Thursday, May 11, 2017 to schedule these
affidavits.

**Documents:**  Please provide the following documents, along with any and all other
evidence you deem to be relevant to the case:

1. A completed copy of the attached "Commerce Questionnaire" by the Employer's
   person most knowledgeable on the topic of the Employer's participate in
   interstate commerce;

2. A copy of any document that reflects or memorializes the Employer's
   confidentiality policy maintained since October 17, 2016;

3. A copy of any document that reflects or memorializes any confidentiality policy
   promulgated by the Employer since October 17, 2016;

4. Any document that reflects or refers to any reason(s) why the Employer
   promulgated and distributed a confidentiality policy to employees between
   November 2 and November 5, 2016. This request shall include, but is not limited
   to, copies of any document used by the Employer *prior to November 2, 2016* in
   evaluating any concerns regarding "leaks" of proprietary information or trade
   secrets;

5. Copies of any correspondence to employees regarding the Employer's
   confidentiality policy;

6. Any document reviewed or relied upon by the Employer in drafting the
   Employer's January 17, 2017 dated letter sent to five members of the California
   Assembly;

7. Any document that reflects any meeting in or around November 2 through 5,
   2016, with employees by representatives of the Employer's Human Resources
   department (or other supervisors or managers of the Employer) on the topic of the
   Employer's confidentiality agreement;

9. A copy of any policy pertaining to the taking of photographs or videos applicable
to employees of the Employer's Fremont facility;

10. Any document that reflects, refers to, or memorializes any meeting (whether
formal or informal) between Juan Martinez and an employee of the Fremont facility on
February 9, 2017;

11. Copies of all documents referring to or memorializing any agreements for the
provision of security services at the Employer's Fremont facility on February 10, 2017;

22-60493.4496

12.     The names of any individuals working as "security guards" at the Employer's Fremont facility on February 10, 2017 between the times of 4:45 a.m. to 10:00 a.m.;

13.     Copies of any document that reflects or memorializes the Employer's solicitation and distribution policies applicable to the Employer's Fremont facility in effect on February 10, 2017;

14.     Copies of any document that reflects or memorializes the Employer's policies regarding employee access to the Employer's facility in effect on February 10, 2017;

15.     Copies of any photographs or video recordings taken of any individual located in or near the Employer's Fremont facility parking lot or entrances between the times of 4:45 a.m. to 10:00 a.m. on February 10, 2017;

16.     Copies of any document that reflects or memorializes the Employer's policy for access to the parking lot at the Employer's Fremont facility in effect on February 10, 2017;

17.     Copies of any document that reflects or refers to any meeting on March 23, 2017 (whether formal or informal) held between Armando Rodriguez and other employees on the topic of distribution of paper materials or leafleting.  This request shall include, but is not limited to, copies of Armando Rodriguez's notebook or any other document from which Rodriguez read;

18.     Any document in the Employer's possession since January 1, 2016 on the topic of unions or the United Auto Workers;

19.     If the Employer contends that Armando Rodriguez, Juan Martinez, and/or David Zweig are statutory employees within the meaning of the Act, documents reflecting the involvement or participation by Armando Rodriguez, Juan Martinez, and/or David Zweig in any of the following actions concerning any employee of the Employer: (a) Hiring; (b) Transferring; (c) Suspending; (d) Laying off; (e) Recalling; (f) Promoting; (g) Discharging; (h) Assigning of work; (i) Rewarding, including the granting of wage increases; (j) Disciplining; (k) Scheduling or granting of time off; (l) Assigning of overtime; (m) Adjusting of grievances; (n) Directing work; and (o) Evaluating;

20.     Any document that reflects an asserted defense of the Employer.

This office does not seek any documents subject to the attorney-client privilege, the work product doctrine, or another evidentiary privilege.  If the Employer asserts that a requested document is subject to a privilege, please provide me with a privilege log compliant with the Federal Rules of Civil Procedure and Federal Rules of Evidence laying the appropriate foundation for the asserted privilege.  Additionally, to the extent that a requested document is electronically stored, please provide the document(s) in the format in which it is ordinarily maintained, including any associated metadata.  To the extent the Employer will produce

Tesla Motors Corporation                    - 5 -                                    May 8, 2017
Cases 32-CA-197020, 32-CA-197058, 32-
CA-197091, and 32-CA-197197

pictures, audio recordings, and/or video recordings, please produce those in their native electronic formats.

**Position on 10(j) Relief:** You are also requested to provide your position as to the appropriateness of Section 10(j) injunctive relief in this matter. As you may know, Section 10(j) of the Act permits the NLRB to ask a federal district court "for appropriate temporary relief or restraining order" pending the Board's resolution of an unfair labor practice charge. The district court is authorized to grant "such temporary relief or restraining order as it deems just and proper." *If* the Region determines the Charged Party has violated the Act as alleged, the Region will consider whether to seek injunctive relief in this matter. Accordingly, please provide your position, legal theory, case law, and supporting evidence regarding whether injunctive relief would be appropriate for the alleged violations in this case and whether such injunctive relief would be just and proper. I wish to emphasize that the Region has not yet made a decision as to whether the Charged Party has violated the Act as alleged. Rather, we want to provide you with adequate notice that injunctive relief will be considered if such a decision is made.

**Date for Submitting Evidence:** To resolve this matter as expeditiously as possible, you must provide your evidence and position in this matter by Monday, May 15, 2017. If you are willing to allow me to take affidavits, please contact me by Thursday, May 11, 2017 to schedule a time to take affidavits. Electronic filing of position statements and documentary evidence through the Agency website is preferred but not required. To file electronically, go to **www.nlrb.gov,** select **E-File Documents,** enter the **NLRB case number,** and follow the detailed instructions. If I have not received all your evidence by the due date or spoken with you and agreed to another date, it will be necessary for me to make my recommendations based upon the information available to me at that time.

It is Agency policy that full and complete cooperation on your part in this investigation includes timely providing all material witnesses under your control to the investigating Board agent so that the witnesses' statements can be reduced to affidavit form and providing all relevant documentary evidence requested by the Board agent. The mere submission of a position letter or memorandum, or the submission of affidavits not taken by the Board agent, does not constitute full and complete cooperation. The Region seeks such full and complete cooperation by the close of business on Monday, May 15, 2017. If I have not received all of your evidence by the due date or spoken with you and agreed to another date, it will be necessary for me to make my recommendations based upon the information available to me at that time. Additionally, the Region will consider all of its options in order to complete its investigation, including the possibility of issuing investigative subpoenas for the witnesses and documents requested in this letter.

22-60493.4498

Tesla Motors Corporation                          - 6 -                          May 8, 2017
Cases 32-CA-197020, 32-CA-197058, 32-
CA-197091, and 32-CA-197197


      Please contact me at your earliest convenience by telephone, (510)671-3041, or e-mail,
edris.rodriguezritchie@nlrb.gov, so that we can discuss how you would like to provide evidence
and I can answer any questions you have with regard to the issues in this matter.

                  Very truly yours,

                  /s/ Edris Rodriguez Ritchie


                  EDRIS W.I. RODRIGUEZ RITCHIE
                  Field Attorney


Enclosure(s)

| | |
|---|---|
| **From:** | Tori Tanaka </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B3BFB77818B64821AE1EF5236853147F-VICTORIA TA> |
| **To:** | Liza Lipson |
| **Sent:** | 5/24/2017 6:26:33 AM |
| **Subject:** | Union activity this AM |
| **Attachments:** | IMG_0098.JPG; ATT00001.txt; IMG_0099.JPG; ATT00002.txt |

Hi Liza,

This morning two of my PC supervisors notified me of union activity occurring outside on Tesla property. There was one associate stationed at the service driveway area and another associate stationed at door 3. The associate at door 3 is a PC active employee by the name of Branton Phillips - this is the first time I've heard of him come up in union related activity. The individuals were passing out flyers about safety stats and included some sort of personal anecdote on the back portion - see attached.

The two PC supervisors that notified me were Ryan Thomas and Lehi Gomez.

Thank you,
Tori

Sent from my iPhone

**GC EXHIBIT 053-001**

TESLA-NLRB-002176

Sent from my iPhone

**GC EXHIBIT 053-002**

22-60493.4501

TESLA-NLRB-002177

22-60493.4502

EXHIBIT NO. RC-53 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 5 DATE: 10-11-18 REPORTER: DM



DRIVING A FAIR FUTURE AT TESLA

# The Truth about Injuries at Tesla

Workers have been raising concerns about health & safety at Tesla over the past several months. In response, the company has argued to both workers and the public that Tesla is "creating the safest car factory in the world." But the company's own injury reporting data reveals that, currently, this is far from the truth.

*Hopefully*, Tesla will one day be a champion for workplace health & safety—that has been workers' hope in raising these concerns in the first place. To get there, it is important to know the reality of current conditions first.

Tesla is required by law to keep a log of work-related injuries and illnesses, reported on OSHA Form 300. According to both federal and California law, employers are required to provide copies of the OSHA Form 300 and OSHA Form 300A to current or former employees upon request. Tesla workers recently exercised their right to this data, and shared it with a California non-profit organization that specializes in workplace health and safety issues for analysis. The findings of that analysis have been written into a report for workers so that they may better understand the reality of their working conditions at Tesla.

**To read the full report, go to www.fairfutureattesla.org/injuryreport.**

**Workers continue to press forward in forming their union with the UAW at Tesla.** Standing together as a strong union, workers can address concerns about health & safety, along with many other issues such as wages, hours, favoritism, leveling-up procedure, shift scheduling, and so much more. To learn more and to get involved, contact a member of the worker organizing committee at work, or get in touch in these other ways:

**UAW ORGANIZING OFFICE**
**44790 S. Grimmer Blvd, Suite 100**
**Fremont, CA 94538**
**(corner of S. Grimmer & Fremont Blvd)**

**(510) 877-0829 (call or text)**
**www.facebook.com/AFairFutureAtTesla**
**www.FairFutureAtTesla.org**

## For text updates, text TESLA to 99795 (messaging & data rates may apply)

***If you have concerns*** about a potential health & safety hazard in your work area—whether it be related to chemical exposure, ergonomics, welding safety, exhaustion, or anything else!—please contact the UAW organizing office for assistance in getting more information about how to better protect yourself on the job.

**GC EXHIBIT 053-003**

TESLANLRB-002178

### Charley Briese | Production Associate, General Assembly

On May 31, 2016, Tesla management made the following entry into its injury log related to a worker in the General Assembly department named Charlotte Briese: "Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown." But her injury isn't, in fact, a mystery. It's part of a nearly three-year ordeal that reveals a lot about just how difficult it can be to work at Tesla — even if like Charley, you just recently turned 21.

"I started working at Tesla in August 2014. I was so excited. I felt like I was part of the future. I moved to North Stockton and was driving 70 miles to get to work every day. That was the only place I could afford—a one-bedroom apartment. I was making $17 an hour—I didn't mind," Charley said. "But in the three years I've been working there, I've been injured three times. After working there for three years, it's just unacceptable that I've been injured this many times and to this degree."

Charley's first on-the-job injury came in July 2015. Her position at the time required her to pull down a hanging drill three times a minute for 12 to 16 hours a day. On a 12 hour shift, that means she made the same motion about 2,200 times a day, or 15,000 times a week, or 60,000 times a month. "After six months I had severe tendinitis in my elbow and wrist," Charley said. The injury was severe enough that she had to go on medical leave until October of that year.

In April 2016, she was injured again when a torque gun slipped from her hand. It crushed her thumb, and she was transferred to light duty in the plant for about a month.

"When I came back, I was rotated to a new station," Charley said. "I was working on the Model S, building the side view mirror and putting the skull caps on the mirrors. It takes a lot of strength to put them on, and it's very fast paced. I was uncomfortable starting on it right away, after being on light duty for a month, and I raised my concern to my lead. But I was told that if I didn't feel comfortable doing it I should go home and not come back. So I stayed."

"After three days I told them I couldn't lift my arms above my head. It was too painful," she continues. "I was sent to the nurse and she changed my restrictions to show that I should keep my elbows at my waist and not lift more than ten pounds. Eventually I was put on a leave of absence, and my pay was reduced. I had to move because I couldn't afford my apartment anymore."

This third injury, suffered in late May 2016, resulted in her being placed on medical leave starting in July 2016. Charley's leave has extended into 2017. But because of a technicality in the law — which allows companies to stop counting after a worker reaches a total of 180 days on leave or on job transfer" — Tesla's recordkeeping only reflects that she has missed only 154 days due to injury, and spent 26 days on job transfer. While this is legal, it does not capture the full extent of her injury.

"I still believe in Tesla's mission, and hope to have it be a job that I'm comfortable in — a career," Charley said. "But if things don't change, what's keeping Tesla from firing me for no reason, or working me until I become permanently disabled?"

## GC EXHIBIT 053-004

22-60493.4504

**Elon Musk** ✓
@elonmusk

Follow ⟨

Replying to @dmatkins137 @ShayneRama @NASA

Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety record is 2X better than when plant was UAW & everybody already gets healthcare.

11:44 PM - 20 May 2018

**89 Retweets  1,491 Likes**

♡ 296     ⟲ 89     ♡ 1.5K     ◁

**GC EXHIBIT 056**

GC-56

22-60493.4505

22-60493.4506

EXHIBIT NO. GC-56 RECEIVED ✓ REJECTED
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.
NO. OF PAGES: 2 DATE: 10-9-18 REPORTER:

(Confidential Attorney-Client Privilege)

Employee Relations Investigation Report

**Date of Report:** October 13th, 2017

**Investigator:** Ricky Gecewich

**Complainant:** Travis Pratt, Lead Equipment Maintenance Technician

**Accused:** Richard Ortiz, Production Associate

**Executive Summary:**

Employee relations (ER) investigated the posting of Workday profile screenshots to an external Facebook group. Through this investigation, ER found that Richard Ortiz knowingly misled ER and lied to protect the source of the Workday screenshots, Jose Moran. Jose provided ER with text messages to Richard showing the exchange of the screenshots. ER recommends a written warning be delivered to Jose Moran for accessing Workday for non-business related purposes. ER recommends termination for Richard for admittedly lying during a workplace investigation.

**Description of the allegation:**

ER received a concern that Richard Ortiz posted screenshots of Travis Pratt and Shaun Ives' Workday landing pages to a Facebook group. The screenshots included pictures, full name and business title of both Travis and Shaun. This investigation was initiated to determine if proprietary business systems were accessed for non-business purposes.

**Summary and Analysis of findings:**

On Sept 16th, 2017, ER received a concern from Travis Pratt that Richard Ortiz posted screenshots of his and Shaun's Workday profile to a Facebook group. Travis was concerned based on the content of the message and because he understood Workday was an internal Tesla HR system intended for work purposes and not for broader distribution on social media. Travis directly messaged Richard on Facebook to tell Richard the information in his post, related to Travis's work history and compensation, was not appropriate to share via Facebook group.

ER interviewed Richard Ortiz initially on Sept 21st, 2017, to understand how he obtained the Workday screenshots. Richard claimed he received the screenshots via text message from a random phone number and he did not know where they came from, additionally he had deleted all of his messages so there wasn't a record of the text message for him to identify the sender. After ER reinforced the expectation of honesty during investigations, Richard maintained he did not know who provided the screenshots. Richard said he posted the screenshots in "the heat of the moment" and didn't think Workday was a sensitive or internal system, he likened it to a work Facebook. Richard also claimed he deleted the

(Confidential Attorney-Client Privilege)

TESLA-NLRB - 000671

**GC EXHIBIT 062-001**

GC-62

(Confidential Attorney-Client Privilege)

Facebook post after Travis sent him a direct message telling him the information in the post was inappropriate.

ER reviewed Workday access logs and found Jose Moran, Lead Quality Inspector, was the only Tesla employee, outside of HR, to access Travis and Shaun's Workday profiles between Sept 10th and 16th, 2017. Jose accessed these files on Thursday Sept 14th, 2017 at approximately 5:55pm – 5:57pm PST. This timeframe corresponds to when the complaint was received.

ER interviewed Jose and he admitted to reviewing and taking screenshots of Travis and Shaun's records in Workday, as well as that of another employee. Jose said he was asked to verify if these employees were actual Tesla employees by a United Auto Workers (UAW) representative. Jose then shared the screenshots directly with Richard via text message. Jose said he often uses Workday for personal purposes to look at the titles of other employees and try to determine their corresponding level and pay rate and how these employees compare to him. Jose voluntarily provided, to ER, his text message exchange with Richard to corroborate his statements and he added that Richard knew Jose sent the messages, that they personally know each other and that Richard would be dishonest if he said he didn't know where the screenshots came from.

After learning Jose shared the screenshots with Richard, ER spoke with Richard again on Oct 12th, 2017, in an effort to clarify his earlier statements and understand why he previously withheld this information. Richard admitted he mislead ER in his initial conversation because he was "trained by (his) upbringing" to not implicate other people or "snitch" on them. At the time of the first interview, Richard knew it was at least 85% likely that Jose sent the screenshots via text message, Richard could not provide any other potential source of the screenshots. Richard communicates with Jose often via text message and Jose is one of the only contacts Richard has programmed into his phone for identification purposes. Richard identified Jose's Workday picture and said he and Jose know each other and that he would recognize him if he saw him in person or in photos. Note: Jose's Workday picture (as identified by Richard) is attached to the screenshots in the upper-right corner. Richard admitted he was not completely truthful with ER during his first conversation.

**Recommended actions:**

ER recommends a verbal warning with written follow-up for Jose for using Workday for without an official business reason. He used the system to access records at the request of an outside entity and then took screenshots of specific profiles and shared them via text message.

On Oct 19th, 2017, Bryan Cunningham, Associate Manager Quality, agreed with the recommendation of verbal warning with written follow-up for Jose.

ER recommends termination of Richard's employment with Tesla. Richard knowingly mislead ER and lied about knowing the source of the Workday screenshots. Richard further admitted to not telling the truth during the investigation interviews.

(Confidential Attorney-Client Privilege)

TESLA-NLRB - 000672

**GC EXHIBIT 062-002**

22-60493.4509

EXHIBIT NO. GC-62 RECEIVED ✓ REJECTED ____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-9-18 REPORTER: DM

(Confidential Attorney-Client Privilege)

On Oct 17th, 2017, Stefan Graminger, Director Body Manufacturing, agreed with the recommendation of termination of employment for Richard.

**Investigative Procedure:**

- Sept 19th, 2017, Intake with Travis Pratt (Complainant), Business Title
- Sept 20th, 2017, Interview with Bryan Kositch (Witness), Business Title
- Sept 21st, 2017, Interview with Richard Ortiz (Subject), Production Associate
- Sept 22nd, 2017, Request Workday access logs
- Oct 6th, 2017, Receive and review Workday access logs
- Oct 12th, 2017, Interview with Jose Moran (Subject), Lead Quality Inspector
- Oct 12th, 2017, Interview with Richard Ortiz (Subject), Production Associate
- Oct 17th, 2017, recommendation regarding Ricard Ortiz's action
- Oct 18th, 2017, Richard Ortiz's employment with Tesla terminated
- Oct 19th, 2017, Verbal warning and written follow-up delivered to Jose Moran
- Oct 19th, 2017, Closed out with Complainant
- Oct 19th, 2017, Investigation Closed

(Confidential Attorney-Client Privilege)

TESLA-NLRB - 000673

**GC EXHIBIT 062-003**

Intake with Travis Pratt

ER: Ricky

Date: Sept 19th, 2017


Confidentiality

Non-Retaliation


I was contacted by Josh about going up to sacramento

Got back

Buddy on night shift AWS

Saw it on fair future at Tesla

    That same night

    I didn't see the reply

    Personal attacking, reply that I was first mxs tech

Brian Kostich

    Thursday night, after I got back from last night

        Not sure if Brian got any flak for that

        Since banned him from the page as well


Richard guy, not other than work related

    Come over to fix for him

    I did send him a personal facebook message

        No response

        Agitated but professional

            Say what you'd like behind closed doors

            L2 tech wish you luck

            Doesn't show his face


TESLA-NLRB - 000676

**GC EXHIBIT 063-001**

GC-63

Other guy in Shawn in photos

    I think I shared it with him

    His response, wasn't happy about it

        Worked with these guys long time, get facts

Thursday – night when I came back is when this was posted, I think

I sent the photo to Josh more as a we are getting a rise out of people

TESLA-NLRB - 000677

**GC EXHIBIT 063-002**

22-60493.4513

EXHIBIT NO. GC-63 RECEIVED_____ REJECTED_____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-29-18 REPORTER: OA

Intake with Bryan Kostich

ER: Ricky

Date: Sept 20th, 2017


Confidentiality

Non-Retaliation


I came across it, I had been contacted by a person about 1.5 years ago

Jose Organizer on facebook

    He's organizing union stuff

    He pushed me to Tesla employees for Union Access or something like that

It was among posts on that

    Scrolling through my feed

    Saw pic of Travis and Shawn

    That's where I was upset, things said in there that were not legal

        Defining and talking about wages that someone makes

        Not something they should have got a hold of

            When that came up I flagged to travis

            Within 6 hours of it being posted it

        I believe the guy Richard Ortiz, never interacted with him in person

            Heard that he is not that great of a person

            Based on what I read, he posts

                He holds himself to a high standard

    Other comments inappropriate,

        I thought it was out of pocket completely and disgusting

            The whole post bothered the hell out of me

            Travis is a good dude, never would start a fight

        The other thing that bothered me a lot

**GC EXHIBIT 064-001**

TESLA-NLRB - 000678

GC-64

22-60493.4514

A few posts after this one

It just goes to show people that work hard and people that kiss ass do

They don't understand we make your line run

Don't post stuff on facebook, stop acting like children

Travis made that amount of money, started mxs department over nights

That is hard work and he did it


When these guys go off and say that

How do you feel making barely a living wage, they don't want to move up


Blocked from group, they haven't kicked me from it or blocked

The only thing I said, contemplated saying it

Posted a comment that said "you people need to get facts straight, get info you have correct and straight, bf posting on social media where internet can rip your asshole"

There are 20k people at factory majority can say they are wrong


They posted it right after

Within hour there was a post that said, banned 2017

Ban 2017

Posted on one of them, this is hillarious

What are you banning

Not making sense

They are digging themselves into a hole

I understand this is mallicious

Acting like 12 year olds dig


As soon as I realized they were workday on mobile, who is taking screenshots of this

100% wrong, and quite disgusting

TESLA-NLRB - 000679

**GC EXHIBIT 064-002**

22-60493.4516

EXHIBIT NO. GC-64 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10/2/18 REPORTER: DM

Shawn - I think Travis made Shawn aware

I just contacted Travis


I appreciate it greatly that someone is looking into this

TESLA-NLRB - 000680

**GC EXHIBIT 064-003**

22-60493.4517

Interview Richard Ortiz

ER: Ricky

Date: Sept 21st , 2017

Confidentiality

Non-Retaliation

Go to workday on phone

Look at things, anytime feedback

    3 days to get in

    Paul james and arnold

    Going on, openings

Today, somewhwere in there

Wifi

Never shared externally

Shy away as much as possible

    Any system shy away

        Wrong passwords

Workday, work facebook?

    No one uses it

    New to me

    Not sure what it is

Screenshots , no

    Screenshots from someone else

    Sent to me

**GC EXHIBIT 065-001**

TESLA-NLRB - 000681

GC-65

Name and a face

    I figured it was from workday

    Open – like facebook

Came to a text

    I don't remember

        Talk in sac – two screenshot

    I did my own thing

        I wish I could remember, I get so much crap

        Deleted all the text messages

        Fill up my phone

Didn't pay attention to it

    He sent me a message, I took it down he was right


Needed parking

    Handing tshirts

    Rude at me

    Goes on facebook

        Only asked if I wanted parking

        On fb he was rude

            I think he alluded to it, hot headed frustrated

            He won't do anything, not threatening

    Told Manny, ShTawney took care of a previous case quickly and well


Deleted it after he reached out


2 – 3 hours, not long

One break to next break

    Before work posted, then took it down

    Felt bad

TESLA-NLRB - 000682

**GC EXHIBIT 065-002**

22-60493.4520

EXHIBIT NO. GC-65 RECEIVED ✓ REJECTED _____

32-CA-197020

CASE NO. _____   CASE NAME: Tesla, Inc.

NO. OF PAGES: 4   DATE: 10-9-18   REPORTER: DA

Realized if it was me I wouldn't like that

Try to treat others how I like to be treated

Remember a lot of kids not used to it, I need to learn how to handle them

People are nuts on the internet, words

I didn't think it was anything really, he said name calling

He said dollar amount

No trust nothing

Statement

I don't do these things, break the rules

Respect work

Now that I know what it is I wouldn't share it

Picture and posted it

Heat of moment

As honest as I can

Didn't ask for shots, they came to me

Confidentiality

Non-Retaliation

TESLA-NLRB - 000683

**GC EXHIBIT 065-003**

<u>EXHIBIT EXCLUDED</u>

Leading Case Number ___32-CA-197020___

Leading Case Name ___Tesla, Inc.___

Exhibit Number ___GC-66___

Description _____

_____

_____


The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn _____

2. Exhibit Rejected _____

3. Other (Explain) ___Not Produced/Offered Yet___

_____

_____


Exhibit retained by ___General Counsel___

_____


___Deborah Gonzalez___
**Court Reporter**

Interview with Jose Moran

ER: Ricky

Date: October 12th, 2017


Confidentiality

Non-retaliation

Honesty


Are you familiar with the Workday system

- Platform where workers can view their reviews and documents and feedback

Can you explain what it is used for

- I give feedback and print docs, proof of salary
- Feedback with people I work with on work performance
- Update my contact info or look at my level and pay


Do you consider workday an internal or external Tesla site

- Internal in my own mind
- Useful in the company and not externally

Do you think the information is for business use only

- Documents (personal) for salary can be shared externally if needed to get something
- Example: My own personal credit application to share to prove employment or pay
- Other things confidential agreements business related I don't think should be shared externally

Do you think the information is confidential

- Own profile, don't have access to anyone else's private information
- No one should see my salary or address
- My tax forms should also be confidential to others


Do you think external people should have access to any information found in Workday

- If outside source no they shouldn't be able to login
- Gather information to share, no this shouldn't be allowed
- No we shouldn't be sharing other profiles, with outside people
  - They shouldn't be able to ask someone to look into another account

TESLA-NLRB - 000688

**GC EXHIBIT 067-001**

22-60493.4523

GC-67

- o Or request details of other employee accounts or profiles

How often do you use workday in your role

- One or twice a week maybe more

What purpose do you use it for

- Provide feedback on employees
- Look at my own record
- Update information or review my profile

Do you access it on your phone or via a computer

- Both (phone and computer)
- i don't think a computer outside (the network) can have access

How often in September (about 14 sessions in Sept)

- About 10 times

What purposes

- Same as I've explained
- Feedback on other people
- Checking my level of pay rate
- Checking title
- That's it
- Checked other people's title to see how they may be paid
    - o Example the difference between Pilot to m3 line, qc associates to inspectors the leveling or QC 1, 2, 3 might show they are paid more
    - o Not the actual dollar amount, might be able to determine they are a higher level based on job title
    - o Checked in on this on several people
    - o Lots of workers don't know how to use Workday, they know it exists but they don't know the purpose of it
    - o Still things I don't know in there (in workday)

Do you ever access accounts for employees that are not on your team

- (...) if they weren't in my group or team?
- I have searched others
    - o I think it's mostly title to see if they were leveled up as QC
    - o What workers get leveled up
    - o Can't see level but title might tip off the level
    - o Some say QI 1, 2, 3
    - o Has changed the last few years so not sure how it related to actual job level

TESLA-NLRB - 000689

**GC EXHIBIT 067-002**

22-60493.4524

22-60493.4525

EXHIBIT NO. GC-67 RECEIVED_____ REJECTED_____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.

NO. OF PAGES: 6 DATE: 10-9-18 REPORTER: DJ

- o Body 1, QC inspectors went to different pay rate, QC Tech $24
- o Still quality inspectors 1, 2, 3
- o I've asked before but they said we got into position later, not eligible for a raise
  - They gave them a level up too late in transition for our team
  - 2-3 years experience at 23 – 24 dollars
  - On pilot shop we are at 21
  - Quality inspectors coming off street, 19.50 I heard this, rumor
  - I get 21 plus team lead differential
  - Trying to determine what levels off the street people are and how the pay rate is changed
- 1.5 years ago I got a 4.75 review
- Disappointing bc no raise or level up associated with the review
  - o Why was I not leveled up, I'd ask the supervisors
  - o Supervisors would say you did good but try harder next time
  - o I've asked HR before, requirements to get from level 1 to 2
    - HR said they don't have anything, go talk to supervisor
    - Maybe process improvements, talk to another manager they have different outlook (ie learn welding, certain skill, etc)
    - Learning different skills
      - I think that's unfair bc I was a team lead bf body line 3
      - Not fair not consistent
      - Workday also shows how long they (employees) have been here when I search the accounts

Have you ever accessed the profile of employees that are not on your team

- Yes to see levels or try to see levels

Did you access the following accounts:

Shawn Ives:

- yes

Travis Pratt

- Yes

Anyone else

- Another Girl supervisor: shared that screenshot too (Jean Osbual)

Why did you access these accounts

- I heard they were Anti-union
- Told they went to Sacramento to give a speech against the union
- I was not there

TESLA-NLRB - 000690

**GC EXHIBIT 067-003**

- A Representative from the UAW told me they were there, up in sacramento doing some speech at a board meeting
  - Honestly I don't know who they were talking to in sacramento
  - Maybe lawmakers, board and public meeting
  - I looked them up to primarily to see if they're real
    - Make sure they weren't outside people
    - I wanted to confirm they are actual employees
    - Personally confirm who they were
    - Make sure they aren't lying about who they are and what they do
    - In this kind of campaign you have to be on your toes
    - We need to know almost every anti union person here
    - Good to know percentage and number in each area
      - Workday determined their pictures and titles
      - They were maintenance techs
      - I remember seeing how long they were here too
      - Position titles
      - Nothing else
- Trying to figure out who it was, trying to find why they would be anti-union
- Trying to find if I knew them
- Maybe I could talk to them
- I never actually talked to them

Any other accounts you accessed that were not on your team

- The UAW Representative would tell me names
  - Searched in workday within 1 – 2 days of getting the names

What did you do with the information

- Talked to other union supporters
- I told them these are maintenance techs and I verified them in workday
- There is a sense that a lot in maintenance are against union
  - Not sure if I sent it on facebook to a union supporter
  - Just sharing with them, no direction on what to do with the screenshots
  - I probably asked the other supporter if he knew these guys
    - See one of the guys in body line 1
    - I didn't give him any direction of what to do with the screenshots

Screenshots

- I did take screenshots from workday
- I don't remember if I shared them

Facebook

- I can look on facebook to see if I shared them here
- i would have to go on computer

Richard Ortiz

TESLA-NLRB - 000691

**GC EXHIBIT 067-004**

- Yes I sent the screenshots to him (Richard Ortiz)
- I don't know what he did with these pictures
- I just verified who they were, didn't tell him what to do with it
- Me and Richard are friends on facebook
  - He knows who I am
  - I can look at the thread I think it's clear who I am
  - No indication of what he wanted to do or was planning on doing with the pictures

Have you and Richard met in person before

- We've met
- If he says he didn't know who sent these messages he is probably protecting me, we all know eachother

Do you communicate with Richard via Text or facebook

- I used both both
- Mostly facebook between me and richard because I can't text that often
- I can show you the thread
- Some of the comments between us have bad words

(Jose looked at his facebook account and said he did not communicate in direct message with Richard since Sept 6th, 2017 so he thought maybe the pictures/screenshots were sent via text message)

- I sent them on text

Showed screenshots to ricky

- Screenshots of Jean, travis and shawn
- Sent to Richard Ortiz
- Richard knew who I was because he asked to meet me the next day to meet him
- I couldn't meet because I was working at that time
- I text Richard enough for him to know me

Sent screenshots if you are comfortable

Jose agreed to send screenshots of conversation to validate his account of events

- You probably can't tell me but were these screenshots released externally and were these people threatened

TESLA-NLRB - 000692

**GC EXHIBIT 067-005**

Interview with Richard Ortiz

ER: Ricky

Date: Oct 12th, 2017

Confidentiality

Non-Retaliation

Honesty

I wanted to circle back to see if you could remember anything on the screenshots you shared on facebook

- Based on the conversation I had today, I did not remember anything until Jose talked to me
- Jose asked me what I knew about you (Ricky), and if I talked to you
- He kept asking questions about what I said
- Based on that conversation I guess it was Jose that sent the pictures to me
- I do delete everything on my phone every few days and that's why I couldn't tell it was Jose that sent it to me
- When Jose reached out to me today he asked, if I talked to ricky, I asked him why
  - I said who is ricky
  - He said the he had a conversation with ricky because of the pictures
  - he said he shared why he had them and why he sent them to me
  - I asked him what do you mean
  - He said they were put out there for people outside of tesla to see
  - I told him I put them on fb, then I took it down after one of the guys asked me to
  - I was as forthcoming as I could be with Jose without breaking my word to you about keeping this confidential
  - I couldn't tell jose that I spoke to you about this but he shared all of this with me

They came on text to your phone

- Yes
- Like I said before I deleted my messages
- I'm sure it had jose's name as a contact on the message bc he is the only person that is tagged
  - Or one of the only people
- I didn't remember it was him when he sent it who it was
  - Didn't remember until when he talked to me today
- I didn't think much of it when it happened, not a big deal
- It didn't stand out for me to remember who sent the pictures until I talked to you

TESLA-NLRB - 000697

**GC EXHIBIT 068-001**

GC-68

You said you only got two screenshots last time we spoke, is that all you received

- There was a lady that was there in the pictures too
- Those two I put up, they are over there somewhere near my area so I put them up
    - She was management so she wouldn't have mattered
    - Some managers in beginning, has nothing to do with you at all as a manager
    - Wouldn't be a part of the union effort either way: pro or con so I left her out of the facebook post
        - I was just in the heat of the moment, passion took over these are the only two, amongst peers, that mattered and I posted them
- I just thought screw this and I put it up there

Why didn't you tell me about the third screenshot last time we spoke

- I didn't remember it
- Jose reminded me today
- He asked if I put up all three
    - I only put up two

Do you know Jose Moran

- I know him, I would know him if I saw him
- I would recognize a photo of his face, sometimes security badge photos don't look like people though so maybe I might not recognize his picture
    - They don't look the same, badge pictures, they don't look like us sometimes

Ricky Showed Richard Jose's workday picture

- I would say that it's him, I bet my life on it
    - He is recognizable he Looks like my uncle

How often do you communicate with him? How (text, facebook, calls)

- I have his name programmed in my phone, one of the only people with his name in there
- I clear out my text messages all the time
- Every 2 days or so I delete everything
- If it's important I will save it, I don't get that many important messages
- Text now and then with Jose, he is going through some tough times, I have been through similar experience (marriage)

Did he tell you to post them on facebook

- He never told me to post the screenshots on facebook
- That was all me that decided to post them
- I don't care what no one tells me, do what I want to do, what I think is right
    - I took down bc the guy sent me a message on facebook that it was inappropriate, he was right so I took it down

Why did you not share this information last time (ref Jose sharing screenshots)?

22-60493.4531

EXHIBIT NO. GC-68 RECEIVED _____ REJECTED _____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 7 DATE: 10-9-18 REPORTER: DA

- I got the screenshots from other people too they were going around
- In circle together, people that are with us (UAW supporters)
- They all came to me at once
  - Exactly same photos as Jose shared with me
- It was like a copy and paste and forward message from the original (Jose's message)
  - 2 other people get the messages
  - Jose did it
  - In passion I posted the photos to facebook, I thought this is right at the time

What made you remember this is how you got them now

- Jose told me
- Text me, on way to work 2:30pm today and we talked
  - This reminded me of what happened
  - It wasn't important to me at the time to save the messages or remember the details of where I got them

Can you show me the text thread with Jose to verify your story (@Sept 14th 8pm)

- Nothing in there now, I delete text messages every 2 or so days
- I've also had 4 phones in 6 weeks, either breaking or losing them

Why didn't you share this with me previously

Why did you delete the text messages with Jose

- It was more of my training if you know what I mean, how I grew up
- You don't talk when asked questions by police (or investigators)
- I wasn't always a worker
- I was a gangbanger and you don't bring other people into things
  - You don't tell on people (snitch)
  - Especially because I thought it was over for me anyway
- I can't see myself at one
- You clam up, I should have not even spoken to you but I did
- I do care about my job and about this place
- Covering for a guy, I couldn't say it, I couldn't tell you, because of the training I received all my life
- It helps to be quiet because I have a big mouth anyway
- I wasn't sure, not sure at all
  - I just thought they are going to fire me, bc of my big mouth
  - Worried about my kids and what they would think if I were fired
- I was lost, they are going to fire me

Did I tell you that you were going to be fired during our first meeting or any other meeting or communication

- No, you actually showed me this place wasn't just about bean counting
- That this place might actually listen
- You didn't tell me I was going to be fired

- You said you were investigating and didn't have an outcome until you got all the information

Did you know Jose sent this to you during our first conversation

- I was lost
- I was focused on the fact I was getting fired
- I didn't want to throw someone out there bc I wasn't sure about my future
- I couldn't put no one out there bc I wasn't sure it was him
- I thought I was going to be walked out that day regardless

Misleading at all

- I wasn't dead sure it was him, he was on my list
  - Jose only person on my list (at least 85% certain)
    - At the time we spoke first
    - Scared I was being fired
  - I know – bc his name is in there in my phone, one of the only ones
  - But wasn't 100% certain so I didn't bring him up
  - Other people: random phone numbers might have sent the same pictures (copy and paste)
    - I don't know who those people are
    - Same messages as Jose
    - Can't tell you who the other 15% of people could have been that sent this

Did I ever say you were being fired (what led you to believe this)

- Nothing you said to make me think I was being fired
- Based on my life and who I am I just felt like this was going to happen
  - You hear stories on floor, from long time ago that people just get fired for things
- Girl in orientation cut loose that day for taking pictures of a car
- I thought this would be it for me when you called me in the first time
  - Because I was posting internal stuff
  - It wasn't you that made me feel like I was being fired, it was me
- All by myself I came to that conclusion
- You didn't do anything to make me think I would get fired
- Just my opinion on how things work at tesla
- Girl posted, I posted, felt it was the same and I thought I was done

Jose 85%

- 15% I don't even know who these people could be
- I don't keep any contacts in my phone, numbers with names
  - Example those organizers (UAW representatives), I frustrate them bc they aren't important to me I don't know their names or have their numbers programmed into my phone
- Jose's number is saved to my contacts with his name

TESLA-NLRB - 000700

**GC EXHIBIT 068-004**

Chart

██████████████████████████████████████████████

Ricky drew out two lines with percentages between 0% and 100% representing the two meetings specifically on this topic

Ricky then gave Richard a marker and asked Richard to rate his honesty during this conversation (Oct 12th, 2017) "this convo" on chart:

- Richard marked that he was being 114% honest during this conversation

Ricky then asked Richard to mark what percentage he was being honest during the last conversation

- Richard marked the line on "last convo" and indicated somewhere around 95% honest
  - Richard explained he left out:
    - the fact that Jose likely shared the screenshots (at least 85% likely)
    - That more than one person shared a copy and paste of Jose's message and it was more than one person he got the screenshots from
      - That he couldn't identify any other people that sent the messages because their numbers weren't saved
    - That he was fearful of being fired so didn't share the information

Based on this chart, are you being honest during this conversation?

- Yes, this is all I have

If we determine you aren't being honest what do you think should happen next?

- I think you should yell at me
- I honestly wasn't being malicious
- I am telling the truth now

One last opportunity to clarify anything or explain how you received the messages

- Not that I know of, it's over in my mind
- I wish I was done with this
- Thought being fired anyway
- Experience told me not to talk, I apologize for not giving you the weight that you carry, I thought that this place is just cold hearted with bean counters etc
- I felt like it didn't matter why or what
- You did it and that's it that's what I thought you guys wanted to hear
- Jose at least 85% likely to do this
- Didn't share bc I wasn't 100% sure but I can't identify or think of anyone else that would have given me the screenshots
- Didn't share it was more than one person (no clue who, just phone numbers)
- I apologize for last time not getting out everything
- Being truthful then gave up

TESLA-NLRB - 000701

**GC EXHIBIT 068-005**

- I think I have a chance now, you have shown me that there is a process that judge jury, not just executions

Suggestion on making the line run more efficently

Prep machines for hoods move over by spoliers bc 1/2 person job

    They are currently at loading stations for hoods

    You can move it

    Arnold wants to have it moved, mxs guy said he can make it happen over night

        Lighten load for hoods and improve quality

        Made job easier for 3 people

TESLA-NLRB - 000702

**GC EXHIBIT 068-006**

 **Elon Musk** @elonmusk  May 20
SpaceX Crew Dragon ship in anechoic chamber for EMI testing before being sent to @NASA Plum Brook vacuum chamber



628          3.7K          29K

 **ShayneRarma** @ShayneRarma  May 20
Can we get a banana for scale please?

16          10          620

 **David Atkins** @dmatkins137  May 20

April 16, 2018 4:59 pm

# Report: Tesla Factory Workers Are in Danger Because Elon Musk Hates the Color Yellow

By **Madison Malone Kircher**      🐦 @4evrmalone

22          15          683

 **Elon Musk** @elonmusk  May 20
Tesla factory literally has miles of painted yellow lines & tape. Report about forklifts not beeping is also bs. These are both demonstrably false, but were reported as "facts" by Reveal.

68          85          1.8K

 **David Atkins** @dmatkins137  May 20
Yellow is fine, got it. How about unions?

12          10          710

GC Exhibit 69-1

22-60493.4536

 **Elon Musk**
@elonmusk

Following

Replying to @dmatkins137 @ShayneRarma @NASA

Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety record is 2X better than when plant was UAW & everybody already gets healthcare.

11:44 PM - 20 May 2018

**109** Retweets  **1,636** Likes  

338        109        1.6K

---

 **Eric Brown** @ericbrownzzz  May 22
Replying to @elonmusk @dmatkins137 and 2 others
Hi Elon, why would they lose stock options? Are you threatening to take away benefits from unionized workers?

7          24          1.3K

 **Elon Musk** @elonmusk  May 22
No, UAW does that. They want divisiveness & enforcement of 2 class "lords & commoners" system. That sucks. US fought War of Independence to get *rid* of a 2 class system! Managers & workers shd be equal w easy movement either way. Managing sucks btw. Hate doing it so much.

382        89          1.0K

 **Elon Musk** @elonmusk  May 22
But ya know what, let's test that theory. Maybe we do want UAW back, even tho UAW betrayed us 8 years ago & left us here to rot. Maybe we want UAW back even tho injury rate today is 1/2 what it was with them & wages were lower. Maybe. Let's hold a vote & find out.

70          43          656

GC Exhibit 69-2

22-60493.4538

EXHIBIT NO. GC-69 RECEIVED_____ REJECTED_____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-9-18 REPORTER: DA



**Elon Musk** ✔ @elonmusk · May 23

I've never stopped a union vote nor removed a union. UAW abandoned this factory. Tesla arrived & gave people back their jobs. They haven't forgotten UAW betrayed them. That's why UAW can't even get people to attend a free BBQ, let alone enough sigs for a vote.

💬 95        🔁 231        ♡ 2.7K        ✉

**therm scissorpunch**
@jackallisonLOL

( Follow )

Replying to @elonmusk @ParkerMolloy

## Yesterday you said they'd lose stock options if they unionized

2:53 PM - 23 May 2018

**6** Retweets  **185** Likes

💬 7        🔁 6        ♡ 185        ✉

**Wooter** @AltWouss · May 23
You took that out of context, he clarified that in a response where he believed that UAW does not allow union workers to own stock.

💬 4        🔁 7        ♡ 231        ✉

**Elon Musk** ✔
@elonmusk

( Following )

Replying to @AltWouss @jackallisonLOL @ParkerMolloy

## Exactly. UAW does not have individual stock ownership as part of the compensation at any other company.

3:24 PM - 23 May 2018

**49** Retweets  **942** Likes

💬 30        🔁 49        ♡ 942        ✉

**GC Exhibit 69-3**

22-60493.4539

| | |
|---|---|
| **From:** | Tori Tanaka </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B3BFB77818B64821AE1EF5236853147F-VICTORIA TA> |
| **To:** | Ricky Gecewich |
| **Sent:** | 7/20/2017 7:19:36 PM |
| **Subject:** | Fwd: We Want To Know |
| **Attachments:** | We Want To Know.pdf; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

**From:** Branton Phillips <brphillips@tesla.com>
**Date:** July 20, 2017 at 6:56:42 PM PDT
**To:** Josh Hedges <jhedges@tesla.com>, Gaby Toledano <gaby@tesla.com>, Elon Musk <erm@tesla.com>, Tori Tanaka <vtanaka@tesla.com>
**Cc:** Jason Valdovinos <javaldovinos@tesla.com>, Joaquin De La Torre <jodelatorre@tesla.com>, Christopher Valladares <cvalladares@tesla.com>, Floyd Del Rosario <fdelrosario@tesla.com>, Joshua Taddac <jtaddac@tesla.com>, Allen Reimer <alreimer@tesla.com>, Tyler White <tywhite@tesla.com>, Allen Brown <allbrown@tesla.com>, Erick Vasquez <evasquez@tesla.com>, Garrett Green <ggreen@tesla.com>, Jonathan Bolagner <jbolagner@tesla.com>, Juan Maldonado <jmaldonado@tesla.com>, David Gonzalez <dagonzalez@tesla.com>, Jaime Lopez <jailopez@tesla.com>, Naod Mekuria <nmekuria@tesla.com>, Hai Nguyen <hainguyen2@tesla.com>, Richard Ortiz <riortiz@tesla.com>, Jonathan Galescu <jgalescu@tesla.com>, Michael Catura <mcatura@tesla.com>, Michael Sanchez <micsanchez@tesla.com>, Alan Ochoa <alochoa@tesla.com>, Dennis Duran <dduran@tesla.com>, Jayson Henry <jahenry@tesla.com>, Branton Phillips <brphillips@tesla.com>, Donte Jones <donjones@tesla.com>
**Subject: We Want To Know**

Dear Tesla Management:

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?

2. What is the criteria we need to meet to reach each pay level?

3. How many workers are currently at each level?

4. What percentage of workers level-up during each review period?

5. What is the average raise workers receive during reviews?

6. How can management guarantee that this process is performed fairly?

**GC EXHIBIT 070-001**

TESLA-NLRB-003147

22-60493.4541

EXHIBIT NO. GC-63 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 63 DATE: 10-9-18 REPORTER: DM

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us and ultimately, we are organizing to address these issues and more in a union contract.

**We have signed the attached petition and demand that management respond to the above questions within a week of receipt, by July 27th, 2017. You have also received a physical copy of this petition today via Josh Hedges of Human Resources.**

**Thank you for your attention to this important matter.**

**Sincerely,**

**Naod Mekuria      Hai Nguyen      Richard Ortiz      Jonathan Galescu      Michael Catura**

**Michael Sanchez      Alan Ochoa      Dennis Duran      Jayson Henry      Branton Phillips**

**Jason Valdovinos      Joaquin De La Torre  Floyd Del Rosario      Joshua Taddac**

**Allen Reimer  Tyler White    Allen Brown    Erick Vasquez          Garrett Green**

**Jonathan Bolagner    Juan Maldonado      David Gonzalez      Jaime Lopez      Donte Jones**

**On behalf of the Tesla-UAW Voluntary Organizing Committee & the hundreds of signatories to this petition**

**GC EXHIBIT 070-002**

TESLA-NLRB-003148

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|-------|-----------|-------------|
| Redacted | Redacted | Redacted |
| Richard Ortiz | [signature] | Blw2 |
| | | |
| | | |



**DRIVING A FAIR FUTURE AT TESLA**

www.FairFutureAtTesla.org

## GC EXHIBIT 070-003

TESLA-NLRB-003150

| Name: | Signature: | Department: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-004**

22-60493.4544

TESLA-NLRB-003151

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

Name:                    Signature:                    Department:





www.FairFutureAtTesla.org

**GC EXHIBIT 070-005**

TESLA-NLRB-003152

| Name: | Signature: | Department: |
|---|---|---|
| Redacted | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



DRIVING A FAIR
FUTURE
AT TESLA

www.FairFutureAtTesla.org

22-60493.4546

GC EXHIBIT 070-006

TESLA-NLRB-003153

## We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

In signing below, we ask that management respond to the above questions within a week of receipt of this petition.

| Name: | Signature: | Department: |
|-------|-----------|-------------|
| Redacted | | |
| | | |
| | | |
| | | |
| | | |
| | | |



DRIVING A FAIR
**FUTURE**
AT TESLA

**www.FairFutureAtTesla.org**

22-60493.4547

**GC EXHIBIT 070-007**

TESLA-NLRB-003154

| Name: | Signature: | Department: |
| --- | --- | --- |

# Redacted

| | | |
| --- | --- | --- |
| | | |
| | | |



**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-008**

TESLA-NLRB-003155

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

Name:                    Signature:                    Department:



 DRIVING A FAIR **FUTURE** AT TESLA

**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-009**

TESLA-NLRB-003156

| Name: | Signature: | Department: |
|---|---|---|
| Redacted | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



www.FairFutureAtTesla.org

22-60493.4550

**GC EXHIBIT 070-010**

TESLA-NLRB-003157

## We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**





www.FairFutureAtTesla.org

**GC EXHIBIT 070-011**

TESLA-NLRB-003158

**Name:**              **Signature:**              **Department:**





**DRIVING A FAIR FUTURE**
AT TESLA

**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-012**

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**





DRIVING A FAIR
FUTURE
AT TESLA

**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-013**

TESLA-NLRB-003160

**Name:**        **Signature:**        **Department:**

# Redacted



www.FairFutureAtTesla.org

**GC EXHIBIT 070-014**

TESLA-NLRB-003161

12

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



| Name: | Signature: | Department: |
| --- | --- | --- |



**DRIVING A FAIR FUTURE** AT TESLA

**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-015**

TESLA-NLRB-003162

| Name: | Signature: | Department: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-016**

22-60493.4556

TESLA-NLRB-003163

13

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



DRIVING A FAIR
FUTURE
AT TESLA

www.FairFutureAtTesla.org

**GC EXHIBIT 070-017**

TESLA-NLRB-003164

| Name: | Signature: | Department: |
|---|---|---|





www.FairFutureAtTesla.org

**GC EXHIBIT 070-018**

22-60493.4558

TESLA-NLRB-003165

14

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|---|---|---|
| Redacted | Redacted | Redacted |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-019**

TESLA-NLRB-003166

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|---|---|---|
| Redacted | | |
| | | |
| | | |
| | | |


DRIVING A FAIR
**FUTURE**
AT TESLA

**www.FairFutureAtTesla.org**

## GC EXHIBIT 070-020

22-60493.4560

TESLA-NLRB-003167

## We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**





**www.FairFutureAtTesla.org**

22-60493.4561

TESLA-NLRB-003168

**Name:**                    **Signature:**                    **Department:**





www.FairFutureAtTesla.org

22-60493.4562

TESLA-NLRB-003169

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|---|---|---|
| | | |
| | | |
| | | |

[Redacted]



**DRIVING A FAIR FUTURE** AT TESLA

**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-023**

TESLA-NLRB-003170

| Name: | Signature: | Department: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-024**

22-60493.4564

TESLA-NLRB-003171

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



  **www.FairFutureAtTesla.org**

22-60493.4565

TESLA-NLRB-003172

Name:                    Signature:                    Department:

# Redacted



DRIVING A FAIR
**FUTURE**
AT TESLA

**www.FairFutureAtTesla.org**

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|---|---|---|



 **DRIVING A FAIR FUTURE AT TESLA**

**www.FairFutureAtTesla.org**

Name:                          Signature:                          Department:





www.FairFutureAtTesla.org

**GC EXHIBIT 070-028**

TESLA-NLRB-003175

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**





DRIVING A FAIR **FUTURE** AT TESLA

**www.FairFutureAtTesla.org**

Name:                          Signature:                    Department:

# Redacted



www.FairFutureAtTesla.org

22-60493.4570

TESLA-NLRB-003177

24

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



 **DRIVING A FAIR FUTURE** AT TESLA    **www.FairFutureAtTesla.org**

**GC EXHIBIT 070-031**

TESLA-NLRB-003178

Name:                    Signature:            /          Department:

# Redacted



www.FairFutureAtTesla.org

**GC EXHIBIT 070-032**

22-60493.4572

TESLA-NLRB-003179

25

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

Name:                    Signature:                    Department:



DRIVING A FAIR
**FUTURE**
AT TESLA

**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-033**

TESLA-NLRB-003180

Name:                    Signature:                    Department:

# Redacted



www.FairFutureAtTesla.org

22-60493.4574

TESLA-NLRB-003181

34

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|---|---|---|
| Redacted | | |
| | | |
| | | |
| | | |
| | | |



www.FairFutureAtTesla.org

22-60493.4575

TESLA-NLRB-003182

| Name: | Signature: | Department: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-036**

22-60493.4576

TESLA-NLRB-003183

38

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|-------|-----------|-------------|
| Redacted | Redacted | |
| | | |
| | | |
| | | |
| | | |



DRIVING A FAIR
**FUTURE**
AT TESLA

www.FairFutureAtTesla.org

22-60493.4577

**GC EXHIBIT 070-037**

TESLA-NLRB-003184

| Name: | Signature: | Department: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-038**

22-60493.4578

TESLA-NLRB-003185

*41*

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



| Name: | Signature: | Department: |



DRIVING A FAIR
**FUTURE**
AT TESLA

**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-039**

TESLA-NLRB-003186

Name:                          Signature:                          Department:

# Redacted



DRIVING A FAIR
**FUTURE**
AT TESLA

**www.FairFutureAtTesla.org**

22-60493.4580

TESLA-NLRB-003187

44

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

Name:                    Signature:                    Department:



  **www.FairFutureAtTesla.org**

**GC EXHIBIT 070-041**

TESLA-NLRB-003188

Name:                    Signature:                    Department:

# Redacted



www.FairFutureAtTesla.org

22-60493.4582                                          TESLA-NLRB-003189

45

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



Name:                        Signature:                        Department:



**www.FairFutureAtTesla.org**

## GC EXHIBIT 070-043

TESLA-NLRB-003190

| Name: | Signature: | Department: |
|-------|-----------|-------------|



|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-044**

TESLA-NLRB-003191

47

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



www.FairFutureAtTesla.org

22-60493.4585

TESLA-NLRB-003192

Name:                    Signature:              Department:



 DRIVING A FAIR **FUTURE** AT TESLA           **www.FairFutureAtTesla.org**

**GC EXHIBIT 070-046**

22-60493.4586

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



| Name: | Signature: | Department: |
| --- | --- | --- |



**DRIVING A FAIR FUTURE** AT TESLA

/  **www.FairFutureAtTesla.org**

22-60493.4587

TESLA-NLRB-003194

| Name: | Signature: | Department: |
|---|---|---|
| **Redacted** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-048**

22-60493.4588

TESLA-NLRB-003195

## We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|-------|-----------|-------------|
| Redacted | | |
| | | |
| | | |



**www.FairFutureAtTesla.org**

22-60493.4589

TESLA-NLRB-003196

| Name: | Signature: | Department: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-050**

22-60493.4590

TESLA-NLRB-003197

86

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**





www.FairFutureAtTesla.org

**GC EXHIBIT 070-051**

TESLA-NLRB-003198

Name:                    Signature:                    Department:

# Redacted



DRIVING A FAIR
FUTURE
AT TESLA

www.FairFutureAtTesla.org

**GC EXHIBIT 070-052**

22-60493.4592

TESLA-NLRB-003199



# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective.  We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|---|---|---|
| Redacted | | |
| | | |
| | | |
| | | |
| | | |



**www.FairFutureAtTesla.org**

## GC EXHIBIT 070-053

22-60493.4593

TESLA-NLRB-003200

| Name: | Signature: | Department: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



DRIVING A FAIR
FUTURE
AT TESLA

www.FairFutureAtTesla.org

**GC EXHIBIT 070-054**

22-60493.4594

TESLA-NLRB-003201

91

## We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|---|---|---|
| Redacted | | |
| | | |
| | | |
| | | |
| | | |



**www.FairFutureAtTesla.org**

## GC EXHIBIT 070-055

TESLA-NLRB-003202

| Name: | Signature: | Department: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-056**

22-60493.4596

TESLA-NLRB-003203

114

## We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**

| Name: | Signature: | Department: |
|-------|-----------|-------------|
| Redacted | | |
| | | |
| | | |
| | | |
| | | |



**www.FairFutureAtTesla.org**

## GC EXHIBIT 070-057

TESLA-NLRB-003204

| Name: | Signature: | Department: |
|-------|-----------|-------------|
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |
|       |           |             |



www.FairFutureAtTesla.org

**GC EXHIBIT 070-058**

22-60493.4598

TESLA-NLRB-003205

# We Want to Know!

We, the hard-working people at Tesla, realize that in order for us to provide for our families and communities, we need to have a voice when it comes to our compensation. For far too long our compensation has been decided in a way that seems unfair and overly subjective. We deserve to have full access to information about the processes that determine our livelihoods.

We request that management answer the following questions:

1. What is the top hourly pay rate for each classification, and how long do we have to work to reach it?
2. What is the criteria we need to meet to reach each pay level?
3. How many workers are currently at each level?
4. What percentage of workers level-up during each review period?
5. What is the average raise workers receive during reviews?
6. How can management guarantee that this process is performed fairly?

We all work very hard to make the best cars in the world and feel that our hard work is taken for granted because our compensation does not reflect the cost of living here in the Bay Area. Our families and communities depend on us, and ultimately we are organizing to address these issues and more in a union contract.

**In signing below, we ask that management respond to the above questions within a week of receipt of this petition.**



Name:            Signature:            Department:



**www.FairFutureAtTesla.org**





www.FairFutureAtTesla.org

22-60493.4600

TESLA-NLRB-003207



 DRIVING A FAIR **FUTURE** AT TESLA

**www.FairFutureAtTesla.org**

**GC EXHIBIT 070-061**

TESLA-NLRB-003208





www.FairFutureAtTesla.org

22-60493.4602

TESLA-NLRB-003209

On Sep 8, 2017, at 10:30 AM, Dave Teston <dteston@tesla.com> wrote:

Steve,

I had a meeting with Will Locklear this morning.  One thing of note was hit hat.  He had a UAW hat on.  I told that I did not believe that wearing that is professional.  I did not tell him to take it off, but I asked if he felt that it was sending the wrong message.

This is directly from the Tesla policy:

## Personal Appearance

Dress, grooming and personal cleanliness standards contribute to the morale of all employees and affect Tesla's image. During working hours, you are expected to present a clean, neat, and professional appearance, and to dress according to the requirements of your position. Clothing must not bear slogans, graphics or other features that could be considered unprofessional and/or offensive to others and/or create a hostile work environment.

Overall, good judgment must be exercised in selecting clothing which is appropriate in the work environment.

If you appear for work inappropriately dressed, in Tesla's sole discretion, you will be sent home and directed to return to work in proper attire. If you are a non-exempt employee, you will not be compensated for the time away from work. If you have questions about the appropriateness of your personal appearance, please ask your supervisor or Human Resources.

Can I tell him to not wear the hat?  If he disagrees, can we escalate this to the warnings?

v/r,

**Dave Teston | Associate Production Manager |** Gigafactory 1

1 Electric Avenue | Sparks, NV 89434

c 775-229-5348 | dteston@tesla.com

**GC Exhibit 72**


<image001.gif>

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

.png> <image003.png> <image004.png>

TESLA-NLRB-003018

22-60493.4604

EXHIBIT NO. GC-72 RECEIVED ✓ REJECTED _____
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 10-9-18 REPORTER: LM


GC EXHIBIT 077



**GM**

Gerardo



Copy

Aug 10, 2017, 9:27 AM

Mosh getting packed

Due to these failures

Aug 10, 2017, 11:35 AM

Jayson is requesting a TeamWear Policy form or some sort of documentation

Okay let me get a copy of that. Please hold. I will come talk to him as well

I'm looking for one lol can't find it not under GA expectations

Sent u an email



Subject

iMessage

      

TESLA-NLRB-003243

GC-77

22-60493.4606

EXHIBIT NO. GC·77 RECEIVED ✓ REJECTED ————

32-CA-197?0

CASE NO. _____  CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 10-12-18 REPORTER: DM

## EXHIBIT EXCLUDED

Leading Case Number _32-CA-197020_

Leading Case Name _Tesla, Inc._

Exhibit Number _GC-78_

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn _____

2. Exhibit Rejected _____

3. Other (Explain) _Not Produced/Offered Yet_

_____

_____

Exhibit retained by _General Counsel_

_____

_Deborah Gonyaly_
**Court Reporter**

| From: | Raj Nanda </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3274FEA904194DF98FA08C92B4B8AAD5-RAJALAXMI N> |
|---|---|
| To: | Ricky Gecewich |
| Sent: | 10/6/2017 2:37:22 PM |
| Subject: | RE: ER Request: Workday Logs |
| Attachments: | Signon_History_for_jmoran.xlsx |

Yes. Here's his entire log in history. I have it filtered for September.

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager**   m:  404.825.0663  |  e:  rnanda@tesla.com
This e-mail is confidential and may be privileged.  Use or disclosure of it by anyone other than a designated recipient is unauthorized.  If you are not an intended recipient, please contact the sender and delete this e-mail. Thank you.

**From:** Ricky Gecewich
**Sent:** Friday, October 06, 2017 12:58 PM
**To:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

Hi Raj,

Can you please run a check and tell me how many times Jose accessed workday over the month of September.  I want to understand his overall pattern of use.

For example: are these the only times he was in the system in Sept or did he logon and search 200 times.

From what you showed me it sounded like we may be able to pull that information locally.

Thank you

Sent from mobile - please excuse typos

On Oct 6, 2017, at 11:53 AM, Raj Nanda <rnanda@tesla.com> wrote:

Privileged:

Hi Ricky – Here is what Workday was able to confirm based on additional direction we provided them on Wednesday. Of the users that have accessed the profile, the following users are not HR.
-   Tim Kai - Engineering Technician
-   Jose Moran - Lead Quality Inspector

User riortiz did not view the profile pages during this time.

Comment: Hi Raj,
Here is the break down of the users who viewed the profile page for workers Travis Pratt and Shaun Ives.

| Date-Time | User | Viewed Worker |
|---|---|---|
| 9/10/17 1:06 PM | jhedges / Josh Hedges | Travis Pratt |
| 9/10/17 1:14 PM | jhedges / Josh Hedges | Shaun Ives |

**GC EXHIBIT 079-001**

GC-79

TESLA-NLRB-001400

| | | |
|---|---|---|
| 9/10/17 3:33 PM | jhedges / Josh Hedges | Travis Pratt |
| 9/10/17 7:55 PM | rsanson / Rose Sanson | Shaun Ives |
| 9/11/17 7:18 AM | rsanson / Rose Sanson | Shaun Ives |
| 9/13/17 3:31 AM | tkai / Tim Kai | Travis Pratt |
| 9/13/17 10:25 PM | sschwarzer / Steven Schwarzer | Travis Pratt |
| 9/14/17 12:11 AM | kwashington / Krista Washington | Travis Pratt |
| 9/14/17 12:12 AM | kwashington / Krista Washington | Shaun Ives |
| 9/14/17 5:55 PM | jmoran / Jose Moran | Travis Pratt |
| 9/14/17 5:57 PM | jmoran / Jose Moran | Shaun Ives |

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager |** m:  404.825.0663 | e:  rnanda@tesla.com
This e-mail is confidential and may be privileged.  Use or disclosure of it by anyone other than a designated recipient is unauthorized.  If you are not
an intended recipient, please contact the sender and delete this e-mail. Thank you.


**From:** Ricky Gecewich
**Sent:** Wednesday, October 04, 2017 9:46 AM
**To:** Leonard Dandurand
**Cc:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

+ Leonard

Hi Leonard,

Adding you back on this thread in hopes to get an update or some movement.  This
sensitive request is almost two weeks old at this point and we should update Gaby and team
shortly.  Please let us know if you need any additional information or support from our team to
complete this request.

Thank you in advance for your assistance.

Regards, Ricky

**From:** Ricky Gecewich
**Sent:** Tuesday, October 3, 2017 10:44:09 AM
**To:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

Hi Raj, Please provide an update.  We would like to conclude this investigation as soon as possible
and will need these records to determine any action or next steps.  Thanks, Ricky

**From:** Ricky Gecewich
**Sent:** Thursday, September 28, 2017 12:58:32 PM
**To:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

Hi Raj,

I will be OOO tomorrow so I'm just checking in to see if we have any traction or updates on this
request?  Please be aware this case is being closely monitored by Gaby and I am providing
updates as they come in.  The results of this data pull will determine any next steps or action in this
case.

22-60493.4609

**GC EXHIBIT 079-002**

TESLA-NLRB-001401

Thanks, Ricky

___

**From:** Ricky Gecewich
**Sent:** Monday, September 25, 2017 3:01:40 PM
**To:** Raj Nanda
**Subject:** ER Request: Workday Logs

Hi Raj, Any updates on this?  Thanks

___

**From:** Ricky Gecewich
**Sent:** Friday, September 22, 2017 10:38 AM
**To:** Raj Nanda
**Subject:** Re: Request from assistance from employee relations

Hi Raj,

We are looking for a list of anyone that accessed the following Workday pages/profiles between September 10th and 16th, 2017:

- Travis Pratt
- Shaun Ives

It would be helpful to understand when the access occurred, what users accessed the pages and the timestamp for access.  If it further narrows how they accessed (ie desktop or mobile) that would be helpful as well.

Please let me know if you have any additional questions so we can help turn this around as soon as possible.

Thanks!  Ricky

___

**From:** Raj Nanda
**Sent:** Friday, September 22, 2017 10:30 AM
**To:** Ricky Gecewich
**Subject:** RE: Request from assistance from employee relations

Hi Ricky – Could you let me know which page access you are looking to investigate? I can put a high priority request with WD to generate the logs. Narrowing the scope (to a particular group) can get a faster turnaround.

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager** |  m:  404.825.0663  |  e:  rnanda@tesla.com
This e-mail is confidential and may be privileged.  Use or disclosure of it by anyone other than a designated recipient is unauthorized.  If you are not an intended recipient, please contact the sender and delete this e-mail. Thank you.

___

**From:** Leonard Dandurand
**Sent:** Friday, September 22, 2017 10:26 AM
**To:** Ricky Gecewich; Raj Nanda
**Subject:** RE: Request from assistance from employee relations

**GC EXHIBIT 079-003**

22-60493.4610

Hi Ricky!

Nice to meet you.

Raj Nanda is our HRIS Leader.  Raj – can you please help Ricky find what he needs?

**From:** Ricky Gecewich
**Sent:** Friday, September 22, 2017 10:11 AM
**To:** Leonard Dandurand <ldandurand@tesla.com>
**Subject:** Request from assistance from employee relations

Hi Leonard,

My name is Ricky and I'm on our employee relations team here at Tesla.  My team is responsible for investigating certain workplace concerns and I was hoping someone from your team can help with a time-sensitive request.

We are hoping to access Workday logs to see who visited two specific workday pages over a specific timeframe.  Please let me know who on your team is best to partner with so I can share additional details.

Thanks in advance for your assistance.

Regards, Ricky

**Ricky Gecewich | Employee Relations | Tesla**
e: ricky@tesla.com | c: (510) 552-5981

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Signon History for Person** | | | | | |
| 2 | **Person** | jmoran / Jose Moran (Workday Account) | | | | |
| 3 | **Signons** | | | | | |
| 4 | **Signon** | **Session Start** | **Workday Account** | **Session End** | **Active Session** | **Device Type** |
| 5 | jmoran / Jose Moran: 2017 10 06 06 24 12 961 -0700 | 10/6/2017 6:24 | jmoran / Jose Moran | | | Desktop |
| 6 | jmoran / Jose Moran: 2017 10 05 11 41 00 973 -0700 | 10/5/2017 11:41 | jmoran / Jose Moran | | | Desktop |
| 7 | jmoran / Jose Moran: 2017 10 02 09 16 15 760 -0700 | 10/2/2017 9:16 | jmoran / Jose Moran | | | Desktop |
| 8 | jmoran / Jose Moran: 2017 09 30 08 18 00 769 -0700 | 9/30/2017 8:18 | jmoran / Jose Moran | | | Desktop |
| 9 | jmoran / Jose Moran: 2017 09 28 10 03 34 393 -0700 | 9/28/2017 10:03 | jmoran / Jose Moran | | | Desktop |
| 10 | jmoran / Jose Moran: 2017 09 25 16 10 47 924 -0700 | 9/25/2017 16:10 | jmoran / Jose Moran | | | Desktop |
| 11 | jmoran / Jose Moran: 2017 09 24 11 38 36 670 -0700 | 9/24/2017 11:38 | jmoran / Jose Moran | | | Desktop |
| 12 | jmoran / Jose Moran: 2017 09 24 11 12 18 922 -0700 | 9/24/2017 11:12 | jmoran / Jose Moran | | | Desktop |
| 13 | jmoran / Jose Moran: 2017 09 24 10 36 52 958 -0700 | 9/24/2017 10:36 | jmoran / Jose Moran | 9/24/2017 11:12 | | Desktop |
| 14 | jmoran / Jose Moran: 2017 09 20 17 41 55 923 -0700 | 9/20/2017 17:41 | jmoran / Jose Moran | | | Desktop |
| 15 | jmoran / Jose Moran: 2017 09 20 17 23 50 381 -0700 | 9/20/2017 17:23 | jmoran / Jose Moran | 9/20/2017 17:41 | | Desktop |
| 16 | jmoran / Jose Moran: 2017 09 20 17 05 44 976 -0700 | 9/20/2017 17:05 | jmoran / Jose Moran | 9/20/2017 17:23 | | Desktop |
| 17 | jmoran / Jose Moran: 2017 09 20 16 47 39 362 -0700 | 9/20/2017 16:47 | jmoran / Jose Moran | 9/20/2017 17:05 | | Desktop |
| 18 | jmoran / Jose Moran: 2017 09 20 16 29 34 829 -0700 | 9/20/2017 16:29 | jmoran / Jose Moran | 9/20/2017 16:47 | | Desktop |
| 19 | jmoran / Jose Moran: 2017 09 20 16 11 30 498 -0700 | 9/20/2017 16:11 | jmoran / Jose Moran | 9/20/2017 16:29 | | Desktop |

22-60493.4612

**GC EXHIBIT 079-005**

TESLA-NLRB-001404

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | **Failed Signon** | **Invalid Credentials** | **Authentication Failure Message** | **Authentication Type for Signon** | **SAML Identity Provider** |
| 5 | | | | SAML | ADFS |
| 6 | | | | SAML | ADFS |
| 7 | | | | SAML | ADFS |
| 8 | | | | SAML | ADFS |
| 9 | | | | SAML | ADFS |
| 10 | | | | SAML | ADFS |
| 11 | | | | SAML | ADFS |
| 12 | | | | SAML | ADFS |
| 13 | | | | SAML | ADFS |
| 14 | | | | SAML | ADFS |
| 15 | | | | SAML | ADFS |
| 16 | | | | SAML | ADFS |
| 17 | | | | SAML | ADFS |
| 18 | | | | SAML | ADFS |
| 19 | | | | SAML | ADFS |

**GC EXHIBIT 079-006**

22-60493.4613

TESLA-NLRB-001405

|   | L | M | N |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | **Authentication Channel** | **ID** | **Session IP Address** |
| 5 | UI | a354d2 | 209.133.79.8 |
| 6 | UI | c2ca49 | 209.133.79.9 |
| 7 | UI | fe4c89 | 209.133.79.8 |
| 8 | UI | 26549a | 209.133.79.9 |
| 9 | UI | cc103d | 209.133.79.8 |
| 10 | UI | 1892b4 | 209.133.79.8 |
| 11 | UI | 752609 | 172.58.33.206 |
| 12 | UI | f2aac2 | 172.58.33.206 |
| 13 | UI | 2f31a0 | 172.58.33.206 |
| 14 | UI | c54574 | 209.133.79.6 |
| 15 | UI | d56f05 | 209.133.79.6 |
| 16 | UI | 1f8ebd | 209.133.79.6 |
| 17 | UI | 15afe1 | 209.133.79.6 |
| 18 | UI | 25a2a6 | 209.133.79.6 |
| 19 | UI | 9f9f04 | 209.133.79.6 |

**GC EXHIBIT 079-007**

TESLA-NLRB-001406

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 20 | jmoran / Jose Moran: 2017 09 20 15 53 26 255 -0700 | 9/20/2017 15:53 | jmoran / Jose Moran | 9/20/2017 16:11 | | Desktop |
| 21 | jmoran / Jose Moran: 2017 09 20 15 35 21 813 -0700 | 9/20/2017 15:35 | jmoran / Jose Moran | 9/20/2017 15:53 | | Desktop |
| 22 | jmoran / Jose Moran: 2017 09 20 15 17 17 120 -0700 | 9/20/2017 15:17 | jmoran / Jose Moran | 9/20/2017 15:35 | | Desktop |
| 23 | jmoran / Jose Moran: 2017 09 20 14 59 12 022 -0700 | 9/20/2017 14:59 | jmoran / Jose Moran | 9/20/2017 15:17 | | Desktop |
| 24 | jmoran / Jose Moran: 2017 09 20 14 41 07 301 -0700 | 9/20/2017 14:41 | jmoran / Jose Moran | 9/20/2017 14:59 | | Desktop |
| 25 | jmoran / Jose Moran: 2017 09 20 14 23 01 996 -0700 | 9/20/2017 14:23 | jmoran / Jose Moran | 9/20/2017 14:41 | | Desktop |
| 26 | jmoran / Jose Moran: 2017 09 20 14 04 56 834 -0700 | 9/20/2017 14:04 | jmoran / Jose Moran | 9/20/2017 14:23 | | Desktop |
| 27 | jmoran / Jose Moran: 2017 09 20 13 46 51 711 -0700 | 9/20/2017 13:46 | jmoran / Jose Moran | 9/20/2017 14:04 | | Desktop |
| 28 | jmoran / Jose Moran: 2017 09 20 13 28 46 437 -0700 | 9/20/2017 13:28 | jmoran / Jose Moran | 9/20/2017 13:46 | | Desktop |
| 29 | jmoran / Jose Moran: 2017 09 20 13 10 41 251 -0700 | 9/20/2017 13:10 | jmoran / Jose Moran | 9/20/2017 13:28 | | Desktop |
| 30 | jmoran / Jose Moran: 2017 09 20 12 52 36 672 -0700 | 9/20/2017 12:52 | jmoran / Jose Moran | 9/20/2017 13:10 | | Desktop |
| 31 | jmoran / Jose Moran: 2017 09 20 12 35 06 448 -0700 | 9/20/2017 12:35 | jmoran / Jose Moran | | | Desktop |
| 32 | jmoran / Jose Moran: 2017 09 20 12 34 59 759 -0700 | 9/20/2017 12:34 | jmoran / Jose Moran | | | Desktop |
| 33 | jmoran / Jose Moran: 2017 09 20 12 32 47 925 -0700 | 9/20/2017 12:32 | jmoran / Jose Moran | | | |
| 34 | jmoran / Jose Moran: 2017 09 20 12 30 55 658 -0700 | 9/20/2017 12:30 | jmoran / Jose Moran | 9/20/2017 12:52 | | Desktop |
| 35 | jmoran / Jose Moran: 2017 09 18 14 09 54 038 -0700 | 9/18/2017 14:09 | jmoran / Jose Moran | | | Desktop |
| 36 | jmoran / Jose Moran: 2017 09 18 13 51 47 988 -0700 | 9/18/2017 13:51 | jmoran / Jose Moran | 9/18/2017 14:09 | | Desktop |
| 37 | jmoran / Jose Moran: 2017 09 18 13 33 41 840 -0700 | 9/18/2017 13:33 | jmoran / Jose Moran | 9/18/2017 13:51 | | Desktop |

**GC EXHIBIT 079-008**

22-60493.4615

TESLA-NLRB-001407

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 20 | | | | SAML | ADFS |
| 21 | | | | SAML | ADFS |
| 22 | | | | SAML | ADFS |
| 23 | | | | SAML | ADFS |
| 24 | | | | SAML | ADFS |
| 25 | | | | SAML | ADFS |
| 26 | | | | SAML | ADFS |
| 27 | | | | SAML | ADFS |
| 28 | | | | SAML | ADFS |
| 29 | | | | SAML | ADFS |
| 30 | | | | SAML | ADFS |
| 31 | | | | SAML | ADFS |
| 32 | | | | SAML | ADFS |
| 33 | | | | Trusted | |
| 34 | | | | SAML | ADFS |
| 35 | | | | SAML | ADFS |
| 36 | | | | SAML | ADFS |
| 37 | | | | SAML | ADFS |

**GC EXHIBIT 079-009**

TESLA-NLRB-001408

|   | L | M | N |
|---|---|---|---|
| 20 | UI | c0a98f | 209.133.79.6 |
| 21 | UI | e1a971 | 209.133.79.6 |
| 22 | UI | a5f6b7 | 209.133.79.6 |
| 23 | UI | ce86de | 209.133.79.6 |
| 24 | UI | ba8d2d | 209.133.79.6 |
| 25 | UI | 650bfc | 209.133.79.6 |
| 26 | UI | 33d5e4 | 209.133.79.6 |
| 27 | UI | c2b179 | 209.133.79.6 |
| 28 | UI | 422bb4 | 209.133.79.6 |
| 29 | UI | d6f134 | 209.133.79.6 |
| 30 | UI | 7d1cad | 209.133.79.6 |
| 31 | UI | cf22af | 209.133.79.6 |
| 32 | UI | 85d10f | 209.133.79.6 |
| 33 | Web Services | f2c2d8 | Workday Internal |
| 34 | UI | 73904e | 209.133.79.6 |
| 35 | UI | a98301 | 209.133.79.5 |
| 36 | UI | ca793b | 209.133.79.5 |
| 37 | UI | 0083eb | 209.133.79.5 |

**GC EXHIBIT 079-010**

22-60493.4617

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 38 | jmoran / Jose Moran: 2017 09 17 16 57 39 240 -0700 | 9/17/2017 16:57 | jmoran / Jose Moran | | | Desktop |
| 39 | jmoran / Jose Moran: 2017 09 15 12 07 37 207 -0700 | 9/15/2017 12:07 | jmoran / Jose Moran | | | Desktop |
| 40 | jmoran / Jose Moran: 2017 09 14 21 03 53 615 -0700 | 9/14/2017 21:03 | jmoran / Jose Moran | | | Desktop |
| 41 | jmoran / Jose Moran: 2017 09 14 20 42 45 328 -0700 | 9/14/2017 20:42 | jmoran / Jose Moran | | | Desktop |
| 42 | jmoran / Jose Moran: 2017 09 14 17 47 35 459 -0700 | 9/14/2017 17:47 | jmoran / Jose Moran | | | Desktop |
| 43 | jmoran / Jose Moran: 2017 09 14 16 06 57 526 -0700 | 9/14/2017 16:06 | jmoran / Jose Moran | | | Desktop |
| 44 | jmoran / Jose Moran: 2017 09 14 14 12 29 211 -0700 | 9/14/2017 14:12 | jmoran / Jose Moran | | | Desktop |
| 45 | jmoran / Jose Moran: 2017 09 13 14 46 19 380 -0700 | 9/13/2017 14:46 | jmoran / Jose Moran | | | Desktop |
| 46 | jmoran / Jose Moran: 2017 09 08 20 45 25 414 -0700 | 9/8/2017 20:45 | jmoran / Jose Moran | | | Desktop |
| 47 | jmoran / Jose Moran: 2017 09 01 21 26 33 635 -0700 | 9/1/2017 21:26 | jmoran / Jose Moran | | | Desktop |
| 48 | jmoran / Jose Moran: 2017 08 31 11 32 32 638 -0700 | 8/31/2017 11:32 | jmoran / Jose Moran | | | Desktop |
| 49 | jmoran / Jose Moran: 2017 08 31 11 31 46 163 -0700 | 8/31/2017 11:31 | jmoran / Jose Moran | 8/31/2017 11:32 | | Desktop |
| 50 | jmoran / Jose Moran: 2017 08 31 10 29 18 052 -0700 | 8/31/2017 10:29 | jmoran / Jose Moran | | | Desktop |
| 51 | jmoran / Jose Moran: 2017 08 30 16 16 50 687 -0700 | 8/30/2017 16:16 | jmoran / Jose Moran | 8/30/2017 16:18 | | Desktop |
| 52 | jmoran / Jose Moran: 2017 08 30 13 02 08 776 -0700 | 8/30/2017 13:02 | jmoran / Jose Moran | | | Desktop |
| 53 | jmoran / Jose Moran: 2017 08 30 13 00 19 601 -0700 | 8/30/2017 13:00 | jmoran / Jose Moran | 8/30/2017 13:02 | | Desktop |
| 54 | jmoran / Jose Moran: 2017 08 30 06 00 00 867 -0700 | 8/30/2017 6:06 | jmoran / Jose Moran | | | Desktop |
| 55 | jmoran / Jose Moran: 2017 08 30 06 05 42 717 -0700 | 8/30/2017 6:05 | jmoran / Jose Moran | 8/30/2017 6:06 | | Desktop |

**GC EXHIBIT 079-011**

TESLA-NLRB-001410

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 38 | | | | SAML | ADFS |
| 39 | | | | SAML | ADFS |
| 40 | | | | SAML | ADFS |
| 41 | | | | SAML | ADFS |
| 42 | | | | SAML | ADFS |
| 43 | | | | SAML | ADFS |
| 44 | | | | SAML | ADFS |
| 45 | | | | SAML | ADFS |
| 46 | | | | SAML | ADFS |
| 47 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 48 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 49 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 50 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 51 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 52 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 53 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 54 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 55 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-012**

22-60493.4619

|    | L | M | N |
|----|---|---|---|
| 38 | UI | 1a4086 | 172.58.32.234 |
| 39 | UI | c363dc | 209.133.79.5 |
| 40 | UI | a1aaf7 | 67.187.200.16 |
| 41 | UI | ec8d9b | 67.187.200.16 |
| 42 | UI | 9d5f97 | 209.133.79.8 |
| 43 | UI | 2da6e8 | 209.133.79.8 |
| 44 | UI | 2bf620 | 209.133.79.8 |
| 45 | UI | ddc6eb | 209.133.79.5 |
| 46 | UI | 85b65c | 172.58.27.80 |
| 47 | UI | b8a0a2 | 67.187.200.16 |
| 48 | UI | cbfea1 | 209.133.79.9 |
| 49 | UI | 8004e6 | 209.133.79.9 |
| 50 | UI | 5b56c3 | 209.133.79.5 |
| 51 | UI | 28b85e | 209.133.79.9 |
| 52 | UI | 8f5bd1 | 209.133.79.5 |
| 53 | UI | b8605d | 209.133.79.5 |
| 54 | UI | 3d8529 | 209.133.79.8 |
| 55 | UI | ecb55f | 209.133.79.8 |

**GC EXHIBIT 079-013**

TESLA-NLRB-001412

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 56 | jmoran / Jose Moran: 2017 08 28 15 00 05 600 -0700 | 8/28/2017 15:00 | jmoran / Jose Moran | | | Desktop |
| 57 | jmoran / Jose Moran: 2017 08 28 14 59 45 608 -0700 | 8/28/2017 14:59 | jmoran / Jose Moran | 8/28/2017 15:00 | | Desktop |
| 58 | jmoran / Jose Moran: 2017 08 25 11 00 52 143 -0700 | 8/25/2017 11:00 | jmoran / Jose Moran | | | Desktop |
| 59 | jmoran / Jose Moran: 2017 08 25 11 00 25 156 -0700 | 8/25/2017 11:00 | jmoran / Jose Moran | 8/25/2017 11:00 | | Desktop |
| 60 | jmoran / Jose Moran: 2017 08 19 10 31 55 903 -0700 | 8/19/2017 10:31 | jmoran / Jose Moran | | | Desktop |
| 61 | jmoran / Jose Moran: 2017 08 17 09 35 24 074 -0700 | 8/17/2017 9:35 | jmoran / Jose Moran | | | Desktop |
| 62 | jmoran / Jose Moran: 2017 08 17 09 34 15 326 -0700 | 8/17/2017 9:34 | jmoran / Jose Moran | 8/17/2017 9:35 | | Desktop |
| 63 | jmoran / Jose Moran: 2017 08 16 13 41 39 007 -0700 | 8/16/2017 13:41 | jmoran / Jose Moran | | | Desktop |
| 64 | jmoran / Jose Moran: 2017 08 14 16 57 20 548 -0700 | 8/14/2017 16:57 | jmoran / Jose Moran | | | Desktop |
| 65 | jmoran / Jose Moran: 2017 08 12 12 38 27 477 -0700 | 8/12/2017 12:38 | jmoran / Jose Moran | | | Desktop |
| 66 | jmoran / Jose Moran: 2017 08 11 09 53 18 064 -0700 | 8/11/2017 9:53 | jmoran / Jose Moran | | | Desktop |
| 67 | jmoran / Jose Moran: 2017 08 10 20 48 25 166 -0700 | 8/10/2017 20:48 | jmoran / Jose Moran | | | Desktop |
| 68 | jmoran / Jose Moran: 2017 08 10 04 47 49 444 -0700 | 8/10/2017 4:47 | jmoran / Jose Moran | | | Desktop |
| 69 | jmoran / Jose Moran: 2017 08 09 14 00 31 107 -0700 | 8/9/2017 14:00 | jmoran / Jose Moran | | | Desktop |
| 70 | jmoran / Jose Moran: 2017 08 09 11 53 58 313 -0700 | 8/9/2017 11:53 | jmoran / Jose Moran | | | Desktop |
| 71 | jmoran / Jose Moran: 2017 08 08 21 01 30 632 -0700 | 8/8/2017 21:01 | jmoran / Jose Moran | | | Desktop |
| 72 | jmoran / Jose Moran: 2017 08 08 15 41 49 931 -0700 | 8/8/2017 15:41 | jmoran / Jose Moran | | | Desktop |
| 73 | jmoran / Jose Moran: 2017 08 08 15 38 24 530 -0700 | 8/8/2017 15:38 | jmoran / Jose Moran | 8/8/2017 15:41 | | Desktop |

**GC EXHIBIT 079-014**

22-60493.4621

**GC EXHIBIT 079-015**

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 56 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 57 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 58 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 59 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 60 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 61 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 62 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 63 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 64 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 65 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 66 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 67 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 68 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 69 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 70 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 71 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 72 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 73 | | | | SAML | kw6m86bjYRZOJXGPKUlB |

TESLA-NLRB-001414

|    | L | M | N |
|----|---|------|------------|
| 56 | UI | d3932b | 209.133.79.5 |
| 57 | UI | 883181 | 209.133.79.5 |
| 58 | UI | 70d852 | 209.133.79.7 |
| 59 | UI | 255044 | 209.133.79.7 |
| 60 | UI | 516215 | 209.133.79.8 |
| 61 | UI | 465488 | 209.133.79.8 |
| 62 | UI | fe375a | 209.133.79.8 |
| 63 | UI | 7e9eda | 209.133.79.5 |
| 64 | UI | 1f239d | 209.133.79.8 |
| 65 | UI | a98caf | 209.133.79.8 |
| 66 | UI | 334dd6 | 209.133.79.8 |
| 67 | UI | bb5b41 | 73.151.84.3 |
| 68 | UI | 7ec695 | 208.54.5.143 |
| 69 | UI | e34485 | 209.133.79.9 |
| 70 | UI | e5ef99 | 209.133.79.9 |
| 71 | UI | 92198a | 67.187.200.16 |
| 72 | UI | 11b0a8 | 209.133.79.9 |
| 73 | UI | 760a8f | 209.133.79.9 |

**GC EXHIBIT 079-016**

22-60493.4623

TESLA-NLRB-001415

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 74 | jmoran / Jose Moran: 2017 08 08 11 36 13 995 -0700 | 8/8/2017 11:36 | jmoran / Jose Moran | | | Desktop |
| 75 | jmoran / Jose Moran: 2017 08 08 11 31 36 960 -0700 | 8/8/2017 11:31 | jmoran / Jose Moran | 8/8/2017 11:36 | | Desktop |
| 76 | jmoran / Jose Moran: 2017 08 08 11 31 27 540 -0700 | 8/8/2017 11:31 | jmoran / Jose Moran | | | Desktop |
| 77 | jmoran / Jose Moran: 2017 08 08 11 31 27 541 -0700 | 8/8/2017 11:31 | jmoran / Jose Moran | | | Desktop |
| 78 | jmoran / Jose Moran: 2017 08 08 11 31 27 542 -0700 | 8/8/2017 11:31 | jmoran / Jose Moran | | | Desktop |
| 79 | jmoran / Jose Moran: 2017 08 08 10 45 58 445 -0700 | 8/8/2017 10:45 | jmoran / Jose Moran | | | Desktop |
| 80 | jmoran / Jose Moran: 2017 08 08 10 44 59 685 -0700 | 8/8/2017 10:44 | jmoran / Jose Moran | 8/8/2017 10:45 | | Desktop |
| 81 | jmoran / Jose Moran: 2017 08 08 10 43 13 339 -0700 | 8/8/2017 10:43 | jmoran / Jose Moran | 8/8/2017 10:44 | | Desktop |
| 82 | jmoran / Jose Moran: 2017 08 08 05 07 49 769 -0700 | 8/8/2017 5:07 | jmoran / Jose Moran | | | Desktop |
| 83 | jmoran / Jose Moran: 2017 08 07 21 04 48 865 -0700 | 8/7/2017 21:04 | jmoran / Jose Moran | | | Desktop |
| 84 | jmoran / Jose Moran: 2017 08 07 20 30 25 310 -0700 | 8/7/2017 20:30 | jmoran / Jose Moran | | | Desktop |
| 85 | jmoran / Jose Moran: 2017 08 05 17 36 11 472 -0700 | 8/5/2017 17:36 | jmoran / Jose Moran | | | Desktop |
| 86 | jmoran / Jose Moran: 2017 08 05 17 16 54 119 -0700 | 8/5/2017 17:16 | jmoran / Jose Moran | 8/5/2017 17:36 | | Desktop |
| 87 | jmoran / Jose Moran: 2017 08 05 13 56 01 568 -0700 | 8/5/2017 13:56 | jmoran / Jose Moran | | | Desktop |
| 88 | jmoran / Jose Moran: 2017 08 05 13 22 06 104 -0700 | 8/5/2017 13:22 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-017**

TESLA-NLRB-001416

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 74 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 75 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 76 | Yes | Yes | The SAML token is invalid. The current moment is after the time skew range of the issue date. | SAML | |
| 77 | Yes | Yes | The SAML token is invalid. The current moment is after the time skew range of the issue date. | SAML | |
| 78 | Yes | Yes | The SAML token is invalid. The current moment is after the time skew range of the issue date. | SAML | |
| 79 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 80 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 81 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 82 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 83 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 84 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 85 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 86 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 87 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 88 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-018**

TESLA-NLRB-001417

|  | L | M | N |
|---|---|---|---|
| 74 | UI | 96f653 | 209.133.79.9 |
| 75 | UI | 5ba4e9 | 209.133.79.9 |
| 76 | UI |  | 209.133.79.9 |
| 77 | UI |  | 209.133.79.9 |
| 78 | UI |  | 209.133.79.9 |
| 79 | UI | 4f6714 | 209.133.79.9 |
| 80 | UI | e1972f | 209.133.79.9 |
| 81 | UI | 7c9a84 | 209.133.79.9 |
| 82 | UI | 4a08b4 | 209.133.79.9 |
| 83 | UI | 4b54c0 | 67.187.200.16 |
| 84 | UI | ce7fb8 | 172.58.19.251 |
| 85 | UI | 99898d | 209.133.79.6 |
| 86 | UI | 77aa3c | 209.133.79.6 |
| 87 | UI | 263139 | 209.133.79.6 |
| 88 | UI | cddf3e | 209.133.79.6 |

**GC EXHIBIT 079-019**

TESLA-NLRB-001418

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 89 | jmoran / Jose Moran: 2017 08 03 14 12 26 713 -0700 | 8/3/2017 14:12 | jmoran / Jose Moran | | | Desktop |
| 90 | jmoran / Jose Moran: 2017 08 02 10 02 11 850 -0700 | 8/2/2017 10:02 | jmoran / Jose Moran | | | Desktop |
| 91 | jmoran / Jose Moran: 2017 07 31 13 33 51 081 -0700 | 7/31/2017 13:33 | jmoran / Jose Moran | | | Desktop |
| 92 | jmoran / Jose Moran: 2017 07 29 10 40 03 477 -0700 | 7/29/2017 10:40 | jmoran / Jose Moran | | | Desktop |
| 93 | jmoran / Jose Moran: 2017 07 29 10 37 27 240 -0700 | 7/29/2017 10:37 | jmoran / Jose Moran | 7/29/2017 10:40 | | Desktop |
| 94 | jmoran / Jose Moran: 2017 07 29 10 18 54 033 -0700 | 7/29/2017 10:18 | jmoran / Jose Moran | 7/29/2017 10:37 | | Desktop |
| 95 | jmoran / Jose Moran: 2017 07 28 11 45 01 115 -0700 | 7/28/2017 11:45 | jmoran / Jose Moran | | | Desktop |
| 96 | jmoran / Jose Moran: 2017 07 27 20 13 50 867 -0700 | 7/27/2017 20:13 | jmoran / Jose Moran | | | Desktop |
| 97 | jmoran / Jose Moran: 2017 07 27 20 12 33 964 -0700 | 7/27/2017 20:12 | jmoran / Jose Moran | 7/27/2017 20:13 | | Desktop |
| 98 | jmoran / Jose Moran: 2017 07 26 20 57 55 772 -0700 | 7/26/2017 20:57 | jmoran / Jose Moran | | | Desktop |
| 99 | jmoran / Jose Moran: 2017 07 26 16 53 15 411 -0700 | 7/26/2017 16:53 | jmoran / Jose Moran | | | Desktop |
| 100 | jmoran / Jose Moran: 2017 07 26 16 52 29 513 -0700 | 7/26/2017 16:52 | jmoran / Jose Moran | 7/26/2017 16:53 | | Desktop |
| 101 | jmoran / Jose Moran: 2017 07 25 11 46 45 844 -0700 | 7/25/2017 11:46 | jmoran / Jose Moran | | | Desktop |
| 102 | jmoran / Jose Moran: 2017 07 25 11 46 38 148 -0700 | 7/25/2017 11:46 | jmoran / Jose Moran | | | Desktop |
| 103 | jmoran / Jose Moran: 2017 07 18 20 21 00 113 -0700 | 7/18/2017 20:21 | jmoran / Jose Moran | | | Desktop |
| 104 | jmoran / Jose Moran: 2017 07 17 10 17 39 475 -0700 | 7/17/2017 10:17 | jmoran / Jose Moran | | | Desktop |
| 105 | jmoran / Jose Moran: 2017 07 08 17 32 22 023 -0700 | 7/8/2017 17:32 | jmoran / Jose Moran | | | Desktop |
| 106 | jmoran / Jose Moran: 2017 07 08 12 57 12 919 -0700 | 7/8/2017 12:57 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-020**

22-60493.4627

TESLA-NLRB-001420

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 89 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 90 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 91 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 92 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 93 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 94 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 95 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 96 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 97 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 98 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 99 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 100 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 101 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 102 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 103 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 104 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 105 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 106 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-021**

| | L | M | N |
|---|---|---|---|
| 89 | UI | ff8939 | 209.133.79.9 |
| 90 | UI | c9bfcb | 209.133.79.5 |
| 91 | UI | fd8171 | 209.133.79.6 |
| 92 | UI | 787145 | 209.133.79.6 |
| 93 | UI | 84d6df | 209.133.79.6 |
| 94 | UI | 59b685 | 209.133.79.6 |
| 95 | UI | fa0e65 | 209.133.79.9 |
| 96 | UI | 9144a7 | 172.58.28.200 |
| 97 | UI | 991907 | 172.58.28.200 |
| 98 | UI | be3881 | 67.187.200.16 |
| 99 | UI | fca4e5 | 209.133.79.8 |
| 100 | UI | cc793b | 209.133.79.8 |
| 101 | UI | fdd63e | 172.58.27.110 |
| 102 | UI | 815a84 | 172.58.27.110 |
| 103 | UI | 35dd92 | 172.58.36.51 |
| 104 | UI | 3703dd | 209.133.79.9 |
| 105 | UI | 9dd19c | 67.187.200.16 |
| 106 | UI | 280037 | 208.54.39.191 |

**GC EXHIBIT 079-022**

TESLA-NLRB-001421

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 107 | jmoran / Jose Moran: 2017 07 07 12 41 38 092 -0700 | 7/7/2017 12:41 | jmoran / Jose Moran | | | Desktop |
| 108 | jmoran / Jose Moran: 2017 07 07 12 41 33 313 -0700 | 7/7/2017 12:41 | jmoran / Jose Moran | 7/7/2017 12:41 | | Desktop |
| 109 | jmoran / Jose Moran: 2017 07 07 12 07 01 916 -0700 | 7/7/2017 12:07 | jmoran / Jose Moran | | | Desktop |
| 110 | jmoran / Jose Moran: 2017 07 07 09 54 48 400 -0700 | 7/7/2017 9:54 | jmoran / Jose Moran | | | Desktop |
| 111 | jmoran / Jose Moran: 2017 07 07 04 56 20 245 -0700 | 7/7/2017 4:56 | jmoran / Jose Moran | | | Desktop |
| 112 | jmoran / Jose Moran: 2017 07 01 10 45 25 606 -0700 | 7/1/2017 10:45 | jmoran / Jose Moran | | | Desktop |
| 113 | jmoran / Jose Moran: 2017 06 30 20 04 55 440 -0700 | 6/30/2017 20:04 | jmoran / Jose Moran | | | Desktop |
| 114 | jmoran / Jose Moran: 2017 06 28 08 50 46 422 -0700 | 6/28/2017 8:50 | jmoran / Jose Moran | | | Desktop |
| 115 | jmoran / Jose Moran: 2017 06 28 05 17 33 461 -0700 | 6/28/2017 5:17 | jmoran / Jose Moran | | | Desktop |
| 116 | jmoran / Jose Moran: 2017 06 22 21 44 08 613 -0700 | 6/22/2017 21:44 | jmoran / Jose Moran | | | Desktop |
| 117 | jmoran / Jose Moran: 2017 06 22 16 53 38 972 -0700 | 6/22/2017 16:53 | jmoran / Jose Moran | | | Desktop |
| 118 | jmoran / Jose Moran: 2017 06 16 04 32 43 427 -0700 | 6/16/2017 4:32 | jmoran / Jose Moran | | | Desktop |
| 119 | jmoran / Jose Moran: 2017 06 15 14 55 40 466 -0700 | 6/15/2017 14:55 | jmoran / Jose Moran | | | Desktop |
| 120 | jmoran / Jose Moran: 2017 06 15 09 53 06 890 -0700 | 6/15/2017 9:53 | jmoran / Jose Moran | | | Desktop |
| 121 | jmoran / Jose Moran: 2017 06 15 09 51 55 827 -0700 | 6/15/2017 9:51 | jmoran / Jose Moran | 6/15/2017 9:53 | | Desktop |
| 122 | jmoran / Jose Moran: 2017 06 12 04 51 48 441 -0700 | 6/12/2017 4:51 | jmoran / Jose Moran | | | Desktop |
| 123 | jmoran / Jose Moran: 2017 06 12 04 51 05 622 -0700 | 6/12/2017 4:51 | jmoran / Jose Moran | 6/12/2017 4:51 | | Desktop |
| 124 | jmoran / Jose Moran: 2017 06 10 19 50 36 441 -0700 | 6/10/2017 19:50 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-023**

TESLA-NLRB-001422

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 107 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 108 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 109 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 110 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 111 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 112 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 113 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 114 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 115 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 116 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 117 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 118 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 119 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 120 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 121 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 122 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 123 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 124 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-024**

22-60493.4631

TESLA-NLRB-001423

| | L | M | N |
|---|---|---|---|
| 107 | UI | 11888c | 209.133.79.5 |
| 108 | UI | c2bf75 | 209.133.79.5 |
| 109 | UI | 9eebde | 209.133.79.5 |
| 110 | UI | dc3c6b | 209.133.79.5 |
| 111 | UI | aaa6c6 | 209.133.79.5 |
| 112 | UI | cd449c | 172.56.31.170 |
| 113 | UI | 8755f9 | 67.187.200.16 |
| 114 | UI | 345fd1 | 209.133.79.6 |
| 115 | UI | 7d465c | 209.133.79.6 |
| 116 | UI | e6d8f4 | 67.187.200.16 |
| 117 | UI | f03806 | 172.58.33.209 |
| 118 | UI | 6df984 | 209.133.79.6 |
| 119 | UI | 9db0a5 | 209.133.79.6 |
| 120 | UI | 6ffaa0 | 209.133.79.6 |
| 121 | UI | c2bab2 | 209.133.79.6 |
| 122 | UI | 3df979 | 209.133.79.6 |
| 123 | UI | d88fe6 | 209.133.79.6 |
| 124 | UI | 70468f | 67.187.200.16 |

**GC EXHIBIT 079-025**

TESLA-NLRB-001424

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 125 | jmoran / Jose Moran: 2017 06 09 21 24 14 335 -0700 | 6/9/2017 21:24 | jmoran / Jose Moran | | | Desktop |
| 126 | jmoran / Jose Moran: 2017 06 08 09 57 36 939 -0700 | 6/8/2017 9:57 | jmoran / Jose Moran | | | Desktop |
| 127 | jmoran / Jose Moran: 2017 06 08 09 42 02 256 -0700 | 6/8/2017 9:42 | jmoran / Jose Moran | | | Desktop |
| 128 | jmoran / Jose Moran: 2017 06 07 11 30 00 740 -0700 | 6/7/2017 11:30 | jmoran / Jose Moran | | | Desktop |
| 129 | jmoran / Jose Moran: 2017 06 06 18 30 16 254 -0700 | 6/6/2017 18:30 | jmoran / Jose Moran | | | Desktop |
| 130 | jmoran / Jose Moran: 2017 06 06 09 50 17 903 -0700 | 6/6/2017 9:50 | jmoran / Jose Moran | | | Desktop |
| 131 | jmoran / Jose Moran: 2017 06 02 05 08 38 388 -0700 | 6/2/2017 5:08 | jmoran / Jose Moran | | | Desktop |
| 132 | jmoran / Jose Moran: 2017 06 01 18 07 03 145 -0700 | 6/1/2017 18:07 | jmoran / Jose Moran | | | Desktop |
| 133 | jmoran / Jose Moran: 2017 05 22 20 23 56 591 -0700 | 5/22/2017 20:23 | jmoran / Jose Moran | | | Desktop |
| 134 | jmoran / Jose Moran: 2017 05 22 17 07 14 291 -0700 | 5/22/2017 17:07 | jmoran / Jose Moran | | | Desktop |
| 135 | jmoran / Jose Moran: 2017 05 21 17 37 05 697 -0700 | 5/21/2017 17:37 | jmoran / Jose Moran | | | Desktop |
| 136 | jmoran / Jose Moran: 2017 05 21 12 43 34 270 -0700 | 5/21/2017 12:43 | jmoran / Jose Moran | | | Desktop |
| 137 | jmoran / Jose Moran: 2017 05 21 12 25 23 409 -0700 | 5/21/2017 12:25 | jmoran / Jose Moran | 5/21/2017 12:43 | | Desktop |
| 138 | jmoran / Jose Moran: 2017 05 21 12 07 16 437 -0700 | 5/21/2017 12:07 | jmoran / Jose Moran | | | |
| 139 | jmoran / Jose Moran: 2017 05 21 11 45 28 425 -0700 | 5/21/2017 11:45 | jmoran / Jose Moran | 5/21/2017 12:25 | | Desktop |
| 140 | jmoran / Jose Moran: 2017 05 21 11 35 07 040 -0700 | 5/21/2017 11:35 | jmoran / Jose Moran | 5/21/2017 11:45 | | Desktop |
| 141 | jmoran / Jose Moran: 2017 05 20 18 26 12 424 -0700 | 5/20/2017 18:26 | jmoran / Jose Moran | | | Desktop |
| 142 | jmoran / Jose Moran: 2017 05 18 05 02 06 933 -0700 | 5/18/2017 5:02 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-026**

22-60493.4633

22-60493.4634

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 125 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 126 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 127 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 128 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 129 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 130 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 131 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 132 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 133 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 134 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 135 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 136 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 137 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 138 | | | | Trusted | |
| 139 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 140 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 141 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 142 | | | | SAML | kw6m86bjYRZOJXGPKULB |

TESLA-NLRB-001426

|  | L | M | N |
|---|---|---|---|
| 125 | UI | b76f04 | 67.187.200.16 |
| 126 | UI | 788a2b | 209.133.79.5 |
| 127 | UI | 55b5bc | 209.133.79.5 |
| 128 | UI | 2f37c2 | 209.133.79.5 |
| 129 | UI | eba443 | 172.58.38.163 |
| 130 | UI | a90c46 | 209.133.79.6 |
| 131 | UI | 256cbd | 172.58.36.176 |
| 132 | UI | 944432 | 172.56.16.190 |
| 133 | UI | 87e082 | 24.2.57.252 |
| 134 | UI | 637d6f | 172.56.17.194 |
| 135 | UI | 87e955 | 172.56.39.164 |
| 136 | UI | d351fe | 24.2.57.252 |
| 137 | UI | 32bf2c | 24.2.57.252 |
| 138 | Web Services | 5b7726 | Workday Internal |
| 139 | UI | 08c8a3 | 24.2.57.252 |
| 140 | UI | 31ab0b | 24.2.57.252 |
| 141 | UI | 077b8e | 24.2.57.252 |
| 142 | UI | f12d55 | 172.58.32.26 |

**GC EXHIBIT 079-028**

22-60493.4635

TESLA-NLRB-001427

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 143 | jmoran / Jose Moran: 2017 05 14 09 46 54 713 -0700 | 5/14/2017 9:46 | jmoran / Jose Moran |  |  |  |
| 144 | jmoran / Jose Moran: 2017 05 14 09 44 49 438 -0700 | 5/14/2017 9:44 | jmoran / Jose Moran |  |  | Desktop |
| 145 | jmoran / Jose Moran: 2017 05 04 17 41 02 026 -0700 | 5/4/2017 17:41 | jmoran / Jose Moran |  |  | Desktop |
| 146 | jmoran / Jose Moran: 2017 05 04 16 30 03 723 -0700 | 5/4/2017 16:30 | jmoran / Jose Moran |  |  | Desktop |
| 147 | jmoran / Jose Moran: 2017 05 01 09 26 14 702 -0700 | 5/1/2017 9:26 | jmoran / Jose Moran |  |  | Desktop |
| 148 | jmoran / Jose Moran: 2017 04 29 07 51 07 940 -0700 | 4/29/2017 7:51 | jmoran / Jose Moran |  |  | Desktop |
| 149 | jmoran / Jose Moran: 2017 04 24 19 17 38 608 -0700 | 4/24/2017 19:17 | jmoran / Jose Moran |  |  | Desktop |
| 150 | jmoran / Jose Moran: 2017 04 23 09 25 52 899 -0700 | 4/23/2017 9:25 | jmoran / Jose Moran |  |  | Desktop |
| 151 | jmoran / Jose Moran: 2017 04 21 14 11 21 008 -0700 | 4/21/2017 14:11 | jmoran / Jose Moran |  |  | Desktop |
| 152 | jmoran / Jose Moran: 2017 04 20 21 56 43 938 -0700 | 4/20/2017 21:56 | jmoran / Jose Moran |  |  | Desktop |
| 153 | jmoran / Jose Moran: 2017 04 20 21 55 48 516 -0700 | 4/20/2017 21:55 | jmoran / Jose Moran | 4/20/2017 21:56 |  | Desktop |
| 154 | jmoran / Jose Moran: 2017 04 11 08 42 50 516 -0700 | 4/11/2017 8:42 | jmoran / Jose Moran |  |  | Desktop |
| 155 | jmoran / Jose Moran: 2017 04 11 07 52 25 017 -0700 | 4/11/2017 7:52 | jmoran / Jose Moran |  |  | Desktop |
| 156 | jmoran / Jose Moran: 2017 04 11 06 54 11 773 -0700 | 4/11/2017 6:54 | jmoran / Jose Moran |  |  | Desktop |
| 157 | jmoran / Jose Moran: 2017 04 11 06 51 25 028 -0700 | 4/11/2017 6:51 | jmoran / Jose Moran | 4/11/2017 6:54 |  | Desktop |
| 158 | jmoran / Jose Moran: 2017 04 08 10 39 18 900 -0700 | 4/8/2017 10:39 | jmoran / Jose Moran |  |  | Desktop |
| 159 | jmoran / Jose Moran: 2017 03 30 11 59 46 753 -0700 | 3/30/2017 11:59 | jmoran / Jose Moran |  |  | Desktop |
| 160 | jmoran / Jose Moran: 2017 03 21 10 05 48 978 -0700 | 3/21/2017 10:05 | jmoran / Jose Moran |  |  | Desktop |

**GC EXHIBIT 079-029**

TESLA-NLRB-001428

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 143 | | | | Trusted | |
| 144 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 145 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 146 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 147 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 148 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 149 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 150 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 151 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 152 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 153 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 154 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 155 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 156 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 157 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 158 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 159 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 160 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-030**

22-60493.4637

TESLA-NLRB-001429

| | L | M | N |
|---|---|---|---|
| 143 | Web Services | f24809 | Workday Internal |
| 144 | UI | 67a93d | 24.2.57.252 |
| 145 | UI | be6b68 | 172.58.35.112 |
| 146 | UI | 9bb971 | 24.2.57.252 |
| 147 | UI | 1220b8 | 24.2.57.252 |
| 148 | UI | fbc691 | 24.2.57.252 |
| 149 | UI | bc3ba1 | 172.58.35.165 |
| 150 | UI | 764a78 | 172.58.32.50 |
| 151 | UI | c6301d | 73.151.84.3 |
| 152 | UI | 3882fc | 172.58.35.134 |
| 153 | UI | 988c46 | 172.58.35.134 |
| 154 | UI | 7efde9 | 73.151.84.3 |
| 155 | UI | 3c6f9f | 73.151.84.3 |
| 156 | UI | 76c4b7 | 73.151.84.3 |
| 157 | UI | 98b2c3 | 73.151.84.3 |
| 158 | UI | 85a984 | 73.151.84.3 |
| 159 | UI | d41eb8 | 73.151.84.3 |
| 160 | UI | b17598 | 73.151.84.3 |

**GC EXHIBIT 079-031**

TESLA-NLRB-001430

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 161 | jmoran / Jose Moran: 2017 03 06 20 00 54 501 -0800 | 3/6/2017 20:00 | jmoran / Jose Moran | | | Desktop |
| 162 | jmoran / Jose Moran: 2017 03 03 09 01 04 952 -0800 | 3/3/2017 9:01 | jmoran / Jose Moran | | | Desktop |
| 163 | jmoran / Jose Moran: 2017 03 02 19 24 00 609 -0800 | 3/2/2017 19:24 | jmoran / Jose Moran | | | Desktop |
| 164 | jmoran / Jose Moran: 2017 02 28 04 51 15 824 -0800 | 2/28/2017 4:51 | jmoran / Jose Moran | | | Desktop |
| 165 | jmoran / Jose Moran: 2017 02 18 10 23 00 768 -0800 | 2/18/2017 10:23 | jmoran / Jose Moran | | | Desktop |
| 166 | jmoran / Jose Moran: 2017 02 16 18 27 16 457 -0800 | 2/16/2017 18:27 | jmoran / Jose Moran | | | Desktop |
| 167 | jmoran / Jose Moran: 2017 02 16 12 35 04 495 -0800 | 2/16/2017 12:35 | jmoran / Jose Moran | | | Desktop |
| 168 | jmoran / Jose Moran: 2017 02 11 13 27 38 142 -0800 | 2/11/2017 13:27 | jmoran / Jose Moran | | | Desktop |
| 169 | jmoran / Jose Moran: 2017 02 10 09 35 17 696 -0800 | 2/10/2017 9:35 | jmoran / Jose Moran | | | Desktop |
| 170 | jmoran / Jose Moran: 2017 02 10 09 32 50 633 -0800 | 2/10/2017 9:32 | jmoran / Jose Moran | 2/10/2017 9:35 | | Desktop |
| 171 | jmoran / Jose Moran: 2017 01 28 18 24 21 531 -0800 | 1/28/2017 18:24 | jmoran / Jose Moran | | | Desktop |
| 172 | jmoran / Jose Moran: 2017 01 28 18 04 36 919 -0800 | 1/28/2017 18:04 | jmoran / Jose Moran | 1/28/2017 18:23 | | Desktop |
| 173 | jmoran / Jose Moran: 2017 01 24 15 21 46 504 -0800 | 1/24/2017 15:21 | jmoran / Jose Moran | | | Desktop |
| 174 | jmoran / Jose Moran: 2017 01 24 15 03 30 577 -0800 | 1/24/2017 15:03 | jmoran / Jose Moran | 1/24/2017 15:21 | | Desktop |
| 175 | jmoran / Jose Moran: 2017 01 24 15 01 36 564 -0800 | 1/24/2017 15:01 | jmoran / Jose Moran | 1/24/2017 15:03 | | Desktop |
| 176 | jmoran / Jose Moran: 2017 01 23 10 00 25 818 -0800 | 1/23/2017 10:00 | jmoran / Jose Moran | | | Desktop |
| 177 | jmoran / Jose Moran: 2017 01 23 09 59 00 124 -0800 | 1/23/2017 9:59 | jmoran / Jose Moran | 1/23/2017 10:00 | | Desktop |
| 178 | jmoran / Jose Moran: 2017 01 22 11 10 57 966 -0800 | 1/22/2017 11:10 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-032**

22-60493.4639

22-60493.4640

|   | G | H | I | J | K |
|---|---|---|---|---|---|
| 161 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 162 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 163 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 164 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 165 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 166 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 167 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 168 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 169 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 170 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 171 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 172 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 173 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 174 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 175 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 176 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 177 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |
| 178 |  |  |  | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-033**

TESLA-NLRB-001432

|     | L | M | N |
| --- | --- | --- | --- |
| 161 | UI | 4493d5 | 73.151.84.3 |
| 162 | UI | df841a | 209.133.79.5 |
| 163 | UI | 9ab783 | 73.151.84.3 |
| 164 | UI | 651ed9 | 172.58.25.3 |
| 165 | UI | 10559a | 73.151.84.3 |
| 166 | UI | 315d63 | 172.58.25.129 |
| 167 | UI | f6a1d8 | 209.133.79.8 |
| 168 | UI | f20d04 | 172.58.73.123 |
| 169 | UI | 9e4b8a | 209.133.79.8 |
| 170 | UI | faf5d9 | 209.133.79.8 |
| 171 | UI | d8dd06 | 172.58.25.245 |
| 172 | UI | 25a99d | 172.58.25.245 |
| 173 | UI | 9bcd36 | 172.58.72.1 |
| 174 | UI | a3040e | 172.58.72.1 |
| 175 | UI | d64636 | 172.58.72.1 |
| 176 | UI | 1e94d3 | 209.133.79.8 |
| 177 | UI | 89d589 | 209.133.79.8 |
| 178 | UI | 49586a | 172.58.46.240 |

**GC EXHIBIT 079-034**

22-60493.4641

TESLA-NLRB-001433

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 179 | jmoran / Jose Moran: 2017 01 22 09 27 58 391 -0800 | 1/22/2017 9:27 | jmoran / Jose Moran |  |  | Desktop |
| 180 | jmoran / Jose Moran: 2017 01 21 12 20 21 184 -0800 | 1/21/2017 12:20 | jmoran / Jose Moran |  |  | Desktop |
| 181 | jmoran / Jose Moran: 2017 01 21 12 02 06 629 -0800 | 1/21/2017 12:02 | jmoran / Jose Moran | 1/21/2017 12:20 |  | Desktop |
| 182 | jmoran / Jose Moran: 2017 01 21 12 00 31 631 -0800 | 1/21/2017 12:00 | jmoran / Jose Moran | 1/21/2017 12:02 |  | Desktop |
| 183 | jmoran / Jose Moran: 2017 01 21 07 28 34 980 -0800 | 1/21/2017 7:28 | jmoran / Jose Moran |  |  | Desktop |
| 184 | jmoran / Jose Moran: 2017 01 17 06 55 20 488 -0800 | 1/17/2017 6:55 | jmoran / Jose Moran |  |  | Desktop |
| 185 | jmoran / Jose Moran: 2017 01 17 06 37 05 559 -0800 | 1/17/2017 6:37 | jmoran / Jose Moran | 1/17/2017 6:55 |  | Desktop |
| 186 | jmoran / Jose Moran: 2017 01 17 06 18 52 983 -0800 | 1/17/2017 6:18 | jmoran / Jose Moran | 1/17/2017 6:37 |  | Desktop |
| 187 | jmoran / Jose Moran: 2017 01 17 06 00 40 437 -0800 | 1/17/2017 6:00 | jmoran / Jose Moran | 1/17/2017 6:18 |  | Desktop · |
| 188 | jmoran / Jose Moran: 2017 01 17 05 42 27 308 -0800 | 1/17/2017 5:42 | jmoran / Jose Moran | 1/17/2017 6:00 |  | Desktop |
| 189 | jmoran / Jose Moran: 2017 01 17 05 24 09 041 -0800 | 1/17/2017 5:24 | jmoran / Jose Moran | 1/17/2017 5:42 |  | Desktop |
| 190 | jmoran / Jose Moran: 2017 01 08 07 27 46 014 -0800 | 1/8/2017 7:27 | jmoran / Jose Moran |  |  | Desktop |
| 191 | jmoran / Jose Moran: 2017 01 08 07 09 26 504 -0800 | 1/8/2017 7:09 | jmoran / Jose Moran | 1/8/2017 7:27 |  | Desktop |
| 192 | jmoran / Jose Moran: 2017 01 08 06 51 04 764 -0800 | 1/8/2017 6:51 | jmoran / Jose Moran | 1/8/2017 7:09 |  | Desktop |
| 193 | jmoran / Jose Moran: 2017 01 08 06 32 38 658 -0800 | 1/8/2017 6:32 | jmoran / Jose Moran | 1/8/2017 6:50 |  | Desktop |
| 194 | jmoran / Jose Moran: 2017 01 08 06 14 16 782 -0800 | 1/8/2017 6:14 | jmoran / Jose Moran | 1/8/2017 6:32 |  | Desktop |
| 195 | jmoran / Jose Moran: 2016 12 29 04 57 48 012 -0800 | 12/29/2016 4:57 | jmoran / Jose Moran |  |  | Desktop |
| 196 | jmoran / Jose Moran: 2016 12 29 04 57 48 115 -0800 | 12/29/2016 4:57 | jmoran / Jose Moran |  |  | Desktop |

**GC EXHIBIT 079-035**

TESLA-NLRB-001434

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 179 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 180 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 181 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 182 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 183 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 184 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 185 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 186 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 187 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 188 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 189 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 190 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 191 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 192 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 193 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 194 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 195 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 196 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-036**

22-60493.4643

TESLA-NLRB-001435

|  | L | M | N |
|---|---|---|---|
| 179 | UI | eada34 | 172.58.46.240 |
| 180 | UI | c23dd1 | 172.58.22.205 |
| 181 | UI | b57594 | 172.58.22.205 |
| 182 | UI | a8e903 | 172.58.22.205 |
| 183 | UI | 945615 | 172.58.36.66 |
| 184 | UI | 940fc1 | 209.133.79.8 |
| 185 | UI | 1095f8 | 209.133.79.8 |
| 186 | UI | 45d5de | 209.133.79.8 |
| 187 | UI | 5eed95 | 209.133.79.8 |
| 188 | UI | bde0e4 | 209.133.79.8 |
| 189 | UI | 0dbe28 | 209.133.79.8 |
| 190 | UI | 746eab | 172.58.38.217 |
| 191 | UI | bc3579 | 172.58.38.217 |
| 192 | UI | c07eae | 172.58.38.217 |
| 193 | UI | 6e0ff1 | 172.58.38.217 |
| 194 | UI | cf8a7e | 172.58.38.217 |
| 195 | UI | 02519c | 172.58.36.41 |
| 196 | UI | c28e1e | 172.58.36.41 |

**GC EXHIBIT 079-037**

TESLA-NLRB-001436

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 197 | jmoran / Jose Moran: 2016 12 29 04 40 22 577 -0800 | 12/29/2016 4:40 | jmoran / Jose Moran | | | Desktop |
| 198 | jmoran / Jose Moran: 2016 12 29 04 38 59 507 -0800 | 12/29/2016 4:38 | jmoran / Jose Moran | 12/29/2016 4:57 | | Desktop |
| 199 | jmoran / Jose Moran: 2016 12 29 04 36 23 735 -0800 | 12/29/2016 4:36 | jmoran / Jose Moran | | | |
| 200 | jmoran / Jose Moran: 2016 12 29 04 34 55 895 -0800 | 12/29/2016 4:34 | jmoran / Jose Moran | 12/29/2016 4:38 | | Desktop |
| 201 | jmoran / Jose Moran: 2016 12 20 08 53 53 442 -0800 | 12/20/2016 8:53 | jmoran / Jose Moran | | | Desktop |
| 202 | jmoran / Jose Moran: 2016 12 20 08 31 33 952 -0800 | 12/20/2016 8:31 | jmoran / Jose Moran | 12/20/2016 8:53 | | Desktop |
| 203 | jmoran / Jose Moran: 2016 12 20 08 13 10 054 -0800 | 12/20/2016 8:13 | jmoran / Jose Moran | 12/20/2016 8:31 | | Desktop |
| 204 | jmoran / Jose Moran: 2016 12 20 07 52 59 795 -0800 | 12/20/2016 7:52 | jmoran / Jose Moran | 12/20/2016 8:12 | | Desktop |
| 205 | jmoran / Jose Moran: 2016 12 20 07 32 11 173 -0800 | 12/20/2016 7:32 | jmoran / Jose Moran | 12/20/2016 7:52 | | Desktop |
| 206 | jmoran / Jose Moran: 2016 12 20 07 13 45 807 -0800 | 12/20/2016 7:13 | jmoran / Jose Moran | 12/20/2016 7:31 | | Desktop |
| 207 | jmoran / Jose Moran: 2016 12 20 07 13 12 496 -0800 | 12/20/2016 7:13 | jmoran / Jose Moran | 12/20/2016 7:13 | | Desktop |
| 208 | jmoran / Jose Moran: 2016 12 15 20 46 57 769 -0800 | 12/15/2016 20:46 | jmoran / Jose Moran | | | Desktop |
| 209 | jmoran / Jose Moran: 2016 12 15 14 21 03 248 -0800 | 12/15/2016 14:21 | jmoran / Jose Moran | 12/15/2016 14:21 | | Desktop |
| 210 | jmoran / Jose Moran: 2016 12 15 14 21 03 578 -0800 | 12/15/2016 14:21 | jmoran / Jose Moran | | | Desktop |
| 211 | jmoran / Jose Moran: 2016 12 15 14 21 02 291 -0800 | 12/15/2016 14:21 | jmoran / Jose Moran | 12/15/2016 14:21 | | Desktop |
| 212 | jmoran / Jose Moran: 2016 12 15 14 00 48 104 -0800 | 12/15/2016 14:00 | jmoran / Jose Moran | | | Desktop |
| 213 | jmoran / Jose Moran: 2016 12 15 14 00 48 115 -0800 | 12/15/2016 14:00 | jmoran / Jose Moran | 12/15/2016 14:20 | | Desktop |
| 214 | jmoran / Jose Moran: 2016 12 15 14 00 47 608 -0800 | 12/15/2016 14:00 | jmoran / Jose Moran | 12/15/2016 14:00 | | Desktop |

**GC EXHIBIT 079-038**

22-60493.4645

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 197 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 198 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 199 | | | | Trusted | |
| 200 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 201 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 202 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 203 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 204 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 205 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 206 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 207 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 208 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 209 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 210 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 211 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 212 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 213 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 214 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-039**

TESLA-NLRB-001438

|  | L | M | N |
|---|---|---|---|
| 197 | UI | be5f70 | 172.58.36.41 |
| 198 | UI | 4b0c14 | 172.58.36.41 |
| 199 | Web Services | 3f9b48 | Workday Internal |
| 200 | UI | 22f087 | 172.58.36.41 |
| 201 | UI | e36e22 | 172.58.32.244 |
| 202 | UI | 2cd688 | 172.58.32.244 |
| 203 | UI | 28091e | 172.58.32.244 |
| 204 | UI | 2bcbd8 | 172.58.32.244 |
| 205 | UI | d580c1 | 172.58.32.244 |
| 206 | UI | 23ce92 | 209.133.79.8 |
| 207 | UI | ba8fb9 | 209.133.79.8 |
| 208 | UI | e004c3 | 172.56.38.37 |
| 209 | UI | 7b3976 | 172.58.32.79 |
| 210 | UI | 4ab660 | 172.58.32.79 |
| 211 | UI | 139f45 | 172.58.32.79 |
| 212 | UI | 9fd3a1 | 172.58.32.79 |
| 213 | UI | e7f40e | 172.58.32.79 |
| 214 | UI | 37713a | 172.58.32.79 |

**GC EXHIBIT 079-040**

22-60493.4647

TESLA-NLRB-001439

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 215 | jmoran / Jose Moran: 2016 12 15 13 37 27 587 -0800 | 12/15/2016 13:37 | jmoran / Jose Moran | | | Desktop |
| 216 | jmoran / Jose Moran: 2016 12 15 13 37 27 622 -0800 | 12/15/2016 13:37 | jmoran / Jose Moran | 12/15/2016 14:00 | | Desktop |
| 217 | jmoran / Jose Moran: 2016 12 15 13 35 52 666 -0800 | 12/15/2016 13:35 | jmoran / Jose Moran | 12/15/2016 13:37 | | Desktop |
| 218 | jmoran / Jose Moran: 2016 12 15 13 15 20 084 -0800 | 12/15/2016 13:15 | jmoran / Jose Moran | 12/15/2016 13:15 | | Desktop |
| 219 | jmoran / Jose Moran: 2016 12 15 13 15 20 840 -0800 | 12/15/2016 13:15 | jmoran / Jose Moran | 12/15/2016 13:34 | | Desktop |
| 220 | jmoran / Jose Moran: 2016 12 15 13 15 12 836 -0800 | 12/15/2016 13:15 | jmoran / Jose Moran | 12/15/2016 13:15 | | Desktop |
| 221 | jmoran / Jose Moran: 2016 12 15 12 53 19 702 -0800 | 12/15/2016 12:53 | jmoran / Jose Moran | 12/15/2016 13:14 | | Desktop |
| 222 | jmoran / Jose Moran: 2016 12 15 12 53 14 426 -0800 | 12/15/2016 12:53 | jmoran / Jose Moran | 12/15/2016 12:53 | | Desktop |
| 223 | jmoran / Jose Moran: 2016 12 15 12 53 14 737 -0800 | 12/15/2016 12:53 | jmoran / Jose Moran | 12/15/2016 12:53 | | Desktop |
| 224 | jmoran / Jose Moran: 2016 12 15 12 30 29 049 -0800 | 12/15/2016 12:30 | jmoran / Jose Moran | 12/15/2016 12:52 | | Desktop |
| 225 | jmoran / Jose Moran: 2016 12 15 12 11 04 420 -0800 | 12/15/2016 12:11 | jmoran / Jose Moran | 12/15/2016 12:30 | | Desktop |
| 226 | jmoran / Jose Moran: 2016 12 15 12 09 42 181 -0800 | 12/15/2016 12:09 | jmoran / Jose Moran | 12/15/2016 12:11 | | Desktop |
| 227 | jmoran / Jose Moran: 2016 12 13 10 25 26 862 -0800 | 12/13/2016 10:25 | jmoran / Jose Moran | | | Desktop |
| 228 | jmoran / Jose Moran: 2016 12 13 05 21 59 712 -0800 | 12/13/2016 5:21 | jmoran / Jose Moran | | | Desktop |
| 229 | jmoran / Jose Moran: 2016 12 13 05 21 30 496 -0800 | 12/13/2016 5:21 | jmoran / Jose Moran | 12/13/2016 5:21 | | Desktop |
| 230 | jmoran / Jose Moran: 2016 12 13 05 18 21 623 -0800 | 12/13/2016 5:18 | jmoran / Jose Moran | 12/13/2016 5:21 | | Desktop |
| 231 | jmoran / Jose Moran: 2016 12 13 05 03 39 845 -0800 | 12/13/2016 5:03 | jmoran / Jose Moran | | | |
| 232 | jmoran / Jose Moran: 2016 12 13 05 02 32 731 -0800 | 12/13/2016 5:02 | jmoran / Jose Moran | 12/13/2016 5:18 | | Desktop |

**GC EXHIBIT 079-041**

TESLA-NLRB-001440

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 215 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 216 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 217 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 218 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 219 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 220 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 221 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 222 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 223 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 224 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 225 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 226 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 227 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 228 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 229 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 230 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 231 | | | | Trusted | |
| 232 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-042**

22-60493.4649

|     | L | M | N |
| --- | --- | --- | --- |
| 215 | UI | 99506d | 172.58.32.79 |
| 216 | UI | 818e5c | 172.58.32.79 |
| 217 | UI | fbcd6d | 172.58.32.79 |
| 218 | UI | ddbd0e | 172.58.32.79 |
| 219 | UI | 5196ba | 172.58.32.79 |
| 220 | UI | 6e7d7f | 172.58.32.79 |
| 221 | UI | adae47 | 172.58.32.79 |
| 222 | UI | 0c790f | 172.58.32.79 |
| 223 | UI | ccd60e | 172.58.32.79 |
| 224 | UI | 453c8e | 172.58.32.79 |
| 225 | UI | f431d7 | 172.58.32.79 |
| 226 | UI | f888d8 | 172.58.32.79 |
| 227 | UI | 718a25 | 209.133.79.8 |
| 228 | UI | 8028b5 | 209.133.79.8 |
| 229 | UI | a47582 | 209.133.79.8 |
| 230 | UI | d3f88b | 209.133.79.8 |
| 231 | Web Services | a69e47 | Workday Internal |
| 232 | UI | 1f8c3f | 172.58.36.241 |

**GC EXHIBIT 079-043**

TESLA-NLRB-001442

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 233 | jmoran / Jose Moran: 2016 12 11 20 51 20 869 -0800 | 12/11/2016 20:51 | jmoran / Jose Moran | | | Desktop |
| 234 | jmoran / Jose Moran: 2016 12 11 08 16 26 689 -0800 | 12/11/2016 8:16 | jmoran / Jose Moran | | | Desktop |
| 235 | jmoran / Jose Moran: 2016 12 09 20 57 48 801 -0800 | 12/9/2016 20:57 | jmoran / Jose Moran | | | Desktop |
| 236 | jmoran / Jose Moran: 2016 12 09 20 39 34 439 -0800 | 12/9/2016 20:39 | jmoran / Jose Moran | 12/9/2016 20:57 | | Desktop |
| 237 | jmoran / Jose Moran: 2016 12 09 20 20 01 389 -0800 | 12/9/2016 20:20 | jmoran / Jose Moran | 12/9/2016 20:39 | | Desktop |
| 238 | jmoran / Jose Moran: 2016 12 07 20 42 15 216 -0800 | 12/7/2016 20:42 | jmoran / Jose Moran | | | Desktop |
| 239 | jmoran / Jose Moran: 2016 12 06 19 20 42 799 -0800 | 12/6/2016 19:20 | jmoran / Jose Moran | | | Desktop |
| 240 | jmoran / Jose Moran: 2016 12 06 18 57 16 257 -0800 | 12/6/2016 18:57 | jmoran / Jose Moran | 12/6/2016 19:20 | | Desktop |
| 241 | jmoran / Jose Moran: 2016 12 06 04 46 26 289 -0800 | 12/6/2016 4:46 | jmoran / Jose Moran | | | Desktop |
| 242 | jmoran / Jose Moran: 2016 12 06 04 44 48 313 -0800 | 12/6/2016 4:44 | jmoran / Jose Moran | 12/6/2016 4:46 | | Desktop |
| 243 | jmoran / Jose Moran: 2016 12 05 19 31 15 557 -0800 | 12/5/2016 19:31 | jmoran / Jose Moran | | | Desktop |
| 244 | jmoran / Jose Moran: 2016 12 05 19 25 18 304 -0800 | 12/5/2016 19:25 | jmoran / Jose Moran | 12/5/2016 19:31 | | Desktop |
| 245 | jmoran / Jose Moran: 2016 12 02 16 09 45 746 -0800 | 12/2/2016 16:09 | jmoran / Jose Moran | | | Desktop |
| 246 | jmoran / Jose Moran: 2016 12 02 16 08 23 652 -0800 | 12/2/2016 16:08 | jmoran / Jose Moran | 12/2/2016 16:09 | | Desktop |
| 247 | jmoran / Jose Moran: 2016 12 01 10 25 51 335 -0800 | 12/1/2016 10:25 | jmoran / Jose Moran | | | Desktop |
| 248 | jmoran / Jose Moran: 2016 12 01 10 25 50 893 -0800 | 12/1/2016 10:25 | jmoran / Jose Moran | 12/1/2016 10:25 | | Desktop |
| 249 | jmoran / Jose Moran: 2016 12 01 10 05 20 003 -0800 | 12/1/2016 10:05 | jmoran / Jose Moran | 12/1/2016 10:25 | | Desktop |
| 250 | jmoran / Jose Moran: 2016 12 01 10 04 49 221 -0800 | 12/1/2016 10:04 | jmoran / Jose Moran | 12/1/2016 10:05 | | Desktop |

**GC EXHIBIT 079-044**

22-60493.4651

TESLA-NLRB-001444

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 233 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 234 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 235 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 236 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 237 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 238 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 239 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 240 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 241 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 242 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 243 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 244 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 245 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 246 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 247 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 248 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 249 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 250 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-045**

|     | L | M | N |
| --- | --- | --- | --- |
| 233 | UI | 672a88 | 172.56.38.83 |
| 234 | UI | 31c937 | 172.56.39.175 |
| 235 | UI | 3eaeb8 | 172.58.39.80 |
| 236 | UI | e944aa | 172.58.39.80 |
| 237 | UI | bc38c6 | 172.58.39.80 |
| 238 | UI | 179042 | 172.58.32.6 |
| 239 | UI | 5fcbab | 172.58.33.39 |
| 240 | UI | 54d66c | 172.58.33.39 |
| 241 | UI | e7320f | 172.58.39.11 |
| 242 | UI | 0dd1c5 | 172.58.39.11 |
| 243 | UI | 05c46e | 172.56.38.55 |
| 244 | UI | 24d354 | 172.56.38.55 |
| 245 | UI | 35e48f | 172.56.39.53 |
| 246 | UI | 3db8f2 | 172.56.39.53 |
| 247 | UI | 8f8b25 | 209.133.79.9 |
| 248 | UI | 3b7bfe | 209.133.79.9 |
| 249 | UI | fc4139 | 209.133.79.9 |
| 250 | UI | 21eae2 | 209.133.79.9 |

**GC EXHIBIT 079-046**

TESLA-NLRB-001445

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 251 | jmoran / Jose Moran: 2016 11 30 19 43 59 244 -0800 | 11/30/2016 19:43 | jmoran / Jose Moran |  |  | Desktop |
| 252 | jmoran / Jose Moran: 2016 11 30 19 43 58 962 -0800 | 11/30/2016 19:43 | jmoran / Jose Moran | 11/30/2016 19:43 |  | Desktop |
| 253 | jmoran / Jose Moran: 2016 11 30 19 22 58 656 -0800 | 11/30/2016 19:22 | jmoran / Jose Moran | 11/30/2016 19:43 |  | Desktop |
| 254 | jmoran / Jose Moran: 2016 11 30 19 21 55 720 -0800 | 11/30/2016 19:21 | jmoran / Jose Moran | 11/30/2016 19:22 |  | Desktop |
| 255 | jmoran / Jose Moran: 2016 11 24 13 53 35 670 -0800 | 11/24/2016 13:53 | jmoran / Jose Moran |  |  | Desktop |
| 256 | jmoran / Jose Moran: 2016 11 24 13 30 03 239 -0800 | 11/24/2016 13:30 | jmoran / Jose Moran | 11/24/2016 13:53 |  | Desktop |
| 257 | jmoran / Jose Moran: 2016 11 24 10 24 48 728 -0800 | 11/24/2016 10:24 | jmoran / Jose Moran |  |  | Desktop |
| 258 | jmoran / Jose Moran: 2016 11 23 04 25 24 254 -0800 | 11/23/2016 4:25 | jmoran / Jose Moran |  |  | Desktop |
| 259 | jmoran / Jose Moran: 2016 11 23 04 06 36 617 -0800 | 11/23/2016 4:06 | jmoran / Jose Moran | 11/23/2016 4:25 |  | Desktop |
| 260 | jmoran / Jose Moran: 2016 11 23 03 46 47 450 -0800 | 11/23/2016 3:46 | jmoran / Jose Moran | 11/23/2016 4:06 |  | Desktop |
| 261 | jmoran / Jose Moran: 2016 11 23 03 28 16 325 -0800 | 11/23/2016 3:28 | jmoran / Jose Moran | 11/23/2016 3:46 |  | Desktop |
| 262 | jmoran / Jose Moran: 2016 11 23 03 09 33 065 -0800 | 11/23/2016 3:09 | jmoran / Jose Moran | 11/23/2016 3:28 |  | Desktop |
| 263 | jmoran / Jose Moran: 2016 11 23 02 49 21 492 -0800 | 11/23/2016 2:49 | jmoran / Jose Moran | 11/23/2016 3:09 |  | Desktop |
| 264 | jmoran / Jose Moran: 2016 11 23 02 26 29 678 -0800 | 11/23/2016 2:26 | jmoran / Jose Moran | 11/23/2016 2:49 |  | Desktop |
| 265 | jmoran / Jose Moran: 2016 11 23 02 07 33 215 -0800 | 11/23/2016 2:07 | jmoran / Jose Moran | 11/23/2016 2:26 |  | Desktop |
| 266 | jmoran / Jose Moran: 2016 11 23 01 47 09 057 -0800 | 11/23/2016 1:47 | jmoran / Jose Moran | 11/23/2016 2:07 |  | Desktop |
| 267 | jmoran / Jose Moran: 2016 11 23 01 28 18 232 -0800 | 11/23/2016 1:28 | jmoran / Jose Moran | 11/23/2016 1:46 |  | Desktop |
| 268 | jmoran / Jose Moran: 2016 11 23 01 09 24 555 -0800 | 11/23/2016 1:09 | jmoran / Jose Moran | 11/23/2016 1:28 |  | Desktop |

**GC EXHIBIT 079-047**

TESLA-NLRB-001446

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 251 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 252 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 253 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 254 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 255 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 256 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 257 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 258 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 259 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 260 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 261 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 262 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 263 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 264 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 265 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 266 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 267 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 268 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-048**

TESLA-NLRB-001447

|  | L | M | N |
|---|---|---|---|
| 251 | UI | 7a4d6e | 172.58.36.90 |
| 252 | UI | 55169e | 172.58.36.90 |
| 253 | UI | d0fb52 | 172.58.36.90 |
| 254 | UI | 68d3c8 | 172.58.36.90 |
| 255 | UI | f7321f | 172.58.32.237 |
| 256 | UI | 8d594b | 172.58.32.237 |
| 257 | UI | e4852c | 99.72.224.187 |
| 258 | UI | dec4dc | 172.58.33.61 |
| 259 | UI | b02b65 | 172.58.33.61 |
| 260 | UI | b8732b | 172.58.33.61 |
| 261 | UI | be4e46 | 172.58.33.61 |
| 262 | UI | 8d50c1 | 172.58.33.61 |
| 263 | UI | a9e421 | 172.58.33.61 |
| 264 | UI | 9ee67d | 172.58.33.61 |
| 265 | UI | 7af647 | 172.58.33.61 |
| 266 | UI | 309302 | 172.58.33.61 |
| 267 | UI | 834c78 | 172.58.33.61 |
| 268 | UI | 1076ac | 172.58.33.61 |

**GC EXHIBIT 079-049**

TESLA-NLRB-001448

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 269 | jmoran / Jose Moran: 2016 11 23 00 50 44 910 -0800 | 11/23/2016 0:50 | jmoran / Jose Moran | 11/23/2016 1:09 | | Desktop |
| 270 | jmoran / Jose Moran: 2016 11 23 00 32 03 378 -0800 | 11/23/2016 0:32 | jmoran / Jose Moran | 11/23/2016 0:50 | | Desktop |
| 271 | jmoran / Jose Moran: 2016 11 23 00 13 48 305 -0800 | 11/23/2016 0:13 | jmoran / Jose Moran | 11/23/2016 0:31 | | Desktop |
| 272 | jmoran / Jose Moran: 2016 11 22 23 52 00 553 -0800 | 11/22/2016 23:52 | jmoran / Jose Moran | 11/23/2016 0:13 | | Desktop |
| 273 | jmoran / Jose Moran: 2016 11 22 23 33 27 342 -0800 | 11/22/2016 23:33 | jmoran / Jose Moran | 11/22/2016 23:51 | | Desktop |
| 274 | jmoran / Jose Moran: 2016 11 22 23 14 46 239 -0800 | 11/22/2016 23:14 | jmoran / Jose Moran | 11/22/2016 23:33 | | Desktop |
| 275 | jmoran / Jose Moran: 2016 11 22 22 56 10 619 -0800 | 11/22/2016 22:56 | jmoran / Jose Moran | 11/22/2016 23:14 | | Desktop |
| 276 | jmoran / Jose Moran: 2016 11 22 22 37 45 040 -0800 | 11/22/2016 22:37 | jmoran / Jose Moran | 11/22/2016 22:56 | | Desktop |
| 277 | jmoran / Jose Moran: 2016 11 22 20 35 46 665 -0800 | 11/22/2016 20:35 | jmoran / Jose Moran | | | Desktop |
| 278 | jmoran / Jose Moran: 2016 11 22 20 17 30 495 -0800 | 11/22/2016 20:17 | jmoran / Jose Moran | 11/22/2016 20:35 | | Desktop |
| 279 | jmoran / Jose Moran: 2016 11 22 19 57 24 309 -0800 | 11/22/2016 19:57 | jmoran / Jose Moran | 11/22/2016 20:17 | | Desktop |
| 280 | jmoran / Jose Moran: 2016 11 18 07 37 19 913 -0800 | 11/18/2016 7:37 | jmoran / Jose Moran | | | Desktop |
| 281 | jmoran / Jose Moran: 2016 11 17 19 44 21 659 -0800 | 11/17/2016 19:44 | jmoran / Jose Moran | | | Desktop |
| 282 | jmoran / Jose Moran: 2016 11 17 19 20 38 094 -0800 | 11/17/2016 19:20 | jmoran / Jose Moran | 11/17/2016 19:43 | | Desktop |
| 283 | jmoran / Jose Moran: 2016 11 17 12 56 35 149 -0800 | 11/17/2016 12:56 | jmoran / Jose Moran | | | Desktop |
| 284 | jmoran / Jose Moran: 2016 11 17 12 56 35 185 -0800 | 11/17/2016 12:56 | jmoran / Jose Moran | | | Desktop |
| 285 | jmoran / Jose Moran: 2016 11 17 12 34 55 855 -0800 | 11/17/2016 12:34 | jmoran / Jose Moran | 11/17/2016 12:56 | | Desktop |
| 286 | jmoran / Jose Moran: 2016 11 17 12 34 10 625 -0800 | 11/17/2016 12:34 | jmoran / Jose Moran | 11/17/2016 12:34 | | Desktop |

**GC EXHIBIT 079-050**

TESLA-NLRB-001450

**GC EXHIBIT 079-051**

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 269 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 270 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 271 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 272 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 273 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 274 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 275 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 276 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 277 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 278 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 279 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 280 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 281 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 282 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 283 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 284 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 285 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 286 | | | | SAML | kw6m86bjYRZOJXGPKULB |

| | L | M | N |
|---|---|---|---|
| 269 | UI | f93a4b | 172.58.33.61 |
| 270 | UI | 5fd21f | 172.58.33.61 |
| 271 | UI | fde7de | 172.58.33.61 |
| 272 | UI | 23062b | 172.58.33.61 |
| 273 | UI | 1054db | 172.58.33.61 |
| 274 | UI | c958ea | 172.58.33.61 |
| 275 | UI | 3dd877 | 172.58.33.61 |
| 276 | UI | 39b52c | 172.58.33.61 |
| 277 | UI | 7d8f8e | 172.58.33.61 |
| 278 | UI | 57556d | 172.58.33.61 |
| 279 | UI | a9c4bb | 172.58.33.61 |
| 280 | UI | 500a02 | 172.58.32.207 |
| 281 | UI | 877857 | 172.58.36.106 |
| 282 | UI | 089452 | 172.58.36.106 |
| 283 | UI | 9d8297 | 209.133.79.8 |
| 284 | UI | cfde31 | 209.133.79.8 |
| 285 | UI | 9d2244 | 172.58.20.128 |
| 286 | UI | 7443d1 | 172.58.20.128 |

**GC EXHIBIT 079-052**

22-60493.4659

TESLA-NLRB-001451

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 287 | jmoran / Jose Moran: 2016 11 17 10 04 16 685 -0800 | 11/17/2016 10:04 | jmoran / Jose Moran | 11/17/2016 10:24 | | Desktop |
| 288 | jmoran / Jose Moran: 2016 11 07 11 32 31 079 -0800 | 11/7/2016 11:32 | jmoran / Jose Moran | | | Desktop |
| 289 | jmoran / Jose Moran: 2016 11 07 09 43 13 539 -0800 | 11/7/2016 9:43 | jmoran / Jose Moran | | | Desktop |
| 290 | jmoran / Jose Moran: 2016 11 07 09 42 34 461 -0800 | 11/7/2016 9:42 | jmoran / Jose Moran | 11/7/2016 9:43 | | Desktop |
| 291 | jmoran / Jose Moran: 2016 11 07 09 41 25 888 -0800 | 11/7/2016 9:41 | jmoran / Jose Moran | 11/7/2016 9:42 | | Desktop |
| 292 | jmoran / Jose Moran: 2016 11 07 07 30 10 161 -0800 | 11/7/2016 7:30 | jmoran / Jose Moran | | | Desktop |
| 293 | jmoran / Jose Moran: 2016 11 07 07 25 18 035 -0800 | 11/7/2016 7:25 | jmoran / Jose Moran | 11/7/2016 7:30 | | Desktop |
| 294 | jmoran / Jose Moran: 2016 11 07 07 06 11 801 -0800 | 11/7/2016 7:06 | jmoran / Jose Moran | 11/7/2016 7:24 | | Desktop |
| 295 | jmoran / Jose Moran: 2016 11 07 04 14 22 904 -0800 | 11/7/2016 4:14 | jmoran / Jose Moran | | | Desktop |
| 296 | jmoran / Jose Moran: 2016 11 07 04 13 33 316 -0800 | 11/7/2016 4:13 | jmoran / Jose Moran | 11/7/2016 4:14 | | Desktop |
| 297 | jmoran / Jose Moran: 2016 11 07 04 12 33 344 -0800 | 11/7/2016 4:12 | jmoran / Jose Moran | 11/7/2016 4:13 | | Desktop |
| 298 | jmoran / Jose Moran: 2016 11 07 03 54 18 509 -0800 | 11/7/2016 3:54 | jmoran / Jose Moran | 11/7/2016 4:12 | | Desktop |
| 299 | jmoran / Jose Moran: 2016 11 07 03 33 40 672 -0800 | 11/7/2016 3:33 | jmoran / Jose Moran | 11/7/2016 3:53 | | Desktop |
| 300 | jmoran / Jose Moran: 2016 11 07 03 11 22 280 -0800 | 11/7/2016 3:11 | jmoran / Jose Moran | 11/7/2016 3:32 | | Desktop |
| 301 | jmoran / Jose Moran: 2016 11 07 02 50 29 639 -0800 | 11/7/2016 2:50 | jmoran / Jose Moran | 11/7/2016 3:11 | | Desktop |
| 302 | jmoran / Jose Moran: 2016 11 07 02 28 27 505 -0800 | 11/7/2016 2:28 | jmoran / Jose Moran | 11/7/2016 2:49 | | Desktop |
| 303 | jmoran / Jose Moran: 2016 11 07 02 08 31 785 -0800 | 11/7/2016 2:08 | jmoran / Jose Moran | 11/7/2016 2:28 | | Desktop |
| 304 | jmoran / Jose Moran: 2016 11 07 01 48 00 866 -0800 | 11/7/2016 1:48 | jmoran / Jose Moran | 11/7/2016 2:08 | | Desktop |

**GC EXHIBIT 079-053**

TESLA-NLRB-001452

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 287 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 288 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 289 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 290 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 291 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 292 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 293 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 294 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 295 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 296 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 297 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 298 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 299 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 300 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 301 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 302 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 303 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 304 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-054**

22-60493.4661

TESLA-NLRB-001453

|  | L | M | N |
|---|---|---|---|
| 287 | UI | 31bad0 | 172.58.20.223 |
| 288 | UI | f6452d | 209.133.79.8 |
| 289 | UI | 439610 | 208.54.5.254 |
| 290 | UI | 5dce37 | 208.54.5.254 |
| 291 | UI | fed6d2 | 208.54.5.254 |
| 292 | UI | 6bbfaf | 209.133.79.8 |
| 293 | UI | e52fdc | 209.133.79.8 |
| 294 | UI | 699c6a | 209.133.79.8 |
| 295 | UI | 5a882c | 172.58.35.57 |
| 296 | UI | a4c52f | 172.58.35.57 |
| 297 | UI | 570a96 | 172.58.35.57 |
| 298 | UI | 335365 | 172.58.35.57 |
| 299 | UI | b31e72 | 172.58.35.57 |
| 300 | UI | 2114e2 | 172.58.35.57 |
| 301 | UI | 480bf8 | 172.58.35.57 |
| 302 | UI | 6ed0c2 | 172.58.35.57 |
| 303 | UI | 1cc9ae | 172.58.35.57 |
| 304 | UI | 3825ca | 172.58.35.57 |

**GC EXHIBIT 079-055**

TESLA-NLRB-001454

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 305 | jmoran / Jose Moran: 2016 11 07 01 28 28 031 -0800 | 11/7/2016 1:28 | jmoran / Jose Moran | 11/7/2016 1:47 | | Desktop |
| 306 | jmoran / Jose Moran: 2016 11 07 01 28 27 731 -0800 | 11/7/2016 1:28 | jmoran / Jose Moran | 11/7/2016 1:28 | | Desktop |
| 307 | jmoran / Jose Moran: 2016 11 07 01 07 30 800 -0800 | 11/7/2016 1:07 | jmoran / Jose Moran | | | Desktop |
| 308 | jmoran / Jose Moran: 2016 11 07 01 07 30 940 -0800 | 11/7/2016 1:07 | jmoran / Jose Moran | 11/7/2016 1:28 | | Desktop |
| 309 | jmoran / Jose Moran: 2016 11 07 00 48 41 339 -0800 | 11/7/2016 0:48 | jmoran / Jose Moran | 11/7/2016 1:07 | | Desktop |
| 310 | jmoran / Jose Moran: 2016 11 07 00 35 09 509 -0800 | 11/7/2016 0:35 | jmoran / Jose Moran | 11/7/2016 0:48 | | Desktop |
| 311 | jmoran / Jose Moran: 2016 11 07 00 16 55 129 -0800 | 11/7/2016 0:16 | jmoran / Jose Moran | 11/7/2016 0:35 | | Desktop |
| 312 | jmoran / Jose Moran: 2016 11 06 23 55 10 163 -0800 | 11/6/2016 23:55 | jmoran / Jose Moran | 11/7/2016 0:16 | | Desktop |
| 313 | jmoran / Jose Moran: 2016 11 06 23 36 06 619 -0800 | 11/6/2016 23:36 | jmoran / Jose Moran | 11/6/2016 23:55 | | Desktop |
| 314 | jmoran / Jose Moran: 2016 11 06 23 17 52 683 -0800 | 11/6/2016 23:17 | jmoran / Jose Moran | 11/6/2016 23:36 | | Desktop |
| 315 | jmoran / Jose Moran: 2016 11 06 22 58 14 705 -0800 | 11/6/2016 22:58 | jmoran / Jose Moran | 11/6/2016 23:17 | | Desktop |
| 316 | jmoran / Jose Moran: 2016 11 06 22 37 04 158 -0800 | 11/6/2016 22:37 | jmoran / Jose Moran | 11/6/2016 22:57 | | Desktop |
| 317 | jmoran / Jose Moran: 2016 11 06 22 16 17 013 -0800 | 11/6/2016 22:16 | jmoran / Jose Moran | 11/6/2016 22:36 | | Desktop |
| 318 | jmoran / Jose Moran: 2016 11 06 21 56 34 724 -0800 | 11/6/2016 21:56 | jmoran / Jose Moran | 11/6/2016 22:16 | | Desktop |
| 319 | jmoran / Jose Moran: 2016 11 06 21 37 27 467 -0800 | 11/6/2016 21:37 | jmoran / Jose Moran | 11/6/2016 21:55 | | Desktop |
| 320 | jmoran / Jose Moran: 2016 11 06 21 18 47 154 -0800 | 11/6/2016 21:18 | jmoran / Jose Moran | 11/6/2016 21:37 | | Desktop |
| 321 | jmoran / Jose Moran: 2016 11 06 21 05 19 482 -0800 | 11/6/2016 21:05 | jmoran / Jose Moran | | | Desktop |
| 322 | jmoran / Jose Moran: 2016 11 06 21 05 19 712 -0800 | 11/6/2016 21:05 | jmoran / Jose Moran | 11/6/2016 21:18 | | Desktop |

**GC EXHIBIT 079-056**

22-60493.4663

TESLA-NLRB-001455

TESLA-NLRB-001456

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 305 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 306 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 307 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 308 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 309 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 310 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 311 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 312 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 313 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 314 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 315 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 316 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 317 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 318 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 319 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 320 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 321 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 322 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-057**

22-60493.4664

| | L | M | N |
|---|---|---|---|
| 305 | UI | 4636fe | 172.58.35.57 |
| 306 | UI | f19e4c | 172.58.35.57 |
| 307 | UI | 549342 | 172.58.35.57 |
| 308 | UI | 058675 | 172.58.35.57 |
| 309 | UI | 54ae5e | 172.58.35.57 |
| 310 | UI | 7bcc8c | 172.58.35.57 |
| 311 | UI | 1acaa4 | 172.58.35.57 |
| 312 | UI | 5b4dc2 | 172.58.33.179 |
| 313 | UI | 847d07 | 172.58.33.179 |
| 314 | UI | 0cc961 | 172.58.33.179 |
| 315 | UI | 45aab9 | 172.58.33.179 |
| 316 | UI | bedd64 | 172.58.33.179 |
| 317 | UI | 5fff15 | 172.58.33.179 |
| 318 | UI | a784eb | 172.58.33.179 |
| 319 | UI | 6056bc | 172.58.33.179 |
| 320 | UI | da9220 | 172.58.33.179 |
| 321 | UI | 069364 | 172.58.33.179 |
| 322 | UI | d3040c | 172.58.33.179 |

**GC EXHIBIT 079-058**

22-60493.4665

TESLA-NLRB-001457

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 323 | jmoran / Jose Moran: 2016 11 06 20 45 46 455 -0800 | 11/6/2016 20:45 | jmoran / Jose Moran | 11/6/2016 21:05 |  | Desktop |
| 324 | jmoran / Jose Moran: 2016 11 06 20 44 57 782 -0800 | 11/6/2016 20:44 | jmoran / Jose Moran | 11/6/2016 20:45 |  | Desktop |
| 325 | jmoran / Jose Moran: 2016 11 06 11 18 09 026 -0800 | 11/6/2016 11:18 | jmoran / Jose Moran |  |  | Desktop |
| 326 | jmoran / Jose Moran: 2016 11 06 07 57 42 062 -0800 | 11/6/2016 7:57 | jmoran / Jose Moran |  |  | Desktop |
| 327 | jmoran / Jose Moran: 2016 11 06 07 37 58 673 -0800 | 11/6/2016 7:37 | jmoran / Jose Moran | 11/6/2016 7:56 |  | Desktop |
| 328 | jmoran / Jose Moran: 2016 11 05 10 46 51 361 -0700 | 11/5/2016 10:46 | jmoran / Jose Moran |  |  | Desktop |
| 329 | jmoran / Jose Moran: 2016 11 05 10 25 51 189 -0700 | 11/5/2016 10:25 | jmoran / Jose Moran | 11/5/2016 10:46 |  | Desktop |
| 330 | jmoran / Jose Moran: 2016 11 03 12 13 23 114 -0700 | 11/3/2016 12:13 | jmoran / Jose Moran |  |  | Desktop |
| 331 | jmoran / Jose Moran: 2016 11 03 12 10 00 673 -0700 | 11/3/2016 12:10 | jmoran / Jose Moran |  |  | Desktop |
| 332 | jmoran / Jose Moran: 2016 10 29 09 47 45 541 -0700 | 10/29/2016 9:47 | jmoran / Jose Moran | 10/29/2016 10:11 |  | Desktop |
| 333 | jmoran / Jose Moran: 2016 10 28 22 26 48 482 -0700 | 10/28/2016 22:26 | jmoran / Jose Moran |  |  | Desktop |
| 334 | jmoran / Jose Moran: 2016 10 28 16 51 04 300 -0700 | 10/28/2016 16:51 | jmoran / Jose Moran |  |  | Desktop |
| 335 | jmoran / Jose Moran: 2016 10 28 16 44 10 406 -0700 | 10/28/2016 16:44 | jmoran / Jose Moran | 10/28/2016 16:48 |  | Desktop |
| 336 | jmoran / Jose Moran: 2016 10 26 20 54 22 712 -0700 | 10/26/2016 20:54 | jmoran / Jose Moran |  |  | Desktop |
| 337 | jmoran / Jose Moran: 2016 10 26 20 02 01 834 -0700 | 10/26/2016 20:02 | jmoran / Jose Moran | 10/26/2016 20:51 |  | Desktop |
| 338 | jmoran / Jose Moran: 2016 10 26 19 41 24 627 -0700 | 10/26/2016 19:41 | jmoran / Jose Moran | 10/26/2016 20:01 |  | Desktop |
| 339 | jmoran / Jose Moran: 2016 10 26 19 31 37 630 -0700 | 10/26/2016 19:31 | jmoran / Jose Moran |  |  | Desktop |
| 340 | jmoran / Jose Moran: 2016 10 26 16 47 33 586 -0700 | 10/26/2016 16:47 | jmoran / Jose Moran |  |  | Desktop |

22-60493.4666

**GC EXHIBIT 079-059**

TESLA-NLRB-001458

**GC EXHIBIT 079-060**

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 323 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 324 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 325 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 326 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 327 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 328 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 329 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 330 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 331 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 332 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 333 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 334 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 335 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 336 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 337 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 338 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 339 | | | | SAML | kw6m86bjYRZOJXGPKUlB |
| 340 | | | | SAML | kw6m86bjYRZOJXGPKUlB |

| | L | M | N |
|---|---|---|---|
| 323 | UI | 2bb737 | 172.58.33.179 |
| 324 | UI | 91eb32 | 172.58.33.179 |
| 325 | UI | 671b95 | 99.72.224.187 |
| 326 | UI | 3181ea | 172.58.33.228 |
| 327 | UI | 565e77 | 172.58.33.228 |
| 328 | UI | 9fd2e4 | 172.58.35.19 |
| 329 | UI | cf2b3a | 172.58.35.19 |
| 330 | UI | 980bfd | 172.58.36.52 |
| 331 | UI | a812d7 | 172.58.36.52 |
| 332 | UI | baa2df | 99.72.224.187 |
| 333 | UI | b0550b | 99.72.224.187 |
| 334 | UI | 580ceb | 96.64.219.6 |
| 335 | UI | 6083d6 | 96.64.219.6 |
| 336 | UI | 2b5783 | 99.72.224.187 |
| 337 | UI | 08b092 | 99.72.224.187 |
| 338 | UI | 7c7f27 | 99.72.224.187 |
| 339 | UI | 8cedcc | 172.58.73.38 |
| 340 | UI | 6ff98e | 172.58.73.38 |

**GC EXHIBIT 079-061**

TESLA-NLRB-001460

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 341 | jmoran / Jose Moran: 2016 10 26 16 47 19 381 -0700 | 10/26/2016 16:47 | jmoran / Jose Moran | 10/26/2016 16:47 | | Desktop |
| 342 | jmoran / Jose Moran: 2016 10 26 16 46 14 116 -0700 | 10/26/2016 16:46 | jmoran / Jose Moran | 10/26/2016 16:47 | | Desktop |
| 343 | jmoran / Jose Moran: 2016 10 26 16 37 01 132 -0700 | 10/26/2016 16:37 | jmoran / Jose Moran | 10/26/2016 16:46 | | Desktop |
| 344 | jmoran / Jose Moran: 2016 10 26 12 21 56 733 -0700 | 10/26/2016 12:21 | jmoran / Jose Moran | | | Desktop |
| 345 | jmoran / Jose Moran: 2016 10 26 12 21 04 295 -0700 | 10/26/2016 12:21 | jmoran / Jose Moran | 10/26/2016 12:21 | | Desktop |
| 346 | jmoran / Jose Moran: 2016 10 26 05 23 48 776 -0700 | 10/26/2016 5:23 | jmoran / Jose Moran | | | Desktop |
| 347 | jmoran / Jose Moran: 2016 10 22 13 32 52 168 -0700 | 10/22/2016 13:32 | jmoran / Jose Moran | | | |
| 348 | jmoran / Jose Moran: 2016 10 22 13 30 50 424 -0700 | 10/22/2016 13:30 | jmoran / Jose Moran | | | Desktop |
| 349 | jmoran / Jose Moran: 2016 10 21 17 57 37 630 -0700 | 10/21/2016 17:57 | jmoran / Jose Moran | | | Desktop |
| 350 | jmoran / Jose Moran: 2016 10 21 17 51 29 931 -0700 | 10/21/2016 17:51 | jmoran / Jose Moran | 10/21/2016 18:10 | | Desktop |
| 351 | jmoran / Jose Moran: 2016 10 21 17 42 40 820 -0700 | 10/21/2016 17:42 | jmoran / Jose Moran | 10/21/2016 17:48 | | Desktop |
| 352 | jmoran / Jose Moran: 2016 10 21 17 41 19 582 -0700 | 10/21/2016 17:41 | jmoran / Jose Moran | 10/21/2016 17:42 | | Desktop |
| 353 | jmoran / Jose Moran: 2016 10 21 17 39 19 015 -0700 | 10/21/2016 17:39 | jmoran / Jose Moran | 10/21/2016 17:57 | | Desktop |
| 354 | jmoran / Jose Moran: 2016 10 21 17 30 49 247 -0700 | 10/21/2016 17:30 | jmoran / Jose Moran | 10/21/2016 17:40 | | Desktop |
| 355 | jmoran / Jose Moran: 2016 10 21 17 20 57 422 -0700 | 10/21/2016 17:20 | jmoran / Jose Moran | 10/21/2016 17:39 | | Desktop |
| 356 | jmoran / Jose Moran: 2016 10 21 17 02 29 672 -0700 | 10/21/2016 17:02 | jmoran / Jose Moran | 10/21/2016 17:20 | | Desktop |
| 357 | jmoran / Jose Moran: 2016 10 21 16 53 50 478 -0700 | 10/21/2016 16:53 | jmoran / Jose Moran | 10/21/2016 17:30 | | Desktop |
| 358 | jmoran / Jose Moran: 2016 10 21 16 43 48 599 -0700 | 10/21/2016 16:43 | jmoran / Jose Moran | 10/21/2016 17:02 | | Desktop |

**GC EXHIBIT 079-062**

22-60493.4669

TESLA-NLRB-001461

**GC EXHIBIT 079-063**

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 341 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 342 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 343 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 344 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 345 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 346 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 347 | | | | Trusted | kw6m86bjYRZOJXGPKULB |
| 348 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 349 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 350 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 351 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 352 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 353 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 354 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 355 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 356 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 357 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 358 | | | | SAML | kw6m86bjYRZOJXGPKULB |

| | L | M | N |
|---|---|---|---|
| 341 | UI | c261a0 | 172.58.73.38 |
| 342 | UI | d1af90 | 172.58.73.38 |
| 343 | UI | 3a5a0a | 172.58.73.38 |
| 344 | UI | dd3f5a | 172.58.35.92 |
| 345 | UI | 09e423 | 172.58.35.92 |
| 346 | UI | 76b4ea | 172.58.20.185 |
| 347 | Web Services | 394819 | Workday Internal |
| 348 | UI | d57c6a | 99.72.224.187 |
| 349 | UI | 5ae576 | 172.58.32.226 |
| 350 | UI | 0826ef | 96.64.219.6 |
| 351 | UI | c7bf58 | 96.64.219.6 |
| 352 | UI | 9bc1fb | 96.64.219.6 |
| 353 | UI | f06069 | 172.58.32.226 |
| 354 | UI | bae275 | 96.64.219.6 |
| 355 | UI | 258151 | 172.58.32.226 |
| 356 | UI | 7994cf | 172.58.32.226 |
| 357 | UI | ae83dc | 96.64.219.6 |
| 358 | UI | 2f83be | 172.58.32.226 |

**GC EXHIBIT 079-064**

TESLA-NLRB-001463

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 359 | jmoran / Jose Moran: 2016 10 21 16 25 19 355 -0700 | 10/21/2016 16:25 | jmoran / Jose Moran | 10/21/2016 16:43 | | Desktop |
| 360 | jmoran / Jose Moran: 2016 10 21 15 18 08 269 -0700 | 10/21/2016 15:18 | jmoran / Jose Moran | 10/21/2016 15:39 | | Desktop |
| 361 | jmoran / Jose Moran: 2016 10 21 14 55 12 313 -0700 | 10/21/2016 14:55 | jmoran / Jose Moran | 10/21/2016 15:15 | | Desktop |
| 362 | jmoran / Jose Moran: 2016 10 15 08 55 34 558 -0700 | 10/15/2016 8:55 | jmoran / Jose Moran | | | Desktop |
| 363 | jmoran / Jose Moran: 2016 10 15 08 37 20 001 -0700 | 10/15/2016 8:37 | jmoran / Jose Moran | 10/15/2016 8:55 | | Desktop |
| 364 | jmoran / Jose Moran: 2016 10 15 08 17 12 696 -0700 | 10/15/2016 8:17 | jmoran / Jose Moran | 10/15/2016 8:37 | | Desktop |
| 365 | jmoran / Jose Moran: 2016 10 15 07 58 02 147 -0700 | 10/15/2016 7:58 | jmoran / Jose Moran | 10/15/2016 8:17 | | Desktop |
| 366 | jmoran / Jose Moran: 2016 10 15 07 52 56 010 -0700 | 10/15/2016 7:52 | jmoran / Jose Moran | 10/15/2016 7:58 | | Desktop |
| 367 | jmoran / Jose Moran: 2016 10 12 12 31 25 092 -0700 | 10/12/2016 12:31 | jmoran / Jose Moran | | | Desktop |
| 368 | jmoran / Jose Moran: 2016 10 05 20 39 55 438 -0700 | 10/5/2016 20:39 | jmoran / Jose Moran | | | Desktop |
| 369 | jmoran / Jose Moran: 2016 10 05 20 14 36 436 -0700 | 10/5/2016 20:14 | jmoran / Jose Moran | 10/5/2016 20:39 | | Desktop |
| 370 | jmoran / Jose Moran: 2016 10 05 16 27 46 579 -0700 | 10/5/2016 16:27 | jmoran / Jose Moran | | | Desktop |
| 371 | jmoran / Jose Moran: 2016 10 05 16 27 33 234 -0700 | 10/5/2016 16:27 | jmoran / Jose Moran | 10/5/2016 16:27 | | Desktop |
| 372 | jmoran / Jose Moran: 2016 10 05 16 23 34 918 -0700 | 10/5/2016 16:23 | jmoran / Jose Moran | 10/5/2016 16:27 | | Desktop |
| 373 | jmoran / Jose Moran: 2016 10 05 16 16 06 135 -0700 | 10/5/2016 16:16 | jmoran / Jose Moran | 10/5/2016 16:23 | | Desktop |
| 374 | jmoran / Jose Moran: 2016 10 05 15 55 47 152 -0700 | 10/5/2016 15:55 | jmoran / Jose Moran | 10/5/2016 16:15 | | Desktop |
| 375 | jmoran / Jose Moran: 2016 10 05 15 34 44 161 -0700 | 10/5/2016 15:34 | jmoran / Jose Moran | 10/5/2016 15:55 | | Desktop |
| 376 | jmoran / Jose Moran: 2016 10 05 15 15 52 502 -0700 | 10/5/2016 15:15 | jmoran / Jose Moran | 10/5/2016 15:34 | | Desktop |

**GC EXHIBIT 079-065**

TESLA-NLRB-001464

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 359 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 360 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 361 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 362 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 363 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 364 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 365 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 366 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 367 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 368 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 369 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 370 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 371 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 372 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 373 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 374 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 375 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 376 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-066**

22-60493.4673

TESLA-NLRB-001465

| | L | M | N |
|---|---|---|---|
| 359 | UI | 855677 | 172.58.32.226 |
| 360 | UI | 18d121 | 172.58.32.226 |
| 361 | UI | d55502 | 172.58.32.226 |
| 362 | UI | e9cfe6 | 172.58.32.173 |
| 363 | UI | 1fe399 | 172.58.32.173 |
| 364 | UI | 355353 | 172.58.32.173 |
| 365 | UI | d4314f | 172.58.32.173 |
| 366 | UI | 4e85f1 | 172.58.32.173 |
| 367 | UI | 18b72a | 172.56.40.128 |
| 368 | UI | a02335 | 172.58.35.150 |
| 369 | UI | 6dbae4 | 172.58.35.150 |
| 370 | UI | 556991 | 172.58.35.150 |
| 371 | UI | 48f846 | 172.58.35.150 |
| 372 | UI | 968e10 | 172.58.35.150 |
| 373 | UI | 8ba4c0 | 172.58.35.150 |
| 374 | UI | fd4786 | 172.58.35.150 |
| 375 | UI | 07e6d4 | 172.58.35.150 |
| 376 | UI | 03de1e | 172.58.35.150 |

**GC EXHIBIT 079-067**

TESLA-NLRB-001466

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 377 | jmoran / Jose Moran: 2016 10 05 14 52 52 156 -0700 | 10/5/2016 14:52 | jmoran / Jose Moran | 10/5/2016 15:15 | | Desktop |
| 378 | jmoran / Jose Moran: 2016 10 02 13 19 35 273 -0700 | 10/2/2016 13:19 | jmoran / Jose Moran | 10/2/2016 14:17 | | Desktop |
| 379 | jmoran / Jose Moran: 2016 10 02 12 59 26 699 -0700 | 10/2/2016 12:59 | jmoran / Jose Moran | | | Desktop |
| 380 | jmoran / Jose Moran: 2016 10 02 12 41 10 962 -0700 | 10/2/2016 12:41 | jmoran / Jose Moran | 10/2/2016 12:59 | | Desktop |
| 381 | jmoran / Jose Moran: 2016 10 02 12 08 39 322 -0700 | 10/2/2016 12:08 | jmoran / Jose Moran | 10/2/2016 12:41 | | Desktop |
| 382 | jmoran / Jose Moran: 2016 10 02 11 50 24 375 -0700 | 10/2/2016 11:50 | jmoran / Jose Moran | 10/2/2016 12:08 | | Desktop |
| 383 | jmoran / Jose Moran: 2016 10 02 11 43 12 829 -0700 | 10/2/2016 11:43 | jmoran / Jose Moran | | | Desktop |
| 384 | jmoran / Jose Moran: 2016 10 02 11 31 10 906 -0700 | 10/2/2016 11:31 | jmoran / Jose Moran | 10/2/2016 11:50 | | Desktop |
| 385 | jmoran / Jose Moran: 2016 09 28 08 53 45 198 -0700 | 9/28/2016 8:53 | jmoran / Jose Moran | | | |
| 386 | jmoran / Jose Moran: 2016 09 28 08 52 00 124 -0700 | 9/28/2016 8:52 | jmoran / Jose Moran | 9/28/2016 9:04 | | Desktop |
| 387 | jmoran / Jose Moran: 2016 09 25 13 22 14 262 -0700 | 9/25/2016 13:22 | jmoran / Jose Moran | 9/25/2016 13:22 | | Desktop |
| 388 | jmoran / Jose Moran: 2016 09 25 13 02 07 218 -0700 | 9/25/2016 13:02 | jmoran / Jose Moran | 9/25/2016 13:21 | | Desktop |
| 389 | jmoran / Jose Moran: 2016 09 25 12 57 10 654 -0700 | 9/25/2016 12:57 | jmoran / Jose Moran | 9/25/2016 13:02 | | Desktop |
| 390 | jmoran / Jose Moran: 2016 09 22 17 28 18 053 -0700 | 9/22/2016 17:28 | jmoran / Jose Moran | | | Desktop |
| 391 | jmoran / Jose Moran: 2016 09 22 06 47 24 498 -0700 | 9/22/2016 6:47 | jmoran / Jose Moran | | | Desktop |
| 392 | jmoran / Jose Moran: 2016 09 22 06 45 38 377 -0700 | 9/22/2016 6:45 | jmoran / Jose Moran | 9/22/2016 6:47 | | Desktop |
| 393 | jmoran / Jose Moran: 2016 09 22 06 22 11 203 -0700 | 9/22/2016 6:22 | jmoran / Jose Moran | 9/22/2016 6:45 | | Desktop |
| 394 | jmoran / Jose Moran: 2016 09 22 05 58 31 635 -0700 | 9/22/2016 5:58 | jmoran / Jose Moran | 9/22/2016 6:22 | | Desktop |

**GC EXHIBIT 079-068**

22-60493.4675

GC EXHIBIT 079-069

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 377 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 378 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 379 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 380 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 381 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 382 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 383 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 384 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 385 | | | | Trusted | |
| 386 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 387 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 388 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 389 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 390 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 391 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 392 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 393 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 394 | | | | SAML | kw6m86bjYRZOJXGPKULB |

|     | L | M | N |
|-----|---|---|---|
| 377 | UI | 3bc15b | 172.58.35.150 |
| 378 | UI | d67f81 | 12.227.206.22 |
| 379 | UI | 40e345 | 172.56.38.127 |
| 380 | UI | b93554 | 172.56.38.127 |
| 381 | UI | 79d79f | 172.56.38.127 |
| 382 | UI | 915f4d | 172.56.38.127 |
| 383 | UI | a0839e | 99.72.224.187 |
| 384 | UI | 53c016 | 172.56.38.127 |
| 385 | Web Services | c12dfb | Workday Internal |
| 386 | UI | f6ec60 | 99.72.224.187 |
| 387 | UI | 9c9eb4 | 172.58.35.145 |
| 388 | UI | 33def5 | 172.58.35.145 |
| 389 | UI | 483299 | 172.58.35.145 |
| 390 | UI | 7ce91c | 172.56.39.229 |
| 391 | UI | 4cbdb7 | 172.56.39.229 |
| 392 | UI | 12f527 | 172.56.39.229 |
| 393 | UI | cac918 | 172.56.39.229 |
| 394 | UI | 7c0f99 | 172.56.39.229 |

**GC EXHIBIT 079-070**

TESLA-NLRB-001469

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 395 | jmoran / Jose Moran: 2016 09 19 05 16 48 947 -0700 | 9/19/2016 5:16 | jmoran / Jose Moran | | | Desktop |
| 396 | jmoran / Jose Moran: 2016 09 19 05 13 57 322 -0700 | 9/19/2016 5:13 | jmoran / Jose Moran | 9/19/2016 5:16 | | Desktop |
| 397 | jmoran / Jose Moran: 2016 09 15 21 07 31 753 -0700 | 9/15/2016 21:07 | jmoran / Jose Moran | | | Desktop |
| 398 | jmoran / Jose Moran: 2016 09 13 10 04 03 151 -0700 | 9/13/2016 10:04 | jmoran / Jose Moran | | | Desktop |
| 399 | jmoran / Jose Moran: 2016 09 13 09 44 20 702 -0700 | 9/13/2016 9:44 | jmoran / Jose Moran | 9/13/2016 10:03 | | Desktop |
| 400 | jmoran / Jose Moran: 2016 09 13 09 29 41 998 -0700 | 9/13/2016 9:29 | jmoran / Jose Moran | 9/13/2016 9:44 | | Desktop |
| 401 | jmoran / Jose Moran: 2016 09 13 09 13 20 699 -0700 | 9/13/2016 9:13 | jmoran / Jose Moran | 9/13/2016 9:29 | | Desktop |
| 402 | jmoran / Jose Moran: 2016 09 13 08 55 04 591 -0700 | 9/13/2016 8:55 | jmoran / Jose Moran | 9/13/2016 9:13 | | Desktop |
| 403 | jmoran / Jose Moran: 2016 09 13 08 35 58 083 -0700 | 9/13/2016 8:35 | jmoran / Jose Moran | 9/13/2016 8:54 | | Desktop |
| 404 | jmoran / Jose Moran: 2016 09 13 08 04 10 840 -0700 | 9/13/2016 8:04 | jmoran / Jose Moran | 9/13/2016 8:35 | | Desktop |
| 405 | jmoran / Jose Moran: 2016 09 12 16 27 55 600 -0700 | 9/12/2016 16:27 | jmoran / Jose Moran | | | Desktop |
| 406 | jmoran / Jose Moran: 2016 09 12 12 37 16 618 -0700 | 9/12/2016 12:37 | jmoran / Jose Moran | | | Desktop |
| 407 | jmoran / Jose Moran: 2016 09 11 16 24 12 505 -0700 | 9/11/2016 16:24 | jmoran / Jose Moran | | | Desktop |
| 408 | jmoran / Jose Moran: 2016 08 31 20 56 47 422 -0700 | 8/31/2016 20:56 | jmoran / Jose Moran | 8/31/2016 20:57 | | Desktop |
| 409 | jmoran / Jose Moran: 2016 08 31 20 55 00 854 -0700 | 8/31/2016 20:55 | jmoran / Jose Moran | 8/31/2016 20:56 | | Desktop |
| 410 | jmoran / Jose Moran: 2016 08 31 20 55 00 854 -0700 | 8/31/2016 20:55 | jmoran / Jose Moran | | | Desktop |
| 411 | jmoran / Jose Moran: 2016 08 31 20 16 19 552 -0700 | 8/31/2016 20:16 | jmoran / Jose Moran | 8/31/2016 20:54 | | Desktop |
| 412 | jmoran / Jose Moran: 2016 08 31 05 22 33 726 -0700 | 8/31/2016 5:22 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-071**

TESLA-NLRB-001470

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 395 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 396 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 397 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 398 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 399 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 400 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 401 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 402 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 403 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 404 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 405 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 406 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 407 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 408 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 409 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 410 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 411 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 412 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-072**

22-60493.4679

|  | L | M | N |
|---|---|---|---|
| 395 | UI | bdfd1f | 12.139.170.108 |
| 396 | UI | 521a5c | 12.139.170.108 |
| 397 | UI | 42b2df | 172.58.36.164 |
| 398 | UI | 373736 | 172.58.25.87 |
| 399 | UI | 3e4e07 | 172.58.25.87 |
| 400 | UI | fa467e | 172.58.25.87 |
| 401 | UI | 932148 | 172.58.25.87 |
| 402 | UI | bdbc98 | 172.58.25.87 |
| 403 | UI | 82d438 | 172.58.25.87 |
| 404 | UI | 078564 | 172.58.25.87 |
| 405 | UI | dd1279 | 99.72.224.187 |
| 406 | UI | 661da3 | 172.58.33.248 |
| 407 | UI | 3fc38a | 99.72.224.187 |
| 408 | UI | dbaafa | 99.72.224.187 |
| 409 | UI | f83b47 | 99.72.224.187 |
| 410 | UI | cc954a | 99.72.224.187 |
| 411 | UI | 5254a4 | 99.72.224.187 |
| 412 | UI | ef40af | 172.58.16.5 |

**GC EXHIBIT 079-073**

TESLA-NLRB-001472

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 413 | jmoran / Jose Moran: 2016 08 31 05 20 26 770 -0700 | 8/31/2016 5:20 | jmoran / Jose Moran | 8/31/2016 5:22 | | Desktop |
| 414 | jmoran / Jose Moran: 2016 08 30 20 41 50 872 -0700 | 8/30/2016 20:41 | jmoran / Jose Moran | | | Desktop |
| 415 | jmoran / Jose Moran: 2016 08 19 20 23 27 776 -0700 | 8/19/2016 20:23 | jmoran / Jose Moran | | | Desktop |
| 416 | jmoran / Jose Moran: 2016 08 19 20 04 54 715 -0700 | 8/19/2016 20:04 | jmoran / Jose Moran | 8/19/2016 20:23 | | Desktop |
| 417 | jmoran / Jose Moran: 2016 08 19 19 49 14 205 -0700 | 8/19/2016 19:49 | jmoran / Jose Moran | | | Desktop |
| 418 | jmoran / Jose Moran: 2016 08 19 19 44 43 286 -0700 | 8/19/2016 19:44 | jmoran / Jose Moran | 8/19/2016 20:04 | | Desktop |
| 419 | jmoran / Jose Moran: 2016 08 04 21 12 41 541 -0700 | 8/4/2016 21:12 | jmoran / Jose Moran | | | Desktop |
| 420 | jmoran / Jose Moran: 2016 08 04 21 12 27 124 -0700 | 8/4/2016 21:12 | jmoran / Jose Moran | 8/4/2016 21:12 | | Desktop |
| 421 | jmoran / Jose Moran: 2016 08 04 21 12 01 996 -0700 | 8/4/2016 21:12 | jmoran / Jose Moran | 8/4/2016 21:12 | | Desktop |
| 422 | jmoran / Jose Moran: 2016 08 01 17 46 14 240 -0700 | 8/1/2016 17:46 | jmoran / Jose Moran | | | Desktop |
| 423 | jmoran / Jose Moran: 2016 07 27 21 58 00 876 -0700 | 7/27/2016 21:58 | jmoran / Jose Moran | | | Desktop |
| 424 | jmoran / Jose Moran: 2016 07 27 21 39 40 836 -0700 | 7/27/2016 21:39 | jmoran / Jose Moran | 7/27/2016 21:57 | | Desktop |
| 425 | jmoran / Jose Moran: 2016 07 27 21 21 21 402 -0700 | 7/27/2016 21:21 | jmoran / Jose Moran | 7/27/2016 21:39 | | Desktop |
| 426 | jmoran / Jose Moran: 2016 07 27 21 00 55 860 -0700 | 7/27/2016 21:00 | jmoran / Jose Moran | 7/27/2016 21:21 | | Desktop |
| 427 | jmoran / Jose Moran: 2016 07 27 20 32 00 608 -0700 | 7/27/2016 20:32 | jmoran / Jose Moran | 7/27/2016 21:00 | | Desktop |
| 428 | jmoran / Jose Moran: 2016 07 27 20 13 09 803 -0700 | 7/27/2016 20:13 | jmoran / Jose Moran | 7/27/2016 20:31 | | Desktop |
| 429 | jmoran / Jose Moran: 2016 07 27 19 54 42 985 -0700 | 7/27/2016 19:54 | jmoran / Jose Moran | 7/27/2016 20:13 | | Desktop |
| 430 | jmoran / Jose Moran: 2016 07 27 19 36 07 774 -0700 | 7/27/2016 19:36 | jmoran / Jose Moran | 7/27/2016 19:54 | | Desktop |

**GC EXHIBIT 079-074**

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 413 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 414 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 415 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 416 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 417 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 418 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 419 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 420 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 421 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 422 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 423 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 424 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 425 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 426 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 427 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 428 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 429 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 430 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-075**

TESLA-NLRB-001474

| | L | M | N |
|---|---|---|---|
| 413 | UI | 2b9784 | 172.58.16.5 |
| 414 | UI | 79de90 | 172.56.41.32 |
| 415 | UI | fa1881 | 172.58.38.233 |
| 416 | UI | 925a20 | 172.58.38.233 |
| 417 | UI | bb3144 | 99.72.224.187 |
| 418 | UI | 074c8f | 172.58.38.233 |
| 419 | UI | ffef33 | 172.58.24.173 |
| 420 | UI | 3c6ae3 | 172.58.24.173 |
| 421 | UI | dfa873 | 172.58.24.173 |
| 422 | UI | 7d47e6 | 99.72.224.187 |
| 423 | UI | 2e3014 | 172.58.19.240 |
| 424 | UI | 46c604 | 172.58.19.240 |
| 425 | UI | 9c93be | 172.58.19.240 |
| 426 | UI | 8b8d48 | 172.58.19.240 |
| 427 | UI | 4c5494 | 172.58.19.240 |
| 428 | UI | a98b48 | 172.58.19.240 |
| 429 | UI | b7a5d7 | 172.58.19.240 |
| 430 | UI | e25daf | 172.58.19.240 |

**GC EXHIBIT 079-076**

22-60493.4683

TESLA-NLRB-001475

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 431 | jmoran / Jose Moran: 2016 07 27 19 17 29 669 -0700 | 7/27/2016 19:17 | jmoran / Jose Moran | 7/27/2016 19:36 | | Desktop |
| 432 | jmoran / Jose Moran: 2016 07 26 18 32 27 877 -0700 | 7/26/2016 18:32 | jmoran / Jose Moran | | | Desktop |
| 433 | jmoran / Jose Moran: 2016 07 26 09 55 48 883 -0700 | 7/26/2016 9:55 | jmoran / Jose Moran | | | Desktop |
| 434 | jmoran / Jose Moran: 2016 07 26 09 55 46 704 -0700 | 7/26/2016 9:55 | jmoran / Jose Moran | | | Desktop |
| 435 | jmoran / Jose Moran: 2016 07 25 12 26 24 393 -0700 | 7/25/2016 12:26 | jmoran / Jose Moran | | | Desktop |
| 436 | jmoran / Jose Moran: 2016 07 25 12 02 14 841 -0700 | 7/25/2016 12:02 | jmoran / Jose Moran | 7/25/2016 12:26 | | Desktop |
| 437 | jmoran / Jose Moran: 2016 07 21 21 45 33 108 -0700 | 7/21/2016 21:45 | jmoran / Jose Moran | | | Desktop |
| 438 | jmoran / Jose Moran: 2016 07 21 21 27 21 293 -0700 | 7/21/2016 21:27 | jmoran / Jose Moran | 7/21/2016 21:45 | | Desktop |
| 439 | jmoran / Jose Moran: 2016 07 21 21 27 06 679 -0700 | 7/21/2016 21:27 | jmoran / Jose Moran | 7/21/2016 21:27 | | Desktop |
| 440 | jmoran / Jose Moran: 2016 07 21 21 26 46 064 -0700 | 7/21/2016 21:26 | jmoran / Jose Moran | 7/21/2016 21:27 | | Desktop |
| 441 | jmoran / Jose Moran: 2016 07 21 20 55 34 809 -0700 | 7/21/2016 20:55 | jmoran / Jose Moran | | | Desktop |
| 442 | jmoran / Jose Moran: 2016 07 21 20 55 34 810 -0700 | 7/21/2016 20:55 | jmoran / Jose Moran | 7/21/2016 21:26 | | Desktop |
| 443 | jmoran / Jose Moran: 2016 07 21 20 30 54 822 -0700 | 7/21/2016 20:30 | jmoran / Jose Moran | | | Desktop |
| 444 | jmoran / Jose Moran: 2016 07 21 20 30 54 856 -0700 | 7/21/2016 20:30 | jmoran / Jose Moran | 7/21/2016 20:55 | | Desktop |
| 445 | jmoran / Jose Moran: 2016 07 21 20 05 11 856 -0700 | 7/21/2016 20:05 | jmoran / Jose Moran | 7/21/2016 20:29 | | Desktop |
| 446 | jmoran / Jose Moran: 2016 07 21 20 02 40 786 -0700 | 7/21/2016 20:02 | jmoran / Jose Moran | 7/21/2016 20:05 | | Desktop |
| 447 | jmoran / Jose Moran: 2016 07 12 12 02 23 006 -0700 | 7/12/2016 12:02 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-077**

TESLA-NLRB-001476

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 431 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 432 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 433 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 434 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 435 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 436 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 437 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 438 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 439 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 440 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 441 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 442 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 443 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 444 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 445 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 446 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 447 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-078**

TESLA-NLRB-001477

|  | L | M | N |
|---|---|---|---|
| 431 | UI | 837991 | 172.58.19.240 |
| 432 | UI | 3009ff | 99.72.224.187 |
| 433 | UI | dcc978 | 172.58.33.208 |
| 434 | UI | 4eba8b | 172.58.33.208 |
| 435 | UI | d3438b | 172.56.39.22 |
| 436 | UI | 3de0bf | 172.56.39.22 |
| 437 | UI | 8ae942 | 172.58.32.162 |
| 438 | UI | da15ec | 172.58.32.162 |
| 439 | UI | c4ed4c | 172.58.32.162 |
| 440 | UI | 03f190 | 172.58.32.162 |
| 441 | UI | 9be33c | 172.58.32.162 |
| 442 | UI | c5fa80 | 172.58.32.162 |
| 443 | UI | 375595 | 172.58.32.162 |
| 444 | UI | 84e58d | 172.58.32.162 |
| 445 | UI | 61d227 | 172.58.32.162 |
| 446 | UI | 32f51e | 172.58.32.162 |
| 447 | UI | 20ad88 | 208.54.5.208 |

**GC EXHIBIT 079-079**

TESLA-NLRB-001478

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 448 | jmoran / Jose Moran: 2016 07 12 00 01 44 841 -0700 | 7/12/2016 0:01 | jmoran / Jose Moran | | | Desktop |
| 449 | jmoran / Jose Moran: 2016 07 11 22 35 17 941 -0700 | 7/11/2016 22:35 | jmoran / Jose Moran | | | Desktop |
| 450 | jmoran / Jose Moran: 2016 07 11 22 15 17 499 -0700 | 7/11/2016 22:15 | jmoran / Jose Moran | 7/11/2016 22:35 | | Desktop |
| 451 | jmoran / Jose Moran: 2016 07 11 21 54 50 168 -0700 | 7/11/2016 21:54 | jmoran / Jose Moran | 7/11/2016 22:15 | | Desktop |
| 452 | jmoran / Jose Moran: 2016 07 11 21 34 49 599 -0700 | 7/11/2016 21:34 | jmoran / Jose Moran | 7/11/2016 21:54 | | Desktop |
| 453 | jmoran / Jose Moran: 2016 07 11 21 08 01 718 -0700 | 7/11/2016 21:08 | jmoran / Jose Moran | 7/11/2016 21:34 | | Desktop |
| 454 | jmoran / Jose Moran: 2016 07 10 12 21 11 026 -0700 | 7/10/2016 12:21 | jmoran / Jose Moran | | | Desktop |
| 455 | jmoran / Jose Moran: 2016 07 10 12 00 56 448 -0700 | 7/10/2016 12:00 | jmoran / Jose Moran | | | Desktop |
| 456 | jmoran / Jose Moran: 2016 07 10 12 00 55 947 -0700 | 7/10/2016 12:00 | jmoran / Jose Moran | 7/10/2016 12:00 | | Desktop |
| 457 | jmoran / Jose Moran: 2016 07 10 11 41 58 751 -0700 | 7/10/2016 11:41 | jmoran / Jose Moran | 7/10/2016 12:00 | | Desktop |
| 458 | jmoran / Jose Moran: 2016 07 10 11 36 46 680 -0700 | 7/10/2016 11:36 | jmoran / Jose Moran | 7/10/2016 11:41 | | Desktop |
| 459 | jmoran / Jose Moran: 2016 06 29 21 39 38 102 -0700 | 6/29/2016 21:39 | jmoran / Jose Moran | | | Desktop |
| 460 | jmoran / Jose Moran: 2016 06 29 21 27 03 771 -0700 | 6/29/2016 21:27 | jmoran / Jose Moran | 6/29/2016 21:39 | | Desktop |
| 461 | jmoran / Jose Moran: 2016 06 29 21 10 46 745 -0700 | 6/29/2016 21:10 | jmoran / Jose Moran | | | Desktop |
| 462 | jmoran / Jose Moran: 2016 06 29 19 33 08 142 -0700 | 6/29/2016 19:33 | jmoran / Jose Moran | 6/29/2016 20:40 | | Desktop |
| 463 | jmoran / Jose Moran: 2016 06 29 19 29 34 777 -0700 | 6/29/2016 19:29 | jmoran / Jose Moran | | | Desktop |
| 464 | jmoran / Jose Moran: 2016 06 29 18 49 47 946 -0700 | 6/29/2016 18:49 | jmoran / Jose Moran | 6/29/2016 19:29 | | Desktop |

**GC EXHIBIT 079-080**

22-60493.4687

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 448 | Yes | Yes | The SAML token is invalid. The current moment is after the NotOnOrAfter date. | SAML | |
| 449 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 450 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 451 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 452 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 453 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 454 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 455 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 456 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 457 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 458 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 459 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 460 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 461 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 462 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 463 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 464 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-081**

TESLA-NLRB-001480

| | L | M | N |
|---|---|---|---|
| 448 | UI | | 172.56.39.29 |
| 449 | UI | b8236a | 172.56.39.29 |
| 450 | UI | 1b1e8d | 172.56.39.29 |
| 451 | UI | dd8c38 | 172.56.39.29 |
| 452 | UI | aa7e95 | 172.56.39.29 |
| 453 | UI | 83a670 | 172.56.39.29 |
| 454 | UI | 99269e | 99.72.224.187 |
| 455 | UI | 4c0794 | 99.72.224.187 |
| 456 | UI | 1c5f1c | 99.72.224.187 |
| 457 | UI | 931ae9 | 99.72.224.187 |
| 458 | UI | 84c067 | 99.72.224.187 |
| 459 | UI | 0837ba | 172.58.33.223 |
| 460 | UI | 6aa8c7 | 172.58.33.223 |
| 461 | UI | 367d50 | 99.72.224.187 |
| 462 | UI | b4b2aa | 64.134.220.159 |
| 463 | UI | 7eeea3 | 172.58.33.223 |
| 464 | UI | 4128c8 | 172.58.33.223 |

**GC EXHIBIT 079-082**

22-60493.4689

TESLA-NLRB-001481

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 465 | jmoran / Jose Moran: 2016 06 29 18 48 28 745 -0700 | 6/29/2016 18:48 | jmoran / Jose Moran | 6/29/2016 18:49 | | Desktop |
| 466 | jmoran / Jose Moran: 2016 06 29 18 34 20 111 -0700 | 6/29/2016 18:34 | jmoran / Jose Moran | | | Desktop |
| 467 | jmoran / Jose Moran: 2016 06 29 18 29 45 877 -0700 | 6/29/2016 18:29 | jmoran / Jose Moran | 6/29/2016 18:48 | | Desktop |
| 468 | jmoran / Jose Moran: 2016 06 29 18 08 05 103 -0700 | 6/29/2016 18:08 | jmoran / Jose Moran | 6/29/2016 18:29 | | Desktop |
| 469 | jmoran / Jose Moran: 2016 06 29 17 49 46 800 -0700 | 6/29/2016 17:49 | jmoran / Jose Moran | 6/29/2016 18:07 | | Desktop |
| 470 | jmoran / Jose Moran: 2016 06 29 04 54 09 356 -0700 | 6/29/2016 4:54 | jmoran / Jose Moran | | | Desktop |
| 471 | jmoran / Jose Moran: 2016 06 24 21 25 12 346 -0700 | 6/24/2016 21:25 | jmoran / Jose Moran | | | Desktop |
| 472 | jmoran / Jose Moran: 2016 06 24 14 55 32 899 -0700 | 6/24/2016 14:55 | jmoran / Jose Moran | | | Desktop |
| 473 | jmoran / Jose Moran: 2016 06 22 12 51 20 935 -0700 | 6/22/2016 12:51 | jmoran / Jose Moran | | | Desktop |
| 474 | jmoran / Jose Moran: 2016 06 22 12 32 58 178 -0700 | 6/22/2016 12:32 | jmoran / Jose Moran | 6/22/2016 12:51 | | Desktop |
| 475 | jmoran / Jose Moran: 2016 06 22 12 14 39 556 -0700 | 6/22/2016 12:14 | jmoran / Jose Moran | 6/22/2016 12:32 | | Desktop |
| 476 | jmoran / Jose Moran: 2016 06 22 11 53 59 531 -0700 | 6/22/2016 11:53 | jmoran / Jose Moran | 6/22/2016 12:14 | | Desktop |
| 477 | jmoran / Jose Moran: 2016 06 22 06 07 35 356 -0700 | 6/22/2016 6:07 | jmoran / Jose Moran | 6/22/2016 6:25 | | Desktop |
| 478 | jmoran / Jose Moran: 2016 06 22 05 46 28 439 -0700 | 6/22/2016 5:46 | jmoran / Jose Moran | 6/22/2016 6:07 | | Desktop |
| 479 | jmoran / Jose Moran: 2016 06 22 05 24 14 566 -0700 | 6/22/2016 5:24 | jmoran / Jose Moran | 6/22/2016 5:45 | | Desktop |
| 480 | jmoran / Jose Moran: 2016 06 22 05 02 52 428 -0700 | 6/22/2016 5:02 | jmoran / Jose Moran | 6/22/2016 5:24 | | Desktop |
| 481 | jmoran / Jose Moran: 2016 06 22 04 42 46 018 -0700 | 6/22/2016 4:42 | jmoran / Jose Moran | 6/22/2016 5:02 | | Desktop |
| 482 | jmoran / Jose Moran: 2016 06 01 11 04 42 480 -0700 | 6/1/2016 11:04 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-083**

TESLA-NLRB-001482

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 465 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 466 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 467 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 468 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 469 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 470 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 471 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 472 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 473 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 474 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 475 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 476 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 477 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 478 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 479 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 480 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 481 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 482 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-084**

TESLA-NLRB-001483

| | L | M | N |
|---|---|---|---|
| 465 | UI | c8f41a | 172.58.33.223 |
| 466 | UI | c6ca25 | 99.72.224.187 |
| 467 | UI | 9185f8 | 172.58.33.223 |
| 468 | UI | 07c3d9 | 172.58.33.223 |
| 469 | UI | fbfa90 | 172.58.33.223 |
| 470 | UI | 8b7e60 | 172.56.38.2 |
| 471 | UI | d78854 | 172.58.32.108 |
| 472 | UI | 394d73 | 172.58.32.108 |
| 473 | UI | fdcb3a | 209.133.79.8 |
| 474 | UI | c03db0 | 209.133.79.8 |
| 475 | UI | b4c7db | 209.133.79.8 |
| 476 | UI | a48a18 | 209.133.79.8 |
| 477 | UI | cdf4af | 172.58.35.204 |
| 478 | UI | ef8109 | 172.58.35.204 |
| 479 | UI | f3217e | 172.58.35.204 |
| 480 | UI | 4440f5 | 172.58.35.204 |
| 481 | UI | 1237e7 | 172.58.35.204 |
| 482 | UI | 021000 | 209.133.79.8 |

**GC EXHIBIT 079-085**

TESLA-NLRB-001484

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 483 | jmoran / Jose Moran: 2016 06 01 10 46 04 049 -0700 | 6/1/2016 10:46 | jmoran / Jose Moran | 6/1/2016 11:04 | | Desktop |
| 484 | jmoran / Jose Moran: 2016 06 01 10 27 38 874 -0700 | 6/1/2016 10:27 | jmoran / Jose Moran | 6/1/2016 10:45 | | Desktop |
| 485 | jmoran / Jose Moran: 2016 06 01 10 03 08 736 -0700 | 6/1/2016 10:03 | jmoran / Jose Moran | 6/1/2016 10:27 | | Desktop |
| 486 | jmoran / Jose Moran: 2016 04 30 13 50 36 961 -0700 | 4/30/2016 13:50 | jmoran / Jose Moran | | | Desktop |
| 487 | jmoran / Jose Moran: 2016 04 30 13 32 19 375 -0700 | 4/30/2016 13:32 | jmoran / Jose Moran | 4/30/2016 13:50 | | Desktop |
| 488 | jmoran / Jose Moran: 2016 04 30 13 11 33 346 -0700 | 4/30/2016 13:11 | jmoran / Jose Moran | 4/30/2016 13:32 | | Desktop |
| 489 | jmoran / Jose Moran: 2016 04 30 12 50 22 238 -0700 | 4/30/2016 12:50 | jmoran / Jose Moran | 4/30/2016 13:11 | | Desktop |
| 490 | jmoran / Jose Moran: 2016 04 30 12 28 44 639 -0700 | 4/30/2016 12:28 | jmoran / Jose Moran | 4/30/2016 12:49 | | Desktop |
| 491 | jmoran / Jose Moran: 2016 04 30 12 05 50 277 -0700 | 4/30/2016 12:05 | jmoran / Jose Moran | 4/30/2016 12:28 | | Desktop |
| 492 | jmoran / Jose Moran: 2016 04 30 11 46 14 802 -0700 | 4/30/2016 11:46 | jmoran / Jose Moran | 4/30/2016 12:05 | | Desktop |
| 493 | jmoran / Jose Moran: 2016 04 30 11 27 54 482 -0700 | 4/30/2016 11:27 | jmoran / Jose Moran | 4/30/2016 11:46 | | Desktop |
| 494 | jmoran / Jose Moran: 2016 04 30 11 08 09 623 -0700 | 4/30/2016 11:08 | jmoran / Jose Moran | 4/30/2016 11:26 | | Desktop |
| 495 | jmoran / Jose Moran: 2016 04 27 14 00 06 764 -0700 | 4/27/2016 14:00 | jmoran / Jose Moran | | | Desktop |
| 496 | jmoran / Jose Moran: 2016 04 27 13 59 35 501 -0700 | 4/27/2016 13:59 | jmoran / Jose Moran | | | Desktop |
| 497 | jmoran / Jose Moran: 2016 04 27 13 59 20 208 -0700 | 4/27/2016 13:59 | jmoran / Jose Moran | 4/27/2016 13:59 | | Desktop |
| 498 | jmoran / Jose Moran: 2016 04 13 15 00 02 652 -0700 | 4/13/2016 15:00 | jmoran / Jose Moran | | | Desktop |
| 499 | jmoran / Jose Moran: 2016 04 13 14 56 24 475 -0700 | 4/13/2016 14:56 | jmoran / Jose Moran | 4/13/2016 15:00 | | Desktop |
| 500 | jmoran / Jose Moran: 2016 03 29 08 46 50 155 -0700 | 3/29/2016 8:46 | jmoran / Jose Moran | | | Desktop |

# GC EXHIBIT 079-086

TESLA-NLRB-001486

**GC EXHIBIT 079-087**

| G | H | I | J | K |
|---|---|---|---|---|
| 483 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 484 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 485 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 486 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 487 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 488 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 489 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 490 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 491 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 492 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 493 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 494 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 495 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 496 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 497 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 498 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 499 | | | SAML | kw6m86bjYRZOJXGPKULB |
| 500 | | | SAML | kw6m86bjYRZOJXGPKULB |

|  | L | M | N |
|---|---|---|---|
| 483 | UI | d6f741 | 209.133.79.8 |
| 484 | UI | 67baca | 209.133.79.8 |
| 485 | UI | d28d4d | 209.133.79.8 |
| 486 | UI | 95c4a6 | 172.56.38.5 |
| 487 | UI | c54da7 | 172.56.38.5 |
| 488 | UI | 539dcb | 172.56.38.5 |
| 489 | UI | 85da43 | 172.56.38.5 |
| 490 | UI | 4263f0 | 172.56.38.5 |
| 491 | UI | 01953d | 172.56.38.5 |
| 492 | UI | 45db5a | 172.56.38.5 |
| 493 | UI | 83b4f3 | 172.56.38.5 |
| 494 | UI | 6d37d4 | 172.56.38.5 |
| 495 | UI | 117d69 | 38.104.134.62 |
| 496 | UI | 98e902 | 38.104.134.62 |
| 497 | UI | 712f05 | 38.104.134.62 |
| 498 | UI | 3a5937 | 172.58.17.104 |
| 499 | UI | e6558e | 172.58.17.104 |
| 500 | UI | 55336a | 172.56.17.118 |

**GC EXHIBIT 079-088**

22-60493.4695

TESLA-NLRB-001487

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 501 | jmoran / Jose Moran: 2016 03 29 08 27 19 670 -0700 | 3/29/2016 8:27 | jmoran / Jose Moran | 3/29/2016 8:46 | | Desktop |
| 502 | jmoran / Jose Moran: 2016 03 24 11 07 10 849 -0700 | 3/24/2016 11:07 | jmoran / Jose Moran | | | Desktop |
| 503 | jmoran / Jose Moran: 2016 03 22 11 23 28 709 -0700 | 3/22/2016 11:23 | jmoran / Jose Moran | | | Desktop |
| 504 | jmoran / Jose Moran: 2016 03 22 11 23 28 917 -0700 | 3/22/2016 11:23 | jmoran / Jose Moran | | | Desktop |
| 505 | jmoran / Jose Moran: 2016 03 22 11 03 41 549 -0700 | 3/22/2016 11:03 | jmoran / Jose Moran | | | Desktop |
| 506 | jmoran / Jose Moran: 2016 03 22 11 03 41 583 -0700 | 3/22/2016 11:03 | jmoran / Jose Moran | 3/22/2016 11:23 | | Desktop |
| 507 | jmoran / Jose Moran: 2016 03 22 10 44 06 663 -0700 | 3/22/2016 10:44 | jmoran / Jose Moran | 3/22/2016 11:03 | | Desktop |
| 508 | jmoran / Jose Moran: 2016 03 22 10 44 03 908 -0700 | 3/22/2016 10:44 | jmoran / Jose Moran | 3/22/2016 10:44 | | Desktop |
| 509 | jmoran / Jose Moran: 2016 03 22 10 24 00 128 -0700 | 3/22/2016 10:24 | jmoran / Jose Moran | 3/22/2016 10:24 | | Desktop |
| 510 | jmoran / Jose Moran: 2016 03 22 10 24 00 787 -0700 | 3/22/2016 10:24 | jmoran / Jose Moran | 3/22/2016 10:43 | | Desktop |
| 511 | jmoran / Jose Moran: 2016 03 22 10 05 09 224 -0700 | 3/22/2016 10:05 | jmoran / Jose Moran | 3/22/2016 10:23 | | Desktop |
| 512 | jmoran / Jose Moran: 2016 03 22 10 05 08 993 -0700 | 3/22/2016 10:05 | jmoran / Jose Moran | | | Desktop |
| 513 | jmoran / Jose Moran: 2016 03 22 09 38 11 179 -0700 | 3/22/2016 9:38 | jmoran / Jose Moran | 3/22/2016 10:05 | | Desktop |
| 514 | jmoran / Jose Moran: 2016 03 22 09 37 23 535 -0700 | 3/22/2016 9:37 | jmoran / Jose Moran | 3/22/2016 9:38 | | Desktop |
| 515 | jmoran / Jose Moran: 2016 03 21 08 25 46 294 -0700 | 3/21/2016 8:25 | jmoran / Jose Moran | | | Desktop |
| 516 | jmoran / Jose Moran: 2016 03 21 08 24 54 208 -0700 | 3/21/2016 8:24 | jmoran / Jose Moran | 3/21/2016 8:25 | | Desktop |
| 517 | jmoran / Jose Moran: 2016 03 16 18 09 01 248 -0700 | 3/16/2016 18:09 | jmoran / Jose Moran | | | Desktop |
| 518 | jmoran / Jose Moran: 2016 03 16 18 00 18 014 -0700 | 3/16/2016 18:00 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-089**

TESLA-NLRB-001488

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 501 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 502 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 503 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 504 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 505 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 506 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 507 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 508 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 509 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 510 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 511 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 512 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 513 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 514 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 515 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 516 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 517 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 518 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-090**

TESLA-NLRB-001489

|     | L | M | N |
|-----|---|---|---|
| 501 | UI | c37c81 | 172.56.17.118 |
| 502 | UI | effcac | 172.58.32.194 |
| 503 | UI | 64ac39 | 172.58.33.157 |
| 504 | UI | 2cb9af | 172.58.33.157 |
| 505 | UI | b0263f | 172.58.33.157 |
| 506 | UI | 32cb48 | 172.58.33.157 |
| 507 | UI | c6c7ba | 172.58.33.157 |
| 508 | UI | 5133dc | 172.58.33.157 |
| 509 | UI | 2619be | 172.58.33.157 |
| 510 | UI | d16bce | 172.58.33.157 |
| 511 | UI | 681da5 | 172.58.33.157 |
| 512 | UI | 68c880 | 172.58.33.157 |
| 513 | UI | 6c8971 | 172.58.33.157 |
| 514 | UI | bb931b | 172.58.33.157 |
| 515 | UI | c6fa0f | 172.58.32.129 |
| 516 | UI | 94738b | 172.58.32.129 |
| 517 | UI | 614b30 | 99.72.224.187 |
| 518 | UI | 69d625 | 172.56.30.185 |

**GC EXHIBIT 079-091**

TESLA-NLRB-001490

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 519 | jmoran / Jose Moran: 2016 03 16 17 40 02 756 -0700 | 3/16/2016 17:40 | jmoran / Jose Moran | 3/16/2016 18:00 | | Desktop |
| 520 | jmoran / Jose Moran: 2016 03 16 17 39 27 379 -0700 | 3/16/2016 17:39 | jmoran / Jose Moran | 3/16/2016 18:08 | | Desktop |
| 521 | jmoran / Jose Moran: 2016 03 16 17 38 55 509 -0700 | 3/16/2016 17:38 | jmoran / Jose Moran | 3/16/2016 17:40 | | Desktop |
| 522 | jmoran / Jose Moran: 2016 03 16 17 37 21 836 -0700 | 3/16/2016 17:37 | jmoran / Jose Moran | 3/16/2016 17:38 | | Desktop |
| 523 | jmoran / Jose Moran: 2016 03 15 18 53 17 156 -0700 | 3/15/2016 18:53 | jmoran / Jose Moran | | | Desktop |
| 524 | jmoran / Jose Moran: 2016 03 14 12 31 46 765 -0700 | 3/14/2016 12:31 | jmoran / Jose Moran | | | Desktop |
| 525 | jmoran / Jose Moran: 2016 03 14 12 13 17 548 -0700 | 3/14/2016 12:13 | jmoran / Jose Moran | 3/14/2016 12:31 | | Desktop |
| 526 | jmoran / Jose Moran: 2016 03 13 11 39 45 132 -0700 | 3/13/2016 11:39 | jmoran / Jose Moran | | | Desktop |
| 527 | jmoran / Jose Moran: 2016 03 13 11 18 31 002 -0700 | 3/13/2016 11:18 | jmoran / Jose Moran | 3/13/2016 11:38 | | Desktop |
| 528 | jmoran / Jose Moran: 2016 03 13 10 58 38 442 -0700 | 3/13/2016 10:58 | jmoran / Jose Moran | 3/13/2016 11:17 | | Desktop |
| 529 | jmoran / Jose Moran: 2016 03 11 08 28 14 491 -0800 | 3/11/2016 8:28 | jmoran / Jose Moran | | | Desktop |
| 530 | jmoran / Jose Moran: 2016 03 09 07 22 56 411 -0800 | 3/9/2016 7:22 | jmoran / Jose Moran | | | Desktop |
| 531 | jmoran / Jose Moran: 2016 03 09 07 03 20 149 -0800 | 3/9/2016 7:03 | jmoran / Jose Moran | 3/9/2016 7:22 | | Desktop |
| 532 | jmoran / Jose Moran: 2016 03 03 20 27 19 509 -0800 | 3/3/2016 20:27 | jmoran / Jose Moran | | | Desktop |
| 533 | jmoran / Jose Moran: 2016 03 03 20 09 01 806 -0800 | 3/3/2016 20:09 | jmoran / Jose Moran | 3/3/2016 20:27 | | Desktop |
| 534 | jmoran / Jose Moran: 2016 03 03 20 07 54 320 -0800 | 3/3/2016 20:07 | jmoran / Jose Moran | 3/3/2016 20:09 | | Desktop |
| 535 | jmoran / Jose Moran: 2016 02 26 14 04 22 758 -0800 | 2/26/2016 14:04 | jmoran / Jose Moran | | | Desktop |
| 536 | jmoran / Jose Moran: 2016 02 25 04 58 36 292 -0800 | 2/25/2016 4:58 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-092**

22-60493.4699

TESLA-NLRB-001491

**GC EXHIBIT 079-093**

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 519 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 520 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 521 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 522 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 523 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 524 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 525 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 526 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 527 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 528 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 529 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 530 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 531 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 532 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 533 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 534 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 535 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 536 | | | | SAML | kw6m86bjYRZOJXGPKULB |

TESLA-NLRB-001492

|     | L | M | N |
|-----|---|---|---|
| 519 | UI | c8f894 | 172.56.30.185 |
| 520 | UI | e498e7 | 99.72.224.187 |
| 521 | UI | 65142d | 172.56.30.185 |
| 522 | UI | 71067d | 172.56.30.185 |
| 523 | UI | 90a009 | 172.58.33.133 |
| 524 | UI | 5f886d | 38.104.134.62 |
| 525 | UI | 994c74 | 38.104.134.62 |
| 526 | UI | 7178b2 | 172.58.33.100 |
| 527 | UI | 63e88f | 172.58.33.100 |
| 528 | UI | 425f90 | 172.58.33.100 |
| 529 | UI | 2a6bfc | 172.58.33.182 |
| 530 | UI | 612fa5 | 172.58.25.157 |
| 531 | UI | ed3261 | 172.58.25.157 |
| 532 | UI | 6f409e | 208.54.5.176 |
| 533 | UI | 755a33 | 208.54.5.176 |
| 534 | UI | 53bc21 | 208.54.5.176 |
| 535 | UI | 549f8a | 38.104.134.62 |
| 536 | UI | 0e9dcb | 172.58.32.41 |

**GC EXHIBIT 079-094**

22-60493.4701

TESLA-NLRB-001493

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 537 | jmoran / Jose Moran: 2016 02 20 17 08 03 059 -0800 | 2/20/2016 17:08 | jmoran / Jose Moran | | | Desktop |
| 538 | jmoran / Jose Moran: 2016 02 20 16 48 19 559 -0800 | 2/20/2016 16:48 | jmoran / Jose Moran | 2/20/2016 17:07 | | Desktop |
| 539 | jmoran / Jose Moran: 2016 02 20 16 25 53 354 -0800 | 2/20/2016 16:25 | jmoran / Jose Moran | 2/20/2016 16:48 | | Desktop |
| 540 | jmoran / Jose Moran: 2016 02 20 16 06 26 205 -0800 | 2/20/2016 16:06 | jmoran / Jose Moran | 2/20/2016 16:25 | | Desktop |
| 541 | jmoran / Jose Moran: 2016 02 20 15 46 54 384 -0800 | 2/20/2016 15:46 | jmoran / Jose Moran | 2/20/2016 16:06 | | Desktop |
| 542 | jmoran / Jose Moran: 2016 02 17 04 49 14 499 -0800 | 2/17/2016 4:49 | jmoran / Jose Moran | | | |
| 543 | jmoran / Jose Moran: 2016 02 17 04 47 48 430 -0800 | 2/17/2016 4:47 | jmoran / Jose Moran | | | Desktop |
| 544 | jmoran / Jose Moran: 2016 02 09 06 50 02 639 -0800 | 2/9/2016 6:50 | jmoran / Jose Moran | | | Desktop |
| 545 | jmoran / Jose Moran: 2016 02 09 06 49 13 581 -0800 | 2/9/2016 6:49 | jmoran / Jose Moran | 2/9/2016 6:50 | | Desktop |
| 546 | jmoran / Jose Moran: 2016 02 04 09 26 46 816 -0800 | 2/4/2016 9:26 | jmoran / Jose Moran | | | Desktop |
| 547 | jmoran / Jose Moran: 2016 01 28 19 16 23 426 -0800 | 1/28/2016 19:16 | jmoran / Jose Moran | | | Desktop |
| 548 | jmoran / Jose Moran: 2016 01 23 06 48 01 397 -0800 | 1/23/2016 6:48 | jmoran / Jose Moran | | | Desktop |
| 549 | jmoran / Jose Moran: 2016 01 23 06 29 12 788 -0800 | 1/23/2016 6:29 | jmoran / Jose Moran | 1/23/2016 6:47 | | Desktop |
| 550 | jmoran / Jose Moran: 2016 01 19 19 49 59 917 -0800 | 1/19/2016 19:49 | jmoran / Jose Moran | | | Desktop |
| 551 | jmoran / Jose Moran: 2016 01 19 15 06 31 099 -0800 | 1/19/2016 15:06 | jmoran / Jose Moran | 1/19/2016 15:08 | | Desktop |
| 552 | jmoran / Jose Moran: 2016 01 19 10 02 11 579 -0800 | 1/19/2016 10:02 | jmoran / Jose Moran | | | Desktop |
| 553 | jmoran / Jose Moran: 2016 01 19 10 01 09 519 -0800 | 1/19/2016 10:01 | jmoran / Jose Moran | 1/19/2016 10:02 | | Desktop |
| 554 | jmoran / Jose Moran: 2016 01 14 18 16 34 056 -0800 | 1/14/2016 18:16 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-095**

TESLA-NLRB-001494

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 537 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 538 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 539 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 540 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 541 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 542 | | | | Trusted | |
| 543 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 544 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 545 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 546 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 547 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 548 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 549 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 550 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 551 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 552 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 553 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 554 | | | | SAML | kw6m86bjYRZOJXGPKULB |

**GC EXHIBIT 079-096**

22-60493.4703

|  | L | M | N |
|---|---|---|---|
| 537 | UI | ee88fa | 208.54.5.177 |
| 538 | UI | 16d022 | 208.54.5.177 |
| 539 | UI | 3f0593 | 208.54.5.177 |
| 540 | UI | 384786 | 208.54.5.177 |
| 541 | UI | 77232a | 208.54.5.177 |
| 542 | Web Services | 3befed | Workday Internal |
| 543 | UI | b2491f | 172.58.33.150 |
| 544 | UI | 6f7486 | 38.104.134.62 |
| 545 | UI | 22ecd6 | 38.104.134.62 |
| 546 | UI | 6683e5 | 172.56.41.84 |
| 547 | UI | aff4eb | 99.72.224.187 |
| 548 | UI | f5fd65 | 172.56.39.128 |
| 549 | UI | 056076 | 172.56.39.128 |
| 550 | UI | b3ceab | 99.72.224.187 |
| 551 | UI | 4d5dcb | 38.104.134.62 |
| 552 | UI | 071ac9 | 172.56.39.66 |
| 553 | UI | 671667 | 172.56.39.66 |
| 554 | UI | 24758b | 172.56.39.152 |

**GC EXHIBIT 079-097**

TESLA-NLRB-001496

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 555 | jmoran / Jose Moran: 2016 01 10 11 34 14 780 -0800 | 1/10/2016 11:34 | jmoran / Jose Moran | | | Desktop |
| 556 | jmoran / Jose Moran: 2016 01 07 19 28 27 776 -0800 | 1/7/2016 19:28 | jmoran / Jose Moran | | | Desktop |
| 557 | jmoran / Jose Moran: 2016 01 06 17 06 01 578 -0800 | 1/6/2016 17:06 | jmoran / Jose Moran | | | Desktop |
| 558 | jmoran / Jose Moran: 2016 01 04 18 12 26 453 -0800 | 1/4/2016 18:12 | jmoran / Jose Moran | | | Desktop |
| 559 | jmoran / Jose Moran: 2015 11 26 07 42 19 467 -0800 | 11/26/2015 7:42 | jmoran / Jose Moran | | | Desktop |
| 560 | jmoran / Jose Moran: 2015 11 17 10 18 11 992 -0800 | 11/17/2015 10:18 | jmoran / Jose Moran | | | Desktop |
| 561 | jmoran / Jose Moran: 2015 11 12 21 15 52 633 -0800 | 11/12/2015 21:15 | jmoran / Jose Moran | | | Desktop |
| 562 | jmoran / Jose Moran: 2015 08 08 11 03 32 648 -0700 | 8/8/2015 11:03 | jmoran / Jose Moran | | | Desktop |
| 563 | jmoran / Jose Moran: 2015 07 07 09 29 29 343 -0700 | 7/7/2015 9:29 | jmoran / Jose Moran | 7/7/2015 9:33 | | Desktop |
| 564 | jmoran / Jose Moran: 2015 04 24 18 37 42 725 -0700 | 4/24/2015 18:37 | jmoran / Jose Moran | | | Desktop |
| 565 | jmoran / Jose Moran: 2015 02 03 04 21 14 451 -0800 | 2/3/2015 4:21 | jmoran / Jose Moran | | | Phone |
| 566 | jmoran / Jose Moran: 2014 11 23 10 52 57 906 -0800 | 11/23/2014 10:52 | jmoran / Jose Moran | | | Desktop |

**GC EXHIBIT 079-098**

TESLA-NLRB-001497

GC EXHIBIT 079-099

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 555 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 556 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 557 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 558 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 559 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 560 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 561 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 562 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 563 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 564 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 565 | | | | SAML | kw6m86bjYRZOJXGPKULB |
| 566 | | | | SAML | kw6m86bjYRZOJXGPKULB |

| | L | M | N |
|---|---|---|---|
| 555 | UI | 9eb21d | 172.58.17.236 |
| 556 | UI | 64d79a | 99.72.224.187 |
| 557 | UI | 0f38dd | 99.72.224.187 |
| 558 | UI | 62fe92 | 99.72.224.187 |
| 559 | UI | 81f477 | 172.56.31.202 |
| 560 | UI | 201581 | 38.104.134.62 |
| 561 | UI | 2c0b84 | 208.54.39.222 |
| 562 | UI | aba781 | 38.104.134.62 |
| 563 | UI | 6b4f40 | 38.104.134.62 |
| 564 | UI | 2d9d54 | 71.146.68.237 |
| 565 | UI | 208af5 | 208.54.4.137 |
| 566 | UI | bb7a65 | 71.146.72.44 |

**GC EXHIBIT 079-100**

TESLA-NLRB-001499

22-60493.4708

EXHIBIT NO. GC-79 RECEIVED _____ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 101 DATE: 10-9-18 REPORTER: DA

| | |
|---|---|
| **From:** | Travis Pratt </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=47AB996A58914D74A668712B53A8CFCC-TRAVIS PRAT> |
| **To:** | Ricky Gecewich |
| **Sent:** | 9/19/2017 4:56:59 PM |
| **Subject:** | Re: Call with Employee Relations |
| **Attachments:** | Screenshot_20170914-224111.png |

Ricky,

Attached is the message I sent to Richard in response to his post.

V/R,

Travis Pratt  |  Maintenance Team Lead
Tesla Motors Inc | Body In White 2
45500 Fremont Blvd | Fremont, CA 94538
Redacted by GC | tpratt@tesla.com

---

**From:** Travis Pratt
**Sent:** Tuesday, September 19, 2017 4:33:15 PM
**To:** Ricky Gecewich
**Subject:** Re: Call with Employee Relations

Perfect

V/R,

Travis Pratt  |  Maintenance Team Lead
Tesla Motors Inc | Body In White 2
45500 Fremont Blvd | Fremont, CA 94538
Redacted by GC tpratt@tesla.com

---

**From:** Ricky Gecewich
**Sent:** Tuesday, September 19, 2017 4:33:04 PM
**To:** Travis Pratt
**Subject:** Re: Call with Employee Relations

Thanks for the reply Travis, I can call you in about 10 - 15 minutes if that works.  Thanks

---

**From:** Travis Pratt
**Sent:** Tuesday, September 19, 2017 4:31:26 PM
**To:** Ricky Gecewich
**Subject:** Re: Call with Employee Relations

# GC EXHIBIT 080-001

Ricky,

I am off work today and available for a call whenever. My normal shift is 5pm-5am and am also available at those times most of the week. Redacted by GC

V/R,

GC-80

TESLA-NLRB-001504

Travis Pratt  |  Maintenance Team Lead
Tesla Motors Inc | Body In White 2
45500 Fremont Blvd | Fremont, CA 94538
Redacted by GC | tpratt@tesla.com

---

**From:** Ricky Gecewich
**Sent:** Tuesday, September 19, 2017 12:56:07 PM
**To:** Travis Pratt
**Subject:** Call with Employee Relations

Hi Travis,

My name is Ricky and I am on our employee relations team here at Tesla.  I am looking into a concern that you may have escalated and I wanted to connect with you sometime this afternoon or tomorrow to better understand this concern.  Please let me know when you would be available for a call.

Thank you, Ricky

**Ricky Gecewich | Employee Relations | Tesla**
e: ricky@tesla.com | c: (510) 552-5981

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

**GC EXHIBIT 080-002**

22-60493.4711

EXHIBIT NO. GC-80 RECEIVED _____ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-9-18 REPORTER: OA



**Richard Sancho Ortiz**

Your day

Add something to your day

Lives in Newark, California

Add Richard Sancho Ortiz so they can message you, and so you can send and receive money, make voice and video calls, and more in your conversation.

**ADD ON MESSENGER**

10:39 PM

Say what you like about me behind closed doors...
I made what I did last year almost entirely as a level two maintenance technician, which is where several of your colleagues from production now find themselves. I wish you luck, but know there will be a lot of us on the otherside. Starting with name calling may not be the approach you want to take.

22-60493.4712

TESLA-NLRB-001506

| | |
|---|---|
| **From:** | Ricky Gecewich </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=6E63AC71254B4B59AF7D6D6C1468877B-RICKY GECEW> |
| **To:** | Raj Nanda |
| **Sent:** | 10/24/2017 2:54:17 PM |
| **Subject:** | Re: ER Request: Workday Logs |

Thanks Raj!

**From:** Raj Nanda
**Sent:** Tuesday, October 24, 2017 1:07:34 PM
**To:** Ricky Gecewich
**Subject:** RE: ER Request: Workday Logs

Hi Ricky – We just received the logs for jMoran.

685371TS#

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager** | m: 404.825.0663 | e: rnanda@tesla.com
This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender and delete this e-mail. Thank you.

**From:** Raj Nanda
**Sent:** Friday, October 13, 2017 10:59 AM
**To:** Ricky Gecewich
**Subject:** RE: ER Request: Workday Logs

HI Ricky – I got an update from Workday's Environments team yesterday that they can get us the data next week. It is taking time to generate as he had 40 sessions in September.

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager** | m: 404.825.0663 | e: rnanda@tesla.com
This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender and delete this e-mail. Thank you.

**From:** Ricky Gecewich
**Sent:** Wednesday, October 11, 2017 5:31 PM
**To:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

I really appreciate it.  Thanks

**From:** Raj Nanda
**Sent:** Wednesday, October 11, 2017 5:30:14 PM
**To:** Ricky Gecewich
**Subject:** RE: ER Request: Workday Logs

Hi Ricky – I followed up with our account rep this morning and he is chasing down the development group to get this

22-60493.4713

**GC EXHIBIT 081-001**

GC-81

TESLA-NLRB-001511

data to us. I'm going to start nagging them daily. K

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager** | m: 404.825.0663 | e: rnanda@tesla.com
This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender and delete this e-mail. Thank you.

**From:** Ricky Gecewich
**Sent:** Wednesday, October 11, 2017 8:18 AM
**To:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

Hi Raj,

Any updates from workday on this request?

Thanks

**From:** Ricky Gecewich
**Sent:** Friday, October 6, 2017 3:43:07 PM
**To:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

Thank you, can we have workday identify what pages he visited throughout the month of September?

I would like to compare this data to where he actually went. For example:

- 9/1/2017 21:26 - Visited his own page
- 9/8/2017 20:45 - Visited his own page
- 9/13/2017 14:46 - Visited Mark Spencers Page

etc etc

This will explain his usage much better. Thanks again for the help!

**From:** Raj Nanda
**Sent:** Friday, October 6, 2017 2:37:22 PM
**To:** Ricky Gecewich
**Subject:** RE: ER Request: Workday Logs

Yes. Here's his entire log in history. I have it filtered for September.

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager** | m: 404.825.0663 | e: rnanda@tesla.com
This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender and delete this e-mail. Thank you.

**From:** Ricky Gecewich
**Sent:** Friday, October 06, 2017 12:58 PM
**To:** Raj Nanda

22-60493.4714

**GC EXHIBIT 081-002**

TESLA-NLRB-001512

22-60493.4715

EXHIBIT NO. GC-81 RECEIVED_____ REJECTED_____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 7 DATE: 10-9-18 REPORTER: DM

**Subject:** Re: ER Request: Workday Logs

Hi Raj,

Can you please run a check and tell me how many times Jose accessed workday over the month of September. I want to understand his overall pattern of use.

For example: are these the only times he was in the system in Sept or did he logon and search 200 times.

From what you showed me it sounded like we may be able to pull that information locally.

Thank you

Sent from mobile - please excuse typos

On Oct 6, 2017, at 11:53 AM, Raj Nanda <rnanda@tesla.com> wrote:

Privileged:

Hi Ricky – Here is what Workday was able to confirm based on additional direction we provided them on Wednesday. Of the users that have accessed the profile, the following users are not HR.
- Tim Kai - Engineering Technician
- Jose Moran - Lead Quality Inspector

User riortiz did not view the profile pages during this time.


Comment: Hi Raj,
Here is the break down of the users who viewed the profile page for workers Travis Pratt and Shaun Ives.

| Date-Time | User | Viewed Worker |
|---|---|---|
| 9/10/17 1:06 PM | jhedges / Josh Hedges | Travis Pratt |
| 9/10/17 1:14 PM | jhedges / Josh Hedges | Shaun Ives |
| 9/10/17 3:33 PM | jhedges / Josh Hedges | Travis Pratt |
| 9/10/17 7:55 PM | rsanson / Rose Sanson | Shaun Ives |
| 9/11/17 7:18 AM | rsanson / Rose Sanson | Shaun Ives |
| 9/13/17 3:31 AM | tkai / Tim Kai | Travis Pratt |
| 9/13/17 10:25 PM | sschwarzer / Steven Schwarzer | Travis Pratt |
| 9/14/17 12:11 AM | kwashington / Krista Washington | Travis Pratt |
| 9/14/17 12:12 AM | kwashington / Krista Washington | Shaun Ives |
| 9/14/17 5:55 PM | jmoran / Jose Moran | Travis Pratt |
| 9/14/17 5:57 PM | jmoran / Jose Moran | Shaun Ives |

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager** | m: 404.825.0663 | e: rnanda@tesla.com
This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender and delete this e-mail. Thank you.


**From:** Ricky Gecewich
**Sent:** Wednesday, October 04, 2017 9:46 AM
**To:** Leonard Dandurand
**Cc:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

**GC EXHIBIT 081-003**

TESLA-NLRB-001513

+ Leonard

Hi Leonard,

Adding you back on this thread in hopes to get an update or some movement. This sensitive request is almost two weeks old at this point and we should update Gaby and team shortly. Please let us know if you need any additional information or support from our team to complete this request.

Thank you in advance for your assistance.

Regards, Ricky

**From:** Ricky Gecewich
**Sent:** Tuesday, October 3, 2017 10:44:09 AM
**To:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

Hi Raj, Please provide an update. We would like to conclude this investigation as soon as possible and will need these records to determine any action or next steps. Thanks, Ricky

**From:** Ricky Gecewich
**Sent:** Thursday, September 28, 2017 12:58:32 PM
**To:** Raj Nanda
**Subject:** Re: ER Request: Workday Logs

Hi Raj,

I will be OOO tomorrow so I'm just checking in to see if we have any traction or updates on this request? Please be aware this case is being closely monitored by Gaby and I am providing updates as they come in. The results of this data pull will determine any next steps or action in this case.

Thanks, Ricky

**From:** Ricky Gecewich
**Sent:** Monday, September 25, 2017 3:01:40 PM
**To:** Raj Nanda
**Subject:** ER Request: Workday Logs

Hi Raj, Any updates on this? Thanks

**From:** Ricky Gecewich
**Sent:** Friday, September 22, 2017 10:38 AM
**To:** Raj Nanda
**Subject:** Re: Request from assistance from employee relations

Hi Raj,

We are looking for a list of anyone that accessed the following Workday pages/profiles between September 10th and 16th, 2017:

- Travis Pratt
- Shaun Ives

It would be helpful to understand when the access occurred, what users accessed the pages and the timestamp

for access.  If it further narrows how they accessed (ie desktop or mobile) that would be helpful as well.

Please let me know if you have any additional questions so we can help turn this around as soon as possible.

Thanks!  Ricky

---

**From:** Raj Nanda
**Sent:** Friday, September 22, 2017 10:30 AM
**To:** Ricky Gecewich
**Subject:** RE: Request from assistance from employee relations

Hi Ricky – Could you let me know which page access you are looking to investigate? I can put a high priority request with WD to generate the logs. Narrowing the scope (to a particular group) can get a faster turnaround.

Thanks,
Raj

**Raj Nanda | Sr. HRIS Manager** |  m:  404.825.0663  |  e:  rnanda@tesla.com
This e-mail is confidential and may be privileged.  Use or disclosure of it by anyone other than a designated recipient is unauthorized.  If you are not an intended
recipient, please contact the sender and delete this e-mail. Thank you.


**From:** Leonard Dandurand
**Sent:** Friday, September 22, 2017 10:26 AM
**To:** Ricky Gecewich; Raj Nanda
**Subject:** RE: Request from assistance from employee relations

Hi Ricky!

Nice to meet you.

Raj Nanda is our HRIS Leader.  Raj – can you please help Ricky find what he needs?

**From:** Ricky Gecewich
**Sent:** Friday, September 22, 2017 10:11 AM
**To:** Leonard Dandurand <ldandurand@tesla.com>
**Subject:** Request from assistance from employee relations

Hi Leonard,

My name is Ricky and I'm on our employee relations team here at Tesla.  My team is responsible for investigating certain workplace concerns and I was hoping someone from your team can help with a time-sensitive request.

We are hoping to access Workday logs to see who visited two specific workday pages over a specific timeframe.  Please let me know who on your team is best to partner with so I can share additional details.

Thanks in advance for your assistance.

Regards, Ricky

**Ricky Gecewich | Employee Relations | Tesla**
e: ricky@tesla.com | c: (510) 552-5981

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are

**GC EXHIBIT 081-005**

TESLA-NLRB-001515

not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

**GC EXHIBIT 081-006**

TESLA-NLRB-001516

| From: | Ricky Gecewich </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=6E63AC71254B4B59AF7D6D6C1468877B-RICKY GECEW> |
|---|---|
| To: | Emee Cruz |
| Sent: | 10/20/2017 12:03:29 AM |
| Subject: | Re: Reminder on Accessing Internal Systems |

Thanks, that works! Cheers

**From:** Emee Cruz
**Sent:** Thursday, October 19, 2017 7:10:55 PM
**To:** Ricky Gecewich
**Subject:** RE: Reminder on Accessing Internal Systems

-Removed Jose

Hi Ricky,

I uploaded this email into his WD profile as Disciplinary Action. Please let me know if I should categorize it differently.

Thanks,
Emee

**From:** Ricky Gecewich
**Sent:** Thursday, October 19, 2017 5:31 PM
**To:** Jose Moran <jmoran@tesla.com>
**Cc:** Emee Cruz <emcruz@tesla.com>
**Subject:** Reminder on Accessing Internal Systems

Hi Jose,

I wanted to send you a follow-up email to remind you of what we discussed today. As part of our investigation we found that you used an internal system, Workday, for personal purposes and without proper business justification. You are reminded that you should only access internal systems, including Workday, for legitimate and official business purposes. If you fail to comply with this direction in the future Tesla may take disciplinary action up to and including termination.

If you have any questions please reach out either to your HR partner (cc'd) or me.

Thank you for your honesty and partnership throughout this process.

Regards, Ricky

**Ricky Gecewich | Employee Relations | Tesla**
e: ricky@tesla.com | c: (510) 552-5981

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

**GC EXHIBIT 082**

GC-82

TESLA-NLRB-001517

22-60493.4721

EXHIBIT NO. GC-82 RECEIVED ✓ REJECTED _____
3-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-9-18 REPORTER: OM

| | |
|---|---|
| **From:** | Ricky Gecewich </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=6E63AC71254B4B59AF7D6D6C1468877B-RICKY GECEW> |
| **To:** | Travis Pratt |
| **Sent:** | 10/19/2017 5:41:47 PM |
| **Subject:** | Re: Call with Employee Relations |

Hi Travis,

Thanks for your patience while we investigated your concerns regarding this Facebook post and improper access/use of Workday. We were able to complete a thorough investigation and take appropriate action in this case. While I can't share the specifics of the actions taken in this investigation I can tell you that we took these concerns seriously and aligned our action with similar cases across Tesla.

As a reminder, Tesla has a firm policy against retaliation. Anyone who retaliates against any employee for raising a concern in good faith, or for participating in an investigation, may be disciplined including immediate dismissal. Please contact me, or any other member of the Human Resources team, if you have any questions or concerns.

Regards, Ricky

**From:** Ricky Gecewich
**Sent:** Tuesday, September 19, 2017 5:41:11 PM
**To:** Travis Pratt
**Subject:** Re: Call with Employee Relations

Perfect, thanks

**From:** Travis Pratt
**Sent:** Tuesday, September 19, 2017 5:27:21 PM
**To:** Ricky Gecewich
**Subject:** Re: Call with Employee Relations

Bryan Kositch
bkositch@tesla.com

V/R,

Travis Pratt  |  Maintenance Team Lead
Tesla Motors Inc | Body In White 2
45500 Fremont Blvd | Fremont, CA 94538
720.988.7968 | tpratt@tesla.com

**From:** Ricky Gecewich
**Sent:** Tuesday, September 19, 2017 5:24:46 PM
**To:** Travis Pratt
**Subject:** Re: Call with Employee Relations

Thanks Travis, Can you send me the spelling of Brian's name so I can reach out to him. I had Brian Kostich but that doesn't seem right. Thanks

**From:** Travis Pratt
**Sent:** Tuesday, September 19, 2017 4:56:59 PM

**GC EXHIBIT 083-001**

GC-83

22-60493.4722

**To:** Ricky Gecewich
**Subject:** Re: Call with Employee Relations

Ricky,

Attached is the message I sent to Richard in response to his post.


V/R,

Travis Pratt | Maintenance Team Lead
Tesla Motors Inc | Body In White 2
45500 Fremont Blvd | Fremont, CA 94538
720.988.7968 | tpratt@tesla.com

---

**From:** Travis Pratt
**Sent:** Tuesday, September 19, 2017 4:33:15 PM
**To:** Ricky Gecewich
**Subject:** Re: Call with Employee Relations

Perfect


V/R,

Travis Pratt | Maintenance Team Lead
Tesla Motors Inc | Body In White 2
45500 Fremont Blvd | Fremont, CA 94538
720.988.7968 | tpratt@tesla.com

---

**From:** Ricky Gecewich
**Sent:** Tuesday, September 19, 2017 4:33:04 PM
**To:** Travis Pratt
**Subject:** Re: Call with Employee Relations

Thanks for the reply Travis, I can call you in about 10 - 15 minutes if that works.  Thanks

---

**From:** Travis Pratt
**Sent:** Tuesday, September 19, 2017 4:31:26 PM
**To:** Ricky Gecewich
**Subject:** Re: Call with Employee Relations

Ricky,

I am off work today and available for a call whenever. My normal shift is 5pm-5am and am also available at those times most of the week. 720-988-7968.


V/R,

Travis Pratt | Maintenance Team Lead
Tesla Motors Inc | Body In White 2
45500 Fremont Blvd | Fremont, CA 94538
720.988.7968 | tpratt@tesla.com

---

**From:** Ricky Gecewich
**Sent:** Tuesday, September 19, 2017 12:56:07 PM

**GC EXHIBIT 083-002**

22-60493.4724

EXHIBIT NO. GC-83 RECEIVED ✓ REJECTED _____
32-CA -197020
CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-9-18 REPORTER: DH

**To:** Travis Pratt
**Subject:** Call with Employee Relations

Hi Travis,

My name is Ricky and I am on our employee relations team here at Tesla. I am looking into a concern that you may have escalated and I wanted to connect with you sometime this afternoon or tomorrow to better understand this concern. Please let me know when you would be available for a call.

Thank you, Ricky

**Ricky Gecewich | Employee Relations | Tesla**
e: ricky@tesla.com | c: (510) 552-5981

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

**GC EXHIBIT 083-003**

22-60493.4725

TESLA-NLRB-001520

EXHIBIT EXCLUDED

Leading Case Number _32-CA-19702D_____

Leading Case Name _Tesla, Inc._____

Exhibit Number _GC-84_____

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1.  Exhibit Withdrawn _____

2.  Exhibit Rejected _____

3.  Other (Explain) _Not Produced /offered Yet_____

_____

_____

Exhibit retained by _General Counsel_____

_____

_Deborah Gonzalez_____
**Court Reporter**

# Version History

| Version | Modified Date | Modified By | Size |
|---------|---------------|-------------|------|
| 26.0 | Sep 12 | Ricky Gecewich | 20.4 KB |
| 25.0 | Oct 19, 2017 | Ricky Gecewich | 20.1 KB |
| 24.0 | Oct 19, 2017 | Ricky Gecewich | 20.0 KB |
| 23.0 | Oct 18, 2017 | Ricky Gecewich | 19.9 KB |
| 22.0 | Oct 18, 2017 | Ricky Gecewich | 19.9 KB |
| 21.0 | Oct 17, 2017 | Ricky Gecewich | 19.9 KB |
| 20.0 | Oct 16, 2017 | Ricky Gecewich | 20.7 KB |
| 19.0 | Oct 16, 2017 | Ricky Gecewich | 20.8 KB |
| 18.0 | Oct 16, 2017 | Ricky Gecewich | 20.8 KB |

**GC EXHIBIT 085-001**

GC-85

22-60493.4727

| | | | |
|---|---|---|---|
| 17.0 | Oct 16, 2017 | Ricky Gecewich | 21.2 KB |
| 16.0 | Oct 16, 2017 | Ricky Gecewich | 20.8 KB |
| 15.0 | Oct 16, 2017 | Ricky Gecewich | 20.8 KB |
| 14.0 | Oct 13, 2017 | Carmen Copher | 19.8 KB |
| 13.0 | Oct 13, 2017 | Carmen Copher | 20.0 KB |
| 12.0 | Oct 13, 2017 | Carmen Copher | 19.8 KB |
| 11.0 | Oct 13, 2017 | Carmen Copher | 19.7 KB |
| 10.0 | Oct 13, 2017 | Jaime Bodiford | 19.6 KB |
| 9.0 | Oct 13, 2017 | Jaime Bodiford | 18.2 KB |
| 8.0 | Oct 13, 2017 | Ricky Gecewich | 18.2 KB |
| 7.0 | Oct 13, 2017 | Ricky Gecewich | 18.0 KB |

**GC EXHIBIT 085-002**

22-60493.4728

22-60493.4729

EXHIBIT NO. GC-85 RECEIVED_____ REJECTED_____
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.
NO. OF PAGES: 4 DATE: 10-11-18 REPORTER: DM

| | | | |
|---|---|---|---|
| 6.0 | Oct 13, 2017 | Ricky Gecewich | 17.7 KB |
| 5.0 | Oct 13, 2017 | Ricky Gecewich | 17.4 KB |
| 4.0 | Oct 13, 2017 | Ricky Gecewich | 16.7 KB |
| 3.0 | Oct 13, 2017 | Ricky Gecewich | 15.3 KB |
| 2.0 | Oct 12, 2017 | Ricky Gecewich | 15.3 KB |
| 1.0 | Oct 12, 2017 | Ricky Gecewich | 10.6 KB |

**GC EXHIBIT 085-003**

22-60493.4730

(Confidential Attorney-Client Privilege)

Employee Relations Investigation Report

**Date of Report:** October 13th, 2017

**Investigator:** Ricky Gecewich

**Complainant:** Travis Pratt, Maintenance Technician

**Accused:** Richard Ortiz, Production Associate

**Executive Summary:**

Employee relations (ER) investigated the posting of Workday profile screenshots to an external Facebook group. Through this investigation, ER found that Richard Ortiz knowingly misled ER and lied to protect the source of the Workday screenshots, Jose Moran. Jose provided ER with text messages to Richard showing the exchange of the screenshots. ER recommends a verbal warning be delivered to Jose Moran for accessing Workday for non-business related purposes. ER recommends termination for Richard for admittedly lying during a workplace investigation.

**Description of the allegation:**

ER received a concern that Richard Ortiz posted screenshots of Travis Pratt and Shaun Ives' workday landing pages to a Facebook group. The screenshots included pictures, full name and business title of both Travis and Shaun.

**Summary and Analysis of findings:**

ER received a concern from Travis Pratt that Richard Ortiz posted screenshots of his and Shawn's Workday profile to a Facebook group. Travis was concerned based on the content of the message and because he understood Workday was an internal Tesla HR system intended for work purposes and not broader distribution on social media. Travis directly messaged Richard on Facebook to tell Richard the information in his post, related to Travis's work history and compensation, was not appropriate to share via Facebook group.

ER interviewed Richard Ortiz initially on Sept 21st, 2017, to understand where he got the Workday screenshots from. Richard claimed he received the screenshots via text message from a random phone number and he did not know where they came from, additionally he had deleted all of his messages so there wasn't a record of the text message for him to identify the sender. After ER reinforced the expectation of honesty during investigations, Richard maintained he did not know who provided the screenshots. Richard said he posted the screenshots in "the heat of the moment" and didn't think Workday was a sensitive or internal system, he likened it to a work Facebook. Richard also claimed he deleted the Facebook post after Travis sent him a direct message telling him the information in the post was inappropriate.

(Confidential Attorney-Client Privilege)

**GC EXHIBIT 086-001**

GC-86
V.8

22-60493.4731

(Confidential Attorney-Client Privilege)

ER reviewed Workday access logs and found Jose Moran, Lead Quality Inspector, was the only Tesla employee, outside of HR, to access Travis, Shaun and Jeal Osbual's workday profiles between Sept 10th and 16th, 2017. Jose accessed these files on Thursday Sept 14th, 2017 at approximately 5:55pm – 5:57pm PST. This timeframe corresponds to when these three Tesla employees went to Sacramento, CA, to speak with state legislators about their experiences at Tesla.

ER interviewed Jose and he admitted to reviewing and taking screenshots of Travis, Shaun and Jean's records in Workday. He said he was asked to verify if these employees were actual Tesla employees by a UAW representative that was in Sacramento during the same time as Travis, Shaun and Jean. Jose then shared the screenshots directly with Richard to highlight who was in Sacramento speaking about their anti-union opinions. Jose said he often uses Workday for personal purposes to look at the titles of other employees and try to determine their corresponding level and pay rate and how these employees compare to him. Jose voluntarily provided, to ER, his text message exchange with Richard to corroborate his statements and ahe dded that Richard knew Jose sent the messages, that they personally know each other and that Richard would be dishonest if he said he didn't know where the screenshots came from.

ER spoke with Richard, a third time on Oct 12th, 2017, to give him the opportunity to clarify his previous statements. Richard admitted he mislead ER in his initial conversation because he was "trained by (his) upbringing" to not implicate other people or "snitch" on them. At the time of the first interview, Richard knew it was at least 85% likely that Jose sent the screenshots via text message, Richard could not provide any other potential source of the screenshots. Richard communicates with Jose often via text message and Jose is one of the only contacts Richard has programmed into his phone for identification purposes. Richard identified Jose's workday picture and said he and Jose know each other and that he would know him if he saw him in person or in photos. Note: Jose's Workday picture (as identified by Richard) is attached to the screenshots in the upper-right corner. Richard admitted he was not completely truthful with ER during his first conversation and he did not take the opportunity to clarify any of his statements during his second meeting with ER, on Sept 25th, 2017, he only shared additional information when ER specifically requested this third meeting and questioned him regarding the screenshots.

**Recommended actions:**

ER recommends a verbal warning for Jose for using Workday for without an official business reason. He used the system to access records out of his own personal curiosity and then took screenshots of specific profiles to share them via text message to another associate.

ER recommends termination of Richard's employment with Tesla. Richard knowingly mislead ER and lied about knowing the source of the Workday screenshots, ER verified the source via Workday access logs, Jose's statements and the picture in the top-right corner of the screenshots that shows Jose's face. Richard admitted he would recognize Jose in person and in photo, specifically recognized Jose's Workday photo (when shown) and had Jose's number programmed into his phone—all indicators he knew Jose was

(Confidential Attorney-Client Privilege)

**GC EXHIBIT 086-002**

22-60493.4733

EXHIBIT NO. GC-86 RECEIVED _____ REJECTED _____

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-11-18 REPORTER: DM

(Confidential Attorney-Client Privilege)

the source of the screenshots. Richard apologized and admitted to not telling the truth during his first and second conversations with the ER team.

**Investigative Procedure:**

- Sept 19th, 2017, Intake with Travis Pratt (Complainant), Business Title
- Sept 20th, 2017, Interview with Bryan Kostich (Witness), Business Title
- Sept 21st, 2017, Interview with Richard Ortiz (Subject), Production Associate
- Sept 22nd, 2017, Request Workday access logs
- Sept 25th, 2017, Interview with Richard Ortiz (Subject), Production Associate
- Oct 6th, 2017, Receive and review Workday access logs
- Oct 12th, 2017, Interview with Jose Moran (Subject), Lead Quality Inspector
- Oct 12th, 2017, Interview with Richard Ortiz (Subject), Production Associate
- PENDING, Verbal Warning delivered to Jose Moran
- PENDING, Richard Ortiz terminated
- PENDING, Closed out with Complainant
- PENDING, Investigation Closed

(Confidential Attorney-Client Privilege)

**GC EXHIBIT 086-003**

22-60493.4734

(Confidential Attorney-Client Privilege)

Employee Relations Investigation Report

**Date of Report:** October 13th, 2017

**Investigator:** Ricky Gecewich

**Complainant:** Travis Pratt, Maintenance Technician

**Accused:** Richard Ortiz, Production Associate

**Executive Summary:**

Employee relations (ER) investigated the distribution of Workday profile screenshots to an external Facebook group. Through this investigation, ER found that Richard Ortiz knowingly misled ER and lied to protect the source of the Workday screenshots, Jose Moran. Jose provided ER with text messages to Richard showing the exchange of the screenshots. ER recommends a verbal warning be delivered to Jose Moran for accessing Workday for non-business related purposes. ER recommends termination for Richard for actively lying during a workplace investigation.

**Description of the allegation:**

ER received a concern that Richard Ortiz posted screenshots of Travis Pratt and Shawn Ives' workday landing pages to a Facebook group. The screenshots included pictures full name and business title of both Travis and Shawn.

**Summary and Analysis of findings:**

ER received a concern from Travis Pratt that Richard Ortiz posted screenshots of Workday his and Shawn Ives Workday profile to a Facebook group. Travis was concerned based on the content of the message and because he understood Workday was an internal Tesla HR system intended for work purposes and not broader distribution on social media. Travis directly messaged Richard on Facebook to tell Richard the information in his post, related to Travis's work history and compensation, was not accurate or appropriate to share via Facebook group.

ER interviewed Richard Ortiz initially on Sept 21st, 2017, to understand where he got the Workday screenshots from. Richard claimed he received the screenshots via text message from a random phone number and he did not know where they came from, additionally he had deleted all of his messages so there wasn't a record of the text message for him to identify the sender. After ER reinforced the expectation of honesty Richard maintained he did not know who provided the screenshots. Richard said he posted the screenshots in "the heat of the moment" and didn't think Workday was a sensitive or internal system, he likened it to a work Facebook. Richard also claimed he deleted the Facebook post after Travis sent him a direct message telling him the information was inaccurate and inappropriate.

ER reviewed Workday access logs and found Jose Moran, Lead Quality Inspector, was the only Tesla employee, outside of HR, to access Travis, Shaun and Jeal Osbual's workday profiles between Sept 10th

(Confidential Attorney-Client Privilege)

**GC EXHIBIT 087-001**

GC-87

V.4

(Confidential Attorney-Client Privilege)

and 16th, 2017. This timeframe corresponds to when these three Tesla employees went to Sacramento, CA, to speak with state legislators about their experiences at Tesla.

ER interviewed Jose and he admitted to reviewing Travis, Shaun and Jean's records in Workday

--

Summary of your investigative findings, including information gathered from witness statements and the subject interview. This summary should include analysis and findings. For example: "based on multiple witness accounts, corroborated by a review of available video footage, the ER team finds it more likely than not that NAME physically threatened NAME"

**Recommended actions:**

Building off of your findings, indicate here the recommended action and tie to any policies (with hyperlinks) if applicable. You can also add a line here about business alignment (this recommendation was accepted by NAME, Director of Quality, on DATE.

**Investigative Procedure:**

- Sept 19th, 2017, Intake with Travis Pratt (Complainant), Business Title
- Sept 20th, 2017, Interview with Bryan Kostich (Witness), Business Title
- Sept 21st, 2017, Interview with Richard Ortiz (Subject), Production Associate
- Sept 22nd, 2017, Request Workday access logs
- Sept 25th, 2017, Interview with Richard Ortiz (Subject), Production Associate
- Oct 6th, 2017, Receive and review Workday access logs
- Oct 12th, 2017, Interview with Jose Moran (Subject), Lead Quality Inspector
- Oct 12th, 2017, Interview with Richard Ortiz (Subject), Production Associate
- PENDING, Warning delivered to Jose Moran
- PENDING, Richard Ortiz terminated
- PENDING, Closed out with Complainant
- PENDING, Investigation Closed

(Confidential Attorney-Client Privilege)

**GC EXHIBIT 087-002**

22-60493.4736

22-60493.4737

EXHIBIT NO. GC-87 RECEIVED ✓ REJECTED _____

32-CA-197020

CASE NO._____ CASE NAME: Tecla, Inc.

NO. OF PAGES: 3 DATE: 10-1-18 REPORTER: NY

EXHIBIT EXCLUDED

Leading Case Number ___32-CA-197020___

Leading Case Name ___Tesla, Inc.___

Exhibit Number ___GC-88___

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn _____

2. Exhibit Rejected _____

3. Other (Explain) ___Not Produced/Offered Yet___

_____

_____

Exhibit retained by ___General Counsel___

_____

*Deborah Gonzalez*
_____
Court Reporter

**From:** Michael Vega
**Sent:** Wednesday, May 24, 2017 2:16 PM
**To:** Alaynna Elliot <aelliot@tesla.com>; Rose Sanson <rsanson@tesla.com>
**Cc:** Mario Penera <mpenera@tesla.com>; Russell Varone <rvarone@tesla.com>; security <security@tesla.com>
**Subject:** Tesla Employee Handing out UAW flyers

Team,

I just came from speaking to the security guard at the Iron Man entrance by Final Line.

There is a Tesla Employee, not on the clock, handing out flyers pertaining to the UAW and speaking to employees as they leave the plant.

The security at the entrance stated he spoke to him and said he could not be handing out information on plant property, however he refused to leave claiming he was an employee.

Thank you for your time and consideration in this matter.

Respectfully,

Mike Vega | General Assembly, Second (2nd) Shift, Associate Manager
45500 Fremont Boulevard | Fremont, CA 94538
Mobile (510 ) 766-6747
Semper Fidelis



**GC EXHIBIT 089**

GC-89

TESLA-NLRB-002901

22-60493.4740

EXHIBIT NO. GC-89 RECEIVED_____ REJECTED_____
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 10-12-18 REPORTER: NH

EXHIBIT EXCLUDED

Leading Case Number    32-CA-197020

Leading Case Name    Tesla, Inc.

Exhibit Number    GC-90

Description _____

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn _____

2. Exhibit Rejected _____

3. Other (Explain) _____ Not Produced/Offered Yet _____

_____

_____

Exhibit retained by _____ General Counsel _____

_____

Deborah Goyaly

Court Reporter

Ms Lipson opened the meeting explaining why we were there (concerns that our employee's health information was disclosed to the media), our roles within the company (HR and Safety) and assurance that we were not recording the meeting and that we do not consent to being recorded. To which, Mr Ortiz responded, "Nah, I never do that sort of thing."

Ms. Lipson asked the following questions to Mr. Ortiz and his responses are below in red

- What is your understanding of OSHA regulations allowing the sharing of OSHA 300 logs?
    - Jonathan requested the stuff and asked me if I would do it with him. I said yes I will do it with him. I don't know what he is doing. I am not afraid of things. Just throw my name on there I don't care. I don't give much thought to what Jonathan does.
- Are you aware of current or former employees accessing the company's OSHA 300 log database or getting?
    - I don't know what the database is. I don't know where he [Jonathan] got them from.
- Have you been able to access the company's OSHA 300 log database?
    - No not that I am aware of.
- Did you provide the logs to others? To whom did you provide them?
    - I haven't touched them I haven't seen them

Ms. Lipson opened the meeting explaining why we were there (concerns that our employee's health information was disclosed to the media), our roles within the company (HR and Safety) and assurance that we were not recording the meeting and that we do not consent to being recorded.

Ms. Lipson asked the following questions to Mr. Galescu and his responses are below in red.

- What is your understanding of OSHA regulations allowing the sharing of OSHA 300 logs?
    - I have the right to request those logs. For any further questions I would like to have representation present
- Are you aware of current or former employees accessing the company's OSHA 300 log database or getting?
    - Only through the email you all sent me
- Have you been able to access the company's OSHA 300 log database?
    - By the email that you guys have sent me.
- Did you provide the logs to others? To whom did you provide them?
    - If you would like to ask me some more questions I would like to have outside representation present.

# GC Exhibit 91

GC-91

22-60493.4743

EXHIBIT NO. GC-91 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 10-12-18 REPORTER: NA



GC EXHIBIT 092-001

22-60493.4745

EXHIBIT NO. GC-92 RECEIVED ✓ REJECTED
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 5 DATE: 10-12-18 REPORTER: D.M



GC EXHIBIT 092-002

GC EXHIBIT 092-003



22-60493.4747



22-60493.4748

**OFFICIAL REPORT OF PROCEEDINGS**

**BEFORE THE**

**NATIONAL LABOR RELATIONS BOARD**

**REGION 32**

In the Matter of:

| | |
|---|---|
| TESLA, INC., | Case No.   32-CA-197020 |
| | 32-CA-197058 |
| and | 32-CA-197091 |
| | 32-CA-197197 |
| MICHAEL SANCHEZ, AN INDIVIDUAL, | 32-CA-200530 |
| | 32-CA-208614 |
| and | 32-CA-210879 |

JONATHAN GALESCU, AN INDIVIDUAL,

and

RICHARD ORTIZ, AN INDIVIDUAL,

and

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL WORKERS OF AMERICA,
AFL-CIO,

Charging Party,

———————————————

———————————————

JOINT EXHIBITS

Place: Oakland, California

Dates: June 14, 2018

**OFFICIAL REPORTERS**
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885



www.escribers.net | 800-257-0885

The parties stipulate that if called to testify, Dave Teston would testify to the following:

1. As of at least February 5, 2018, Dave Teston (Teston) was the Associate Manager of Manufacturing at Tesla, Inc.'s (Respondent) Sparks, Nevada facility (the Sparks Facility).

2. At all relevant times until at least February 5, 2018, Teston was a supervisor within the meaning of Section 2(11) of the National Labor Relations Act.

3. Teston began working for Respondent around August 2015.

4. Teston is no longer working for Respondent.

5. As of February 5, 2018, Teston was responsible for the training team, which included the day-to-day duties of the training coordinators.

6. As of February 5, 2018, Teston reported to Senior Manager of Leadership Development Kristen Kavanugh.

7. As of February 5, 2018, Teston worked out of a trailer just outside of the Facility. In general, the department Teston worked out of was the training department.

8. As of December 2, 2017, there were about 20 employees that worked in the training department, which included Supervisor Randall Perkins, Training Specialist Sonya Macias (Macias), 15 training coordinators, and an instructional designer. The training specialist position is not a supervisor position for Respondent.

9. Teston also served as the Maintenance Supervisor for Respondent in the paint ship at Respondent's Fremont, California facility (the Fremont Facility). Teston served in that role for about one year (November 2014 – October 2015). Since around October 2015, Teston has worked at the Sparks Facility.

10. Respondent's training coordinators working out of the Sparks Facility post manufacturing instruction changes on individual lines, update training matrixes, and provides general guideline classes, which includes manufacturing practices, quality in station, and safety. As manufacturing instructions change, the training coordinators are responsible for updating these changes and posting them at the work stations. Training coordinators have a table adjacent to production lines, but they do go out to production lines and that's when they perform their updates to the instructions and talk to the associates working on productions lines. When an instructions change, which comes from a different division of Respondent—technical writers make these changes—the training coordinator obtain updates and take the updated instructions to the production lines. Training coordinators then place the new instructions in folders at each work station and remove the old instructions.

22-60493.4750

JOINT EXHIBIT 3-1

11. At Respondent's Sparks Facility, from July 2017 to December 2017, there were two departments, Energy and Model 3, and these are the departments that the training coordinators worked in.

12. From around June 2017 until sometime around late summer 2017, Supervisor Josh Surgeon (Surgeon) was responsible for the training team, including the training coordinators. Teston did not come to the training team until around early April 2017, when there were only four training coordinators and one specialist. From April 2017 until June 2017, Teston supervised day-to-day tasks of training coordinators. Teston was also responsible for increasing the size of the training coordinator team during that time.

13. When Teston began his role with Respondent there were about four training coordinators and by December 2017 there were about 15 training coordinators.

14. Teston provided oversight for power pack, power wall, and inverter cabinet, which are all divisions within the energy production lines at Respondent's Sparks Facility. Teston was generally responsible for overseeing the training team as it related to those operations. Teston ceased energy department responsibilities in September 2017.

15. During Teston's employment with Respondent until at least February 5, 2018, there were no positions that were similar to the training coordinator position.

16. The training specialist is responsible for performing onboarding duties, which includes new hire orientation. With respect to Macias' role with the training coordinators, Macias was also responsible for helping coordinators as a subject matter expert if they needed her assistance. Macias was not a supervisor for the training coordinators. Macias acted as a lead for the training coordinators. But, Teston removed Macias from that role because of Training Coordinator Will Locklear's (Locklear) difficulties with accepting her leadership.

17. Locklear was one of Teston's training coordinators from about December 2016 until at least February 5, 2018. Prior to that, Locklear was a production associate in Respondent's Sparks Facility.

18. Teston was Locklear's supervisor from June 2017 until November 2017. Teston did not work with Locklear during his time at Respondent's Fremont Facility.

19. Teston only knew Locklear from work and did not have any association with Locklear outside of work.

20. Teston knew that Locklear supported the International Union, United Automobile, Aerospace, Agricultural, and Implement Workers of America, AFL-CIO (the Union) because Locklear informed Teston of his (Locklear's) Union support. It is unknown when Locklear told Teston of his (Locklear's) Union support.

22-60493.4751

**JOINT EXHIBIT 3-2**

22-60493.4752

EXHIBIT NO. JT-3 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 5 DATE: 10-9-18 REPORTER: DA

21. Teston did not have any role in Locklear's application with Respondent and it is unknown who interviewed Locklear.

22. Locklear worked the "D" shift, which was Wednesday through Saturday, 6:00 PM to 6:00 AM, and then the following week on Thursday through Saturday, 6:00 PM to 6:00 AM.

23. Teston generally did not work during Locklear's work hours. There were no supervisors from the training team present during Locklear's work hours, but a supervisor could be reached by phone if necessary.

24. Locklear was assigned to all production lines and had no specific point in the line that he was responsible for.

25. Teston does not remember Locklear wearing a shirt with the Union logo or insignia on it. Teston did see Locklear wear a hat with the Union logo on it. Teston does not remember when he first noticed him wearing this hat. Teston does not remember what this hat looked like. Teston also saw Locklear wearing safety glasses with the Union logo on it. Teston does not recall the dates of when this occurred, but it was sometime during the summer or fall of 2017. Teston does not recall conversations he had with Locklear about the safety glasses. The training coordinators work with laptops that are assigned to them by Tesla and they use in conjunction with their duties, like inputting the manufacturing instructions. Teston is not aware of any sort of restrictions Tesla puts on the use of these laptops. Teston remembers that Locklear had a sticker on his laptop that said UAW. Teston does not remember when he first saw this. Teston does not believe he ever talked to Locklear about this sticker.

26. On an unknown date, Teston spoke to Locklear about the hat that Locklear wore to work that day. Locklear's hat had a Union logo on it. Only Locklear and Teston were present for this conversation. Teston asked Locklear if he thought this was professional to have this hat in a training coordinator role. Teston asked this question on his own, no one told him do this, and Teston chose to ask this question based on his own experience with the military and uniformity. Teston asked Locklear if he (Locklear) thought this was a professional thing to do (referring to wearing the Union hat to work). Teston then told Locklear that he did not want Locklear to answer the question and that Locklear should think about it. This conversation occurred near Teston's desk on the second floor of Respondent's Spark Facility. It is unknown how many times Teston asked Locklear this question during their single conversation, but it was at least once. Locklear did not respond to Teston.

27. Teston did not talk to Locklear about Teston's experience with unions during the above conversation, but during a separate conversation on an unknown date, Teston told Locklear that his father was a union member when he worked with McDonnell Douglas.

JOINT EXHIBIT 3-3

22-60493.4753

Locklear mentioned something about the Union and Teston said that he had no position on the Union and that his father was a member when he worked for McDonnell Douglas.

28. Teston never told Locklear that Respondent has a position on unions.

29. Teston did not inform Locklear that Locklear should be repeating Respondent's positions on unions to employees.

30. Shortly after the conversation Teston had with Locklear about his hat, Teston checked with higher-ups within Respondent.  Teston wanted to make sure that this was professional, since that is what Teston had said to Locklear the day before.  A copy of Teston's email to Respondent about this issue is contained in GC Exhibit 72.  In response to Teston's email, Senior Employment Counsel, Jaime Bodiford and Associate Manager of HR Steven Schwarzer told Teston that what an employee wears is their business and theirs alone as long as it's not offensive.  The next day, Teston told Locklear that if he wanted to wear the Union hat he was welcome to wear it.  Locklear was not wearing the hat the next day when Teston talked to him, and Teston only remembers Locklear saying OK.  However, Teston saw Locklear wearing the Union hat after this conversation.

22-60493.4754

**JOINT EXHIBIT 3-4**

The parties stipulate to the following facts:

1. There are approximately 157,000,000 daily active Twitter accounts and over 336,000,000 monthly active Twitter accounts.

2. Elon Musk has approximately 22,700,000 followers on Twitter. There are approximately 82 Twitter accounts worldwide that have more Twitter followers than Elon Musk.

3. Elon Musk sent the tweets, identified in GC Exhibits 38 and 56, on May 20, 2018, from his "@elonmusk" Twitter handle, which are still posted and viewable by the public.

4. Elon Musk sent the tweets, identified in GC Exhibit 69, on May 22 and 23, 2018, from his "@elonmusk" Twitter handle, which are still posted and viewable by the public.

5. On Twitter, replies to tweets that are part of the same "thread" or conversation are indicated by replying to a Twitter account's username with "@," i.e. "@elonmusk."

6. The parties agree to the inclusion of GC Exhibit 69 into evidence.

7. The Twitter account "@dmatkins137," which is associated with an individual named David Atkins, sent the May 20, 2018 tweet that is identified in GC Exhibit 69.

8. The Twitter account "@ericbrownzzz," which is associated with an individual named Eric Brown, sent the May 22, 2018 tweet that is identified in GC Exhibit 69.

9. The Twitter account "@ParkerMolloy," which is associated with an individual named Parker Malloy, sent the May 23, 2018 tweet that is identified in GC Exhibit 69.

10. The Twitter account "@jackallisonLOL," which is associated with an individual named Jack Allison, sent the May 23, 2018 tweet that is identified in GC Exhibit 69.

11. The Twitter account "@jAltWouss," which is associated with an individual named Wooter, sent the May 23, 2018 tweet that is identified in GC Exhibit 69.

12. Tesla, Inc. (Respondent) does not employ anyone named David Atkins, Eric Brown, Parker Malloy, Jack Allison or Wooter.

13. The Twitter handle, "@elonmusk," as identified in GC Exhibits 38, 56, and 69, is Elon Musk's personal Twitter account. The "@elonmusk" Twitter account also displays a blue badge. Per www.Twitter.com, "The blue verified badge ✪ on Twitter lets people know that an account of public interest is authentic."

**JOINT EXHIBIT 4-1**

22-60493.4755

14. Tweets may be viewed, retweeted, republished, or reported on or in Twitter, Facebook, radio, television, newspapers, news media, and various other print and social media platforms.

15. Elon Musk has used the "@elonmusk" Twitter handle to Tweet about Respondent's business decisions and plans, finances, productions goals, personnel matters, and breaking news.

16. Respondent has its own Twitter handle, "@Tesla," which is used to make company statements on behalf of Respondent.

17. It is not possible to identify or determine the number of individual people that viewed the tweets identified in GC Exhibits 38, 56, or 69 across Twitter, Facebook, radio, television, newspapers, news media, and various other print and social media platforms.

18. It is not possible to know or determine if every individual that viewed the tweets by Elon Musk identified in GC Exhibit 56 also viewed the tweets by Elon Musk that are identified in GC Exhibit 69.

19. It is known that the tweets by Elon Musk, identified in GC Exhibits 38, 56, and 69, were republished and disseminated; however, it is not possible to determine the full extent to which Elon Musk's tweets, as set forth in GC Exhibits 38, 56 and 69, were republished or otherwise disseminated via Twitter, Facebook, radio, television, newspapers, news media, and various other print and social media platforms.

20. Twitter, and the use of tweets, is a commonly accepted form in which some companies announce news in lieu of, or in addition to, press releases.

22-60493.4756

22-60493.4757

EXHIBIT NO. JT-4 RECEIVED _____ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-9-18 REPORTER: DM

OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 32

In the Matter of:

| | | |
|---|---|---|
| TESLA, INC., | Case No. | 32-CA-197020 |
| | | 32-CA-197058 |
| and | | 32-CA-197091 |
| | | 32-CA-197197 |
| MICHAEL SANCHEZ, AN INDIVIDUAL, | | 32-CA-200530 |
| | | 32-CA-208614 |
| and | | 32-CA-210879 |
| | | 32-CA-220777 |
| JONATHAN GALESCU, AN INDIVIDUAL, | | |
| | | |
| and | | |
| | | |
| RICHARD ORTIZ, AN INDIVIDUAL, | | |
| | | |
| and | | |
| | | |
| INTERNATIONAL UNION, UNITED | | |
| AUTOMOBILE, AEROSPACE AND | | |
| AGRICULTURAL WORKERS OF AMERICA, | | |
| AFL-CIO, | | |

Charging Party,

_____

_____

CHARGING PARTY EXHIBITS

Place: Oakland, California

Dates: October 12, 2018

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

22-60493.4758



www.escribers.net | 800-257-0885

EXHIBIT EXCLUDED

Leading Case Number _____32-CA-197020_____

Leading Case Name _____Tesla, Inc._____

Exhibit Number _____CP-3_____

Description _____Shaun Ivos LinkedIn Photo_____
_____and Qualification Summary_____
_____

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn _____

2. Exhibit Rejected ___✕_____

3. Other (Explain) _____

_____

_____

Exhibit retained by ___within Rejected File_____

_____

_____Deborah Goyal_____
**Court Reporter**

(Confidential Attorney-Client Privilege)

Employee Relations Investigation Report

**Date of Report:** October 13th, 2017

**Investigator:** Ricky Gecewich

**Complainant:** Travis Pratt, Lead Equipment Maintenance Technician

**Accused:** Richard Ortiz, Production Associate

## Executive Summary:

Employee relations (ER) investigated the posting of Workday profile screenshots to an external Facebook group. Through this investigation, ER found that Richard Ortiz knowingly misled ER and lied to protect the source of the Workday screenshots, Jose Moran. Jose provided ER with text messages to Richard showing the exchange of the screenshots. ER recommends a written warning be delivered to Jose Moran for accessing Workday for non-business related purposes. ER recommends termination for Richard for admittedly lying during a workplace investigation.

## Description of the allegation:

ER received a concern that Richard Ortiz posted screenshots of Travis Pratt and Shaun Ives' Workday landing pages to a Facebook group. The screenshots included pictures, full name and business title of both Travis and Shaun. This investigation was initiated to determine if proprietary business systems were accessed for non-business purposes.

## Summary and Analysis of findings:

On Sept 16th, 2017, ER received a concern from Travis Pratt that Richard Ortiz posted screenshots of his and Shaun's Workday profile to a Facebook group. Travis was concerned based on the content of the message and because he understood Workday was an internal Tesla HR system intended for work purposes and not for broader distribution on social media. Travis directly messaged Richard on Facebook to tell Richard the information in his post, related to Travis's work history and compensation, was not appropriate to share via Facebook group.

ER interviewed Richard Ortiz initially on Sept 21st, 2017, to understand how he obtained the Workday screenshots. Richard claimed he received the screenshots via text message from a random phone number and he did not know where they came from, additionally he had deleted all of his messages so there wasn't a record of the text message for him to identify the sender. After ER reinforced the expectation of honesty during investigations, Richard maintained he did not know who provided the screenshots. Richard said he posted the screenshots in "the heat of the moment" and didn't think Workday was a sensitive or internal system, he likened it to a work Facebook. Richard also claimed he deleted the

(Confidential Attorney-Client Privilege)

22-60493 4760 —1    CP4—1    CP-4

V. 21

(Confidential Attorney-Client Privilege)

Facebook post after Travis sent him a direct message telling him the information in the post was inappropriate.

ER reviewed Workday access logs and found Jose Moran, Lead Quality Inspector, was the only Tesla employee, outside of HR, to access Travis and Shaun's Workday profiles between Sept 10th and 16th, 2017. Jose accessed these files on Thursday Sept 14th, 2017 at approximately 5:55pm – 5:57pm PST. This timeframe corresponds to when the complaint was received.

ER interviewed Jose and he admitted to reviewing and taking screenshots of Travis and Shaun's records in Workday, as well as that of another employee. Jose said he was asked to verify if these employees were actual Tesla employees by a United Auto Workers (UAW) representative. Jose then shared the screenshots directly with Richard via text message. Jose said he often uses Workday for personal purposes to look at the titles of other employees and try to determine their corresponding level and pay rate and how these employees compare to him. Jose voluntarily provided, to ER, his text message exchange with Richard to corroborate his statements and he added that Richard knew Jose sent the messages, that they personally know each other and that Richard would be dishonest if he said he didn't know where the screenshots came from.

After learning Jose shared the screenshots with Richard, ER spoke with Richard again on Oct 12th, 2017, in an effort to clarify his earlier statements and understand why he previously withheld this information. Richard admitted he mislead ER in his initial conversation because he was "trained by (his) upbringing" to not implicate other people or "snitch" on them. At the time of the first interview, Richard knew it was at least 85% likely that Jose sent the screenshots via text message, Richard could not provide any other potential source of the screenshots. Richard communicates with Jose often via text message and Jose is one of the only contacts Richard has programmed into his phone for identification purposes. Richard identified Jose's Workday picture and said he and Jose know each other and that he would recognize him if he saw him in person or in photos. Note: Jose's Workday picture (as identified by Richard) is attached to the screenshots in the upper-right corner. Richard admitted he was not completely truthful with ER during his first conversation.

**Recommended actions:**

ER recommends a written warning for Jose for using Workday for without an official business reason. He used the system to access records at the request of an outside entity and then took screenshots of specific profiles and shared them via text message.

ER recommends termination of Richard's employment with Tesla. Richard knowingly mislead ER and lied about knowing the source of the Workday screenshots. Richard further admitted to not telling the truth during the investigation interviews.

(Confidential Attorney-Client Privilege)

22-60493.4762

EXHIBIT NO. CP-4   RECEIVED_____ REJECTED_____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-11-18 REPORTER: DM

(Confidential Attorney-Client Privilege)

**Investigative Procedure:**

- Sept 19th, 2017, Intake with Travis Pratt (Complainant), Business Title
- Sept 20th, 2017, Interview with Bryan Kositch (Witness), Business Title
- Sept 21st, 2017, Interview with Richard Ortiz (Subject), Production Associate
- Sept 22nd, 2017, Request Workday access logs
- Oct 6th, 2017, Receive and review Workday access logs
- Oct 12th, 2017, Interview with Jose Moran (Subject), Lead Quality Inspector
- Oct 12th, 2017, Interview with Richard Ortiz (Subject), Production Associate
- PENDING, Action for Jose Moran
- PENDING, Action for Richard Ortiz
- PENDING, Closed out with Complainant
- PENDING, Investigation Closed

22-60493.1763

(Confidential)

Employee Relations Investigation Report

**Date of Report:**

**Investigator:**

**Complainant:** Name (with workday link), business title

**Accused:** Name (with workday link), business title

Executive Summary: (Issue/Applicable Rule/Conclusion/Recommendation) - 3-4 sentences

**Description of the allegation:**

Summary of the initial allegation as escalated, prior to any investigative efforts

**Summary and Analysis of findings:**

Summary of your investigative findings, including information gathered from witness statements and the subject interview. This summary should include analysis and findings. For example: "based on multiple witness accounts, corroborated by a review of available video footage, the ER team finds it more likely than not that NAME physically threatened NAME"

**Recommended actions:**

Building off of your findings, indicate here the recommended action and tie to any policies (with hyperlinks) if applicable. You can also add a line here about business alignment (this recommendation was accepted by NAME, Director of Quality, on DATE.

22-60493.4764

EXHIBIT NO. CP-5 RECEIVED ✓ REJECTED ____

CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc

NO. OF PAGES: 3 DATE: 10-11-18 REPORTER: DM

**Investigative Procedure:**

- Date, Intake with NAME (with workday link) (Complainant, Witness, Subject), Business Title
- Date, Interview of NAME (with workday link) (Complainant, Witness, Subject), Business Title
- Date, Review of Text Messages from NAME to NAME
- Date, Review or Access Logs
- Etc
- Etc
- Date, Final Written Warning delivered to NAME (NAME's employment with Tesla terminated)
- Date, Closed out with Complainant
- Date, Investigation Closed

(Confidential)

FORM NLRB-31

## SUBPOENA DUCES TECUM

**UNITED STATES OF AMERICA**
**NATIONAL LABOR RELATIONS BOARD**

To     Custodian of Records, Tesla, Inc.

45500 Fremont Blvd., Fremont, CA 94538-6326

As requested by     Margo A. Feinberg, Counsel for Charging Party International Union, United Automobile, Aerospace, and Agricultural Workers of America, AFL-CIO

whose address is     8000 East Jefferson Ave., Detroit, Michigan 48214

        (Street)                    (City)                    (State)        (ZIP)

YOU ARE HEREBY REQUIRED AND DIRECTED TO APPEAR BEFORE     a duly designated

                                Administrative Law Judge  of the National Labor Relations Board

at     1301 Caly Street, 5th Floor - North Tower, Conference Room H

in the City of     Oakland, CA

on     Monday, June 11, 2018                    at     9:00 AM          or any adjourned

or rescheduled date to testify in     Tesla, Inc.     (32-CA-197058, 32-CA-197091, 32-CA-197197,
                                 32-CA-197020 et al.     32-CA-200530, 32-CA-208614, and 32-CA-210879)

                        (Case Name and Number)
        And you are hereby required to bring with you and produce at said time and place the following books, records, correspondence, and documents:

SEE ATTACHMENT

If you do not intend to comply with the subpoena, within 5 days (excluding intermediate Saturdays, Sundays, and holidays) after the date the subpoena is received, you must petition in writing to revoke the subpoena. Unless filed through the Board's E-Filing system, the petition to revoke must be received on or before the official closing time of the receiving office on the last day for filing. If filed through the Board's E-Filing system, it may be filed up to 11:59 pm in the local time zone of the receiving office on the last day for filing. Prior to a hearing, the petition to revoke should be filed with the Regional Director; during a hearing, it should be filed with the Hearing Officer or Administrative Law Judge conducting the hearing. See Board's Rules and Regulations, 29 C.F.R. Section 102.31(b) (unfair labor practice proceedings) and/or 29 C.F.R. Section 102.66(c) (representation proceedings) and 29 C.F.R Section 102.111(a)(1) and 102.111(b)(3) (time computation). Failure to follow these rules may result in the loss of any ability to raise objections to the subpoena in court.

            Under the seal of the National Labor Relations Board, and by direction of the
            Board, this Subpoena is

**B-1-11BJS5V**

            Issued at   Los Angeles, California

            Dated:    May 25, 2018



**NOTICE TO WITNESS**. Witness fees for attendance, subsistence, and mileage under this subpoena are payable by the party at whose request the witness is subpoenaed. A witness appearing at the request of the General Counsel of the National Labor Relations Board shall submit this subpoena with the voucher when claiming reimbursement.

**PRIVACY ACT STATEMENT**

..licitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of .ie information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is mandatory in that failure to supply the information may cause the NLRB to seek enforcement of the subpoena in federal court.

CP-6

352893

22-60493.4767

22-60493.4768

EXHIBIT NO. CP-6 RECEIVED_____ REJECTED_____
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.
NO. OF PAGES 16 DATE: 10-12-18 REPORTER: DM

Case 32-CA-197020

B-1-11BJS5V

## RETURN OF SERVICE

I certify that, being a person over 18 years of age, I duly served a copy of this subpoena

☐ by person

☐ by certified mail

☐ by registered mail

☐ by telegraph

(Check method used.)

☐ by leaving copy at principal office or place of business at

_____

_____

_____

on the named person on

_____

(Month, day, and year)

_____

(Name of person making service)

_____

(Official title, if any)

## CERTIFICATION OF SERVICE

I certify that named person was in attendance as a witness at

_____

on

(Month, day or days, and year)

_____

(Name of person certifying)

_____

(Official title)

22-60493.4769

1 | MARGO A. FEINBERG (100655)
DANIEL E. CURRY (297412)
2 | JULIE S. ALARCON (316063)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS, LLP
3 | 6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048
4 | Telephone:   (323) 655-4700
Fax:   (323) 655-4488
5

6 | *Attorneys for Michael Sanchez, Jonathan Galescu, Richard Ortiz, and International
Union, United Automobile, Aerospace And Agricultural Workers Of America, AFL-CIO*
7

8 | **UNITED STATES OF AMERICA**

9 | **BEFORE THE NATIONAL LABOR RELATIONS BOARD**

10 | **SAN FRANCISCO DIVISION OF JUDGES**

11

| | |
|---|---|
| 12  TESLA, INC | **Case Nos.**   32-CA-197020 |
| | 32-CA-197058 |
| 13              Respondent, | 32-CA-197091 |
| | 32-CA-197197 |
| 14        and | 32-CA-200530 |
| | 32-CA-208614 |
| 15  MICHAEL SANCHEZ, an Individual | 32-CA-210879 |
| 16              Charging Party, | |
| 17        and | **SUBPOENA DUCES TECUM (SUBPOENA # B-1-11BJS5V) – DOCUMENT SCHEDULE** |
| 18  JONATHAN GALESCU, an Individual | |
| 19              Charging Party, | |
| 20        and | |
| 21  RICHARD ORTIZ, an Individual | |
| 22              Charging Party, | |
| 23        and | |
| 24  INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF | |
| 25  AMERICA, AFL-CIO | |
| 26              Charging Party, | |
| 27 | |
| 28 | |

SUBPOENA DUCES TECUM (SUBPOENA # B-1-11BJS5V)–DOCUMENT SCHEDULE

# DOCUMENT SCHEDULE

## DEFINITIONS AND INSTRUCTIONS

A.    In construing this request, the singular form of a word shall include the plural and the plural shall include the singular wherever necessary to bring within the scope of this request any information which might otherwise be construed to be outside its scope.

B.    As used herein, the terms **"document"** and **"documents"** mean any kind of written, typewritten, printed or recorded material, including but not limited to, any notes, work papers or working papers, memoranda (including but not limited to internal memoranda, memoranda to files, reports and analyses), charges, complaints, claims, affidavits, statements, papers, files (including any documents stored or maintained therein), timesheets, billing memoranda, invoices, forms, electronic mail or e-mail messages, data, tapes, printouts, letters, communications, contracts, agreements, telegrams, records, correspondence, diaries, calendars, recordings and transcription of recordings, information obtainable from computers, photographs, diagrams, or any other writing, however stored, produced or reproduced, and further includes, without limitations, originals, all file copies, all other copies, no matter how prepared, and all drafts prepared in connection with such documents whether or not used, within the possession, custody and/or control of you, or your agents, attorneys, accountants, counselors, outside consultants, and/or anyone acting on behalf of you, excepting only those documents which are privileged or otherwise protected from discovery, as to which the claim of privilege or protection is specifically stated by written notice to Charging Parties within the time provided by the Federal Rules of Civil Procedure.

C.    Whenever appropriate, the singular form of a word should be interpreted in the plural. **"And"** as well as **"or"** shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these Requests any information which would otherwise be construed to be outside their scope.

D.    The term **"referring to"** means relating to, reflecting, supporting, prepared in connection with, used in preparation for, pertaining to, having any relationship to,

1

1  evidencing or constituting evidence of, or being in any way legally, logically, or factually

2  connected with the matter discussed, in whole or in part.

3       E.    The terms **"Tesla"** and "**Employer**" refer to the Respondent Tesla, Inc.

4       F.    The term "**Union**" refers to Charging Party International Union, United

5  Automobile, Aerospace And Agricultural Workers Of America, AFL-CIO, also known as

6  the "United Automobile Workers" or "UAW."

7       G.    The term "**Fremont Facility**" refers to the Tesla Facility located at 45500

8  Fremont Blvd, Fremont, California 94538.

9       H.    The term "**Sparks Facility**" refers to the Tesla Facility located at Electric

10  Ave, Sparks, Nevada 89434.

11       I.    If any document that would have been responsive to these Requests has been

12  lost, misplaced, thrown away or destroyed, or otherwise cannot be found,

13          a.    identify the document and provide a brief description of the document;

14          b.    state the date of, and identify the person responsible for, the loss,

15  concealment, misplacement, discarding, or destruction of the document;

16          c.    identify the production request herein to which the document would

17  have been responsive had it not been lost, misplaced, thrown away or destroyed, or

18  otherwise become unavailable for production;

19          d.    identify the author of the document;

20          e.    state the manner in which the document was disposed; and

21          f.    state in detail, and identify the person with the most knowledge of, the

22  reason(s) that or circumstances under which the document was lost, hidden,

23  destroyed, misplaced, thrown away, or given away.

24       J.    If you cannot respond to any of these Requests in full, after exercising due

25  diligence to secure the documents to do so, please so state, and respond to the extent

26  possible, specifying your inability to respond to the remainder, and providing whatever

27  documents you are able to produce with regard to these Requests.

28  //

ID 352851                    SUBPOENA DUCES TECUM (SUBPOENA # B-1-11BJS5V)–DOCUMENT SCHEDULE

1    K.    Should you assert a privilege with respect to any document requested to be

2 produced, please provide the following as to each such document:

3         a.    The type of document or information (e.g., letter, notebook, etc.);

4         b.    The date of the document;

5         c.    Identification of the author(s) of the document;

6         d.    Identification of the signatory or signatories of the document;

7         e.    The present whereabouts of the document and/or the names of all

8    persons with personal knowledge with respect to the information contained therein;

9    and

10        f.    A detailed statement of the basis for the claim that the document is

11   privileged or otherwise not discoverable.

12   L.    This request is continuing in character and if additional responsive

13 documents come to your attention following the date of production, such documents must

14 be promptly produced.

15   M.    All documents produced pursuant to this subpoena should be organized and

16 identified by the subpoena paragraph to which each document, or set of documents, is

17 responsive.

18   N.    Unless otherwise stated, each request in this subpoena covers the period from

19 January 1, 2016, to the present.

20

21                    **DOCUMENTS REQUESTED**

22   1.    Any and all documents and/or electronically stored information ("ESI")

23 pertaining to or referring to Tesla CEO Elon Musk's ("Musk") tweet on May 20, 2018 at

24 6:06 pm, stating that "About 2% of Tesla, incl salaried & hourly, union & non-union were

25 let go in annual review. Only known union person fired was guy who repeatedly

26 threatened non-union supporters verbally & on social media & lied about it," including but

27 not limited to:

28 //

1                     a.  Any and all documents pertaining to or referring to verbal threats

2                         by the "known union person";

3                     b.  Any and all documents pertaining to or referring to social media

4                         threats by the "known union person";

5                     c.  Any and all documents pertaining to or referring to lies by the

6                         "known union person" about threatening non-union supporters;

7                     d.  Any and all documents pertaining to or referring to the contention

8                         that "about 2% of Tesla, incl salaried & hourly, union & non-union

9                         were let go in annual review."

10       2.     Any and all documents and/or ESI pertaining to or referring to the

11  employment of Richard Ortiz, including but not limited to:

12                     a.  Any and all documents relating to his performance, evaluations,

13                         and any complaints concerning him; and

14                     b.  Any and all documents relating to holding and obtaining of

15                         employment.

16       3.     Any and all documents and/or ESI pertaining to or referring to the

17  termination of Richard Ortiz, including but not limited to:

18                     a.  Any and all documents that Ricky Gecewich and/or anyone acting

19                         on his behalf or on behalf of Tesla, Inc. used or relied upon in the

20                         investigation of Mr. Ortiz and/or in recommending Mr. Ortiz's

21                         termination;

22                     b.  Any and all documents given to Mr. Ortiz by Tesla upon

23                         termination;

24                     c.  Any and all internal correspondence or messaging sent between

25                       Tesla management regarding Mr. Ortiz's termination;

26                     d.  Any and all notes taken during, documents created in preparation

27                       for, and correspondence regarding any meetings between

28                       Gecewich and Ortiz.

4

4.      Any and all documents and/or ESI pertaining to or referring to the employment of Jose Moran, including but not limited to:

      a.  Any and all documents relating to his performance, evaluations, and any complaints concerning him; and

      b.  Any and all documents relating to holding and obtaining of employment.

5.      Any and all documents and/or ESI pertaining to or referring to the discipline of Jose Moran in October 2017, including but not limited to:

      a.  Any and all documents that Ricky Gecewich and/or anyone acting on his behalf or on behalf of Tesla, Inc. used or relied upon in the investigation of Mr. Moran and/or in recommending Mr. Moran's discipline;

      b.  Any and all documents given to Mr. Moran upon receiving notice of the discipline;

      c.  Any internal correspondence or messaging sent between Tesla management regarding Mr. Moran's discipline;

      d.  Any and all notes taken during, documents created in preparation for, and correspondence regarding any meetings between Gecewich and Moran.

6.      Any policies, procedures, and/or rules related to Tesla employees' access to and use of the software application called "Workday" that has existed between January 1, 2016 and the present.

7.      Any documents containing the names and addresses of all security companies hired by Tesla, Inc. to provide security services at Fremont Facility at any time between January 1, 2017 and present.

8.      Any documents showing the name of every security guard employed by Tesla, Inc. or a security company described in Request No. 1 above stationed or working at the Fremont Facility on February 10, 2017 and May 24, 2017, and a copy of each

1  individual's identification badge or other picture.

2       9.      Any and all documents and ESI pertaining to or referring to security

3  procedures for individuals handing out leaflets at the Fremont Facility between January 1,

4  2017 and present.

5       10.     Any and all documents and ESI pertaining to or referring to security

6  procedures for suspected union activity at the Fremont Facility between January 1, 2017

7  and present.

8       11.     Any policies, procedures, and/or rules related to the use of drones in security

9  operations at the Fremont Facility between January 1, 2017 and present.

10      12.     Pictures of each building entrance to the Fremont Facility.

11      13.     Any and all correspondence sent by Musk, Director of Human Resources

12  Josh Hedges ("Hedges"), or Chief People Officer Gaby Toledano ("Toledano") to all Tesla

13  employees en masse at the Fremont Facility and/or the Sparks Facility regarding

14  compensation between January 1, 2016 and the present.

15      14.     Any and all correspondence sent by Musk, Hedges, or Toledano to all Tesla

16  employees en masse at the Fremont Facility and/or the Sparks Facility regarding labor

17  unions between January 1, 2016 and the present.

18      15.     Any and all correspondence sent by Musk, Hedges, or Toledano to all Tesla

19  employees en masse at the Fremont Facility and/or the Sparks Facility regarding safety

20  and/or OSHA Logs between January 1, 2016 and the present.

21      16.     Any and all correspondence sent by Musk, Hedges, or Toledano to all Tesla

22  employees en masse at the Fremont Facility and/or the Sparks Facility regarding

23  confidentiality agreements or policies between January 1, 2016 and the present.

24      17.     Any and all confidentiality agreements or policies provided to Tesla

25  employees at the Fremont Facility and/or the Sparks Facility between January 1, 2016 and

26  the present.

27      18.     Any and all directives or instructions regarding complying with

28  confidentiality agreements or policies given to Tesla employees at the Fremont Facility

6

1   and/or the Sparks Facility between January 1, 2016 and the present.

2       19.     Any and all scripts, notes, talking points, or instructions used by individuals

3   who spoke to Tesla employees at the Fremont Facility and/or the Sparks Facility about

4   confidentiality agreements or policies between January 1, 2016 and the present.

5       20.     Any and all records regarding Tesla employees at the Fremont Facility and/or

6   the Sparks Facility who were terminated for violating a confidentiality agreement or policy

7   between January 1, 2016 and the present.

8       21.     Any and all instructions or directives provided to Tesla supervisors at the

9   Fremont Facility and/or the Sparks Facility regarding confidentiality agreements or policies

10  between January 1, 2016 and the present.

11      22.     Any and all instructions or directives provided to Tesla supervisors at the

12  Fremont Facility and/or the Sparks Facility regarding labor unions between January 1,

13  2016 and the present.

14      23.     Any and all documents and ESI pertaining to or referring to instructions or

15  directives provided to Tesla supervisors at the Fremont Facility and/or the Sparks Facility

16  regarding confidentiality agreements or policies between January 1, 2016 and the present.

17      24.     Any and all documents and ESI pertaining to or referring to instructions or

18  directives provided to Tesla supervisors at the Fremont Facility and/or the Sparks Facility

19  regarding labor unions between January 1, 2016 and the present.

20      25.     Any and all training materials, instructions, or videos provided or shown to

21  new employees at the Fremont Facility and/or Sparks Facility, including temporary

22  employees and contract employees, regarding confidentiality agreements or policies at the

23  Fremont Facility between January 1, 2016 and the present.

24      26.     Any and all training materials, instructions, or videos provided or shown to

25  new employees at the Fremont Facility and/or Sparks Facility, including temporary

26  employees and contract employees, regarding labor unions at Tesla between January 1,

27  2016 and the present.

28      27.     Any and all documents and ESI pertaining to or referring to training of

7

D.632851         SUBPOENA DUCES TECUM (SUBPOENA # B-1-11BJS5V)–DOCUMENT SCHEDULE

employees at the Fremont Facility and/or Sparks Facility, including temporary employees and contract employees, regarding confidentiality agreements or policies, including but not limited to videos, presentations, instructor manuals, and instructor scripts, between January 1, 2016 and the present.

28.    Any and all documents and ESI pertaining to or referring to training of employees at the Fremont Facility and/or Sparks Facility, including temporary employees and contract employees, regarding labor unions including but not limited to videos, presentations, instructor manuals, and instructor scripts, between January 1, 2016 and the present.

29.    Any and all records of direct communication, including but not limited to emails, text messages, phone logs, notes, audio recordings, and video recordings, between members of Tesla management, including Musk, Hedges, and Toledano, and Richard Ortiz, Jose Moran, Jonathan Galescu, and Michael Sanchez.

30.    Any and all documents and ESI pertaining to or referring to a meeting on or about February 9, 2017 at the Fremont Facility involving Supervisor Victor Facha and Jose Moran, including but not limited to video recordings, audio recordings, notes taken at the meeting, documents created in preparation for the meeting, and correspondence regarding the meeting.

31.    Any and all documents and ESI pertaining to or referring to a meeting on or about February 13, 2017 at the Fremont Facility involving Human Resources Business Partner Liza Lipson and Jose Moran, including but not limited to video recordings, audio recordings, notes taken at the meeting, documents created in preparation for the meeting, and correspondence regarding the meeting.

32.    Any and all documents and ESI pertaining to or referring to a pre-shift meeting on March 23, 2017 at the Fremont Facility involving Supervisor Armando Rodriguez, including but not limited to video recordings, audio recordings, notes taken at the meeting, documents created in preparation for the meeting, and correspondence regarding the meeting.

33.     Any and all documents and ESI pertaining to or referring to a meeting on May 24, 2017 at the Fremont Facility involving Lisa Lipscomb, Lauren Holcomb, and Richard Ortiz, including but not limited to video recordings, audio recordings, notes taken at the meeting, documents created in preparation for the meeting, and correspondence regarding the meeting.

34.     Any and all documents and ESI pertaining to or referring to a meeting on May 24, 2017 at the Fremont Facility involving Lisa Lipscomb, Lauren Holcomb, and Jonathan Galescu, including but not limited to video recordings, audio recordings, notes taken at the meeting, documents created in preparation for the meeting, and correspondence regarding the meeting.

35.     Any and all documents and ESI pertaining to or referring to meetings regarding safety at the Fremont Facility attended by Musk, Hedges and/or Toledano and Richard Ortiz, Jose Moran, Michael Sanchez, and/or Jonathan Galescu, including but not limited to video recordings, audio recordings, notes taken at the meeting, documents created in preparation for the meeting, and correspondence regarding the meeting.

36.     Any document containing the full name of current or former Tesla supervisor with the first name "Arnold" who in 2017 was the closures and quality control supervisor and was himself supervised by Emmanuel Garza.

37.     Any document containing the full name and picture of the current or former male Tesla production supervisor of the body fit team on the S/X final line during day shift in July and August 2017.

38.     Any and all documents and ESI pertaining to or referring to Jonathan Galescu and Richard Ortiz's April 4, 2017 email requesting Tesla provide its OSHA 300 Logs.

39.     Any and all documents and ESI pertaining to or referring to Jonathan Galescu and Richard Ortiz's April 13, 2017 follow-up email requesting Tesla provide its OSHA 300 Logs.

//

9

40.    Any and all documents and ESI pertaining to or referring to Jonathan Galescu and Richard Ortiz's April 21, 2017 second follow-up email requesting Tesla provide its OSHA 300 Logs.

41.    Any uniform or team wear policy, rule, or memorandum that has existed at the Fremont Facility and/or Sparks Facility between January 1, 2016 and the present.

42.    Any and all documents and ESI pertaining to or referring to a uniform or team wear policy, rule, or memorandum at the Fremont Facility and/or Sparks Facility between January 1, 2016 and the present.

43.    Any and all documents and ESI pertaining to or referring to a meeting on Tuesday, September 19, 2017 attended by Musk, Toledano, and others regarding the separation of employees from their employment at Tesla, including but not limited to correspondence, notes, presentations, drafts, and lists of employees.

44.    Any and all documents and ESI pertaining to, referring to, or responding to the Sunday, October 8, 2017 letter sent by Tesla employees to Musk regarding possible mass terminations.

45.    Copies of all emails deleted or removed by Tesla from the Tesla email accounts of Richard Ortiz, Jose Moran, Jonathan Galescu, and Michael Sanchez.

46.    Any policies, procedures, and/or rules related to Tesla deleting or removing emails from Tesla employees' company email accounts at the Fremont Facility and/or Sparks Facility.

47.    Any and all documents and/or ESI pertaining to or referring to the employment of Jonathan Galescu, including but not limited to;

        a.    Any and all documents relating to his performance, evaluations, and any complaints concerning him; and

        b.    Any and all documents relating to holding and obtaining employment.

48.    Any and all documents and/or ESI pertaining to or referring to the employment of Michael Sanchez, including but not limited to;



ID 552851
SUBPOENA DUCES TECUM (SUBPOENA # B-1-11BJS5V)–DOCUMENT SCHEDULE

a. Any and all documents relating to his performance, evaluations, and any complaints concerning him; and

b. Any and all documents relating to holding and obtaining of employment.

22-60493.4781

SUBPOENA DUCES TECUM (SUBPOENA # B-1-11BJS5V)–DOCUMENT SCHEDULE

# PROOF OF SERVICE BY EXPRESS MAIL

**Case No. 32-CA-197020 et al.**

RENEE CARNES certifies as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 6300 Wilshire Boulevard, Suite 2000, Los Angeles, California 90048-5202.

On MAY 25, 2018 I caused the foregoing document(s) described as **SUBPOENA DUCES TECUM** to be served by mail upon the person(s) shown below, by placing a true and correct copy (copies) thereof in an envelope (envelopes) addressed as follows:

Mark Ross, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Suite 17
San Francisco, California 94111-4158

and by then sealing said envelope(s) and

___X___ placing it (them) for collection and mailing on that same date following the ordinary business practices of Schwartz, Steinsapir, Dohrmann & Sommers LLP, at its place of business, located at 6300 Wilshire Boulevard, Suite 2000, Los Angeles, California 90048-5202. I am readily familiar with the business practices of Schwartz, Steinsapir, Dohrmann & Sommers LLP for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practices the envelope(s) would be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing in the affidavit. (C.C.P. §1013a(3))

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 25, 2018 at Los Angeles, California.

RENEE CARNES

ID 352858

22-60493.4782

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
DIVISION OF JUDGES
SAN FRANCISCO BRANCH OFFICE

TESLA, INC.

and

MICHAEL SANCHEZ, an Individual

And

JONATHAN GALESCU, an Individual

and

RICHARD ORTIZ, an Individual

and

INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL WORKERS
OF AMERICA, AFL-CIO

Cases 32-CA-197020
32-CA-197058
32-CA-197091
32-CA-197197
32-CA-200530
32-CA-208614
32-CA-210879

## ORDER DENYING IN PART AND GRANTING IN PART
## RESPONDENT'S PETITION TO REVOKE

The Charging Parties have served subpoenas B-1-11BJS5V and B-1-11BKOEJ on Respondent in this matter. Respondent filed a petition to revoke on many paragraphs of the subpoena, refusing to provide the requested documents. Respondent appears to agree to provide certain responsive documents, and I urge Respondent to turn these documents over to the Charging Parties in advance of the hearing. These documents may well help to resolve these disputes.

Regarding the subpoena, a brief discussion of the legal framework regarding the basis for granting or denying motions to revoke subpoenas is warranted. Section 11(1) of the Act specifically provides that the Board shall revoke a subpoena only:

> …if in its opinion the evidence whose production is required does not relate to any matter under investigation, or any matter in question in such proceedings, or if in its opinion such subpoena does not describe with sufficient particularity the evidence whose production is required. Subpoenaed information must be produced if the information sought is "not plainly incompetent or irrelevant to any lawful purpose." *Endicott Johnson Corp. v. Perkins*, 317 U.S. 501, 509 (1943).

**Charging Party Exhibit 7-001**

In this regard, I note that the Board and the courts have interpreted the concept of relevance, for subpoena purposes, quite broadly. Thus, subpoenaed information should be produced if it relates to any matter in question, or if it can provide background information or lead to other evidence potentially relevant to an allegation in the complaint. Board Rules, Section 102.31(b); *Perdue Farms,* 323 NLRB 345, 348 (1997), affd. in relevant part 144 F.3d 830, 833-834 (D.C. Cir. 1998) (the information needs to be only "reasonably relevant").

Although relevance is defined broadly, it is not unlimited, and a clear and valid nexus must exist between the issues raised by the pleadings and the items sought by the subpoena. Additionally, I must give proper consideration to issues of privacy and confidentiality, particularly if the potential relevance of subpoenaed items is only marginal. Moreover, even if the sought-after evidence may arguably be relevant, I must also take into consideration, pursuant to the Federal Rules of Evidence (FRE) Section 403, whether the evidence's probative value may be outweighed by the danger that such evidence may cause unfair prejudice, undue delay, confuse the issues, or be cumulative in nature and ultimately burden the record and thus delay the hearing. Thus, it serves no purpose to allow voluminous materials to be subpoenaed if such items are unlikely to be admitted as evidence during the course of the trial due to their marginal relevance. These principles apply not only to the subpoena issued by the Charging Parties, but also to the subpoenas issued by the other parties to this case.

Moreover, the issue of computer records appears to be prominent in this controversy despite this complaint concerning many straight-forward Section 8(a)(1) allegations and a few Section 8(a)(3) allegations. According to FRCP 26(b)(2)(B):

> A party need not provide discovery of electronically stored information from sources that the party identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the party from whom discovery is sought must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C).

FRCP 26(b)(2)(C) states that, on a party's motion or on its own, a court "must" limit the frequency or extent of discovery if: (i) the discovery sought is "unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive," . . . or (iii) "the proposed discovery is outside the scope permitted by Rule 26(b)(1)" [which, as discussed above, sets forth a balancing test].

In *CNN America*, 352 NLRB 675, 676 (2008), the Board indicated that, if the subpoenaed party makes a "plausible argument" that production of certain types of information in electronic form would be disruptive of its business operations, then the judge should "strike a balance between the competing interests of the parties in the relevancy and necessity of the information and the potential cost and burdensomeness of its production in the form requested." The Board indicated that, in performing the analysis, the judge should apply the Federal Rules of Civil Procedure and the factors set forth in *The Sedona Principles: Best Practices, Recommendations & Principles for Addressing Electronic Document Production,* Second Edition (June 2007),

2

**Charging Party Exhibit 7-002**

22-60493.4784

22-60493.4785

EXHIBIT NO. _CP-7_ RECEIVED _____ REJECTED _____

32-CA-197020

CASE NO. _____ CASE NAME: _Tesla, Inc._

NO. OF PAGES: _9_ DATE: _10-12-18_ REPORTER: _____

available at https://thesedonaconference.org/publications. No matter the terms used, or disagreement on the search process, Respondent, as the subpoenaed party, must conduct a reasonable search when responding to requests—this search need not be perfect. See *Reinsdorf v. Sketchers U.S.A. Inc.*, 296 FRD 604, 614 (2013). This search should be reasonable, but not necessarily "error-free." Id. at 615.

Before I discuss each subpoena request and petition to revoke, I note that Respondent asserts that in all subpoena requests not specifically discussed in the petition, it will provide responsive documents to the extent the documents are not protected from attorney-client privilege, work product doctrine, trade secrets and proprietary business information. Unless otherwise stated, all rulings herein requiring the production of subpoenaed documents are without prejudice to the right of the subpoenaed party to assert that a particular responsive document or portion thereof is privileged or protected from disclosure under federal court and/or Board rules or precedent. In that event, however, the party must provide sufficient information to evaluate the asserted privilege, including a privilege log and supporting affidavits if necessary. See, e.g., *In re Grand Jury Subpoena*, 274 F.3d 563, 576 (1st Cir. 2001); *Holifield v. U.S.*, 901 F.2d 201, 204 (7th Cir. 1990); and *Friends of Hope Valley v. Frederick Co.*, 268 F.R.D. 643, 651-652 (E.D. Cal. 2010). If the party fails to demonstrate sufficient grounds for protection, the privilege may be found to have been waived. *In re Grand Jury Subpoena*, above.

It is well established that the party arguing that a subpoena is burdensome, or overbroad, or that it seeks to intrude into private, confidential or proprietary information bears the burden of showing such is the case. See, e.g., *NLRB v. Carolina Food Processors, Inc.*, 81 F.3d 507, 513-514 (4th Cir. 1996); *NLRB v. G.H.R. Energy Corp.*, 707 F. 2d 110. 115 (5th Cir. 1982); this burden "is not easily met." *EEOC v. Maryland Cup Corp.*, 785 F.2d 471, 477 (4th Cir. 1986). Moreover, even if Respondent could show, for example, that there was reasonable cause to believe that disclosure of certain confidential or private information would cause clearly defined and serious harm, a protective order could be sought to limit disclosure or redact the documents in question.

With the above in mind, I address the disputed requests as follows:

1. Request #1:

I grant Respondent's motion to revoke as these documents are not relevant to the complaint. These allegations against Respondent are not in the complaint set for hearing on June 11, 2018, and have no reasonable relevance to this proceeding.

2. Request #2-5:

I order Respondent to produce documents responsive to requests #2 through 5. The requests for personnel files and employment records along with disciplinary documentation are sufficiently specific and seek information that is relevant to this matter. The requested items are clearly relevant in view of the pleadings. Accordingly, any argument that such information is overbroad and irrelevant is without merit.

3

**Charging Party Exhibit 7-003**

22-60493.4786

3. Requests #6-7:

To the extent request #6 overlaps with a similar request in the General Counsel's subpoena request, Respondent is ordered to provide the same documentation to the Charging Parties. The requested items are clearly relevant in view of the pleadings.

4. Request #8:

To the extent request #8 overlaps with a similar request in the General Counsel's subpoena request, Respondent is ordered to provide the same documentation to the Charging Parties. As for any concerns about individuals' privacy, I urge Respondent and the Charging Parties to discuss such issues and potentially redact personally identifiable information.

5. Requests #9-10:

With regard to requests #9 and 10, Respondent is ordered to provide any responsive documents. The requested items are clearly relevant in view of the pleadings.

6. Request #11:

I grant Respondent's motion to revoke as the reasonable relevance to this proceeding is vague as set forth in the pleadings currently.

7. Request #12:

To the extent request #12 overlaps with a similar request in the General Counsel's subpoena request, I grant Respondent's requests. The Charging Parties' request is overbroad and not readily apparent as to how the documents relate to the complaint. The parties, however, are encouraged to discuss this issue for amenable resolution as will assist in the litigation of this dispute.

8. Request #13:

I grant Respondent's motion to revoke as the relevance of these documents is not readily apparent to these proceedings.

9. Request #14, 26, 28:

I grant Respondent's motion to revoke as the request is overbroad as written. The parties are encouraged to discuss this request to narrow the scope of the request.

10. Request #15:

I agree with Respondent that request #15 appears overbroad, and the request is not limited to the named individuals in the complaint. The parties again are urged to discuss this issue to resolve it.

4

**Charging Party Exhibit 7-004**

22-60493.4787

11. Request #16:

I grant Respondent's motion to revoke as the request is not relevant to this proceeding.

12. Request #17:

With regard to request #17, Respondent is ordered to provide any responsive documents. The requested items are clearly relevant in view of the pleadings.

13. Requests #18-21, 23, 25, 27, 30, 31, 43-46:

I grant Respondent's motion to revoke as the requests are not relevant to this proceeding.

14. Request #22, 24, 29:

I grant Respondent's motion to revoke as the request is not relevant to this proceeding. It is well established that evidence of animus is normally derived through the public statements and/or conduct of the employer, and can also be inferred by other means, such as the timing of events. There is a valid argument to be made that the internal discussions and deliberations by employers—as well as unions—regarding their strategies and tactics during an election campaign, as in the case of negotiations, should be kept private and confidential, except under extraordinary or unusual circumstances. In sum, this request is overly broad, and I thus grant Respondent's motion to revoke.

15. Request #32-35, 38-42:

I order Respondent to produce these documents as they reasonably relate to the complaint in this proceeding.

16. Request #36-37:

Respondent will provide.

17. Requests #47-48:

I order Respondent to produce documents responsive to requests #47-48, as the requests are sufficiently specific and seek information that is relevant to this matter. The requested items are clearly relevant in view of the pleadings. Accordingly, any argument that such information is overbroad and irrelevant is without merit.

I encourage the parties to confer prior to the start of the hearing on Monday, June 11, 2018, in order to resolve any outstanding subpoena issues and thus save time. The parties should consider any stipulations of fact to expedite the hearing time. To the extent there are any outstanding subpoena matters unresolved, I will entertain arguments with regard to these items at the start of the hearing, again directing Respondents to be ready to produce any such items should I decide they should be produced.

SO ORDERED.

5

**Charging Party Exhibit 7-005**

22-60493.4788

Dated: June 8, 2018, San Francisco, California.

Amita B. Tracy
Administrative Law Judge

*Served by facsimile and email upon the following:*

*(NLRB)*
*Edris W.I. Rodriguez Ritchie, Esq., Edris.RodriguezRitchie@nlrb.gov*
*Noah Garber, Esq., Noah.Garber@nlrb.gov*
 *Fax: (510) 637-3315*

*(Respondent)*
 *Mark S. Ross, Esq., MRoss@sheppardmullin.com*
 *Fax: (415)434-3947*

*(Charging Party)*
*Margo A. Feinberg, Esq., margossds@aol.com*
 *Fax: (323)655-4488*

**Charging Party Exhibit 7-006**

22-60493.4789

**Lee, Vanise J.**

| | |
|---|---|
| **From:** | Lee, Vanise J. |
| **Sent:** | Friday, June 08, 2018 11:20 AM |
| **To:** | Garber, Noah; Rodriguez Ritchie, Edris W.I., Mark Ross; margossds@aol.com |
| **Cc:** | Gomez, Doreen E., Lam, Ida |
| **Subject:** | Tesla Inc., 32-CA197020, et al. - ALJ's Order Deny/Grant in part Respondent's Petition to Revoke CP/SDTs. |
| **Attachments:** | TeslaIncOrder-RPetRevSDTCP06-08-18.pdf |
| **Importance:** | High |

Good day.
Attached is an Order from Administrative Law Judge Amita B. Tracy which is faxing to your offices.
Regards,

*Vanise J. Lee, Legal Tech.*
*NLRB Division of Judges San Francisco Branch*
*Main – 415.356.5255*
*Direct – 628.221.8826*
*Fax – 415.356.5254*
*"Knowledge will forever govern ignorance: And a people who mean to be their own Governors, must arm themselves with the power which knowledge gives." – James Madison*

**Charging Party Exhibit 7-007**

**Lee, Vanise J.**

| | |
|---|---|
| **From:** | noreply@retarus.net |
| **Sent:** | Friday, June 08, 2018 12:23 PM |
| **To:** | Lee, Vanise J. |
| **Cc:** | SM-Nass |
| **Subject:** | Re: [NASS] Scan-to-FAX Delivery - [REPORT] |
| **Attachments:** | MF5B1AD5393BB539E90358.tif |

------------------------------------------------

Retarus job id: MF5B1AD5393BB539E90358

------------------------------------------------

Number of faxes          : 3
   thereof successfully sent: 3
   thereof failed with error: 0
Number of pages          : 6
Resolution          : Low

------------------------------------------------

Fax number : +13236554488
Sent      : 2018-06-08-15.13.06
Remote CSID: 6554488
Duration    83 sec.
Status    : OK
Reason    :

------------------------------------------------

Fax number : +15106373315
Sent      : 2018-06-08-15.13.06
Remote CSID: NLRB
Duration   : 55 sec.
Status    : OK
Reason

------------------------------------------------

Fax number  +14154343947
Sent     2018-06-08-15.19.57
Remote CSID: SMRH
Duration   : 193 sec.
Status    : OK
Reason    :

------------------------------------------------

1

**Charging Party Exhibit 7-008**

22-60493.4791



# Tesla Second Quarter 2016 Update

- **Completed Model 3 design phase**
- **Increased automotive gross margin on both Model S and Model X**
- **Exited Q2 consistently producing nearly 2,000 vehicles/week**
- **Production and demand on track to support 50,000 deliveries in 2H 2016**
- **Merger agreement to acquire SolarCity signed, subject to shareholder vote**

August 3, 2016

Dear Customers and Fellow Shareholders:

Q2 was certainly busy. We completed the design phase of Model 3, increased vehicle production by another 18% sequentially, rolled out the biggest aesthetic and functional update to Model S since its initial launch, introduced an upgradeable 60 kWh Model S, increased automotive gross margin excluding ZEV credits, and completed a $1.7 billion equity raise to end the quarter with $3.25 billion in cash.

Since then, we introduced a similarly upgradeable 60 kWh Model X, shared our future vision for Tesla in "The Master Plan, Part Deux," formally introduced the Gigafactory to the world, and signed a definitive agreement to acquire SolarCity. Through all of this, we remain focused on launching Model 3 next year as scheduled.

### Strong Demand Despite Product Transitions

In line with the first "Master Plan" published a decade ago, we are focused on making our products increasingly compelling and affordable. We expanded the functionality and updated the look of Model S, and also introduced 60 kWh battery configurations for both Model S and Model X. These 60 kWh cars are upgradeable to 75 kWh at any time via a simple, paid software update. This makes our vehicles more affordable while the ability to upgrade adds the flexibility to increase range and performance at purchase or at any time thereafter. Optionality like this is something that only Tesla offers.

At the beginning of Q2, we had very few Model X test drive cars in our stores and no refreshed Model S vehicles. Despite not having the refreshed Model S in stores for the full quarter, and not until June for international markets, Model S orders increased year over year. With the addition of Model X orders, total Q2 net new vehicle orders rose 67% from a year ago.

In Q2, we delivered 14,402 new vehicles consisting of 9,764 Model S and 4,638 Model X, which was slightly higher than what we stated in our July announcement. Model S remains the market share leader in North America and Europe among all comparably priced four-door sedans, and Model X is quickly gaining ground against similarly priced SUVs in all regions.

Introduced in 2013, our resale value guarantee (RVG) helped reassure customers that Tesla vehicles would retain value over time. Since both our new and pre-owned Tesla vehicles are selling well, we discontinued the program in North America. We still offer an RVG when it can help lower customer monthly payments in certain international markets that have less compelling financing options.

We are also accelerating store openings and plan to add a new retail location every four days on average during the remainder of Q3 and through Q4. We are adding stores in new population-dense markets like Taipei, Seoul, and Mexico City, while also adding stores in our most mature markets like California. The quality of our new locations is also improving as many shopping malls now consider us the new standard for an anchor tenant based on the amount of foot traffic that we draw and our very high revenue per square foot.



*New Taipei, Taiwan Location*



**Manufacturing Improvements Prompt Production Increases**



*Model X – General Assembly*

During our Q1 earnings call, we spoke about the significant challenges that we had experienced during our ongoing vehicle production ramp. Since then, we have made considerable progress. We exited Q2 consistently producing nearly 2,000 vehicles per week and our total Q2 production of 18,345 vehicles constituted a new quarterly production record, up 18% from Q1 and up 43% from Q2 last year. Production hours per vehicle also declined throughout the quarter for both cars. Based on this progress, vehicle production is now on track to support about 50,000 deliveries in the second half of this year, with automotive gross margin improvement.

We have completed the design phase of Model 3 and released Model 3 for tooling, production planning and validation. The Model 3 capacity expansion will reflect our initial efforts to apply our "machine that makes the machine" philosophy to vehicle manufacturing, and demonstrates our intense focus on volumetric and capital efficiency. Some Model 3 production equipment is already on line, including initial capacity in our stamping and paint centers. Later this year, we plan to begin construction of new Model 3 body and general assembly centers.

Gigafactory construction remains on target to support volume production of Model 3 in late 2017, and we recently accelerated construction to reach a rate of 35 GWh/year of cell production in 2018. This will allow us to meet the needs of our accelerated Model 3 production plan.

Finally, we signed a definitive agreement to acquire SolarCity. Buying the largest residential solar energy installer and generator in the United States along with its unique panel technology will further our mission of accelerating the world's transition to sustainable energy. We see significant opportunities for product innovation and integration, and we shared our initial thoughts on synergies earlier this week.



*Seamless Energy Generation, Storage & Consumption*

**Q2 Results**

Total Q2 GAAP revenue was $1.3 billion, while non-GAAP revenue was $1.6 billion for the quarter, up 31% from a year ago. Total Q2 gross margin was 21.6% on a GAAP basis and 20.8% on a non-GAAP basis.

Automotive revenue was $1.2 billion on a GAAP basis and $1.5 billion on a non-GAAP basis, which includes a $293 million net increase in deferred revenue and other long term liabilities resulting from lease accounting used for indirect leases issued through our bank partners and cars sold with an RVG.

We delivered fewer cars in Q2 than originally planned as a result of our steep production ramp, which resulted in almost half of Q2 production occurring in the final four weeks of the quarter. Given inflection points in the production ramp and firm shipping cutoffs, shifting production by even a short period of time had a disproportionate impact on the number of cars that were delivered by quarter end.

Model S average prices increased 3% sequentially, due to higher option take rates and the modest price increase associated with the Model S refresh. Model X average prices were more than 15% higher than for Model S, despite declining sequentially as mix shifted away from Signature Series variants.

Q2 Automotive gross margin was 23.1% on a GAAP basis. On a non-GAAP basis, gross margin excluding ZEV credits increased over 200 basis points from Q1 to 21.9%. We recognized an insignificant amount of ZEV credit revenue in Q2. The strong sequential gross margin increase was primarily due to improved manufacturing for Model X and favorable pricing for Model S. Our warranty accrual rates on new vehicles were generally consistent with Q1.

Q2 Services and other revenue was $88 million, up 15% from a year ago but down sequentially. The decline was primarily due to having fewer pre-owned cars to sell because of the need to use them to expand our service loaner fleet. Q2 Service and other gross margin was 2.5% down from 4.7% in Q1, but generally in line with our expectations.

22-60493.4793

22-60493.4794

EXHIBIT NO. CP-8A-8F ✓ RECEIVED_____ REJECTED_____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 10 DATE: 10/28 REPORTER: DM

Total Q2 GAAP operating expenses were $513 million and included $61 million of non-cash stock-based compensation. After excluding non-cash stock based compensation, non-GAAP operating expenses were $452 million, up 8% from Q1. Research and development expenses increased sequentially as we worked to finalize Model 3 vehicle engineering. Non-GAAP sales, general and administrative expenses reflect careful expense management and would have been flat sequentially, except for a one-time payroll tax expense of $17 million associated with the exercise of CEO stock options that would have expired this year.

Our Q2 GAAP net loss was $293 million or a $2.09 loss per share on 140 million basic shares, while our non-GAAP net loss was $150 million, or a $1.06 loss per basic share. Both figures include a $0.05 per basic share loss related mostly to losses from foreign currency transactions.

Cash and cash equivalents rose to $3.25 billion at quarter end, driven by the successful completion of our $1.7 billion secondary offering, receipt of Model 3 deposits, an incremental $113 million draw against our ABL, and effective cash management. The ABL draw is tied to operations and mirrors the temporary increase in vehicles in-transit at quarter end and growth of our direct leasing portfolio.



Our GAAP cash flow from operations during the quarter was $150 million, which included the receipt of Model 3 deposits. After adding $143 million of cash inflows from vehicle sales to our bank leasing partners, our cash flow from core operations was nearly $293 million.

During Q2, we invested $295 million in capital expenditures to increase production capacity, accelerate Gigafactory construction, and expand customer support infrastructure. Capital expenditures remain on plan to help us reach our goal of producing 500,000 vehicles in 2018.

Our captive leasing program remains strong. Tesla Finance directly leased 1,132 cars to customers in Q2, worth $117 million of aggregate transaction value.

*Gigafactory Expansion*

## Outlook

Production and demand are on track to support deliveries of approximately 50,000 new Model S and Model X vehicles during the second half of 2016.

Vehicle production efficiency is improving rapidly and we are now increasing our weekly production rate even further. Barring any further supply constraints, we plan to exit Q3 with a steady production rate of 2,200 vehicles per week, and plan to increase production to 2,400 vehicles per week in Q4.

We anticipate that direct leasing will rise from 8% of deliveries in Q2 to about 15% of deliveries in Q3, as we have reached our funding limit with a banking partner. We anticipate adding new partners that will allow us to fund our planned growth in the future. We recognize revenue on directly leased deliveries as cash is received over the lease term of typically three years, on both a GAAP and non-GAAP basis.

Model S and Model X cost reductions and improved vehicle manufacturing efficiency should offset the margin impact of the expected mix shift toward our 60 kWh configured vehicles and still drive additional gross margin increases throughout the year. We expect GAAP and non-GAAP Automotive gross margins excluding ZEV credits to increase by 2-3 percentage points through Q3 and Q4.

Total non-GAAP operating expenses should increase sequentially in Q3 and Q4, and we now expect full year 2016 total non-GAAP operating expenses to increase by about 30%. The increases come from engineering, design, and testing expenses related to Model 3 supplier contracts, and higher sales and service costs associated with expanding our geographic presence.

Despite the disciplined pace of capital spending in the first half of this year, we still expect to invest about $2.25 billion in capital expenditures in 2016, in support of our accelerated production plan for Model 3.

As we move ever closer to the launch of Model 3, we remain as excited as ever for the future of Tesla.

Elon Musk, Chairman & CEO

Jason Wheeler, Chief Financial Officer

**Webcast Information**

Tesla will provide a live webcast of its second quarter 2016 financial results conference call beginning at 2:30 p.m. PT on August 3, 2016, at ir.tesla.com.  This webcast will also be available for replay for approximately one year thereafter.

**Non-GAAP Financial Information**

Consolidated financial information has been presented in accordance with GAAP as well as on a non-GAAP basis.  On a non-GAAP basis, financial measures exclude non-cash items such as stock-based compensation, the change in fair value related to Tesla's warrant liability, non-cash interest expense related to Tesla's convertible senior notes.  Non-GAAP financial measures also exclude the impact of lease accounting on related revenues and cost of revenues associated with Model S and Model X deliveries with the resale value guarantee and similar buy-back terms, as this perspective is useful in understanding the underlying cash flow activity and timing of vehicle deliveries.  Management believes that it is useful to supplement its GAAP financial statements with this non-GAAP information because management uses such information internally for its operating, budgeting and financial planning purposes.  These non-GAAP financial measures also facilitate management's internal comparisons to Tesla's historical performance as well as comparisons to the operating results of other companies.  Non-GAAP information is not prepared under a comprehensive set of accounting rules and therefore, should only be read in conjunction with financial information reported under U.S. GAAP when understanding Tesla's operating performance.  A reconciliation between GAAP and non-GAAP financial information is provided below.

Additionally, on May 17, 2016, the staff of the Securities & Exchange Commission issued new guidance relating to non-GAAP financial measures used in public disclosures generally as well as in filings with the SEC, such as in earnings releases.  We are currently in the process of evaluating this guidance with respect to our use and presentation of non-GAAP financial measures, and have already taken certain steps to modify our prior disclosure practices in this area.  Such modifications do not change the underlying financial results of our business or our expectations for our future performance.  As we continue to evaluate the SEC's guidance, we will determine whether it is appropriate to make additional changes to our use and presentation of non-GAAP financial measures and will inform our investors as to our determination at the appropriate time.

**Forward-Looking Statements**

Certain statements in this shareholder letter, including statements in the "Outlook" section; statements relating to the progress Tesla is making with respect to product development; statements regarding growth in the number of Tesla store, service center, Supercharger locations; statements relating to the production and delivery timing of future products such as Model 3; growth in demand and orders for Tesla products and the catalysts for that growth; the ability to achieve product demand, volume, production, delivery, revenue, cash flow, leasing, gross margin, spending, capital expenditure and profitability targets; productivity improvements and capacity expansion plans; Tesla Gigafactory timing, plans and output expectations, including those related to cell and other production; and opportunities for product innovation and integration with SolarCity are "forward-looking statements" that are subject to risks and uncertainties.  These forward-looking statements are based on management's current expectations, and as a result of certain risks and uncertainties, actual results may differ materially from those projected.  The following important factors, without limitation, could cause actual results to differ materially from those in the forward-looking statements: the risk of delays in the manufacture, production and delivery of Model S and Model X vehicles and energy products, and production and delivery of Model 3 vehicles; the ability to design and achieve market acceptance of Model S and its variants, as well as new vehicle models, specifically Model X and Model 3; the ability of suppliers to meet quality and part delivery expectations at increasing volumes; adverse foreign exchange movements; any failures by Tesla products to perform as expected or if product recalls occur; Tesla's ability to continue to reduce or control manufacturing and other costs; consumers' willingness to adopt electric vehicles; competition in the automotive market generally and the alternative fuel vehicle market in particular; Tesla's ability to establish, maintain and strengthen the Tesla brand; Tesla's ability to manage future growth effectively as we rapidly grow, especially internationally; the unavailability, reduction or elimination of government and economic incentives for electric vehicles; Tesla's ability to establish, maintain and strengthen its relationships with strategic partners such as Panasonic; potential difficulties in finalizing, performing and realizing potential benefits under definitive agreements for the Tesla Gigafactory site, obtaining permits and incentives, negotiating terms with technology, materials and other partners for Gigafactory, and maintaining Gigafactory implementation schedules, output and costs estimates; and Tesla's ability to execute on its retail strategy and for new store, service center and Tesla Supercharger openings.  More information on potential factors that could affect our financial results is included from time to time in our Securities and Exchange Commission filings and reports, including the risks identified under the section captioned "Risk Factors" in our quarterly report on Form 10-Q filed with the SEC on May 10, 2016.  Tesla disclaims any obligation to update information contained in these forward-looking statements whether as a result of new information, future events, or otherwise.

**Investor Relations Contact:**
Jeff Evanson
Investor Relations
ir@tesla.com

**Press Contact:**
Khobi Brooklyn
Communications
press@tesla.com

Tesla Motors, Inc.
**Condensed Consolidated Statements of Operations**
(Unaudited)
(In thousands, except per share data)

| | Three Months Ended | | | Six Months Ended | |
|---|---|---|---|---|---|
| | June 30, 2016 | Mar 31, 2016 | June 30, 2015 | June 30, 2016 | June 30, 2015 |
| **Revenues** | | | | | |
| Automotive (1A) | $ 1,181,852 | $ 1,026,064 | $ 878,090 | $2,207,916 | $1,771,410 |
| Services and other | 88,165 | 120,984 | 76,886 | 209,149 | 123,446 |
| Total revenues | 1,270,017 | 1,147,048 | 954,976 | 2,417,065 | 1,894,856 |
| | | | | | |
| **Cost of revenues** | | | | | |
| Automotive (1B) | 909,282 | 779,316 | 666,386 | 1,688,598 | 1,298,131 |
| Services and other | 85,959 | 115,264 | 75,220 | 201,223 | 123,282 |
| Total cost of revenues (2) | 995,241 | 894,580 | 741,606 | 1,889,821 | 1,421,413 |
| Gross profit | 274,776 | 252,468 | 213,370 | 527,244 | 473,443 |
| **Operating expenses** | | | | | |
| Research and development (2) | 191,664 | 182,482 | 181,712 | 374,146 | 348,866 |
| Selling, general and administrative (2) | 321,152 | 318,210 | 201,846 | 639,362 | 397,211 |
| Total operating expenses | 512,816 | 500,692 | 383,558 | 1,013,508 | 746,077 |
| Loss from operations | (238,040) | (248,224) | (170,188) | (486,264) | (272,634) |
| Interest income | 2,242 | 1,251 | 247 | 3,493 | 431 |
| Interest expense | (46,368) | (40,625) | (24,352) | (86,993) | (50,926) |
| Other income (expense), net | (7,373) | 9,177 | 13,233 | 1,804 | (9,072) |
| Loss before income taxes | (289,539) | (278,421) | (181,060) | (567,960) | (332,201) |
| Provision for income taxes | 3,649 | 3,846 | 3,167 | 7,495 | 6,207 |
| Net loss | $ (293,188) | $ (282,267) | $ (184,227) | $ (575,455) | $ (338,408) |
| Net loss per common share, basic and diluted | $ (2.09) | $ (2.13) | $ (1.45) | $ (4.22) | $ (2.68) |
| Shares used in per share calculation, basic and diluted | 139,983 | 132,676 | 126,689 | 136,330 | 126,320 |

**Notes:**

(1) Due to the application of lease accounting for Model S and Model X vehicles with the resale value guarantee or similar buy-back terms, the following is supplemental information for the periods presented:

| | | | | | |
|---|---|---|---|---|---|
| (A) Net increase in deferred revenue and other long-term liabilities as a result of lease accounting and therefore not recognized in automotive sales | $ 292,653 | $ 454,678 | $ 242,148 | $ 747,331 | $ 405,823 |
| | | | | | |
| (B) Net increase in operating lease vehicles as a result of lease accounting and therefore not recognized in automotive cost of sales | $ 241,253 | $ 359,098 | $ 174,242 | $ 600,351 | $ 288,065 |

The table above excludes assumed net warranty and stock based compensation amounts included in non-GAAP cost of sales.

(2) Includes stock-based compensation expense of the following for the periods presented:

| | | | | | |
|---|---|---|---|---|---|
| Cost of revenues | $ 6,495 | $ 6,403 | $ 4,820 | $ 12,898 | $ 9,421 |
| Research and development | 33,506 | 39,602 | 19,912 | 73,108 | 39,704 |
| Selling, general and administrative | 27,311 | 43,652 | 18,603 | 70,963 | 37,236 |
| Total stock-based compensation expense | $ 67,312 | $ 89,657 | $ 43,335 | $ 156,969 | $ 86,361 |

**Tesla Motors, Inc.**
**Condensed Consolidated Balance Sheets**
**(Unaudited)**
**(In thousands)**

|  | June 30, 2016 | Dec 31, 2015 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 3,246,301 | $ 1,196,908 |
| Restricted cash and marketable securities - current | 24,525 | 22,628 |
| Accounts receivable | 178,594 | 168,965 |
| Inventory | 1,609,607 | 1,277,838 |
| Prepaid expenses and other current assets | 144,678 | 115,667 |
| Operating lease vehicles, net (1) | 2,533,726 | 1,791,403 |
| Property and equipment, net | 3,993,250 | 3,403,334 |
| Restricted cash - noncurrent | 71,621 | 31,522 |
| Other assets | 66,650 | 59,674 |
| Total assets | $ 11,868,952 | $ 8,067,939 |
| **Liabilities and Stockholders' Equity** | | |
| Accounts payable and accrued liabilities | $ 1,673,090 | $ 1,338,946 |
| Deferred revenue (2) | 1,319,907 | 1,006,897 |
| Customer deposits | 679,834 | 283,370 |
| Long-term debt and capital leases | 3,246,828 | 2,649,020 |
| Other long-term liabilities (3) | 2,391,853 | 1,658,717 |
| Total liabilities | 9,311,512 | 6,936,950 |
| Mezzanine equity (4) | 37,146 | 47,285 |
| Stockholders' equity | 2,520,294 | 1,083,704 |
| Total liabilities and stockholders' equity | $ 11,868,952 | $ 8,067,939 |

**Notes:**

(1) Includes the following increase in operating lease vehicles related to deliveries and subject to lease accounting, net of depreciation recognized in automotive cost of sales, for the following periods:

*Resale value guarantee program (and other vehicles with similar buy-back terms)*

|  | | |
|---|---|---|
| Beginning balance | $ 1,556,528 | $ 689,689 |
| First quarter | 352,782 | 103,022 |
| Second quarter | 217,270 | 170,025 |
| Third quarter | | 215,337 |
| Fourth quarter | | 378,455 |
| Ending balance | $ 2,126,580 | $ 1,556,528 |

*Model S and Model X leasing program*

|  | | |
|---|---|---|
| Beginning balance | $ 234,619 | $ 81,636 |
| First quarter | 99,976 | 35,687 |
| Second quarter | 72,252 | 39,587 |
| Third quarter | | 25,162 |
| Fourth quarter | | 52,547 |
| Ending balance | $ 406,847 | $ 234,619 |

(2) Includes the following increase in deferred revenue related to deliveries with the resale value guarantee and similar programs and subject to lease accounting, net of revenue amortized to automotive sales, for the following periods:

|  | | |
|---|---|---|
| Beginning balance | $ 679,131 | $ 376,471 |
| First quarter | 121,836 | 45,334 |
| Second quarter | 50,717 | 60,767 |
| Third quarter | | 67,522 |
| Fourth quarter | | 129,037 |
| Ending balance | $ 851,684 | $ 679,131 |

(3) Includes the following increase in other liabilities related to deliveries with the resale value guarantee and similar programs and subject to lease accounting for the following periods:

|  | | |
|---|---|---|
| Beginning balance | $ 1,430,573 | $ 487,879 |
| First quarter | 344,926 | 118,341 |
| Second quarter | 231,848 | 186,957 |
| Third quarter | | 245,133 |
| Fourth quarter | | 392,263 |
| Ending balance | $ 2,007,347 | $ 1,430,573 |

(4) Our common stock price exceeded the conversion threshold price of our convertible senior notes due 2018 (2018 Notes) issued in May 2013; therefore, the 2018 Notes are convertible at the holder's option during the third quarter of 2016. As such, the carrying value of the 2018 Notes was classified as a current liability as of June 30, 2016 and the difference between the principal amount and the carrying value of the 2018 Notes was reflected as convertible debt in mezzanine equity on our condensed consolidated balance sheet as of June 30, 2016.

22-60493.4798

**Tesla Motors, Inc.**
**Supplemental Consolidated Financial Information**
**(Unaudited)**
**(In thousands)**

| | Three Months Ended | | | Six Months Ended | |
|---|---|---|---|---|---|
| | Jun 30, 2016 | Mar 31, 2016 | Jun 30, 2015 | Jun 30, 2016 | Jun 30, 2015 |
| **Selected Cash Flow Information** | | | | | |
| Cash flows provided by (used in) operating activities | $ 150,337 | $ (249,605) | $ (159,516) | $ (99,269) | $ (291,310) |
| Cash flows used in investing activities | (319,854) | (233,819) | (422,837) | (553,673) | (855,181) |
| Cash flows provided by financing | 1,976,584 | 715,435 | 218,351 | 2,692,019 | 404,507 |
| | | | | | |
| **Other Selected Financial Information** | | | | | |
| Cash flows provided by (used in) operating activities | $ 150,337 | $ (249,605) | $ (159,516) | $ (99,269) | $ (291,310) |
| Change in collateralized lease borrowing | $ 142,762 | $ 241,763 | $ 118,574 | $ 384,525 | $ 196,535 |
| Cash flow from core operations | $ 293,099 | $ (7,842) | $ (40,942) | $ 285,256 | $ (94,775) |
| | | | | | |
| Capital expenditures | (294,720) | (216,859) | (405,165) | (511,579) | (831,225) |
| Depreciation and amortization | $ 183,232 | $ 156,460 | $ 91,389 | $ 339,692 | $ 168,501 |

| | Jun 30, 2016 | Mar 31, 2016 | Jun 30, 2015 |
|---|---|---|---|
| **Cash and Investments** | | | |
| Cash and cash equivalents | $ 3,246,301 | $ 1,441,789 | $ 1,150,673 |
| Restricted cash and marketable | 24,525 | 23,980 | 20,591 |
| Restricted cash - noncurrent | 71,621 | 47,783 | 19,774 |

**Supplemental Model S and Model X Leasing Program Information**
**(in thousands, except for vehicle deliveries)**

| | Three Months Ended | | | Six Months Ended | |
|---|---|---|---|---|---|
| | Jun 30, 2016 | Mar 31, 2016 | Jun 30, 2015 | Jun 30, 2016 | Jun 30, 2015 |
| Vehicles delivered | 1,132 | 1,405 | 631 | 2,537 | 1,223 |
| Average per unit price of vehicles | 103 | $ 106 | $ 100 | $ 105 | $ 103 |
| Aggregate value of vehicles delivered (1) | $ 116,899 | $ 148,994 | $ 63,127 | $ 265,829 | $ 126,486 |
| | | | | | |
| Leasing revenue recognized | $ 23,883 | $ 16,692 | $ 9,228 | $ 40,575 | $ 15,697 |

(1) Aggregate value is the product of multiplying vehicles delivered by the average per unit

## Non-GAAP Financial Information

This letter includes non-GAAP financial information because we plan and manage our business using such information. Our non-GAAP measures align the recognition of revenues and costs related to a vehicle sale with the time when the customer takes delivery of the car and cash is received or owed to us. This contrasts with the approach of other automotive manufacturers who under GAAP accounting recognize revenue when the vehicle is sold into dealership inventory rather than to end customers, even though in the case of a captive finance lease they may not collect cash for several years on a consolidated basis.

Our non-GAAP revenue and gross profit is determined by adding back the deferred revenue and related costs for cars sold with resale value guarantee and where we have collected, or will collect from a bank intermediary in a matter of days, the purchase price of the car in cash. For cars leased directly by Tesla, we recognize lease revenue and related costs over the lease term and the same way for both GAAP and non-GAAP purposes. Our non-GAAP expense and per share information also exclude non-cash interest expense and stock-based compensation.

22-60493.4799

**Tesla Motors, Inc.**
**Reconciliation of GAAP to Non-GAAP Financial Information**
**(Unaudited)**
**(In thousands, except per share data)**

| | Three Months Ended | | | Six Months Ended | |
|---|---|---|---|---|---|
| | Jun 30, 2016 | Mar 31, 2016 | Jun 30, 2015 | Jun 30, 2016 | Jun 30, 2015 |
| Net loss (GAAP) | $ (293,188) | $ (282,267) | $ (184,227) | $ (575,455) | $ (338,408) |
| Stock-based compensation expense | 67,312 | 89,657 | 43,335 | 156,969 | 86,361 |
| Non-cash interest expense related to convertible notes and other borrowing | 31,823 | 28,902 | 18,171 | 60,725 | 37,681 |
| Net income (loss) (Non-GAAP) including lease accounting | (194,053) | (163,708) | (122,721) | (357,761) | (214,366) |
| Model S and Model X gross profit deferred due to lease accounting (1)(2) | 44,538 | 88,458 | 61,907 | 132,996 | 108,303 |
| Net income (loss) (Non-GAAP) | $ (149,515) | $ (75,250) | $ (60,814) | $ (224,765) | $ (106,063) |
| | | | | | |
| Net loss per share, basic (GAAP) | $ (2.09) | $ (2.13) | $ (1.45) | $ (4.22) | $ (2.68) |
| Stock-based compensation expense | 0.48 | 0.67 | 0.34 | 1.15 | 0.68 |
| Non-cash interest expense related to convertible notes and other borrowing | 0.23 | 0.22 | 0.14 | 0.45 | 0.30 |
| Model S and Model X gross profit deferred due to lease accounting (1)(2) | 0.32 | 0.67 | 0.49 | 0.98 | 0.86 |
| Net income (loss) per share, basic (Non-GAAP) | $ (1.06) | $ (0.57) | $ (0.48) | $ (1.64) | $ (0.84) |
| Shares used in per share calculation, basic (GAAP and Non-GAAP) | 139,983 | 132,676 | 126,689 | 136,330 | 126,320 |
| | | | | | |
| Net loss per share, diluted (GAAP) | $ (2.09) | $ (2.13) | $ (1.45) | $ (4.22) | $ (2.68) |
| Stock-based compensation expense | 0.48 | 0.67 | 0.34 | 1.15 | 0.68 |
| Non-cash interest expense related to convertible notes and other borrowing | 0.23 | 0.22 | 0.14 | 0.45 | 0.30 |
| Net income (loss) (Non-GAAP) including lease accounting | (1.38) | (1.23) | (0.97) | (2.62) | (1.70) |
| Model S and Model X gross profit deferred due to lease accounting (1)(2) | 0.32 | 0.67 | 0.49 | 0.98 | 0.86 |
| Net income (loss) per share, diluted (Non-GAAP) | $ (1.06) | $ (0.57) | $ (0.48) | $ (1.64) | $ (0.84) |
| Shares used in per share calculation, diluted (Non-GAAP) | 139,983 | 132,676 | 126,689 | 136,330 | 126,320 |

(1) Includes deliveries of Model S and Model X with the resale value guarantee or similar buy-back terms and not deliveries under the direct leasing program.

(2) Under GAAP, warranty costs are expensed as incurred for Model S and Model X vehicle deliveries with the resale value guarantee or similar buy-back terms and subject to lease accounting. For Non-GAAP purposes, an estimated incremental warranty reserve of $11.3 million, $12.6 million, and $10.2 million is included for the three months ended June 30, 2016, March 31, 2016, and June 30, 2015, respectively. For the six months ended June 30, 2016 and 2015, an estimated incremental warranty reserve of $23.9 million and $17.0 million is included, respectively. Additionally, stock-based compensation of $6.5 million, $6.4 million and $4.8 million is excluded for non-GAAP purposes for the three months ended June 30, 2016, March 31, 2016, and June 30, 2015, respectively. For the six months ended June 30, 2016 and 2015, stock-based compensation of $12.9 million and $9.4 million is excluded, respectively.

22-60493.4800

**Tesla Motors, Inc.**
**Reconciliation of GAAP to Non-GAAP Financial Information**
**(Unaudited)**
**(In thousands, except per share data)**

| | Three Months Ended | | | Six Months Ended | |
|---|---|---|---|---|---|
| | Jun 30, 2016 | Mar 31, 2016 | Jun 30, 2015 | Jun 30, 2016 | Jun 30, 2015 |
| **Revenues (GAAP)** | $ 1,270,017 | $ 1,147,048 | $ 954,976 | $ 2,417,065 | $ 1,894,856 |
| Model S and Model X revenue deferred due to lease accounting (1) | 292,653 | 454,678 | 242,148 | 747,331 | 405,823 |
| **Revenues (Non-GAAP)** | $ 1,562,670 | $ 1,601,726 | $ 1,197,124 | $ 3,164,396 | $ 2,300,679 |
| | | | | | |
| **Gross profit (GAAP)** | $ 274,776 | $ 252,468 | $ 213,370 | $ 527,244 | $ 473,443 |
| Model S and Model X gross profit deferred due to lease accounting (1)(2) | 44,538 | 88,458 | 61,907 | 132,996 | 108,303 |
| Stock-based compensation expense | 6,495 | 6,403 | 4,820 | 12,898 | 9,421 |
| **Gross profit (Non-GAAP)** | $ 325,809 | $ 347,329 | $ 280,097 | $ 673,138 | $ 591,167 |
| | | | | | |
| **Research and development expenses (GAAP)** | $ 191,664 | $ 182,482 | $ 181,712 | $ 374,146 | $ 348,866 |
| Stock-based compensation expense | (33,506) | (39,602) | (19,912) | (73,108) | (39,704) |
| **Research and development expenses (Non-GAAP)** | $ 158,158 | $ 142,880 | $ 161,800 | $ 301,038 | $ 309,162 |
| | | | | | |
| **Selling, general and administrative expenses (GAAP)** | $ 321,152 | $ 318,210 | $ 201,846 | $ 639,362 | $ 397,211 |
| Stock-based compensation expense | (27,311) | (43,652) | (18,603) | (70,963) | (37,236) |
| **Selling, general and administrative expenses (Non-GAAP)** | $ 293,841 | $ 274,558 | $ 183,243 | $ 568,399 | $ 359,975 |

(1) Includes deliveries of Model S and Model X with the resale value guarantee or similar buy-back terms and not deliveries under the direct leasing program.

(2) Under GAAP, warranty costs are expensed as incurred for Model S and Model X vehicle deliveries with the resale value guarantee or similar buy-back terms and subject to lease accounting. For Non-GAAP purposes, an estimated incremental warranty reserve of $11.3 million, $12.6 million, and $10.2 million is included for the three months ended June 30, 2016, March 31, 2016, and June 30, 2015, respectively. For the six months ended June 30, 2016 and 2015, an estimated incremental warranty reserve of $23.9 million and $17.0 million is included, respectively. Additionally, stock-based compensation of $6.5 million, $6.4 million and $4.8 million is excluded for non-GAAP purposes for the three months ended June 30, 2016, March 31, 2016, and June 30, 2015, respectively. For the six months ended June 30, 2016 and 2015, stock-based compensation of $12.9 million and $9.4 million is excluded, respectively.

22-60493.4801



SUBSCRIPTIONS          SIGN IN

*ALIEN DREADNOUGHT —*

# Tesla losses grow, but Musk says production goals will be met by year-end

**In an earnings call, Telsa talked about the company's new obsession: Manufacturing.**

MEGAN GEUSS · 8/3/2016, 6:30 PM

22-60493.4803

EXHIBIT NO. CP-8B RECEIVED_____ REJECTED_____
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc
NO. OF PAGES: 7 DATE: 10/12/18 REPORTER: DA



Getty Images | Josper Juinen/Bloomberg

**Telsa Model Ses in the company's European production center in Tilburg, Netherlands.**

In Tesla's Q2 2016 financial statement released today, the company reported a net loss of $293 million (~£220 million) for the quarter, making it Tesla's 13th straight quarterly loss. (By Generally Accepted Accounting Principles, or GAAP, the company lost only $150 million. GAAP standards account for certain things on a car company's balance sheet, like leased vehicles, differently than non-GAAP bookkeeping does.)

Despite the loss, revenue for the company was up 31 percent year-over-year, with GAAP revenue coming in at $1.3 billion (~£1 billion) for Q2 and non-GAAP revenue at $1.6 billion.

FURTHER READING

**Tesla and SolarCity agree on merger terms in $2.6 billion all-stock deal**

Still, during Tesla's Q4 2015 earnings call, Tesla CEO Elon Musk promised that the electric vehicle company would be profitable before summer. But production issues have continued to plague the company, although Musk and Telsa Vice President of Finance Jason Wheeler were adamant that the company is out of the woods on production issues, despite missing production goals in Q2.

"We're clearly disappointed with our delivery numbers, but there are some underlying stories," Wheeler said on the call this afternoon, noting that the company had aggressively ramped up production in the last four weeks of the quarter and has been producing 2,000 cars per week since then. "We're trying to balance the mix half and half between SUVs and sedans," Musk said, adding about production, "I'm not losing sleep at night."

Tesla delivered 14,402 new vehicles in Q2—9,764 Model S and 4,638 Model X cars—although it had originally projected 17,000 deliveries in Q2 2016. The company has said its goal is to produce 50,000 cars in the second half of 2016.

Musk and Wheeler, as well as Tesla CTO JB Straubel, took the opportunity to praise the improvements Tesla has been making in manufacturing and factory logistics, a talking point the company has been pushing recently as its massive Gigafactory in Nevada opens and as time until Model 3 production needs to start ticks away. "Labor hours per car is trending quite positively right now," Wheeler said, later adding, "if we can execute on our production and delivery goals in the second half of the year we have a great chance of being profitable."

Musk went with a description more rooted in fantasy, saying that he wants to make his factories look like an "alien dreadnought," reiterating his desire to perfect "the machine that makes the machine."

Despite the executives' forward-looking statements, Musk also tried to put the company's position in perspective. "In 2010 we were making 600 cars a year" with Lotus' help, the CEO said. "Five years later we're making 50,000" with no partner, he said.

Besides falling short on its auto delivery goals, what seems to have tripped Tesla up this quarter is that operating expenses were up 8 percent from the quarter before, and the company had a planned increase in research and development for the upcoming Model 3 on its balance sheet. Although there was little news about the anticipated mass-market electric vehicle, a press release from Tesla noted that the company had completed the design phase for the car and was now in a "tooling, production planning, and validation" phase.

Musk said that he felt the production of the Model S and Model X had stabilized and noted that now, "the focus is really on Model 3, followed by full autonomy."

Late last month, Tesla split with Mobileye, the company that made Tesla's sensors for autonomous functions. The split came a few months after a Tesla in autonomous mode was involved in a fatal crash. On today's call, Musk deflected a question about what will replace Mobileye, but added, "we'll have a more significant announcement on that later, it will be a Tesla solution, [an] internal solution."

Musk also said that deliveries of Tesla's Powerwall, a consumer-focused stationary battery storage solution that was introduced last year, would increase substantially in November and December.

Finally, the CEO had some strong words for the California Air Resources Board (CARB), which has historically incentivized zero-emissions vehicle makers with credits that can be traded among automakers to boost the production of eco-friendly vehicles. Tesla sold $170 million worth of such credits to less eco-friendly auto makers last year, but Musk said today that the price Tesla can command for the credits is too low and gives other automakers a pass. "CARB is being incredibly weak in its application of credits," he said. "As a result you can barely sell a credit for pennies on the dollar. CARB should damn well be ashamed of themselves."

Tesla's executives notably did not spend much time on the company's proposed deal with SolarCity, which was announced this week and is awaiting shareholder and SEC approval. The deal would make the solar panel company a part of Tesla for $2.6 billion in an all-stock deal, if it's approved. Many have eyed the deal with skepticism, especially as Tesla seems to be missing production goals and has the

design and production of the Model 3 to tend to. But Tesla has maintained that a SolarCity merger is a natural fit.

# Subscribe to Ars Pro++ and get a free Yubikey

Ars Pro++ is ad and tracker free, and offers the best reading experience. The hardware authenticating Yubikey is available world-wide. Upgrade your tech life!

LEARN MORE

READER COMMENTS    135                                    SHARE THIS STORY

**MEGAN GEUSS**

Megan is a staff editor at Ars Technica. She writes breaking news and has a background in fact-checking and research.

**EMAIL** megan.geuss@arstechnica.com // **TWITTER** @MeganGeuss



The supercharged Ferrari 488 GTB | Ars Technica



Aston Martin's DB11 V12

 WATCH

**The supercharged Ferrari 488 GTB | Ars**

Fast, fun, and freaky: A review of the Alfa Romeo Stelvio

# The supercharged Ferrari 488 GTB | Ars Technica

Ars Technica's Jonathan Gitlin drives the insanely fast Ferrari 488 GTB, which also feels nice to drive on normal roads at normal speeds.

 More videos

22-60493.4806

— PREVIOUS STORY    NEXT STORY —

## Related Stories

Tesla posts bigger-than-expected loss, bigger-than-expected revenue [Updated]

Musk talks Model 3 preparation and gives Model Y hints in financial call

Tesla "hell-bent on being the world's best manufacturer" after $283 million loss

Tesla misses Model 3 delivery goals but plans to exceed total vehicle numbers

## Sponsored Stories

Powered by


**Refinancing Your Car Loan Could Save You Hundreds**
LendingClub


**California Will Pay Homeowners to Go Solar**
Energy Bill Cruncher


**The Neat Technology Replacing Business Phones and Landlines**
Yahoo! Search


**[Gallery] These Are The Top 20 Dangerous Beaches In The World**
Herald Weekly


**Want to Enhance Fluid System Safety? Download This Guide**
Swagelok


**The State of California Approves This Free Solar Program**
Solar Savings News

## Today on Ars

*Pinball FX3* self-censors classic pinball art for lower ESRB rating

Ajit Pai's FCC tells court that net neutrality rules were illegal

Study: Magnetism model reveals long-term non-partisan nature of SCOTUS

Video: What *First Man* does and doesn't say about Neil Armstrong

Ars on your lunch break: The nature of consciousness

Tesla sets Monday deadline for 2018 delivery—and $7,500 tax credit

Why is a Lisbon soccer team trying to unmask Portuguese bloggers in US court?

E-cig co. put Viagra, Cialis in vape liquids—the FDA is throbbing mad

RSS FEEDS
VIEW MOBILE SITE
ABOUT US
SUBSCRIBE

CONTACT US
STAFF
ADVERTISE WITH US
REPRINTS

NEWSLETTER SIGNUP

Join the Ars Orbital Transmission mailing list to get weekly updates delivered to your inbox.

Email address                    SUBSCRIBE

CNMN Collection
WIRED Media Group
© 2018 Condé Nast. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 5/25/18) and Privacy Policy and Cookie Statement (updated 5/25/18) and Ars Technica Addendum (effective 8/21/2018). Ars may earn compensation on sales from links on this site. Read our affiliate link policy.
Your California Privacy Rights
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.
Ad Choices

# Tesla Unionizer Returns Fire After Elon Musk 'Trashes' Him

by **Dana Hull**
February 10, 2017, 9:19 AM PST

- Worker says he's getting support from the United Auto Workers
- Musk calls post 'morally outrageous' in messages to Gizmodo

Jose Moran commutes more than an hour from California's Central Valley to Tesla Inc. <https://www.bloomberg.com/quote/TSLA:US>'s Fremont factory every morning for a shift that usually starts around 5:25 a.m. and ends in the late afternoon. His Thursday was anything but typical.

The 45-year-old father of two started the day passing around copies of his post <https://medium.com/@moran2017/time-for-tesla-to-listen-ab5ce259fc88#.xe81zscdqz> on the publishing service Medium, which called for forming a union at Tesla's lone auto assembly plant. By the evening, Chief Executive Officer Elon Musk was criticizing Moran and the United Auto Workers in Twitter messages with a tech blog <http://gizmodo.com/elon-musk-responds-to-claims-of-low-pay-injuries-and-a-1792190512>.

Moran alleged challenging working conditions and organizational issues within a factory under the microscope like never before. The plant is preparing to make the Model 3 <http://www.bloomberg.com/news/articles/2016-04-01/musk-unveils-tesla-s-35-000-model-3-in-push-for-mass-market>, Tesla's first affordable electric car and the linchpin of Musk's ambitions to reach the mainstream auto market. The CEO went on the defensive Thursday, writing in direct messages to Gizmodo that Moran may have been paid by the UAW to push for a union at Fremont.

"I've been a loyal employee of Tesla for 4 1/2 years, sometimes working six days a week, 12 hours a day," Moran, a production associate on Body Line 1 within the factory, said in a phone interview. "I'm not an employee of the UAW, but we get support from the UAW. For Musk to try to trash me down like that -- it's too bad."

## Higher Costs

Tesla has flagged to investors for years the risk of higher costs and work stoppages that could arise if a union organizes the Fremont plant. The Palo Alto, California-based company employs more than 5,000 workers at the factory.

tps://www.bloomberg.com/news/articles/2017-02-10/tesla-s-aspiring-unionizer-laments-musk-s-attempt-to-trash-him

CPSC

22-60493.4810

EXHIBIT NO. _CP-8C_ RECEIVED _____ REJECTED _____.
32-CA-197020
CASE NO. _____ CASE NAME: _Tesla_ .

NO. OF PAGES: _3_ DATE: _10-12-18_ REPORTER: _DM_

4/23/2017                              Tesla Unionizer Returns Fire After Elon Musk 'Trashes' Him - Bloomberg

"He doesn't really work for us, he works for the UAW," Musk said of Moran in direct messages on Twitter to Gizmodo. "Frankly, I find this attack to be morally outrageous. Tesla is the last car company left in California, because costs are so high."

The UAW, which represents workers at General Motors Co., Ford Motor Co. and Fiat Chrysler Automobiles NV factories across the U.S., said Musk's assertion that Moran was on the union's payroll, was "fake news."

"Mr. Moran is not and has not been paid by the UAW," the union said in a statement <https://uaw.org/uaw-calls-tesla-allegation-worker-jose-moran-union-payroll-fake-news>. The UAW said it hopes Tesla apologizes to Moran and confirmed he and others at Tesla have approached the union. "We welcome them with open arms," the UAW said.

**Deeper Issues**

The UAW has largely failed to organize Japanese <http://www.bloomberg.com/news/articles/2013-02-12-uaw-says-nissan-threatens-workers-in-organizing-drive> German <http://www.bloomberg.com/news/articles/2015-12-22-uaw-says-volkswagen-refuses-to-bargain-with-tennessee-workers> or Korean auto plants in the U.S. The union used to represent workers at the Fremont factory when then-General Motors Corp. and Toyota Motor Corp. occupied the facility through a joint venture. Moran said he worked at the plant under Toyota and GM in the 1990s.

Moran wrote in his post that Tesla pays production workers between $17 and $21 an hour on average, less than the living wage necessary for the high-cost Bay Area. He also cited problems with production including machinery that's hard on employees' bodies to operate.

"The issues go much deeper than just fair pay," he wrote. "Injuries, poor morale, unfair promotions, high turnover, and other issues aren't just bad for workers -- they also impact the quality and speed of production. They can't be resolved without workers having a voice and being included in the process."

Terms of Service  Trademarks  Privacy Policy
©2017 Bloomberg L.P. All Rights Reserved.
Careers  Made in NYC  Advertise  Ad Choices  Website Feedback  Help

22-60493.4811

  

Elon Musk Digs In His Heels In Tesla Feud With United Auto Workers     200

NEWS     POLITICS     ENTERTAINMENT     LIFESTYLE     IMPACT     VOICES     VIDEO     ALL SECTIONS     Q



AdChoices

POLITICS   02/22/2017 09 22 pm ET | Updated Feb 23, 2017

# Elon Musk Digs In His Heels In Tesla Feud With United Auto Workers

The billionaire Tesla CEO, an adviser to President Donald Trump, firmly opposes his workers' efforts to unionize.

By Alexander C. Kaufman

"Tesla employee pushes for union zation 'Musk not pleased' will play after the ad    



Tesla CEO Elon Musk on Wednesday brushed off efforts by workers at his California factory to unionize, insisting that joining the United Automobile Workers would yield no benefits.

"There are really only disadvantages for someone to want the UAW here," Musk said during a call discussing Tesla's earnings with analysts and investors.

ttp://www.huffingtonpost.com/entry/tesla-uaw_us_58ae3371e4b057efdce8f521

22-60493.4812



22-60493.4813

EXHIBIT NO. CP-8D RECEIVED ✓ REJECTED ———

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-12-18 REPORTER: DM

43, and the UAW both denied he was paid by the union.

"There is quite a strong effort by the UAW to unionize Tesla," Musk said Wednesday. "Actually, a lot of people at Tesla have been approached by the UAW and expressed concerns about this." He called Moran a "de facto UAW employee."

"A lot of workers believe we have a right for union representation and a right to represent ourselves and our own interest," Moran said during a conference call with reporters earlier this month. "We don't believe the company is doing that for us."

The UAW said recently that it "can confirm that Mr Moran and others at Tesla have approached the UAW and we welcome them with open arms." Reached by The Huffington Post on Wednesday evening, UAW spokesman Brian Rothenberg said: "Our statement stands."

Musk's remarks, during the company's first earnings call since November's election, comes amid heightened public scrutiny of his political views. The South African-born entrepreneur, who also is CEO of rocket firm SpaceX, serves as an adviser to President Donald Trump, with whom he has cultivated what The New York Times described as a "budding bromance."

Moran, in a Feb. 9 post on Medium, described working long hours with machinery that leaves workers prone to injuries. Employees on the assembly line earn hourly wages of $17 to $21, he said, making it difficult to afford rent in the notoriously pricey Bay Area. He cited $25.58 as average pay in the auto industry. The Bureau of Labor Statistics lists the average hourly wage for motor vehicle manufacturing in December as $29.53.

"Preventable injuries happen often," wrote Moran, who has worked at the Fremont, California, assembly plant since 2012. "In addition to long working hours, machinery is often not ergonomically compatible with our bodies. There is too much twisting and turning and extra physical movement to do jobs that could be simplified if workers' input were welcomed."

Musk fired back on Wednesday, insisting his employees are hurt far less frequently than those at rival auto plants.

*Your future awaits!*  APPLY NOW

**BuzzFeed News**

Michael's Trail Of Destruction   Limo Crash   Royal Wedding   Astronaut Emergency   Brett Kavanaugh   Polio-Like Illness

TECH

# Tesla Replaces Head Of HR Amid Allegations Of Poor Working Conditions, Harassment

Tesla's head of HR is leaving the electric carmaker amid allegations of unsafe working conditions, labor violations, harassment and discrimination at the company's California plant.

**By Caroline O'Donovan and Priya Anand**
Posted on May 24, 2017, at 1:00 p.m. ET



Tesla employees work in the Tesla factory in Fremont, Calif., Thursday, May 14, 2015. (AP Photo/Jeff Chiu)
*Jeff Chiu / AP*

Arnnon Geshuri, the high-profile VP of human resources at Tesla who oversaw its 2011 hiring spree, is

22-60493.4815

22-60493.4816

EXHIBIT NO. _CP-8E_ RECEIVED_____ REJECTED ——

CASE NO. _32-CA-197020_ CASE NAME: _Tesla, Inc._

NO. OF PAGES: _1_ DATE: _10-12-18_ REPORTER: _DM_

been beset by allegations of unsafe working conditions, discrimination and harassment, and potentially illegal mishandling of a union drive at its California manufacturing plant.

Geshuri follows two other HR executives who have left Tesla this year. The first — Jennifer Kim, director of HR for engineering — left Tesla this spring. The second — Mark Lipscomb, who served as VP of HR under Geshuri — left the company earlier this year for Netflix.

"Arnnon helped transition Tesla from a small car company that many doubted would ever succeed, to an integrated sustainable energy company with more than 30,000 employees around the globe," reads Tesla's blog post on the matter. "As Tesla prepares for the next chapter in its growth, Arnnon will be taking a short break before moving on to a new endeavor."

ADVERTISEMENT

Geshuri will be replaced by Gaby Toledano, an industry veteran who comes to Tesla from Entertainment Arts (EA).

In recent months, a growing body of evidence suggesting that, for workers, Tesla's state-of-the-art factory in Fremont, California hasn't always been the safest or most comfortable place to work. In fact, from 2013 to 2016, Tesla's incident rate in that facility that was higher than the industry average, the Guardian reported and the company acknowledged earlier this week.

Today, a group called Worksafe published a report that pokes holes in Tesla's argument that the company has successfully lowered its incident rate for the beginning of 2017 to a number that's below the industry average. Worksafe said its independent review of public health and safety data shows Tesla's injury rate has "changed significantly since the company's recent claims of success in reducing injuries in the first quarter of 2017."

Allegations about working conditions at Tesla first arose on February 9, when factory employee Jose Moran kicked off a union drive with a blog post in which he points to long hours, repetitive stress injuries, and lower than competitive compensation as reasons why Tesla workers should unionize. Tesla recently staved off threats of a strike at its German factory over similar issues by offering workers there a pay raise.

The United Auto Workers — the union trying to organize Tesla's Fremont, CA plant — filed charges against Tesla with the NLRB last month, alleging illegal coercion, surveillance and intimidation against workers who distributed information about the union effort. Geshuri is listed as the "employer representative" in those charges.


ADVERTISEMENT
Try the best online payroll for small businesses.    Learn more    GUSTO

In addition to issues with the union, Tesla has faced broader allegations of discrimination. In March, a video surfaced in which Tesla employees repeatedly used the n-word and threatened violence against an African American colleague, a man named DeWitt Lambert who later sued the company. At the time, Tesla rebutted Lambert's allegations, saying Lambert had accused his fellow employees, with whom he was friendly outside of work, out of retaliation when he mistakenly believed *they* had reported *him* to HR. But Tesla also acknowledged that an error in its investigation process caused the company to lose track of its initial HR investigation into the video.

"We don't feel that we met our standard in terms of how we handled the people involved in that situation," said Tesla managing counsel Carmen Copher in an interview with NBC. "We also, pointedly, don't believe we met our standard in terms of how the investigation was handled."

Geshuri's departure was unrelated to this incident, according to Tesla.

Meanwhile, another Tesla employee, AJ Vandermeyden, is also suing Tesla for discrimination. Vandermeyden, who still works as an engineer for the company, alleges that she is paid less than her male peers, was passed over for deserved promotions because of her gender, and has endured "inappropriate language, whistling, and catcalls" on the factory floor. Vandermeyden's suit, which was filed in 2016, is currently in private arbitration.

According to his LinkedIn, Geshuri had been with Tesla for over seven years; previously, he was senior director of staffing and human resources at Google, where he was involved in the high-tech antitrust litigation scandal.

Geshuri did not respond to request for comment from BuzzFeed News.


Caroline O'Donovan is a senior technology reporter for BuzzFeed News and is based in San Francisco.
Contact Caroline O'Donovan at caroline.odonovan@buzzfeed.com.
Got a confidential tip? Submit it here.


Priya Anand is a tech and transportation reporter for BuzzFeed News and is based in San Francisco.
Contact Priya Anand at priya.anand@buzzfeed.com.

## Support our journalism

🐦    f    🔗

22-60493.4818

Help BuzzFeed News reporters expose injustices and keep quality news free.

Start

ADVERTISEMENT



💬 **View Comments**

1 Comment                                          Sort by   Top

Add a comment...



**Archit Goel**
Seriously, what FAKE news. You dont tell that Tesla has best saftely quater
this year. These problems are what any company will have. If you parallel
them to problems of Ford and Tesla. you will find them to be supremely tiny.

News without context is useless.

Like · Reply · 1y



**Marc Ragusa**
One has nothing to do with the other. How are you this ignorant?

Like · Reply · 1y

Facebook Comments Plugin

SPONSORED RECOMMENDATIONS                                    Powered by



**Why Gantt charts are not the future (there's another way)** ⌕
monday.com



**Edmunds Releases List Of This Year's Best SUVs** ⌕
Edmunds

22-60493.4819



Refinery29

ADVERTISEMENT

TRENDING NEWS



**A White Woman Followed And Called The Police On A Black Man Babysitting Two White Kids**



**Coming Out As Gay In Elementary School**



**Two A**

TOP BUZZ



**14 Times Gen Z Celebs Were Shady AF**



**12 Suuuper Awkward Moments From The 2018 American Music Awards**



**This Is Dick Pi**

ADVERTISEMENT

**Sections**

Arts & Entertainment

Books

Business

Health

Investigations

LGBT

National

Opinion

Politics

Reader

Science

Tech

World

**Follow Us**

Facebook

Twitter

Instagram

**Company**

Support Us

BuzzFeed.com

Privacy Policy

User Agreement

Our serif font, Pensum, is brought to you by **Typemates**.

**BuzzFeed News**

a BuzzFeed brand

22-60493.4821