# The Guardian



# Tesla factory workers reveal pain, injury and stress: 'Everything feels like the future but us'

**Exclusive:** CEO Elon Musk defends workplace, saying '[we are not] just greedy capitalists who skimp on safety' – and declares his $50bn company overvalued

**Julia Carrie Wong** *in Fremont, California*

Thu 18 May 2017 03.00 EDT

**W**hen Tesla bought a decommissioned car factory in Fremont, California, Elon Musk transformed the old-fashioned, unionized plant into a much-vaunted "factory of the future", where giant robots named after X-Men shape and fold sheets of metal inside a gleaming white mecca of advanced manufacturing.

The appetite for Musk's electric cars, and his promise to disrupt the carbon-reliant automobile industry, has helped Tesla's value exceed that of both Ford and, briefly, General Motors (GM). But some of the human workers who share the factory with their robotic counterparts complain of grueling pressure – which they attribute to Musk's aggressive production goals – and sometimes life-changing injuries.

22-60493.4822

EXHIBIT NO. CP-8F RECEIVED ✓ REJECTED _____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 8 DATE: 10-12-18 REPORTER: NM

22-60493.4823

Ambulances have been called more than 100 times since 2014 for workers experiencing fainting spells, dizziness, seizures, abnormal breathing and chest pains, according to incident reports obtained by the Guardian. Hundreds more were called for injuries and other medical issues.

In a phone interview about the conditions at the factory, which employs about 10,000 workers, the Tesla CEO conceded his workers had been "having a hard time, working long hours, and on hard jobs", but said he cared deeply about their health and wellbeing. His company says its factory safety record has significantly improved over the last year.

Musk also said that Tesla should not be compared to major US carmakers and that its market capitalization, now more than $50bn, is unwarranted. "I do believe this market cap is higher than we have any right to deserve," he said, pointing out his company produces just 1% of GM's total output.

"We're a money-losing company," Musk added. "This is not some situation where, for example, we are just greedy capitalists who decided to skimp on safety in order to have more profits and dividends and that kind of thing. It's just a question of how much money we lose. And how do we survive? How do we not die and have everyone lose their jobs?"



Tesla worker Jonathan Galescu says he has seen co-workers collapse or be taken away by ambulances. Photograph: Josh Edelson for the Guardian

Musk's account of the company's approach differs from that of the 15 current and former factory workers who told the Guardian of a culture of long hours under intense pressure, sometimes through pain and injury, in order to fulfill the CEO's ambitious production goals.

"I've seen people pass out, hit the floor like a pancake and smash their face open," said Jonathan Galescu, a production technician at Tesla. "They just send us to work around him while he's still lying on the floor."

He was one of several workers who said they had seen co-workers collapse or be taken away in ambulances. "We had an associate on my line, he just kept working, kept working, kept working, next thing you know - he just fell on the ground," said Mikey Catura, a worker on the battery pack line.

Richard Ortiz, another production worker, spoke admiringly of the high-tech shop floor. "It's like you died and went to auto-worker heaven." But he added: "Everything feels like the future but us."

Tesla sits at the juncture between a tech startup, untethered from the rules of the old economy, and a manufacturer that needs to produce physical goods. Nowhere is that contradiction more apparent than at the Tesla factory, where Musk's bombastic projection that his company will make 500,000 cars in 2018 (a 495% increase from 2016) relies as much on the sweat and muscle of thousands of human workers as it does on futuristic robots.



Inside Tesla's car-production center in Fremont, California. The factory employs some 10,000 workers. Photograph: Tesla

"From what I've gathered, Elon Musk started Tesla kind of like an app startup, and didn't realize that it isn't just nerds at a computer desk typing," said one production worker, one of several who asked not to be identified by name. "You really start losing the startup feel when you have thousands of people doing physical labor."

In February, Tesla worker Jose Moran published a blogpost that detailed allegations of mandatory overtime, high rates of injury and low wages at the factory, and revealed that workers were seeking to unionize with the United Auto Workers.

Moran's post shone a spotlight on a workforce that is almost entirely absent from Tesla's official images of the factory.

Michael Sanchez once had two dreams: to be an artist and a car service technician. He said he was "ecstatic" when he was recruited five years ago to work at Tesla, a company he believed was "part of the future".

Now Sanchez has two herniated discs in his neck, is on disability leave from work, and can no longer grip a pencil without pain.

Tesla said that the employee's injury occurred while he was installing a wheel, but Sanchez said it was caused by the years he spent working on Tesla's assembly line. The cars he worked on were suspended above the line, and his job required looking up and working with his hands above his head all day.

"You can make it through Monday," Sanchez said. "You can make it through Tuesday. Come Wednesday, you start to feel something. Thursday is pain. Friday is agonizing. Saturday you're just making it through the day."

Tesla's manufacturing practices appear to have been most dangerous in its earliest years of operations. The company does not dispute that its recordable incident rate (TRIR), an official

measure of injuries and illnesses that is reported to workplace safety regulators, was above the industry average between 2013 and 2016.

Tesla declined to release data over those four years, saying such information "doesn't reflect how the factory operates today".



Tesla worker Michael Sanchez outside the Fremont factory. Sanchez has two herniated discs in his neck and is currently on disability leave. Photograph: Josh Edelson for the Guardian

The company did release more recent data, which indicates its record of safety incidents went from slightly above the industry average in late 2016, to a performance in the first few months of 2017 that was 32% better than average. The company said that its decision to add a third shift, introduce a dedicated team of ergonomics experts, and improvements to the factory's "safety teams" account for the significant reduction in incidents since last year.

Musk said safety was paramount at the company. "It's incredibly hurtful, and, I think, false for anyone to claim that I don't care." The CEO said his desk was "in the worst place in the factory, the most painful place", in keeping with his management philosophy. "It's not some comfortable corner office."

In early 2016, he said, he slept on the factory floor in a sleeping bag "to make it the most painful thing possible". "I knew people were having a hard time, working long hours, and on hard jobs. I wanted to work harder than they did, to put even more hours in," he said. "Because that's what I think a manager should do."

He added: "We're doing this because we believe in a sustainable energy future, trying to accelerate the advent of clean transport and clean energy production, not because we think this is a way to get rich."

Tesla workers who spoke to the Guardian echoed this sense of pride and enthusiasm for the company's mission. "We're changing the world," enthused Ortiz. "I can't wait for my granddaughter to one day go to class and say, 'My grandfather was in there.'"

But that pride did not erase what Ortiz described as a prevailing mood of "mass disappointment" over working conditions and what he alleged were avoidable work-related injuries.

He recently lost the strength in his right arm, a situation he said was "scaring" him. "I want to use my arm when I'm retired," he added.

Others described repetitive stress injuries they linked to working long hours. Before the company reduced the average time of a workday in October 2016, workers said they routinely worked 12-hour shifts, six days a week. Tesla said the change had been "a success", and resulted in a 50% decline in overtime hours.



Tesla worker Richard Ortiz says that despite being proud of the company's mission, there is a mood of 'mass disappointment' over conditions. Photograph: Julia Carrie Wong for the Guardian

Sanchez and other workers said they believed more injuries occurred because, for years, the company did not take worker safety seriously, with some managers belittling their complaints and pressuring them to work through pain.

When workers told managers about pain, Sanchez said they responded: "We all hurt. You can't man up?" Alan Ochoa, another Tesla worker who is currently on a medical leave with an injury, alleged that superiors "put the production numbers ahead of the safety and wellbeing of the employees".

The company said that Ochoa and Sanchez are especially outspoken workers whose views do not represent the wider workforce. However, the Tesla spokesperson added: "In a factory of more than 10,000 employees, there will always be isolated incidents that we would like to avoid."

Complaints about working conditions at Tesla are not universal. "I've got benefits, I've got stocks, I've got [paid time off]," said a worker who has been at the company for about a year. "I thoroughly enjoy my work and I feel I'm treated fairly."

Another worker, a temporary employee, said that he sees some teams in the factory doing group stretches in the morning to prevent injuries.

However, some Tesla workers argue the company's treatment of injured workers discourages them from reporting their injuries. If workers are assigned to "light duty" work because of an injury, they are paid a lower wage as well as supplemental benefits from workers' compensation insurance, a practice that Tesla said was in line with other employers and California law. Tesla said some injured employees are also able to undertake "modified work" on regular pay.

"I went from making $22 an hour to $10 an hour," said a production worker, who injured his back twice while working at Tesla. "It kind of forces people to go back to work."

"No one wants to get a pay cut because they're injured, so everyone just forces themselves to work through it," added Adam Suarez, who has worked at the factory for about three years.

22-60493.4827

Tesla said it was determined to further improve its safety standards. "While some amount of injuries is inevitable, our goal at Tesla is to have as close to zero injuries as possible and to become the safest factory in the auto industry worldwide," the spokesperson said.



Inside Tesla's factory. Elon Musk has said his company will make 500,000 cars in 2018, a 495% increase from 2016. Photograph: Tesla

Musk has a well-documented tendency to promise Mars and deliver the moon. His electric car company was, by his own admission, a gamble. Musk said starting a car manufacturer from scratch was likely "the worst way to earn money, honestly", though he caveated that "maybe rockets are a bit worse". He said: "On a risk-adjusted return basis, an auto company has to be the dumbest thing you could possibly start."

The company has succeeded at increasing its production rate every quarter. In the first three months of 2017, the factory produced more than 25,000 cars - a Tesla record. To meet Musk's goal for 2018, they will have to quintuple that rate.

"I think one of the major problems is that people at the top are making unrealistic quarterly goals," said a worker on the battery pack line.

Three workers described a management tactic of assigning a monetary value to every delay on the assembly line. "One time the robot came down and [the supervisor] came back screaming at us, 'That's $18,000, $20,000, $30,000, $50,000 because you guys can't get this done,'" Gelascu recalled.

Tesla argues the challenge in building vehicles from scratch with new production and manufacturing methods should not be underestimated, but that "nothing is more important" than protecting the health and safety of its workers.

"We're trying to do good for the world and we believe in doing the right thing," Musk said. "And that extends to caring about the health and safety of everyone at the company."

It's a more humanistic tone than the one he strikes with investors. "You really can't have people in the production line itself. Otherwise you'll automatically drop to people speed," he told investors in an earnings call last year. "There's still a lot of people at the factory, but what they're doing is maintaining the machines, upgrading them, dealing with anomalies. But in the production process itself there essentially would be no people."

*This article was amended to include details of Tesla's "modified work" program for injured workers.*

22-60493.4828

Topics
- Tesla
- Elon Musk
- Automotive industry
- Manufacturing sector
- Silicon Valley
- features

22-60493.4829

Oakland, California
October 9-12, 2018

TESLA, INC.
and
MICHAEL SANCHEZ, an Individual
and
JONATHAN GALESCU, an Individual
and
RICHARD ORTIZ, an Individual
and
INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, AFL-CIO

Case Nos. 32-CA-197020 (lead), 32-CA-197058,
32-CA-197091, 32-CA-197197, 32-CA-200530,
32-CA-208614, 32-CA-210879, 32-CA-220777



CP-9

EXHIBIT NO. CR-9 RECEIVED ✓ REJECTED ———
CASE NO. 32-CA-197020 CASE NAME: Tesla, Inc.
NO. OF PAGES: 3 DATE: 10-12-18 REPORTER: DM

The link to the **California Senate Budget and Fiscal Review Committee** hearing held on September 13, 2017 can be found at http://calchannel.granicus.com/MediaPlayer.php?view_id=7&clip_id=5007.

The link to the to the **California State Assembly Budget Committee** hearing held on September 14, 2017 can be found at http://calchannel.granicus.com/MediaPlayer.php?view_id=7&clip_id=5020.

22-60493.4833

EXHIBIT NO. CP-10 RECEIVED_____ REJECTED _____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 10-12-18 REPORTER: _____

# OFFICIAL REPORT OF PROCEEDINGS

## BEFORE THE

## NATIONAL LABOR RELATIONS BOARD

## REGION 32

In the Matter of:

| | |
|---|---|
| TESLA, INC., | Case No.   32-CA-197020 |
| | 32-CA-197058 |
| and | 32-CA-197091 |
| | 32-CA-197197 |
| MICHAEL SANCHEZ, AN INDIVIDUAL, | 32-CA-200530 |
| | 32-CA-208614 |
| and | 32-CA-210879 |
| | 32-CA-220777 |
| JONATHAN GALESCU, AN INDIVIDUAL, | |
| and | |
| RICHARD ORTIZ, AN INDIVIDUAL, | |
| and | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKERS OF AMERICA, AFL-CIO, | |
| Charging Party, | |

---

---

**RESPONDENT EXHIBITS**

Place: Oakland, California

Dates: October 12, 2018

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

22-60493.4834



www.escribers.net | 800-257-0885

Resp 2

| **From:** | Production </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29EC1610C5B746FAB1D87AC2D068BA34-PRODUCTION> |
| **To:** | Josh Hedges |
| **Sent:** | 5/1/2017 4:58:28 PM |
| **Subject:** | Update on Safety Initiatives and Progress |
| **Attachments:** | Safe, Fair and Fun.msg |

As a follow-up to Elon's email in February (attached), I wanted to provide an update on our safety efforts across the company and here at the Fremont factory.

Our goal is to have as close to zero injuries as possible and to be the safest factory in the auto industry. This is vital for us to succeed in our mission to accelerate the advent of a clean, sustainable energy future.

We've listened to your feedback, and thanks to your input, we've made rapid advancements in a number of areas.

**Safety At-A-Glance**

·   52% reduction in lost time incidents from the first quarter of 2016 to the first quarter of 2017; 30% reduction in recordable incidents from the first quarter of 2016 to the first quarter of 2017.

·   Through the end of March 2017, our year-to-date total recordable incident rate (TRIR) is under 4.6, which is 32% better than the industry average of 6.7.

·   Improved ergonomics on Model 3 production line, to be applied to common components on Model S and X.

·   Established 24/7 Construction Safety coverage resulting in reduced noise, dust and traffic, and nearly 700 new safety signs installed.

·   800 comments in March to the safety@tesla.com mailbox including suggestions for safety improvements – many of which we are working to adopt.

**New Safety Teams**

All Fremont production departments have instituted Safety Teams which are comprised of, and led by, production associates. Each Safety Team is a venue for employees to discuss health and safety concerns, provide recommendations for improvements and solutions, and learn about current health and safety performance within their department. To join and actively participate in your department's safety efforts, please email safety@tesla.com.

**Ergonomic Improvements**

As of last year, nearly 60% of all recordable incidents were related to ergonomics. Since then, we've made the following improvements:

·   We established an Ergonomics Team focused on improving the ease in how our cars are put together. This team partners with engineering to best design employee work so that risk factors for injury, fatigue and human error are eliminated or effectively controlled.

·   Every manufacturing employee goes through an Ergonomics and Proper Body Mechanics Training prior to starting their job on the line.

·   We established the Tesla Flex program, a pre-shift movement prep program that is a daily active warm-up to help prepare employees for the physical demands they face during their shifts.

R-2

TESLA_NLRB_001953

**Models S/X Production Line**

Using both employee feedback and injury incident history, the Environment, Health, Safety, and Sustainability (EHSS) Team is working with various departments, engineering and others to identify processes that will further improve employee safety. Some recent examples include:

- Model X 60/40 bench seat install was improved by reducing the number of fasteners, adjusting operator standing height relative to the car, enabling employees to maintain a more neutral working position, and using the correct tooling to control torque reaction;
- Model X Falcon Door lift assists are now available in Trim 0.5 to open the doors automatically, reducing the effort needed to do so, prior to struts being installed;
- CFM (coolant fan module) packaging and lineside rack changes were made to reduce high-effort lifting during install.

We will continue to go after even more improvements for Model S and Model X.

**Model 3 Production Line**

Based on direct feedback from you, we've designed the Model 3 to be easier to produce and safer to build. Initial production improvements include:

- Variable height assembly line conveyor, enabling a higher percentage of work to be performed without the need to reach high or low;
- Purposefully allocating work to specific pitches and operators within a single pitch so that people have a higher level of resilience to fatigue;
- Complete separation of assembly employees from material flow conveyance traffic.

We will continue to make improvements and ensure common fixes across all our products. Thank you to the EHSS Team and the department Safety Teams for your critical input.

**OSHA 300 Form Request**

One of our employees has requested logs of all our OSHA 300 forms for California injury and illness recordkeeping. These documents, which are maintained by all companies, outline recordable incidents that have occurred at our Fremont facility between 2012 and 2017, including employee names and the nature of the incident. It's an employee's right to request these forms and we are required by law to provide them in their entirety.

We wanted to provide advance notice to employees, as we believe this request is intended to ultimately make this information public despite our efforts to protect your privacy. If you have any questions about this process or need more information, please contact your support team at safety@tesla.com and we will follow-up with you.

**Safety Spotlight – Body Center Fabrication Shop**

One of the great successes we had from a recent BIW Safety Team Meeting was a suggestion from one of our day shift team members, **Body Machine Shop Supervisor, Joey Gonzales**. He and his team from the Body Center Fabrication Shop—Tony Cardona, Curtis Trimble and Dave Philips—are designing and installing stop signs and pedestrian crossing signs at the Stinson Beach cafeteria and TTL1 main intersections. These are two of our highest traffic areas in the plant and the signs have had a tremendous impact on the awareness to Pedestrian/Mobile Equipment Safety. Thanks, guys!

**Tell Us What You Think**

TESLA-NLRB-001954

EXHIBIT NO. R-2 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 6 DATE: 10-1-18 REPORTER: DM

22-60493.4837

The EHSS Team created the safety@tesla.com email for employees to reach out with any safety and health concerns, provide a recommendation for improvement, or even to ask how they can assist the EHSS Team such as joining the ERT program. Many of the suggestions we receive are already being implemented and we encourage you to keep submitting your great ideas. If you have a safety concern or an idea on how to make things better, please let your manager, safety representative or HR partner know, or email us.

Thank you for helping to make Fremont safe for everyone. Once again, our goal is to have as close to zero injuries as possible and to become the safest factory in the auto industry. We have made significant progress towards our goal and we want to keep the momentum going!

Peter Hochholdinger

Vice President, Production

TESLA_NLRB_001055

| | |
|---|---|
| **From:** | Elon Musk </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=B3D59F261F6F431AA9D679F79478E3AB-ELON MUSK_7> |
| **To:** | Everybody |
| **Sent:** | 2/24/2017 12:23:41 AM |
| **Subject:** | Safe, Fair and Fun |

For Tesla to become and remain one of the great companies of the 21st century, we must have an environment that is as safe, fair and fun as possible. It is incredibly important to me that you look forward to coming to work every day. For that, we must be a fair and just company – the only kind worth creating.

This is vital to succeed in our mission to accelerate the advent of a clean, sustainable energy future. The forces arrayed against us are many and incredibly powerful. This is David vs Goliath if David were six inches tall! Only by being smarter, faster and working well as a tightly integrated team do we have any chance of success. We should never forget the history of car startups originating in the United States: dozens have gone bankrupt and only two, Tesla and Ford, have not. Despite the odds being strongly against us, my faith in you is why I am confident that we will succeed.

That is why I was so distraught when I read the recent blog post promoting the UAW, which does not share our mission and whose true allegiance is to the giant car companies, where the money they take from employees in dues is vastly more than they could ever make from Tesla.

The tactics they have resorted to are disingenuous or outright false. I will address their underhanded attacks below. While this discussion focuses on Fremont, these same principles apply to every Tesla facility worldwide.

**Safety First**

The workplace issue that comes before any other is safety. If you do not have your health, then nothing else matters. Simply due to size and bad luck, there will always be some injuries in a company with over 30,000 employees, but our goal is simple: to have as close to zero injuries as possible and be the safest factory in the auto industry by far. The Tesla executive team and I are absolutely committed to this goal.

That is why I was particularly troubled by the safety claim in last week's blog post, which said: "A few months ago, six out of eight people in my work team were out on medical leave at the same time due to various work-related injuries. I hear the ergonomics are even more severe in other areas of the factory."

Obviously, this cannot be true: if three quarters of his team suddenly went on medical leave, we would not be able to operate that part of the factory. Furthermore, if things were really even worse in other departments, that would mean something like 80% or more of the factory would be out on injury, production would drop to virtually nothing and the parking lot would be almost empty. As you know firsthand, we have the *opposite* problem – there is never enough room to park! In fact, we are working at top speed to build more parking. Also, hopefully our darn BART train station will open before all hell freezes over!

After looking into this claim, not only was it untrue for this individual's team, it was untrue for any of the hundreds of teams in the factory.

That said, reducing excess overtime and improving safety are extremely important. This is why we hired thousands of additional team members to create a third shift, which has reduced the burden on everyone. Moreover, since the beginning of Tesla production at Fremont five years ago, there have been dedicated health and safety experts covering the factory and we hold regular safety meetings with operations leaders.

Since the majority of the injuries in the factory are ergonomic in nature, we have an ergonomics department focused exclusively on this issue.

The net result is that since January 1st, our total recordable incident rate (TRIR) is under 3.3, which is less than half the industry average of 6.7.

Of course, the goal is to have as close to zero injuries as humanly possible, so we need to keep improving. If you have a safety concern or an idea on how to make things better, please let your manager, safety representative or HR partner know. You can also send an anonymous note through the Integrity Hotline (this applies broadly to any problems you notice at our company) or you can email safety@tesla.com.

**Compensation**

At Tesla, we believe it is important for everyone to be an owner of the company. This is your company. That is why, unlike other car companies, everyone is awarded shares and you get to buy stock at a discount compared to the public through the employee stock purchase program. Last year, stock equity grants were increased significantly and it will happen again later this year once Model 3 achieves high volume.

The chart below contrasts the total comp received by a Tesla production team member who started on January 1, 2013 against the total comp received over the same period at GM, Ford, and Fiat Chrysler. A four year period is used because that's the vesting length of a new hire equity grant. I believe the equity gain over the next four years will be similar. As shown below, a Tesla team member earned between $70,000 and $100,000 more in total compensation than the employees at other US auto companies!

**Work Hours**

Another issue raised in the UAW blog was hours worked. First, I want to recognize how hard you worked to make our company successful. Those hours mattered to you, to your family and to our company, and I can't tell you how much I appreciate them.

However, the pace needs to be sustainable. This is why the third shift was established and why we created alternate work schedules based on feedback from various teams in the factory.

These changes have had a big impact. The average amount of hours worked by production team members this year is about 43 hours per week. The percentage of overtime hours has declined by almost 50% since the super tough time we had last year achieving rate on the Model X, which is probably the hardest car to build in history. What an amazing accomplishment! It is also a lesson learned, which is why Model 3 is designed to be dramatically easier to manufacture.

**Fun**

As we get closer to being a profitable company, we will be able to afford more and more fun things. For example, as I mentioned at the last company talk, we are going to hold a really amazing party once Model 3 reaches volume production later this year. There will also be little things that come along like free frozen yogurt stands scattered around the factory and my personal favorite: a Tesla electric pod car roller coaster (with an optional loop the loop route, of course!) that will allow fast and fun travel throughout our Fremont campus, dipping in and out of the factory and connecting all the parking lots. It's going to get crazy good :)

Thanks again for all your effort and I look forward to working alongside you to create an amazing future!

Elon

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP

RICHARD D. SOMMERS
STUART LIBICKI
MICHAEL R. FEINBERG
MICHAEL D. FOUR
MARGO A. FEINBERG
HENRY M. WILLIS*
D. WILLIAM HEINE
CLAUDE CAZZULINO
TAMRA M. SMITH
ZOE S. McSKOWITZ
AMY M. CU
JUDY H. LEE
RICHARD M. SWARTZ
DANIEL E. CURRY**
MELANIE LUTHERN
JACOB C. GOLDBERG***

* MEMBER OF CA AND NV BARS
** MEMBER OF CA AND NY BARS
***MEMBER OF CA AND OR BARS

LAWYERS
SUITE 2000
6300 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90048-5268
(323) 655-4700
FAX (323) 655-4488
WEBSITE: WWW.LALABORLAW.COM

KENNETH M. SCHWARTZ
(1918 - 2005)

LAURENCE D. STEINSAPIR
OF COUNSEL

ROBERT M. DOHRMANN
OF COUNSEL

NORTHERN CALIFORNIA OFFICE
MARGO A. FEINBERG
(323) 655-4700

WRITER'S DIRECT
E-MAIL ADDRESS:

margo@ssdslaw.com

May 25, 2017

*VIA ELECTRONIC MAIL*

Ms. Kelly Tatum
Acting District Manager
Freemont District Office
Cal/OSHA Enforcement
39141 Civic Center Drive, Suite 310
Fremont, California 94538
doshfremont@dir.ca.gov

      Re:    <u>Tesla – OSHA Complaint</u>

Dear Ms. Tatum:

      We write to you on behalf of the United Automobile Workers ("UAW"), Jonathan Galescu, and Richard Ortiz. Mr. Galescu and Mr. Ortiz are employees of Tesla, Inc., who are concerned along with their co-workers about the health and safety of the workers at Tesla. The UAW has a long track record of improving worker health and safety at automobile manufacturers in the United States.[1]

      As described below, Tesla has violated the 1970 Occupational Safety and Health Act by 1) Failing and delaying to provide OSHA 300 Logs in violation of 29 CFR 1904.35, 2) Intimidating Mr. Galescu and Mr. Ortiz in violation of in violation of 29 U.S.C. § 660(c) because they requested Tesla's OSHA 300 Logs, and 3) Improperly recording injuries and illnesses in violation of 29 U.S.C. § 657(c).[2]

I.      **Tesla's Failure And Delay Providing OSHA 300 Logs**

---

[1] Mr. Galescu and Mr. Ortiz executed agreements with UAW and Worksafe to be their authorized representatives under Cal. Code Regs. Title 8, §14300.35. Worksafe is a California-based organization whose mission is to prevent injury, illness, and death in the workplace.

[2] As described below, Tesla's actions violated both federal law and the state law equivalents under Cal. Labor Code § 6300 and Cal. Code Regs., tit. 8, § 14300.

ID 325331

*Request Exh 3*

Ms. Kelly Tatum
May 25, 2017
Page 2

On April 5, 2017, Tesla failed to provide unredacted OSHA 300 Logs upon request by Tesla employees within 24 hours in violation of 29 CFR 1904.35. Tesla did not provide these logs until April 29, 2017, an inexcusable delay of 25 days. Both of these acts are clear violations of OHSA regulations.

On April 4, 2017, Tesla employees Jonathan Galescu and Richard Ortiz exercised their rights guaranteed in the OSH Act to obtain copies of the OSHA 300 Log of Work-Related Injuries and Illnesses and OSHA 300-A Summary of Work-Related Injuries and Illnesses. They requested these documents because they believed a key step in improving health and safety conditions at Tesla is understanding the hazards faced by themselves and their co-workers.

On April 5, 2017, David Zweig, a Human Resources employee at Tesla, responded that Tesla would be producing the current OSHA 300 logs for 2017, OSHA 300 logs for the calendar years of 2012 – 2016, and the OSHA 300A Summaries for 2012 – 2016. He further stated, "To protect the privacy and confidential health information of injured and ill employees, we have not provided names on the Cal/OSHA 300 logs." The documents also contained a "confidential" watermark.

On April 13, 2017, Mr. Galescu and Mr. Ortiz replied to Mr. Zweig and requested un-redacted copies of the OSHA 300 logs. They specifically cited to 29 CFR 1904.35(b)(2)(iv), which states "May I remove the names of the employees or any other information from the OSHA 300 Log before I give copies to an employee, former employee, or employee representative? No, you must leave the names on the 300 Log." Mr. Galescu and Mr. Ortiz also requested clarification on the confidential label and whether they could share the documents with their co-workers and authorized representatives.

On April 14, 2017, Seth Woody, the Global Director of Environment, Health, Safety and Sustainability at Tesla, responded that Tesla redacted the names on the OSHA Logs to protect the privacy of current and former employees. He further responded that Tesla used the "confidentiality" label because it was concerned Mr. Galescu and Mr. Ortiz would share the documents with unauthorized individuals or organizations, but was "not attempting to prohibit you from sharing the documents with current or former employees." The email did not mention the employees right to share the documents with authorized representatives.

On April 21, Mr. Galescu and Mr. Otiz reiterated their request for the unredacted Logs, this time citing Cal. Code Regs., tit. 8, § 14300.35(b)(2)(D), which states, "May I remove the names of the employees or any other information from the Cal/OSHA Form 300 before I give copies to an employee, former employee, or employee representative? No. You must leave the names on the Cal/OSHA Form 300." They also expressed their continued concern that "the confidential watermarks will discourage my co-workers

22-60493.4842

EXHIBIT NO. R.3   RECEIVED ✓   REJECTED

CASE NO. 32-CA-197020   CASE NAME: Tesla, Inc.

NO. OF PAGES: 34   DATE: 10-12-18   REPORTER: DA

Ms. Kelly Tatum
May 25, 2017
Page 3

from sharing the documents with current employees, former employees, and their
authorized representatives."

On Friday, April 29, Mr. Woody provided the un-redacted OSHA 300 Logs
begrudgingly, stating to Mr. Galescu and Mr. Ortiz that he was providing the
documents "given your insistence." Mr. Woody also admitted that Mr. Galescu and
Mr. Ortiz were legally permitted to share the documents with current employees,
former employees, and their authorized representatives. Attached as Exhibit A is a true
and correct copy of Mr. Galescu and Mr. Ortiz's email correspondence with Tesla.

## II.     Intimidation of Mr. Galescu and Mr. Ortiz For Requesting Logs

Tesla has intimidated and harassed Mr. Galescu and Mr. Ortiz because they
requested safety records and sought to improve safety for their co-workers at Tesla. 29
U.S.C. § 660(c) prohibits intimidation and retaliation against employees for requesting
access to OSHA Logs and Summaries. Tesla's intimidation of Mr. Galescu and
Mr. Ortiz took at least three distinct forms.

First, by marking the documents 'confidential', Tesla invoked its ultra-strict
confidentiality policy, which restricts employees from discussing workplace concerns,
including health and safety, with their co-workers or authorized representatives. The
confidentiality policy is so severe that five California Assembly members signed a letter
urging Tesla to rescind the policy and the National Labor Relations Board is currently
investigating whether it violates federal law. Attached as Exhibit B is a true and correct
copy of the California Assembly members' letter regarding Tesla. As a result of the
confidentiality label, Mr. Galescu and Mr. Ortiz were unsure if they could talk with
anyone about the Logs. Such intimidation harmed Mr. Galescu and Mr. Ortiz's efforts
to improve safety on behlaf of their co-workers and violates the OSH Act.

Second, the Company intimidated Mr. Galescu and Mr. Ortiz by repeatedly
warning them not to share the OSHA Logs other than as allowed by law. This warning,
which failed to mention his right to share the information with authorized
representatives, sought to slow and prevent Mr. Galescu and Mr. Ortiz from taking
lawful actions to improve the safety of their co-workers at Tesla.

Finally, Tesla further intimidated Mr. Galescu and Mr. Ortiz by sending out a
company-wide email telling all employees at Tesla that their personal information was
at risk because employees had requested the OSHA Logs. The email stated, "[w]e
wanted to provide advance notice to employees, as we believe this request is intended
to ultimately make this information public despite our efforts to protect your privacy."
At no time did Mr. Galescu or Mr. Ortiz state an intention to make the Logs public, nor
do they intend to make the Logs public. Tesla's email only served to directly intimidate
Mr. Galescu and Mr. Ortiz from exercising their right to improve safety for their co-

ID 325331

000166

Ms. Kelly Tatum
May 25, 2017
Page 4

workers through reviewing the OSHA Logs and share the information with their
authorized representatives to discover what the data really means. Attached as
Exhibit C is a true and correct copy of Tesla's company-wide email.

## III.    Improper Recording And Manipulation Of Injuries Logs

According to the documents Tesla provided, Tesla has engaged in improper
recording practices involving the OSHA 300 Logs. After analyzing the 2017 OSHA 300
Logs provided by Tesla on April 5, 2017 and April 29, 2017, Worksafe, a California-
based organization whose mission is to prevent injury, illness, and death in the
workplace, found a large discrepancy between the logs for the same time period. The
first set of Logs showed 100 injuries, including 22 lost time injuries resulting in 164 lost
work days and 80 restricted duty injuries resulting in 1852 restricted duty work days.
The second set of Logs, for the same time period, showed 146 injuries, including 40 lost
time injuries resulting in 632 lost work days and 96 restricted duty injuries resulting in
3,829 restricted duty days. Attached as Exhibit D is a true and correct copy of the
summary report produced by Worksafe.[3]

Based on this evidence, it appears Mr. Galescu and Mr. Ortiz's insistence on
obtaining the un-redacted OSHA 300 Logs led Tesla to modify their Logs to show the
true number of injuries at the plant. Tesla feared that once the names were un-redacted,
Tesla employees would have been able to quickly identify co-workers who had been
injured but were not listed on the Logs.

Based on this information, we believe a full audit of Tesla's OSHA Logs is
necessary. Tesla's adjustment of its 2017 injury numbers, following employee scrutiny,
raises questions about Tesla's overall safety and recording procedures. Accurate
recording of injuries is crucial to reducing accidents and injuries. If Tesla is covering up
safety incidents, rather than truly addressing the problem amid growing concern
shared by many Tesla employees, then Tesla is in serious violation of federal law.

## IV.    Conclusion

Based on the above evidence, we ask your office to investigate and prosecute
Tesla to the fullest extent of the law in order to ensure a healthy and safe workplace at

---

[3] All employees named in the report gave permission for their information to be used.

IO 325331

22-60493.4845

Ms. Kelly Tatum
May 25, 2017
Page 5


Tesla, Inc.  Please contact the undersigned at (323) 655-4700 or dec@ssdslaw.com with
any questions.

Sincerely,

MARGO A. FEINBERG, ESQ.
DANIEL E. CURRY, ESQ.
SCHWARTZ, STEINSAPIR, DOHRMANN
 & SOMMERS, LLP

Daniel E. Curry, Esq

DEC:rac

ID 325331

000168

**EXHIBIT "A"**
**TO OSHA COMPLAINT**

000169



-----Original Message-----
From: Jonathan Galescu <jgalescu@tesla.com>
Sent: Fri, Apr 29, 2017 1:13 PM
Subject: Fwd: Requesting OSHA forms



Begin forwarded message:

From: "Seth Woody" <sewoody@tesla.com>
To: "Jonathan Galescu" <jgalescu@tesla.com>
Cc: "Richard Ortiz" <riortiz@tesla.com>, "Josh Hedges" <jhedges@tesla.com>, "David Zweig"
<dzweig@tesla.com>
Subject: FW: Requesting OSHA forms

Jonathan:

We care deeply about our employees' privacy and have tried to protect it to the best of our
ability. However, given your insistence, I am attaching    un-redacted copies of the OSHA 300
logs. Although David Zweig gave you copies of the  OSHA 300A summaries that were not
redacted on April 5, I am including them as well.

