# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| TESLA, INCORPORATED; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO, | ) ) ) ) ) ) | |
| Petitioners/Cross-Respondents | ) ) | No. 22-60493 |
| v. | ) ) | |
| NATIONAL LABOR RELATIONS BOARD, | ) ) ) | |
| Respondent/Cross-Petitioner | ) | |

**UNOPPOSED MOTION OF THE NATIONAL LABOR RELATIONS BOARD FOR TEMPORARY REMAND OF THE CASE TO ENABLE THE BOARD TO CORRECT A TYPOGRAPHICAL ERROR**

To the Honorable, the Judges of the United States
  Court of Appeals for the Fifth Circuit:

The National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, respectfully moves this Court to temporarily remand this case to the Board to enable the Board to correct a typographical error in its Supplemental Decision and Order.

1. On August 29, 2022, the Board issued its Supplemental Decision and Order in this case, which is currently before this Court on petitions for review filed by Tesla, Inc. ("Tesla") and International Union, United Automobile, Aerospace

and Agricultural Implement Workers of America, AFL-CIO ("the Union"), and a cross-application for enforcement filed by the Board.

    2.  Pursuant to Section 10(e) of the National Labor Relations Act ("the Act"), this Court obtained exclusive jurisdiction over the case on October 24, 2022, the day the Board filed the record with the Court.  *See* 29 U.S.C. § 160(e) ("Upon the filing of the record with it the jurisdiction of the court shall be exclusive . . . ."). Because the Board no longer has jurisdiction over this matter, it may correct inadvertent errors in its decision and order only by leave of the Court.  *See* 29 U.S.C. § 160(d) ("Until the record in a case shall have been filed in a court, as hereinafter provided, the Board may at any time, upon reasonable notice and in such manner as it shall deem proper, modify or set aside, in whole or in part, any finding or order made or issued by it."); *Chicano Educ. & Manpower Servs. v. Dep't of Labor*, 909 F.2d 1320, 1328 (9th Cir. 1990) (after appellate court's jurisdiction has been invoked, agency may correct clerical error by leave of court); *Zenith Elec. Corp. v. United States*, 884 F.2d 556, 560 (Fed. Cir. 1989) ("A number of courts have recognized the authority of an administrative agency to correct inadvertent, ministerial errors.").  *See, e.g.*, Order, *NLRB v. Relco Locomotives, Inc.*, Case Nos. 12-2111, 12-2203 (Aug. 15, 2012) (attached as Exhibit 1).

3. After the record was filed, it came to the Board's attention that the volume number listed on the first page of the Supplemental Decision and Order is incorrect. The Supplemental Decision and Order bears the citation 370 NLRB No. 131; the correct citation is 371 NLRB No. 131. The former citation is to a different Board decision and order. *See Frontier Commc'ns Corp.*, 370 NLRB No. 131, 2021 WL 2200260, 2021 NLRB LEXIS 214 (May 26, 2021). The Board's website, Westlaw, and Lexis correctly display the Supplemental Decision and Order in this case when 371 NLRB No. 131 is entered. *See* https://www.nlrb.gov/cases-decisions/decisions/board-decisions; 2022 NLRB LEXIS 369; 2022 WL 3910090.

4. If this motion is granted, the Board will promptly correct the error and refile the corrected Supplemental Decision and Order with this Court within 7 days of the remand.

5. Counsel for Tesla and the Union have stated that they do not oppose this motion.

WHEREFORE, the Board respectfully requests that the Court temporarily remand the case to the Board for the limited purpose of enabling the Board to correct the typographical error.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 31st day of October 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| TESLA, INCORPORATED; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO, | ) ) ) ) ) ) | |
| Petitioners/Cross-Respondents | ) ) | No. 22-60493 |
| v. | ) ) | |
| NATIONAL LABOR RELATIONS BOARD, | ) ) ) | Board Case Nos. 32-CA-197020 et al. |
| Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

                                        s/ Ruth E. Burdick
                                        Ruth E. Burdick
                                        Deputy Associate General Counsel
                                        NATIONAL LABOR RELATIONS BOARD
                                        1015 Half Street, SE
                                        Washington, DC  20570
                                        (202) 273-2960

Dated at Washington, DC
this 31st day of October 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| TESLA, INCORPORATED; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO, | ) ) ) ) ) ) | |
| Petitioners/Cross-Respondents | ) ) | No. 22-60493 |
| v. | ) ) | |
| NATIONAL LABOR RELATIONS BOARD, | ) ) | Board Case Nos. 32-CA-197020 et al. |
| Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that its motion contains 542 words of proportionally spaced, 14-point type, and the word-processing system used was Microsoft Word for Office 365.

>  s/ Ruth E. Burdick
>  Ruth E. Burdick
>  Deputy Associate General Counsel
>  NATIONAL LABOR RELATIONS BOARD
>  1015 Half Street, SE
>  Washington, DC  20570
>  (202) 273-2960

Dated at Washington, DC
this 31st day of October 2022

**EXHIBIT 1**

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-2111

National Labor Relations Board

Petitioner

v.

Relco Locomotives, Inc.

Respondent

No: 12-2203

Relco Locomotives, Inc.

Petitioner

v.

National Labor Relations Board

Respondent

---

Appeal from National Labor Relations Board
(18-CA-19175)
(18-CA-19350)
(18-CA-19367)
(18-CA-19499)
(18-CA-19175)
(18-CA-19350)
(18-CA-19367)
(18-CA-19499)

---

**ORDER**

The NLRB's motion for a temporary remand to permit the Board to correct an inadvertent drafting error is granted, and the matter is hereby remanded to the Board for action consistent with its motion.

RELCO's brief is due August 27, 2012.

August 15, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans