No. 22-60493

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

TESLA, INC.,
Petitioner & Cross-Respondent

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL–CIO (UAW)
Petitioner & Intervenor

v.

NATIONAL LABOR RELATIONS BOARD,
Respondent & Cross-Petitioner

On Appeal from
National Labor Relations Board
32-CA-197020, 32–CA–197058, 32–CA–197091, 32–
CA–197197, 32–CA–200530, 32–CA–208614, 32–
CA–210879 & 32–CA–220777

UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
MARGO A. FEINBERG      DANIEL E. CURRY
6300 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90048
Telephone:  (323) 655-4700  Facsimile:  (323) 655-4488
Email:  margo@ssdslaw.com dec@ssdslaw.com

Attorneys for Petitioner and Intervenor International Union, United Automobile,
Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW)

Pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1, Petitioner and Intervenor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL–CIO ("UAW") hereby moves for voluntary dismissal of its Petition to Review the NLRB's August 29, 2022 Decision in Case No. 32-CA-197020, *et al*.  The parties in this case have not yet submitted briefing, and the Court has not yet scheduled oral argument. Each party would bear its own costs and fees associated with this petition.

Pursuant to Fifth Circuit Rule 27.4, counsel for UAW has contacted counsel for the other parties, and on November 8, 2022 Tesla Counsel Michael E. Kenneally and NLRB Counsel Micah Jost informed UAW that their clients will not oppose this motion for voluntary dismissal.

Petitioner Tesla, Inc. has also filed a Petition to Review the NLRB's order in Case No. 32-CA-197020, *et al*, on separate grounds from UAW.  The Court granted UAW's Motion to Intervene in Tesla, Inc's Petition on October 7, 2022. Thus, if this motion for voluntary dismissal is granted, the UAW will remain a party to the case as an intervenor in support the National Labor Relations Board.

For these reasons, UAW requests its motion for voluntary dismissal be granted.

DATED: November 8, 2022

SCHWARTZ, STEINSAPIR, DOHRMANN
  & SOMMERS LLP
MARGO A. FEINBERG
DANIEL E. CURRY

By     /s/Daniel E. Curry
        DANIEL E. CURRY
        Attorneys for UAW

# CERTIFICATE OF COMPLIANCE

1.   This document complies with the type-volume limit of FED. R. APP. P. 27(d)(2)(A) because this document contains 207 words in total.

2.   This document complies with the typeface requirements of FED. R. APP. P. 27(d)(1)(E), 32(a)(5), and 5th CIR. R32.1 and the type-style requirements of FED. R. APP. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Office 2019 in Times Roman Numeral font size 14.

DATED:  November 8, 2022

SCHWARTZ, STEINSAPIR, DOHRMANN
 & SOMMERS LLP
MARGO A. FEINBERG
DANIEL E. CURRY

By _____ /s/Daniel E. Curry _____
        DANIEL E. CURRY
        Attorneys for UAW

# CERTIFICATE OF SERVICE

I certify that on the 8th day of November, a true and correct copy of the

forgoing was filed electronically and served on counsel of record for all other

parties through this Court's CM/ECF system.

DATED:  November 8, 2022

> SCHWARTZ, STEINSAPIR, DOHRMANN
> & SOMMERS LLP
> MARGO A. FEINBERG
> DANIEL E. CURRY
>
> By _____ /s/Daniel E. Curry _____
> DANIEL E. CURRY
> Attorneys for UAW