# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2022

Mr. David S. Habenstreit
National Labor Relations Board
Appellate & Supreme Court Litigation Branch
1015 Half Street, S.E.
Washington, DC 20570

    No. 22-60493    Tesla v. NLRB
                          Agency No. 32-CA-197020
                          Agency No. 32-CA-197058
                          Agency No. 32-CA-197091
                          Agency No. 32-CA-197197
                          Agency No. 32-CA-200530
                          Agency No. 32-CA-208614
                          Agency No. 32-CA-210879
                          Agency No. 32-CA-220777

Dear Mr. Habenstreit,

Enclosed is a copy of the judgment issued as the mandate as to the Petition for Review filed by International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO.

The case remains open as to the Petition for Review of Tesla, Incorporated.

A revised case caption is attached, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc w/encl:
    Ms. Ruth E. Burdick
    Mr. Daniel E. Curry
    Ms. Valerie Hardy-Mahoney
    Mr. Micah Prieb Stoltzfus Jost
    Mr. Michael E. Kenneally
    Ms. Kira Dellinger Vol

                              No. 22-60493

Tesla, Incorporated,

                    Petitioner/Cross-Respondent

v.

National Labor Relations Board,

                    Respondent/Cross-Petitioner