# United States Court of Appeals
# for the Fifth Circuit

No. 22-60493

**A True Copy**
**Certified order issued Nov 09, 2022**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Tesla, Incorporated; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO,

        *Petitioners/Cross-Respondents,*

*versus*

National Labor Relations Board,

        *Respondent/Cross-Petitioner.*

---

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 32-CA-197020
Agency No. 32-CA-197058
Agency No. 32-CA-197091
Agency No. 32-CA-197197
Agency No. 32-CA-200530
Agency No. 32-CA-208614
Agency No. 32-CA-210879
Agency No. 32-CA-220777

---

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the petition for review of International Union, United Automobile, Aerospace and Agricultural

Implement Workers of America, AFL-CIO is dismissed as of November 09, 2022, pursuant to petitioner's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT