# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 10, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 22-60493    Tesla v. NLRB
                Agency No. 32-CA-197020
                Agency No. 32-CA-197058
                Agency No. 32-CA-197091
                Agency No. 32-CA-197197
                Agency No. 32-CA-200530
                Agency No. 32-CA-208614
                Agency No. 32-CA-210879
                Agency No. 32-CA-220777
```

Enclosed is an order entered in this case.

Counsel for Respondent must file a status report with this court every 30 days until the matter is resolved and notify us immediately when a corrected order has been entered.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Mr. David S. Habenstreit
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Ms. Kira Dellinger Vol