# United States Court of Appeals for the Fifth Circuit

No. 22-60493

Tesla, Incorporated,

*Petitioner/Cross-Respondent*,

*versus*

National Labor Relations Board,

*Respondent/Cross-Petitioner*.

---

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 32-CA-197020
Agency No. 32-CA-197058
Agency No. 32-CA-197091
Agency No. 32-CA-197197
Agency No. 32-CA-200530
Agency No. 32-CA-208614
Agency No. 32-CA-210879
Agency No. 32-CA-220777

---

Before Higginbotham, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Respondent's unopposed motion to remand the case to the National Labor Relations Board for the limited purpose of

No. 22-60493

correcting a typographical error in its August 29, 2022 Supplemental Decision and Order is GRANTED.