# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 16, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60493   Tesla v. NLRB
                  Agency No. 32-CA-197020
                  Agency No. 32-CA-197058
                  Agency No. 32-CA-197091
                  Agency No. 32-CA-197197
                  Agency No. 32-CA-200530
                  Agency No. 32-CA-208614
                  Agency No. 32-CA-210879
                  Agency No. 32-CA-220777

In light of the letter filed this date by the NLRB advising remand proceedings are now complete, this case is being removed from abeyance.

The NLRB should file a supplemental administrative record with this court within fifteen (15) days from this date. Once the supplemental record is filed, a new briefing notice will issue.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Allison G. Lopez, Deputy Clerk
                                504-310-7702

cc:  Ms. Ruth E. Burdick
     Mr. Daniel E. Curry
     Mr. David S. Habenstreit
     Ms. Valerie Hardy-Mahoney
     Mr. Micah Prieb Stoltzfus Jost
     Mr. Michael E. Kenneally
     Ms. Kira Dellinger Vol