# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 22, 2022

Mr. Michael E. Kenneally
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, N.W.
Suite 411
Washington, DC 20004

    No. 22-60493    Tesla v. NLRB
                       USDC No. 32-CA-197020
                       USDC No. 32-CA-197058
                       USDC No. 32-CA-197091
                       USDC No. 32-CA-197197
                       USDC No. 32-CA-200530
                       USDC No. 32-CA-208614
                       USDC No. 32-CA-210879
                       USDC No. 32-CA-220777

Dear Mr. Kenneally,

Please be advised that the supplemental record has been filed and briefing has resumed. The Petitioner's brief is due within forty (40) days from the date on this notice.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: /s/ Allison Lopez
                                          Allison Lopez, Deputy Clerk
                                          504-310-7702

cc:  Ms. Ruth E. Burdick
     Mr. Daniel E. Curry
     Mr. David S. Habenstreit
     Ms. Valerie Hardy-Mahoney
     Mr. Micah Prieb Stoltzfus Jost
     Ms. Kira Dellinger Vol

Case No. 22-60493

Tesla, Incorporated,

                Petitioner/Cross-Respondent

v.

National Labor Relations Board,

                Respondent/Cross-Petitioner