# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Tesla, Incorporated,<br><br>　　*Petitioner/*<br>　　*Cross-Respondent*<br><br>　　v.<br><br>National Labor Relations Board,<br><br>　　*Respondent/*<br>　　*Cross-Petitioner* | No. 22-60493 |

## TESLA'S UNOPPOSED MOTION FOR A LEVEL 1 EXTENSION FOR PETITIONER'S OPENING BRIEF

In accordance with Fifth Circuit Rule 31.4, Petitioner/Cross-Respondent Tesla, Inc. respectfully moves for a Level 1 extension of 30 days for its opening brief, which is currently due January 3, 2023, so that the new due date is February 2, 2023. Respondent/Cross-Petitioner National Labor Relations Board ("the Board" or "NLRB") and Intervenor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO ("Union") do not oppose this extension. Good cause supports this extension due to circumstances described below, including other pressing litigation deadlines for which counsel are responsible. In support of this motion, Tesla states as follows:

1. On August 29, 2022, the Board issued a supplemental decision and order in NLRB case nos. 32–CA–197020, 32–CA–197058, 32–CA–197091, 32–CA–197197, 32–CA–200530, 32–CA–208614, 32–CA–210879, and 32–CA–220777.

2. On September 6, 2022, Tesla filed a petition for review of the Board's supplemental decision and order, docketed under this case no. 22-60493.

3. On September 22, 2022, the Board filed a cross-application for enforcement of its supplemental decision and order.

4. On October 25, 2022, after receiving a 7-day extension, the Board filed the administrative record.

5. On October 26, 2022, the Court entered a briefing schedule.

6. On October 31, 2022, the Board filed a motion to remand case to the NLRB for the limited purpose of correcting a typographical error in its August 29, 2022 supplemental decision and order.

7. On November 10, 2022, the Court entered an order granting the Board's motion to remand case to the NLRB for the limited purpose of correcting a typographical error in the August 29, 2022 Supplemental Decision and Order.

8. On November 15, 2022, the Board corrected the supplemental decision and order, entered on August 29, 2022, in NLRB case nos. 32–CA–197020, 32–CA–197058, 32–CA–197091, 32–CA–197197, 32–CA–200530, 32–CA–208614, 32–CA–210879, and 32–CA–220777, reported at 371 N.L.R.B. No. 131.

9. On November 16, 2022, the Board filed a letter, advising this Court that the NLRB had issued a correction and its August 29 supplemental decision and order has been corrected.

10. On November 16, 2022, this Court entered a letter, advising the parties the case had been removed from abeyance and supplemental administrative record would be due by December 1, 2022.

11. On November 21, 2022, the Board filed the supplemental electronic administrative record.

12. On November 22, 2022, the Court resumed the briefing schedule, including a deadline of January 3, 2023 to file the Petitioner's opening brief.

13. A 30-day extension for Petitioner's opening brief is necessary to allow Petitioner's counsel adequate time to brief the issues presented in this case in light of the circumstances described below.

14. Between the issuance of the November 22 briefing schedule and the current due date of January 3, Petitioner's counsel have several preexisting deadlines and commitments in other matters that cannot feasibly be deferred, including:

- Preparation for and delivering oral argument in *Paymentech, L.L.C. v. Landry's Inc.*, no. 21-20447 (5th Cir.);
- Preparation and filing of a reply brief in *Miller v. Amazon.com, Inc.*, no. 21-36048 (9th Cir.); and
- Preparation for and participation in a hearing in *General Dynamics, Electric Boat*, no. 01-RC-306528 (N.L.R.B.).

15. In addition to preexisting professional obligations, undersigned counsel for Petitioner will be out on previously planned parental leave during the months of December 2022 and January 2023.

16. The briefing schedule for Petitioner's opening brief also encompasses the holidays in November, December, and January, further complicating coordination between Petitioner and its counsel.

17. Petitioner has not previously sought any extension for this brief.

18. Through counsel, Respondent and Intervenor have advised that they do not oppose the extension requested by this motion.

## CONCLUSION

For all these reasons, Petitioner respectfully asks that this Court extend Petitioner's opening brief due date by 30 days to February 2, 2023.

Dated: December 2, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ Michael E. Kenneally
　　　　　　　　　　　　　　　　　David B. Salmons
　　　　　　　　　　　　　　　　　Michael E. Kenneally
　　　　　　　　　　　　　　　　　David R. Broderdorf
　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　(202) 739-3000

　　　　　　　　　　　　　　　　　*Counsel for Tesla, Inc.*

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the motion exempted by Federal Rules of Appellate Procedure 27(a)(2)(B) and 32(f), this document contains 667 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

Dated:  December 2, 2022   s/ Michael E. Kenneally
               Michael E. Kenneally

               *Counsel for Tesla, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Tesla, Inc. conferred with counsel for all other parties, who confirmed that no party opposes the requested relief.

Dated: December 2, 2022    s/ Michael E. Kenneally
Michael E. Kenneally

*Counsel for Tesla, Inc.*

## CERTIFICATE OF SERVICE

I certify that on 2nd day of December 2022, a true and correct copy of the foregoing was filed electronically and served on counsel of record for all other parties through this Court's CM/ECF system.

Dated: December 2, 2022            s/ Michael E. Kenneally
                                   Michael E. Kenneally

                                   *Counsel for Tesla, Inc.*