# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 02, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60493   Tesla v. NLRB
                    Agency No. 32-CA-197020
                    Agency No. 32-CA-197058
                    Agency No. 32-CA-197091
                    Agency No. 32-CA-197197
                    Agency No. 32-CA-200530
                    Agency No. 32-CA-208614
                    Agency No. 32-CA-210879
                    Agency No. 32-CA-220777

The court has granted an extension of time to and including February 2, 2023 for filing Petitioner's brief in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          */s/ Allison Lopez*

                          By: _____
                          Allison G. Lopez, Deputy Clerk
                          504-310-7702

Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Mr. David S. Habenstreit
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Ms. Kira Dellinger Vol