# No. 22-60493

# In the United States Court of Appeals
## FOR THE FIFTH CIRCUIT

Tesla, Incorporated,

        *Petitioner/Cross-Respondent*

v.

National Labor Relations Board,

        *Respondent/Cross-Petitioner*

On Petition for Review and Cross-Application for Enforcement of an Order of the National Labor Relations Board

**MOTION TO FILE AMICUS BRIEF BY THE ASSOCIATED BUILDERS AND CONTRACTORS, THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, THE COALITION FOR A DEMOCRATIC WORKPLACE, THE NATIONAL FEDERATION OF INDEPENDENT BUSINESS SMALL BUSINESS LEGAL CENTER, INC., AND THE NATIONAL RETAIL FEDERATION IN SUPPORT OF TESLA, INCORPORATED**

Stephanie A. Maloney
Tyler S. Badgley
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, DC 20062
PH: 202.463.5337
SMaloney@USChamber.com
*Counsel for Chamber of Commerce of the United States of America*

Kurt G. Larkin
HUNTON ANDREWS KURTH
Riverfront Plaza, East Tower 951 East Byrd Street
Richmond, VA 23219
PH: 804.788.8776
klarkin@hunton.com
*Counsel for Amici Curiae*

## CERTIFICATE OF INTERESTED PERSONS

*Amici Curiae* certify that, in addition to those persons listed in the Parties' certificates of interested persons, the following is a supplemental list of interested persons as required by Federal Rule of Appellate Procedure 29(a)(4) and Fifth Circuit Rule 29.2:

1. Associated Builders and Contractors ("ABC") is a non-profit, tax-exempt organization incorporated in the state of Maryland. ABC has no parent company, and no publicly held company has 10% or greater ownership in ABC.

2. The Chamber of Commerce of the United States of America ("Chamber") is a non-profit, tax-exempt organization incorporated in the District of Columbia. The Chamber has no parent corporation, and no publicly held company has 10% or greater ownership in the Chamber.

3. The Coalition for a Democratic Workforce ("CDW") is a non-profit, tax-exempt organization. CDW has no parent corporation, and no company owns 10 percent or more of its stock.

4. The National Federation of Independent Business Small Business Legal Center is a non-profit, tax-exempt organization. It has no parent corporation, and no company owns 10 percent or more of its stock.

5. The National Retail Federation is a non-profit, tax-exempt organization. It has no parent corporation, and no company owns 10 percent or more of its stock.

6. Hunton Andrews Kurth LLP is Counsel for *Amici Curiae*.

7. Kurt G. Larkin is Counsel for *Amici Curiae*.

8. Stephanie A. Maloney with the U.S. Chamber Litigation Center is Counsel for the Chamber.

9. Tyler S. Badgley with the U.S. Chamber Litigation Center is Counsel for the Chamber.

Dated:  February 9, 2023

s/ Kurt G. Larkin
Kurt G. Larkin
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA  23219
(804) 788-8776
*Counsel for Amicus Curiae*

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

1. Pursuant to Rule 29(b) of the Federal Rules of Appellate Procedure, *Amici* hereby move for leave to file an amicus brief in support of Petitioner/Cross-Respondent Tesla, Incorporated ("Petitioner"). The proposed amicus brief is filed herewith.

2. Petitioner and the National Labor Relations Board do not oppose Amici's Motion. Intervenor The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO has not taken a position with respect to *Amici's* Motion.

3. *Amici* believe that the attached brief will aid the Court's consideration of the legal and practical issues involved in Petitioner's petition for review. *Amici* represent the interests of hundreds of its member businesses, organizations, and trade associations from every region of the country. These organizations regularly file amicus briefs in cases that raise issues of vital concern to its members such as the Board's decision below.

4. Consistent with Fifth Circuit Rule 29.2, *Amici* writes separate from Petitioner to emphasize the significant adverse impacts that the Board's underlying decision below, if upheld, would have—not just on Petitioner—but on employees and employers throughout the United States. Indeed, as explained in the attached brief, if the Board's underlying decision is upheld, commonplace and longstanding

workplace dress codes and uniform policies may become a thing of the past. *Amici* strongly urge the Court to consider these important policy implications of the Board's decision and to rebalance what the Board has undone with its new and unsupported take on decades of previously settled law.

For foregoing reasons, *Amici* respectfully requests leave to file the attached amicus brief.

**Dated: February 9, 2023**

| | |
|---|---|
| Stephanie A. Maloney<br>Tyler S. Badgley<br>U.S. Chamber Litigation Center<br>1615 H Street, N.W.<br>Washington, DC 20062<br>PH: 202.463.5337<br>SMaloney@USChamber.com<br>*Counsel for Chamber of Commerce of the United States of America* | Kurt G. Larkin<br>HUNTON ANDREWS KURTH<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>PH: 804.788.8776<br>klarkin@hunton.com<br>*Counsel for Amici Curiae* |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 9th day of February, 2023, a true and correct copy of the foregoing motion was filed with the Clerk of the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system.

> */s/ Kurt G. Larkin*
> Kurt G. Larkin
> HUNTON ANDREWS KURTH
> Riverfront Plaza, East Tower
> 951 East Byrd Street
> Richmond, VA 23219
> PH: 804.788.8776
> klarkin@hunton.com
> *Counsel for Amici Curiae*

086933.0000012 DMS 301117524v2