# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2023

Mr. Kurt G. Larkin
Hunton Andrews Kurth, L.L.P.
951 E. Byrd Street
Riverfront Plaza E. Tower
Richmond, VA 23219-4074

         No. 22-60493    Tesla v. NLRB
                         Agency No. 32-CA-197020
                         Agency No. 32-CA-197058
                         Agency No. 32-CA-197091
                         Agency No. 32-CA-197197
                         Agency No. 32-CA-200530
                         Agency No. 32-CA-208614
                         Agency No. 32-CA-210879
                         Agency No. 32-CA-220777

Dear Mr. Larkin,

We received your Amicus brief on behalf of Associated Builders and
Contractors, et al. We are taking no action, as the brief should
have been uploaded with the motion for leave to file as a proposed
amicus brief. The clerk has made the necessary corrections on the
docket.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Allison G. Lopez, Deputy Clerk
                         504-310-7702

cc:  Ms. Ruth E. Burdick
     Mr. Daniel E. Curry
     Ms. Valerie Hardy-Mahoney
     Mr. Micah Prieb Stoltzfus Jost
     Mr. Michael E. Kenneally
     Ms. Kira Dellinger Vol