# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-60493    Tesla v. NLRB
                Agency No. 32-CA-197020
                Agency No. 32-CA-197058
                Agency No. 32-CA-197091
                Agency No. 32-CA-197197
                Agency No. 32-CA-200530
                Agency No. 32-CA-208614
                Agency No. 32-CA-210879
                Agency No. 32-CA-220777

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Ms. Valerie Hardy-Mahoney
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Mr. Kurt G. Larkin
Ms. Stephanie A. Maloney
Ms. Kira Dellinger Vol