# United States Court of Appeals for the Fifth Circuit

No. 22-60493

Tesla, Incorporated,

*Petitioner/Cross-Respondent*,

*versus*

National Labor Relations Board,

*Respondent/Cross-Petitioner*.

_____

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 32-CA-197020
Agency No. 32-CA-197058
Agency No. 32-CA-197091
Agency No. 32-CA-197197
Agency No. 32-CA-200530
Agency No. 32-CA-208614
Agency No. 32-CA-210879
Agency No. 32-CA-220777
_____

No. 22-60493

ORDER:

    IT IS ORDERED that the motion of the Associated Builders and Contractors, the Chamber of Commerce of the United States of America, the Coalition for a Democratic Workplace, the National Federation of Independent Business Small Business Legal Center, Incorporated, and the National Retail Federation for leave to file amici curiae brief in support of Petitioner is GRANTED.

                                      STUART KYLE DUNCAN
                                      *United States Circuit Judge*