## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2023

Mr. Kurt G. Larkin
Hunton Andrews Kurth, L.L.P.
951 E. Byrd Street
Riverfront Plaza E. Tower
Richmond, VA 23219-4074

    No. 22-60493    Tesla v. NLRB
                            Agency No. 32-CA-197020
                            Agency No. 32-CA-197058
                            Agency No. 32-CA-197091
                            Agency No. 32-CA-197197
                            Agency No. 32-CA-200530
                            Agency No. 32-CA-208614
                            Agency No. 32-CA-210879
                            Agency No. 32-CA-220777

Dear Mr. Larkin,

Pursuant to the court's order entered this date, we have filed your amicus brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc:  Ms. Ruth E. Burdick
     Mr. Daniel E. Curry
     Ms. Valerie Hardy-Mahoney
     Mr. Micah Prieb Stoltzfus Jost
     Mr. Michael E. Kenneally
     Ms. Stephanie A. Maloney
     Ms. Kira Dellinger Vol