# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 10, 2023

Mr. Steven M. Bernstein
Fisher & Phillips, L.L.P.
101 E. Kennedy Boulevard
Suite 2350
Tampa, FL 33602

Mr. George Roger King
HR Policy Association
1100 13th Street, N.W.
Suite 850
Washington, DC 20005

         No. 22-60493    Tesla v. NLRB
                         Agency No. 32-CA-197020
                         Agency No. 32-CA-197058
                         Agency No. 32-CA-197091
                         Agency No. 32-CA-197197
                         Agency No. 32-CA-200530
                         Agency No. 32-CA-208614
                         Agency No. 32-CA-210879
                         Agency No. 32-CA-220777

Dear Counsel,

We are taking no action on the Amicus brief of HR Policy Association. A motion for leave to file an Amicus brief is required unless the brief states that all parties have consented to its filing.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Allison G. Lopez, Deputy Clerk
                                504-310-7702

```
cc:  Ms. Ruth E. Burdick
     Mr. Daniel E. Curry
     Ms. Valerie Hardy-Mahoney
     Mr. Micah Prieb Stoltzfus Jost
     Mr. Michael E. Kenneally
     Mr. Kurt G. Larkin
     Ms. Stephanie A. Maloney
     Ms. Kira Dellinger Vol
```