# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 13, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-60493    Tesla v. NLRB
                    Agency No. 32-CA-197020
                    Agency No. 32-CA-197058
                    Agency No. 32-CA-197091
                    Agency No. 32-CA-197197
                    Agency No. 32-CA-200530
                    Agency No. 32-CA-208614
                    Agency No. 32-CA-210879
                    Agency No. 32-CA-220777

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Allison G. Lopez, Deputy Clerk
                                504-310-7702

Mr. Steven M. Bernstein
Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Ms. Valerie Hardy-Mahoney
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Mr. George Roger King
Mr. Kurt G. Larkin
Ms. Stephanie A. Maloney
Ms. Kira Dellinger Vol