# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-60493

---

Tesla, Incorporated,

*Petitioner/Cross-Respondent*,

*versus*

National Labor Relations Board,

*Respondent/Cross-Petitioner*.

---

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 32-CA-197020
Agency No. 32-CA-197058
Agency No. 32-CA-197091
Agency No. 32-CA-197197
Agency No. 32-CA-200530
Agency No. 32-CA-208614
Agency No. 32-CA-210879
Agency No. 32-CA-220777

---

No. 22-60493

ORDER:

IT IS ORDERED that the motion of HR Policy Association for leave to file amicus curiae brief in support of Petitioner is GRANTED.

_____

STUART KYLE DUNCAN
*United States Circuit Judge*