## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 13, 2023

Mr. Steven M. Bernstein
Fisher & Phillips, L.L.P.
101 E. Kennedy Boulevard
Suite 2350
Tampa, FL 33602

Mr. George Roger King
HR Policy Association
1100 13th Street, N.W.
Suite 850
Washington, DC 20005

    No. 22-60493   Tesla v. NLRB
                           Agency No. 32-CA-197020
                           Agency No. 32-CA-197058
                           Agency No. 32-CA-197091
                           Agency No. 32-CA-197197
                           Agency No. 32-CA-200530
                           Agency No. 32-CA-208614
                           Agency No. 32-CA-210879
                           Agency No. 32-CA-220777

Dear Mr. Bernstein, Mr. King,

Pursuant to the court's order entered this date, we filed your amicus brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Counsel signing the brief must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc:　Ms. Ruth E. Burdick
　　　Mr. Daniel E. Curry
　　　Ms. Valerie Hardy-Mahoney
　　　Mr. Micah Prieb Stoltzfus Jost
　　　Mr. Michael E. Kenneally
　　　Mr. Kurt G. Larkin
　　　Ms. Stephanie A. Maloney
　　　Ms. Kira Dellinger Vol