

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, DC 20570

February 14, 2023

<u>Via CM/ECF</u>

Lyle W. Cayce
Clerk, United States Court of
 Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:   *Tesla, Inc. v. NLRB*, 5th Cir. No. 22-60493
              Unopposed Request for Level 1, 30-Day Extension of Time

Dear Mr. Cayce:

     I write pursuant to Fifth Circuit Rule 31.4 to respectfully request a 30-day extension of time for filing the Board's brief in this case, to and including April 5, 2023.

     After receiving an unopposed 30-day extension of time, petitioner/cross-respondent Tesla, Incorporated filed its opening brief on February 2. Amici curiae Association of Builders and Contractors, Chamber of Commerce of the United States of America, Coalition for a Democratic Workplace, National Federation of Independent Business Small Business Legal Center, and National Retail Federation submitted a brief, which the Court filed on February 9, and amicus curiae HR Policy Association submitted a brief, which the Court filed on February 13. The

Board's brief is due March 6, and the Board has not previously sought an extension of time for filing its brief.

Good cause exists for a 30-day extension of time because Board counsel requires the additional time to prepare an adequate brief. Counsel for the Board, attorney Micah Jost and supervisory attorney Kira Vol, are also responsible for preparing the Board's brief in *Xcel Protective Services, Inc. v. NLRB*, Nos. 22-1264, 22-1295 (D.C. Cir.), due on February 23, 2023. Ms. Vol is also responsible for supervising the preparation of the Board's brief in *American Medical Response of Connecticut, Inc. v. NLRB*, No. 22-1261, 22-1283 (D.C. Cir.), due March 2. In addition, Mr. Jost accepted an emergency foster care placement on February 8. He is taking parental leave that was not previously anticipated to care for the child, and working reduced hours as a result for the indefinite future.

Counsel for Tesla and Intervenor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO have stated that they do not oppose this request.

    Very truly yours,

    /s/Ruth E. Burdick
    Ruth E. Burdick
    Deputy Associate General Counsel
    National Labor Relations Board
    1015 Half Street, SE
    Washington, DC 20570
    (202) 273-2960

cc:    all counsel (via CM/ECF)

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TESLA, INC. | |
|     Petitioner/Cross-Respondent | No. 22-60493 |
| v. | Board Case Nos.<br>32-CA-197020 et al. |
| NATIONAL LABOR RELATIONS BOARD | |
|     Respondent/Cross-Petitioner | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

                                        /s/ Ruth E. Burdick
                                      Ruth E. Burdick
                                      Deputy Associate General Counsel
                                      NATIONAL LABOR RELATIONS BOARD
                                      1015 Half Street, SE
                                      Washington, DC  20570
                                      (202) 273-2960

Dated at Washington, DC
this 14th day of February 2023