# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 22-60493    Tesla v. NLRB
                       Agency No. 32-CA-197020
                       Agency No. 32-CA-197058
                       Agency No. 32-CA-197091
                       Agency No. 32-CA-197197
                       Agency No. 32-CA-200530
                       Agency No. 32-CA-208614
                       Agency No. 32-CA-210879
                       Agency No. 32-CA-220777

The court has granted an extension of time to and including April 5, 2023 for filing Respondent's brief in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Allison G. Lopez, Deputy Clerk
                504-310-7702

Mr. Steven M. Bernstein
Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Ms. Valerie Hardy-Mahoney
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Mr. George Roger King
Mr. Kurt G. Larkin
Ms. Stephanie A. Maloney
Ms. Kira Dellinger Vol