**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

|  |  |  |
|---|---|---|
| TESLA, INCORPORATED | ) ) ) | |
| Petitioner/Cross-Respondent | ) ) ) | No. 22-60493 |
| v. | ) ) ) | |
| NATIONAL LABOR RELATIONS BOARD | ) ) ) ) | |
| Respondent/Cross-Petitioner | ) ) | |

**UNOPPOSED MOTION OF THE**
**NATIONAL LABOR RELATIONS BOARD FOR A FURTHER**
**EXTENSION OF TIME TO FILE ITS RESPONSIVE BRIEF**

To the Honorable, the Judges of the United States
 Court of Appeals for the Fifth Circuit:

      The National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, respectfully submits this unopposed motion for a one-week extension of time to file its responsive brief, through and including April 12, 2023. In support of its motion, the Board shows as follows:

      1.     After receiving an unopposed 30-day extension of time, Tesla, Incorporated filed its opening brief on February 2. Amici curiae Association of Builders and Contractors, Chamber of Commerce of the United States of America, Coalition for a Democratic Workplace, National Federation of Independent Business Small Business Legal Center, and National Retail Federation submitted a

brief, which the Court filed on February 9, and amicus curiae HR Policy Association submitted a brief, which the Court filed on February 13.

2. On February 14, the Board sought a 30-day extension of time, which was unopposed. The Court granted that request, and the Board's brief is now due April 5.

3. The Board sought the initial extension primarily because Micah Jost, the Board attorney with primary responsibility for preparing the Board's brief in this case, and Kira Vol, the supervisory attorney assigned to the case, had brief-filing deadlines on February 23 and March 2, and because Mr. Jost had accepted an emergency foster care placement on February 8.

4. Since the initial extension request was filed, Mr. Jost has been required to take significantly more parental and sick leave than he initially anticipated. He now understands that, over the coming month, he will need to continue to take more leave than previously anticipated to address his foster child's medical, dental, and therapy needs as well as the child's preschool's one-week spring break from March 13-17. In addition, due to child behavioral and sleep issues, Mr. Jost's ability to work in the evenings and on weekends is limited.

5. For the foregoing reasons, it will impose an extreme hardship for Board counsel to meet the current April 5 deadline. If this motion is granted,

Board counsel will do whatever is necessary to complete the brief by the extended deadline of April 12.

6. Counsel for Tesla and Intervenor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO have stated that they do not oppose this request.

WHEREFORE, the Board respectfully requests that the Court grant this unopposed motion for a one-week extension to file the Board's responsive brief, through and including April 12, 2023.

                                        Respectfully submitted,

                                        /s/ Ruth E. Burdick
                                        Ruth E. Burdick
                                        Deputy Associate General Counsel
                                        NATIONAL LABOR RELATIONS BOARD
                                        1015 Half Street, SE
                                        Washington, DC  20570
                                        (202) 273-2960

Dated at Washington, DC
this 7th day of March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TESLA, INCORPORATED<br><br>　　　　　Petitioner/Cross-Respondent<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br><br>　　　　　Respondent/Cross-Petitioner | No. 22-60493<br><br>Board Case Nos.<br>32-CA-197020 et al. |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that its motion contains 433 words of proportionally spaced, 14-point type, and the word-processing system used was Microsoft Word for Office 365.

　　　　　　　　　　　/s/ Ruth E. Burdick
　　　　　　　　　　　Ruth E. Burdick
　　　　　　　　　　　Deputy Associate General Counsel
　　　　　　　　　　　NATIONAL LABOR RELATIONS BOARD
　　　　　　　　　　　1015 Half Street, SE
　　　　　　　　　　　Washington, DC  20570
　　　　　　　　　　　(202) 273-2960

Dated at Washington, DC
this 7th day of March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TESLA, INCORPORATED )<br>)<br>Petitioner/Cross-Respondent )<br>)<br>v. )<br>)<br>NATIONAL LABOR RELATIONS BOARD )<br>)<br>Respondent/Cross-Petitioner )<br>) | No. 22-60493<br><br>Board Case Nos.<br>32-CA-197020 et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

                                           /s/ Ruth E. Burdick
                                           Ruth E. Burdick
                                           Deputy Associate General Counsel
                                           NATIONAL LABOR RELATIONS BOARD
                                           1015 Half Street, SE
                                           Washington, DC  20570
                                           (202) 273-2960

Dated at Washington, DC
this 7th day of March 2023