# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 08, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 22-60493    Tesla v. NLRB
                Agency No. 32-CA-197020
                Agency No. 32-CA-197058
                Agency No. 32-CA-197091
                Agency No. 32-CA-197197
                Agency No. 32-CA-200530
                Agency No. 32-CA-208614
                Agency No. 32-CA-210879
                Agency No. 32-CA-220777
```

The court has granted an extension of time to and including April 12, 2023, for filing Respondent's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. Steven M. Bernstein
Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Mr. George Roger King
Mr. Kurt G. Larkin
Ms. Stephanie A. Maloney
Ms. Kira Dellinger Vol