## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2023

Mr. Daniel E. Curry
Schwartz, Steinsapir, Dohrmann & Sommers, L.L.P.
6300 Wilshire Boulevard
Suite 2000
Los Angeles, CA 90048

    No. 22-60493    Tesla v. NLRB
                        USDC No. 32-CA-197020
                        USDC No. 32-CA-197058
                        USDC No. 32-CA-197091
                        USDC No. 32-CA-197197
                        USDC No. 32-CA-200530
                        USDC No. 32-CA-208614
                        USDC No. 32-CA-210879
                        USDC No. 32-CA-220777

Dear Mr. Curry,

The following pertains to your Intervenor brief electronically filed on April 19, 2023.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc:  Mr. Steven M. Bernstein
     Ms. Ruth E. Burdick
     Ms. Valerie Hardy-Mahoney
     Mr. Micah Prieb Stoltzfus Jost
     Mr. Michael E. Kenneally
     Mr. George Roger King
     Mr. Kurt G. Larkin
     Ms. Stephanie A. Maloney
     Ms. Kira Dellinger Vol