# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2023

    No. 22-60493    Tesla v. NLRB
                        USDC No. 32-CA-197020
                        USDC No. 32-CA-197058
                        USDC No. 32-CA-197091
                        USDC No. 32-CA-197197
                        USDC No. 32-CA-200530
                        USDC No. 32-CA-208614
                        USDC No. 32-CA-210879
                        USDC No. 32-CA-220777

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

The covers of your documents must be the following colors: Appellant brief must be blue. Appellant reply brief must be gray. Record excerpts must be white. Amicus brief must be green. Intervenor brief must be green.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
P. Trice, Deputy Clerk
504-310-7633

Mr. Steven M. Bernstein
Ms. Ruth E. Burdick
Mr. Daniel E. Curry
Ms. Margo A. Feinberg
Mr. Micah Prieb Stoltzfus Jost
Mr. Michael E. Kenneally
Mr. Kurt G. Larkin
Ms. Kira Dellinger Vol