# United States Court of Appeals for the Fifth Circuit

---

No. 22-60493

---

Tesla, Incorporated,

*Petitioner/Cross-Respondent*,

*versus*

National Labor Relations Board,

*Respondent/Cross-Petitioner.*

_____

Appeal from the United States District Court
for the National Labor Relations Board
Agency No. 32-CA-197020
Agency No. 32-CA-197058
Agency No. 32-CA-197091
Agency No. 32-CA-197197
Agency No. 32-CA-200530
Agency No. 32-CA-208614
Agency No. 32-CA-210879
Agency No. 32-CA-220777

_____

To: Mr. Steven M. Bernstein, Mr. Kurt G. Larkin,

## NOTICE AND ORDER TO SHOW CAUSE

You are directed to show cause in writing within 5 days why we should not impose disciplinary action against you for failing to provide paper copies

of your briefs within 5 days of the court's request as required by 5TH CIR. R. 25.2.1 and 5TH CIR. ECF FILING STANDARD E.1. If you remedy the default, the clerk's office will take no further action. However, if the default is not remedied, the clerk will refer the matter to the court for disciplinary action.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
ALLISON G. LOPEZ, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

cc:  Ms. Ruth E. Burdick
     Mr. Daniel E. Curry
     Ms. Margo A. Feinberg
     Ms. Valerie Hardy-Mahoney
     Mr. Micah Prieb Stoltzfus Jost
     Mr. Michael E. Kenneally
     Mr. George Roger King
     Ms. Stephanie A. Maloney
     Ms. Kira Dellinger Vol