# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Micah Jost
_____
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

22-60493          Tesla                              v. NLRB
_____    _____       _____
(Case Number)                                     (Short Title)

is scheduled for oral argument at ___9:00___ on ___September 6, 2023___ located in the
                                   (Time)              (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
_____
(Location)

/s/ Micah Jost                                        August 16, 2023
_____       _____
(Signature)                                            (Date)

---

**List all parties being represented for argument and select the party type**

National Labor Relations Board
_____
_____
_____

☐               ■               ☐               ☐               ☐               ☐
Appellant      Appellee      Cross Appellant    Cross Appellee     Amicus        Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Micah Jost | 15 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION #  8

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

[ PRINT TO PDF ]          [ RESET FORM ]