We remind you that Cal. Code Regs. Title 8, §14300.35 provides that you may share these
documents only with current and former employees or authorized representatives.

Thanks,
Seth Woody



From: Jonathan Galescu
Sent: Friday, April 21, 2017 10:47 PM
To: Seth Woody <sewoody@tesla.com>
Cc: Richard Ortiz <riortiz@tesla.com>; Josh Hedges <jhedges@tesla.com>; David Zweig
<dzweig@tesla.com>
Subject: Re: Requesting OSHA forms


EXHIBIT A

000170

Dear Seth,

Thank you for your explanation. While I understand the importance of privacy, Federal and state law appear to require that the 300 Logs be provided to an employee with no names redacted, with some very limited exceptions. Your response did not provide any legal authority saying otherwise. After consulting with OSHA experts, I have some additional questions.

Cal. Code Regs., tit. 8, § 14300.35(b)(2)(D) states, "May I remove the names of the employees or any other information from the Cal/OSHA Form 300 before I give copies to an employee, former employee, or employee representative? No. You must leave the names on the Cal/OSHA Form 300." Similarly, 29 CFR § 1904.35(b)(2)(iv) states "May I remove the names of the employees or any other information from the OSHA 300 Log before I give copies to an employee, former employee, or employee representative? No, you must leave the names on the 300 Log." If you believe these laws do not apply to Tesla, I ask that you provide me with the legal basis that excludes Tesla from following these laws.

I understand that a narrow exception exits for "privacy concern cases" under 29 CFR § 1904.29(b)(6) through (9) and Cal. Code Regs., tit. 8, § 14300.29(b)(6) through (9). However, under the law, there are only six types of "privacy concern cases": "(A) An injury or illness to an intimate body part or the reproductive system; (B) An injury or illness resulting from a sexual assault; (C) Mental illnesses; (D) HIV infection, hepatitis, or tuberculosis; (E) Needlestick injuries and cuts from sharp objects that are contaminated with another person's blood or other potentially infectious material and (F) Other illnesses, if the employee independently and voluntarily requests that his or her name not be entered on the log." 29 CFR § 1904.29(b)(7); Cal. Code Regs., tit. 8, § 14300.29(b)(7). Based on my experience, most of not all of the injuries that occur at Tesla that do not fall under these categories.

The law further states, "May I classify any other types of injuries and illnesses as privacy concern cases? No, this is a complete list of all injuries and illnesses considered privacy concern cases." 29 CFR § 1904.29(b)(8); Cal. Code Regs., tit. 8, § 14300.29(b)(8). I again ask, if you believe this law does not apply to Tesla, that you provide me with the legal basis for that position.

I also want to thank you for your explanation of the "confidentiality" watermarks. However, I continue to be concerned that the confidential watermarks will discourage my co-workers from sharing the documents with current employees, former employees, and their authorized representatives. I again ask for any legal authority that permits Tesla to restrict the OSHA logs in this manner.

I hope Tesla will honor the rules set out by OSHA and Cal OSHA and provide the requested information in the form required.

EXHIBIT A

000171

Sincerely,

Jonathan Galescu

Sent from my iPhone

On Apr 17, 2017, at 3:22 PM, Jonathan Galescu <jgalescu@tesla.com> wrote:

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Seth Woody <sewoody@tesla.com>
>> **Date:** April 14, 2017 at 6:21:37 PM PDT
>> **To:** Jonathan Galescu <jgalescu@tesla.com>
>> **Cc:** Richard Ortiz <riortiz@tesla.com>, David Zweig
>> <dzweig@tesla.com>, Josh Hedges <jhedges@tesla.com>
>> **Subject: Re: Requesting OSHA forms**
>>
>> Dear Jonathan:
>> Thank you for your question regarding the Cal/OSHA forms
>> that were provided to you on April 5. Respecting the privacy of
>> our employees' confidential health information is very
>> important to us. Our employees have not provided permission
>> to us to share their medical/health or injury information. To
>> protect the privacy interests of current and former employees,
>> we have redacted their names from the OSHA 300 forms.
>> We placed the "confidentiality" watermark on the documents
>> out of concern that the documents may be shared with
>> individuals or organizations who are not authorized by Cal.
>> Code Regs. Title 8. §14300.35 to receive injury and
>> confidential health information. We are not attempting to
>> prohibit you from sharing the documents with current or former
>> employees.
>> If you have other questions, please contact me.
>> Thanks.
>> Seth Woody
>>
>> **From:** Jonathan Galescu <jgalescu@tesla.com>
>> **Date:** Thursday, April 13, 2017 at 3:52 AM
>> **To:** David Zweig <dzweig@tesla.com>
>> **Cc:** Richard Ortiz <riortiz@tesla.com>, Josh Hedges
>> <jhedges@tesla.com>
>> **Subject:** Re: Requesting OSHA forms
>>
>> Dear Joshi and David,
>>
>> Thank you for providing me with OSHA 300 Logs following my
>> request on April 4, 2017. However, I believe the documents

## EXHIBIT A

are incomplete, because the names of the injured employees are blacked out. I request copies of these documents with no information removed. This information will assist me and my fellow employees in understanding and eliminating workplace safety hazards.

Federal and State law requires an employer to provide an employee complete copies of OSHA 300 Logs, with no names or other information removed. Specifically, 29 CFR 1904.35(b)(2)(iv) states "May I remove the names of the employees or any other information from the OSHA 300 Log before I give copies to an employee, former employee, or employee representative? No, you must leave the names on the 300 Log." Therefore, I hope the Company can provide me with this information.

Further, I understand that Federal and State law permits me to share these documents with my fellow employees, former employees, and authorized representatives, so I am confused by the 'confidential' label on some of the documents. I request confirmation of whether these documents are in fact confidential and the legal basis that permits such a confidential label.

I thank you for your assistance and look forward to hearing from you and the production of the logs with employee names and without the "confidentiality" or "as is" markings.

Sincerely,

Jonathan Galescu

Sent from my iPhone

On Apr 5, 2017, at 6:40 PM, David Zweig <dzweig@tesla.com> wrote:

> Dear Jonathan:
>
> Please see Part 2 of the requested Cal/OSHA 300 logs attached.
>
> Sincerely,
> **David Zweig | HR | Human Resources**
> 45500 Fremont Boulevard | Fremont, CA 94538
> ⸻⸻

# EXHIBIT A

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you

Please consider the environment before printing this email

**From:** David Zweig
**Sent:** Wednesday, April 05, 2017 4:57 PM
**To:** Jonathan Galescu <jgalescu@tesla.com>
**Cc:** 'Josh Hedges (jhedges@tesla.com)'
<jhedges@tesla.com>; Richard Ortiz
<riortiz@tesla.com>
**Subject:** RE: Requesting OSHA forms

Dear Jonathan:

In response to your request dated April 4, 2017, we are producing:

· Current OSHA 300 logs for 2017, and OSHA 300 logs for the calendar years of 2012 – 2016 [we are processing this data and we will send shortly]
  - OSHA 300A Summaries for 2012 – 2016 [note that our Form 300A Summaries are completed following the end of each calendar year – summaries for 2017 will not be available until February 1, 2018]

Cal/OSHA Form 300s and 300A annual summaries are being provided to you with the understanding that you and Richard Ortiz are exercising your rights as current employees to access injury and illness records under Cal. Code Regs. Title 8, §14300.35. To protect the privacy and confidential health information of injured and ill employees, we have not provided names on the Cal/OSHA 300 logs.

Please note that Cal/OSHA 300 forms may be revised and updated to include newly discovered recordable injuries and illnesses, and to show any changes that have occurred in the classification of previously recorded injuries and illnesses. We also reserve the right to update our annual summaries on the Cal/OSHA 300A forms, should revisions become necessary.

Please do not hesitate to contact me if you have any questions about the attachments.
**David Zweig | HR | Human Resources**

# EXHIBIT A

45500 Fremont Boulevard | Fremont, CA 94538

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you

Please consider the environment before printing this email.

**From:** Jonathan Galescu
**Sent:** Tuesday, April 4, 2017 11:11 AM
**To:** Aleksandra Janevska
<alerodriguez@tesla.com>; Josh Hedges
<jhedges@tesla.com>; Brian Sherman
<bsherman@tesla.com>; Safety
<Safety@tesla.com>; HR Reply
<HRReply@tesla.com>
**Cc:** Richard Ortiz <riortiz@tesla.com>
**Subject:** Requesting OSHA forms

**Josh Hedges, Director of HR**
**via** jhedges@tesla.com
**Brian Sherman, Sr. Manager of Ergonomics &**
**Equipment Safety via** bsherman@tesla.com
**Aleksandra Janevska, Safety Department**
HRReply@tesla.com
safety@tesla.com

**Tesla, Inc.**
**45500 Fremont Blvd**
**Fremont, CA 94538**

**April 4, 2017**

As current employees of Tesla, Inc. located
at 45500 Fremont Blvd, Fremont, CA 94538, we
are exercising our rights guaranteed in the 1970
Occupational Safety and Health Act to obtain
copies of the following documents: OSHA 300
Logs and OSHA 300-A Summaries.

We are concerned about the health and safety
conditions at Teslathat affect all employees and
their families.  We are requesting copies of the
OSHA logs and related documents because we are
exposed to unsafe conditions and hazards that
impact both us and our co-workers.

## EXHIBIT A

000175

A key step in improving health and safety conditions at Tesla is understanding the hazards faced by ourselves and our co-workers. This includes reviewing an accounting of workplace injuries and illnesses.

Please provide both paper copies signed by the certified and authorized company representative and electronic copies to the employee designated below. Please remit the requested documents as soon as they become available.

1. OSHA 300 Log:

As current employees we are requesting copies of the OSHA 300 Log of Work-Related Injuries and Illnesses for the current calendar year and the five previous calendar years per the California Code of Regulations, Title 8, Section 14300.35.

Please deliver copies of the OSHA 300 logs to the current employee below:

Jonathan Galescu
jgalescu@tesla.com

Per the California Code of Regulations, Title 8, Section 14300.35, please provide copies of the requested OSHA 300 Logs by the next business day (within 24 hours of receipt of this request). Section 14300.35 also states that an Employer may not charge for copies the first time the relevant logs are provided to a current employee.

2. OSHA 300-A Summary of Work-Related Injuries and Illnesses:

As current employees of Tesla, Inc. we are requesting certified copies of the OSHA 300-A Summary of Work-Related Injuries and Illness for the previous five calendar years per the California Code of Regulations, Title 8, Section 14300.35.

## EXHIBIT A

22-60493.4854

Section 14300.35 requires employers to create an annual summary of injuries and illnesses recorded on the OSHA 300 Log, certify the summary and post the summary in a conspicuous place or places where notice to employees are customarily posted.

Please deliver copies of the OSHA 300-A Summary to the current employee below:

Jonathan Galescu
jgalescu@tesla.com

Per the California Code of Regulations, Title 8, Section 14300.35, please provide copies of the requested OSHA 300-A Summaries by the next business day (within 24 hours of receipt of this request). Section 14300.35 also states that an Employer may not charge for copies the first time the relevant logs are provided to a current employee.

Thank you for your attention to this matter.

Sincerely,

Jonathan Galescu
Richard Ortiz

Sent from my iPhone
<NA-US-CA-Fremont-Factory-2012 - 300 Log_Redacted.pdf>
<NA-US-CA-Fremont-Factory-2013 - 300 Log_Redacted.pdf>
<NA-US-CA-Fremont-Factory-2014 - 300 Log_Redacted.pdf>
<NA-US-CA-Fremont-Factory-2015 - 300 Log_Redacted.pdf>
<NA-US-CA-Fremont-Factory-2016 - 300 Log_Redacted.pdf>
<NA-US-CA-Fremont-Factory-2017 - 300 Log_Redacted.pdf>

# EXHIBIT A

000177

EXHIBIT "B"
TO OSHA COMPLAINT

000178

STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0115

# Assembly
# California Legislature

January 10, 2017

Elon Musk, CEO
Tesla Motors
3500 Deer Creek Road
Palo Alto, CA 94304

Dear Mr. Musk:

As Members of the California State Assembly, we applaud Tesla's commitment to a better environment and its innovative technological advances.

However, it was brought to our attention that Tesla recently asked employees to sign a confidentiality agreement, including asking the workers to attest to the fact that they have complied with the policy over the last twelve months. While we certainly appreciate a company's right to protect its trade secrets and other proprietary information, we have concerns that the breadth of this agreement impermissibly violates protected employee activity under state and federal law, including the right to communicate to each other and the public about wages, working conditions, and other issues.

Primarily, the breadth of the agreement appears to violate employee rights under the National Labor Relations Act (NLRA) by both promulgating overly-broad work rules directed at employees' union or concerted activities and by threatening employees for engaging in conduct which is part of union or concerted activities.

As the General Counsel of the NLRB recently stated in a March 18, 2015 memo, "Employees have a Section 7 right to discuss wages, hours, and other terms and conditions of employment with fellow employees, as well as with nonemployees, such as union representatives. Thus, an employer's confidentiality policy that either specifically prohibits employee discussions of terms and conditions of employment— such as wages, hours, or workplace complaints—or that employees would reasonably understand to prohibit such discussions, violates the Act."

In addition, several provisions of California law prohibit employers from having policies that prohibit employees from discussing wages and working conditions, or from retaliating against employees for doing so. (See California Labor Code sections 232, 232.5 and 1197.5(j)(1)).

## EXHIBIT B

Printed on Recycled Paper

Elon Musk, CEO
January 10, 2017
Page Two

We are concerned that over-broad language in the confidentiality agreement violates these provisions and has resulted in a chilling effect on workers' ability to engage in protected activity. As we are confident that this was not your intention, we respectfully request that Tesla revise this policy to protect employee rights and comply with the law, and immediately communicate this clarification to all workers.

Thank you for your attention to this matter, and we look forward to your reply.

Sincerely,


TONY THURMOND
Assemblymember, 15th District

K ANSEN CHU
Assemblymember, 25th District

ASH KALRA
Assemblymember, 27th District

BILL QUIRK
Assemblymember, 20th District

ROB BONTA
Assemblymember, 18th District


cc:     Peter Hochholdinger, Vice President, Production
        Mark Lipscomb, Vice President, Human Resources

## EXHIBIT B

000180

**EXHIBIT "C"**
**TO OSHA COMPLAINT**

22-60493.4859

As a follow-up to Elon's email in February (attached), I wanted to provide an update on our safety efforts across the company and here at the Fremont factory.

Our goal is to have as close to zero injuries as possible and to be the safest factory in the auto industry. This is vital for us to succeed in our mission to accelerate the advent of a clean, sustainable energy future.

We've listened to your feedback, and thanks to your input, we've made rapid advancements in a number of areas.

**Safety At-A-Glance**

·  52% reduction in lost time incidents from the first quarter of 2016 to the first quarter of 2017; 30% reduction in recordable incidents from the first quarter of 2016 to the first quarter of 2017.
   Through the end of March 2017, our year-to-date total recordable incident rate (TRIR) is under 4.6, which is 32% better than the industry average of 6.7.
·  Improved ergonomics on Model 3 production line, to be applied to common components on Model S and X.
·  Established 24/7 Construction Safety coverage resulting in reduced noise, dust and traffic, and nearly 700 new safety signs installed.
·  800 comments in March to the safety@tesla.com mailbox including suggestions for safety improvements – many of which we are working to adopt.

**New Safety Teams**

All Fremont production departments have instituted Safety Teams which are comprised of, and led by, production associates. Each Safety Team is a venue for employees to discuss health and safety concerns, provide recommendations for improvements and solutions, and learn about current health and safety performance within their department. To join and actively participate in your department's safety efforts, please email safety@tesla.com.

**Ergonomic Improvements**

As of last year, nearly 60% of all recordable incidents were related to ergonomics. Since then, we've made the following improvements:

·  We established an Ergonomics Team focused on improving the ease in how our cars are put together. This team partners with engineering to best design employee work so that risk factors for injury, fatigue and human error are eliminated or effectively controlled.
·  Every manufacturing employee goes through an Ergonomics and Proper Body Mechanics Training prior to starting their job on the line.

## EXHIBIT C

000182

· We established the Tesla Flex program, a pre-shift movement prep program that is a daily active warm-up to help prepare employees for the physical demands they face during their shifts.

**Models S/X Production Line**

Using both employee feedback and injury incident history, the Environment, Health, Safety, and Sustainability (EHSS) Team is working with various departments, engineering and others to identify processes that will further improve employee safety. Some recent examples include:

· Model X 60/40 bench seat install was improved by reducing the number of fasteners, adjusting operator standing height relative to the car, enabling employees to maintain a more neutral working position, and using the correct tooling to control torque reaction;
· Model X Falcon Door lift assists are now available in Trim 0.5 to open the doors automatically, reducing the effort needed to do so, prior to struts being installed;
· CFM (coolant fan module) packaging and lineside rack changes were made to reduce high-effort lifting during install.

We will continue to go after even more improvements for Model S and Model X.

**Model 3 Production Line**

Based on direct feedback from you, we've designed the Model 3 to be easier to produce and safer to build. Initial production improvements include:

· Variable height assembly line conveyor, enabling a higher percentage of work to be performed without the need to reach high or low;
· Purposefully allocating work to specific pitches and operators within a single pitch so that people have a higher level of resilience to fatigue;
· Complete separation of assembly employees from material flow conveyance traffic.

We will continue to make improvements and ensure common fixes across all our products. Thank you to the EHSS Team and the department Safety Teams for your critical input.

**OSHA 300 Form Request**

One of our employees has requested logs of all our OSHA 300 forms for California injury and illness recordkeeping. These documents, which are maintained by all companies, outline recordable incidents that have occurred at our Fremont facility between 2012 and 2017, including employee names and the nature of the incident. It is an employee's right to request these forms and we are required by law to provide them in their entirety.

# EXHIBIT C

We wanted to provide advance notice to employees, as we believe this request is intended to ultimately make this information public despite our efforts to protect your privacy. If you have any questions about this process or need more information, please contact your support team at safety@tesla.com and we will follow-up with you.

**Safety Spotlight – Body Center Fabrication Shop**

One of the great successes we had from a recent BIW Safety Team Meeting was a suggestion from one of our day shift team members, **Body Machine Shop Supervisor, Joey Gonzales.** He and his team from the Body Center Fabrication Shop—Tony Cardona, Curtis Trimble and Dave Philips—are designing and installing stop signs and pedestrian crossing signs at the Stinson Beach cafeteria and TTL1 main intersections. These are two of our highest traffic areas in the plant and the signs have had a tremendous impact on the awareness to Pedestrian/Mobile Equipment Safety. Thanks, guys!

**Tell Us What You Think**

The EHSS Team created the safety@tesla.com email for employees to reach out with any safety and health concerns, provide a recommendation for improvement, or even to ask how they can assist the EHSS Team such as joining the ERT program. Many of the suggestions we receive are already being implemented and we encourage you to keep submitting your great ideas. If you have a safety concern or an idea on how to make things better, please let your manager, safety representative or HR partner know, or email us.

Thank you for helping to make Fremont safe for everyone. Once again, our goal is to have as close to zero injuries as possible and to become the safest factory in the auto industry. We have made significant progress towards our goal and we want to keep the momentum going!

Peter


Peter Hochholdinger
Vice President, Production


EXHIBIT C

000184

**EXHIBIT "D"**
**TO OSHA COMPLAINT**

000185

# Analysis of Tesla Injury Rates: 2014 to 2017

May 24, 2017



Worksafe is a California-based organization whose mission is to prevent injury, illness, and death by bringing justice to the workplace. We envision a world where workers and their communities are safe and healthy, and we are dedicated to eliminating all types of workplace hazards. We advocate for protective worker health and safety laws and effective remedies for injured workers. We watchdog government agencies to ensure they enforce these laws. We engage in campaigns in coalition with unions, workers, community, environmental and legal organizations, and scientists to eliminate hazards and toxic chemicals from the workplace.

EXHIBIT D

000186

# WORKSAFE

## Analysis of Tesla Injury Rates: 2014 to 2017

## Executive Summary

Over the past several months, workers at Tesla have become increasingly aware of the potential safety hazards at the company's flagship vehicle plant in Fremont, California. In April 2017, workers first requested copies of the OSHA Form 300, the log of work-related injuries and illnesses that companies are required by law to make available to their employees. Worksafe, a California non-profit organization that specializes in workplace health and safety issues, analyzed this data in order to interpret the data and evaluate how their plant compared to other auto manufacturing facilities. This report represents the findings of that analysis.

## Key Findings

- **Tesla's total recordable incidence rate (TRIR) in 2015 was 31 percent higher than the industry-wide incident rate** (8.8 injuries per 100 workers, compared to 6.7 for the automobile manufacturing industry as a whole). The TRIR represents the average number of nonfatal injuries per 100 full-time workers. This means that workers at the company's Fremont plant were injured more than the average automobile industry workers.

- **Tesla's total injury rate for 2016 was 8.1 injuries per 100 workers.** While official industry-wide statistics are not yet available for 2016, based on the previous three years of industry data it is very reasonable to expect that the company's rates will again surpass the industry-wide incident rate ("industry rate"), which has stayed relatively constant over time.

- **The rate of serious injuries at Tesla's Fremont plant — those that result in days away from work, restricted duty, or job transfer — was approximately double the industry rate for 2015.** This measurement is known as the DART rate ("Days Away, Restrictions and Transfers"). The DART rate at Tesla in 2015 was 7.9 compared to the industry average of 3.9. Tesla's DART rate for 2016 was 7.3, which based on the previous eight years of industry data, it is reasonable to expect will again be higher than the industry rate.

In addition, the report analyzes Tesla's recent public statements that its injury rates have declined, which are based on a comparison of total injury rates between the first quarter of 2016 and the first quarter of 2017. Our conclusion, for reasons detailed below, is that the injury data Tesla has recorded so far for Q1 of 2017 is too preliminary to be considered accurate given Tesla's erratic reporting patterns. And perhaps most importantly, one quarter is not a sufficient length of time to accurately identify a meaningful and lasting trend in injury reduction.

EXHIBIT D

000187

## Introduction

Even though the process of assembling a car has become more technologically advanced, work in an auto plant remains a physically challenging job that carries a higher-than-normal risk of injury. The average number of nonfatal injuries per 100 full-time workers for the motor vehicle manufacturing industry is double the rate for all industries — 6.7 injuries per 100 workers,[1] compared to 3.3.[2]

Over the past several months, workers at Tesla became increasingly aware of the potential safety hazards at the company's flagship vehicle plant in Fremont, California. In April, workers first requested copies of the OSHA Form 300, the log of work-related injuries and illnesses that companies are required by law to make available to their employees. Worksafe, a California non-profit organization that specializes in workplace health and safety issues, analyzed this data in order to interpret the data and evaluate how their plant compared to other auto manufacturing facilities. This report represents the findings of that analysis.

"The reason we asked for Tesla's safety log is simple. We see people getting injured in the plant on a regular basis — people who do the same sorts of jobs that we do," said Jonathan Galescu, a body repair technician at Tesla who obtained the logs. "We want to know — in fact, we need to know — the facts about how often workers are getting injured, and how those injuries are happening. It took us several attempts just to get management to give us the information they're required by law to provide.[3] It shouldn't have to be that way. Workers shouldn't have to risk retaliation just to learn more about safety in the workplace."

Our examination of Tesla's historical record on health and safety comes at an important moment. In recent months, safety at Tesla has increasingly become a matter of public interest as workers at the company begin to speak out about issues that concern them. Tesla responded by releasing data that it says shows the company exceeds industry standards -- first in a February e-mail to employees that claimed its injury rate was less than half the industry rate,[4] and most recently in a May 14 posting on the company's official blog that repeats similar claims.[5]

It's important to note that these numbers may not account for the full extent of work-related health impacts experienced by Tesla workers because the numbers reflect acute incidents rather than illnesses that develop over time. Illnesses such as cancer, effects on reproduction or child development, and many respiratory diseases, which are caused by workplace exposures to chemicals, usually have long latency periods. So the connection between workplace exposures and illness is not always apparent to workers, employers or even to health care providers. This means that occupational illness is routinely missed from reporting. This is especially important because the U.S. Centers for Disease Control and Prevention (CDC) consistently finds that deaths from occupational illness outnumber fatal injuries by at least tenfold each year. The most recent data show 53,000 disease deaths compared to 4,836 fatal injuries.

U.S. Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (April 26, 2017). Workers Memorial Day, April 2017. Available at https://www.cdc.gov/niosh/topics/workmemorial.

**WORKSAFE**    **Analysis of Tesla Injury Rates: 2014 to 2017**

EXHIBIT D

As the remainder of this report will show, these figures are only for the first several months of 2017, may be incomplete, and do not paint a complete picture of Tesla's safety record. Nor are injury rates — also referred to as "incidence rates" — the only way to evaluate a company's track record on safety. This report will present a more complete view, by the numbers, of how Tesla measures up when it comes to safety. It begins by examining Tesla's own injury data for 2014, 2015, and 2016. The incidence rates for these years are far higher than the partial-year data that Tesla has reported publicly, which only cover the first quarter of 2017. Next, the report evaluates the validity of Tesla's claims that injury data from the first quarter of 2017 represents major progress in the company's safety performance. The report concludes with testimony from several Tesla workers, some of whom have safety concerns that might not be captured by the official data for many years, if at all.

**WORKSAFE**

Analysis of Tesla Injury Rates: 2014 to 2017

PAGE 2

EXHIBIT D

## Tesla's Health and Safety Record, 2014–2016

Tesla's injury and illness reports submitted to OSHA reflect an overall injury rate at the company's Fremont plant that was notably higher than the industry rate in 2014 and 2015. Tesla's total recordable incidence rate (TRIR) in 2015 was 8.8 injuries per 100 workers, while the mean injury rate in the automobile manufacturing industry was 6.7 injuries per 100 workers. In other words, the plant's incidence of recordable injuries at the plant is 31 percent higher than the industry rate. This means that workers at the company's Fremont plant were injured more than the average automobile industry workers.

Although the U.S. Bureau of Labor Statistics (BLS) has not yet released final industry-wide injury rates for 2016, Tesla's TRIR will almost certainly exceed the industry rate again in 2016. As the table below shows, the industry wide TRIR rate for automobile manufacturing (NAICS Code 336111) has stayed fairly constant over time.[8]



**Total Recordable Incidence Rate (TRIR)**

**Auto Manufacturing TRIR Rates by Year**

| 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|------|------|
| 6.8 | 7.3 | 7.7 | 6.7 | 7.2 | 7.2 | 7.3 | 6.7 |

The TRIR yields an important but incomplete picture of workplace safety because it captures injury occurrence but not severity. The most serious nonfatal injuries result in days away from work, restricted duty, or job transfer. Worksafe analyzed the rate of this type of injury — known as the DART rate — and found that workers at the Fremont plant have experienced a much higher rate of serious injury than the average automobile industry worker. The DART rate at Tesla in 2015 was 7.9 compared to the industry rate of 3.9. In other words, Tesla's DART rate is approximately double the industry rate.

As with the TRIR, it is likely that when the BLS releases the 2016 data Tesla will again exceed industry averages for the DART rate, which has also stayed fairly steady over time.[9]

**Days Away, Restricted Duty, or Transfer Rate (DART)**

**Auto Manufacturing DART Rates by Year**

| 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|
| 3.9 | 3.9 | 4.1 | 3.8 |

| 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|
| 3.6 | 3.7 | 4.2 | 3.9 |

# WORKSAFE     Analysis of Tesla Injury Rates: 2014 to 2017

## EXHIBIT D

000190

## Evaluating Tesla's Recent Claim: Comparisons Between 2016 & 2017

Worksafe attempted to evaluate the company's claim that there is a lower incidence rate in the first quarter of 2017 than in the first quarter of 2016. Unfortunately, sufficiently reliable data are not available to make this evaluation, nor do we have access to the number of employee hours worked in 2017, which would be necessary to determine injury rates for this year. Tesla's significant recent revisions to both its 2016 and 2017 injury data call into question the reliability of the company's recordkeeping. The injury data Tesla has recorded so far for Q1 of 2017 is too preliminary to be considered accurate given Tesla's somewhat erratic reporting patterns. Moreover, one quarter is not a sufficient length of time to accurately identify a meaningful and lasting trend in injury reduction.

An example of our concern about data reliability is Tesla's significant revisions to its 2016 data, made earlier this month. Worksafe performed a detailed analysis of both versions of the 2016 OSHA 300 logs that were provided to workers — one dated February 1, 2017, and the other dated May 3, 2017. In the annual injury and illness data that Tesla submitted to Cal/OSHA on February 1, 2017, the company reported 705 reportable injuries, including 139 injuries resulting in the injured worker missing days of work, and 507 injuries requiring the worker to be placed on restricted duty or be temporarily transferred to another position (collectively "restricted duty"). In aggregate, the injuries resulted in workers missing 4,468 days of work and spending 18,035 days on restricted duty.[8]

On May 3, 2017, Tesla amended its 2016 report. The new report contained 840 reportable injuries, 135 more than previously reported.

### 2016 OSHA 300 Data Submissions

| | Feb 2017 report | May 2017 revision | Discrepancy | Percent Change |
|---|---|---|---|---|
| | 705 injuries | 840 injuries | 135 more injuries | 19% increase |
| | 139 lost time cases | 267 lost time cases | 128 more lost time cases | 92% increase |
| | 507 restricted duty cases | 439 restricted duty cases | 68 fewer restricted duty cases | 13% decrease |
| | 4,468 missed days | 13,608 missed days | 9,140 more missed days | 205% increase |
| | 18,035 restricted duty days | 33,314 restricted duty days | 15,279 more restricted duty days | 85% increase |

The number of injuries involving days away from work nearly doubled to 267, and the aggregate number of work days missed due to injuries tripled, from 4,468 to 13,608. While the amended report reflected 493 restricted duty cases, a slight decline, the number of restricted duty days reported almost doubled, from 18,035 to 33,314.[9]

Worksafe also analyzed Tesla's 2017 injury logs, which have also changed significantly since the company's recent claims of success in reducing injuries in the first quarter of 2017. The logs Worksafe analyzed covered the period from January 1 to approximately April 20, 2017. In April, Tesla provided a log showing 100 injuries, including 22 lost time injuries resulting in 164 lost work days and 80 restricted duty injuries resulting in 1852 restricted duty work days. A few weeks later Tesla produced a revised log for the same period showing 146 injuries, including 40 lost time injuries resulting in 632 lost work days and 96 restricted duty injuries resulting in 3,829 restricted duty days.[10]

**WORKSAFE**    Analysis of Tesla Injury Rates: 2014 to 2017

EXHIBIT D

000191

Notably, the 2017 totals for days of lost work and restricted duty show a significant undercount compared to what will be reported at the end of the year for this period. Many of these workers appear to still be off work or on restricted duty, and their days in that status will continue to accrue. Also important to note is that much of Tesla's plant operations were shut down from February 18 to February 28 for maintenance, which almost certainly artificially reduced the number of injuries in the first quarter of 2017.

We are not aware of any explanation for Tesla's significant upward adjustments to its injury logs for 2016 and 2017.

Tesla's injury logs also show that a significant number of cases are not recorded at the time of injury, making any mid-year attempt to evaluate injury rates premature. According to its revised 2016 report, in the first quarter of 2016 Tesla logged 145 injuries. However, Tesla subsequently recorded another 30 injuries that occurred in Q1 of 2016 but were not logged when the incidents occurred as required by OSHA regulations. As a result of injuries often logged months after the incident, Tesla's Q1 2016 lost time injuries rose from 48 to 59, restricted duty injuries from 80 to 96, lost time days from 3,438 to 3,994, and restricted duty days from 7,228 to 8,652. The erratic reporting chronology suggests Tesla needs to take steps to improve its system for timely logging of injuries and illnesses.[*]

Relying on 2017 injury data to reach any conclusions about safety trends at the plant is premature and could have misleading results. Notwithstanding those significant limitations, the available 2017 data show some reduction in the number of injuries, although more serious injuries, ones resulting in days away from work or restricted duty, do not appear to be significantly reduced. Ultimately, however, the takeaway is that it is not possible to verify from the limited data available whether safety and health in the plant is improving.

---

[*] Another anomaly in Tesla's 2016 reporting was the high number of incidents resulting in exactly 14 days of restricted duty. From February to May 2016, 120 of the 148 recorded injuries that required a worker to be placed on restricted duty resulted in 14 days of restricted duty, suggesting 14 days was a default minimum period for reassigning injured workers. Workers should only be kept on restricted duty if they are unable to resume their regular job duties. Mandatory minimum restricted duty can discourage injury reporting because they often force workers to accept pay reductions when reassigned to less strenuous but lower skilled jobs. We do not know if this was Tesla's practice, but if it was it appears to have ended after a few months.

---

# WORKSAFE

**Analysis of Tesla Injury Rates: 2014 to 2017**

EXHIBIT D

## Charley Briese | Production Associate, General Assembly

 On May 31, 2016, Tesla management made the following entry into its injury log related to a worker in the General Assembly department named Charlotte Briese: "Sprains, Strains affecting the Shoulder occurred from Unknown caused by Unknown." But her injury isn't, in fact, a mystery. It's part of a nearly three-year ordeal that reveals a lot about just how difficult it can be to work at Tesla — even if, like Charley, you just recently turned 21.

"I started working at Tesla in August 2014. I was so excited. I felt like I was part of the future. I moved to North Stockton and was driving 70 miles to get to work every day. That was the only place I could afford a one-bedroom apartment. I was making $17 an hour — I didn't mind," Charley said. "But in the three years I've been working there, I've been injured three times. After working there for three years, it's just unacceptable that I've been injured this many times and to this degree."

Charley's first on-the-job injury came in July 2015. Her position at the time required her to pull down a hanging drill three times a minute for 12 to 16 hours a day. On a 12 hour shift, that means she made the same motion about 2,200 times a day, or 15,000 times a week, or 60,000 times a month. "After six months I had severe tendinitis in my elbow and wrist," Charley said. The injury was severe enough that she had to go on medical leave until October of that year.

In April 2016, she was injured again when a torque gun slipped from her hand. It crushed her thumb, and she was transferred to light duty in the plant for about a month.

"When I came back, I was rotated to a new station," Charley said. "I was working on the Model S, building the side view mirror and putting the skull caps on the mirrors. It takes a lot of strength to put them on, and it's very fast paced. I was uncomfortable starting on it right away, after being on light duty for a month, and I raised my concern to my lead. But I was told that if I didn't feel comfortable doing it I should go home and not come back. So I stayed."

"After three days I told them I couldn't lift my arms above my head. It was too painful," she continues. "I was sent to the nurse and she changed my restrictions to show that I should keep my elbows at my waist and not lift more than ten pounds. Eventually I was put on a leave of absence, and my pay was reduced. I had to move because I couldn't afford my apartment anymore."

This third injury, suffered in late May 2016, resulted in her being placed on medical leave starting in July 2016. Charley's leave has extended into 2017. But because of a technicality in the law — which allows companies to stop counting after a worker reaches a total of 180 days on leave or on job transfer[11] — Tesla's recordkeeping only reflects that she has missed only 154 days due to injury, and spent 26 days on job transfer. While this is legal, it does not capture the full extent of her injury.

"I still believe in Tesla's mission, and hope to have it be a job that I'm comfortable in — a career," Charley said. "But if things don't change, what's keeping Tesla from firing me for no reason, or working me until I become permanently disabled?"

## WORKSAFE

**Analysis of Tesla Injury Rates: 2014 to 2017**

### EXHIBIT D

## Alan Ochoa | Production Associate, General Assembly



**When Alan Ochoa started working at Tesla in 2014,** his job was to assemble door panels, a job that involved spot welding, operating a hand drill, and installing sound insulating materials. "I was the only one who was under 30 years old, one of the only ones able to keep up with the line," he said. "But we started falling behind. The number one rule is that you can't stop the line. They call it the Money Line — if you stop it for ten minutes they say it's a million dollars out the door."

**The frantic pace took its toll.** "We got behind, we worked ten times harder to keep momentum up, and so we could have a buffer for the next shift," he explains. "After a while I realize I'm dropping things, can't hold on to them. Then the pain started."

**When Alan talked to management about the pain he was experiencing,** he was transferred to another job in the same work area, assembling door handles. That work was "mostly small tedious things" such as threading wires and installing tiny motors. This supposedly "light duty" work actually made the symptoms worse. "When your hands are hurting and you're losing grip, folding small wires in a very specific way doesn't work," he explained.

**Just getting a diagnosis proved frustrating.** "Tesla's workers compensation doctors misdiagnosed me twice," Alan said. "They told me it was a strain, gave me ibuprofen and sent me back to work. That didn't work. Eventually I was diagnosed with carpal tunnel in both wrists."

**Alan was put on medical leave in May 2015.** But as with Charley, Tesla only had to report Alan's first 180 days away from work assigned to other job duties due to injury.[12] Tesla's recordkeeping captures just 79 days Alan missed due to injury, and 101 days on job transfer. While this is legal, it does not capture the full extent of his injury.

**Alan wants to work, and returned to Tesla for one month in 2016.** But the station he was assigned to required him to type on a laptop. After one week, he had a flare up that lasted three weeks, and was removed from the light duty program again.

**"I can't drive in traffic because my car is a manual** — it puts me in excruciating pain," Alan said. "When I have a flare up it lasts for weeks. It feels like my hands are in a vice grip. All I can do is take a pill that I saved from my surgery and hope for the best."

**Alan is hoping to go back to work, but isn't sure what he'll be able to do.** "To be honest I don't know what my future is."

EXHIBIT D

## Conclusion

The two stories above, from Charley Briese and Alan Ochoa, represent just two of the hundreds of stories behind the entries in Tesla's injury logs. Tesla has, in fact, said that one of its objectives is "creating the safest car factory in the world," and that its goal is "to have as close to zero injuries as humanly possible."[13] That is a laudable goal — and an ambitious one. To achieve it, Tesla will have to apply the same ingenuity to addressing safety concerns as it does to designing innovative and exciting electric vehicles.

A skilled engineer knows that one part of solving a challenging problem is to view the data objectively, and listen to what it tells you. The alternative — ignoring objective information in conflict with the vision — will lead to system failures. The same is true in addressing safety concerns. But responding to injury data, by itself, is not enough to solve the problem. When a design challenge includes making a large and complex workplace safe for thousands of workers, the most important source of information is the workers themselves. They have the most experience performing the individual tasks that happen every day on the plant floor, and with that experience comes knowledge. It is widely accepted that employee involvement is an important part of an effective workplace safety program.[14] A health and safety program can only be effective if employees are actively engaged and have a genuine and respected voice with management. When it comes to health and safety, employees are the most important stakeholder, and have the most to lose when management doesn't listen and is not responsive to their concerns.

[1] U.S. Bureau of Labor Statistics, U.S. Department of Labor "Incidence rates of nonfatal occupational injuries and illnesses by industry and case types 2015," available at https://www.bls.gov/iif/oshwc/osh/os/ostb4732.pdf, accessed May 17, 2017, NAICS Code 336111.

[2] U.S. U.S. Bureau of Labor Statistics, U.S. Department of Labor, "Highest incidence rates of total nonfatal occupational injury and illness cases 2015," available at https://www.bls.gov/iif/oshwc/osh/os/ostb4736.pdf, accessed May 17, 2017.

[3] According to both federal and California law, employers are required to provide copies of the OSHA 300 and OSHA 300A logs within 24 hours of a request by current or former employees. The law requires that the information be provided to employees in an un-redacted form, with all information visible for their review.

[4] Fred Lambert, "Elon Musk addresses Tesla employees in leaked email, claims higher comp than Ford/GM, lower incident rate, & new 'roller coaster'," Electrek, February 24, 2017, available at https://electrek.co/2017/02/24/tesla-union-elon-musk-addresses-employees/, accessed May 17, 2017.

[5] "Creating the Safest Car Factory in the World," May 14, 2017, available at https://www.tesla.com/blog/creating-the-safest-car-factory-in-the-world?redirect=no, accessed May 17, 2017.

[6] U.S. Bureau of Labor Statistics, U.S. Department of Labor, "Incidence rates of nonfatal occupational injuries and illnesses by industry and case types," 2008-2015, available at https://www.bls.gov/iif/oshwc/osh/os/ostb4732.pdf, accessed May 20, 2017, NAICS Code 336111.

[7] U.S. Bureau of Labor Statistics, U.S. Department of Labor "Incidence rates of nonfatal occupational injuries and illnesses by industry and case types," 2008-2015, available at https://www.bls.gov/iif/oshwc/osh/os/ostb4732.pdf, accessed May 20, 2017, NAICS Code 336111.

[8] Cal/OSHA Form 300, Calendar Year 2016, dated February 1, 2017.

[9] Cal/OSHA Form 300, Calendar Year 2016, dated May 3, 2017.

[10] Cal/OSHA Form 300, Calendar Year 2017, data through approximately April 20, 2017.

[11] 29 C.F.R. 1904.7(b)(3)(vii).

[12] 29 C.F.R. 1904.7(b)(3)(vii).

[13] "Creating the Safest Car Factory in the World," May 14, 2017, available at https://www.tesla.com/blog/creating-the-safest-car-factory-in-the-world?redirect=no, accessed May 17, 2017.

[14] See, for example, U.S. Occupational Safety and Health Administration, "Recommended Practices for Health and Safety Programs," available at https://www.osha.gov/shpguidelines/worker-participation.html, accessed May 19, 2017; and the Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, "Fundamentals of Total Worker Health Approaches," December 2016, available at https://www.cdc.gov/niosh/docs/2017-112/pdfs/2017_112.pdf, accessed May 19, 2017.

**WORKSAFE**           Analysis of Tesla Injury Rates: 2014 to 2017

EXHIBIT D



WORKSAFE
safety, health, and justice for workers

1736 Franklin Street, Suite 500
Oakland, CA 94612

(510) 922-8075

www.worksafe.org

EXHIBIT D

22-60493.4874

**OFFICIAL REPORT OF PROCEEDINGS**

**BEFORE THE**

**NATIONAL LABOR RELATIONS BOARD**

**REGION 32**

In the Matter of:

| | |
|---|---|
| **TESLA, INC.,** | Case Nos.  32-CA-197020 |
| | 32-CA-197058 |
| **and** | 32-CA-197091 |
| | 32-CA-197197 |
| **MICHAEL SANCHEZ, an Individual,** | 32-CA-200530 |
| | 32-CA-208614 |
| **and** | 32-CA-210879 |
| | 32-CA-220777 |
| **JONATHAN GALESCU, an Individual,** | |

**and**

**RICHARD ORTIZ, an Individual,**

**and**

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO,**

        **Charging Party,**

————————————————

————————————————

**RESPONDENT EXHIBITS**

Place: Oakland, California

Dates: September 28, 2018

**OFFICIAL REPORTERS**
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

22-60493.4875



www.escribers.net | 800-257-0885

EXHIBIT EXCLUDED

Leading Case Number ___32-CA-197020___

Leading Case Name ___Tesla, Inc.___

Exhibit Number ___R-1 thru R-3___

Description ___R-1 Photo of Security Guard___
___R-2 5-1-17 Email between Josh Hedges and Production Re: update on Safety Initiatives in Progress___
___R-3 Complaint filed with Cal/OSHA by Galescu___

The above-referenced exhibit is not included herein for the following reason:

1.  Exhibit Withdrawn ___✓___

2.  Exhibit Rejected _____

3.  Other (Explain) ___Not Offered___

_____

_____

Exhibit retained by ___Respondent Counsel___

_____

*Deborah Goyaly*

**Court Reporter**

*Resp 4* (handwritten)

## TESLA MOTORS, INC.
## EMPLOYEE PROPRIETARY INFORMATION
## AND INVENTIONS AGREEMENT

In consideration of my employment or continued employment by **TESLA MOTORS, INC.** (the "***Company***"), and the compensation now and hereafter paid to me, I hereby agree as follows:

**1.** <u>**PROPRIETARY INFORMATION**</u>. At all times during my employment and thereafter, I will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Company's Proprietary Information (defined below), except as such disclosure, use or publication may be required in connection with my work for the Company, or unless an officer of the Company expressly authorizes such in writing. "***Proprietary Information***" shall mean any and all confidential and/or proprietary knowledge, data or information of the Company, its parents, subsidiaries, or affiliated entities, customers and suppliers, or any other party with whom the Company agrees to hold information of such party in confidence, including but not limited to information relating to products, processes, know-how, designs, formulas, methods, developmental or experimental work, improvements, discoveries, inventions, ideas, source and object codes, data, programs, other works of authorship, and plans for research and development. During my employment by the Company I will not improperly use or disclose any confidential information or trade secrets, if any, of any former employer or any other person to whom I have an obligation of confidentiality, and I will not bring onto the premises of the Company any unpublished documents or any property belonging to any former employer or any other person to whom I have an obligation of confidentiality unless consented to in writing by that former employer or person.

**2.** <u>**ASSIGNMENT OF INVENTIONS**</u>.

**2.1    Proprietary Rights.** The term "***Proprietary Rights***" shall mean all trade secret, patent, patent application, copyright, mask work, rights in databases, and other intellectual property rights throughout the world, including any registrations of or applications to register such rights.

**2.2    Moral Rights.** The term "***Moral Rights***" shall mean any rights to claim authorship of or credit on any Company Inventions (defined below), to object to or prevent the modification or destruction of any Company Inventions, or to withdraw from circulation or control the publication or distribution of any Company Inventions, and any similar right, existing under judicial or statutory law of any country or subdivision thereof in the world, or under any treaty, regardless of whether or not such right is denominated or generally referred to as a "moral right."

**2.3    Inventions.** The term "***Inventions***" shall mean all trade secrets, inventions, mask works, ideas, processes, formulas, source and object code, data, databases, programs, other works of authorship, improvements, discoveries, developments, designs and techniques that I make or conceive or first reduce to practice or create, either alone or jointly with others, during the period of my employment, whether or not in the course of my employment, and whether or not patentable, copyrightable or protectable as trade secrets.

**2.4    Prior Inventions.** I have set forth on <u>**Exhibit A**</u>, **PRIOR INVENTIONS DISCLOSURE, to this Agreement** a complete list of all inventions that I have, alone or jointly with others, made prior to the commencement of my employment with the Company that I consider to be my property or the property of third parties and that I wish to have excluded from the scope of this Agreement (collectively referred to as "***Prior Inventions***"). If no such disclosure is attached, I represent that there are no Prior Inventions. If, in the course of my employment with the Company, I incorporate a Prior Invention into a Company product, process or machine, the Company is hereby granted a nonexclusive, royalty-free, irrevocable, perpetual, worldwide license (with rights to sublicense through multiple tiers of sublicensees) to make, have made, modify, use, copy, distribute, and sell such Prior Invention. Notwithstanding the foregoing, I agree that I will not incorporate, or permit to be incorporated, Prior Inventions in any Company Inventions without the Company's prior written consent.

**2.5    Labor Code Section 2870 Notice.** I have been notified and understand that the provisions of Section 2.6 of this Agreement do not apply to any Company Invention (defined below) that qualifies fully under the provisions of Section 2870 of the California Labor Code, which states as follows:

*ANY PROVISION IN AN EMPLOYMENT AGREEMENT WHICH PROVIDES THAT AN EMPLOYEE SHALL ASSIGN, OR OFFER TO ASSIGN, ANY OF HIS OR HER RIGHTS IN AN INVENTION TO HIS OR HER EMPLOYER SHALL NOT APPLY TO AN INVENTION THAT THE EMPLOYEE DEVELOPED ENTIRELY ON HIS OR HER OWN TIME WITHOUT USING THE EMPLOYER'S EQUIPMENT, SUPPLIES, FACILITIES, OR TRADE SECRET INFORMATION EXCEPT FOR THOSE INVENTIONS THAT EITHER: (1) RELATE AT THE TIME OF CONCEPTION OR REDUCTION TO PRACTICE OF THE INVENTION TO THE EMPLOYER'S BUSINESS, OR ACTUAL OR DE-MONSTRABLY ANTICIPATED RESEARCH OR DEVELOPMENT OF THE EMPLOYER; OR (2) RESULT FROM ANY WORK PERFORMED BY THE EMPLOYEE FOR THE EMPLOYER. TO THE EXTENT A PROVISION IN AN*

1.

22-60493.4877

*R-4* (handwritten)

22-60493.4878

EXHIBIT NO. R-4 RECEIVED ✓ REJECTED
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 5 DATE: 9-26-18 REPORTER: DA

*EMPLOYMENT AGREEMENT PURPORTS TO REQUIRE AN EMPLOYEE TO ASSIGN AN INVENTION OTHERWISE EXCLUDED FROM BEING REQUIRED TO BE ASSIGNED UNDER CALIFORNIA LABOR CODE SECTION 2870(a), THE PROVISION IS AGAINST THE PUBLIC POLICY OF THIS STATE AND IS UNENFORCEABLE.*

**2.6     Works for Hire; Assignment of Inventions.**     I acknowledge and agree that any copyrightable works prepared by me within the scope of my employment are "works for hire" under the Copyright Act and that the Company will be considered the author and owner of such copyrightable works.  I agree to assign, and do hereby assign, to the Company all my right, title and interest in and to any and all Inventions that (i) are developed using equipment, supplies, facilities or trade secrets of the Company, (ii) result from work performed by me for the Company, or (iii) relate to the Company's business or actual or demonstrably anticipated research and development (the **"*Company Inventions*"**).  I agree to assign, and do hereby irrevocably transfer and assign, to the Company all Proprietary Rights and Moral Rights in or with respect to any Company Inventions.  I also hereby forever waive and agree never to assert any and all Moral Rights I may have in or with respect to any Company Inventions, even after termination of my work on behalf of the Company.

**2.7     Obligation to Keep Company Informed.**  I will promptly and fully disclose in writing to the Company all Inventions, including any that may be covered by Section 2870.

**2.8     Assistance**.  I agree to assist in every proper way and to execute those documents and to take such acts as are reasonably requested by the Company to obtain, sustain and from time to time enforce patents, copyrights and other rights and protections relating to Company Inventions in the United States or any other country.  I appoint the Secretary of the Company as my attorney-in-fact to execute documents on my behalf for the purposes set forth in this paragraph. My obligations under this paragraph will continue beyond the termination of my employment with the Company, provided that the Company will compensate me at a reasonable rate after such termination for time or expenses actually spent by me at the Company's request on such assistance.

**3.     No Conflicting Obligation.**  I represent that my performance of all the terms of this Agreement and as an employee of the Company does not and will not breach any agreement to keep in confidence information acquired by me in confidence or in trust prior to my employment by the Company.  I have not entered into, and I agree I will not enter into, any agreement either written or oral in conflict herewith.

**4.     Return of Company Documents.**     Upon termination of my employment with the Company for any reason whatsoever, voluntarily or involuntarily, and at any earlier time the Company requests, I will deliver to the person designated by the Company all originals and copies of all documents and other property of the Company in my possession, under my control or to which I may have access.  I will not reproduce or appropriate for my own use, or for the use of others, any property, Proprietary Information or Company Inventions.

**5.     Legal and Equitable Remedies**.  Because my services are personal and unique and because I may have access to and become acquainted with the Proprietary Information of the Company, the Company shall have the right to enforce this Agreement and any of its provisions by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Company may have for a breach of this Agreement.

**6.     Notices.**  Any notices required or permitted hereunder shall be given to the appropriate party at the address specified below or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or if sent by certified or registered mail, three (3) days after the date of mailing.

**7.     Employment.**     I agree and understand that nothing in this Agreement shall confer any right with respect to continuation of employment by the Company, nor shall it interfere in any way with my right or the Company's right to terminate my employment at any time, with or without cause.

**8.     Non-Solicitation.**

**8.1**     During and after the termination of my employment with the Company, I will not directly or indirectly solicit or otherwise take away customers or suppliers of the Company if, in so doing, I use or disclose any trade secrets or proprietary or confidential information of the Company.  I agree that the non-public names and addresses of the Company's customers and suppliers, and all other confidential information related to them, including their buying and selling habits and special needs, created or obtained by me during my employment, constitute trade secrets or proprietary or confidential information of the Company.

**8.2**     During the term of my employment and for one (1) year following any termination of my employment with the Company, I will not, directly or indirectly (whether for compensation or without compensation), solicit any employee or contractor of the Company to terminate their employment with, or otherwise cease their relationship with, the Company.

25962/00090/DOCS/1717571.4
TESLA-NLRB - 000002

22-60493.4879

.   <u>GENERAL PROVISIONS</u>.   This Agreement will be governed by and construed according to the laws of the State of California, as such laws are applied to agreements entered into and to be performed entirely within California between California residents.   In case any one or more of the provisions contained in this Agreement shall, for any

reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein.   This Agreement will be binding upon my heirs, executors, administrators and other legal representatives and will be for the benefit of the Company, its successors, and its assigns.   The provisions of this Agreement shall survive the termination of my employment and the assignment of this Agreement by the Company to any successor in interest or other assignee.   The Company may assign any of its rights or obligations under this Agreement.   No waiver by the Company of any breach of this Agreement shall be a waiver of any preceding or succeeding breach.   No waiver by the Company of any right under this Agreement shall be construed as a waiver of any other right.   This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior or contemporaneous discussions or agreements between us regarding such subject matter. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.   Any subsequent change or changes in my duties, salary or compensation will not affect the validity or scope of this Agreement. This Agreement shall be effective as of the first day of my employment with the Company.

Dated:_____

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____

**Accepted and Agreed To:**

**TESLA MOTORS, INC.**

_____
(Signature)

_____
(Printed Name)

_____
(Title)

3.

22-60493.4880

## EXHIBIT A

**TO:**      Tesla Motors, Inc.

**FROM:**

**DATE:**

**SUBJECT:**    **Prior Inventions**

1.    **Except as listed in Section 2 below**, the following is a complete list of all inventions or improvements that have been made or conceived or first reduced to practice by me alone or jointly with others prior to my engagement by the Company:

☐    Additional sheets attached.

2.    Due to a prior confidentiality agreement, I cannot complete the disclosure under Section 1 above with respect to inventions or improvements generally listed below, the proprietary rights and duty of confidentiality with respect to which I owe to the following party(ies):

| | Invention or Improvement | Party(ies) | Relationship |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

☐    Additional sheets attached.

*** **WARNING** - If you sign (or eSign) this document and do **not** fill in anything in sections 1 or 2 on page 4, we assume that you do not have any inventions.

25962/00090/DOCS/1717571.4
TESLA-NLRB - 000004



## The Anti-Handbook Handbook

We're Tesla. We're changing the world. We're willing to rethink everything.

We're a high tech company unlike any other high tech company. We're a car company unlike any other car company.

We're different and we like it that way. Being different allows us to do what no one else is doing; to do what others tell us is impossible.

If you're looking for a traditional employee handbook filled with policies and rules, you won't find one. Policies and rules tell you where the bottom is – they tell you how poorly you can perform before you get shown the door. That's not us.

We prefer to have incredibly high standards and to hire exceptional people who enjoy pushing themselves to perform at the highest levels every day. We want to surround ourselves with people driven to do the right things and act with integrity even when no one is looking.

Is this you? If so, we're glad you're here and we look forward to doing amazing things together. If this isn't you, you'll be more successful somewhere else. We don't mean to sound harsh; it's just the truth.

## Some of Our High Standards

If you're reading this, you're probably new to Tesla and have questions about how some basic things play out around here. Here's what we think you need to know to get started. As for everything else, such as information about our pay policies, meal and rest breaks, time off, and leave policies, check the internal website at https://internal.teslamotors.com/hr_home/ or ask.

### Trust

We give everyone who joins our team a lot of trust and responsibility. We operate with the assumption that everyone will do the right thing, including you. The truth is some people have violated this trust or ignored their responsibilities. We won't change our approach because of the few who have let us down. Instead, we let them go.

### Communication

Anyone at Tesla can and should email or talk to anyone else according to what they think is the fastest way to solve a problem for the benefit of the whole company.  You can talk with your manager, you can talk to your manager's manager, you can talk directly to a VP in another department, you can talk to Elon – you can talk to anyone without anyone else's permission. Moreover, you should consider yourself obligated to do so until the right thing happens.

TESLA-NLRB - 000048

22-60493.4883

EXHIBIT NO. R-5 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 5 DATE: 9-26-18 REPORTER: DM

## Job Duties

It's your responsibility to understand what's expected of you. Your manager should explain your responsibilities and what's expected; however, if you are unclear at any time, ask. "No one told me" is an excuse that will never fly here.

Your #1 job – everyone's #1 job – is making this company a success. If you see opportunities to improve the way we do things, speak up even if these are outside your area of responsibility. You have a personal stake in Tesla's success so make suggestions and share your ideas. Your good ideas mean nothing if you keep them to yourself.

## Goals and Feedback

You and your supervisor are encouraged to discuss your job performance and goals on an informal, day-to-day basis. If you would like feedback or any other input from your supervisor, take initiative and ask. Do not wait for your supervisor to initiate a conversation or for a company-initiated review process to get the feedback you need to perform at a high level.

## Safety

Safety is really important to us. We want you to go home every day in the same condition you arrived.

We believe the best way to create a safety culture is to ask the really smart people working here to use good judgment and common sense. This means:

- Being safety conscious at all times.
- Complying with all safety policies and procedures, including wearing required protective equipment. (Trust us, if we've created a policy or rule, it's only because it was absolutely needed. We don't have arbitrary rules.)
- Never performing a job that you feel is unsafe.
- Keeping work areas clean and walkways free of obstructions, especially in production areas.
- Communicating with others if you see safety issues.
- Reporting unsafe or hazardous conditions to the Environmental Health & Safety Department.

## Attendance

If you're the kind of person who holds yourself to the highest standards, our "attendance policy" is exactly what you'd expect it to be: Be the kind of person your team can rely on. Be here when you're supposed to be here. We need you. We can't get things done when you aren't here.

If you can't be here, notify your supervisor as soon as possible and talk about what's going on. Your supervisor will be reasonable and respectful if you are.

If you can't be reliable, this isn't the place for you. You'll be asked to leave (and it might not be a choice).

## Tardiness

"You're tardy" is something kids are told in school. This isn't school. Plan to be here on time, ready to start work when you're scheduled. Traffic accidents happen, we get that but they don't happen every Monday during football season.

TESLA-NLRB - 000049

## Sick Days

If you're sick, stay home. Don't get the rest of us sick. Contact your supervisor by any means possible as soon as you can, ideally before you're scheduled start time. If you've accrued Paid Time Off (PTO) use it and you'll be paid for that day.

## Vacations

We know you need time off so schedule it in advance, get your supervisor's approval, and then take it. Use your PTO – that's what it's there for.

Keep in mind that every vacation request can't be accommodated. Others may have already requested the same days off or critical deadlines may create vacation blackout periods.

## No Call, No Show

Our assumption will be that if you don't call and don't show up for work, you're a jerk. You better have a really good reason for not letting us know why you didn't come in or you're out of here. One time is enough.

## Outside Employment

You may hold a job with another company as long as you perform your job here well and you aren't compromising anything confidential or proprietary.

We won't cut you any slack because you have another job – you will be judged by the same standards as everyone else. If your other job interferes with your performance, you may be asked to terminate that job if you wish to remain with Tesla.

## Stupid Stuff

If you do something stupid, depending on the circumstances you may be coached and given another chance or you may be asked to leave. We can't afford to waste our time dealing with stupid stuff when we have so many important things to get done.

If you need them, here are some examples of stupid things people do:

- Stealing or deliberately damaging company property.
- Disclosing confidential information.
- Harassing or bullying others.
- Physically hurting someone or threatening violence.
- Possessing illegal drugs.
- Possessing explosives, weapons or firearms.

The list could go on and on. If you think you're the kind of person who might do something that could be on a list of stupid stuff, do us all a favor and leave now.

22-60493.4885

### Fun

Make sure you're having fun at work – meet new friends, push yourself in new ways, try new things. If you aren't having fun at some level, you'll be unhappy. We don't want that. We want you to work hard, love what you do, and have fun.

### Moral of the Story

The theme of the above standards is simple: just behave like the sort of person you want as your co-worker. Treat everyone like you want to be treated. Tesla must be the kind of company where people look forward to coming to work in the morning. Life is too short for anything else.

## Resolving Concerns

We want to provide a positive working environment and treat people as the individuals they are.

If you have a concern, please speak freely and openly with anyone you think can help evaluate and resolve the issues. If you aren't sure who to talk to, contact Human Resources. We will always do our best to provide a healthy, fulfilling, productive, and amicable workplace.

# TESLA MOTORS, INC.

## CODE OF BUSINESS CONDUCT AND ETHICS

(Adopted by the Board of Directors on May 20, 2010)

**Introduction**

This Code of Business Conduct and Ethics covers a wide range of business practices and procedures. It does not cover every issue that may arise, but it sets out basic principles to guide all employees, directors and officers of Tesla Motors, Inc, (the "Company"). All of our employees, directors and officers must conduct themselves accordingly and seek to avoid even the appearance of improper behavior. The Code should also be provided to and followed by the Company's agents and representatives, including consultants.

If a law conflicts with a policy in this Code, you must comply with the law. If you have any questions about these conflicts, you should ask your supervisor how to handle the situation.

Those who violate the standards in this Code will be subject to disciplinary action, up to and including termination of employment. *If you are in a situation which you believe may violate or lead to a violation of this Code, follow the guidelines described in Section 14 of this Code.*

1.  **Compliance with Laws, Rules and Regulations**

Obeying the law, both in letter and in spirit, is the foundation on which this Company's ethical standards are built. All employees must respect and obey the laws of the cities, states and countries in which we operate. Although not all employees are expected to know the details of these laws, it is important to know enough to determine when to seek advice from supervisors, managers or other appropriate personnel.

If requested, the Company will hold information and training sessions to promote compliance with laws, rules and regulations, including insider-trading laws.

2.  **Conflicts of Interest**

A "conflict of interest" exists when a person's private interest interferes, or appears to interfere, in any way with the interests of the Company. A conflict situation can arise when an employee, officer or director takes actions or has interests that may make it difficult to perform his or her Company work objectively and effectively. Conflicts of interest may also arise when an employee, officer or director, or members of his or her family, receives improper personal benefits as a result of his or her position in the Company. Loans to, or guarantees of obligations of, employees and their family members may create conflicts of interest.

It is almost always a conflict of interest for a Company employee to work simultaneously for a competitor, customer or supplier. You are not allowed to work for a competitor as a

22-60493.4888

EXHIBIT NO. R-6 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 9 DATE: 9.26.18 REPORTER: DM

consultant or board member. The best policy is to avoid any direct or indirect business connection with our customers, suppliers or competitors, except on our behalf. Conflicts of interest are prohibited as a matter of Company policy, except under guidelines approved by the Board of Directors. Conflicts of interest may not always be clear-cut, so if you have a question, you should consult with higher levels of management or the Company's Legal Department. Any employee, officer or director who becomes aware of a conflict or potential conflict should bring it to the attention of a supervisor, manager or other appropriate personnel or consult the procedures described in Section 14 of this Code.

**3.     Insider Trading**

Employees who have access to confidential information are not permitted to use or share that information for stock trading purposes or for any other purpose except the conduct of our business. All non-public information about the Company should be considered confidential information. To use non-public information for personal financial benefit or to "tip" others who might make an investment decision on the basis of this information is not only unethical but also illegal. In order to assist with compliance with laws against insider trading, the Company has adopted a specific policy governing employees' trading in securities of the Company. This policy has been distributed to every employee. If you have any questions, please consult the Company's Legal Department.

**4.     Corporate Opportunities**

Employees, officers and directors are prohibited from taking for themselves personally opportunities that are discovered through the use of corporate property, information or position without the consent of the Board of Directors. No employee may use corporate property, information, or position for improper personal gain, and no employee may compete with the Company directly or indirectly. Employees, officers and directors owe a duty to the Company to advance its legitimate interests when the opportunity to do so arises.

**5.     Competition and Fair Dealing**

We seek to outperform our competition fairly and honestly. Stealing proprietary information, possessing trade secret information that was obtained without the owner's consent, or inducing such disclosures by past or present employees of other companies is prohibited. Each employee, officer and director should endeavor to respect the rights of and deal fairly with the Company's customers, suppliers, competitors and employees. No employee, officer or director should take unfair advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any other intentional unfair-dealing practice.

The purpose of business entertainment and gifts in a commercial setting is to create good will and sound working relationships, not to gain unfair advantage with customers. No gift or entertainment should ever be offered, given, provided or accepted by any Company employee, family member of an employee or agent unless it: (1) is not a cash gift, (2) is consistent with customary business practices, (3) is not excessive in value, (4) cannot be construed as a bribe or

22-60493.4889

payoff and (5) does not violate any laws or regulations. Please discuss with your supervisor any gifts or proposed gifts which you are not certain are appropriate.

**6.    Discrimination and Harassment**

The diversity of the Company's employees is a tremendous asset. We are firmly committed to providing equal opportunity in all aspects of employment and will not tolerate any illegal discrimination or harassment of any kind. Examples include derogatory comments based on racial or ethnic characteristics and unwelcome sexual advances.

**7.    Health and Safety**

The Company strives to provide each employee with a safe and healthy work environment. Each employee has responsibility for maintaining a safe and healthy workplace for all employees by following safety and health rules and practices and reporting accidents, injuries and unsafe equipment, practices or conditions.

Violence and threatening behavior are not permitted. Employees should report to work in condition to perform their duties, free from the influence of illegal drugs or alcohol. The use of illegal drugs in the workplace will not be tolerated.

**8.    Record-Keeping**

The Company requires honest and accurate recording and reporting of information in order to make responsible business decisions. For example, only the true and actual number of hours worked should be reported.

Many employees regularly use business expense accounts, which must be documented and recorded accurately. If you are not sure whether a certain expense is legitimate, ask your supervisor or your controller.

All of the Company's books, records, accounts and financial statements must be maintained in reasonable detail, must appropriately reflect the Company's transactions and must conform both to applicable legal requirements and to the Company's system of internal controls. Unrecorded or "off the books" funds or assets should not be maintained unless permitted by applicable law or regulation.

Business records and communications often become public, and we should avoid exaggeration, derogatory remarks, guesswork, or inappropriate characterizations of people and companies that can be misunderstood. This applies equally to e-mail, internal memos, and formal reports. Records should always be retained or destroyed according to the Company's record retention policies. In accordance with those policies, in the event of litigation or governmental investigation please consult the Company's Legal Department.

22-60493.4890

## 9.    Confidentiality

Employees, officers and directors must maintain the confidentiality of confidential information entrusted to them by the Company or its customers, except when disclosure is authorized by the Legal Department or required by laws or regulations. Confidential information includes all non-public information that might be of use to competitors, or harmful to the Company or its customers, if disclosed. It also includes information that suppliers and customers have entrusted to us. The obligation to preserve confidential information continues even after employment ends. In connection with this obligation, every employee should have executed a confidentiality agreement when he or she began his or her employment with the Company.

## 10.    Protection and Proper Use of Company Assets

All employees, officers and directors should endeavor to protect the Company's assets and ensure their efficient use. Theft, carelessness, and waste have a direct impact on the Company's profitability. Any suspected incident of fraud or theft should be immediately reported for investigation. Company equipment should not be used for non-Company business, though incidental personal use may be permitted.

The obligation of employees to protect the Company's assets includes its proprietary information. Proprietary information includes intellectual property such as trade secrets, patents, trademarks, and copyrights, as well as business, marketing and service plans, engineering and manufacturing ideas, designs, databases, records, salary information and any unpublished financial data and reports. Unauthorized use or distribution of this information would violate Company policy. It could also be illegal and result in civil or even criminal penalties.

## 11.    Payments to Government Personnel

The U.S. Foreign Corrupt Practices Act prohibits giving anything of value, directly or indirectly, to officials of foreign governments or foreign political candidates in order to obtain or retain business. It is strictly prohibited to make illegal payments to government officials of any country.

In addition, the U.S. government has a number of laws and regulations regarding business gratuities which may be accepted by U.S. government personnel. The promise, offer or delivery to an official or employee of the U.S. government of a gift, favor or other gratuity in violation of these rules would not only violate Company policy but could also be a criminal offense. State and local governments, as well as foreign governments, may have similar rules. The Company's Legal Department can provide guidance to you in this area.

## 12.    Waivers of the Code of Business Conduct and Ethics

Any waiver of this Code for executive officers or directors may be made only by the Board of Directors and will be promptly disclosed, along with the reasons for the waiver, as required by law or stock exchange regulation.

22-60493.4891

**13.    Reporting any Illegal or Unethical Behavior**

Employees are encouraged to talk to supervisors, managers or other appropriate personnel about observed illegal or unethical behavior and when in doubt about the best course of action in a particular situation. It is the policy of the Company not to allow retaliation for reports of misconduct by others made in good faith by employees. Employees are expected to cooperate in internal investigations of misconduct.

Any employee may submit a good faith concern regarding questionable accounting or auditing matters without fear of dismissal or retaliation of any kind.

**14.    Compliance Procedures**

We must all work to ensure prompt and consistent action against violations of this Code. However, in some situations it is difficult to know if a violation has occurred. Since we cannot anticipate every situation that will arise, it is important that we have a way to approach a new question or problem. These are the steps to keep in mind:

- <u>Make sure you have all the facts</u>. In order to reach the right solutions, we must be as fully informed as possible.

- <u>Ask yourself: What specifically am I being asked to do? Does it seem unethical or improper?</u> This will enable you to focus on the specific question you are faced with, and the alternatives you have. Use your judgment and common sense; if something seems unethical or improper, it probably is.

- <u>Clarify your responsibility and role</u>. In most situations, there is shared responsibility. Are your colleagues informed? It may help to get others involved and discuss the problem.

- <u>Discuss the problem with your supervisor</u>. This is the basic guidance for all situations. In many cases, your supervisor will be more knowledgeable about the question, and will appreciate being brought into the decision-making process. Remember that it is your supervisor's responsibility to help solve problems.

- <u>Seek help from Company resources</u>. In the rare case where it may not be appropriate to discuss an issue with your supervisor, or where you do not feel comfortable approaching your supervisor with your question, discuss it locally with your office manager or your Human Resources manager.

- <u>You may report ethical violations in confidence and without fear of retaliation</u>. If your situation requires that your identity be kept secret, your anonymity will be protected. The Company does not permit retaliation of any kind against employees for good faith reports of ethical violations.

22-60493.4892

- <u>Always ask first, act later</u>:  If you are unsure of what to do in any situation, seek guidance <u>before you act</u>.

TESLA-NLRB - 000013

## CODE OF ETHICS FOR CEO AND SENIOR FINANCIAL OFFICERS

The Company has a Code of Business Conduct and Ethics applicable to all directors and employees of the Company. The CEO and all senior financial officers, including the CFO and principal accounting officer, are bound by the provisions set forth therein relating to ethical conduct, conflicts of interest and compliance with law. In addition to the Code of Business Conduct and Ethics, the CEO and senior financial officers are subject to the following additional specific policies:

1.  The CEO and all senior financial officers are responsible for full, fair, accurate, timely and understandable disclosure in the periodic reports required to be filed by the Company with the SEC. Accordingly, it is the responsibility of the CEO and each senior financial officer promptly to bring to the attention of the Disclosure Committee any material information of which he or she may become aware that affects the disclosures made by the Company in its public filings or otherwise assist the Disclosure Committee in fulfilling its responsibilities as specified in the Company's Disclosure Controls and Procedures Policy.

2.  The CEO and each senior financial officer shall promptly bring to the attention of the Disclosure Committee and the Audit Committee any information he or she may have concerning (a) significant deficiencies in the design or operation of internal controls which could adversely affect the Company's ability to record, process, summarize and report financial data or (b) any fraud, whether or not material, that involves management or other employees who have a significant role in the Company's financial reporting, disclosures or internal controls.

3.  The CEO and each senior financial officer shall promptly bring to the attention of the General Counsel or the Legal Department or the CEO and to the Audit Committee any information he or she may have concerning any violation of the Company's Code of Business Conduct and Ethics, including any actual or apparent conflicts of interest between personal and professional relationships, involving any management or other employees who have a significant role in the Company's financial reporting, disclosures or internal controls.

4.  The CEO and each senior financial officer shall promptly bring to the attention of the General Counsel or the Legal Department or the CEO and to the Audit Committee any information he or she may have concerning evidence of a material violation of the securities or other laws, rules or regulations applicable to the Company and the operation of its business, by the Company or any agent thereof, or of violation of the Code of Business Conduct and Ethics or of these additional procedures.

TESLA-NLRB - 000014

5.    The Board of Directors shall determine, or designate appropriate persons to determine, appropriate actions to be taken in the event of violations of the Code of Business Conduct and Ethics or of these additional procedures by the CEO and the Company's senior financial officers.    Such actions shall be reasonably designed to deter wrongdoing and to promote accountability for adherence to the Code of Business Conduct and Ethics and to these additional procedures, and shall include written notices to the individual involved that the Board has determined that there has been a violation, censure by the Board, demotion or re-assignment of the individual involved, suspension with or without pay or benefits (as determined by the Board) and termination of the individual's employment.  In determining what action is appropriate in a particular case, the Board of Directors or such designee shall take into account all relevant information, including the nature and severity of the violation, whether the violation was a single occurrence or repeated occurrences, whether the violation appears to have been intentional or inadvertent, whether the individual in question had been advised prior to the violation as to the proper course of action and whether or not the individual in question had committed other violations in the past.

TESLA-NLRB - 000015



R—7

As a Tesla employee, there are several reasons you need to be familiar with the company's communications policy:

- As a Tesla employee, you may be approached by reporters, analysts, or researchers for information or commentary about the company.
- Our suppliers, customers, and other business partners may request your permission to use Tesla in their marketing materials or press releases.
- You may get invitations to speak at conferences, your alma matter, or in front of social and professional organizations.
- The rules below outline when and how it is appropriate to provide information about the company. That said, all situations above should be discussed in advance with members of the communications team. Send any questions or concerns to internalcom@teslamotors.com.

**Our Policy**

Tesla Motors is committed to providing the public with information that is accurate, consistent, and clear.

Our Communications Policy sets forth guidelines regarding communications by our employees. The policy is intended to cover most types of external communication; whether direct such as with reporters and research analysts, or indirect such as through social situations or the Internet. The objective of this policy is to establish consistent, effective and regular communications with the media, the analyst community, and the general public.

This policy covers all of our employees, our temporary hires, consultants, contractors, and interns.

**Confidentiality Agreement**

When you joined Tesla, you signed a confidentiality agreement that requires you to hold Tesla's information in strictest confidence. This agreement requires that you not share confidential or privileged information about Tesla with anyone outside of the company. Any discussion of internal matters may have a material impact on Tesla, affect our reputation, and expose us legally. Please remember when communicating with others that you may held personally liable or subject to prosecution if you violate the confidentiality agreement.

**Who is Authorized to Speak on Behalf of Tesla?**
- Our Chief Executive Officer
- Our Vice President, Communications
- Our General Counsel
- Persons authorized to act as spokespeople by one of the above.

22-60493.4896

R— 7

22-60493.4897

EXHIBIT NO. *R-7* RECEIVED ✓ REJECTED _____

*32-CA-197020*

CASE NO. _____ CASE NAME: *Tesla, Inc.*

NO. OF PAGES: *5* DATE: *9-26-18* REPORTER: *DA*

- Our Vice President of Communications will designate members of his/her team to communicate broadly on behalf of Tesla, respond to media inquiries, and conduct or approve communications to the general public on behalf of the company.

Any employee or officer who is authorized to communicate on behalf of Tesla shall receive proper training and preparation.

**Media Relations**

The Communications team has trained a handful of Tesla employees to be official company spokespeople. These people are authorized to talk to the press. No other Tesla employees should discuss internal matters with non-Tesla employees, especially with the media, or the analyst community.

Here are the guidelines:

- If a member of the press or a research analyst reaches you by phone or email, please forward the call or note to a member of the communications team or press@teslamotors.com.
- If a reporter or analyst approaches you in person, please don't answer specific questions about Tesla. Be courteous but cautious when talking with anyone representing the media. Do not discuss Tesla's unannounced products, financial performance or competitors. Refer reporters to a member of the communications team or press@teslamotors.com.
- Please never assume that a conversation is "off the record." Again, please refer reporters and analysts to press@teslamotors.com.
- *"But this reporter is my friend..."* you might say.

Many of you know media people, professional bloggers or industry analysts. Please be very careful with your conversations.  Do not confirm, deny or comment on information that has not been publicly released. Also, please remember that many people who maintain their own personal blogs and post comments on public Internet forums have tremendous influence and reach. These people may include customers, former employees, vendors, politicians, fans, competitors or critics. Our policy applies to them as well.

**Responding to Errors and Rumors**

Occasionally, you may come across statements and comments about Tesla that are unfair or just plain wrong. While it may be tempting, please don't take it upon yourself to represent Tesla's opinions or clear up misunderstandings about our position, strategy, or direction. If you come across something you think needs to be corrected or merits a response, send it to press@teslamotors.com.

**Third-Party News Releases and Marketing**

Many business partners approach Tesla for permission to formally publicize their relationship with us. Often, they would like to use our name or endorsement for press releases and marketing material. Our policy is to reject practically all of those requests.

w w w . t e s l a m o t o r s . c o m 3500 Deer Creek Road, Palo Alto, CA. 94304 t e l 650.681.5000 © 2015 Tesla Motors Inc.
Proprietary and Confidential

TESLA-NLRB - 000017

Tesla press releases and blogs will be approved by and issued under the supervision of an authorized company spokesperson.

**Public Speaking**

You may be asked to participate in external speaking engagements such as industry events and conferences. Before committing to speak at an event, you must get approval from the Communications team, your manager, and the department VP. The topic and speaking materials must be cleared with the Communications team at least two weeks in advance.

**Online Expression and Social Media (Email, Facebook, Twitter, etc.)**

Tesla's Communication Policy is not meant to discourage personal self expression. We encourage you to use the rich variety of social media tools to share your interests and hobbies and stay in touch with your friends and family. However, please remember that Tesla's Communication Policy applies online.

Use good judgment. Don't write or do anything you wouldn't want reported broadly.

Please consider your potential audience and how your words or actions could be interpreted. It pays to be careful. Tesla functions under a spotlight, so even when you indicate that something reflects your personal point of view or is only an opinion, others may repeat it as fact or quote it as a truth about Tesla.

Respect others. It's not a good idea to discuss your coworkers or disrespect our competitors. Both make good fodder for the press.

**Important: Post a Disclaimer on Your Blog**

If you identify yourself as a Tesla employee (or even if you post regularly and talk about Tesla products) please post a note prominently on the front page of your blog making it clear that you're blogging on your own behalf. For example:

**This is my personal blog. The views expressed on these pages are mine alone and not those of my employer.**

Having a disclaimer helps, but it doesn't absolve you of responsibility, so use good judgment in what you post. Your comments, no matter how well-intentioned, are subject to subpoena and could undermine the hard work of our communications and legal teams.

**Photos & Video**

When you post images about or relating to Tesla, consider what readers will derive from it. The level of interest in Tesla is so high that even a picture can lead to speculation.

Publishing photos of your colleagues, our visitors, or company meetings is not fair game, and requires permission.

**Books & Research Papers**

w w w . t e s l a m o t o r s . c o m 3500 Deer Creek Road, Palo Alto, CA. 94304 t e l 650.681.5000 © 2015 Tesla Motors Inc.
Proprietary and Confidential

TESLA-NLRB - 000018

Tesla employees may be approached to write books, case studies and white papers, or you may want to pursue one of these ideas yourself related to your expertise or your Tesla experience. Some books would be a great asset not only to your resume but to the company; others may represent a conflict of interest. Among other things, you would need your manager's permission to proceed. Your first step is to send a note detailing the book request to internalcom@teslamotors.com.

**Approved Metrics**

The Communications team will collect and update "approved metrics" which employees can share publicly. These metrics are bullet pointed on the  page of the internal website.

**When in doubt, Ask!**

If you have doubts about something you might be posting, please consult someone on the communications team. They are happy to review your material, and their goal is to help you avoid potential pitfalls.

Situations may arise that are not specifically addressed by this policy.  If you have any questions or concerns as to how this policy applies to you or a specific situation, please consult our Vice President of Communications or our General Counsel.

Again, please don't hesitate to send any questions or concerns to the communications team at internalcom@teslamotors.com.

22-60493.4900

# TECHNOLOGY SYSTEMS AND ELECTRONIC COMMUNICATIONS POLICY

Tesla Motors, Inc. (the "Company") has established this Technology Systems and Electronic Communications Policy ("Policy") regarding the use of electronic communications devices. The goal is to make certain that employees utilize electronic communications devices in a legal, ethical, and appropriate manner.

## Scope of Policy

This Policy extends, by way of example only, to all features of the Company's electronic communications systems, including computers (whether a personal computer used to conduct Company business or a computer provided or purchased by the Company), e-mail, blogs and micro-blogs, instant messages, social networks, PDAs, tablets or smartphones (e.g., Blackberry, iPhones, Android phones), connections to the Internet and World Wide Web and other internal or external networks, voicemail, video conferencing, facsimiles, and telephones (including cell phones and other mobile devices). Any other form of electronic communication used by employees currently or in the future is also intended to be encompassed under this Policy. Every employee of the Company is subject to this Policy and is expected to read, understand, and comply fully with its provisions.

## Usage of Electronic Communications Devices

It may not be possible to identify every standard and rule applicable to the use of electronic communications devices. Employees are therefore encouraged to utilize sound judgment whenever using any feature of the communications systems. In order to offer employees some guidance, the following principles and standards should be clearly understood and followed:

1. <u>Prohibitions Against Harassment and Discrimination</u>. The Company maintains strict policies against unlawful discrimination and harassment based on any characteristic protected by local, state or federal law. These anti-discrimination and anti-harassment policies apply to all employee conduct and extend to the use of the electronic communications systems. For example, the Company strictly prohibits the use of the electronic communications systems to create, send or deliver a message or information that is either harassing or offensive on the basis of any legally protected characteristic, such as race, color, creed, religion, sex, national origin, ancestry, physical disability, mental disability, medical condition, marital status, sexual orientation, military service, pregnancy (as well as childbirth or related medical conditions) or age. This includes off-color, sexual or offensive information that involves or relates to such legally protected characteristics.

2. <u>Prohibitions Against Offensive and Defamatory Conduct</u>. The use of the electronic communications systems to send, transmit, deliver, or invite the receipt of annoying, offensive, defamatory, derogatory or harassing messages or information is strictly prohibited.

TESLA-NLRB - 000020

22-60493.4901

22-60493.4902

EXHIBIT NO. _R-8_ RECEIVED ✓ REJECTED _____

32-CA-197020

CASE NO. _____ CASE NAME: _Tesla, Inc._

NO. OF PAGES: 5 DATE: 9-26-18 REPORTER: DM

3.    <u>Prohibitions Against Sexually-Suggestive Material</u>. The use of the electronic communications systems to disseminate, display, store, transmit, publish, solicit, or purposely receive any pornographic, obscene, or sexually suggestive or explicit material is strictly prohibited.

4.    <u>Prohibitions Against Gambling</u>. The use of the electronic communications systems to participate or engage, directly or indirectly, in any gambling activities or participate in games of chance or risk is strictly prohibited.

5.    <u>Trademark, Copyrights and Licenses</u>. Employees who use the electronic communications systems must honor, respect, and comply with all laws and standards applicable to trademarks, copyrights, patents, and licenses to software and other online information. Employees may not download, upload or copy software or other copyrighted or legally protected information through the communications systems without the prior written authorization of the Vice President of Information Technology.

6.    <u>Proprietary, Confidential and Trade Secret Information</u>. Employees who use the electronic communications systems are strictly prohibited from altering, transmitting, copying, downloading, or removing any proprietary, confidential, trade secret or other information of any company, proprietary software, or other files without proper and legally binding authorization.

7.    <u>Improper Purposes</u>. Employees may not use or allow the electronic communications systems to be used for any purpose that is either damaging to or competitive with the Company, detrimental to its interests, fraudulent, misrepresents your identity or a material fact, or that creates an actual, potential or apparent conflict of interest.

8.    <u>Unauthorized Access.</u> Employees may not share passwords or other confidential information that provides access to the Company's electronic communications systems, except so far as directed by their manager or necessary to perform their job duties. Employees also may not themselves provide other employees or third parties with access to confidential information or unauthorized access to the Company's electronic communications systems. Hacking into the Company's electronic communications systems is strictly prohibited.

9.    <u>Unintended Recipients</u>. Employees may not read, record, copy or listen to messages and information delivered to another person's e-mail or voicemail mailboxes without proper authorization from the messages' recipient, or a Vice President or Executive Officer of the Company. If an employee receives an electronic communication and it is evident that the employee is not the intended recipient, the employee must immediately inform the sender of the fact and/or delete the message from his or her e-mail or voicemail mailbox, whichever is applicable.

22-60493.4903

10. <u>Non-Solicitation</u>. Employees may not use any electronic communications device for improper solicitations or distributions.

11. <u>Safety</u>. Employees may not use any electronic communication device in an unsafe manner, such as while driving on Company business. Employees must comply with all laws regulating the use of cell phones or other communication devices while operating a motor vehicle, including but not limited to any requirement that a driver use a hands-free device while driving and talking on a cell phone.

12. <u>Confidentiality</u>. Employees should identify all communications as "privileged and confidential" or "attorney/client" privilege when it is accurate and appropriate to do so. In this manner, the Company can assert any protections, privileges, and rights relating to communications if it becomes necessary to do so. Such privileges belong to the Company and employees may not waive such privilege without written authorization from a Vice President or Executive Officer of the Company.

**Access**

The Company retains the right and ability to enforce this Policy and to monitor compliance with its terms. While computers and other electronic devices are made accessible to employees to assist them to perform their jobs and to promote the Company's interests, all such computers and electronic devices, whether used entirely or partially on the Company's premises or with the aid of Company equipment or resources, must remain fully accessible to the Company and, to the maximum extent permitted by law, will remain the sole and exclusive property of the Company. All messages, files, information and data that are stored or transmitted using Company equipment, networks, and electronic information systems are considered Company property, regardless of content, whether for business or personal purpose, and may be subject to inspection, search, archival and deletion.

Employees have no expectation of privacy with respect to information transmitted over, received by, or stored in any electronic communications device, server, computer , or other equipment or device ("company equipment and devices") owned, leased, or operated in whole or in part by or on behalf of the Company or used in whole or in part by Employees for Company purposes. The Company retains the right to gain access to any information received by, transmitted by, or stored in any such company equipment or device, by and through its agents, employees, or representatives, at any time, without an employee's or third party's knowledge, consent or approval. The Company reserves the right to use and disclose any electronic communications and any information or material it obtains from its electronic communications systems or company equipment or devices without the permission of, and without providing advance notice to any individual. This right includes the right to make disclosures to law enforcement officials.

22-60493.4904

## Mobile Devices

Any laptops, tablets, smartphones or other mobile devices acquired for or on behalf of the Company are Company property and must be maintained according to Company rules and regulations. Further, all Company information and work created or performed on a laptop, tablet, smartphone or other mobile device used for Company purposes, whether such device owned by the Company or not, is Company property. The device is subject to inspection by the Company at any time without further advance notice and it must be used in a manner that complies with all Company policies as set forth in this Handbook, including the guidelines set forth in this Policy.

Mobile devices containing Company information must be password protected, locked up and stored in a secure location when not in the immediate possession of the authorized user. In addition, the user must return the mobile device immediately upon request of the Company. A user of any mobile device containing Company information must notify their manager immediately if the device is lost, stolen, misplaced, or damaged.

## Compliance is Essential

Employees who violate any aspect of this policy or who demonstrate poor judgment in the manner in which they use any electronic communications device will be subject to disciplinary action, up to and including immediate termination. Employees who have any questions regarding this Policy should bring them to the attention of the Vice President of Information Technology or Human Resources.

R-9



**Anti-Harassment/Discrimination**

The diversity of our employees is a tremendous asset and Tesla is firmly committed to providing a workplace that is free of unlawful discrimination and harassment. Tesla prohibits any verbal, physical, or visual harassment of an employee because of that person's race, color, religion, creed, sex, age, sexual orientation, gender identity or expression, genetic information, national origin, physical or mental disability, medical condition, pregnancy, past or present membership in the uniformed service, application for employment in the uniformed service, Vietnam-era-veteran status, marital status, or any other characteristic protected by federal, state, or local law. Tesla does not consider such conduct to be within the course and scope of employment, and we do not sanction such conduct on the part of any employee, including supervisors or those in management positions.

Sexual harassment refers to a particular form of prohibited conduct. Everyone must be able to work in an environment free from unsolicited and unwelcome sexual overtures. Sexual harassment does not refer to occasional compliments or other generally acceptable social behavior. Rather, sexual harassment refers to behavior that is unwelcomed, offensive, undermines or weakens morale, and interferes with the work environment. You do not need to be the subject of the conduct to consider the workplace hostile; rather, it is sufficient for you to have personally witnessed such offensive conduct.

Following are examples of prohibited conduct:

Sexual Harassment

- Offensive sexually oriented verbal "kidding," jokes, derogatory sexual comments, or abuse;
- Unwelcomed expressions of a sexual nature, including comments about a person's body, dress, clothes, or sexual activities;
- Pressure for sexual activity;
- Offensive physical contact such as touching, patting, punching, and repeated brushing against another person's body;
- Sexually suggestive objects, pictures, recordings, or computer communications, including pornography and sexually suggestive cartoons; and

R-9

22-60493.4907

EXHIBIT NO. R-9 RECEIVED ✓ REJECTED
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.

NO OF PAGES: 4 DATE: 9-26-18 REPORTER: DM

- Demand for sexual favors, accompanied by implied or overt promises of preferential treatment or threats concerning an employee's employment status.

**Other Types of Prohibited Harassment**

- Verbal abuse based on a person's protected-class status;
- Visual conduct such as derogatory posters, photographs, cartoons, drawings or gestures; and
- Written communications containing statements or images that may be offensive to individuals in a protected group, such as racial, ethnic, religious, or age-based stereotypes or caricatures.

**For California Employees:** If you work in California, you may pursue any charge of sexual harassment with the California Department of Fair Employment and Housing and the California Fair Employment and Housing Commission. You may contact the California Department of Fair Employment and Housing at 2014 T Street, Suite 210, Sacramento, California 95814 or at (916) 227-0551.

All supervisors are required to take our anti-harassment training. Supervisors in California are required to take two hours of training concerning Tesla's anti-harassment and anti-discrimination policies every two years.

In addition to all employees, this policy also applies to all contractors, vendors, and customers of Tesla, as well as visitors who enter onto Tesla's premises. Employees who violate this policy will be subject to disciplinary action up to and including termination of employment.

**Reporting Concerns**

If you believe you have been subjected to harassment or discrimination of any kind or if you have witnessed such conduct, immediately report the facts of the conduct to your manager or to a HR representative so that your concern can be investigated promptly and addressed appropriately. Corrective action will be taken where warranted.

All complaints of unlawful harassment and discrimination which are reported to management will be treated with as much confidentiality as possible, consistent with the need to conduct an adequate investigation. The Company prohibits employees from hindering our own internal investigations and our internal complaint procedure.

**Anti-Retaliation Policy**

It is a violation of Tesla policy to fire, demote, harass, or otherwise "retaliate" against anyone who raises in good faith a concern of harassment or discrimination, files a charge with a state or federal agency, or participates in an employment proceeding such as an investigation or lawsuit. Tesla will investigate claims of retaliation and determine the appropriate corrective action, up to and including termination.



# Tesla Non-Solicitation Policy for All U.S. Locations

Solicitation and distribution of literature by non-employees on Tesla property is prohibited.

Solicitation by employees on Tesla property is prohibited when the person soliciting or the person being solicited is on working time.

Distribution of literature by employees on Tesla property in nonworking areas is prohibited during working time.

Distribution of literature by employees on Tesla property in working areas is prohibited at all times.

Working time is the time employees are expected to be working and does not include rest, meal or other authorized breaks.

22-60493.4911

EXHIBIT NO. R-10 RECEIVED ✓ REJECTED _____

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO OF PAGES: 2 DATE: 9-26-18 REPORTER: DA

R-11



In response to recent leaks of confidential Tesla information, we are reminding everyone who works at Tesla, whether full-time, temporary or via contract, of their confidentiality obligations and asking them to reaffirm their commitment to honor them.

These obligations are straightforward. Everything that you work on, learn about or observe in your work about Tesla is confidential information under the agreement that you signed when you first started. This includes information about products and features, pricing, customers, suppliers, employees, financial information, and anything similar.

Unless otherwise allowed by law or you have received written approval, you must not, for example, discuss confidential information with anyone outside of Tesla, take or post photos or make video or audio recordings inside Tesla facilities, forward work emails outside of Tesla or to a personal email account, or write about your work in any social media, blog, or book. If you are unsure, check with your manager, HR, or Legal. Of course, these obligations are not intended to limit proper communications with government agencies.

The consequence for careless violation of the confidentiality agreement, could include, depending on severity, loss of employment. Anyone engaging in intentional violation of the confidentiality agreement will be held liable for all the harm and damage that is caused to the company, with possible criminal prosecution. These obligations remain in place even if no longer working at Tesla.

---

By signing below, I affirm my agreement to comply with my confidentiality obligations to Tesla. I also represent that at no time over the past 12 months have I disclosed any Tesla confidential information outside of Tesla unless properly authorized to do so.

Sign: _____

Print Name: _____

Date: _____

Witnessed by: _____

Print name: _____

If you did not realize the severity of the consequences, Tesla will be providing a one-time complete forgiveness of responsibility, provided that you fully disclose all significant confidentiality violations below:

T E S L A

R-11

22-60493.4912

EXHIBIT NO. R-11   RECEIVED ✓ REJECTED
32-CA-197020
CASE NO._____   CASE NAME: Tesla, Inc.

NO OF PAGES: 2   DATE: 7-26-18   REPORTER: DJ

22-60493.4913

R#12

| From: | Mark Lipscomb |
|---|---|
| To: | Linda Di (狄巧); HR Leaders; Olivier Le Lann; Grace Petre; Kanwal Safdar; Christian Facey; DL-HRP-Global |
| Subject: | **Updated Confidentiality Agreement** |
| Date: | Tuesday, October 11, 2016 6:44:34 AM |
| Attachments: | Updated Confidentiality agreement.docx |

Moving forward, please use the attached Confidentiality Agreement.

As mentioned, ok to have trusted managers oversee signatures (in places where HR cannot get to fast enough e.g. in the field, employees in far off places, etc.!). **Most critical that we get this done this week.**

Will be checking back tomorrow night to see how we are progressing. Please let me know if you have any questions and also please share any ideas/lessons learned with everyone on this email as we get this knocked out.

Thanks everyone.

Mark

22-60493.4914

R-12

22-60493.4915

EXHIBIT NO. R-12 RECEIVED ✓ REJECTED
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.
NO. OF PAGES: 3 DATE: 9-26-18 REPORTER: DH



In response to recent leaks of confidential Tesla information, we are reminding everyone who works at Tesla, whether full-time, temporary or via contract, of their confidentiality obligations and asking them to reaffirm their commitment to honor them.

These obligations are straightforward. Provided that it's not already public information, everything that you work on, learn about or observe in your work about Tesla is confidential information under the agreement that you signed when you first started. This includes information about products and features, pricing, customers, suppliers, employees, financial information, and anything similar. Additionally, regardless of whether information has already been made public, it is never OK to communicate with the media or someone closely related to the media about Tesla, unless you have been specifically authorized in writing to do so.

Unless otherwise allowed by law or you have received written approval, you must not, for example, discuss confidential information with anyone outside of Tesla, take or post photos or make video or audio recordings inside Tesla facilities, forward work emails outside of Tesla or to a personal email account, or write about your work in any social media, blog, or book. If you are unsure, check with your manager, HR, or Legal. Of course, these obligations are not intended to limit proper communications with government agencies.

The consequence for careless violation of the confidentiality agreement, could include, depending on severity, loss of employment. Anyone engaging in intentional violation of the confidentiality agreement will be held liable for all the harm and damage that is caused to the company, with possible criminal prosecution. These obligations remain in place even if no longer working at Tesla.

---

By signing below, I affirm my agreement to comply with my confidentiality obligations to Tesla. I also represent that at no time over the past 12 months have I disclosed any Tesla confidential information outside of Tesla unless properly authorized to do so.

Sign: _____

Print Name: _____

Print Tesla email address: _____

Date: _____

Witnessed by: _____

Print name: _____

If you did not realize the severity of the consequences, Tesla will be providing a one-time complete forgiveness of responsibility, provided that you fully disclose all significant confidentiality violations below:

TESLA

02 — 13

| | |
|---|---|
| **From:** | Mark Lipscomb |
| **Subject:** | Confidentiality Reminder- Quick Request |
| **Date:** | Wednesday, November 2, 2016 6:51:20 PM |
| **Attachments:** | Confidentiality Agreement Guide.pdf |

There are a ton of exciting things happening right now at Tesla and the interest level in what we are doing has never been higher. It's absolutely critical that we maintain strict confidentiality on all internal matters as any leak can have a negative impact on our company.

In order to reinforce the importance of confidentiality, we are asking everyone to sign an updated confidentiality agreement. Most of you have already signed this on paper and we are asking you to do so again electronically in Workday. Moving forward, we will do this on an annual basis.

Please log into your Workday Inbox to complete this very simple task that takes just a minute. (Instructions attached).

It is critical that you **complete this as soon as possible and no later than Monday, November 7th**.

Thank you for helping protect the hard work being performed by everyone at Tesla.

Mark

22-60493.4917

R-13

22-60493.4918

EXHIBIT NO. R-13 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 92618 REPORTER: DM



# Confidentiality Agreement Task

1. Click on your Inbox button in Workday



2. From your inbox task list please select *Confidentiality Agreement:* **Your Name Here**
   a. To read the Confidentiality Agreement click the link labeled Confidentiality Agreement
   b. This will download a pdf of the agreement



3. Once you have read the entire Confidentiality Agreement please click the box next to **I Agree**
4. Click **Submit**

22-60493.4919

R-14



In response to recent leaks of confidential Tesla information, we are reminding everyone who works at Tesla, whether full-time, temporary or via contract, of their confidentiality obligations and asking them to reaffirm their commitment to honor them.

These obligations are straightforward. Provided that it's not already public information, everything that you work on, learn about or observe in your work about Tesla is confidential information under the agreement that you signed when you first started. This includes information about products and features, pricing, customers, suppliers, employees, financial information, and anything similar. Additionally, regardless of whether information has already been made public, it is never OK to communicate with the media or someone closely related to the media about Tesla, unless you have been specifically authorized in writing to do so.

Unless otherwise allowed by law or you have received written approval, you must not, for example, discuss confidential information with anyone outside of Tesla, take or post photos or make video or audio recordings inside Tesla facilities, forward work emails outside of Tesla or to a personal email account, or write about your work in any social media, blog, or book. If you are unsure, check with your manager, HR, or Legal. Of course, these obligations are not intended to limit proper communications with government agencies.

The consequence for careless violation of the confidentiality agreement, could include, depending on severity, loss of employment. Anyone engaging in intentional violation of the confidentiality agreement will be held liable for all the harm and damage that is caused to the company, with possible criminal prosecution. These obligations remain in place even if no longer working at Tesla.

By acknowledging, I affirm my agreement to comply with my confidentiality obligations to Tesla. I also represent that at no time over the past 12 months have I disclosed any Tesla confidential information outside of Tesla unless properly authorized to do so.

T E S L A

R-14

22-60493.4920

22-60493.4921

EXHIBIT NO. R-14 RECEIVED_____ REJECTED_____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 9-26-18 REPORTER: DM

# RE: ER Investigation Recommendation Conversation

Stephan Graminger

Tue 10/17/2017 5:45 PM

To: ShTawney McIntosh <smcintosh@tesla.com>; Juan Martinez <juamartinez@tesla.com>; Ricky Gecewich <rgecewich@tesla.com>;

Please go on as discussed. Peter is aware of it. Thx, Stephan

**From:** ShTawney McIntosh
**Sent:** Tuesday, October 17, 2017 11:23 AM
**To:** Stephan Graminger <sgraminger@tesla.com>; Juan Martinez <juamartinez@tesla.com>
**Cc:** Ricky Gecewich <rgecewich@tesla.com>
**Subject:** ER Investigation Recommendation Conversation

Team,

I need to schedule 30 minutes for the three of us to meet with the employee relations team, however in looking at your calendars I don't show available options that work for the two of you, is it possible to move somethings around to make time available to meet with Ricky?  He is free until 5 pm today.

Kind Regards,

**ShTawney McIntosh | HR**
45500 Fremont Blvd | Fremont, CA 94538 |
T E S L A

The content of this message is the proprietary and confidential property of Tesla Motors, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

Please consider the environment before printing this email

22-60493.4922

R-15

22-60493.4923

EXHIBIT NO. R-15 RECEIVED ✓ REJECTED _____
32-CA-197020
CASE NO: _____ CASE NAME: Tesla, Inc

NO. OF PAGES: 2 DATE: 9-26-18 REPORTER: _____





22-60493.4924

22-60493.4925

EXHIBIT NO. R-16 RECEIVED ✓ REJECTED _____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 9-27-18 REPORTER: DM





22-60493.4926

# GENERAL ASSEMBLY EXPECTATIONS

**Safety**

- Safety is everyone's responsibility.
- Required PPE must be used in all areas except break area, and bullpen as required by the process.
- All near misses, accidents, or injuries need to be reported immediately to Supervisor.
- No sleeping is allowed on the production floor at any time. This is a major safety issue and will not be tolerated.

**Attendance**

- Clock in using the Kronos clock in your area defined by the area Supervisor. It is the team members' responsibility to clock in within the 5 minute window so as not to generate unearned overtime.
- Arrive on time and ready for work, this means at your shift start meeting and wearing all required PPE at the start of your shift.
- Notify your Supervisor by phone at least 1 hour prior to the start of your shift if you will be late or absent.
- Take all rest breaks as scheduled, rest break is 15 minutes. Return back at the work area at the end of 15 minutes [Do not clock out for rest breaks].
- Take all meal breaks at scheduled times, meal breaks are 35 or 45 minutes as scheduled [Clock out at the start of your meal and clock back in when you return to work]. Team members must take their entire scheduled meal break. It is team members' responsibility to take their lunch before 5 hours so as not to generate a meal penalty. Supervisor approval is required to deviate.
- If you have to leave your work area outside breaks/meals, inform your Lead or Supervisor prior to doing so.
- If you need to leave early (prior to your scheduled end of shift), notify your Supervisor prior to doing so.

**Time Off**

- All Time-Off requests need to be submitted in Kronos at least 1 day in advance. Inform your supervisor that you submitted a request.
- The request must be approved before taking time off.
- PTO will be approved on a First Come First Serve basis. The number of team members who can be approved for PTO per day, in each Production area, is defined as follows:

| Work Area | Total Allowed on PTO Each Day |
|---|---|
| T0.5A | 2 |
| T0.5B | 2 |
| T1 | 1 |
| Pano/Door Handle | 2 |
| T2 | 2 |
| T3 | 1 |
| IP | 1 |
| DL | 1 |

| Work Area | Total Allowed on PTO Each Day |
|---|---|
| C1/MOT | 1 |
| SF | 1 |
| C2A | 2 |
| C2B/C3 | 1 |
| F1 | 2 |
| F2 | 2 |

- The number of employees on PTO that can be approved per day in each area is subject to change according to business need.
- If accrued, PTO must be used for days off.
  - Unpaid time off could only be used is cases of: Approved leaves, days when we are not offering work and/or very rare exceptions subject to approval.
- PTO requests will be declined if you do not have enough PTO accrued to cover the requested days off.

**Mutilation Protection**

- Mutilation protection must be worn at all times (no exposed belt buckles, rings, watches, metal rivets on pants, no metal exposed).

TESLA-NLRB-003009

R-17

- Tesla badges must be worn closer to the back side of your hip with the badge itself tucked into your back pocket (if you do not have a back pocket, do not wear it while you work.
- Aprons cannot contain metal objects or objects that can potentially mutilate the cars (pens, metal tools).
- When working inside the vehicle, yoga mats must be used.
- Team wear is mandatory for all team members and leads.
- No food or drink (besides bottled water) allowed in the production area (including all lines & pitches).

**Cell Phones**

- Personal cell phones are not to be used in production areas outside of breaks and meal periods; this includes the using ear buds, headsets, and other hands free devices to talk on a cell phone.
- If you have an emergency that requires use of your cell phone, you must notify your Supervisor or Lead, and move outside of production areas to a safe location to use the phone.
- Cell Phones are never to be used while operating vehicles or riding bikes.
- No phones are to be charging at any line side outlet.

**Music**

- Operating personal media devices are prohibited on the production line.  If you use your cell phone or MP3 to play music, set your play list before stepping onto the Line. Set it up to play until your next break; do not touch it until break or lunch.
- Using ear buds is the only approved method of listening to music; over the head headphones are not permitted.
- Headphone cords must be routed underneath your shirt and out through the collar.
- Only one ear bud is to be used ... cannot use both ear buds.
- Personal media devices should never be taken out in a production area (only during breaks and lunches is it permitted).
- No media devices are to be charging at any line side outlet.

**Equipment**

- Employees must be certified to drive Tesla equipment.
- Employees must adhere to the Tesla Motors on-property Vehicle Driving Guidelines when operating Tesla equipment.
- Scanners, harnesses, laptops, mobile equipment are company property and must be taken care of to keep in proper working order. If the equipment is misplaced, stolen, lost or damaged, it must be reported to the Supervisor immediately.
- Perform equipment calibration, startup, pm as defined / certified to complete.

**5s**

- 5s is everyone's responsibility.
- Stations should be left in the 5s standard condition.
- Down time is clean up time, unless otherwise specified by the area Supervisor.

**Issue resolution (personal and / or professional)**

- Tesla believes in open communication, you can talk to whoever you want to help resolve issues or concerns.  However, please try to resolve issues with you Supervisor or Manager first since they usually understand the situation best.

**Performance**

- Station/Operation certified team members are expected to perform the job correctly (per work instructions/success criteria) in the time allotted.
  - If the line is stopped / not moving, remain productive by:
- Execute downtime events defined by supervisor (i.e.)
  - Review lineside material
  - Inspect vehicles for Quality alert defects
  - Review training documentation
- Do not build out of pitch
- Do not batch build (unless defined by work instructions)
  - Adhere to min / max conditions
- If you're having difficulty, stop the line and ask for help
- Upon station startup confirm all tools, equipment, parts are in working functional order

22-60493.4928

22-60493.4929

EXHIBIT NO. R-17 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 9-27-18 REPORTER: DM

- o   If worn or damaged replace / request a replacement / log equipment down
- Use the tools identified to complete the job

**Corrective Action**

- When performance & or conduct falls below our standards or an employee fails to comply with policies, procedures, or these expectations, corrective action measures will be taken.  Please consult the Human Resources webpage for more details about Performance Concerns and Corrective Action.

**General Assembly Values**

- Purpose
- Integrity
- Teamwork
- Commitment
- Continuous improvement

TESLA-NLRB-003011

| | |
|---|---|
| **From:** | Mario Penera |
| **To:** | Kevin Saccullo, Kyle Martin, Paris Burton, Trey Farmer, Ventura Diaz |
| **Cc:** | Rose Sanson, Ross Burgess, Gregory Page |
| **Subject:** | FW: GA Expectations Draft |
| **Date:** | Wednesday, October 25, 2017 10:21:09 AM |
| **Attachments:** | 2017 General Assembly Expectations.docx |
| **Importance:** | High |

Please get this out. Have copies available for all your associates. Great topic to discuss at the next significant downtime event.


Mario Penera

510-449-5766

R-18

22-60493.4931



**Tesla's Mission: "Accelerate the world's transition to sustainable energy"**

## <u>General Assembly Expectations</u>

We're Tesla. We're changing the world. We're willing to rethink everything. In keeping our mission and meeting production goals, we must do everything in our power to increase safety, invest in people, improve quality, and cultivate a productive and inclusive environment.

At Tesla, the people drive the culture. We must commit to high standards in Safety, People, Quality, Rate, and Cost.

1. **<u>Safety:</u> We want everybody to go home every day in the same condition they arrived. Safety is everyone's responsibility and it starts with you.**
   - Report all safety related incidents, including near misses, regardless of the severity, *immediately.*
   - Personal Protective Equipment (PPE) must be worn at all times on the production line. *There is no exception to this rule.*
     - Safety shoes and glasses are required to be worn at all times on the production floor. Bump caps, gloves, and aprons may also be required in specified areas. Long hair must be tied back.
   - <u>Team Wear:</u> It is mandatory that all Production Associates and Leads wear the assigned team wear.
     - On occasion, team wear may be substituted with all black clothing if approved by supervisor.
     - Alternative clothing must be mutilation free, work appropriate and pose no safety risks (no zippers, yoga pants, hoodies with hood up, etc.).
   - Be accountable for your *own* safety. Being safety conscious and complying with all safety policies and procedures is the best way to create a safety culture.
     - Utilize pre-cautions such as visual and verbal notifications, as well as safety pre-checks.
     - Sleeping on the production floor is *not permitted*
   - Operating equipment *requires* the proper training and certifications. Remember the following:
     - Employees *must* be certified to drive and/or operate Tesla equipment.
     - Employees *must* adhere to the Tesla on-property Vehicle Driving Guidelines.
2. **<u>People:</u> Everyone at Tesla is a valuable asset. As such, we must create and sustain a culture of safety and inclusivity whereas everyone is able to do their best and contribute to Tesla's mission.**
   - <u>Conduct:</u> Discrimination and harassment have no place at tesla. Always be polite and professional and treat others with respect; *Think twice before you act.*
   - <u>Attendance:</u> Your participation and timeliness is imperative to the success of Tesla. Unscheduled absences have a negative impact on everyone. Follow these steps when unforeseen events occur:
     - Notify your Supervisor by phone at least 1 hour prior to the start of your shift if you will be late or absent.
     - Ensure accurate timekeeping during your shift, report any discrepancies to your Supervisor.
     - On-time arrival means you are ready to work, with all PPE worn, at the start of your shift.
     - Refer to the Attendance Policy for additional information.
   - <u>Time-off Requests:</u> All Time-off requests must be submitted in Kronos at least 1 day in advance. Requests must be approved before taking time off.
     - PTO will be approved on a First Come First Serve basis and the number of employees approved for PTO per day in each area is subject to change and is set by the supervisor.
     - If accrued, PTO will be used for all tardy/missed days. Without PTO, tardies and/or absences will result in an occurrence.
     - Borrowing PTO or unpaid time off will not be allowed unless for a company wide shut down or special circumstances, when approved.
   - <u>Cell Phones and Music:</u> We understand that cell phones are an integral part of our society, including the workplace; however this is a privilege, not a right. Remember, this is a production line: any distractions may result in a safety incident.
     - Personal devices and cell phones may *not* be used on the production line, except when playing music. You must comply with the following guidelines.
     - ***Failure to comply with any of these expectations may result in disciplinary actions that can result in termination.***

     TESLA-NLRB-003102

22-60493.4933

EXHIBIT NO. R-18   RECEIVED _____ REJECTED _____

32-CA-197020

CASE NO. _____   CASE NAME: Tesla, Inc.

NO. OF PAGES: 4   DATE: 9-27-18   REPORTER: DM



**Tesla's Mission:** **"Accelerate the world's transition to sustainable energy"**

1. Do not charge your phone at any line side outlet
2. Electronic devices may *never* be used while operating vehicles.
3. Ear buds (1 side only) are the only approved method for listening; *No* over the head headphones.
4. No scrolling. Set music to play until your next break.
5. Headphone cords must be routed underneath shirts.
- Phone and music privileges may be take away at the discretion of the supervisor.
o <u>Communication:</u> Timely communication of production issues is critical to the success of operations, and ultimately, Tesla's mission.  We believe in open communication. However, to avoid delayed responses, please try to resolve issues or concerns with your immediate supervisor or manager.

**3.** **Quality:** **Quality is everybody's responsibility. Everyone must do their part to ensure the highest quality vehicles.**
o Do *not* accept, create, or pass a defect. If you find a defect or have a question about a potential defect, contact your lead or supervisor.
o <u>Mutilation Protection:</u>
- No exposed belt buckles, rings, watches, necklaces, metal rivets on pants, or other metal exposed on the production line. Cover with protection or do *not* wear.
- Tesla Badges *must* be covered or tucked in.
- Aprons *cannot* contain objects that can potentially mutilate the car, such as pens or metal tools.
- Yoga mats, seat covers, or equivalent *must* be used when working inside a vehicle.
- Ensure mutilation protection for vehicles is always used when available.
- Ensure all tools are properly covered, where possible. Notify your Lead or Supervisor if covers are damaged or missing.

**4.** **Rate:** **To achieve our production goals, we must complete vehicles both with high quality and at the target rate.**
o Continuously improve your pitch and execution of work. If you think of a better way for something, *say something!*
o Remember 5S: Sort, Set in order, Shine, Standardize, and Sustain.
- Ensure all stations are in 5S standard condition at the beginning and end of your shift.
- Only bottled water is allowed in the production area.
- Keep your pitch clear of trash and debris.
o During downtime, follow your Lead's or Supervisor's guidance for downtime activities. This could include cleaning your area, reviewing work instructions, or other tasks.

**5.** **Cost:** **Managing Kronos is your responsibility. Our company cannot afford to waste money. These procedures must be followed in accordance with State and Federal law; this will ensure Tesla stays in compliance with the applicable law.**
o Clock-in at your designated area Kronos device 5 minutes or less before your shift.
o Take all rest breaks as scheduled; do *not* clock out!
o Take all scheduled meal breaks with the rest of your team; you *must* take the meal breaks that align with your meal waiver. Check with your supervisor or refer to the Work Schedule and Rest Break Policy.
o Do *not* leave your work area outside scheduled breaks without consent from your lead/supervisor.
o Overtime *must* be pre-approved.
o Scanners, harnesses, laptops, radios, and mobile equipment are Tesla property; if the equipment is misplaced, stolen, lost or damaged, it is your responsibility to report it to your Supervisor immediately.


The theme of these expectations is simple: just behave like the sort of person you want as your coworker. Only together can we help transition the world to sustainable energy, while also delivering quality vehicles. Be proud to be a part of Tesla. We want you to work hard, be safe, love what you do, and have fun. Thank you for devoting your time and energy into making Tesla the best, safest place to work!

*Failure to comply with any of these expectations may result in disciplinary actions that can result in termination.*

TESLA-NLRB-003103

*Q-19*

# OVERVIEW OF BADGING SOP

**Opening up Badging**

- Unlock badging office door. Key is located on the side of the small white file cabinet underneath the HP printer.

**Check emails for afterhours requests.  Look out for updated insurance.**

- When checking emails, look for badge extension or access that needs to be added onto a badge.
- Badging officer and CRO co-ordinate with each other with emails.  For important emails, whom ever can respond to first will (example: request from a VP and/or emergency access)

## New Hire Orientation (Typically Mondays)

- One Officer takes pictures for NH at Check In.
- If possible, pre-make the badges when we receive the list of New Hires from HR instead of waiting for the pictures, this greatly speeds the process.
- When creating a badge check Lenel to see if we already have a profile for them, (this is a possibility if they are one of the following: Rehire, conversion, intern). Otherwise, create a profile and add the following.
    - In [Notes] - enter in their department
    - In [Tesla Contact] – their manager
    - In [Department] – Tesla
- On the NH Orientation spread sheet, please enter in their Legal name (shortened forms of their legal name is ok, ie Nick for Nicholas or Sam for Samuel).
- Run the newly assigned badges through the reader to make sure none are demagnetized.
- Use the same NH Orientation spread sheet to enter the NH's badge # in.
- Send the spread sheet to Payroll.
- Hand new Badges over to NH personnel to distribute.

*R-19*

22-60493.4936

EXHIBIT NO. R-19 RECEIVED ✓ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 1 DATE: 9-27-18 REPORTER: NM

# Making a badge:

## TESLA ASSOCIATES (Temp Badges or Replacement Badges):

Associates will occasionally forget or lose their badges. All personnel are required to have a badge to access the facility (the only exception being Delivery Drivers who instead must show ID and be logged in). To issue temp badges, follow the below procedures.

- If they say "I lost my badge", ask them how long ago and where was it last seen? (skip this step if they indicate that they simply forgot their badge).
- Verify their identity (Check driver's License).
- If they said it got stolen in the car or lost it somewhere which it will not be possible to obtain again, deactivate old badge immediately and leave a note that badge was reported Stolen, not to be re-activated.
- If they say it might be somewhere at home or in the facility somewhere, de-activate their current badge and issue a temp badge for 1 week. If Badge is not found in a week, issue a replacement.
- **DO NOT DE-ACTIVATE THE PICTURE BADGE OF ANY VPs WHEN ISSUING A TEMP BADGE FOR THEM!**
- **New** Tesla Employees should attend orientation before they get a badge from us.
- Exception for the above is if HR or their manager (verify that in internal directory) send us an email or is with them in the badging office.

## Inactive Badges:

- If an employee's badge is inactive or suspended, check for notes on the profile explaining why, follow any special instructions listed in the notes section for this person.
- If no notes are present, confirm with HR that they are still an active employee, if they are still active, go ahead and extend the badge.
- Please note that the system will automatically suspend badges that are **not used** within a certain time period (time period varies depending on the badge type). Employees working at locations that do not have badge readers for an extended period of time will run into this problem when they return. The current setting for Employee badges is 45 days.

TESLA-NLRB - 000065

## CONTRACTORS/VENDORS (New & Temp or Replacement Badges):

## Insurance:

- A certificate of insurance (COI) should be submitted to security before the Tesla Contact can make a request.
- The requirements are a minimum of $1 million in **General liability, Auto Liability, and Worker's Compensation (WC may not be applicable depending on where the company is based, ie Europe Based companies often have state sponsored Health Care)**.
- The insured will only cover whomever that are listed in the [insured] section.
  - ○ NOTE: All sub-contractors are required to have their own certificate of insurance submitted to security unless it is stated that the sub-contractors (with their name stated) are covered onto the main contractor's insurance.
- The insured must be listed on the [insured] field.  If they are DBA (Doing Business As), it must be revised to list both names and have a DBA.
- DESCRIPTION OF OPERATION: Tesla needs to be added on as an additional insured to General liability and Auto liability (Auto is only if applicable) and stated as such.
- If the insurance certificate is expired, a new certificate must be provided.

## Issuing a New Badge:

- First, confirm their Identity. Acceptable ID is any current Govt. Issued Picture ID (Driver's License, Passport, Military ID and similar). Failure to produce ID is grounds to not allow access to the site.
- Check email to see if there was a **request or approval from a Tesla Employee**.
- We need an approval from a Tesla employee stating the contractor's name, company, duration of assignment and any extra excess level if necessary. If a Tesla Employee has not submitted the request, then access will not be given to the site.
- Make sure that their __insurance__ is up to date.
- Check for General, Auto, and Worker's compensation.
  - ○ All of the above requirements must be up to date.
  - ○ Auto liability is required only if applicable (going to Alpha Gate).
- CC' the Security's Manager if they are not attached to the email already.
- If they are a Contractor and are here **long term**, i.e. over 2 weeks, make them a picture badge (**Fre_Tesla Contractor**).
  - ○ Contractor badges are for anyone that is coming onto the site for **fabrication, installation, and construction/demolition services.**

22-60493.4938

- If a Supplier/Vendor and they are here **long term**, i.e. over 2 weeks, make them a picture badge (**Fre_Tesla Supplier**).
  - Supplier badges are for anyone that is coming in to do **inventory, sorting, inspection, supplying, or sale services**.
- Make sure everyone has a picture in their Lenel profile regardless of temporary or long term access.
- West Valley/Volt employees are the only exception to make extension/badge request for new contractors without a Tesla Employee's approval.

## Contractors badge extension:

When a contractor's badge has expired, check for:

- Email to see if there is a request to extend from their Tesla contact.
- Check insurance to see if it is still up to date. If it is not up to date, request a new certificate.
- If no extension request is present, ask for an update from the Tesla contact. The badge should not be extended until we receive a request from the Tesla contact confirming that the Contractor's badge needs to be extended.

## Temp Badges and Replacement Badges:

- Verify their identity (Check driver's license or other ID).
- If they said it got stolen in the car or lost it somewhere which it will not be possible to obtain again, deactivate old badge immediately and leave a note that badge was reported Stolen, not to be re-activated.
- If they say it might be somewhere at home or in the facility somewhere, de-activate their current badge and issue a temp badge for 1 week. If Badge is not found in a week, issue a replacement.
- There is a $25 replacement fee for Contractor Badges if lost (over a week) or destroyed. Badges that stop working but are otherwise undamaged will not be charged for.

## Inactive Badges:

- If a Contractor's badge is inactive or suspended, check for notes on the profile explaining why, follow any special instructions listed in the notes section for this person.
- If no notes are present, confirm with their Tesla contact that they are still actively working at the site. If they are still active, go ahead and extend the badge.

22-60493.4939

- Please note that the system will automatically suspend badges that are **not used** within a certain time period (time period varies depending on the badge type). The current setting for Contractor Picture badges is 14 days and 7 days for Temp badges.

# Modifying Access Levels:

Each Badge type has a predetermined level of Access, sometimes additional access levels will need to be added that require approval from specific Managers/Directors. Person's requesting these access levels must send the request via e-mail.

- Look at the list for Authorization list for who has authority to grant access, make sure they are cc'd on the request, if they are not, forward the e-mail to the appropriate persons.
- If a VP wants access or wants to give someone access to a certain location, give it to them but also e-mail the Security Manager of what is going on.
- If a Director wants access or give someone access, if it is reasonable (i.e. they oversee that area and the Manager in charge of said area), give it to them and advise the Security Manager. If uncertain whether it is reasonable, call Security Manager and confirm first.

## Key Control:

- In some cases, certain areas are physically locked down, either in addition or in lieu of Badge Readers. Associates requesting keys to these areas must receive approval from the Manager overseeing that area. Security will issue these keys only to associates that have this approval and will track which keys have been assigned to each person.
- Lost or damaged keys must be reported to Security immediately.
- It is ultimately the Manager's responsibility to make sure all keys are recovered from their associates if the leave the company.

**Vehicle Access:**

- No Associates should have vehicle access unless it is approved by the Security Manager.
- If they are making a delivery, log them in as a delivery and give them a reasonable length of time to stay depending on what they are actually delivering.
- Contractors, VEHICLE ACCESS IS NOT FOR THEIR CONVENIENCE!!!!

22-60493.4940

- Ask them what type of work they are doing, can they carry their tools in by hand instead of driving in? If they do not NEED to drive in then they shouldn't.
- Ask if it is a company's vehicle or personal? (if personal, check insurance to see if it covers "any auto", if it doesn't then they may not have access). In general, personal vehicles are usually not allowed.
- All contractor vehicles must be marked, even if it is just a sign placed on the dash while inside the rear yard.

# Insurance requirements

- General Liability- $1M Minimum
- Auto Liability-$1M Minimum
- Worker's Compensation-$1M Minimum
- In the box of description, Tesla need to be listed as an additional insured
- Tesla Motors, Inc. with Fremont address need to be in the certificate holder

## Adding a company name to department list

-Under Administrator tab, click on List builder.

-On list, click on department to add, modify or delete.

-List as it is on the certificate of insurance or instructed otherwise.

**Making a badge**

**Cardholder:**

- **First, Last, Middle (if possible)**
- **Department: (put their company's name)**
- **Tesla Contact: Who their Tesla contact is/the requester.  If it is a TM, than their manager's name if possible.**
- **Office Phone: ehs/nda and the date it was sign.**

22-60493.4941



**Badge:**

- **Badge Type: What type of badge to assign the TM/Contractors**
- **Badge ID: First 5 digit on the back of the badge.**
- **Deactivate: Default deactivation dates**
  - **Tesla – 10 years**
  - **TM Temp- 2 days**
  - **Fre_Contractor- 30 days**
  - **Fre_ Contractor Temp-1 day**

TESLA-NLRB - 000070



22-60493.4943

R -20

| From: | Ian McEwen |
|-------|-----------|
| To: | Samuel Ali; David Connolly; Nanette Jacoby (04420) |
| Cc: | Angel.Kobus@securitasinc.com |
| Subject: | Re: Tesla Passdowns Week Ending Friday 2/10/17 |

1. Natalie Pacheco was late again this morning. She arrived at 0711 hours and did call ahead.
2. The golf cart is parked at D-25-1 so I haven't been able to get it on a charger.
3. The Model S has been returned and the TPS computer appears to have been replaced.
4. Bryan Delgado-Garcia finished his training today. I ordered his credentials and assigned him unit #46.
5. Day shift officer Tyler Bagliere left early again today. He departed at 0930 hours after his illness worsened. I got Rafael Bautista to early in.
6. Anthony Burnett called asking if there was an opening tonight. I gave him the open breaker #2 spot. If there any grave call offs tonight we are fully staffed and don't have to panic about an open.
7. Patrol 1 was washed today. Now that the rain is done let's get the cars cleaned inside and out. I spoke with Jeremie about getting professional detailing done on the cars. He's going to get us more soap as well. I'll keep you posted.
8. We have been getting a ton of alerts from pump house 2 and 3 as well as system 122 at the fire shop. They suspect a damaged line and are trying to trace the problem.
9. For the Union representatives that are on site Greg has asked that we ID them only a this time. We are not to interfere. They are employees and can be on site. He advised this morning that he would be speaking to Arnon to see what HR wants to do. No update yet.

Have a great weekend!

**Ian McEwen** | **Account Manager, Securitas Security Services USA Inc.**
Tesla Motors | 45500 Fremont Boulevard | Fremont, CA 94538
(408) 239-3903 cell | imcewen@tesla.com



**From:** Samuel Ali
**Sent:** Friday, February 10, 2017 6:26:53 AM
**To:** David Connolly; Ian McEwen; Nanette Jacoby (04420)
**Subject:** Re: Tesla Passdowns Week Ending Friday 2/10/17

Hello Team,

22-60493.4944

R-20

22-60493.4945

EXHIBIT NO. R-20 ____ RECEIVED ____ REJECTED ____
32-CA-197020
CASE NO. _____ CASE NAME: Test91,Inc.

NO. OF PAGES: 3 DATE: 7-27-18 REPORTER: JM

1. I went ahead and printed out the Grave Shift Schedules for Friday Night, and Saturday Night. They're at the front desk next to the door when you walk into the security room.

2. We had Union advocates at Door #1, Door #2, and Door #3. A copy of the flyers is in the Control Room. These union supporters are Tesla Employees, so it made the situation a little difficult.

3. Collected the time sheets and placed them on your desk, Ian.

4. Still waiting for the Model S, at the Service Center. I believe it should be ready today.

5. **Security Officer Lily Azadzoi** will hold over for one of the two open posts on Day Shift. I was unable to get any other additional hold over at this time.

No other passdowns at this time.

Thank you,
**Samuel Ali**
**Grave Shift Supervisor**

---

**From:** David Connolly
**Sent:** Thursday, February 9, 2017 9:56:45 PM
**To:** Ian McEwen; Samuel Ali; Nanette Jacoby (04420)
**Subject:** Re: Tesla Passdowns Week Ending Friday 2/10/17

8. Also, Ian, the supervisor phone is not sending out emails. Can you look into it when you come in please?

**David Connolly | Field Supervisor, Securitas Security Services USA Inc.**
Tesla Motors I 45500 Fremont Boulevard I Fremont, CA 94538
(408) 205-4671 cell | Dconnolly@teslamotors.com

---

**From:** David Connolly
**Sent:** Thursday, February 9, 2017 9:52:25 PM
**To:** Ian McEwen; Samuel Ali; Nanette Jacoby (04420)
**Subject:** Re: Tesla Passdowns Week Ending Friday 2/10/17

1. Had an agitated and hostile employee at M-22-1 first floor that had to be escorted out and termed. Surprised a BOLO hasn't been made yet honestly

TESLA-NLRB-003034

R ~ 21

| | |
|---|---|
| **From:** | Gregory Slettvet |
| **To:** | Security-All |
| **Cc:** | Andrew Ceroni; Jeremie Hansen; Rickey Hofrichter; Carlos Serrano; Sack Nomany; Shaun Devine |
| **Subject:** | Union activities |
| **Date:** | Friday, September 15, 2017 6:58:58 AM |
| **Attachments:** | image001.gif |

All, please see below on what to do/react in case your site has Union activities. Also, make sure the contract security is also aware. If you see anyone in the parking lots handing out flyers, t-shirts, asking to sign paperwork, etc. just make sure they are a Tesla employee, you can ask to see their badge. They are free to engage in these activities if they are Tesla employees and on Tesla property. If they refuse to show a badge then it's ok to assume they are not an employee and they are trespassing. Please make sure everyone knows the proper procedure in dealing with these types of incidents.

Please let me know if you have any questions.

Thanks

As a reminder here are the expectations when these types of activities are occurring:

We expect associates to be on the line and in their workstation unless they are on break. Tesla is committed to preserving the right of its employees to make important decisions regarding union representation – whether in favor or in opposition to the union – on their own. Employees have a fair mechanism under the law to decide whether or not they want a union. Here are some key points should associates in your area participate:

*     They should not act in an unsafe manner, block aisles, exits or impede the flow of traffic in the factory or in the parking lots
*     Please inform associates that if they leave the line they will not be paid for that time away from the line and remember they should not be clocked in if not working; please work with your HR partner before taking any disciplinary action
*     There is a time and place to express opinions. Tesla is committed to providing a work environment that supports employees and looks forward to working together to make Tesla a great place to work.

Greg Slettvet  | Corporate Security / Fire
45500 Fremont Blvd. |  Fremont, CA 94538
d  510.249.3177  | c  650.222.2164 |  e  <mailto:gslettvet@teslamotors.com> gslettvet@teslamotors.com

 <http://www.teslamotors.com/>

TESLA-NLRB-003045   R-21

22-60493.4948

EXHIBIT NO. R-21 RECEIVED _____ ✓ _____ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc

NO. OF PAGES: 2 DATE: 9-27-18 REPORTER: DN

| Location | Cross Streets |
|---|---|
| DOOR 2, 1 MAIN PLANT | FRONTAGE RD |

| Incident Type | Call Taker |
|---|---|
| TRESSPAS - TRESSPASSER | DORK, BO |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map |
|---|---|---|---|---|---|---|
| 2/10/2017 | 3 | U27 | | | | |

| Caller Name | Caller Address |
|---|---|
| HUNTER, NATALIE | Securitas |

| Dispositions | Weapon |
|---|---|
| Log Note Only | |

| Vehicles | Associated Incidents |
|---|---|
| | |

**Incident Times**

| | |
|---|---|
| Received | 04:22:26 |
| Created | 04:23:03 |
| Dispatched | 04:26:06 |
| En Route | 04:26:06 |
| On Scene | 04:26:10 |
| Closed | 04:40:42 |
| Rcvd-Closed | 18:16 |

**Special Circumstances**

**Persons**

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | |
|---|---|---|---|---|---|---|
| U27 | Ono, Gary | 04:26:06 | 04:26:06 | 04:26:10 | 04:40:42 | |

**Incident Comments**

reported there are people outside of door 2 passing out flyers.

| TIME | # | EVENT |
|---|---|---|
| 04:23:03 | 1 | Incident initiated at Door 2, 1 Main Plant, Fremont |
| 04:26:06 | 2 | U27 ENRT. Door 2, 1 Main Plant, Fremont |
| 04:26:10 | 3 | U27 ONSCEN. |
| 04:26:59 | 4 | U27 unions collecting signature |
| 04:40:42 | 5 | U27 10-8. Disposition LN |
| 04:40:42 | 6 | U27 Closed - Disposition LN |
| [ 5/15/2017 ] | | |
| 13:18:22 | 7 | Incident type changed from INFO to TRESSPAS |

R-22

TESLA-NLRB - 000077

22-60493.4949

R-22
pg.1

EXHIBIT NO. _R-22_ RECEIVED_____ REJECTED _____
32-CA-197020
CASE NO._____ CASE NAME: _Tesla, Inc._

NO. OF PAGES: _3_ DATE: _9-27-18_ REPORTER:_____

## CAD INCIDENT REPORT
### 170210006

| Location DOOR 2, 1 MAIN PLANT | | Cross Streets FRONTAGE RD | City FREMONT | |
|---|---|---|---|---|
| Incident Type TRESSPAS - TRESSPASSER | | Call Taker DORK, BO | Dispatcher DORK, BO | |

| Date 02/10/2017 | Priority | Primary Unit U27 | Beat | Fire Zone | Area | Map | Source TELEPHONE CALL |
|---|---|---|---|---|---|---|---|

| Caller Name HUNTER, NATALIE | | Caller Address | | Caller Phone |
|---|---|---|---|---|
| Dispositions Log Note Only | | Weapon | Alm Level | Case Number |
| Vehicles | | Associated Incidents | | |

| Incident Times | | Special Circumstances |
|---|---|---|
| Received | 04:22:26 | |
| Created | 04:23:03 | Persons |
| Dispatched | 04:26:06 | |
| En Route | 04:26:06 | |
| On Scene | 04:26:10 | |
| Closed | 04:40:42 | |
| Rcvd-Closed | 18:16 | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| U27 | Ono, Gary | 04:26:06 | 04:26:06 | 04:26:10 | 04:40:42 | 00:04 | 14:32 | 14:36 |

**Incident Comments**

reported there are people outside of door 2 passing out flyers.

22-60493.4951

R-22

pg-2

## TESLA FIRE AND SECURITY

### CAD INCIDENT REPORT
### 170524003

| Location | | | | | Cross Streets | | |
|---|---|---|---|---|---|---|---|
| TESLA, 45500 FREMONT BLVD | | | | | | | |

| Incident Type | | | | | Call Taker | | |
|---|---|---|---|---|---|---|---|
| INFO - INFORMATION | | | | | DE LA CRUZ, FELIPE | | |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map |
|---|---|---|---|---|---|---|
| 05/24/2017 | 3 | | | | | |

| Caller Name | Caller Address |
|---|---|
| DE LA CRUZ, FELIPE | 45500 Fremont Blvd |

| Dispositions | Weapon |
|---|---|
| Checks Ok | |

| Vehicles | Associated Incidents |
|---|---|
| | |

| Incident Times | | Special Circumstances |
|---|---|---|
| **Received** | 05:21:00 | |
| **Created** | 05:24:37 | |
| **Dispatched** | | **Persons** |
| **En Route** | | |
| **On Scene** | | |
| **Closed** | | |
| **Rcvd-Closed** | N/A | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | |
|---|---|---|---|---|---|---|

**Incident Comments**

michael catura (35176)

branton phillips (17480)

jose moran (34810)

non employess also passinging out flyers

| TIME | # | EVENT |
|---|---|---|
| 05:24:37 | 1 | Incident initiated at Tesla, 45500 Fremont Blvd, Fremont |
| 05:24:37 | 2 | Address not valid for street: 45500 Fremont Blvd |
| 05:34:02 | 3 | Incident comments changed |
| 23:30:31 | 4 | Closed - Disposition OK |

R-23

TESLA-NLRB - 000080

R-23
pg. 1

22-60493.4953

EXHIBIT NO. R-23 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc

NO. OF PAGES: 3 DATE: 7-27-18 REPORTER: DM

# CAD INCIDENT REPORT
## 170524003

| Location TESLA, 45500 FREMONT BLVD | Cross Streets | City FREMONT |
|---|---|---|

| Incident Type INFO - INFORMATION | | Call Taker DE LA CRUZ, FELIPE | Dispatcher |
|---|---|---|---|

| Date 05/24/2017 | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source TELEPHONE CALL |
|---|---|---|---|---|---|---|---|

| Caller Name DE LA CRUZ, FELIPE | Caller Address | | Caller Phone |
|---|---|---|---|

| Dispositions Checks Ok | Weapon | Alm Level | Case Number |
|---|---|---|---|

| Vehicles | Associated Incidents |
|---|---|

| Incident Times Received 05:21:00 Created 05:24:37 Dispatched En Route On Scene Closed Rcvd-Closed  N/A | Special Circumstances |
|---|---|
| | Persons |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|

**Incident Comments**
michael catura (35176)
branton phillips (17480)
jose moran (34810)

non employess also passinging out flyers

R-283

# TESLA FIRE AND SECURITY

## CAD INCIDENT REPORT
### 170524095

| Location | Cross Streets |
|---|---|
| ADMIN. PARKING LOT, 1 TESLA | |

| Incident Type | Call Taker |
|---|---|
| INFO - INFORMATION | HANSEN, JEREMIE |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map |
|---|---|---|---|---|---|---|
| 05/24/2017 | 3 | | | | | |

| Caller Name | Caller Address |
|---|---|
| QUIROZ, MARTY | Protection Specialist |

| Dispositions | Weapon |
|---|---|
| Log Note Only | |

| Vehicles | Associated Incidents |
|---|---|
| | |

| Incident Times | | Special Circumstances |
|---|---|---|
| Received | 16:40:08 | |
| Created | 16:40:51 | Persons |
| Dispatched | | |
| En Route | | |
| On Scene | | |
| Closed | | |
| Rcvd-Closed | N/A | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | I |
|---|---|---|---|---|---|---|

**Incident Comments**

Michael Sanchez handing out flyers around 1400

| TIME | # | EVENT |
|---|---|---|
| 16:40:51 | 1 | Incident initiated at Admin. Parking Lot, 1 Tesla, Fremont |
| 16:41:37 | 2 | E1 confirmed Tesla employee, allowed to hand out flyers |
| 16:41:45 | 3 | Closed - Disposition LN |

TESLA-NLRB - 000078

22-60493.4955

R-24
pg.1

EXHIBIT NO. R-24 RECEIVED ✓ REJECTED
32-CA-197020
CASE NO. CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 9-27-18 REPORTER: DM

EXHIBIT NO. R-24 RECEIVED ✓ REJECTED
32-CA-197020
CASE NO. CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 9-27-18 REPORTER: DM

22-60493.4956

# TESLA FIRE AND SECURITY

## CAD INCIDENT REPORT

### 170524095

09/28/2018

| Location | | | | Cross Streets | | | City | |
|---|---|---|---|---|---|---|---|---|
| ADMIN. PARKING LOT, 1 TESLA | | | | | | | FREMONT | |

| Incident Type | | | | Call Taker | | | Dispatcher | |
|---|---|---|---|---|---|---|---|---|
| INFO - INFORMATION | | | | HANSEN, JEREMIE | | | | |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source | |
|---|---|---|---|---|---|---|---|---|
| 05/24/2017 | | | | | | | TELEPHONE CALL | |

| Caller Name | | Caller Address | | | Caller Phone |
|---|---|---|---|---|---|
| QUIROZ, MARTY | | | | | |

| Dispositions | | Weapon | Alm Level | Case Number |
|---|---|---|---|---|
| Log Note Only | | | | |

| Vehicles | Associated Incidents |
|---|---|
| | |

| Incident Times | | Special Circumstances |
|---|---|---|
| Received | 16:40:08 | |
| Created | 16:40:51 | Persons |
| Dispatched | | |
| En Route | | |
| On Scene | | |
| Closed | | |
| Rcvd-Closed | N/A | |

| Unit Times | Officer | | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Incident Comments**

Michael Sanchez handing out flyers around 1400

22-60493.4957

R-2 4
Pg.2

| TESLA FIRE AND SECURITY | | Page 1 |
|---|---|---|
| **CAD INCIDENT REPORT** **170222054** | | 09/19/2018 |

| Location A GATE - VEHICLE, 1 TESLA | | Cross Streets | City FREMONT | | |
|---|---|---|---|---|---|

| Incident Type INFO - INFORMATION | | Call Taker GONZALEZ, ANTHONY | Dispatcher GONZALEZ, ANTHONY | |
|---|---|---|---|---|

| Date 02/22/2017 | Priority 3 | Primary Unit U68 | Bent | Fire Zone | Area | Map | Source O |
|---|---|---|---|---|---|---|---|

| Caller Name | | Caller Address | | Caller Phone |
|---|---|---|---|---|

| Dispositions Report Taken, Report Taken | | Weapon | Alm Level | Case Number |
|---|---|---|---|---|

| Vehicles | Associated Incidents |
|---|---|

| Incident Times | | Special Circumstances |
|---|---|---|
| Received | 16:51:31 | |
| Created | 17:05:56 | Persons |
| Dispatched | | |
| En Route | | |
| On Scene | 17:05:56 | |
| Closed | 17:49:54 | |
| Rcvd-Closed | 58:23 | |

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|
| U68 | Roberson, Darmeshia | | | 17:05:57 | 17:49:54 | | 43:57 | 43:57 |
| U47 | Pratt, James | 17:06:05 | 17:06:05 | 17:06:08 | 17:49:54 | 00:03 | 43:46 | 43:49 |
| FPD1 | FPD1 | 17:16:33 | 17:16:33 | 17:17:59 | 17:49:54 | 01:26 | 31:55 | 33:21 |

**Incident Comments**
Union Rep Refusing to leave

| TIME | # | EVENT | BY |
|---|---|---|---|
| 17:05:57 | 1 | U68  Incident initiated at A Gate - Vehicle, 1 Tesla, Fremont | A. Gonzalez |
| 17:05:57 | 2 | U68  ONSCEN. A Gate - Vehicle, 1 Tesla, Fremont | A. Gonzalez |
| 17:06:05 | 3 | U47  ENRT. A Gate - Vehicle, 1 Tesla, Fremont | A. Gonzalez |
| 17:06:08 | 4 | U47  ONSCEN. | A. Gonzalez |
| 17:10:11 | 5 | Per Greg PD has been called due to Union Rep Ben Rivera is refusing to leave | A. Gonzalez |
| 17:16:33 | 6 | FPD1  ENRT. A Gate - Vehicle, 1 Tesla, Fremont | A. Gonzalez |
| 17:17:59 | 7 | FPD1  ONSCEN. | A. Gonzalez |
| 17:49:54 | 8 | FPD1  10-8. Disposition RT | A. Gonzalez |
| 17:49:54 | 9 | U47  10-8. Disposition RT | A. Gonzalez |
| 17:49:54 | 10 | U68  10-8. Disposition RT | A. Gonzalez |
| 17:49:56 | 11 | U68  Closed - Disposition RT | A. Gonzalez |

R-25

22-60493.4959

EXHIBIT NO. R25   RECEIVED ✓   REJECTED

32-CA-197020

CASE NO. _____   CASE NAME: Tesla, Inc.

NO. OF PAGES: 2   DATE: 9-27-18   REPORTER: NM

## TESLA FIRE AND SECURITY

### CAD INCIDENT REPORT
### 170627076

Page 1

09/19/2018

| Location | Cross Streets | City |
|---|---|---|
| DOOR 3, 1 MAIN PLANT | FRONTAGE RD | FREMONT |

| Incident Type | Call Taker | Dispatcher |
|---|---|---|
| INFO - INFORMATION | GONZALEZ, ANTHONY | |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source |
|---|---|---|---|---|---|---|---|
| 06/27/2017 | 3 | | | | | | TELEPHONE CALL |

| Caller Name | Caller Address | Caller Phone |
|---|---|---|
| | | |

| Dispositions | Weapon | Alm Level | Case Number |
|---|---|---|---|
| Log Note Only | | | |

| Vehicles | Associated Incidents |
|---|---|
| | |

**Incident Times**
Received   17:05:26
Created    17:06:46
Dispatched
En Route
On Scene
Closed
Rcvd-Closed  N/A

**Special Circumstances**

**Persons**

| Unit Times | Officer | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|

**Incident Comments**
Alan Ochoa # 6214 and Michael Sanchez # 19347 were having associate sign papers for Union

| TIME | # | EVENT | BY |
|---|---|---|---|
| 17:06:46 | 1 | Incident initiated at Door 3, 1 Main Plant, Fremont | A. Gonzalez |
| 22:56:13 | 2 | Closed - Disposition LN | A. Gonzalez |

R-26

22-60493.4960

R-26

22-60493.4961

EXHIBIT NO. _R-26_ RECEIVED_____ REJECTED

32-CA-197020

CASE NO._____ CASE NAME:___Tesla, Inc.___

NO. OF PAGES: _2_ DATE: _9-27-18_ REPORTER:_____

**From:** Andy Mead <rmead@tesla.com>
**Sent:** Wednesday, April 19, 2017 2:41 PM
**To:** Adrian Barajas-Raya; Nicholas Rodriguez; Michael Murphy
**Subject:** FW: GA/EOL Sync April 19th
**Attachments:** image001.jpg; IMG_0666..jpg

**Importance:** High

Hey guys,

I know you all get this, and if you are not, let me know, but you can see that there is a note down close to the end where they are talking about auditing GA for team-wear and mutilation protection... make sure you are ahead of this....

Send guys home, write them up, do whatever we have to do... the team needs to understand it isn't an option...

Thanks,

RAM

From: John McGinn
Sent: Wednesday, April 19, 2017 12:51 PM
To: DL-Assembly-AssociateManagers; DL-Assembly-FunctionalLeaders; DL-Assembly-Supervisors; EOL Management; EOLQUALITY
Cc: Russell Varone
Subject: GA/EOL Sync April 19th
Importance: High

Team,
        Notes from today's meeting attached.  Please provide updates as requested.

Thank you,
John



INS

-       MX 2nd Row Seat Back Cover Mutilations - Final Line/Functional Test/EOL - ensure Associate/Tech tool/mutilation protection discipline

-       

-       

-       Mutilations

o  Interior and Exterior Various Locations on MS/X - GA/EOL audit areas to ensure team-wear compliance, mutilation protection, tool and part discipline

R-27

22-60493.4962

TESLA-NLRB-003108



Additional Notes
-    GA Leaders - Share this meeting with your Engineers - Invite your ME's to join you periodically for this meeting - there are questions that arise that they can help answer and resolutions they can help implement!


John J. McGinn | Associate Manager | General Assembly SX Line
45500 Fremont Boulevard, Fremont, CA 94538
(510) 468-8613 | jmcginn@tesla.com

22-60493.4963

TESLA-NLRB-003109

22-60493.4964

EXHIBIT NO. R-27 RECEIVED ✓ REJECTED _____

32?-CA-197020     CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 5 DATE: 9-28-18 REPORTER: NH

TESLA-NLRB-003110

TESLA

TESLA-NLRB-003111



| From: | Timothy Fenelon </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C1F45048E34C4A589CCAF39A4492934B- TIMOTHY FEN> |
|---|---|
| To: | Andy Mead; Dick Hendrickson; Gerardo Murillo; John McGinn; Kyle Martin; Michael Murphy; Paul Poland; Saan Saephanh; Christian Corona; Isaias Garcia; Ken Neves; Liou Saephanh; Prescilo Gagarin; Richard Hilario; Salina Cavazos |
| CC: | Sean Coyne |
| Sent: | 6/2/2017 6:59:27 AM |
| Subject: | Copy of Top 5 Issue Resolution Tracker.xlsx |
| Attachments: | Copy of Top 5 Issue Resolution Tracker.xlsx |

Updated for Thursday data.

Next Steps:

R-28

22-60493.4967
CONFIDENTIAL

TESLA-NLRB-002052    R-28

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | Seat Mutilations | | | | |
| 2 | Week Of: 5/8/17 | Monday | Tuesday | Wednesday | Thursday | Friday | |
| 3 | Number of Issues Reported | 12 | 13 | 10 | | | |
| 4 | Actions Taken | Conducted Team Wear/Mutilation Audit | Conducted Team Wear/Mutilation Audit | Conducted Team Wear/Mutilation Audit (2x per Shift) | | | |
| 5 | Results Achieved/Observed | Observed/Corrected 2 Associates for Team Wear and Tooling Compliance | Observed New Associate using Hoist at FL-160 incorrectly - Reviewed Process and Team Lead Conducted Retraining | 100% Team Wear Compliance Tools at FL 260E without protectors | | | |
| 6 | Next Actions/Escalations Needed (Include Action Owners) | Continue to Conduct Audits to Raise Awareness and Develop Culture - Supervisors | Increase Frequency of Audits to Twice Daily on All Shifts - Supervisors | Replacement Tool Covers On Order - Manufacturing Engineer | | | |
| 7 | Daily AM Update Complete? | Yes | Yes | Yes | | | |
| 8 | Counterparts Updated? | Yes | Yes | Yes | | | |
| 9 | Next Shift Passdown Completed? | Yes | Yes | Yes | | | |
| 10 | Additional Notes: | | | | | | |
| 11 | 5/8/17 - Observed Associates Mike and Bob not in Team Wear - Verbal Coaching Conducted with Workday follow up | | | Number of Issues Reported | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |

CONFIDENTIAL

TESLA-NLRB-002053

22-60493.4968

22-60493.4969

EXHIBIT NO. R.28 RECEIVED_____ REJECTED_____
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 13 DATE: 9-28-18 REPORTER: ___

## Seat Mutilations

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| Week Of: 5/8/17 | Monday | Tuesday | Wednesday | Thursday | Friday |
| Number of Issues Reported | | | | | |
| Actions Taken | Daily Audits by Team Leads for Seat Mutilations | Daily Audits by Team Leads for Seat Mutilations | Daily Audits by Team Leads for Seat Mutilations | Daily Audits by Team Leads for Seat Mutilations | Daily Audits by Team Leads for Seat Mutilations |
| Results Achieved/Observed | Audit Incoming Seats from 901 | Audit Incoming Seats from 901 | Audit Incoming Seats from 901 | Audit Incoming Seats from 901 | Audit Incoming Seats from 901 |
| | Minor Issues with Team Wear | Minor Issues with Team Wear | Minor Issues with Team Wear | Minor Issues with Team Wear | Minor Issues with Team Wear |
| | | | | | Damaged 1 Seat from Hoist-Root cause was overdelivery of seats and seats not in right location |
| Next Actions/Escalations Needed (Include Action Owners) | Continue Audits and push data back upstream | Continue Audits and push data back upstream | Continue Audits and push data back upstream | Continue Audits and push data back upstream | Monitor Stock locations on Seat Delivery-Tim F |
| Daily AM Update Complete? | No | Yes | No | No | Yes |
| Counterparts Updated? | Yes | Yes | Yes | Yes | Yes |
| Next Shift Passdown Completed? | Yes | Yes | Yes | Yes | Yes |
| Additional Notes: | | | | | |



Number of Issues Reported

CONFIDENTIAL

TESLA-NLRB-002054

22-60493.4970

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| | | | **Seat Mutilations** | | |
| Week Of: 5/15/17 | Monday | Tuesday | Wednesday | Thursday | Friday |
| Number of Issues Reported | 24 | 19 | 16 | 10 | 21 |
| Actions Taken | Daily Audits by Team Leads for Seat Mutilations<br><br>Audit Incoming Seats from 901 | Daily Audits by Team Leads for Seat Mutilations<br><br>Audit Incoming Seats from 901 | Daily Audits by Team Leads for Seat Mutilations<br><br>Audit Incoming Seats from 901 | Daily Audits by Team Leads for Seat Mutilations<br><br>Audit Incoming Seats from 901 | Daily Audits by Team Leads for Seat Mutilations<br><br>Audit Incoming Seats from 901 |
| Results Achieved/Observed | Minor Issues discovered with Team Wear but corrected upon notification<br><br>Found at least 3 example sof Incoming damage-Notified 901 Product Excellence | Minor Issues discovered with Team Wear but corrected upon notification<br><br>Found Zero Incoming from 901<br><br>Improved by 5 (But Lower Volume) | Minor Issues discovered with Team Wear but corrected upon notification<br><br>Found Zero Incoming from 901<br><br>Improved by 3-(Higher Volume) | Minor Issues discovered with Team Wear but corrected upon notification<br><br>Found Zero Incoming from 901<br><br>Improved by 3-(Higher Volume) | Minor Issues discovered with Team Wear but corrected upon notification<br><br>Found Zero Incoming from 901<br><br>Improved by 3-(Higher Volume) |
| Next Actions/Escalations Needed (Include Action Owners) | Continue Audits and push data back upstream<br><br>Need more info around area of seat being damaged-Tim F | Continue Audits and push data back upstream<br>Breakdown:<br>2nd Upr RH-12<br>2nd Upr-LH-3<br>3rd-Upr-RH-2<br>3rd Lwr-1<br>3rd-Upr-RH-1 | Continue Audits and push data back upstream<br>Breakdown:<br>2nd Upr RH-13<br>2nd Lwr-1<br>3rd Lwr-2<br>**Next Step:**<br>Visit INS to Futher Investigate-Tim | Continue Audits and push data back upstream<br>Breakdown:<br>2nd Upr RH-9<br>2nd Lwr RH-1<br>**Next Step:**<br>Team Visited INS to review defects<br>-Implement Containment-Tim | Continue Audits and push data back upstream<br>Breakdown:<br>2nd Upr RH-15<br>2nd Lwr RH-3<br>2nd Upr-LH-2<br>2nd-Lwr-LH-1<br>**Next Step:**<br>Review Process around RH-RH Seems to be the highest<br>-Higher amount of repairs done Friday due to downtime |
| Daily AM Update Complete? | Yes | Yes | Yes | Yes | Yes |
| Counterparts Updated? | Yes | Yes | Yes | Yes | Yes |
| Next Shift Passdown Completed? | Yes | Yes | Yes | Yes | Yes |
| Additional Notes: | | | | | |



Number of Issues Reported

TESLA-NLRB-002055

22-60493.4971



| | Seat Mutilations | | | | |
|---|---|---|---|---|---|
| Week Of: 5/15/17 | Monday | Tuesday | Wednesday | Thursday | Friday |
| Number of Issues Reported | 15 | 9 | 8 | 8 | |
| Actions Taken | Daily Audits by Team Leads for Seat Mutilations / Audit Incoming Seats from 901 | Daily Audits by Team Leads for Seat Mutilations / Audit Incoming Seats from 901 | Daily Audits by Team Leads for Seat Mutilations / Audit Incoming Seats from 901 | Daily Audits by Team Leads for Seat Mutilations / Audit Incoming Seats from 901 | |
| Results Achieved/Observed | Minor issues discovered with Team Wear but corrected upon notification / Found at least 3 example sof incoming damage-Notified 901 Product Excellence | No issues noted on line or with incoming / Reduced by 6 | Reduced by 1 | Breakeven | |
| Next Actions/Escalations Needed (Include Action Owners) | Continue Audits and push data back upstream / 2nd Upr-RH-9 / 2nd Upr LH-3 / 2nd Lwr-RH-2 / 2nd Lwr-LH-1 | Continue Audits and push data back upstream / 2nd Upr-RH-7 / 2nd Upr LH-3 / 2nd Lwr-RH-0 / 2nd Lwr-LH-0 | Continue Audits and push data back upstream / 2nd Upr-RH-4 / 2nd Upr LH-1 / 2nd Lwr-RH-2 / 2nd Lwr-LH-1 | Continue Audits and push data back upstream / 2nd Upr-RH-6 / 2nd Upr LH-0 / 2nd Lwr-RH-1 / 2nd Lwr-LH-0 / 2nd Row Ctr-1 | |
| Daily AM Update Complete? | Yes | Yes | Yes | Yes | |
| Counterparts Updated? | Yes | Yes | Yes | Yes | |
| Next Shift Passdown Completed? | Yes | Yes | Yes | Yes | |
| Additional Notes: | | | | | |



Number of Issues Reported

CONFIDENTIAL

TESLA-NLRB-002057

22-60493.4973



CONFIDENTIAL

TESLA-NLRB-002058

22-60493.4974



CONFIDENTIAL

TESLA-NLRB-002059

22-60493.4975

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Seat Mutilations** | | | | | | |
| 2 | Week Of: 5/29/17 | Monday | Tuesday | Wednesday | Thursday | Friday | |
| 3 | Number of Issues Reported | | | | | | |
| 4 | Actions Taken | | | | | | |
| 5 | Results Achieved/Observed | | | | | | |
| 6 | Next Actions/Escalations Needed (Include Action Owners) | | | | | | |
| 7 | Daily AM Update Complete? | | | | | | |
| 8 | Counterparts Updated? | | | | | | |
| 9 | Next Shift Passdown Completed? | | | | | | |
| 10 | Additional Notes: | | | | | | |

Number of Issues Reported

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | **Seat Mutilations** | | | |
| 2 | **Week Of: 5/29/17** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | |
| 3 | Number of Issues Reported | | | 10 | 11 | | |
| 4 | Actions Taken | | | Daily Audits by Team Leads for Seat Mutilations<br><br>Found 2 Mutilations Incoming on 5/31 | Daily Audits by Team Leads for Seat Mutilations<br><br>Found 2 Mutilations Incoming on 5/31 | | |
| 5 | Results Achieved/Observed | | | Minor issues discovered with Team Wear but corrected upon notification | Minor issues discovered with Team Wear but corrected upon notification<br><br>Also Monitoring OP-160 for Tools | | |
| 6 | Next Actions/Escalations Needed (Include Action Owners) | | | Continue Audits and push data back upstream<br><br>2nd Upr-RH-5<br>2nd Upr LH-1<br>2nd Lwr-RH-1<br>2nd Lwr-LH-2 | Continue Audits and push data back upstream<br><br>2nd Upr-RH-8<br>2nd Upr LH-0<br>2nd Lwr-RH-0<br>2nd Lwr-LH-2<br>3rd Row Lwr-1 | | |
| 7 | Daily AM Update Complete? | | | Yes | Yes | | |
| 8 | Counterparts Updated? | | | Yes | Yes | | |
| 9 | Next Shift Passdown Completed? | | | Yes | Yes | | |
| 10 | Additonal Notes: | | | Number of Issues Reported | | | |


Number of Issues Reported

CONFIDENTIAL

TESLA-NLRB-002061

22-60493.4977

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | ██████████ | | | |
| 2 | Week Of: 5/29/17 | Monday | Tuesday | Wednesday | Thursday | Friday | |
| 3 | Number of Issues Reported | | | | | | |
| 4 | Actions Taken | | | | | | |
| 5 | Results Achieved/Observed | | | | | | |
| 6 | Next Actions/Escalations Needed (Include Action Owners) | | | ████████████ | ████████████ | | |
| 7 | Daily AM Update Complete? | | | | | | |
| 8 | Counterparts Updated? | | | | | | |
| 9 | Next Shift Passdown Completed? | | | | | | |
| 10 | Additional Notes: | | | | | | |
| 11 | | | | | Number of Issues Reported | | |
| 12–26 | | | | | | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | **Week Of: 5/29/17** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | |
| 3 | Number of Issues Reported | | | | | | |
| 4 | Actions Taken | | | | | | |
| 5 | Results Achieved/Observed | | | | | | |
| 6 | Next Actions/Escalations Needed (Include Action Owners) | | | | | | |
| 7 | Daily AM Update Complete? | | | | | | |
| 8 | Counterparts Updated? | | | | | | |
| 9 | Next Shift Passdown Completed? | | | | | | |
| 10 | Additional Notes: | | | Number of Issues Reported | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | Monday | Tuesday | Wednesday | Thursday | Friday | |
| 25 | | | | | | | |
| 26 | | | | | | | |

CONFIDENTIAL

TESLA-NLRB-002063

22-60493.4979

| **From:** | John McGinn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=B40A269A113B4456BA23459BAEDBFDF9-JOHN JOSEPH> |
|---|---|
| **To:** | Timothy Fenelon; Paul Poland; Adrian Barajas-Raya; Phil Koga; Michael Murphy; Dick Hendrickson |
| **CC:** | Saan Saephanh; Andy Mead; Kyle Martin |
| **Sent:** | 5/25/2017 10:23:33 AM |
| **Subject:** | FW: FL GA Controllables |
| **Importance:** | High |
| **Attachments:** | FL GA Controllables.pptx |

Nice work guys!

Please, continue to work with your counterparts to drive these items down.  Your focus, cooperation and execution is paying off!

John

**From:** Kyle Martin
**Sent:** Thursday, May 25, 2017 10:10 AM
**To:** Chris Sookhai <csookhai@tesla.com>; Saurabh Jain <sajain@tesla.com>
**Cc:** Mario Penera <mpenera@tesla.com>; Andy Mead <rmead@tesla.com>; Saan Saephanh <ssaephanh@tesla.com>; Michael Cook <micook@tesla.com>; John McGinn <jmcginn@tesla.com>; Krishnan Eswar <keswar@tesla.com>
**Subject:** RE: FL GA Controllables
**Importance:** High

Mario – attached is the controllable slide for Final Line
The new format will be applied to next week's slide moving forward.

Saurabh, please send Mario and myself your slide asap

Thanks,

**From:** Chris Sookhai
**Sent:** Tuesday, May 23, 2017 5:51 PM
**To:** Kyle Martin <kmartin@tesla.com>
**Cc:** Mario Penera <mpenera@tesla.com>; Andy Mead <rmead@tesla.com>; Saan Saephanh <ssaephanh@tesla.com>; Michael Cook <micook@tesla.com>; John McGinn <jmcginn@tesla.com>; Krishnan Eswar <keswar@tesla.com>
**Subject:** FL GA Controllables

Kyle,

Please see attached. Overall some seriously great progress – reduced top 5 FL controllables by 52% this week! Awesome work guys – let's keep this pace up! Please share the quality information with team members as well, their hard work is helping to crush some big manufacturing issues.

Thank you,

**Chris Sookhai | Process Quality Engineer – GA Final/Kitting**
Tesla Motors | 45500 Fremont Blvd, Fremont CA 94538
c (269) 967-0868 | e csookhai@teslamotors.com



22-60493.4980
CONFIDENTIAL

R-29

R-29



FL GA Controllables

TESLA-NLRB-002050

22-60493.4981

22-60493.4982

EXHIBIT NO. R-29    RECEIVED ✓ REJECTED
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc
NO. OF PAGES: 4    DATE: 9-28-18    REPORTER: NA

| | What/Corrective Action | Owner | ETA | Occurrences | Status |
|---|---|---|---|---|---|
| 1 | **Seats - Mutilations**<br>Issue Description<br>  Mutilations occurring on seats in process<br>Actions Taken<br>  Enforced team wear; write ups and dismissal for non-compliance<br>  Enforce use of yoga mats at door install 100%. Layered audits on mat use<br>  Periodic checks to ensure tools are not left on seats<br>  5-seaters set upright before leaving line to prevent mutilations due to belt buckle<br>Long Term<br>  Additional seat covers ordered. Will install at 901 Page and leave installed until FG | FL AMs | 6/2/2017 | 5/3-5/9: 350<br>5/10-5/16: 266<br>5/17-5/23: 119<br><br>% Change  : 55% decrease | Open |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

22-60493-4983
TESLA-NLRB-002051

**From:**     Chris Sookhai </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FC6E672B3AB84786BBA4A42729BB3B69-
              CHRISTOFFER>
**To:**       Timothy Fenelon
**CC:**       Kyle Martin
**Sent:**     6/6/2017 5:44:24 PM
**Subject:**  GA Controllables
**Attachments:** 060717 FL GA Controllables.pptx

Hey Tim,

Attached is the presentation for GA controllables with updated quantities. Can you take a look at it and add
in any additional notes into the second slide if anything has changed? Needing to present this at 10:30a if
you can shoot it back before then.

Let me know if you need any help with anything, appreciate the support!

Thank you,

**Chris Sookhai | Process Quality Engineer – GA Final/Kitting**
Tesla Motors | 45500 Fremont Blvd, Fremont CA 94538
c (269) 967-0868 | e csookhai@teslamotors.com

*R-30*

22-60493.4984
CONFIDENTIAL                                                                    TESLA-NLRB-001975



CONFIDENTIAL

TESLA-NLRB-001976

22-60493.4985

22-60493.4986

EXHIBIT NO. R-30 RECEIVED_____ REJECTED _____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES #4 DATE: 92818 REPORTER: DM

| | What/Corrective Action | Owner | ETA | Occurrences | Status |
|---|---|---|---|---|---|
| 1 | **Seats - Mutilations**<br>Issue Description<br>  Mutilations occurring on seats in process<br>Actions Taken<br>  Enforced team wear; write ups and dismissal for non-compliance<br>  Enforce use of yoga mats at door install 100%. Layered audits on mat use<br>  Periodic checks to ensure tools are not left on seats<br>  5-seaters set upright before leaving line to prevent mutilations due to belt buckle<br>Long Term<br>  Additional seat covers ordered. Will install at 901 Page and leave installed until FG | FL AMs | 6/10/2017 | 5/3-5/9: 350<br>5/10-5/16: 266<br>5/17-5/23: 119<br>5/28-6/3: 83<br>% Change : 30.25% decrease | Open |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

22-60493.4987<br>CONFIDENTIAL

| | |
|---|---|
| **From:** | Krishnan Eswar </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E7C7A20EC6374544937B6C2E43008125-KRISHNAN ES> |
| **To:** | Kyle Martin; Tope Ogunniyi; Saan Saephanh; Andy Mead |
| **Sent:** | 8/23/2017 10:39:35 AM |
| **Subject:** | GA Controllables file |
| **Importance:** | High |
| **Attachments:** | 082317 FL GA Controllables.pptx |

Team,

I have attached the GA controllables slide here. The three issues that need more focus are



The issues that have been closed out are

Seat mutilations GA



Thanks,

**Krishnan Eswar | Process Engineer**
**Tesla Factory** | Fremont, CA 94538
m: +1 (510)-737-3158



CONFIDENTIAL

| | What/Corrective Action | Owner | ETA | Occurrences | Status | |
|---|---|---|---|---|---|---|
| 1 | **Seats - Mutilations**<br>Issue Description<br>   Mutilations occurring on seats in process<br>Actions Taken<br>   Enforced team wear; write ups and dismissal for non-compliance<br>   Enforce use of yoga mats at door install 100%. Layered audits on mat use<br>   Periodic checks to ensure tools are not left on seats<br>   5-seaters set upright before leaving line to prevent mutilations due to belt buckle<br>Long Term<br>   Additional seat covers ordered. Will install at 901 Page and leave installed until FG<br>   **Trialed seat covers from 901 page (06/20), implementation (06/21 : 10: 30 am)** | FL AMs | 08/18/17 | 6/19-6/23: 73<br>7/1-7/8: 8<br>08/13 ~ 08/19 : 0<br>% Change : 100 % decrease | **Closed** | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

CONFIDENTIAL



TESLA-NLRB-001555

22-60493.4990

EXHIBIT NO. R-31 RECEIVED ✓ REJECTED

32-CA-197020
CASE NO. _____ CASE NAME: Tes/9, Inc.

NO. OF PAGES: 4 DATE: 9-28-18 REPORTER: DM



FL GA Controllables

22-60493.4991
CONFIDENTIAL

**STATE OF CALIFORNIA**                                        EDMUND G. BROWN JR., *Governor*

DEPARTMENT OF INDUSTRIAL RELATIONS
Division of Occupational Safety and Health
Fremont District Office
39141 Civic Center Drive, Suite 310
Fremont, CA 94538
Tel. # (510) 794-2521   Fax # (510) 794-3889



June 1, 2017


Tesla, Inc.
45500 Fremont Blvd.
Fremont, CA 94538

Dear Employer:

The Division of Occupational Safety and Health has received a complaint (Complaint No. 1221658) alleging the following condition(s) at your workplace at 45500 Fremont Blvd., Fremont, which may be a violation of the Safety Orders found in Title 8 of the California Code of Regulations:

    Code Section(s) and Alleged Condition(s):

Potential concerns associated with employer not adhering to employee requests made for OSHA 300 logs in a timely manner. As well as potential concerns with the information not being consistent, on OSHA 300 logs and possibly data redacted or changed. Title 8 Sec. 14300.35, 14300.29


Please provide procedures for ensuring compliance with Title 8 Sections listed above.


To review Title 8, California Code of Regulations, go to www.dir.ca.gov click on "Title 8 Regulations" then click on "Cal/OSHA" and enter the code section number mentioned above.   Or you can go directly to www.dir.ca.gov/samples/search/query.htm

The Division has not determined whether the hazard(s), as alleged, exist(s) at your workplace and, at this time, the Division does not intend to conduct an inspection of your workplace.

However, you are required to investigate the alleged condition(s) and notify this office in writing no later than fourteen (14) calendar days after receipt of this letter whether the alleged condition(s) exist and, if so, specify the corrective action(s) you have taken and the estimated date when the corrections will be completed.  If possible, please fax or e-mail your response to Kelly Tatum, district manager, at fax number (510) 794-3889 or e-mail at DIRDOSHFREMONT@DIR.ca.gov

Please include any written documentation, e.g., equipment purchase orders or contracts for corrective work, and photographs, if appropriate, in your response. If you do not respond in a timely and satisfactory manner, an unannounced inspection of your workplace will be scheduled, which may result in citation(s) and monetary penalties. Also, every tenth satisfactory letter response from employers is subject to verification by an inspection.

You are required to post a copy of this letter in a prominent location in their workplace where it is readily accessible for employee review for at least three (3) working days or until the hazard is corrected, whichever is

R-32

22-60493.4993

EXHIBIT NO. R-32 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc

NO. OF PAGES: 4 DATE: 9-28-18 REPORTER: DM

longer.

This letter is not a citation or a notification of a proposed penalty. Citations and penalties can only be issued after an inspection of your workplace. If the Division does not receive a satisfactory response from you within fourteen (14) calendar days after receipt of this letter, an on-site inspection will be conducted as appropriate.

If the identity of the complainant is known to the Division, a copy of this letter will be sent to the complainant. Also, the complainant will be notified that California law protects any person who makes a complaint about workplace safety or health hazards from being treated differently, discharged or discriminated against in any manner by their employer.  If a complainant believes they have been discriminated against, it is their right to file a complaint with the Division of Labor Standards Enforcement within six (6) months of the discriminatory action.

If you have any questions concerning this matter, please contact me at the address in the letterhead.

Your interest in the safety and health of your employees is appreciated.

Sincerely,

Kelly Tatum
District Manager

/NZ

## DECLARATION OF SERVICE BY MAIL

I am over 18 years of age and not a party to the within action. My business address is:

39141 Civic Center Dr.

Suite 310

Fremont, CA 94538

On this date I served    D-Letter

by placing a true copy thereof in an envelope, with postage thereon fully prepaid, and deposited it

in the U.S. Mail Box at    39141 Civic Center Dr.Ste,310 Fremont 94538

addressed to:

Tesla, Inc.

45500 Fremont Blvd

Fremont, CA 94538

Executed on    June 1st    , 20 17 , at    Fremont

California.

_____
(Signature)

Nancy C. Zavala
_____
(Print name)

Cal/OSHA 23C (10/20/00)

SMRH - ULP Trial - CONFIDENTIAL



TESLA-NLRB - 000861

R-33

R-33

22-60493.4997

EXHIBIT NO. *R-33* RECEIVED ✓ REJECTED _____

*32-CA - 197020*

CASE NO._____ CASE NAME: *Tesla, Inc*

NO. OF PAGES *2* DATE: *9-28-18* REPORTER:_____

**From:**   Fremontcontrolroom </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D3C192DE91F04C66AE0A2D82E3235A44-FREMONTCONT>
**To:**    Gregory Slettvet
**Sent:**   2/10/2017 6:52:42 AM
**Subject:**  Names of Assoc. passing out flyers

At approx. 0423 hrs door 2 had stated there was someone handing out flyers outside. Upon approach assoc was identified as Michael Sanchez(#19347) and I asked if he wrote it and he said no the person is down the parking lot, I David Rios followed him down to door 1 and found Richard Ortiz(#39138) and Jose Moran(#34810) handing out flyers.

Rios

**Tesla Factory Security** I fremontcontrolroom@teslamotors.com
45500 Fremont Blvd Fremont, CA  94538 I 510.249.2555 I **Badging Office 510-249-2524** | **emergency line 650.681.5500**

*R~34*

*R-34*

22-60493.4998

22-60493.4999

EXHIBIT NO. R-34   RECEIVED_____ REJECTED_____
32-CA-197020
CASE NO._____ CASE NAME: Tesla, Inc.
NO. OF PAGES:____ DATE: 7-28-18   REPORTER: DM

Message
| | |
|---|---|
| **From:** | David Rios [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B99E20B82E14DD78A00E04754559195-DAVID RIOS] |
| **Sent:** | 2/10/2017 12:37:56 PM |
| **To:** | Fremontcontrolroom [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d3c192de91f04c66ae0a2d82e3235a44-Fremontcont] |
| **CC:** | Gregory Slettvet [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=91a6e95753d248099ecdbb976afb0824-Gregory Sle]; Jeremie Hansen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4aa27f24959c42b282ee66258929ac07-Jeremie Han] |
| **Subject:** | Names and badge numbers for people handing out flyers |
| **Attachments:** | IMG_1871.JPG; ATT00001.txt; IMG_1872.JPG; ATT00002.txt; IMG_1873.JPG; ATT00003.txt; IMG_1874.JPG; ATT00004.txt; IMG_1875.JPG; ATT00005.txt; IMG_1876.JPG; ATT00006.txt |

R-35

TESLA-NLRB-003047

R-35

22-60493.5001

EXHIBIT NO. R-35  RECEIVED _____ ✔ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 8  DATE: 9-28-18  REPORTER: ᗡᴧ

22-60493.5002

TESLA-NLRB-003049



22-60493.5003

TESLA-NLRB-003050

TESLA-NLRB-003051



22-60493.5005

22-60493.5006

TESLA-NLRB-003053



22-60493.5007



SMRH - ULP Trial - CONFIDENTIAL

RB - 000832

R-36

R-36

22-60493.5009

EXHIBIT NO. _R36_ RECEIVED _✓_ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: _Tesla, Inc._

NO. OF PAGES: _2_ DATE: _9-28-18_ REPORTER: _____

| | |
|---|---|
| **From:** | erm@tesla.com |
| **Sent:** | Monday, August 29, 2016 1:28 AM |
| **To:** | employees@tesla.com |
| **Subject:** | Third Quarter Rally! |

I thought it was important to write you a note directly to let you know how critical this quarter is. The third quarter will be our last chance to show investors that Tesla can be at least slightly positive cash flow and profitable before the Model 3 reaches full production. Once we get to Q4, Model 3 capital expenditures force us into a negative position until Model 3 reaches full production. That won't be until late next year.

We are on the razor's edge of achieving a good Q3, but it requires building and delivering every car we possibly can, while simultaneously trimming any cost that isn't critical, at least for the next 4.5 weeks. Right now, we are tracking to be a few percentage points negative on cash flow and GAAP profitability, but this is a small number, so I'm confident that we can rally hard and push the results into positive territory. It would be awesome to throw a pie in the face of all the naysayers on Wall Street who keep insisting that Tesla will always be a money-loser!

Even more important, we will need to raise additional cash in Q4 to complete the Model 3 vehicle factory and the Gigafactory. The simple reality of it is that we will be in a far better position to convince potential investors to bet on us if the headline is not "Tesla Loses Money Again", but rather "Tesla Defies All Expectations and Achieves Profitability". That would be amazing!

Thanks for all your effort. Looking forward to celebrating with you,

Elon

R - 37

1

EXHIBIT NO. R-37 RECEIVED ✔ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.
NO. OF PAGES: 2 DATE: 10-10-18 REPORTER: DH

Full Text of Elon Musk's Aug. 29 E-Mail to Tesla Employees

# Full Text of Elon Musk's Aug. 29 E-Mail to Tesla Employees

Published: Sep 06 2016 13:12:08

News Story

By    Dana Hull

(Bloomberg) --
Here is the full text of an e-mail that Chief Executive Officer Elon Musk sent to Tesla Motors Inc. employees on Aug. 29, under the subject line Third Quarter Rally!:

# # #

I thought it was important to write you a note directly to let you know how critical this quarter is. The third quarter will be our last chance to show investors that Tesla can be at least slightly positive cash flow and profitable before the Model 3 reaches full production. Once we get to Q4, Model 3 capital expenditures force us into a negative position until Model 3 reaches full production. That won't be until late next year.

We are on the razor's edge of achieving a good Q3, but it requires building and delivering every car we possibly can, while simultaneously trimming any cost that isn't critical, at least for the next 4.5 weeks. Right now, we are tracking to be a few percentage points negative on cash flow and GAAP profitability, but this is a small number, so I'm confident that we can rally hard and push the results into positive territory. It would be awesome to throw a pie in the face of all the naysayers on Wall Street who keep insisting that Tesla will always be a money-loser!

Even more important, we will need to raise additional cash in Q4 to complete the Model 3 vehicle factory and the Gigafactory. The simple reality of it is that we will be in a far better position to convince potential investors to bet on us if the headline is not "Tesla Loses Money Again", but rather "Tesla Defies All Expectations and Achieves Profitability". That would be amazing!

Thanks for all your effort. Looking forward to celebrating with you,

Elon

To contact the reporter on this story:
Dana Hull in San Francisco at dhull12@bloomberg.net
To contact the editors responsible for this story:
Jamie Butters at jbutters@bloomberg.net
John Lear

**Bloomberg Law**

© 2018 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service
// PAGE 1

EXHIBIT NO. R-38 RECEIVED ✓ REJECTED————

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 2  DATE: 10-10-18  REPORTER: DM

**From:** Todd Maron
**Sent:** Tuesday, February 10, 2015 8:51 PM
**To:** Everybody
**Subject:** Leaks

Earlier today a news story was published based on a leak within Tesla –http://www.reuters.com/article/2015/02/10/us-tesla-china-exclusive-idUSKBN0LE2Q320150210.  The source of the leak provided information about an internal email sent to the company.

The reason it is extremely important that internal information not be leaked is so that we can have a frank and open internal dialogue about how to solve problems.  If a concern cannot be raised without wondering whether it will be leaked out of context or blown up in the media, then free speech is fundamentally impaired within Tesla.  That is wrong.

I want to be clear about how seriously we take any leak of confidential Tesla information.

As one example, there was a case a couple months ago where someone publicly posted confidential Tesla information.  The person who did this took great care to hide his tracks so that he would not be detected. Among other things, he leaked information:

- Only after he no longer worked for Tesla;
- Only after he had moved to another country; and
- Through an Egyptian proxy service.

Nonetheless, we identified him and filed suit, after which his home and his new workplace were searched and his telephone, computer systems and other data were seized.  The authorities are now reviewing potential criminal charges against this person.

As for the leak that occurred today, whoever did this has two choices: call me by end of day tomorrow, in which case you will be completely forgiven, or face prosecution to the full extent of the law.  Future leakers will not be forgiven.  This is a one-time offer.

Thank you,
Todd

**Todd A. Maron | General Counsel**
**Tesla Motors, Inc. |** 3500 Deer Creek Road | Palo Alto, CA 94304 650.681.6289 | tmaron@teslamotors.com
<image001.png>

The content of this message is the proprietary and confidential property of Tesla Motors, Inc. and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.
Please consider the environment before printing this email.

R-39

EXHIBIT NO. R-39  RECEIVED ✓  REJECTED ____
32-CA-197020
CASE NO. _____  CASE NAME: Tesla, Inc.

NO. OF PAGES: 8  DATE: 10-10-18  REPORTER: NA

22-60493.5015

**From:** Mark Lipscomb <mark@tesla.com>
**Date:** Wednesday, March 30, 2016 at 10:55 AM
**To:** Employees <Employees@teslamotors.com>
**Subject:** Important Reminder

It's a truly exciting time right now for all of us at Tesla on the eve of the Model 3 unveiling. The interest level in Tesla is at an all-time high and as a result, media, analysts, and other outsiders are looking to find out anything they can about our company, products, and more. It is absolutely critical that we maintain strict confidentiality on all internal matters, including product specs, timing, pricing, new features, etc. Any leak can threaten the success of a product launch and have a negative impact on the company. We have a zero tolerance policy when it comes to violations of confidentiality as we must hold ourselves accountable for protecting all the hard work being performed by everyone at Tesla.

In addition to confidentiality, we also have a communications policy. Unless you have been specifically authorized to do so, you may not speak about the company's confidential information with anyone outside Tesla. This applies to all forms of communication, whether speaking to the media, talking with family and friends or suppliers, or posting on social media.

Please help us maintain our culture where we not only develop the coolest products on the planet, but we also keep them secret until they are launched.

Thank you.
Mark

22-60493.5017

EXHIBIT NO. R-40    RECEIVED ✓    REJECTED

32-CA-197020
CASE NO.    CASE NAME: Tesla, Inc.

NO. OF PAGES: 2    DATE: 10-10-18    REPORTER: DA

Elon Musk to Tesla employees: NEVER discount a car

 tech     BUSINESS   CULTURE   GADGETS   FUTURE   STARTUPS   CNNMONEY 

# Elon Musk to Tesla employees: NEVER discount a car

by Jackie Wattles  @jackiewattles

October 10, 2016: 11:14 AM ET



Over the next few years, the company says it will roll out several new electric models

Audi is taking on Tesla with a new all-electric SUV

Tesla CEO Elon Musk found out his sales team has been offering discounts on cars -- and he's furious.

Musk sent an email to Tesla (TSLA) workers Wednesday, lamenting that he'd heard salespeople were offering promotional deals, when even Musk himself pays full price for his Teslas.

"There can never -- and I mean never -- be a discount on a new car coming out of the factory in pristine condition," Musk wrote. "This is why I always pay full price when I buy a car and the same applies to my family friends, celebrities, no matter how famous or influential."

Musk shared a screen shot of the note on Twitter (TWTR) Wednesday.

He said he caught wind of the incident after a Tweet called his attention to a Reddit post detailing one shopper's experience. The anonymous user said when his or her Tesla wasn't delivered on schedule, a salesperson said the buyer would forfeit a discounted price unless the sale was finalized anyway.

**Related: Tesla files suit to open store in Michigan**

After Musk's tweet drew massive attention to the Reddit post, the user updated the post, retracting the claim that the salesperson threatened to revoke a discount and heaping praise on the Tesla buying experience.

"The whole process with Tesla has been incredibly smooth, no pressure, very information heavy process that will ultimately put other dealers out of business," the post reads.

**Related: Tesla to roll out autopilot that relies more heavily on radar sensing**



.com

Book an entire house at a great price.

Book now

Advertisement

**Personal Finance**

**Open a New Savings Account**



synchrony
High-Yield Savings Account

1.85 APY
$0 To Open
Member FDIC

Open Account

Marcus:
BY GOLDMAN SACHS®
Goldman Sachs Bank USA
Online Savings Account

1.90 APY
$1 To Earn APY
Member FDIC

Open Account

BBVA Compass
ClearChoice Money Market

1.70 APY
$25 To Open
Member FDIC

Open Account

Advertiser Disclosure

**Paid Content**                    by Outbrain |



New Ways to Save on a Toyota Highlander. Shop Today

R-41

EXHIBIT NO. R-41 RECEIVED ✓ REJECTED
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.
NO. OF PAGES: 3 DATE: 10-18/8 REPORTER: DM

22-60493.5019

## Elon Musk to Tesla employees: NEVER discount a car

 almost U.S. automakers, Tesla refuses to sell its cars at dealerships, opting instead to sell only at company-owned stores.

Other social media users have mentioned or complained about Tesla offering discounts -- but it's unclear how widespread the practice is.

In his tweet, Musk said the practice "seems to be limited to a small number of cases." Tesla declined to offer further comment.

The company's strict "no negotiation and no discount" policy has been in place since the electric car maker first began accepting orders 10 years ago.





Elon Musk
@elonmusk

Replying to @SteveBatzer @gooddayM

Corrective action taken. Seems to be limited to a small number of cases, but thanks for letting me know.

3:47 PM - Sep 28, 2016

1,297    358 people are talking about this

Related: New Tesla software to prevent hot car deaths

Musk says it's all about the company's integrity.

"If you can't explain to a customer who paid full price why another customer didn't without being embarrassed, then it is not right," the email says.

Tesla only permits discounts on cars that have been damaged, or used for test drives or as floor models, according to the email.

But the CEO wasn't all fury in his note. He said Tesla is headed for its best sales quarter in company history, and for that, he heaped praise on employees.

"I am super grateful for your hard work," he wrote.

CNNMoney (New York)
First published September 30, 2016: 6:44 PM ET



Tired of Car-Shopping? This Tool Makes It Easy
CarsXpert



Experts Call This the Hearing Aid of the Future
Eargo



45 Optical Illusions That Will Make You Doubt Your Own Eyes
Definition

**More from CNNMoney**



The disappearance of the White House briefing



Dunkin' Donuts is officially dropping 'Donuts'



Comcast outbids 21st Century Fox for Sky



Twitter wants to crack down on 'dehumanizing language'



Appeals court: Uber can prevent drivers from banding together as...

**More CNNMoney video**



Sekulow: NBC edited Trump interview on Comey



Pot company CEO optimistic the U.S. market could open up



How roasted almonds become marzipan

John Carreyrou on the rise and fall of Theranos

CNNMoney Sponsors

22-60493.5020



January 17, 2017

The Honorable Tony Thurmond
Assemblymember, 15th District
State Capitol
P. O. Box 942849
Sacramento, CA 94249-0115

The Honorable Bill Quirk
Assemblymember, 20th District
State Capitol
P. O. Box 942849
Sacramento, CA 94249-0115

The Honorable Kansen Chu
Assemblymember, 25th District
State Capitol
P. O. Box 942849
Sacramento, CA 94249-0115

The Honorable Rob Bonta
Assemblymember, 18th District
State Capitol
P. O. Box 942849
Sacramento, CA 94249-0115

The Honorable Ash Karla
Assemblymember, 27th District
State Capitol
P. O. Box 942849
Sacramento, CA 94249-0115

Dear Assemblymembers:

Thank you for your letter dated January 10, 2017 seeking clarification about a confidentiality acknowledgement ("Acknowledgement") that Tesla recently presented to its employees. To be clear, the document that we presented to our employees is an acknowledgement and reaffirmation of existing obligations that our employees have towards Tesla.

We asked our employees to sign the Acknowledgment because Tesla recently suffered a rash of unauthorized leaks to the press and social media about product launches, specifications, and improvements—information that is critical to Tesla's continued growth and success. The improper release of this information significantly damaged Tesla, and we therefore sought to remind our colleagues of their existing confidentiality obligations to the company. Rather than overwhelm them with a complicated legal document that is incomprehensible to lay people, we set out to use plain language, writing in a brief, plain-spoken manner that is respectful of the legal rights of our employees and fully compliant with State and Federal laws.

We were especially mindful of our employees' rights to engage in protected concerted activity and to raise concerns to government agencies. So, we included key language to ensure that there was no confusion as to where Tesla stood on this issue. The Acknowledgment states, "*Unless otherwise allowed by law, . . . you must not, for example, discuss confidential information with anyone outside of Tesla, take or post photos or make video or audio recordings inside Tesla facilities, forward work emails outside of Tesla or to a personal email account, or write about your work in any social media, blog, or book.*" (Emphasis added). The rights of employees under the National Labor Relations Act and the California Labor Code clearly fit the "otherwise allowed by law" category.

The Acknowledgment also includes the following language: "Of course, these obligations are not intended to limit proper communications with government agencies." While we encourage our employees to raise their concerns internally so that we can correct any missteps, we fully support their rights to engage in lawful, protected activity, including reporting to the government any concerns that they have.

Note that the Acknowledgment is clearly not intended to prohibit employees from discussing concerns about wages or working conditions whether amongst themselves or with third parties. Indeed, the focus

T E S L A    Tesla Motors, Inc

R-4

EXHIBIT NO. R-42 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. CASE NAME: Tesla, Inc.

NO. OF PAGES: 3 DATE: 10-10-18 REPORTER: DM

22-60493.5022

of the Acknowledgement is on commercial, proprietary and trade secret information that might be impermissibly leaked to third-party commercial actors, who do not have a legal right to this information.

Many Tesla employees are exposed to and trusted with highly sensitive information about future products, improvements, and Tesla's business affairs. As a publicly traded company, much of that information is considered material, non-public information. Therefore, it is critical that we prevent unauthorized leaks.

At Tesla, we strive for transparency and open communication with all of our employees. We believe that it allows our employees to fully participate in Tesla's mission to transition the world to sustainable energy. This culture of trust is critical to enable all of our employees to take a proactive role within the company and grow their careers to their full potential. To balance this openness, we reminded our team that much of what we share is highly competitive and technical information not appropriate for sharing with third parties, unless such sharing is in fact permitted by law.

Very truly yours,

Todd Maron
General Counsel

| | |
|---|---|
| **From:** | Josh Hedges |
| **To:** | Peter Hochholdinger; Russell Varone; C David Apps; Jat Dhillon; Gilbert Passin; Eddie Gates; Andy Hamilton; Brian Miller; Bob Bliss; Ron Biagini; Johnathan Ritter |
| **Cc:** | HRBP_Production |
| **Subject:** | Confidentiality Flowdown Message |
| **Date:** | Wednesday, October 12, 2016 11:35:59 AM |
| **Attachments:** | 3E201D70-7B37-4D6E-843A-088EA215A824[18].png |

Team,

As we have discussed this week in the morning production meetings, we are working on getting the confidentiality agreement physically signed by everyone at Tesla this week. It is very important that we work together to get this done as quickly and efficiently as possible. Many teams have been getting this done by coordinating times for your teams to sign or providing a lead or supervisor to walk through the factory with their HRBP to sign on the line – thank you!

It is important that we get this to everyone in the next few days. In order to increase awareness and understanding of what we are doing and why we are doing it, I will be putting this message the flowdown tomorrow:

In the past few months there have been examples of confidential Tesla information leaking to the media. These leaks do real damage. Leaking new product features means a customer might delay a purchase. In doing so, a factory build slot goes unfilled. That is more than $100,000 lost. That translates into hundreds of jobs. More frustrating is that the production team is working hard and these leaks can damage the hard work and our ability to fulfill our mission. Given how critical confidentiality is to our future together, Tesla is asking everyone to "renew their vows" by signing our confidentiality agreement. It is simply a reminder of what we all signed up for when we joined Tesla, and a formal commitment from everyone to adhere to the standards that 99+% of you already follow. The HR business partner team will be either walking through your shop or at a table with the forms to give everyone the opportunity to review and sign this week. It will only take a minute to read and sign your name. Confidentiality and trust come with the territory when working in an exciting environment like Tesla. If we weren't working on such cool stuff, there wouldn't be a need to keep it quiet.

Please cascade this message to your leaders so we can work together to knock this out by Friday. Thanks team!

Josh

**Josh Hedges | HR**
45500 Fremont Blvd. | Fremont, CA 94538
c 317.306.9365 | e jhedges@tesla.com



R-43

22-60493.5024

EXHIBIT NO. R-43 RECEIVED ✓ REJECTED _____

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 2 DATE: 10/10/18 REPORTER: DM

| | |
|---|---|
| **From:** | Fremontcontrolroom </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D3C192DE91F04C66AE0A2D82E3235A44-FREMONTCONT> |
| **To:** | Gregory Slettvet |
| **CC:** | Jeremie Hansen |
| **Sent:** | 5/24/2017 6:01:28 AM |
| **Subject:** | U.A.W. activity |

Hello, FYI we have quite a few people handing fliers outside of the doors, outside the lobby and near gates 3, 4, 5 ,6, and 7. Some of them employees and some of them are not, we asked the non tesla people to leave and they have. Currently we still have all VPs and Freelance units patrolling the parking lot. Fire patrol performed a check inside the factory and so far have found nothing. We've created a ticket for it and added the names of the employees handing out fliers.

-Felipe

**Tesla Factory Security** | fremontcontrolroom@teslamotors.com
45500 Fremont Blvd Fremont, CA  94538 | 510.249.2555 |  **Badging Office 510-249-2524** | **emergency line 650.681.5500**

R-44

R-44

TESLA-NLRB-002900

EXHIBIT NO. *R-44* RECEIVED _____ REJECTED _____
32. CA 197020
CASE NO. _____ CASE NAME: *Tesla Inc*
NO. OF PAGES: *2* DATE: *10-12-18* REPORTER: *NM*

VIDEO    JALOPNIK REVIEWS    THE MORNING SHIFT    NICE PRICE OR CRACK P|

# Elon Musk's Twitter Habit Lands Tesla in Hot Water With U.S. Labor Agency

 Ryan Felton
8/29/18 11:38am •

135   3



Tesla Model 3
Photo: Kristen Lee (Jalopnik)

Tesla violated U.S. labor laws when CEO Elon Musk tweeted in May that his employees would lose their stock options if they organized a union, according to the National Labor Relations Board.

R-45 (a)

22-60493.5028

22-60493.5029,

EXHIBIT NO. R-45(a) RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 6 DATE 10-12-18 REPORTER: O.M



**Elon Musk Told Workers Tesla 'Would Allow' Them To Unionize If He Couldn't Make Them Safe: NLRB**

In a June 2017 meeting with Tesla employees, CEO Elon Musk solicited their complaints about safety...

Read more

Musk drew some fire at the time, after appearing to claim that Tesla workers would lose their stock options if the United Auto Workers successfully organized the company's assembly plant in Fremont, California.

"Nothing stopping Tesla team at our car plant from voting union," Musk wrote. "Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing?"



David Atkins 🕷 @dmatkins137 · May 20, 2018
Replying to @elonmusk and 2 others
Yellow is fine, got it. How about unions?

**Elon Musk**
@elonmusk

Nothing stopping Tesla team at our car plant from voting union.

22-60493.5030

VIDEO    JALOPNIK REVIEWS    THE MORNING SHIFT    NICE PRICE OR CRACK PI
ADVERTISEMENT

The UAW lodged a complaint over the tweet with the NLRB a day later, and now, the labor agency says in a complaint filed last Thursday that Musk's remark represented a violation of the National Labor Relations Act, by "interfering with, restraining, and coercing employees" involved in union activity protected under the law.

A Tesla spokesperson told Jalopnik in a statement that Musk's tweet was "simply a recognition of the fact that unlike Tesla, we're not aware of a single UAW-represented automaker that provides stock options or restricted stock units to their production employees, and UAW organizers have consistently dismissed the value of Tesla equity as part of our compensation package."

"We fundamentally believe it's critical that all employees be owners of Tesla so that everyone is on the same team, with all sharing in the company's success," the spokesperson said. "This has been highly successful and led to Tesla compensation being the highest in the auto industry."

ADVERTISEMENT

Musk's voracious twitter habit has drawn the ire of Tesla
investors in recent days, after the billionaire CEO haphazardly
suggested earlier this month he had enough funding to buyout
all Tesla shares at $420 each and take the company private.

When it became evident that he didn't have a finalized deal in
place, the Securities and Exchange Commission launched an
investigation into whether the tweet violated federal laws.
Investors have filed at least a half-dozen securities fraud
lawsuits over the tweet.

After scuttling the take-private bid, Musk proclaimed he
intended to curtail his slapdash tweets, only to follow up on
Tuesday by claiming he never cried in an interview with The
New York Times—as the newspaper reported earlier this
month and stood by in a statement issued later in the
day—and then doubled down on an earlier baseless accusation
that a British diver involved in the Thai cave rescue was a
pedophile.

ADVERTISEMENT

Shortly after the UAW alleged Musk's stock-option tweet of
violating U.S. labor laws, he tried to elaborate by saying that
his rationale for the comment was that the union doesn't allow
workers to own stock in the automaker. Wilma Liebman, a
former NLRB chairwoman, told Bloomberg at the time that

22-60493.5032

Musk's tweet could be grounds a complaint by the labor agency, as, "The employee is going to hear it as, 'If I vote to unionize, stock options will no longer be an option.'"

VIDEO   JALOPNIK REVIEWS   THE MORNING SHIFT   NICE PRICE OR CRACK PI

 **Wooter** @AltWouss · May 23, 2018
Replying to @jackallisonLOL and 2 others
You took that out of context, he clarified that in a response where he believed that UAW does not allow union workers to own stock.

 **Elon Musk**
@elonmusk

Exactly. UAW does not have individual stock ownership as part of the compensation at any other company.

3:24 PM - May 23, 2018

917    74 people are talking about this

The NLRB already has an ongoing case against Tesla involving a series of alleged labor violations at the Fremont factory. The agency's attorneys filed a motion Thursday to consolidate the stock-option complaint with that case. A judge followed up with an order on Friday, asking both the NLRB and Tesla to file briefings by Sept. 7 on whether or not the NLRB's request to consolidate should be granted.

ADVERTISEMENT

The trial over the NLRB's case is set to resume Sept. 24.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print

22-60493.5033



By **KATE GIBSON**  **MONEYWATCH**  *August 29, 2018, 4:15 PM*

# Elon Musk on Twitter is now a labor issue



f Share  🐦 Tweet  Reddit  Flipboard  @ Email

Tesla's bumpy ride continues. The National Labor Relations Board has filed a complaint against the electric-car maker, accusing it of violating U.S. labor laws when Elon Musk tweeted a suggestion in May that employees would lose their stock options if they unionized.

That tweet drew criticism at the time, as Musk seemed to say Tesla workers could forget about their stock options should a United Auto Workers effort to form a collective bargaining unit among workers at a Tesla plant in Fremont, California, succeed.

The United Auto Workers filed an objection with the NLRB the next day, leading the agency to file a complaint last week that Musk's words amounted to a violation of the National Labor Relations Act by "restraining and coercing employees" taking part in protected organizing activity.

What did Musk say that started this dustup? "Nothing stopping Tesla team at our car plant from voting union," he tweeted on May 21. "Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety

*R-45(b)*

EXHIBIT NO. R-45-(b) RECEIVED _____ REJECTED _____

32-CA-197020

CASE NO._____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-12-18 REPORTER: DM

record is 2X better than when plant was UAW & everybody already gets healthcare."



Not long after the UAW made its case to the NLRB, Musk attempted to explain his thinking, saying his point was that the union was unlikely to let employees hold stock in Tesla.



On Wednesday, a Tesla spokesperson reiterated that sentiment in an email to CBS MoneyWatch, saying "Elon's tweet was simply a recognition of the fact that unlike Tesla, we're not aware of a single UAW-represented automaker that provides stock options or restricted stock units to their production employees."

Tesla was already defending itself against NLRB allegations of labor violations at the Fremont plant, and now lawyers at the agency are seeking to consolidate the stock-option complaint with the earlier case, which is scheduled to resume Sept. 24.

Musk's social-media habits have ruffled multiple feathers, with the eccentric billionaire's more recent tweet about taking his company private fueling an investigation by the Securities and Exchange Commission and multiple lawsuits by investors.

The United Auto Workers just filed a labor complaint against Tesla



MARKETS    BUSINESS NEWS    INVESTING    TECH    POLITICS    CNBC TV

# AUTOS

AIRLINES | TRANSPORTATION INFRASTRUCTURE | ROAD AND RAIL | AUTOS | OUTER SPACE

# Here is the federal labor complaint the United Auto Workers just filed against Tesla

- The United Auto Workers filed a complaint with the National Labor Relations Board against Tesla over comments CEO Elon Musk made on Twitter.
- The union alleges Musk was threatening to take away stock options of any Tesla employee that attempts to unionize.
- Tesla and Musk fired back saying the comment referred to the fact that they were not aware of a single a UAW-represented automaker that provides stock options or restricted stock units to their employees.
- The UAW said it has no policy preventing employees from owning stock options.

Robert Ferris | @RobertoFerris
Published 1:48 PM ET Thu, 24 May 2018 | Updated 2:14 PM ET Thu, 24 May 2018

**CNBC**



Elon Musk criticizes media in new tweets

The United Auto Workers say Tesla CEO Elon Musk allegedly broke national labor laws by tweeting.

A complaint dated Wednesday and filed with the National Labor Relations Board says Musk violated the National Labor Relations Act when he sent out a tweet the union alleges threatened to take away stock options from any employees attempting to unionize.

Here is the tweet the complaint refers to:

FROM THE WEB                     Sponsored Links by Taboola


**Best & Worst Refinance Mortgage Companies of 2018**
GetCompared.com


**Los Angeles: People Born Before 1987 With No Life Insurance Are In For A B...**
Improve Life Insurance Quotes


**Eye In the Sky - See These Home Security Options!**
Home Security | Search Ads


**U.S. Cardiologist: Stop Taking Probiotics Immediately**
Gundry MD

MORE FROM CNBC                    by Taboola

Elon Musk asks this tricky interview question that most people can't answer

Here's how much money you have to save every

R-45(c)

22-60493.5038

EXHIBIT NO. R-45(c) RECEIVED ✓ REJECTED _____

32-CA-197020

CASE NO. _____ CASE NAME: Tosla, Inc.

NO. OF PAGES: 4 DATE: 10-12-18 REPORTER: DH

The United Auto Workers just filed a labor complaint against Tesla

## Musk

"Elon's tweet was simply a recognition of the fact that unlike Tesla, we're not aware of a single UAW-represented automaker that provides stock options or restricted stock units to their production employees, and UAW organizers have consistently dismissed the value of Tesla equity as part of our compensation package," Tesla said in a statement. "We fundamentally believe it's critical that all employees be owners of Tesla so that everyone is on the same team, with all sharing in the company's success."

Musk did later send out a tweet saying that he believes the UAW does not "have individual stock ownership as part of the compensation at any other company."

## Musk2

"The UAW does not have a policy preventing employees from owning stock options," UAW spokesman Brian Rothenberg told CNBC.

Download the full NLRB complaint here.

*INTERNET*
*FOR[A NLRB-501*            UNITED STATES OF AMERICA

month to retire with $2 million

Made in China: Here are the cars at risk of being pulled from US market in Trump trade war

A red flashing light in the housing market could spell trouble for the economy

US will have hypersonic weapons sooner than people expect, the Pentagon's No. 2 official says

Fork over passwords or pay the price, New Zealand tells travelers

### TRENDING NOW



1. Dow plunges more than 800 points in worst drop since February, Amazon and tech shares lead the rout



2. A rare and worrisome thing happened during Wednesday's stock market slaughter: Bonds fell, too



3. Trump says the Federal Reserve has 'gone crazy' by continuing to raise interest rates



4. Why this market sell-off isn't like the correction at the beginning of the year



5. Dow futures point to more than 100-point drop on Thursday as October stock-market rout continues

22-60493.5040

The United Auto Workers just filed a labor complaint against Tesla

INTERNET
FORM NLRB-501
(2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
CHARGE AGAINST EMPLOYER

INSTRUCTIONS:
File an original with NLRB Regional Director for the region in which the alleged unfair

1. EMPLOYER AGAINST WH(

a. Name of Employer
Tesla, Inc.

c. Address *(Street, city, state, and ZIP code)*
45500 Fremont Boulevard
Fremont, California 94538

e. Employer
Gaby Tole

i. Type of Establishment *(factory, mine, wholesaler, etc.)*
Factory

j. Identify pri
Automotiv

k. The above-named employer has engaged in and is engaging in unfair labor p
subsections)

practices are practices affecting commerce within the meaning of the Act, or
within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts con*

On May 20, 2018, Tesla, Inc., through its CEO Elon Musk, viola
away employee stock options in retaliation for Tesla employees
stated in a public tweet, "[n]othing stopping Tesla team at our c
But why pay union dues & give up stock options for nothing?"
has been shared and republished by numerous individuals and
of this filing.

Show me more about this topic

| 1 | of 1 |
|---|-------|




**Robert Ferris**
Reporter

RELATED SECURITIES

| Symbol | Price | Change | %Change |
|--------|-------|--------|---------|
| TSLA | 256.88 ▼ | -5.92 | -2.25% |

MORE FROM CNBC

by Taboola

If you want to stay married, don't earn too much

Plenty of jobs pay more than $75,000 and let you work from home

22-60493.5041

Elon Musk tweet prompts labor law complaint by NLRB

 **BUSINESS**

# Elon Musk may have violated labor laws with a tweet



Search CNN...                    Search »

by Chris Isidore   @CNNTech

August 29, 2018: 2:30 PM ET



**Personal Finance**

Open a New Savings Account

High Yield Savings Account **synchrony**
1.90% APY

Online ally Account
1.90% APY

High Savings Savings Account Savings
1.90%

Sponsors of                    Advertiser Disclosure

By using this site, you agree to our updated Privacy Policy and our Terms of Use.

**Tesla's greatest invention is its 'Hype Machine'**

**Paid Content**              by Outbrain

8 Cars So Cool It's Hard to Believe They Cost Under $20k
Faqeo

Tesla CEO Elon Musk is already in trouble for tweeting about plans to take the company private.

EXHIBIT NO. R-45(d) RECEIVED ✓ REJECTED
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-12-18 REPORTER: DN

Now he could be in trouble for a tweet about a union organizing effort at the company.

The United Auto Workers union has been trying to organize workers at the company's main factory in Fremont, California, for years.

It's filed numerous complaints about Tesla's tactics to fend off its efforts. Some of UAW's concerns have been echoed in complaints filed by the National Labor Relations Board, the federal agency that enforces labor laws.

The NLRB filed a new complaint last week accusing Musk of violating labor laws with a tweet on May 20 that threatened to strip employees of their stock options should they vote for the union. It said the tweet could be seen as interfering with employees' rights to freely decide whether to join a union.

"Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety record is 2X better than when plant was UAW & everybody already gets healthcare," said Musk's tweet.

Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety record is 2X better than when plant was UAW & everybody already gets healthcare.

— Elon Musk (@elonmusk) May 21, 2018

The complaint is slated to be considered by the full board of the NLRB. If it finds against Tesla, the company could be forced to expunge employee disciplinary records and reinstate employees who were wrongfully terminated. Tesla could appeal the decision to federal courts, and if necessary all the way to the Supreme Court.

The new complaint by the NLRB was first reported by auto site Jalopnik.

Tesla defended the comment that Musk made in the tweet, in a statement to CNN.


Hilarious Renovation Fails That The Internet Can't Get Enough Of
Definition


[Gallery] Controversial Images The Government Kept A…
Herald Weekly


7 Reasons Why Men Are Obsessed With This Premium Black…
SebastianFierri

More from CNNMoney


Howard: Populism is long-term risk for stocks


Sears shares tumble on bankruptcy fears

CNNMoney Sponsors

SmartAsset    Paid Partner

Savings APY Keeps Climbing - Top Banks Offering 1.86%

Certificate of Deposit Rates

"Elon's tweet was simply a recognition of the fact that unlike Tesla, we're not aware of a single UAW-represented automaker that provides stock options or restricted stock units to their production employees, and UAW organizers have consistently dismissed the value of Tesla (TSLA) equity as part of our compensation package," a spokesperson said.

"We fundamentally believe it's critical that all employees be owners of Tesla so that everyone is on the same team, with all sharing in the company's success. This has been highly successful and led to Tesla compensation being the highest in the auto industry," the spokesperson said.

The UAW did not have an immediate comment, but said it would let the complaint speak for itself.

It's not the only Twitter problem for Tesla.

The company also faces shareholder lawsuits about his tweet from August 7 that said he was thinking about taking Tesla private at $420 a share, and that he already had "funding secured" for such a buyout.

> Am considering taking Tesla private at $420. Funding secured.
>
> — Elon Musk (@elonmusk) August 7, 2018

The price of Tesla stock shot higher on that tweet, and the shareholders argue in their suits that the promise of financing was false and that it was done to manipulate the price of the stock.

Numerous reports say that the SEC has subpoenaed documents as part its own reported investigation into the tweet. The SEC has declined to comment on the reports and Tesla has declined to comment on the shareholder suits or the reports of the SEC investigation.

Musk announced Friday that he was dropping his plans to take Tesla private. But that does not end the lawsuits or any action by the SEC.

Compare the Top 3 Financial Advisors in Your Neighborhood

Is a Money Market Account or CD Right for You?

NextAdvisor                    Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020

Transferring Your Balance to a 14-Month 0% APR is Ingenious

The Top 7 Balance Transfer Credit Cards On The Market Today

Get $300 Back With This Outrageous New Credit Card



# Union charges that Elon Musk violated labor law with tweet

BY ALI BRELAND · 05/24/18 12:21 PM EDT

**226** SHARES                    SHARE          TWEET          PLU

## Just In...

**Trump mocks 'the rules of Me Too' at Pennsylvania rally**
ADMINISTRATION — 1M 30S AGO

**Live coverage: Blackburn, Bredesen clash in Tennessee Senate debate**
CAMPAIGN — 9M 2S AGO

**Trump talked with Sessions aide about serving as attorney general: report**
ADMINISTRATION — 28M 6S AGO

**NAACP asks Florida to take action against schools that ban dreadlocks, braids**
BLOG BRIEFING ROOM — 48M 42S AGO

**Hispanic Caucus chair rips request to fund Trump border wall**
HOUSE — 52M 20S AGO

**Newsweek's parent company charged in $10M fraud scheme: report**
BUSINESS & LOBBYING — 1H 2M AGO

**Bernie Sanders targets Facebook and Google on Kavanaugh**
TECHNOLOGY — 1H 2M AGO

**GOP shrugs off dire study warning of global warming**



© Getty Images

The United Auto Workers is urging the federal labor board to investigate Tesla for a tweet written by its founder Elon Musk regarding his employees' attempts to unionize.

UAW charged that Tesla violated the National Labor Relations Act when Musk threatened to take away employee stock options if employees unionized, according to the complaint.

"Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing?" read Musk's tweet that the UAW complaint is based on.



David Atkins @dmatkins137 · May 20, 2018
Replying to @elonmusk and 2 others
Yellow is fine, got it. How about unions?

**Elon Musk**
@elonmusk

Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety record is 2X better than when plant was UAW & everybody already gets healthcare.
11:44 PM · May 20, 2018

1,732          445 people are talking about this

A Tesla spokesman told Bloomberg that the tweet was meant to reflect that UAW members who work at other car manufacturers don't get stock options or restricted stock units.

R-45(e)

22-60493.5046

EXHIBIT NO. R-45(e) RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO OF PAGES: 3 DATE 6-12-18 REPORTER: DH

ENERGY & ENVIRONMENT
— 1H 14M AGO

**VIEW ALL**

Federal law bars companies from taking punitive action against employees who unionize.

In his tweet, Musk also defended Tesla's safety record, arguing, "Our safety record is 2X better than when plant was UAW & everybody already gets healthcare."

Investigations by non-profit media outlet Reveal News uncovered higher than average injury rates at Tesla plants compared to other automakers.

SHARE            TWEET            PLUS ONE

Related News                by



'Late Show' writer apologizes for...



California May Pay Off Your Home If You Live...
Sponsored | Fetcharate



Justice Department approves $69B...



Mueller moves for forfeiture order to...



THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2018 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.

22-60493.5048

JALOPNIK    THE A.V. CLUB    DEADSPIN    GIZMODO    JEZEBEL    KOTAKU    LIFEHACKER    SPLINTER    THE TAKEOUT    THE ROOT    THE ONION    CL

CAR TECHNOLOGY

VIDEO    JALOPNIK REVIEWS    THE MORNING SHIFT    NICE PRICE OR CRACK PIPE    CAR BUYING    RACING

# Tesla's Now On Trial Over an Elon Musk Tweet

Ryan Felton
9/13/18 5:45pm •

VIDEO    JALOPNIK REVIEWS    THE MORNING SHIFT    NICE PRICE OR CRACK PIPE    CAR BUYING    RACING

65.7K 76    2



Tesla heads back to court later this month to continue a trial over allegations from the National Labor Relations Board that the automaker's management violated federal labor laws. When both sides meet in court, they'll duke it out over a new, potentially thorny legal issue that emerged in late August: a tweet from CEO Elon Musk.



**Elon Musk's Twitter Habit Lands Tesla in Hot Water With U.S. Labor Agency**

Tesla violated U.S. labor laws when CEO Elon Musk tweeted in May that his employees would lose...

Read more

R-45 (F)

EXHIBIT NO. R-45(F) RECEIVED ✓ REJECTED _____
32-CA-197020
CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 5 DATE: 10-12-18 REPORTER: DM

The NLRB accused Musk last month of violating federal labor laws when he sent out a tweet in May that said his employees would lose their stock options if they organized a union. The agency asked a judge overseeing the ongoing case to allow the tweet allegation to be roped into it as well.

Tesla had sought to have the request dismissed. But on Tuesday, a judge sided with the NLRB, and said Tesla has to prepare to defend the NLRB's allegation that Musk's stock-option tweet violated the National Labor Relations Act by "interfering with, restraining, and coercing employees" involved in union activity protected under the law.



ADVERTISEMENT

The NLRB's allegation followed an earlier complaint filed with the agency by the United Auto Workers, which has been attempting to organize a union at Tesla's California assembly plant.

"Moreover, the relevant facts indicate that the Charging Party [the United Auto Workers] conducted a union organizing campaign for at least the past two years.," wrote NLRB Administrative Law Judge Amita Tracy, in an order dated Sept. 11.

"This alleged unlawful [tweet] touches upon such activity. The General Counsel has not rested its case, and Respondent will have ample opportunity in its case-in-chief to address this additional allegation."

ADVERTISEMENT

A Tesla spokesperson referred Jalopnik to a statement issued last month about the NLRB's tweet complaint.

"Elon's tweet was simply a recognition of the fact that unlike Tesla, we're not aware of a single UAW-represented automaker that provides stock options or restricted stock units to their production employees, and UAW organizers have consistently dismissed the value of Tesla equity as part of our compensation package," the spokesperson said.

"We fundamentally believe it's critical that all employees be owners of Tesla so that everyone is on the same team, with all sharing in the company's success. This has been highly successful and led to Tesla compensation being the highest in the auto industry."

ADVERTISEMENT

Tesla had attempted to scuttle the NLRB's bid to consolidate the tweet complaint into the current case, and in one filing, takes to citing a string of tweets that, it appears, are intended to contextualize what Musk meant. The filing includes screenshots of tweets, too, underscoring the novelty of a labor dispute sparked by social media.

Tesla filing
Screenshot: NLRB

Exhibit 1: [tweet]
Screenshot: NLRB

ADVERTISEMENT

A NLRB spokesperson didn't immediately respond to a request for comment. The trial resumes Sept. 24.

**SHARE THIS STORY**



**RECOMMENDED STORIES**



**Lawsuit: Tesla Fired Exec After He Raised Concerns About Workplace Injuries Going Unreported (Updated)**



**U.S. Labor Agency Files Amended Complaint Against Tesla For Alleged Worker Rights Violations**



**Elon Musk Told Workers Tesla 'Would Allow' Them To Unionize If He Couldn't Make Them Safe: NLRB**

**ABOUT THE AUTHOR**



Ryan Felton

**Ryan Felton**

Senior Reporter, Jalopnik/Special Projects Desk

✉ Email    🐦 Twitter    📄 Posts    🔑 Keys

*JALOPNIK*

Want Jalopnik's email newsletter?

Your email address

Subscribe



# INVESTOR'S BUSINESS DAILY®

**OPTIONS**

# Musk Stock-Option Tweet Violated U.S. Labor Law, UAW Alleges



**BLOOMBERG NEWS**  5/24/2018

The United Auto Workers union is asking the federal labor board to investigate **Tesla (TSLA)** over a tweet by Elon Musk.

R-45 (9)

22-60493.5054

EXHIBIT NO. R-45(9) RECEIVED ✔ REJECTED _____

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 4 DATE: 10-12-18 REPORTER: DM



In a complaint filed Wednesday and obtained by Bloomberg News, the union alleges that the electric-car maker violated the National Labor Relations Act by threatening to take away employee stock options in retaliation for engaging in protected union activity.

The union's filing cites a statement that Tesla Chief Executive Officer Musk made this week on Twitter: "Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing?"

The UAW, which is actively trying to organize Tesla's Fremont, Calif., assembly plant, notes in its complaint that Musk has 21.8 million Twitter followers, that the tweet was widely shared and covered in the media, and that it remains online.

A Tesla spokesman said Musk's tweet was meant to reflect that UAW members working for other automakers don't get stock options or restricted stock units. Tesla's compensation is the highest in the industry because of the options, but UAW organizers dismiss the value of the equity, according to the company.

Former NLRB Chairwoman Wilma Liebman, who has done legal work in the past for the UAW, told Bloomberg News on Tuesday that Musk's tweet could be grounds for an NLRB complaint. "The employee is going is going to hear it as, 'If I vote to unionize, stock options will no longer be an option,' " she said.

Federal labor law prohibits employers from threatening to retaliate against employees for organizing.



🔍

News



Like Page    Share

**TRENDING**

Sep. 14, 2018 03:38PM EST
(https://comicsands.com/community/bmiller)
**B. Miller (https://comicsands.com/community/bmiller)**

(https://www.comicsands.com/moms-himtoo-viral-post-responds-2611142664.html)

**Guy Whose Mom's #HimToo Post About Him Became A Viral Meme Responds In The Best Way ❤ (https://www.comicsands.com/moms-himtoo-viral-post-responds-2611142664.html)**

Alex Wong/Getty Images

## A Tweet From Elon Musk Will Be Used As Key Evidence In Upcoming Tesla Trial

Elon Musk loves Twitter. But it looks like one of his Tweets could have him in some major legal trouble.

Last September, the National Labor Relations Board (NLRB) filed a complaint against Tesla, Inc. claiming that the innovative automotive company was intimidating and harassing union employees.

Employees from the Tesla plant in Fremont, California filed complaints with the NLRB in April 2017.

They claimed (https://www.marketwatch.com/story/tesla-slapped-with-unfair-labor-practices-complaint-by-nlrb-2017-08-31) that employees who were handing out information about unionization were told by security to leave the premises. They also claimed that discussion about union activity were stifled and that they were forced to sign an "overly broad" confidentiality agreement "that coerces and intimidates employees from freely exercising their rights."

This summer, the case against Tesla was exacerbated when a report was filed claiming that Elon Musk met with workers from the Fremont plant telling them that the company would address their concerns if they dropped any plans to unionize.

It is against the National Labor Relations Act for an employer to "interfere with, restrain, or coerce employees".

As of this August, Musk has found himself and his company in even hotter water.

Last month, the NLRB pointed to one of Musk's Tweets as evidence of him interfering with the National Labor Relations Act.

Musk moved for the Tweet to be dismissed, but on Tuesday, a judge ruled that **the Tweet will be permissible.**

(https://www.comicsands.com/transgender-middle-school-student-left-alone-during-active-shooter-drill-because-teachers-didnt-know-where-to-shelter-her-2611170857.html)

**Transgender Middle School Student Left Alone During Active Shooter Drill Because Teachers Didn't Know Where To Shelter Her ⚫ (https://www.comicsands.com/transgender-middle-school-student-left-alone-during-active-shooter-drill-because-teachers-didnt-know-where-to-shelter-her-2611170857.html)**

David Atkins ✕ @dmatkins137 · May 20, 2018
Replying to @elonmusk and 2 others
Yellow is fine, got it. How about unions?

**Elon Musk**
@elonmusk

Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety record is 2X better than when plant was UAW & everybody already gets healthcare.

11:44 PM · May 20, 2018

1,732    445 people are talking about this

(https://www.comicsands.com/mike-huckabee-taylor-swift-clapback-2611168563.html)

**Mike Huckabee's Tweet Giving Back-Handed Support To Taylor Swift's Political Opinions Just Got A Reality Check 👌 (https://www.comicsands.com/mike-huckabee-taylor-swift-clapback-2611168563.html)**

f

🐦 (https://twitter.com/intent/tweet?    ✉ (m

R-45(h)

22-60493.5058

EXHIBIT NO. R-45(A) RECEIVED ✓ REJECTED

32:CA-197020

CASE NO._____ CASE NAME: Tec/q, Inc.

NO. OF PAGES: 6  DATE: 10/2-18  REPORTER: DM

According to the body of the message, managers threatened employees that they will lose stock options if they unionize.



**A Tesla spokesperson rebutted their argument, saying,**

> *"Elon's tweet was simply a recognition of the fact that unlike Tesla, we're not aware of a single UAW [United Auto Workers] represented automaker that provides stock options or restricted stock units to their production employees, and UAW organizers have consistently dismissed the value of Tesla equity as part of our compensation package."*

**Many people are rushing to the inventor's defense.**



CNN @CNN · Aug 29, 2018
Tesla CEO Elon Musk is already in trouble for tweeting about plans to take the company private.

Now he could be in trouble for a tweet about a union organizing effort at the company. cnn.it/2Pi18gm pic.twitter.com/PV5AcZvxXt

**Gatvol Safrican**
@GatvolSA

Leave Elon alone. We need more Elons.

11:53 AM - Aug 29, 2018

11     See Gatvol Safrican's other Tweets



CNN @CNN · Aug 29, 2018
Tesla CEO Elon Musk is already in trouble for tweeting about plans to take the company private.

Now he could be in trouble for a tweet about a union organizing effort at the company. cnn.it/2Pi18gm pic.twitter.com/PV5AcZvxXt

**Tommy Igoe**
@TommyIgoe

Bullshit. Elon's right.

And the uaw would offer nothing for hear employees and actually make things worse.  People are lining up trying to get a job at Tesla.

12:12 PM - Aug 29, 2018

5     See Tommy Igoe's other Tweets

(https://www.comicsands.com/woman-calls-cops-on-whales-2611157625.html)
**Woman Calls The Cops On Some Humpback Whales In Viral Video—And We Can't 😩 (https://www.comicsands.com/woman-calls-cops-on-whales-2611157625.html)**

(https://www.comicsands.com/youth-soccer-players-impressive-backflip-penalty-kick-is-almost-too-bizarre-to-believe-2611214533.html)
**Youth Soccer Player's Impressive Backflip Penalty Kick Is Almost Too Bizarre To Believe 😵 (https://www.comicsands.com/youth-soccer-players-impressive-backflip-penalty-kick-is-almost-too-bizarre-to-believe-2611214533.html)**

f                    🐦 (https://twitter.com/intent/tweet?          ✉ (m



≡

🔍

**COMIC SANDBOX** ...@...hal... · Aug 29, 2018
Replying to @MarkIHFX and 7 others

I ❤ how twitter turns so many otherwise reasonable adults into "judge, jury, and often executioner".

Elon is assumed to be guilty of union busting.

Only 1 evidence: a tweet that was misconstrued as a threat.

1/3

**Self-appointed Pope Of Muskanity**
@RationalEtienne

Meanwhile, something he tweeted right ⭐BEFORE⭐ this misconstrued tweet is being totally ignored in the press but will be considered by the judge. This is a tweet where he says that there is NOTHING that Tesla can do to prevent unionization.

2/3 twitter.com/elonmusk/statu...

**Elon Musk**     @elonmusk
Replying to @marshall5912 and 2 others
They can form a union whenever they want & there's nothing I can do to stop them. California is a very pro-union state. They just don't want to.

11:30 PM - Aug 29, 2018

4     See Self-appointed Pope Of Muskanity's other Tweets

**The Independent**  @Independent · May 24, 2018
An autoworkers union wants an investigation of Elon Musk's tweet
independent.co.uk/life-style/gad...

**An autoworkers union wants an investigation of Elon M...**
An autoworkers' union has accused Tesla of violating labour law after CEO Elon Musk questioned unionisation in a series
independent.co.uk



**Paul Kearney**
@onemordumazz

There was a time when unions saved employees, now most are as corporate as the management & ran by those who care little or know little about the bulk of the employees they claim to represent. If employers were actually in belief of the Constitution, unions would not be needed.

11:43 AM - May 24, 2018

See Paul Kearney's other Tweets

f          🐦 (https://twitter.com/intent/tweet?          ✉ (m



☰   @IB6UB95                                                    (/)          🔍
an Oh Myyy Property

Tesla's Now On Trial Over an Elon Musk Tweet.

They just want to meet him and shake his hand. NEXT TIME
JUST INVITE HIM OUT FOR DINNER.
I hope this harassment ends soon.
Bloody bottom feeders.
3:47 PM - Sep 13, 2018

See IB6UB9's other Tweets

**Others feel that Musk needs to stop campaigning against unionization.**

@CaliforniaLabor @elonmusk @Tesla I don't care if he smokes weed. It will be legal in the entire US
eventually. But... https://t.co/0lpo6HEDMY

— Joyce Overly (@poycer) 1536775322.0

 **Phil LeBeau**    @Lebeaucarnews · May 24, 2018
Quote of the day: "I don't know  what the hell Musk is up to."
President of @UAW when asked about tweet by @elonmusk that
the auto workers union drove GM and Chrysler into bankruptcy in
2009.

**Kevin O'Connor**
@nivekronnoco

He should stick to rocketry,he doesnt know shit about the union
and the financial crisis of 2008.#ElonMusk
8:54 AM - May 24, 2018 · Grosse Pointe Woods, MI

See Kevin O'Connor's other Tweets

**Others can't believe his Tweet is the center of a court case.**

Anyway, I just think it's a neat novel thing that we're litigating over whether a tweet broke labor laws now.
And a... https://t.co/z661eMWGOx

— Ryan Felton (@ryanfelton) 1536875621.0

f          🐦 (https://twitter.com/intent/tweet?          ✉ (m

22-60493.5062

☰     (/)                                      🔍

Tesla CEO Elon Musk is already in trouble for tweeting about plans to take the company private.

Now he could be in trouble for a tweet about a union organizing effort at the company. cnn.it/2Pi18gm pic.twitter.com/PV5AcZvxXt



 **James H.**
@jhumigas

When did tweeting out loud became such a dangerous thing ?

pic.twitter.com/1pfxFjV6NY

11:51 AM - Aug 29, 2018



3    See James H.'s other Tweets

 **Julia Carrie Wong**
@juliacarriew

Elon Musk's tweets are now the subjects of:
- SEC investigation
- NLRB charges
- threatened defamation lawsuit jalopnik.com/teslas-on-tria...

3:01 PM - Sep 13, 2018

**Tesla's Now On Trial Over an Elon Musk Tweet**
Tesla heads back to court later this month to continue a trial over allegations from the National Labor Relations Board that the
jalopnik.com

38    See Julia Carrie Wong's other Tweets

The trial resumes on September 24.

f                    🐦 (https://twitter.com/intent/tweet?          ✉ (m

Bloomberg the Company & Its Products    |    Bloomberg Anywhere Remote Login    |    Bloomberg Terminal Demo Request

Bloomberg    Subscribe

Technology

# Musk Stock-Option Tweet Violated U.S. Labor Law, UAW Alleges

By Josh Eidelson

May 24, 2018 7:58 AM *Updated on* May 24, 2018 10:58 AM

▶ Union seeks federal investigation after Tesla boss's post
▶ CEO asked: 'Why pay union dues & give up stock options?'



Tesla's Elon Musk Takes on the Media

LISTEN TO ARTICLE
▶ 3:08

SHARE THIS ARTICLE
Share
Tweet

The United Auto Workers is asking the federal labor board to investigate Tesla Inc. over a tweet by Elon Musk.

In a complaint filed Wednesday and obtained by Bloomberg News, the union alleges that the electric-car maker violated the National Labor Relations Act by threatening to take away employee stock options in retaliation for engaging in protected union activity.

You have 9 free articles remaining. Subscribe for unlimited access.    View Subscription Offers    Sign in    Bloomberg Anywhere clients get free access



EXHIBIT NO. R-46 RECEIVED✓ REJECTED

32-CA-197020

CASE NO _____ CASE NAME: Tesla, Inc.

NO. OF PAGES:____ DATE: 10-24-18 REPORTER: DM

Post

Email

**In this article**

TSLA
**TESLA INC**
256.88 ▼ -5.92 -2.25%

TWTR
**TWITTER INC**
26.79 ▼ -2.48 -8.47%

The union's filing cites a statement that Tesla's Chief Executive Officer Musk made this week on Twitter : "Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing?"

> Nothing stopping Tesla team at our car plant from voting union. Could do so tmrw if they wanted. But why pay union dues & give up stock options for nothing? Our safety record is 2X better than when plant was UAW & everybody already gets healthcare.
>
> — Elon Musk (@elonmusk) May 21, 2018

The UAW, which is actively trying to organize Tesla's Fremont, California, assembly plant, notes in its complaint that Musk has 21.8 million Twitter followers, that the tweet was widely shared and covered in the media and that it remains online.

'Ridiculous' comments

Musk's tweet was "a threat to the workers and a direct violation of the Labor Act," UAW President Dennis Williams told reporters Thursday in Detroit. "I don't know what the hell Musk is up to -- sometimes I scratch my head. He's a very bright man, no doubt about it. He's very creative, no doubt about it. But the comments that he made were so ridiculous the other day. I mean you've got to be kidding me."

A Tesla spokesman said Musk's tweet was meant to reflect that UAW members working for other automakers don't get stock options or restricted stock units. Tesla's compensation is the highest in the industry because of the options, but UAW organizers dismiss the value of the equity, according to the company.

Former NLRB Chairwoman Wilma Liebman, who has done legal work in the past for the UAW, told Bloomberg News on Tuesday that Musk's tweet could be grounds for an NLRB complaint. "The employee is going to hear it as, 'If I vote to unionize, stock options will no longer be an option,'" she said.

Federal labor law prohibits employers from threatening to retaliate against employees for organizing.

Musk Stock-Option Tweet Violated U.S. Labor Law, UAW Alleges - Bloomberg

NLRB Options

Tech Newsletter

Get Fully Charged,
featuring insights from our
reporters around the world

Enter your email

Sign Up

If the NLRB's investigation and prosecution unit were to find merit in the UAW's allegations and fail to reach a settlement on them with Tesla, it could issue a complaint against the company, leading to a hearing before an administrative law judge. Such a hearing is currently scheduled for June 11 in Oakland, California, on other allegations brought by the UAW, including that Tesla retaliated against union supporters. Tesla has denied wrongdoing.

NLRB settlements can include remedies like a requirement that a company post a notice in the workplace highlighting employees' rights or commit to not do whatever it was alleged to have done wrong.

Musk's tweet appears to fall "somewhere in the middle" between clearly legal or illegal conduct, said University of Wyoming law professor Michael Duff.

In isolation, the tweet might not be enough for the regional NLRB office to find a violation of the law, said Duff, a former NLRB attorney. But it might be seen differently by the agency when viewed in context with other allegations of union-busting. "The union's strategy is to get the NLRB office to see the tweet as part of an ongoing pattern of coercive conduct," he said.

Have a confidential tip
for our reporters?

GET IN TOUCH

— With assistance by David Welch, Dana Hull, and Keith Naughton

(Updates with UAW president's comment in the fifth paragraph.)

## From The Web

Sponsored Links by Taboola



Reclusive Millionaire Warns:
"Get Out Of Cash Now"
Investing Outlook



Motley Fool Issues Rare
"Double Down" Buy Alert
The Motley Fool



8 Reasons Why Everyone is
Obsessed With These Socks
Bombas



22-60493.5067

EXHIBIT EXCLUDED

Leading Case Number ___ 32. CA-197020 ___

Leading Case Name ___ Tesla, Inc. ___

Exhibit Number ___ R-47 ___

Description ___ UAW Supporter Article ___

_____

_____

The above-referenced exhibit is not included herein for the following reason:

1. Exhibit Withdrawn _____

2. Exhibit Rejected ___ X ___

3. Other (Explain) _____

   _____

   _____

Exhibit retained by in Rejected File _____

_____

Deborah Gonzaly
Court Reporter

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100 main
415.434.3947 fax
www.sheppardmullin.com

415.774.2934 direct
kmorris@sheppardmullin.com

File Number: 26VT-273129

October 4, 2018

**VIA E-FILING, E-MAIL AND U.S. MAIL**

Peter B. Robb
General Counsel
National Labor Relations Board
1015 Half Street SE
Washington, D.C. 20570-0001

Re:   <u>Section 102.118(b) Request; Consolidated Case Nos. 32-CA-197020, 32-CA-197058,
      32-CA-197091, 32-CA-197197, 32-CA-200530, 32-CA-208614, 32-CA-210879 & 32-CA-
      220777</u>

General Counsel Robb:

Pursuant to Section 102.118(b) of the National Labor Relations Board's ("Board") Rules and
Regulations, Respondent Tesla, Inc. ("Tesla") respectfully requests your written consent to
issue the attached subpoena *ad testificandum* to compel the testimony of Region 32 Field
Attorney Edris W.I. Rodriguez Ritchie in the above-referenced, consolidated matter at the
hearing set to resume on October 9, 2018.

By way of background, the International Union, United Automobile, Aerospace and Agricultural
Workers of America, AFL-CIO ("UAW" or "Union") has engaged in an aggressive corporate
campaign against Tesla for the past 27 months for the purpose of coercing Tesla's agreement
to a card check/neutrality agreement.  The UAW has filed and/or amended more than fifteen
charges in furtherance of said corporate campaign which cumulatively allege that, between
October 2016 and the present, countless supervisors, security officers, and human resources
representatives committed various ULPs.  Tesla fully cooperated with Region 32 during its
fourteen-month long investigation into these charges, providing thousands of pages of
documents, submitting multiple position statements in response to the Region's requests for
information and evidence and producing approximately twenty confidential witnesses for
affidavits.

The vast majority of these allegations were dismissed or withdrawn for lack of merit by the time
the Region issued its Third Order Consolidating Cases and Second Amended Consolidated
Complaint on March 30, 2018.  The first of (at least) three phases of the trial was set to begin on
June 11, 2018.

On May 24, 2018, May 25, 2018 and May 31, 2018, both the UAW and the Region served Tesla
with extensive trial subpoenas which, in part, specifically sought electronic communications
made by Tesla's CEO Elon Musk ("Mr. Musk").  The UAW also served Mr. Musk with a
subpoena *ad testificandum* on May 30, 2018.  When Tesla's counsel met and conferred with the

R-48

EXHIBIT NO. R-48 RECEIVED ✓ REJECTED

32-CA-197020

CASE NO. _____ CASE NAME: Tesla, Inc.

NO. OF PAGES: 5 DATE: 10/21/8 REPORTER: DM

22-60493.5070

**SheppardMullin**

Peter B. Robb
October 4, 2018
Page 2

Region and the UAW over the scope of these subpoenas, it challenged the relevance of the requested evidence to the extent that Mr. Musk was not named in the Union's initial or amended charges or the Region's lengthy EAJA letters, his name did not come up at any time during the Region's 14-month-long investigation, and the then-operative Second Amended Consolidated Complaint did not assert any allegations against him. The Region and the Union refused to modify these requests, and Tesla accordingly petitioned to revoke them on June 4, 2018.

Later that day, the Region issued an Amendment to the Second Amended Consolidated Complaint ("Amendment") which, for the very first time, asserted specific factual allegations against Mr. Musk. The Amendment alleged that, during a June 7, 2017 meeting, Mr. Musk unlawfully solicited employee complaints about safety, impliedly promised to remedy them if employees refrained from organizing activity and further stated that it would be futile for the employees to select the Union as their bargaining representative.

The June 4, 2018 Amendment inserted uncharged, uninvestigated factual allegations regarding a June 7, 2017 meeting into a complaint noticed for hearing on June 11, 2018. These allegations are facially time-barred by § 10(b) of the Act, and the Region additionally exceeded its authority by issuing a complaint on uncharged conduct. Tesla was nonetheless forced to defend itself against said allegations after Administrative Law Judge Amita B. Tracy ("Judge Tracy") denied Tesla's Motion to Dismiss without prejudice to Tesla's right to re-raise the issue with her post-trial.

As to its § 10(b) statute of limitations defense, Tesla must prove that the otherwise time-barred allegations are not "closely related" to any timely-filed charge. As to its additional defense that the Region exceeded its authority by issuing a complaint on uncharged conduct, a factual record must be developed regarding the Region's investigation. *See Leukemia and Lymphoma Society*, 363 NLRB No. 123, slip. op. at 2 (2016) (Miscimarra concurring in the Board's denial of respondent's Motion to Dismiss for lack of jurisdiction, yet writing separately to state that a factual record of the Region's investigation should be developed at a hearing to evaluate the merits of Respondent's Motion). Tesla accordingly seeks to subpoena the testimony of Field Attorney Edris W.I. Rodriguez Ritchie for the limited purpose of developing a factual record regarding the unusual circumstances surrounding the issuance of the Amendment.

We understand that it remains the policy of the Office of the General Counsel to decline to permit Board agents to testify or provide information concerning the processing of unfair labor practice cases "absent a showing of most unusual circumstances". GC Memorandum 94-14, p. 3, fn. 4 (1994). The limited information about the Region's investigation revealed after Judge Tracy denied Tesla's Motion to Dismiss, in addition to the suspicious timing between the service of the overbroad trial subpoenas, Tesla's opposition based on the irrelevance of the requested information and the issuance of the Amendment only a few days later, clearly meets this standard.

The Region admitted in its opposition to Tesla's Request for Special Permission to Appeal that the allegations of the Amendment were *not* the subject of any charge. The Region also revealed that it did not learn of the alleged June 7, 2017 meeting until nearly a full year after it occurred and only after it had concluded its investigation concerning the charged conduct. The

**SheppardMullin**

Peter B. Robb
October 4, 2018
Page 3

charging party employee present at the alleged meeting testified on cross-examination on September 24, 2018 that he did not disclose its occurrence to the Board Agent until late May 2018, months after he provided his initial affidavit, and less than a week before the Region issued the Amendment. He also testified that the Region did not take a new affidavit from him regarding these allegations. The Region also did not even attempt to take an affidavit from any of the other three individuals allegedly present at the June 7, 2017 meeting. Nor did the Region send Tesla an EAJA letter requesting evidence and Tesla's position concerning the June 7, 2017 meeting. Instead, the Region simply issued the Amendment.

In sum, there is substantial evidence that the Region issued a complaint on untimely, uninvestigated, uncharged and uncorroborated allegations based on a single unsworn statement made by a charging party employee represented by the UAW's counsel. While Tesla fully appreciates the policy considerations which might ordinarily counsel against permitting Board Agents to testify regarding the processing of ULP charges, we hope you will agree that the Region's disturbing behavior here is anything but ordinary, and that this is a "most unusual" circumstance which uniquely warrants the development of a factual record. Otherwise, Tesla will be deprived of critical evidence needed to defend itself, and the Region will undoubtedly continue to misuse the authority delegated to it by the Office of the General Counsel.

For all the foregoing reasons, we respectfully request that you consent to the issuance of the attached subpoena *ad testificandum* to compel the testimony of Region 32 Field Attorney Edris W.I. Rodriguez Ritchie at the hearing in this matter that is set to resume on October 9, 2018.

Sincerely,

Keahn N. Morris
Mark S. Ross
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:488008954.3
Encl.: Subpoena Ad Testificandum No. A-1-1148Y4T

cc:   Beth Tursell, Associate General Counsel for the Division of Operations-Management
      Amita B. Tracy, Administrative Law Judge
      Valerie Hardy-Mahoney, Regional Director, Region 32
      Edris W.I. Rodriguez Ritchie, Field Attorney, Region 32
      Noah Garber, Field Attorney, Region 32
      Jatinder K. Sharma, Counsel for Tesla, Inc.
      Margo A. Feinberg, Counsel for Charging Parties
      Daniel E. Curry, Counsel for Charging Parties
      Julie Alarcon, Counsel for Charging Parties
      Jeffery Sodko, United Automobile, Aerospace and Agricultural Workers of America, AFL-CIO

FORM NLRB-32

## SUBPOENA

### UNITED STATES OF AMERICA
### NATIONAL LABOR RELATIONS BOARD

To   Edris W.I. Rodriguez Ritchie, Region 32, 1301 Clay Street Suite 300N, Oakland, California 94612-5224

As requested by   Mark S. Ross and Keahn N. Morris, Sheppard, Mullin, Richter & Hampton LLP

Counsel for Respondent Tesla, Inc.; T: (415) 434-9100; kmorris@sheppardmullin.com; mross@sheppardmullin.com

| whose address is | Four Embarcadero Center, 17th Fl. | San Francisco | CA | 94111 |
|---|---|---|---|---|
| | (Street) | (City) | (State) | (ZIP) |

YOU ARE HEREBY REQUIRED AND DIRECTED TO APPEAR BEFORE        Judge Amita B. Tracy,

a duly designated Administrative Law Judge                    of the National Labor Relations Board

at   1301 Clay Street, 5th Floor - North Tower, Conference Room H

in the City of   Oakland, California

on   October 9, 2019                                                 at   9:00 a.m.          or any adjourned

or rescheduled date to testify in

Tesla, Inc.
32-CA-197020; 32-CA-197058; 32-CA-197091; 32-CA-197197;
32-CA-200530; 32-CA-208614 and 32-CA-210879

(Case Name and Number)

If you do not intend to comply with the subpoena, within 5 days (excluding intermediate Saturdays, Sundays, and holidays) after the date the subpoena is received, you must petition in writing to revoke the subpoena. Unless filed through the Board's E-Filing system, the petition to revoke must be received on or before the official closing time of the receiving office on the last day for filing. If filed through the Board's E-Filing system, it may be filed up to 11:59 pm in the local time zone of the receiving office on the last day for filing. Prior to a hearing, the petition to revoke should be filed with the Regional Director; during a hearing, it should be filed with the Hearing Officer or Administrative Law Judge conducting the hearing. See Board's Rules and Regulations, 29 C.F.R Section 102.31(b) (unfair labor practice proceedings) and/or 29 C.F.R. Section 102.66(c) (representation proceedings) and 29 C.F.R Section 102.111(a)(1) and 102.111(b)(3) (time computation). Failure to follow these rules may result in the loss of any ability to raise objections to the subpoena in court.

**A-1-1148Y4T**

Under the seal of the National Labor Relations Board, and by direction of the Board, this Subpoena is

Issued at

Dated:

*John F. Ring*
**John Ring, Chairman**

**NOTICE TO WITNESS.** Witness fees for attendance, subsistence, and mileage under this subpoena are payable by the party at whose request the witness is subpoenaed. A witness appearing at the request of the General Counsel of the National Labor Relations Board shall submit this subpoena with the voucher when claiming reimbursement.

### PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is mandatory in that failure to supply the information may cause the NLRB to seek enforcement of the subpoena in federal court.